UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

FILED
2010 JUN -3 PM 3:36
US DISTRICT COURT
DISTRICT OF FL

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* BAKLID-KUNZ; | Case No. 6:09-CV-1002-ORL-31-DAB |
| Plaintiff, | |
| v. | EX PARTE |
| HALIFAX HOSP. MED. CTR, et al. | FILED UNDER SEAL |
| Defendant. | |

### NOTICE OF THE UNITED STATES THAT IT IS NOT INTERVENING AT THIS TIME

By Order dated March 1, 2010, the Court denied the United States' Unopposed *Ex Parte* Application for Extension of Time in the above captioned matter. The Government's investigation has not been completed and, as such, the United States is not able to decide, at the present time, whether to proceed with the action. Accordingly, the United States hereby notifies the Court that it is not intervening at this time. However, the Government's investigation will continue.

Although the United States is not intervening at this time, it respectfully refers the Court to 31 U.S.C. § 3730(b)(1), which allows the relator to maintain the action in the name of the United States; providing, however, that the "action may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting." Id. Therefore, the United States requests that, should either the relator or the defendant propose that this action be dismissed, settled, or otherwise

discontinued, this Court solicit the written consent of the United States before ruling or granting its approval.

Furthermore, pursuant to 31 U.S.C. § 3730(c)(3), the United States requests that all pleadings filed in this action be served upon it; the United States also requests that orders issued by the Court be sent to the Government's counsel. The United States reserves its right to order any deposition transcripts and to intervene in this action, for good cause, at a later date. The United States also requests that it be served with all notices of appeal.

Finally, the Government requests that the relator's Complaint, this Notice, and the attached proposed Order be unsealed. The United States requests that all other papers on file in this action remain under seal because in discussing the content and extent of the United States'

investigation, such papers are provided by law to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended.

A proposed order accompanies this notice.

                    Respectfully submitted,

                    TONY WEST
                    Assistant Attorney General

                    A. BRIAN ALBRITTON
                    United States Attorney
                    Middle District of Florida

By: _____
                    RALPH E. HOPKINS
                    Fla. Bar No. 0972436
                    Assistant United States Attorney
                    501 W. Church Street, Suite 300
                    Orlando, FL 32805
                    Tel: (407) 648-7562
                    Fax: (407) 648-7588

                    JOYCE R. BRANDA
                    MICHAEL D. GRANSTON
                    ADAM J. SCHWARTZ
                    Civil Division
                    U.S. Department of Justice
                    Post Office Box 261
                    Ben Franklin Station
                    Washington, DC 20044
                    Tel: (202) 305-3148
                    Fax: (202) 514-0280
                    Attorneys for the United States of America

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of June, 2010, I caused a copy of the United States' Unopposed *Ex Parte* Application for Extension of Time to be served by United States Mail, postage prepaid, to:

Marlan B. Wilbanks
Wilbanks & Bridges, LLP
3414 Peachtree Rd., Suite 1075
Atlanta, Georgia 30326

Counsel for Relator

_____
RALPH E. HOPKINS
Assistant United States Attorney

4