# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex.rel.* ELIN BAKLID-KUNZ<br><br>    Relator<br><br>    vs.<br><br>HALIFAX HOSPITAL MEDICAL CENTER d/b/a HALIFAX HEALTH a/k/a HALIFAX COMMUNITY HEALTH SYSTEM a/k/a HALIFAX MEDICAL CENTER and HALIFAX STAFFING, INC.<br><br>    Defendants | CASE NO.: 6-09-CV-1002<br><br>FILED UNDER SEAL<br><br>[FALSE CLAIMS ACT – QUI TAM] |

## MOTION TO DISMISS SECOND AMENDED COMPLAINT

Pursuant to Fed. R. Civ. P. 12(b)(6), 12(b)(1), and 9(b), Defendants Halifax Hospital Medical Center d/b/a Halifax Health a/k/a Halifax Community Health System a/k/a Halifax Medical Center and Halifax Staffing, Inc. (collectively "Halifax") by its undersigned counsel, respectfully move the Court for an order dismissing with prejudice the Second Amended Complaint ("the Complaint") in this action for the following reasons: (1) Relator Elin Baklid Kunz's ("Relator") *qui tam* claims fail because Halifax is immune from suit under the False Claims Act ("FCA") under the Eleventh Amendment Sovereign Immunity Clause; (2) Relator's claims are prohibited by the FCA's public disclosure bar and, therefore, this Court lacks subject matter jurisdiction to consider this case; and (3) Relator has failed to plead plausible facts supporting the elements of her FCA, Stark Law, and Anti-Kickback Statute

claims. With respect to (3), the Complaint fails to plead fraud with particularity and, even under a more lenient pleading standard, fails to meet the pleading requirements of the Eleventh Circuit and the Middle District of Florida. The Court should dismiss the Complaint in its entirety with prejudice as the United States Department of Justice has chosen not to intervene in this action and plaintiff has had ample time – 18 months – to investigate the claims.

A Memorandum of Law in support of this motion is filed herein.

Dated: March 15, 2011                    Respectfully submitted,

                                         s/ Anthony N. Upshaw
                                         Anthony N. Upshaw
                                         Fla. Bar. No. 0861091
                                         MCDERMOTT WILL & EMERY LLP
                                         201 South Biscayne Boulevard
                                         Suite 2200
                                         Miami, FL 33131
                                         Tel: (305) 358-3500
                                         Fax: (305) 347-6500
                                         Email: aupshaw@mwe.com

                                         T. Reed Stephens (admitted *pro hac vice*)
                                         David O. Crump (admitted *pro hac vice*)
                                         Amandeep S. Sidhu (admitted *pro hac vice*)
                                         MCDERMOTT WILL & EMERY LLP
                                         600 13th Street, NW
                                         Washington, DC 20005
                                         Tel: (202) 756-8000
                                         Fax: (202) 756-8087
                                         Email: trstephens@mwe.com
                                         Email: dcrump@mwe.com
                                         Email: asidhu@mwe.com

                                         *Counsel to Defendants Halifax Medical Center and Halifax Staffing, Inc.*