# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA,**
*ex. rel.* **and ELIN BAKLID-KUNZ, Relator,**

        **Plaintiffs,**

**-vs-**　　　　　　　　　　　　　　　　Case No. 6:09-cv-1002-Orl-31DAB

**HALIFAX HOSPITAL MEDICAL CENTER, d/b/a Halifax Health, a/k/a Halifax Community Health System, a/k/a Halifax Medical Center and HALIFAX STAFFING, INC.,**

        **Defendants.**

_____

## ORDER

This cause came on for consideration without oral argument on the following motions filed herein:

| | |
|---|---|
| **MOTION:** | **MOTION FOR IN CAMERA REVIEW OF DOCUMENTS (Doc. No. 101)** |
| **FILED:** | February 17, 2012 |

**THEREON** it is **ORDERED** that the motion is **DENIED** without prejudice, subject to the terms herein.

| | |
|---|---|
| **MOTION:** | **MOTION FOR DETERMINATION OF PRIVILEGE CLAIMS (Doc. No. 102)** |
| **FILED:** | February 17, 2012 |

**THEREON** it is **ORDERED** that the motion is **DENIED** without prejudice, subject to the terms herein.

-2-

| | |
|---|---|
| **MOTION:** | **FIRST MOTION FOR LEAVE TO FILE REPLY BRIEF (Doc. No. 106)** |
| **FILED:** | March 7, 2012 |

**THEREON** it is **ORDERED** that the motion is **DENIED**.

| | |
|---|---|
| **MOTION:** | **UNITED STATES' MOTION FOR LEAVE TO FILE STATEMENT OF INTEREST (Doc. No. 106)** |
| **FILED:** | March 7, 2012 |

**THEREON** it is **ORDERED** that the motion is **GRANTED,** to the extent necessary, in view of the terms herein.

The Relator has moved for a ruling as to whether numerous documents at issue in this matter, many of which have been disclosed to the Relator, are privileged, as claimed by Defendants (Doc. Nos. 101-102). Defendants' response indicates that the parties have not had a full, good faith conference pursuant to Local Rule 3.01(g), and it appears that the claimed privilege status of some of the documents is in flux. *See* Doc. No. 103-105. The Relator wishes to file a reply and the United States also asks to be heard. The Court has no wish to review, *in camera* or otherwise, documents that are not truly subject to a good faith claim of privilege, and the papers here include more posturing than analysis. Therefore, it is **ORDERED** as follows:

To the extent counsel for Defendants has not already done so, Defendants shall have until **March 19, 2012,** to prepare and serve a complete privilege log, in **full** compliance with Federal Rule 26(b)(5), with respect to each and every document they claim as privileged. Following receipt of the log, interested counsel (which may or may not include counsel for the United States, at his preference) shall meet **in person** for a full and complete good faith conference as to each and every item listed. It is the hope of the Court that the parties are able to resolve this issue with respect to as many

documents as possible, in order to present to the Court only those documents which are genuinely important to the litigation and subject to a genuine dispute with respect to the applicability of any privilege. To the extent the parties are unable to agree with respect to a document, the motion may be **renewed** as to that document or documents, but only after a thorough and good faith vetting by both sides. At such time, defense counsel and counsel for the United States (if desired) shall respond to the motion, in the usual course.

      **DONE** and **ORDERED** in Orlando, Florida on March 12, 2012.

*David A. Baker*
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record