# EXHIBIT 2

## Fitzgerald, Patricia M. (CIV)

| | |
|---|---|
| **From:** | Sidhu, Amandeep <ASidhu@mwe.com> |
| **Sent:** | Thursday, May 10, 2012 5:03 PM |
| **To:** | Schwartz, Adam (CIV); Fitzgerald, Patricia M. (CIV) |
| **Cc:** | Hopkins, Ralph (USAFLM); Stephens, T Reed; Upshaw, Anthony; Crump, David; Kearbey, Amy; 'aschwartz@carltonfields.com'; 'bberman@carltonfields.com' |
| **Subject:** | Re: U.S. ex rel. Baklid-Kunz v. Halifax, et al., Case No. 6:09-CV-1002 (M.D. Fla.) |

Counsel,

Thank you for your email. Please see our responses below:

1.    Length of Deposition: We agree to your proposal regarding the duration of this 30(b)(6) deposition provided that you agree to the same limitation of time for any 30(b)(6) depositions noticed by either Plaintiff to Halifax Hospital Medical Center/Halifax Staffing, Inc. Specifically, the 14-hour/3 day limit will apply to the total amount of deposition time for both the United States and Relator Elin Baklid-Kunz for any 30(b)(6) deposition of Halifax.

2.    Privileged Documents: We will agree to remove Subject No. 5 from the deposition notice in exchange for fulsome declarations from Adam Schwartz, Jeffrey Gleason, and, as necessary, any other DOJ attorneys or personnel who came in contact with the documents identified in Subject No. 5.

3.    Fiscal Intermediaries: Thank you for this clarification and agreement to accept service on behalf of Medicare Administrative Contractors (MACs)/fiscal intermediaries and/or Medicare carriers if work provided by these third parties are implicated by Halifax's Amended Notice of 30(b)(6) Deposition and/or future deposition notices.

In response to your request for a non-exhaustive listing of the relevant statutory and regulatory guidance referenced in Subject No. 2, we will provide this information in a Second Amended Notice that will be forthcoming once we have agreed to the issues noted in Nos. 1-2, above.

In response to your email today regarding the May 18, 2012 noticed date of the deposition, we are open to discuss other dates that work for the DOJ and Halifax counsel. Please provide potential alternative dates and we will respond accordingly. Regarding other issues you have with the Amended Notice, we are not available for a call until Monday at the earliest as Reed is dealing with a family medical emergency. It would be helpful if you could share your concerns in writing so we can start to assess and address the issues, as appropriate.

Best,
Aman

=====
Amandeep S. Sidhu
McDermott Will & Emery LLP
600 Thirteenth Street NW |Washington, DC 20005-3096
Tel: 202.756.8380 | Fax: 202.591.2741 | asidhu@mwe.com | www.mwe.com

---

**From**: Schwartz, Adam (CIV) [mailto:Adam.Schwartz2@usdoj.gov]
**Sent**: Wednesday, May 09, 2012 01:45 PM
**To**: Sidhu, Amandeep; Fitzgerald, Patricia M. (CIV) <Patricia.M.Fitzgerald@usdoj.gov>
**Cc**: Hopkins, Ralph (USAFLM) <Ralph.Hopkins@usdoj.gov>; Stephens, T Reed; Upshaw, Anthony; Crump, David; Kearbey, Amy; Schwartz, Adam <aschwartz@carltonfields.com>; Berman, Bruce J. <bberman@carltonfields.com>

1

**Subject**: RE: U.S. ex rel. Baklid-Kunz v. Halifax, et al., Case No. 6:09-CV-1002 (M.D. Fla.)

Thank you, Aman.

In a continuing attempt to narrow the issues raised during Monday's meet and confer regarding the United States' motion for a protective order regarding Defendants' 30(b)(6) notice, we would like to make the following proposals:

1) As we discussed on Monday and as you note in the revised 30(b)(6) notice, the United States is in principal willing to extend the deposition of CMS to extend beyond one day of seven hours.  We intend to produce two or three witnesses in response to your 30(b)(6) notice.  We are willing to allow a total of 14 hours of testimony divided over three days to complete the 30(b)(6) deposition of CMS is you agree that the United States' 30(b)(6) depositions of your clients will consist of 14 hours of testimony over three days.

2) In Mr. Stephens' email from May 8, 2012, he suggested that in response to Topic 5 your clients require some form of attestation regarding the treatment of documents over which you asserted privilege in your December 23, 2011 Motion for a preliminary injunction.  As an accommodation, we would be willing to provide you with a declaration regarding Topic 5 in lieu of a 30(b)(6) witness.

3) Finally, on the May 7, 2012 telephone call, you raised a question regarding whether or not fiscal intermediaries or Medicare carriers are considered part of the United States for purposes of your 30(b)(6) deposition.  In response to your question, we do not consider Medicare contractors such as fiscal intermediaries or carriers to be part of the United States.  However, should you wish to issue a 30(b)(6) notice or other discovery to a particular MAC, we will accept service on their behalf and coordinate a response.  Please note that given that these entities performed work on behalf of the United States, we did include them in any requests you made for the production of documents.

Please let us know if you agree to the limitations set for in point 1 and 2 by May 11, 2012.

Sincerely,

Adam J. Schwartz
Civil Fraud Section
United States Department of Justice
(p) (202) 514-6831
(f) (202) 514-0820

---

**From:** Sidhu, Amandeep [mailto:ASidhu@mwe.com]
**Sent:** Wednesday, May 09, 2012 2:13 PM
**To:** Schwartz, Adam (CIV); Fitzgerald, Patricia M. (CIV)
**Cc:** Hopkins, Ralph (USAFLM); Stephens, T Reed; Upshaw, Anthony; Crump, David; Kearbey, Amy; 'Schwartz, Adam'; 'Berman, Bruce J.'
**Subject:** U.S. ex rel. Baklid-Kunz v. Halifax, et al., Case No. 6:09-CV-1002 (M.D. Fla.)

Counsel - Please see the attached correspondence.

Best,
Aman

=====
Amandeep S. Sidhu
McDermott Will & Emery LLP
600 Thirteenth Street NW | Washington, DC 20005-3096
Tel: 202.756.8380 | Fax: 202.591.2741 | asidhu@mwe.com | www.mwe.com

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

IRS Circular 230 Disclosure: To comply with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained herein (including any attachments), unless specifically stated otherwise, is not intended or written to be used, and cannot be used, for the purposes of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter herein.

_____

This message is a PRIVILEGED AND CONFIDENTIAL communication. This message and all attachments are a private communication sent by a law firm and may be confidential or protected by privilege. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of the information contained in or attached to this message is strictly prohibited. Please notify the sender of the delivery error by replying to this message, and then delete it from your system. Thank you.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Please visit http://www.mwe.com/ for more information about our Firm.