UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex. rel.* ELIN BAKLID-KUNZ,<br><br>       Relator,<br>vs.<br><br>HALIFAX HOSPITAL MEDICAL CENTER d/b/a HALIFAX HEALTH a/k/a HALIFAX COMMUNITY HEALTH SYSTEM a/k/a HALIFAX MEDICAL CENTER and HALIFAX STAFFING, INC.,<br><br>       Defendants. | CIVIL ACTION FILE NO.<br>6:09-cv-1002-Orl-31DAB<br><br>Judge Gregory A. Presnell<br><br>[FALSE CLAIMS ACT – QUI TAM] |

**RELATOR'S MOTION FOR LEAVE TO FILE REPLY BRIEF IN SUPPORT
OF HER RENEWED AND SUPPLEMENTAL RENEWED MOTIONS
FOR DETERMINATION OF DEFENDANTS' CLAIMS OF PRIVILEGE AND
MEMORANDUM OF LAW IN SUPPORT**

COMES NOW Elin Baklid-Kunz ("Relator"), pursuant to M.D. Fla. Local Rule 3.01(c), and moves for leave to file a reply brief of no more than five (5) pages in support of her Renewed Motion for Determination of Defendants' Claims of Privilege (Dkt. 202) (the "Renewed Motion") and her Supplemental Renewed Motion for Determination of Defendants' Claims of Privilege (Dkt. 206) (the "Supplemental Motion") (collectively, the "Renewed Privilege Motions"). In support of her motion, Relator respectfully shows as follows:

**Procedural History and Grounds for Motion**

Relator files this motion to inform the Court of new facts not known to her at the time she filed her Renewed Privilege Motions, and to correct and rebut incorrect and misleading statements of "fact" and allegations of misconduct against Relator's counsel in Defendants Halifax Hospital Medical Center d/b/a Halifax Health a/k/a Halifax Community Health System a/k/a Halifax Medical Center and Halifax Staffing, Inc. ("Halifax") responses to the Renewed

Privilege Motions (Dkt. 209 and 211). Specifically, Relator seeks leave to file a reply brief of no more than five (5) pages on the grounds that Relator is now aware of facts that were not known to her at the time of filing either of the Renewed Privilege Motions. The new facts relate to Halifax's failure to comply with the November 6, 2012 Order of this Court (Dkt. 188), as well as Judge Baker's March 12, 2012 Order (Dkt. 108) with respect to preparation of a full and complete privilege log, Halifax's failure to comply with the Rules of Civil Procedure, and the overall failure of Halifax to participate in the discovery process in good faith. Among other things, Halifax provided a blatantly incorrect rendition of the facts regarding the Fourth Privilege Log as it allegedly relates to the Second Addendum to the November 30th Privilege Log. Relator submits that the <u>actual</u> facts relating to Defendants' service of the "Fourth Privilege Log," <u>support</u>, rather than oppose, Relator's Renewed Privilege Motions. In addition, Relator is now aware of additional failures of Halifax to comply with the Orders of this Court in an effort to avoid discovery and production of unprivileged documents. Further, the actions that occurred from the time of the initial Local Rule 3.01(g) conference preceding the filing of the Renewed Privilege Motions are directly relevant to this Court's inquiry and decision on the important issues raised therein[1].

### Argument and Citation of Authority

Pursuant to Local Rule 3.01(c), "[n]o party shall file any reply or further memorandum directed to the motion or response ... unless the Court grants leave." M.D. Fla. Local Rule 3.01(c). "A motion requesting leave to file ... a reply or further memorandum shall not exceed three (3) pages, shall specify the length of the proposed filing, and shall not include, as an

---

[1] As Relator filed <u>both</u> Renewed Privilege Motions <u>before</u> Halifax filed its initial response to the Renewed Motion, Relator had no opportunity to respond to or correct Halifax's misrepresentations of fact, or inform the Court of the facts of which Relator became aware of subsequently.

attachment or otherwise, the proposed motion response, reply, or other paper. *Torrence v. Pfizer, Inc.,* 2007 WL 788368 *1 (M.D.Fla. March 14, 2007) (citing M.D. Fla. Local Rule 3.01(d)). "The purpose of a reply brief is to rebut any new law or facts contained in the opposition's response to a request for relief before the Court." *Tardif v. People for Ethical Treatment of Animals*, 2:09-CV-537-FTM-29, 2011 WL 2729145 (M.D. Fla. July 13, 2011).

