UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex. rel.* ELIN BAKLID-KUNZ,<br><br>                Relator,<br>vs.<br><br>HALIFAX HOSPITAL MEDICAL CENTER d/b/a HALIFAX HEALTH a/k/a HALIFAX COMMUNITY HEALTH SYSTEM a/k/a HALIFAX MEDICAL CENTER and HALIFAX STAFFING, INC.,<br><br>                Defendants. | CIVIL ACTION FILE NO.<br>6:09-cv-1002-Orl-31DAB<br><br>Judge Gregory A. Presnell<br><br>[FALSE CLAIMS ACT – QUI TAM] |

**[PROPOSED] ORDER**

Upon consideration of Relator's Motion for Leave to File Reply Brief In Support of Her Renewed and Supplemental Renewed Motions For Determination of Defendants' Claims of Privilege it is hereby ORDERED that the motion shall be and is hereby GRANTED; and it is further ORDERED that Relator may file a Reply Brief in Support of Relator's Motion for Determination of Defendants' Privilege Claims no later than seven (7) days after the date of this Order, and such brief shall be limited to five (5) pages in length.

**DONE** and **ORDERED** in Orlando, Florida this ___ day of _____

_____, 2013.

                                                  _____
                                                  THOMAS B. SMITH
                                                  UNITED STATES MAGISTRATE JUDGE