IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex.rel.*, and ELIN BAKLID-KUNZ, Relator<br><br>Plaintiffs<br><br>vs.<br><br>HALIFAX HOSPITAL MEDICAL CENTER d/b/a HALIFAX HEALTH a/k/a HALIFAX COMMUNITY HEALTH SYSTEM a/k/a HALIFAX MEDICAL CENTER and HALIFAX STAFFING, INC.<br><br>Defendants | CASE NO.: 6-09-CV-1002-ORL-31TBS<br><br>JUDGE GREGORY A. PRESNELL<br><br>[FALSE CLAIMS ACT – QUI TAM] |

**JOINT MOTION FOR LEAVE TO FILE SUMMARY JUDGMENT
MOTIONS AND OPPOSITIONS THERETO IN EXCESS OF PAGE LIMITS**

Pursuant to Local Rule 3.01(d), plaintiffs United States of America ("United States" or "Government"), Elin Baklid Kunz ("Relator") and Defendants Halifax Hospital Medical Center and Halifax Staffing, Inc. (collectively "Halifax") submit this Joint Motion to file summary judgment motions and responsive pleadings in excess of the page limitations set for in the Local Rules for the United States District Court for the Middle District of Florida.

Local Rules 3.01(a) and (b) set forth the applicable limitations on motions for summary judgment in this matter. A Motion for summary judgment and the supporting memorandum of law is limited to a total of 25 pages. *See* Local Rule 3.01(a). Oppositions to motions for summary judgment shall not exceed 20 pages. *See* Local Rule 3.01(b).

As the Court is aware, this is a highly complex matter concerning potential violations of numerous federal statutes. In recognition of the complexity of this case, the Court granted the parties the opportunity to take additional depositions and pose additional interrogatories far in

- 2 -

excess of the limits imposed on typical Track II cases.  In addition, the Court has twice amended the initial case management and scheduling order to provide additional time for the parties to serve discovery and provide answers to discovery requests.

In order to properly address the factual and legal issues presented in this complex matter, the parties jointly request the Court permit the parties to exceed the page limitations for summary judgment briefs set forth in the Local Rules.  Specifically, the parties seek leave to file initial summary judgment motions of no more than 45 pages in length and oppositions of no more than 40 pages in length.

Dated: April 1, 2013                                          Respectfully submitted,

 

                                                      s/ David O. Crump

T. Reed Stephens (admitted *pro hac vice*)
David O. Crump (admitted *pro hac vice*)
Amy Kearbey (admitted *pro hac vice*)
Amandeep S. Sidhu (admitted *pro hac vice*)
MCDERMOTT WILL & EMERY LLP
500 North Capitol Street, NW
Washington, DC 20001
Tel: (202) 756-8000
Fax: (202) 756-8087
trstephens@mwe.com
dcrump@mwe.com
akearbey@mwe.com
asidhu@mwe.com

Anthony N. Upshaw
Fla. Bar. No. 0861091
MCDERMOTT WILL & EMERY LLP
333 Avenue of the Americas
Suite 4500
Miami, FL 33131
Tel: (305) 358-3500
Fax: (305) 347-6500
aupshaw@mwe.com

*Counsel to Defendants Halifax Hospital Medical Center and Halifax Staffing, Inc.*

Dated: April 1, 2013                                  Respectfully submitted,


                                                      s/ *Lin Wood*
                                                      L. Lin Wood
                                                      Wood, Hernacki & Evans, LLC
                                                      1180 West Peachtree Street
                                                      Suite 2400
                                                      Atlanta, GA 30309
                                                      Tel: (404) 891-1402
                                                      Fax: (404) 506-9111
                                                      Lwood@whetriallaw.com

                                                      Marlan B. Wilbanks
                                                      Ty M. Bridges
                                                      Wilbanks & Bridges, LLP
                                                      3414 Peachtree Road, Suite 1075
                                                      Atlanta, GA 30326
                                                      mbw@wilbanks-bridgeslaw.com
                                                      tmb@wilbanks-bridgeslaw.com

                                                      Scott C. Withrow
                                                      Withrow, McQuade & Olsen, LLP
                                                      3379 Peachtree Road, Suite 970
                                                      Atlanta, GA 30326
                                                      swithrow@wmolaw.com

|  |  |
|---|---|
| Dated: April 1, 2013 | Respectfully submitted, |

STUART F. DELERY
Acting Assistant Attorney General

ROBERT E. O'NEIL
United States Attorney

RALPH E. HOPKINS
Assistant United States Attorney
400 W. Washington Street, Suite 300
Orlando, FL 32801
(407) 648-7562
Fla. Bar # 0972436
Email: ralph.hopkins@usdoj.gov


s/ *Patricia M. Fitzgerald*
MICHAEL D. GRANSTON
ADAM J. SCHWARTZ
PATRICIA M. FITZGERALD
Attorneys, Civil Division
United States Department of Justice
P.O. Box 261, Ben Franklin Station
Washington, D.C. 20044
(202) 305-3173
Email: patricia.m.fitzgerald@usdoj.gov

*Counsel to the United States of America*

- 1 -

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Middle District of Florida using the CM/ECF system on April 1, 2013.  I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

s/ Patricia M. Fitzgerald  
Patricia M. Fitzgerald

Case 6:09-cv-01002-GAP-TBS   Document 233   Filed 04/01/13   Page 5 of 5 PageID 9544