# EXHIBIT 22

## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**UNITED STATES OF AMERICA** *ex rel.*
**BAKLID-KUNZ,**

      Plaintiff,                          **Case No. 6:09-CV-1002-31GAP-TBS**

v.

**HALIFAX HOSP. MED. CTR., et al.**

      Defendants.

_____/

### AMENDED NOTICE OF 30(b)(6) DEPOSITION

PLEASE TAKE NOTICE that on October 25, 2012, at 9:30 a.m. at the U.S. Attorney's

Office, 80 N. Hughey Street, Orlando, Florida 32801, the United States and Relator Elin Baklid-

Kunz will take the deposition upon oral examination of Halifax Hospital Medical Center of the

topics listed in Schedule A, pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure.

This deposition may be recorded stenographically and/or by videotape.  It will be conducted

under oath by an officer authorized to take such testimony.  To the extent necessary and mutually

agreed upon in advance, the duration of this deposition may extend beyond the seven-hour time

limit for depositions set forth in the January 3, 2012 Amended Case Management and

Scheduling Order (Dkt. No. 92).  The deposition may be used for any purpose, including as

evidence at trial.

Pursuant to Federal Rule of Civil Procedure 34 and by agreement entered into on June 27,

2012, Halifax Hospital Medical Center shall also produce all documents identified and described

in Schedule B, to the extent such documents have not been previously produced by Halifax

Hospital Medical Center in response to previous Requests for Production of Documents served

1



by the United States, no later than 12:00 p.m. on October 24, 2012. The United States

incorporates by reference the Instructions and Definitions from its First and Second Sets of

Requests for Production of Documents, its First Set of Interrogatories, and its Fifth Set of

Requests for Production of Documents and Second Set of Interrogatories. In addition, the

following definitions apply:

1. the term "professional fee" has the same meaning as the term is used in the

    Employment Agreement between Halifax Staffing, Inc. and Drs. Rohit Khanna,

    William Kuhn, and Federico Vinas; and

2. the word "referral" shall have the same meaning as the word is defined in the Stark

    Law, 42 U.S.C. § 1395nn(h)(5) and in supporting regulations, 42 C.F.R. § 411.351.

Respectfully submitted,

STUART F. DELERY
ACTING ASSISTANT ATTORNEY GENERAL

ROBERT E. O'NEILL
UNITED STATES ATTORNEY

RALPH E. HOPKINS
Assistant United States Attorney
501 W. Church Street, Suite 300
Orlando, FL 32805
(407) 648-7562
Fla. Bar # 0972436
Email: ralph.hopkins@usdoj.gov

Dated: October 5, 2012

By:     /s *Adam J. Schwartz*
DANIEL R. ANDERSON
MICHAEL D. GRANSTON
ADAM J. SCHWARTZ
PATRICIA M. FITZGERALD
Attorneys, Civil Division
United States Department of Justice
P.O. Box 261, Ben Franklin Station
Washington, D.C. 20044
(202) 305-3173
Email: Adam.Schwartz2@usdoj.gov

2

## Schedule A

1. Halifax Hospital Medical Center's organization and structure, including relationships with all subsidiaries, affiliates, partnerships, and/or joint ventures from 2000 to the present.

2. Halifax Staffing, Inc.'s organization and structure, including relationships with any and all parent companies, affiliates, and subsidiaries from 2000 to the present.

3. All facts and information Halifax Hospital Medical Center relied upon or intends to rely upon in support of its position that physicians maintaining employment agreements with Halifax Staffing, Inc. are employees of Halifax Hospital Medical Center for purposes of the Stark Law.

4. The process(es) by which Halifax Hospital Medical Center fills out and submits forms CMS 1450, 1500, 855-A, and 855-I from 2000 to the present.

5. The process(es) by which Halifax Hospital Medical Center submits claims for payment to Medicare from 2000 to the present.

6. All claims for payment submitted by Halifax Hospital Medical Center to Medicare from 2000 to the present for services performed in the Neurosurgery or Oncology practice area.

7. The process(es) by which Halifax Hospital Medical Center submits claims for payment to the Florida Agency for Health Care Administration from 2000 to the present.

8. All claims for payment that Halifax Hospital Medical Center submitted to the Florida Agency for Health Care Administration from 2000 to the present for services performed in the Neurosurgery or Oncology practice area.

9. The process(es) by which Halifax Hospital Medical Center identifies and calculates total annual professional fees for services rendered by each physician in the Neurosurgery or Oncology practice area from 2000 to the present.

10. The process(es) by which Halifax Hospital Medical Center identifies and calculates total annual referrals made to Halifax Hospital Medical Center by each physician in the Neurosurgery or Oncology practice area from 2000 to the present.

11. The process(es) by which Halifax Hospital Medical Center identifies and calculates the total value of payments received from Medicare contractors for services rendered to Medicare beneficiaries on an annual basis from 2000 to the present.

