EXHIBIT 23

# Halifax Health Medical Center/Halifax Health Port Orange
POLICIES AND PROCEDURES

| DEPARTMENT<br>Hospital Wide Manual | | | DEPARTMENT NO. |
|---|---|---|---|
| SUBJECT<br>Contracts: Authorized Signatures | | | MANUAL SECTION<br>Authorized Signatures |
| EFFECTIVE DATE<br>12/91 | APPROVED BY<br>CEO | DATE REVISED<br>01/08 | PAGE<br>1 of 1 |

## PURPOSE
To give guidance regarding the signatures needed to execute various types of contracts.

## POLICY
Most contracts require at least two signatures. A contract cover sheet should be utilized to facilitate the process of obtaining the required signatures. The "Grant Contract Cover Sheet" should be used for all grants awarded. The cover sheet should be attached to the contract prior to routing. The reverse side of the cover sheet contains a listing of types of contracts and the signature(s) required for each. If the type of contract is not listed, follow the requirements for the most similar type.

Originals of all contracts will be maintained in the Legal Department.

Copy of contract cover sheet is attached.

Reviewed: 11/96, 11/97, 11/98, 11/99, 10/00, 11/01, 12/02, 08/05, 01/08



CONFIDENTIAL SUBJECT TO PROTECTIVE AGREEMENT                     HAL-1 0647447

## Halifax Health Medical Center/Halifax Health Port Orange
POLICY AND PROCEDURES



| | DEPARTMENT<br>Hospital Wide Manual | | | DEPARTMENT NO. |
|---|---|---|---|---|
| | SUBJECT<br>Authorized Signatures | | | MANUAL SECTION<br>Authorized Signatures |
| | EFFECTIVE DATE<br>02/83 | APPROVED BY<br>CEO | DATE REVISED<br>03/2010 | PAGE<br>1 of 2 |

### POLICY
To define those individuals designated to sign documentation as the authorized representative of Halifax Health.

### SIGNATURE AUTHORIZATIONS
Listed below are the authorization levels for expenditures per provisions in accordance with Halifax Hospital Medical Center d/b/a Halifax Health Enabling Act: the below approval authorizations are in effect by title.

*THE CHIEF EXECUTIVE OFFICER (CEO) AND CHIEF FINANCE OFFICER (CFO) HAVE SIGNING AUTHORITY FOR ANY AND ALL ITEMS ACCORDANCE TO ALL HOSPITAL POLICIES.*

### Authority to EXECUTE contracts::
Contract cover sheet *must be completed* and signed by Finance &Legal.
If contract amount exceeds signing authority limit, cover sheet requires CEO or CFO signature.

| | |
|---|---|
| Chief Executive Officer | Jeff Feasel |
| Chief Finance Officer | Eric Peburn |
| Administrator, Port Orange | Ann Martorano ($50,000) |
| Vice President, PBFS | Arvin Lewis ($50,000) |
| Executive Director, Hospice | Fran Davis ($10,000) |
| Executive Director, Healthy Communities | Dee Schaeffer ($10,000) |
| Director, VHN | Karen Aalbregtse ($10,000) |
| Executive Director, Foundation | Joe Petrock ($10,000) |

### Approval levels - *other than Contracts*
Under $50,000 *(Items over $50,000 require CEO or CFO approval)*

| | |
|---|---|
| Administrator, Port Orange | Ann Martorano |
| Marketing | Ann Martorano |
| General Council | Dave Davidson |

### Under $10,000 *(Items over $10,000 Require CEO or CFO Approval)*

| | |
|---|---|
| Assistant to President & CEO | Marybeth Chvisuk |
| Executive Director, Healthy Communities | Dee Schaeffer |
| Chief Information Officer | Lori Delone |
| Director, Human Resource | Kim Fulcher |
| Director, VHN | Karen Aalbregtse |
| Executive Director, Foundation | Joe Petrock |
| Executive Director, Hospice | Fran Davis |
| Vice President, PBFS | Arvin Lewis *(includes PBFS contract labor)* |

