<span style="color:red">**EXHIBIT 24**</span>

# HALIFAX HEALTH

**POLICIES AND PROCEDURES**



| DEPARTMENT | | Dept # |
|---|---|---|
| SYSTEM-WIDE | | Hospital Wide |
| SUBJECT | | Section |
| Contract Management | | Administrative |
| EFFECTIVE DATE | APPROVED BY | DATE REVISED | PAGE |
| 4/28/2009 | David J. Davidson | | 1 of 3 |

### Purpose
To outline requirements and procedures for processing contracts entered on behalf of Halifax Hospital Medical Center and its affiliated entities (collectively referred to as "Halifax Health").

### Policy
It is the policy of Halifax Health that services to be performed under contract shall not commence and payment for such services shall not be made until such contract is reviewed and executed in accordance with this policy and all requirements are met.

### Contract Management Procedures

Contract – Definition
A contract is any agreement between a Halifax Health entity and another party which is intended to have legal effect, whether or not it is titled "contract". The essential elements of a contract are a common understanding among the parties as to the terms of the agreement and the exchange by each party of something of value. An agreement may be a binding contract even if no money is exchanged if one party provides something of value to the other party.

Authorized Signatory
Only those individuals who have been officially delegated signing authority are authorized to enter into contracts on behalf of Halifax Health. If an employee signs a contract that he or she is not authorized to sign, the employee may be held personally liable for the contract, as he or she will have acted outside the scope of his or her authority as an employee. Personal liability may include responsibility for all costs associated with the contract, including the cost of legal defense.

Legal Review Procedure
All proposed contracts to which a Halifax Health entity is a party require review by the office of the General Counsel prior to execution by an authorized signatory. The General Counsel's office reviews contracts for legal form, including but not limited to appropriate designation of parties, legal consideration, jurisdiction, term and termination provisions, insurance requirements and liability. The manager or other department representative submitting the contract for review ("Originating Department Representative") is responsible for understanding and approving the business terms of the contract and for following all other applicable policies in the administration and execution of the contract, i.e. procedures related to bidding and procurement, physician compensation, etc.

The following guidelines shall be followed when submitting a contract for legal review:

1. All contracts must be submitted in hard copy to the General Counsel's office via hand delivery or inter-office mail. **Do not send contracts via electronic mail.**
2. A memo should be included with the contract stating the purpose of the contract and the person and department submitting it for review.

CONFIDENTIAL SUBJECT TO PROTECTIVE AGREEMENT

HAL-1 0647456

3.  All exhibits/attachments referenced within a contract must accompany the contract for review. Contracts submitted without referenced exhibits/attachments will be returned to the Originating Department Representative without review.

4.  If the contract is to be forwarded to an authorized signatory, an extra copy should be submitted in addition to the original(s) required. Signature flags indicating where signatures are required should be placed on all copies submitted. In addition, a Contract Cover Sheet must be completed and submitted with the contract (see Contract Cover Sheet; Supporting Documentation section contained below). Contracts submitted without a Contract Cover Sheet will be returned to the Originating Department Representative.

5.  The contract should be submitted at least fourteen (14) days in advance of the date by which review must be completed. The Originating Department Representative should maintain a copy of the contract and all exhibits in the event the original document is lost or misdirected during the review process.

If the contract is acceptable, the General Counsel's office will forward the contract to the appropriate party for execution. If the contract is not acceptable, the reviewing attorney will prepare a memo to the Originating Department Representative outlining the reasons the contract is not acceptable and providing possible ways to remedy the problems. **The written memo is considered a confidential internal document and is not to be duplicated and/or released to anyone outside of the Halifax Health system.** The relevant concerns contained within the memo may be shared with the contracting person/entity, but should be done so in a format other than the memo produced by the General Counsel's office. In the memo, the reviewing attorney will quantify the issues as follows:

Suggested Revisions: These issues do not pose significant legal problems, but an attempt should be made to obtain the revisions. Examples of this type of revision are specified legal venue, jurisdiction, governing law, and minor clarification of contract terms. If the Suggested Revisions are rejected, the contract may still be executed.

Required Revisions: These issues may be legal or operational, but the revisions must be made before the contract is executed. Examples of this type of revision are correction of legal descriptions, correct identification of parties, insurance requirements, provision of missing information, and insufficient contract terms. If the Required Revisions are not made, the contract may not be executed unless two members of senior administration approve in writing that the contract may be executed without the Required Revisions.

