EXHIBIT 27

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.*, and ELIN BAKLID-KUNZ, Relator<br><br>Plaintiffs<br><br>vs.<br><br>HALIFAX HOSPITAL MEDICAL CENTER d/b/a HALIFAX HEALTH a/k/a HALIFAX COMMUNITY HEALTH SYSTEM a/k/a HALIFAX MEDICAL CENTER and HALIFAX STAFFING, INC.<br><br>Defendants | CASE NO.: 6-09-CV-1002-ORL-31TBS<br><br>JUDGE GREGORY A. PRESNELL<br><br>[FALSE CLAIMS ACT – QUI TAM] |

## DEFENDANTS HALIFAX HOSPITAL MEDICAL CENTER AND HALIFAX STAFFING, INC.'S AMENDED OBJECTIONS AND RESPONSES TO THE UNITED STATES' INTERROGATORY NOS. 7 AND 8

Pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure, Defendant Halifax Hospital Medical Center and Halifax Staffing, Inc. ("HALIFAX")[1] by its attorneys, hereby responds and objects to the United States' Second Set of Interrogatories as follows. HALIFAX incorporates by references the General Responses and General Objections included in its October 23, 2012 Objections and Responses to the United States' Second Set of Interrogatories.

---

[1] Halifax Hospital Medical Center is a statutory governmental subdivision of the State of Florida, located in Daytona Beach, Florida. More specifically, Halifax Hospital Medical Center is organized under the laws of the State of Florida as a special taxing district created pursuant to an act of the Florida Legislature. Halifax Staffing, Inc. is the instrumentality by which Halifax Hospital Medical Center employs the individuals who work at Halifax Hospital Medical Center facilities. Pursuant to an agreement between Halifax Staffing and Halifax Hospital Medical Center (commencing March 6, 1994), Halifax Staffing assumed the employment of the individuals who had up to that time been employed by the Halifax Hospital Medical Center district, and became the entity used by Halifax Hospital Medical Center to staff its facilities. Halifax Hospital Medical Center pays its employees through a Halifax Staffing "sweep" account.



## INTERROGATORY NOS. 7 AND 8

7. Identify all individuals, either employed by Halifax Staffing, Inc., Halifax Hospital Medical Center, Inc. or working on behalf of either Halifax Staffing, Inc. or Halifax Hospital Medical Center, who performed a Fair Market Value analysis at any point between 2000 and 2011 regarding employment agreements between Halifax Staffing, Inc. and the following physicians: Dr. Rohit Khanna, Dr. William Kuhn, Dr. Federico Vinas, Dr. Boon Chew, Dr. Ruby Anne Deveras, Dr. Walter Durkin, Dr. Greg Favis, Dr. Kelly Molpus, Dr. Abdul Sorathia and/or Dr. Richard Weiss. For each individual identified, please state his/her name, employer at the time the analysis was performed, current employer (if known), the doctor(s) for which that individual performed a Fair Market Value analysis, and the date(s) the Fair Market Value Analysis was performed.

RESPONSE:

Halifax objects to this request on the grounds that it is overly broad, vague, and unduly burdensome. Subject to the foregoing general and specific objections, Halifax responds that the following individuals or entities performed a Fair Market Value Analysis between 2000 and 2011 regarding employment agreements between Halifax Staffing, Inc. and the following physicians: Dr. Rohit Khanna, Dr. William Kuhn, Dr. Federico Vinas, Dr. Boon Chew, Dr. Ruby Anne Deveras, Dr. Walter Durkin, Dr. Greg Favis, Dr. Kelly Molpus, Dr. Abdul Sorathia and/or Dr. Richard Weiss:

| Individual/Entity | Employer | Current Employer | Doctor(s) | Date |
|---|---|---|---|---|
| Andy Foster | Halifax | N/A | Chew, Deveras, Durkin, Favis, Sorathia, Weiss | March 24, 2009 |
| Healthcare Strategy Group, LLC | N/A | N/A | Khanna, Kuhn, Vinas | April 30, 2009 |
| Healthcare Strategy Group, LLC | N/A | N/A | Khanna, Kuhn, Vinas | May 22, 2009 |
| Andy Foster | Halifax | Halifax | Molpus | July 8, 2009 |
| Andy Foster | Halifax | Halifax | Khanna, Kuhn, | June 2011 |

| Individual/Entity | Employer | Current Employer | Doctor(s) | Date |
|---|---|---|---|---|
| | | | Vinas | |

