**EXHIBIT 31**



# HALIFAX MEDICAL CENTER
## CONTRACT COVER SHEET  Amendment
(When completed – keep this original form with the contract and send a copy to Accounting)

Instructions: This sheet should be attached as the cover page of each contract during routing for signatures. The manager initially signing for HMC shall complete the information prior to forwarding the contract. The instructions for this sheet contain a listing of various types of contracts and the signatures required for each. If the particular type of contract is not listed, find the most similar type and forward as noted. No payment can be made prior to completion of this form and its receipt/processing by the accounting department.

**SUMMARY OF TERMS:**

Name of company, firm, etc.: Rohit Khanna, M.D.
Service provided: Amendment to Employment Agreement
Contract start date: 10/1/2007   Contract end date: 9/30/2010
Renewal/cancellation date: _____   **Cost Center:** _____
(This is the date by which intervention of renewal/cancellation must be given)   **Subacct:** _____
Company to invoice (?): See original contract   Revenue or Expense (?): _____
Start payment date: _____   Last payment date: _____
Amount of each payment: $ _____   Subsequent payments: $ _____
Unequal payments: First payment: $ _____   Subsequent payments: $ _____
When are payments due (e.g. 15 days after end of month). Provide details _____

Insurance requirements: _____   Contract section reference, if any _____

Other comments (including remittance address): This amendment extends the term of Dr. Khanna's employment agreement.
Any change to prior contract, please list: _____

Person to contact for contract questions: Laura Chism
Person to receive renewal reminder: Laura Chism

**SIGNATURES and ROUTING INSTRUCTIONS** (see Instructions and fill in names or N/A):

| REQUIRED SIGNATURES | DATE |
|---|---|
| Managers: | |
| Legal: [signature] | 10/28/8 |
| OTHER SIGNATURES (see second page) | |
| Administrator: [signature] | 11.7.08 |
| Chief Information Officer | |
| Operations: Laura Chism | 10/23/08 |
| Nursing: | |
| Materials Manager: | |
| Finance: | |

CONFIDENTIAL/FOIA EXEMPT                                         HAL-1 0045240

File Copy

## AMENDMENT TO EMPLOYMENT AGREEMENT

THIS AMENDMENT to Employment Agreement is by and between HALIFAX STAFFING, INC., hereinafter referred to as "Company", and ROHIT KHANNA, M.D., hereinafter referred to as "Employee".

The Employment Agreement between the parties effective the 7th day of July, 2004 is hereby amended as follows:

1. Section 4, <u>Term of Agreement</u>, is amended to read as follows:

    This Agreement shall continue in full force and effect October 1, 2007 through September 30, 2010.

2. The effective date of this Amendment shall be October 1, 2007.

3. All terms and conditions of the Employment Agreement not specifically amended herein shall remain the same.

IN WITNESS WHEREOF, the parties have caused this Amendment to Employment Agreement to be executed on the date(s) indicated.

HALIFAX STAFFING, INC.                          ROHIT KHANNA, M.D.

By: _____                   _____

Title: ADMINISTRATOR

Date: 11.7.08                                    Date: 10/18/8

Witness: _____                   Witness: _____