⟨ 2ND AMMENDMENT ⟩

# HALIFAX HEALTH CONTRACT COVER SHEET

Instructions: This form should be completed in its entirety, and the original should be attached as the cover page for the original contract during routing for signatures. The Manager/Administrator responsible for the contract shall complete the information prior to forwarding the contract. The reverse side contains a listing of various types of contracts and the signatures required for each. If the particular type of contract is not listed, find the most similar type and forward as noted. No payment will be made prior to completion of this form and its receipt/processing by Accounting. Once all signatures have been obtained, the original of this form should be sent with the original contract to the Legal Department for filing, with a copy (cover sheet only) to Accounting.

Name of company, firm, individual, etc.: ROHIT KHANNA, MD

Halifax Affiliate (HHMC, Hospice, Healthy Families, etc.) HHMC

Service provided: Neurosurgery; Second Amendment to Employment Agreement

Contract start date: 4-1-09   Contract end date: —

Renewal/cancellation date: 90 days   Cost Center/Subacct: _____
(The date by which notice of renewal/cancellation must be given)

Revenue or Expense? Expense   If Expense, will Company invoice? NA

Budgeted Item? ☐ Yes ☐ No   Accts Payable Notice Sent? (Expense Only) ☒ Yes ☐ No

Start Payment Date: —   Last Payment Date: —

Amount of First Payment: —   Amount of Subsequent Payments: —
(if different from first payment)

When are payments due? Provide details (e.g. 15 days after end of month) See main agreement

Remittance address: ON FILE

Required documentation for payment: NO
(i.e. time sheets, receipts, itemization of work, etc.)

Insurance requirements (include contract section reference): NO

HIPAA Business Associate Agreement required? ☐ Yes ☒ No

False Claims Act communication per Deficit Reduction Act required? ☐ Yes ☒ No (refer to Contract Management Policy)

Other comments (including any changes to prior contracts): —

Person to contact for questions: Chalk Flavio   Person to receive renewal reminder: Same

SIGNATURES (see instructions on reverse)   Date
Manager: _____   11-9-09
Legal: _____   11-16-09
Other signatures as required (see reverse)
Administrator: _____   12.15.09
CIO
Operations:
Nursing:
Materials Mgr.
Finance: _____   12/3/09
Dir. Physician Svcs.[1] Elim B. Kunz   11-17-09
VP, PBFS [2]

[1] Required for all contracts involving physician services (initial review should occur prior to offering contract to physician)
[2] Required for all hospital/physician contracts which include clinical services billable through PBFS

Do not split page – all signatures must be contained on page 1

CONFIDENTIAL/FOIA EXEMPT                                HAL-1 0045242

## SECOND AMENDMENT TO EMPLOYMENT AGREEMENT

THIS SECOND AMENDMENT to Employment Agreement is by and between HALIFAX STAFFING, INC., hereinafter referred to as "Company", and ROHIT KHANNA, M.D., hereinafter referred to as "Employee".

The Employment Agreement between the parties effective the 7th day of July, 2004 is hereby amended as follows:

1.  Section 3.b is amended to read as follows:

    b.  An incentive compensation equal to all net collections for Employee's services hereunder which exceed the Annual Base Salary. The Employee will receive credit for providing services to "District Patients" at a rate consistent with the pay provisions of the call coverage program. "District Patients" shall be defined as all patients who are either referred to the Employee from various community clinics operated by the District, or who have no insurance or have exhausted insurance. These patients will include "self-pay on-call" patients and charity patients. The Employee shall also receive credit at 110% of Medicare for capitated agreements including VHN patients who are employees of Halifax Staffing, Inc., Patient Business & Financial Services, Inc. and Halifax Hospice, Inc.. In addition, the Employee will receive a credit for services provided to employees of Halifax Staffing, Inc., Patient Business & Financial Services, Inc. and Halifax Hospice, Inc. for workers compensation related injuries at the established workers compensation rate in effect at the time of compensation.

2.  Section 3.c is renumbered to Section 3.d. A new Section 3.c is created to read as follows:

    d.  An amount equal to 200% of the then current Medicare rate for all Trauma Alert services provided at Halifax Medical Center.

3.  The provisions of Sections 5.c and 5.d are null and void and shall be replaced with a new Section 5.j which shall read as follows:

    j.  The services of non-physician employees for the efficient operation of the Employee's office practice which shall include two (2) non-clinical full time employees, and either one (1) physician assistant or one and one-half (1.5) nursing FTEs. The salary and benefits of any additional employees will be expensed against the Employee's incentive compensation. If the salary and benefits of a physician assistant are expensed against the Employee's incentive compensation, all professional fees for services rendered by the physician assistant will accrue to the Employee.

1

CONFIDENTIAL /FOIA EXEMPT

HAL-1 0045243

4. The effective date of this Second Amendment to Employment Agreement is the _1_ day of __APRIL__, 200_9_.

5. All terms and conditions of the Employment Agreement and all non-conflicting prior amendments not specifically amended herein shall remain the same.

IN WITNESS WHEREOF, the parties have executed this Second Amendment to Employment Agreement on the date(s) indicated.

HALIFAX STAFFING, INC.                          ROHIT KHANNA, M.D.

By: _[signature]_                               _[signature]_
Title: _ADMINISTRATOR_
Date: _12.15.09_                                Date: _11/6/9_
Witness: _[signature] Delong_                   Witness: _[signature]_

2