**EXHIBIT 33**

Dr. Khanna
Contract year July 2000 through June 2001

| Report Date | Collections | Net A/R |
|---|---|---|
| Jul-00 | $ 33,637.01 | 33,637.01 |
| Aug-00 | 105.00 | #REF! |
| Sep-00 | 49,113.61 | #REF! |
| Oct-00 | 298.92 | #REF! |
| Nov-00 | 40,603.54 | #REF! |
| Dec-00 | 33,903.82 | #REF! |
| Jan-01 | 74,467.81 | #REF! |
| Feb-01 | 59,694.18 | #REF! |
| Mar-01 | 181,059.05 | #REF! |
| Apr-01 | 95,195.63 | #REF! |
| May-01 | 73,891.33 | |
| Jun-01 | 46,967.56 | |
| Subtotal | $ 688,937.46 | |
| Less minimum required collections per contract | (350,000.00) | |
| **Incentive due to physician** | $ 338,937.46 | |



Halifax
30(B)(6) 33

## Dr. Khanna
### Contract year July 2001 through June 2002

| Report Date | Collections | Net A/R |
|---|---:|---:|
| Jul-01 | $ 4,749.63 | 4,749.63 |
| Aug-01 | 17,726.22 | #REF! |
| Sep-01 | 183,695.46 | #REF! |
| Oct-01 | 96,449.63 | #REF! |
| Nov-01 | 35,977.78 | #REF! |
| Dec-01 | 38,574.02 | #REF! |
| Jan-02 | 35,213.98 | #REF! |
| Feb-02 | 63,834.52 | #REF! |
| Mar-02 | 57,638.29 | #REF! |
| Apr-02 | 100,704.95 | #REF! |
| May-02 | 40,443.30 | |
| Jun-02 | 100,815.11 | |
| Subtotal | $ 775,822.89 | |
| Less minimum required collections per contract | (350,000.00) | |
| **Incentive due to physician** | $ 425,822.89 | |

CONFIDENTIAL PURSUANT TO PROTECTIVE AGREEMENT

HAL-1 0512027

# Dr. Khanna
## Contract year July 2002 through June 2003

| Report Date | Collections | Net A/R |
|---|---|---|
| Jul-02 | $ 71,589.28 | 71,589.28 |
| Aug-02 | 124,830.49 | #REF! |
| Sep-02 | 82,155.49 | #REF! |
| Oct-02 | 127,810.33 | #REF! |
| Nov-02 | 31,618.48 | #REF! |
| Dec-02 | 43,482.88 | #REF! |
| Jan-03 | 72,113.22 | #REF! |
| Feb-03 | 260,022.19 | #REF! |
| Mar-03 | 92,748.32 | #REF! |
| Apr-03 | 95,167.88 | #REF! |
| May-03 | 66,825.88 | |
| Jun-03 | 124,509.17 | |
| Subtotal | $ 1,192,873.61 | |
| Less minimum required collections per contract for third quarter | (350,000.00) | |
| Incentive due to physician | $ 842,873.61 | |
| Incentive paid to physician 1st quarter | 191,075.26 | |
| Incentive paid to physician 2nd quarter | 115,411.69 | |
| Incentive paid to physician 3rd quarter | 337,383.73 | |
| Incentive paid to physician 4th quarter | $ 199,002.93 | |
| Incentive due to physician | $ - | |

CONFIDENTIAL PURSUANT TO PROTECTIVE AGREEMENT

HAL-1 0512026

## Dr. Khanna
## Contract year July 2003 through June 2004

| Report Date | Collections | Net A/R |
|---|---|---|
| Jul-03 | $ 100,992.60 | 100,992.60 |
| Aug-03 | 112,869.57 | #REF! |
| Sep-03 | 71,912.82 | #REF! |
| Oct-03 | 77,001.03 | #REF! |
| Nov-03 | 31,565.77 | #REF! |
| Dec-03 | 107,292.35 | #REF! |
| Jan-04 | 46,531.02 | #REF! |
| Feb-04 | 83,664.84 | #REF! |
| Mar-04 | 144,377.37 | #REF! |
| Apr-04 | 134,688.00 | #REF! |
| May-04 | 65,060.12 | |
| Jun-04 | 92,436.37 | |
| Subtotal | $ 1,068,391.86 | |
| Less minimum required collections per contract for quarter | (350,000.00) | |
| **Incentive due to physician** | $ 718,391.86 | |
| Incentive paid to physician 1st quarter | 198,274.99 | |
| Incentive paid to physician 2nd quarter | 128,359.15 | |
| Incentive paid to physician 3rd quarter | 188,012.01 | |
| Incentive paid to physician 4th quarter | | |
| **Incentive due to physician** | $ 203,745.71 | |

