**EXHIBIT 35**

# HALIFAX MEDICAL CENTER
## CONTRACT COVER SHEET
(When completed – keep this original form with the contract and send a copy to Accounting)

Instructions: This sheet should be attached as the cover page of each contract during routing for signatures. The manager initially signing for HMC shall complete the information prior to forwarding the contract. The instructions for this sheet contain a listing of various types of contracts and the signatures required for each. If the particular type of contract is not listed, find the most similar type and forward as noted. No payment can be made prior to completion of this form and its receipt/processing by the accounting department.

**SUMMARY OF TERMS:**

Name of company, firm, etc: _Dr. William Kuhn (Amendment)_
Service provided: _Neurosurgical Services – Employment Agreement_
Contract start date: _2-14-03_    Contract end date: _____
Renewal/cancellation date: _____    Cost Center: _____
(This is the date by which intervention of renewal/cancellation must be given)    Subacct: _____
Company to invoice (?): _____    Revenue or Expense (?): _____
Start payment date: _____    Last payment date: _____
Amount of each payment: $ _____    Subsequent payments: $ _____
Unequal payments: First payment: $ _____    Subsequent payments: $ _____
When are payments due (e.g. 15 days after end of month). Provide details _____

Insurance requirements: _____    Contract section reference, if any _____

Other comments (including remittance address): _____

Any change to prior contract, please list: _____

Person to contact for contract questions: _____
Person to receive renewal reminder: _____

**SIGNATURES and ROUTING INSTRUCTIONS** (see instructions and fill in names or N/A):

| REQUIRED SIGNATURES | DATE |
|---|---|
| Managers: | |
| Legal: | |

**OTHER SIGNATURES**
(see second page)
Administrator: _[signature]_
Operations:
Nursing:
Materials Manager:
Finance:

_Halifax 30(B)(6) 35_

CONFIDENTIAL/FOIA EXEMPT    HAL-1 0045556

## AMENDMENT TO EMPLOYMENT AGREEMENT

THIS AMENDMENT to Employment Agreement is by and between HALIFAX STAFFING, INC., hereinafter referred to as the "Company", and WILLIAM KUHN, M.D., hereinafter referred to as "Employee".

The Employment Agreement between the parties effective February 14, 2003 is hereby amended as follows:

1. Section 3.b., Compensation, is amended to read:

    b. An incentive compensation equal to all net collections for Employee's services which exceed the sum of the Employee's Annual Base Salary plus 125% of the amount paid by the Company in wages to Sally Beninati, Meredith Hunter, Patricia Lepley, and Nicole Tolhurst.

2. The effective date of this Amendment is February 14, 2003.

All terms and conditions of the Employment Agreement not specifically amended hereinabove remain the same.

IN WITNESS WHEREOF, the parties have executed this Amendment on the date(s) indicated below.

HALIFAX STAFFING, INC.                    WILLIAM KUHN, M.D.

By: _____             _____
Title: Administrator
Date: 4-21-03                             Date: 5/15/03
Witness: _____            Witness: _____

CONFIDENTIAL/FOIA EXEMPT                                          HAL-1 0045557