**EXHIBIT 36**



# HALIFAX MEDICAL CENTER
## CONTRACT COVER SHEET
(When completed – keep this original form with the contract and send a copy to Accounting)

Instructions: This sheet should be attached as the cover page of each contract during routing for signatures. The manager initially signing for HMC shall complete the information prior to forwarding the contract. The instructions for this sheet contain a listing of various types of contracts and the signatures required for each. If the particular type of contract is not listed, find the most similar type and forward as noted. No payment can be made prior to completion of this form and its receipt/processing by the accounting department.

SUMMARY OF TERMS:

Name of company, firm, etc.: WILLIAM B. KUHN, M.D.    Amendment Employment Agreement (See attached)

Service provided: Amend_ NEUROSURGERY    and Amendment

Contract start date: 2-2-07    Contract end date: _____

Renewal/cancellation date: _____    Cost Center: _____

(This is the date by which intervention of renewal/cancellation must be given)    Subacct: _____

Company to invoice (?): SEE ATTACHED.    Revenue or Expense (?): _____

Start payment date: _____    Last payment date: _____

Amount of each payment: $ _____    Subsequent payments: $ _____

Unequal payments: First payment: $ _____    Subsequent payments: $ _____

When are payments due (e.g. 15 days after end of month). Provide details _____

Insurance requirements: _____    Contract section reference, if any _____

Other comments (including remittance address): _____

Any change to prior contract, please list: _____

Person to contact for contract questions: _____

Person to receive renewal reminder: _____

### SIGNATURES and ROUTING INSTRUCTIONS (see instructions and fill in names or N/A):

| REQUIRED SIGNATURES | DATE |
|---|---|
| Managers: | |
| Legal: | |

OTHER SIGNATURES (see second page)

| | | |
|---|---|---|
| Administrator: | [signature] | 3/1/07 |
| Operations: | | |
| Nursing: | | |
| Materials Manager: | | |
| Finance: | | |


Halifax 36(B)(6) 36 2/26/13

CONFIDENTIAL/FOIA EXEMPT    HAL-1 0045254

## SECOND AMENDMENT TO EMPLOYMENT AGREEMENT

THIS SECOND AMENDMENT to Employment Agreement is by and between HALIFAX STAFFING, INC., hereinafter referred to as "Company", and WILLIAM KUHN, M.D., hereinafter referred to as "Employee".

The Employment Agreement and Amendment to Employment Agreement between the parties effective the 14th day of February, 2003 are hereby amended as follows:

1. Section 3.b, Compensation, as previously amended, shall read as stated in the original Agreement:

   b. *An incentive compensation equal to all net collections for Employee's services hereunder which exceed the Annual Base Salary.*

2. Sections 5.h and 5.i, Expenses, are deleted in their entireties. A new Section 5.h shall read as follows:

   h. *The shared services of seven non-physician employees for the efficient operation of the Employee's shared office practice with Federico Vinas, M.D., which shall include: one (1) office manager, two (2) physician assistants, two (2) medical assistants, one (1) receptionist, and one (1) transcriptionist. All professional fees for services rendered by the aforesaid physician assistants shall accrue to Halifax Hospital Medical Center without exception.*

3. The effective date of this Amendment is ___2/21___, 2007.

All terms and conditions of the Employment Agreement not specifically amended hereinabove shall remain the same.

IN WITNESS WHEREOF, the parties have executed this Second Amendment to Employment Agreement on the date(s) indicated.

HALIFAX STAFFING, INC.                    WILLIAM KUHN, M.D.

By: [signature]                           By: William B Kuhn

Title: Administration                     Title: Physician

Date: 2-28-07                             Date: 2/21/07

Witness: [signature]                      Witness: [signature]

CONFIDENTIAL/FOIA EXEMPT                                    HAL-1 0045255