**EXHIBIT 37**

## THIRD AMENDMENT TO EMPLOYMENT AGREEMENT

THIS THIRD AMENDMENT to Employment Agreement is by and between HALIFAX STAFFING, INC., hereinafter referred to as "Company", and WILLIAM KUHN, M.D., hereinafter referred to as "Employee".

The Employment Agreement between the parties effective the 14th day of February, 2003 is hereby amended as follows:

1. Section 3.b is amended to read as follows:

    b. An incentive compensation equal to all net collections for Employee's services hereunder which exceed the Annual Base Salary. The Employee will receive credit for providing services to "District Patients" at a rate consistent with the pay provisions of the call coverage program. "District Patients" shall be defined as all patients who are either referred to the Employee from various community clinics operated by the District, or who have no insurance or have exhausted insurance. These patients will include self-pay patients including "on-call" patients and charity patients. The Employee shall also receive credit at 110% of Medicare for capitated agreements including VHN patients who are employees of Halifax Staffing, Inc., Patient Business & Financial Services, Inc. and Halifax Hospice, Inc.. In addition, the Employee will receive a credit for services provided to employees of Halifax Staffing, Inc., Patient Business & Financial Services, Inc. and Halifax Hospice, Inc. for workers compensation related injuries at the established workers compensation rate in effect at the time of compensation. The effective date of this provision is March 1, 2008.

2. Section 5.h, <u>Expenses</u>, as previously created in the Second Amendment to Employment Agreement, is deleted in its entirety and shall read as follows:

    h. The services of non-physician employees for the efficient operation of the Employee's office practice which shall include one (1) office manager, one (1) medical assistant, one-half (.5) FTE medical transcriptionist and either one (1) physician assistant or one and one-half (1.5) nursing FTE's. The salary and benefits of any additional employees will be expensed against the Employee's incentive compensation. If the salary and benefits of a physician assistant are expensed against the Employee's incentive compensation, all professional fees for services rendered by the physician assistant will accrue to the Employee. The effective date of this provision is December 1, 2007.

3. All terms and conditions of the Employment Agreement and all non-conflicting prior amendments not specifically amended herein shall remain the same.



1

IN WITNESS WHEREOF, the parties have executed this Third Amendment to Employment Agreement on the date(s) indicated.

HALIFAX STAFFING, INC.                    WILLIAM KUHN, M.D.

By: _____              _____

Title: _____

Date: _____              Date: _____

Witness: _____             Witness: _____

CONFIDENTIAL/FOIA EXEMPT

HAL0347670

HAL-1 0051068