Relator was not aware of certain critical facts material to her Renewed Privilege Motions until after the filing of the Renewed Privilege Motions, and therefore has had no other opportunity to bring these facts to the Court's attention. Further, Halifax provided an incorrect and incomplete rendition of the <u>actual</u> facts applicable to Relator's Renewed Privilege Motions. Relator seeks leave to file a reply brief of five pages or less in order to bring new facts to the attention of this Court and rebut the incorrect factual assertions of Halifax.

## Conclusion

WHEREFORE, Relator respectfully requests that this Court grant Relator's Motion for Leave to File a Reply Brief In Support of Her Renewed and Supplemental Renewed Motions For Determination of Defendants' Claims of Privilege, with the reply brief not exceeding five pages. A proposed order is attached hereto as Exhibit A. Respectfully submitted this 21st day of February, 2013.

**s/ L. Lin Wood**
L. Lin Wood (admitted *pro hac vice*)
State Bar No. 774588
Katherine Ventulett Hernacki (admitted *pro hac vice*)
State Bar No. 727027
Amy M. Stewart (admitted *pro hac vice*)
Georgia Bar No. 141481
WOOD, HERNACKI & EVANS, LLC
1180 West Peachtree Street N.W., Suite 2400
Atlanta, Georgia 30309

Tel: (404) 891-1402
Fax: (404) 506-9111
Email: lwood@whetriallaw.com
Email:khernacki@whetriallaw.com
Email: astewart@whetriallaw.com

**s/ Terrence McQuade**
Scott C. Withrow (admitted *pro hac vice*)
Terrence McQuade (admitted *pro hac vice*)
Jeffrey T. Holm (admitted *pro hac vice*
3414 Peachtree Road, Suite 1075
WITHROW, MCQUADE & OLSEN, LLP
3379 Peachtree Road, Suite 970
Atlanta, GA 30326
Tel: (404) 814-0037
Fax: (404) 814-0009
Email: swithrow@wmolaw.com
Email: tmquade@wmolaw.com
Email: jholm@wmolaw.com

**s/ Marlan B. Wilbanks**
Marlan B. Wilbanks (admitted *pro hac* State
Bar No. 758223
WILBANKS & BRIDGES, LLP
Atlanta, GA 30326
Tel: (404) 842-1075
Fax: (404) 842-0559
Email: mbw@wilbanks-bridges.com *vice*)

**s/ Christopher C. Casper**
Christopher C. Casper
Florida Bar No. 048320
James, Hoyer, Newcomer, Smiljanich &
Offices
Yanchunis, P.A
One Urban Centre, Suite 550
4830 West Kennedy Blvd.
Tampa, FL 33609-2589

Telephone: (813) 286-4109
Fax: (813) 286-4174
E-mail: ccasper@jameshoy.com

**s/ Susan S. Gouinlock**
Susan S. Gouinlock
(Admitted *Pro Hac Vice*)
Georgia Bar No. 303217
Susan Gouinlock, Ltd. Law
2735 Briarlake Woods Way, NE
Ste. 100
Atlanta, Georgia 30345
Facsimile: (404) 842-0559
Telephone: (404) 320-9117
E-mail: susan@sgltdlaw.com

Attorneys for (Relator) Elin Baklid-Kunz

## CERTIFICATION

Undersigned counsel certifies, pursuant to Local Rule 3.01(g), he has conferred with Defendants' counsel and counsel for the United States regarding the relief sought in Relator's Motion for Leave to File a Reply Brief In Support of Her Renewed and Supplemental Renewed Motions For Determination of Defendants' Claims of Privilege (the "Motion"). Defendants oppose the Motion. The United States consents to the relief sought by Relator in this Motion.

This 21st day of February, 2013.

**s/ L. Lin Wood**
 L. Lin Wood

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of Court for the United States District Court for the Middle District of Florida using the CM/ECF system, which will automatically serve a copy to counsel for all other parties in this case.

This 21st day of February, 2013.


**s/ L. Lin Wood**
L. Lin Wood (admitted *pro hac vice*)
State Bar No. 774588
Katherine Ventulett Hernacki (admitted *pro hac vice*)
State Bar No. 727027
Amy M. Stewart (admitted *pro hac vice*)
Georgia Bar No. 141481
WOOD, HERNACKI & EVANS, LLC
1180 West Peachtree Street N.W., Suite 2400
Atlanta, Georgia 30309
Tel: (404) 891-1402
Fax: (404) 506-9111
Email: lwood@whetriallaw.com
Email:khernacki@whetriallaw.com
Email: astewart@whetriallaw.com

*Attorneys for Relator Elin Baklid-Kunz*