12. The process(es) by which Halifax Hospital Medical Center identifies and calculates the total value of payments received from the Florida Agency for Health Care Administration

for services rendered to Medicaid beneficiaries on an annual basis from 2000 to the
present.

13. The use of, data contained in, organization, and accessibility of the all databases and
programs utilized by Halifax Hospital Medical Center, including, but not limited to:

   a. Trendstar

   b. CompOne

   c. Mysis

   d. Lake Superior Software ("L.S.S.")

   e. Electronic Mail

14. The creation, negotiation, and amendment of compensation agreements between Halifax
Staffing, Inc. and Drs. Frederico Vinas, Rohit Khanna, and William Kuhn from 2000 to
the present.

15. The process(es) by which Halifax Hospital Medical Center conducted any Fair Market
Value analysis(es) of the compensation agreements between Halifax Staffing, Inc. and
Drs. Frederico Vinas, Rohit Khanna, and William Kuhn from 2009 to the present.

16. The process(es) by which Halifax Hospital Medical Center conducted any Fair Market
Value analysis(es) of the compensation agreements between Halifax Staffing, Inc. and
Drs. Frederico Vinas, Rohit Khanna, and William Kuhn from 2000 to the end of 2008.

17. The process(es) by which Halifax Hospital Medical Center conducted any commercial
reasonableness analysis of the compensation agreements between Halifax Staffing, Inc.
and Drs. Frederico Vinas, Rohit Khanna, and William Kuhn from 2000 to the present.

18. The process(es) by which Halifax Hospital Medical Center calculated bonus(es) paid by
Halifax Staffing, Inc. to Drs. Frederico Vinas, Rohit Khanna, and William Kuhn from
2000 to the present.

19. The creation, negotiation, and amendment of compensation agreements between Halifax
Staffing, Inc. and Drs. Boon Chew, Ruby Anne Deveras, Walter Durkin, Greg Favis,
Kelly Molpus, Abdul Sorathia, and Richard Weiss from 2000 to the present.

20. The process(es) by which Halifax Hospital Medical Center conducted any Fair Market
Value analysis(es) of the compensation agreements between Halifax Staffing, Inc. and
Drs. Boon Chew, Ruby Anne Deveras, Walter Durkin, Greg Favis, Kelly Molpus, Abdul
Sorathia, and Richard Weiss from 2000 to the end of 2008.

4

21. The process(es) by which Halifax Hospital Medical Center conducted any Fair Market Value analysis(es) of the compensation agreements between Halifax Staffing, Inc. and Drs. Boon Chew, Ruby Anne Deveras, Walter Durkin, Greg Favis, Kelly Molpus, Abdul Sorathia, and Richard Weiss from 2009 to the present.

22. The process(es) by which Halifax Hospital Medical Center conducted any commercial reasonableness analysis(es) of the compensation agreements between Halifax Staffing, Inc. and Drs. Boon Chew, Ruby Anne Deveras, Walter Durkin, Greg Favis, Kelly Molpus, Abdul Sorathia, and Richard Weiss from 2000 to the present.

23. The process(es) by which Halifax Hospital Medical Center calculated bonus(es) paid by Halifax Staffing, Inc. to Drs. Boon Chew, Ruby Anne Deveras, Walter Durkin, Greg Favis, Kelly Molpus, Abdul Sorathia, and Richard Weiss from 2000 to the present.

24. Halifax Hospital Medical Center's policy(ies) regarding compliance with the Stark Law, in existence from 2000 to the present.

25. All training programs and courses in existence from 2000 to the present regarding compliance with the Stark Law, prepared by or for Halifax Hospital Medical Center for distribution or dissemination to employees of Halifax Staffing, Inc.

26. The existence, use, formation, and policies of Halifax Hospital Medical Center's Utilization Review Committee from 2000 to the present.

27. The existence, use, formation, and policies of any committee at Halifax Hospital Medical Center performing utilization review functions from 2000 to the present.

28. Halifax Hospital Medical Center's document retention policies regarding electronic and hard copy Documents and information from 2000 to the present.

29. Halifax Hospital Medical Center's knowledge of over-billing by neurosurgeons and medical oncologists from 2000 to the present.

30. Halifax Hospital Medical Center's knowledge of improper impatient admissions as alleged in Relator's Second Amended Complaint.

31. Halifax Hospital Medical Center's knowledge of improper use of observation status as alleged in Relator's Second Amended Complaint.

32. Halifax Hospital Medical Center's knowledge of failure to comply with medical necessity inpatient criteria as alleged in Relator's Second Amended Complaint.

33. Halifax Hospital Medical Center's responses to the United States' Interrogatories.

34. Halifax Hospital Medical Center's responses to the United States' Requests for Admission.

35. Halifax Hospital Medical Center's responses to the United States' Requests for Production.

36. Halifax Hospital Medical Center's knowledge of its obligations to repay known Medicare overpayments.

37. Halifax Hospital Medical Center's decision-making process with respect to its retention of known Medicare overpayments.