CONFIDENTIAL SUBJECT TO PROTECTIVE AGREEMENT

**Approve Medical &IT Equipment Leases:**
Chief Executive Officer              Jeff Feasel
Chief Finance Officer                Eric Peburn
Director of Finance                  Gerry Neff
Corporate Controller                 Kathleen Dulko

**Approved by CEO or CFO**
**Memberships, Subscriptions, Travel and Food** (*other than routine cafeteria operations*)

Administrator, Port Orange              Ann Martorano
Legal Council                           Dave Davidson
Executive Director, Healthy Communities Dee Schaeffer
Chief Information Officer               Lori Delone
Director, Human Resource                Kim Fulcher
Executive Director, Foundation          Joe Petrock
Executive Director, Hospice             Fran Davis
Vice President, PBFS                    Arvin Lewis

**Approve Memberships, Subscriptions, Travel and Food other than routine cafeteria operations)** *for*
***direct reports*** (*All other requests must be submitted* & *approved by CEO or CFO*)

Administrator Port Orange      Ann Martorano
Chief Finance Officer          Eric Peburn (also approves for CEO)

**Capital Expenditures (see Capital Policy)**
*Purchases are subject to any applicable statutory bid requirements.*
$25,000 - $50,000     Reported monthly to HH board through Audit & Finance Committee
Over $50,000          HH Board approval required

Operating Leases:
$50,000 - $250,000    Reported monthly to HMC Board through Audit & Finance Committee
Over $250,000 HH      Board approval required

**ADDITIONAL SIGNING AUTHORITY:**
Contract Labor:       CEO, CFO and VP PBFS (PBFS only)
Cell phone Expense:   CEO
Real Estate Leases:   CEO, CFO

**ADDITIONAL INFORMATION:**
Purchase requisitions are completed for purchase of any tangible goods within the individual's signing authority limit.

Check requests should be used to process payment of memberships, subscriptions, cell phone expenses.

Capital equipment requisition completed and submitted to the Capital Equipment Committee (CIC) for purchase of items $1,000 and over. Purchases are subject to any applicable statutory bid requirements.

Travel approval must be submitted on the Pre-Authorization for Cash Disbursement and Authorization of Official Travel Form.

Reference Exhibit "A" for Staff Signatures.

*Reviewed: 02/95, 02/96, 02/97, 02/98, 02/99, 11/00, 10/01, 12/02, 12/05, 01/08*

2

CONFIDENTIAL SUBJECT TO PROTECTIVE AGREEMENT                HAL-1 0647449

## Halifax Health Medical Center/Halifax Health Port Orange
### POLICIES AND PROCEDURES

| DEPARTMENT | DEPARTMENT NO. |
|---|---|
| *Hospital Wide Manual* | |
| SUBJECT | MANUAL SECTION |
| *Cash Disbursements* | *Finance* |
| EFFECTIVE DATE: *09/1988* — APPROVED BY: *CFO* — DATE REVISED: *04/09* | PAGE: *1 of 6* |

**POLICY**

- This policy is intended to cover procedures for cash disbursements, excluding Payroll disbursements.

- The policy allows for the disbursement of funds in accordance with the Enabling Act.

- Cash disbursements will be for goods or services authorized and received (authorization, safeguarding).

- Cash disbursements will be recorded correctly as to account, amount and period (recording).

**A. General:**
- Employees authorized to initiate purchases and receive goods either by Purchase Order or by Request for Cash Disbursement, shall be limited to the employees with an approved Authorized Signature form on file.

- All purchases of supplies, commodities, equipment and materials in excess of $10,000 will be required to follow the bid process.

- Petty cash funds under $15 may be paid with proper authorization in cash at designated sites and submitted for reimbursement by Request for Cash Disbursement.

- Disbursements shall be made by check, bank wire or account transfer.

- Checks shall be considered the standard form of cash disbursement. A wire transfer may be used as a method of payment based on various criteria. The timing of payment or cost effectiveness of payment determines whether a payment is made by check or wire.

- Department heads are to review monthly budget variance reports. Unusual items or significant variances shall be explained promptly.