Compliance Revisions: These issues raise legal questions to the point that the legality of the contract is in question. Examples of this type of revision are provisions that would violate any state or federal law, rule, or regulation. If the proposed Compliance Revisions are rejected, the contract may not be executed unless two members of senior administration as well as the Chairman of the Board of Commissioners approve in writing that the contract may be executed without the Compliance Revisions.

Upon final approval by the General Counsel's office, the contract will be forwarded to an authorized signatory for execution on behalf of Halifax Health. The authorized signatory will return the contract to the Originating Department Representative who shall then be responsible for submitting the contract to the appropriate representative of the contracting entity for execution. Once all signatures have been obtained, a fully executed original contract with an original Contract Cover Sheet shall be returned to the Office of the General Counsel for safekeeping, and a copy of the Contract Cover Sheet shall be forwarded to Accounting.

It shall be the responsibility of the Originating Department Representative to notify the contracting entity of the appropriate address and relevant contact information for Accounts Payable and that all invoices for services rendered pursuant to a contract are to be sent directly to Accounts Payable for payment. The form attached hereto as Exhibit A shall be used for such notification purposes.

CONFIDENTIAL SUBJECT TO PROTECTIVE AGREEMENT

HAL-1 0647457

Contract Cover Sheet; Supporting Documentation
All contracts submitted for execution must be accompanied by a fully completed Contract Cover Sheet, attached hereto as Exhibit B. It is the responsibility of the Originating Department Representative to obtain all required signatures on the Contract Cover Sheet prior to submitting the contract for signature by an authorized signatory.

The Originating Department Representative shall attach to the Contract Cover Sheet all supporting documentation which may be required by the relevant policies and procedures of Halifax applicable to the contract, i.e. Fair Market Value data for physician contracts, bidding documentation, etc. No payment will be made under a contract without the required supporting documentation.

Contract Amendments
All contract amendments must follow the same process for review and approval as outlined hereinabove.

Contract Renewals/Terminations
Prior to a scheduled contract renewal/termination date, the General Counsel's office will forward a Contract Review Notice to the Originating Department Representative. The Originating Department Representative is required to submit written confirmation to the General Counsel's office that the contract should renew/terminate as provided or to process any desired renewals/amendments prior to the scheduled expiration/renewal date. If the Originating Department Representative fails to respond, the Contract Review Notice will be forwarded to the appropriate Administrator for response/action. **Payment for services performed under a contract shall not continue after the contract term has expired.**

Contracts Involving Travel-Related Expenses
Any contract which provides for payment/reimbursement of travel-related expenses shall specifically state that all such expenses will be paid in accordance with Halifax Health policy. No payment will be made for travel-related expenses without appropriate supporting documentation.

**Compliance-Related Procedures**

HIPAA Business Associate Agreement (BAA)
The Health Insurance Portability and Accountability Act (HIPAA) requires privacy and security safeguards in contracts with entities with whom protected health information is shared. The HIPAA requirements can be included in the main contract or a separate agreement. The General Counsel's office has approved a template agreement that can be used. If the other party is providing the BAA, it must contain all of the elements required by HIPAA. A checklist is available to assist in determining whether the required BAA elements have been addressed. The template BAA and checklist can be found in the HIPAA standards contained in the Compliance section of the Halifax Health intranet.

Deficit Reduction Act Communication
Under the Deficit Reduction Act of 2005, Halifax Health is required to communicate information about the False Claims Act and the Compliance Program to certain contractors and agents. For purposes of this requirement, "contractor" or "agent" includes any contractor, subcontractor, agent, or other person which or who, on behalf of Halifax Health, furnishes or otherwise authorizes the furnishing of Medicaid health care items or services, performs billing or coding functions, or is involved in monitoring of health care provided by Halifax Health. A template communication has been published along with policy LL-922, False Claims Act; Communications Required Under the Deficit Reduction Act of 2005, located in the Compliance Standards section of the Halifax Health intranet.

Financial Relationships with Physicians and Other Sources of Referrals
Contracts with physicians and other referral sources have a variety of legal and regulatory requirements depending on the nature of the relationship. The standards for such contracts are published in the Compliance Standards section of the Halifax Health intranet.

CONFIDENTIAL SUBJECT TO PROTECTIVE AGREEMENT

HAL-1 0647458

# HALIFAX HEALTH
## PHYSICIAN CONTRACT COVER SHEET

Instructions: This form should be completed in its entirety, and the original should be attached as the cover page for the original contract during routing for signatures. The Service Line Administrator responsible for the contract should complete the information prior to forwarding the contract. Once all signatures have been obtained, the original of this form should be sent with the original contract to the Legal Department for filing, with a copy (cover sheet and required attachments only) to Accounting.