8.  Identify all individuals, either employed by Halifax Staffing, Inc., Halifax Medical Center, Inc., or working on behalf of either Halifax Staffing, Inc. or Halifax Hospital Medical Center, who performed an analysis between 2000 and 2011 regarding the commercial reasonableness of employment agreements between Halifax Staffing, Inc. and the following physicians: Dr. Rohit Khanna, Dr. William Kuhn, Dr. Federico Vinas, Dr. Boon Chew, Dr. Ruby Anne Deveras, Dr. Walter Durkin, Dr. Greg Favis, Dr. Kelly Molpus, Dr. Abdul Sorathia and/or Dr. Richard Weiss. For each individual identified, please state his/her name, employer at the time the analysis was performed, current employer (if known), the doctor(s) for which that individual performed a commercial reasonableness analysis, and the date(s) the commercial reasonableness analysis was performed.

RESPONSE:

Halifax objects to this request on the grounds that it is overly broad, vague, and unduly burdensome. Subject to the foregoing general and specific objections, Halifax responds that between 2000 and 2011, commercial reasonableness was considered by Halifax during the review and consideration of all employment agreements between Halifax Staffing, Inc. and the following physicians: Dr. Rohit Khanna, Dr. William Kuhn, Dr. Federico Vinas, Dr. Boon Chew, Dr. Ruby Anne Deveras, Dr. Walter Durkin, Dr. Greg Favis, Dr. Kelly Molpus, Dr. Abdul Sorathia and/or Dr. Richard Weiss. Halifax also retained the following third-party entities to perform a commercial reasonableness analyses in conjunction with Fair Market Value analyses regarding the employment agreements between Halifax Staffing, Inc. and the following physicians: Dr. Rohit Khanna, Dr. William Kuhn, and Dr. Federico Vinas:

| Individual/Entity | Employer | Current Employer | Doctor(s) | Date |
|---|---|---|---|---|
| Healthcare Strategy Group, LLC | N/A | N/A | Khanna, Kuhn, Vinas | April 30, 2009 |

| Individual/Entity | Employer | Current Employer | Doctor(s) | Date |
|---|---|---|---|---|
| Healthcare Strategy Group, LLC | N/A | N/A | Khanna, Kuhn, Vinas | May 22, 2009 |

Dated: November 30, 2012

T. Reed Stephens (admitted *pro hac vice*)
David O. Crump (admitted *pro hac vice*)
Amy H. Kearbey (admitted *pro hac vice*)
Amandeep S. Sidhu (admitted *pro hac vice*)
MCDERMOTT WILL & EMERY LLP
The McDermott Building
500 North Capitol St. NW
Washington, DC 20001
Tel: (202) 756-8000
Fax: (202) 756-8087
Email: trstephens@mwe.com
Email: dcrump@mwe.com
Email: akearbey@mwe.com
Email: asidhu@mwe.com

Respectfully submitted,

s/ Amandeep S. Sidhu
Anthony N. Upshaw
Fla. Bar. No. 0861091
MCDERMOTT WILL & EMERY LLP
333 Avenue of the Americas
Suite 4500
Miami, FL 33131
Tel: (305) 358-3500
Fax: (305) 347-6500
Email: aupshaw@mwe.com

*Counsel to Defendants Halifax Medical Center and Halifax Staffing, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on November 30, 2012 a copy of the foregoing was served on the counsel listed below via U.S. Mail and/or email:

**VIA U.S. MAIL AND EMAIL**

Adam Schwartz, Esq.
Patricia Fitzgerald, Esq.
Civil Fraud Section
Commercial Litigation Branch
U.S. Department of Justice
601 D Street, NW
Room 9537
Washington, DC 20004
(202) 514-6831

**VIA EMAIL**

Ralph E. Hopkins
U.S. Department of Justice
U.S. Attorney's Office
Middle District of Florida
501 W. Church St., Suite 300
Orlando, FL 32805
(407) 648-7562

s/ Amandeep S. Sidhu
Amandeep S. Sidhu

I, David Davidson, declare under penalty of perjury that the foregoing factual statements and representations are true and correct to the best of my knowledge, information, and belief.

Dated: November 30, 2012

David Davidson
General Counsel
Halifax Hospital Medical Center & Halifax Staffing, Inc.