CONFIDENTIAL PURSUANT TO PROTECTIVE AGREEMENT                    HAL-1 0512025

## Dr. Khanna
## Contract year July 2004 through June 2005

| Report Date | | Collections | Net A/R |
|---|---|---|---|
| Jul-04 | $ | 142,713.95 | 142,713.95 |
| Aug-04 | | 120,541.92 | #REF! |
| Sep-04 | | 152,655.98 | #REF! |
| Oct-04 | | 89,270.71 | #REF! |
| Nov-04 | | 93,175.58 | #REF! |
| Dec-04 | | 104,052.46 | #REF! |
| Jan-05 | | 111,845.65 | #REF! |
| Feb-05 | | 86,776.43 | #REF! |
| Mar-05 | | 104,099.44 | #REF! |
| Apr-05 | | 193,132.50 | #REF! |
| May-05 | | 167,814.17 | |
| Jun-05 | | 97,901.17 | |
| Subtotal | $ | 1,463,979.96 | |
| Less minimum required collections per contract for quarter | | (350,000.00) | |
| Incentive due to physician | $ | 1,113,979.96 | |
| Incentive paid to physician 1st quarter | | 328,411.85 | |
| Incentive paid to physician 2nd quarter | | 198,998.75 | |
| Incentive paid to physician 3rd quarter | | 215,221.52 | |
| Incentive paid to physician 4th quarter | | | |
| Incentive due to physician | $ | 371,347.84 | |

CONFIDENTIAL PURSUANT TO PROTECTIVE AGREEMENT

HAL-1 0512024

## Dr. Khanna
### Contract year July 2005 through June 2006

| Report Date | | Collections | Net A/R |
|---|---|---:|---:|
| Jul-05 | $ | 174,851.84 | 174,851.84 |
| Aug-05 | | 220,298.92 | #REF! |
| Sep-05 | | 162,973.71 | #REF! |
| Oct-05 | | 135,662.93 | #REF! |
| Nov-05 | | 176,395.36 | #REF! |
| Dec-05 | | 96,299.79 | #REF! |
| Jan-06 | | 156,027.24 | #REF! |
| Feb-06 | | 127,453.34 | #REF! |
| Mar-06 | | 137,154.99 | #REF! |
| Apr-06 | | 139,213.77 | #REF! |
| May-06 | | 204,139.23 | |
| Jun-06 | | 150,345.65 | |
| Subtotal | $ | 1,880,816.77 | |
| Less minimum required collections per contract for quarter | | (350,000.00) | |
| **Incentive due to physician** | $ | 1,530,816.77 | |
| Incentive paid to physician 1st quarter | | 470,499.47 | |
| Incentive paid to physician 2nd quarter | | 320,983.08 | |
| Incentive paid to physician 3rd quarter | | 333,389.28 | |
| Incentive paid to physician 4th quarter | $ | 405,944.94 | |
| **Incentive due to physician** | $ | - | |