38. All facts and information Halifax Hospital Medical Center relied upon or intends to rely upon in support of any affirmative defense that it meets all the requirements of an applicable safe harbor to the Anti-Kickback Statute, 42 U.S.C. § 1320-7b(b).

39. All facts and information Halifax Hospital Medical Center relied upon or intends to rely upon in support of any defense of advice of counsel.

40. All factual information Halifax Hospital Medical Center relied upon or intends to rely upon in support of it assertion that Halifax Hospital Medical Center, not Halifax Staffing, Inc., is the employer of Drs. Frederico Vinas, Rohit Khanna, William Kuhn, Boon Chew, Ruby Anne Deveras, Walter Durkin, Greg Favis, Kelly Molpus, Abdul Sorathia, and Richard Weiss.

41. All facts and information Halifax Hospital Medical Center relied upon or intends to rely upon in support of its Affirmative Defenses of:

    a. Failure to State a Claim;

    b. Estoppel;

    c. Waiver;

    d. Good Faith;

    e. Limitations on Damages;

    f. Fraud With Particularity;

    g. Public Disclosure;

    h. The bona fide employee exception to the Stark Law;

    i. The indirect compensation exception to the Stark Law; and

    j. Reservation of Defenses.

42. Halifax Hospital Medical Center's identification of the referring physician, as required by 42 U.S.C. 1395l(q)(1) for claims submitted to Medicare from January 1, 2000 through December 31, 2011, for reimbursement by Halifax Hospital Medical Center for hospital services provided in the outpatient setting where one or more of the following physicians is identified on CMS Form 1450 as the "attending" or "operating" physician:

   a.  Dr. Rohit Khanna;

   b.  Dr. William Kuhn;

   c.  Dr. Federico Vinas;

   d.  Dr. Boon Chew;

   e.  Dr. Ruby Anne Deveras;

   f.  Dr. Walter Durkin;

   g.  Dr. Greg Favis;

   h.  Dr. Kelly Molpus

   i.  Dr. Abdul Sorathia; and

   j.  Dr. Richard Weiss

43. Halifax Hospital Medical Center's identification of the referring physician for claims submitted to Medicare from January 1, 2000 through December 31, 2011, for reimbursement by Halifax Hospital Medical Center for hospital services provided in the inpatient setting where one or more of the following physicians is identified on CMS Form 1450 as the "attending" or "operating" physician:

   a.  Dr. Rohit Khanna;

   b.  Dr. William Kuhn;

   c.  Dr. Federico Vinas;

   d.  Dr. Boon Chew;

   e.  Dr. Ruby Anne Deveras;

   f.  Dr. Walter Durkin;

   g.  Dr. Greg Favis;

   h.  Dr. Kelly Molpus

i.  Dr. Abdul Sorathia; and

j.  Dr. Richard Weiss.

## Schedule B

1. Produce all documents Halifax Hospital Medical Center referenced or referred to in preparation for providing testimony pursuant to this Deposition Notice.

2. Produce all documents relied upon by Halifax Hospital Medical Center in preparing to provide testimony pursuant to this Deposition Notice.

## CERTIFICATE OF SERVICE

I, Adam J. Schwartz, hereby certify that I caused a true and accurate copy of the foregoing to be served on counsel of record at the location identified below by electronic mail:

Theodore R. Stephens
David O. Crump
Amandeep S. Sidhu
Amy H. Kearby
McDermott, Will, and Emery
600 13th Street, N.W.
Washington, DC
20005-3096

Bruce J. Berman
Carlton Fields
Miami Tower
100 S.E. Second Street
Suite 4200
Miami, Florida 33131-2113

Adam P. Schwartz
Carlton Fields
4221 West Boy Scout Boulevard
Suite 1000
Tampa, Florida 33607

Susan S. Gouinlock
Susan Gouinlock Ltd., Law Offices
2735 Briarlake Woods Way, NE, Suite 100
Atlanta, GA 30345-3907

Marlan B. Wilbanks
Ty M. Bridges
Wilbanks & Bridges, LLP
3414 Peachtree Road NE
Suite 1075
Atlanta, GA 30326

Anthony N. Upshaw
McDermott, Will, and Emery
333 Avenue of the Americas
Suite 4500
Miami, FL
33131-4336

Gabriel Imperato
Broad and Cassel
One Financial Plaza
100 S.E. 3rd Avenue
Suite 2700
Fort Lauderdale, FL 33394

Christopher C. Casper
John R. Newcomer, Jr.
Elaine Stromgren
James, Hoyer, Newcomer & Smiljanich, P.A.
One Urban Centre
Suite 550
4830 West Kennedy Blvd.
Tampa, FL 33609-2589

Jeffrey R. Holm
Terrence McQuade
Scott C. Withrow
Withrow, McQuade & Olsen, LLP
3379 Peachtree Rd NE
Suite 970
Atlanta, Georgia 30326

Dated: October 5, 2012