**B. Accounts Payable:**
  **I. Contracts:**
  - A Contract cover sheet (see back of contract cover sheet for listings and examples) shall be executed when entering the organization into a contract. A Summary of

1

CONFIDENTIAL SUBJECT TO PROTECTIVE AGREEMENT                              HAL-1 0647450

terms and required signatures must be completed in full before a final copy is sent to Accounting for processing.

- Request for Cash Disbursement forms are required to initiate payment per contract terms.

## II. Travel, Training, Meeting and Other

| Travel | Interviews | Webinars |
| Training | Meetings | Working Lunches |

- All travel must be pre-approved by Administration, whether or not pre-payment is requested. Use Form HMC-319 Pre Authorization for Cash Disbursement Form.

- Written justification should be included stating how employee's attendance at the seminar will benefit the organization.

- Reimbursement for expenses Form HMC 318 Report of Business Expenses & Authorization of Payment incurred at the seminar should be completed upon return and also approved by Administration.

- Interviews, meetings with external vendors and working lunches require a Pre Authorization of Cash Disbursement Form. A detailed justification including itemized receipt, items ordered, name of attendees and approval by CEO, CFO or Administrator is required.

## III. Request for Cash Disbursement:

- Chapter 2003-374, Sections 12 and 18 of the Enabling Act states that the District is authorized to pay reasonable and necessary expenditures related to the furtherance of Halifax Health's objectives. All expenditures in excess of $10,000.00 are required to follow the bid process.

- A Request for Cash Disbursement (Form HHMC-322) should be used to purchase intangible items not requiring a contract cover sheet or to prepay a deposit for a Purchase Order referencing the Purchase Order number. Intangible items are goods that are incapable of being touched. The use of personal funds for any Halifax Health purchase should be limited and requires prior authorization by management.

Determination of Eligibility
- Any Employee who makes a purchase of $15.00 or less and seeks reimbursement should complete a petty cash voucher (Form HMC-111). Vouchers can be redeemed at the cashier's office. A Request for Cash Disbursement should not be completed.

- Petty Cash Reimbursements by Department should have all original receipts attached to a Request for Cash Disbursement form and sent to Accounts Payable for processing.

- A Request for Cash Disbursement should not be used to purchase tangible items.

- The following DO NOT require Purchase Orders, and would be considered intangible items:

CONFIDENTIAL SUBJECT TO PROTECTIVE AGREEMENT                    HAL-1 0647451

**Utilities**
Phone Bills
Electric Bills
Water Bills

**Legal**
Risk Management
Attorney Fees
Workers Comp

**Regulatory**
Postage Meter & Permit Fees
Certification Renewals
County Taxes
County of Volusia Health Department (Birth & Death Certificates)
FDLE (Fingerprinting)
AHCA
Membership Dues

**Contractual (Requires reviewed and authorized contract cover sheet)**
Physician Services
Property Rentals
Service Agreement

**Reimbursements**
ACLS
Tuition
Memorial Fund Requests
Department Petty Cash Reimbursements

Information Requirements
- Steps to follow when completing a Request for Cash Disbursement form:
  - Date
  - Complete Name and Address
  - Department Cost Code and Sub Account
  - Total Dollar Amount being requested
  - List any additional explanations, ex: mailing instructions, hand delivery of check to department, or any other special instructions that are needed
  - Requesting Employee must sign a Request for Cash Disbursement in addition to Manager and/or Administration.

- Attach all original supporting documentation.
- Original Request for Cash Disbursement is to be sent to Accounting via Interoffice mail
- No faxed copies will be accepted
- Request for Cash Disbursement received by Friday of each week will be processed the following week

IV. **Management Review Process**
- Request for Cash Disbursement are reviewed daily by Accounting. Each request is verified for accuracy and appropriateness (vendor name, address, cost code and sub account, amount supporting documentation and approval signatures.)

3

- Request for Cash Disbursement not meeting criteria for processing will be returned to the department for correction. A memo will be attached to the Request for Cash Disbursement form noting the corrections that are needed.

- Purchasing will be consulted for appropriateness and bidding criteria when necessary.

- Accounting will notify the CEO, CFO, Legal and Compliance as necessary for Requests for Cash Disbursement that do not meet the above criteria.