Name of Physician or Entity (exactly as contained in contract): _____

Halifax Affiliate (HHMC, Staffing, Hospice, Healthy Families, etc.): _____

Service provided: _____

Contract/Amendment start date: _____   Contract/Amendment end date: _____

Renewal/cancellation date: _____   Cost Center: _____
(The date by which notice of renewal/cancellation must be given)

Revenue or Expense? _____   If Expense, will Company invoice?  ☐ Yes  ☐ No

Budgeted Item?  ☐ Yes  ☐ No   Accts Payable Notice Sent? (Expense Only)  ☐ Yes  ☐ No

Start Payment Date: _____   Last Payment Date: _____

Amount of First Payment: _____   Amount of Subsequent Payments: _____
(if different from first payment)

When are payments due? _____   Provide details (e.g. 15 days after end of month) _____

Assignment of Payment Required?  ☐ Yes   ☐ No   If yes, please attach.

Remittance address: _____

Required documentation for payment (i.e. time sheets, receipts, itemization, etc.): _____

**W-9 must be attached for all contracts requiring payments to non-employed physicians.**

HIPAA Business Associate Agreement required?  ☐ Yes   ☐ No

False Claims Act communication per Deficit Reduction Act required?  ☐ Yes   ☐ No  (refer to Contract Management Policy)

Other comments (including any changes to prior contracts): _____

Person to contact for questions: _____   Person to receive renewal reminder: _____

**Date Approved by Physician Contracting Committee:** _____

| SIGNATURES | Date |
|---|---|
| Manager/Director*: _____ | _____ |
| Legal: _____ | _____ |
| Manager, Decision Support: _____ | _____ |
| Service Line Administrator: _____ | _____ |
| Advisor: _____ | _____ |
| Finance: _____ | _____ |
| Chief Revenue Officer**: _____ | _____ |

*Not required if signed off by Service Line Administrator
**Required for all contracts which include clinical services billable through PBFS

CONFIDENTIAL SUBJECT TO PROTECTIVE AGREEMENT                           HAL-1 0647459

# HALIFAX HEALTH CONTRACT COVER SHEET
## (Non-Physician Contracts)

Instructions: This form should be completed in its entirety, and the original should be attached as the cover page for the original contract during routing for signatures. The Manager/Service Line Administrator responsible for the contract shall complete the information prior to forwarding the contract. No payment will be made prior to completion of this form and its receipt/processing by Accounting. Once all signatures have been obtained, the original of this form should be sent with the original contract to the Legal Department for filing, with a copy (cover sheet & required attachments only) to Accounting.

Name of company, firm, individual, etc. (exactly as contained in contract): _____

Halifax Affiliate (HHMC, Hospice, Healthy Families, etc.): _____

Service provided: _____

Contract/Amendment start date: _____     Contract/Amendment end date: _____

Renewal/cancellation date: _____     Cost Center: _____
(The date by which notice of renewal/cancellation must be given)

Revenue or Expense? _____   If Expense, will Company invoice? ☐ Yes ☐ No

Budgeted Item? ☐ Yes ☐ No     Accts Payable Notice Sent (Expense Only): ☐ Yes ☐ No

Start Payment Date: _____   Last Payment Date: _____

Amount of First Payment: _____     Amount of Subsequent Payments: _____
(if different from first payment)

When are payments due? _____   Provide details (e.g. 15 days after end of month): _____

Assignment of Payment Required? ☐ Yes ☐ No   If yes, please attach.

Remittance address: _____

Required documentation for payment: _____
(i.e. time sheets, receipts, itemization of work, etc.)

**W-9 must be attached for all contracts requiring payment through Accounts Payable.**

Insurance requirements (include contract section reference): _____

HIPAA Business Associate Agreement required? ☐ Yes ☐ No

Other comments (including any changes to prior contracts): _____

Person to contact for questions: _____ Person to receive renewal reminder: _____

---

| SIGNATURES | Date |
|---|---|
| Manager/Director*: _____ | _____ |
| Legal: _____ | _____ |
| Other signatures as required | |
| Service Line Administrator: _____ | _____ |
| Advisor: _____ | _____ |
| Materials Mgr.**: _____ | _____ |
| IRB Administrator: _____ | _____ |
| Finance: _____ | _____ |
| Chief Revenue Officer***: _____ | _____ |
| CFO/CEO: _____ | _____ |

*Not required if signed by Service Line Administrator
**Required for all supplier/service contracts
***Required for all managed care contracts

CONFIDENTIAL SUBJECT TO PROTECTIVE AGREEMENT                    HAL-1 0647460