CONFIDENTIAL PURSUANT TO PROTECTIVE AGREEMENT

HAL-1 0512022

## Dr. Khanna
## Contract year July 2006 through June 2007

| Report Date | | Collections | Net A/R | |
|---|---|---:|---:|---|
| Jul-06 | $ | 165,230.76 | 165,230.76 | |
| Aug-06 | | 173,483.68 | #REF! | |
| Sep-06 | | 129,951.08 | #REF! | |
| Oct-06 | | 130,965.11 | #REF! | |
| Nov-06 | | 107,030.94 | #REF! | |
| Dec-06 | | 91,782.74 | #REF! | |
| Jan-07 | | 262,782.13 | #REF! | |
| Feb-07 | | 41,374.71 | #REF! | |
| Mar-07 | | 253,803.99 | #REF! | |
| Apr-07 | | 157,168.34 | #REF! | |
| May-07 | | 138,276.37 | | |
| Jun-07 | | 89,447.70 | | |
| Subtotal | $ | 1,741,297.55 | | |
| Less minimum required collections per contract for quarter | | (350,000.00) | | |
| **Incentive due to physician** | $ | 1,391,297.55 | | |
| Incentive paid to physician 1st quarter | | 398,869.90 | | |
| Incentive paid to physician 2nd quarter | | 224,574.41 | | |
| Incentive paid to physician 3rd quarter | | 470,409.30 | | Pd 7/03/07 |
| Incentive paid to physician 4th quarter | | | | |
| **Incentive due to physician** | $ | 297,443.94 | | |

CONFIDENTIAL PURSUANT TO PROTECTIVE AGREEMENT

HAL-1 0512021

## Dr. Khanna
### Contract year July 2007 through June 2008

| Report Date | Collections | Unposted Collections | Total |
|---|---|---|---|
| Jul-07 | $ 168,012.23 | | 168,012.23 |
| Aug-07 | 136,171.11 | | 136,171.11 |
| Sep-07 | 60,575.93 | | 60,575.93 |
| Oct-07 | 293,828.36 | | 293,828.36 |
| Nov-07 | 128,932.54 | | 128,932.54 |
| Dec-07 | 153,551.78 | | 153,551.78 |
| Jan-08 | 139,505.79 | | 139,505.79 |
| Feb-08 | 117,779.92 | | 117,779.92 |
| Mar-08 | 102,360.94 | | 102,360.94 |
| Apr-08 | 172,391.23 | | 172,391.23 |
| May-08 | 123,681.95 | | 123,681.95 |
| Jun-08 | 123,267.52 | 6,479.64 | 129,747.16 |
| Subtotal | $ 1,720,059.30 | $ 6,479.64 | $ 1,726,538.94 |
| Less minimum required collections per contract for quarter | | | (350,000.00) |
| Incentive due to physician | | | $ 1,376,538.94 |
| Incentive paid to physician 1st quarter | | | 277,642.33 |
| Incentive paid to physician 2nd quarter | | | 488,429.62 |
| Incentive paid to physician 3rd quarter | | | 274,918.65 |
| Incentive paid to physician 4th quarter | | | 335,548.34 |
| Incentive due to physician | | | $ - |

PD 8/02/08

## Dr. Khanna
## Contract year July 2008 through June 2009

| Report Date | Collections | Unposted Collections | CHRDIS SPHCN | Workers Comp | Total |
|---|---|---|---|---|---|
| Jul-08 | $ 110,576.79 | (6,479.64) | | | 104,097.15 |
| Aug-08 | 75,438.40 | | | | 75,438.40 |
| Sep-08 | 80,742.87 | | | | 80,742.87 |
| Oct-08 | 66,388.48 | | | | 66,388.48 |
| Nov-08 | 125,154.66 | | | | 125,154.66 |
| Dec-08 | 160,958.31 | | | | 160,958.31 |
| Jan-09 | 59,660.54 | | | | 59,660.54 |
| Feb-09 | 163,069.85 | | | | 163,069.85 |
| Mar-09 | 80,537.94 | | | | 80,537.94 |
| Mar 08 to Mar 09 | 0.00 | | 41,979.13 | 18,765.00 | 60,744.13 |
| Apr-09 | 138,839.68 | | | | 138,839.68 |
| May-09 | 144,284.49 | | | | 144,284.49 |
| Jun-09 | 133,070.42 | | | | 133,070.42 |
| Subtotal | $ 1,338,722.43 | $ (6,479.64) | $ 41,979.13 | $ 18,765.00 | $ 1,392,986.92 |

Less minimum required collections per contract for quarter     (350,000.00)

**Incentive due to physician**     $ 1,042,986.92

Incentive paid to physician 1st quarter     172,875.42
Incentive paid to physician 2nd quarter     264,904.45
Incentive paid to physician 3rd quarter     276,512.46
Incentive paid to physician 4th quarter

**Incentive due to physician**     $ 328,694.59

Adj. 12/31/08