### V. Disbursement

- Accounting will verify extensions, additions, discounts and pricing on all supporting documentation.

- Checks shall only be prepared when receipt and approval documentation has been obtained and matched by AP, including, when applicable, purchase/receiving requisition, bid documents, contract and/or original vendor invoice.

- All checks are produced out of the Meditech Accounts Payable system and are sequentially numbered to facilitate month-end reconciliations. A positive pay file of all checks produced is required to be submitted to Wachovia Bank to ensure the validity of checks being presented for payment.

- Voided checks are to be defaced and retained in the Accounting Department.

- Employees with access to creating checks can not have posting ability in the general ledger.

- Access to the check printing software (Secure 32) is limited. Access is granted by the Controller to a limited number of authorized employees. The signature key which is required to print checks is kept in the safe until signed out by an authorized person.

- The Financial Supervisor shall maintain blank laser check stock at the appropriate levels.

- A reconciliation of the accounts payable detail to the general ledger is to be prepared monthly and reviewed by the Assistant Controller or Controller.

### C. Wires and Account transfers:
**Wires:**

- All requests for disbursement shall be reviewed for both cost effectiveness and efficiency by the Assistant Controller or Controller.

- All wires must be approved and initialed by the Controller or Assistant Controller before initiating. Recurring transactions are approved upon initial request and are valid until date specified.

- Wires made for payroll withholdings have a one time approval per vendor. Monthly amounts disbursed are to be verified by payroll personnel and a withholding register attached.

4

CONFIDENTIAL SUBJECT TO PROTECTIVE AGREEMENT

- Wires shall only be prepared when receipt and approval documentation has been obtained and matched, including, when applicable, purchase/receiving requisition, bid documents, contract and/or original vendor invoice.

- The Accounting employees that can initiate a wire cannot approve or release it. A detailed matrix of available security profiles and the positions responsible for each area of the wire transfer process is attached to this policy (see attachment A).

- The Controller, Assistant Controller and the Director of Finance are the only authorized employees to approve and release wires (see attachment A).

- Wires can be executed via Wachovia Connection.

**Account Transfers:**
- Account transfers can be executed via fax, e-mail, or on-line via Wachovia Connection. Faxed letters require signatures of authorized persons on file with Wachovia Bank.

- Account transfers are used when monies flow between Wachovia Bank accounts.

D. **ACH Transfers:**
- ACH transfers are automatic pre-authorized disbursements.

- All bank accounts are set up with an ACH "block or filter" to prohibit unauthorized disbursements.

- All initial requests for ACH transfers shall be reviewed for both cost effectiveness and efficiency by the Assistant Controller or Controller.

- When approved, the Wachovia Block & Filters Implementation Form (see attachment C) will be filled out and signed by an authorized signer of the bank account.

- Approved vendors are maintained by the Financial Supervisor and are listed in Attachment B.

E. **Corporate Credit and Debit Cards:**

**Credit Cards:**
- Corporate American Express, Shell gas cards and Wachovia debit cards are provided to select individuals (see attachment) to facilitate immediate purchases.

- Cardholders are required to obtain and sign a copy of the Issuance and Usage Policy upon receipt of credit card.

- Cardholder monthly statements will be reviewed by Accounting for adherence to policy and proper documentation.

F. **Accounting Department:**
- The Previous Day bank activity report shall be reviewed daily. Any unauthorized or questionable transactions shall be researched and reported via e-mail to the Controller, Assistant Controller, and Financial Supervisor.

- Cash disbursements over $15,000 will be reviewed weekly for adherence to policy.

5

CONFIDENTIAL SUBJECT TO PROTECTIVE AGREEMENT

HAL-1 0647454

- Bank statements and cancelled checks/wires are to be reconciled independent of the check/wire function. The Assistant Controller and/or Controller shall review such reconciliations each month.

- Security for all cash disbursements shall be maintained and reviewed by the Assistant Controller and/or Controller.

- Changes to the Meditech Vendor Dictionary will be reviewed by Accounting management no less than annually.

- Terminations will be updated upon notification.

6