# EXHIBIT 41

## Federico Vinas, M.D.
## Contract year July 2003 through June 2004

federicovinas@hotmail.com

| Report Date | | Collections |
|---|---|---|
| Jul-03 | $ | 41,990.80 |
| Aug-03 | | 75,021.16 |
| Sep-03 | | 85,275.57 |
| Oct-03 | | 84,096.82 |
| Nov-03 | | 70,684.89 |
| Dec-03 | | 62,154.16 |
| Jan-04 | | 78,056.14 |
| Feb-04 | | 60,152.45 |
| Mar-04 | | 85,500.54 |
| Apr-04 | | 120,868.74 |
| May-04 | | 92,058.38 |
| Jun-04 | | 52,858.23 |
| Subtotal | $ | 908,717.88 |
| Less minimum required collections per contract | | (250,000.00) |
| **Incentive due to physician** | **$** | **658,717.88** |
| **Incentive paid to physician 1st quarter** | | 139,787.53 |
| **Incentive paid to physician 2nd quarter** | | 154,435.87 |
| **Incentive paid to physician 3rd quarter** | | 161,209.13 |
| **Incentive paid to physician 4th quarter** | | |
| **Incentive due to physician** | **$** | **203,285.35** |



## Federico Vinas, M.D.
### Contract year July 2006 through June 2007
**federicovinas@hotmail.com**

| Report Date | | Collections |
|---|---|---|
| Jul-06 | $ | 153,045.86 |
| Aug-06 | | 181,232.25 |
| Sep-06 | | 166,545.91 |
| Oct-06 | | 131,246.33 |
| Nov-06 | | 112,448.17 |
| Dec-06 | | 140,852.35 |
| Jan-07 | | 120,428.74 |
| Feb-07 | | 98,590.36 |
| Mar-07 | | 159,589.98 |
| Apr-07 | | 124,274.15 |
| May-07 | | 136,628.81 |
| Jun-07 | | 90,913.03 |
| Subtotal | $ | 1,615,795.94 |
| Less minimum required collections per contract | | (250,000.00) |
| **Incentive due to physician** | **$** | **1,365,795.94** |
| **Incentive paid to physician 1st quarter** | | 447,666.99 |
| **Incentive paid to physician 2nd quarter** | | 312,703.88 |
| **Incentive paid to physician 3rd quarter** | | 316,109.08 |
| **Incentive paid to physician 4th quarter** | | |
| **Less salary of part time person** | $ | (221.88) |
| **Incentive due to physician** | **$** | **289,094.11** |

Dr. Vinas
July 2007 to June 2008
federicovinas@hotmail.com

| Report Date | Dr. Vinas Collections | Dr. Vinas Unposted Collections | Deduct Qtr salaries | | Total |
|---|---|---|---|---|---|
| Jul-07 | $          84,082.32 | | | $ | 84,082.32 |
| Aug-07 | 72,858.61 | | | $ | 72,858.61 |
| Sep-07 | 61,677.39 | | (3,162.54) | $ | 58,514.85 |
| Oct-07 | 123,312.63 | | | $ | 123,312.63 |
| Nov-07 | 190,858.20 | | | $ | 190,858.20 |
| Dec-07 | 138,297.60 | | (9,476.02) | $ | 128,821.58 |
| Jan-08 | 194,599.77 | | | $ | 194,599.77 |
| Feb-08 | 105,030.29 | | | $ | 105,030.29 |
| Mar-08 | 210,177.75 | | (12,645.61) | $ | 197,532.14 |
| Apr-08 | 140,105.71 | | | $ | 140,105.71 |
| May-08 | 132,186.64 | | | $ | 132,186.64 |
| Jun-08 | 114,509.70 | 4,324.49 | (15,340.85) | $ | 103,493.34 |
| Subtotal | $     1,567,696.61 | $     4,324.49 | $     (40,625.02) | $ | 1,531,396.08 |

Less minimum required collections per contract                                     (250,000.00)

**Incentive due to physician**                                                  $     **1,281,396.08**

**Incentive paid to physician 1st quarter**                                     152,861.18   Pd 10/22/07
**Incentive paid to physician 2nd quarter**                                     380,587.01   Pd 1/29/08
**Incentive paid to physician 3rd quarter**                                     434,662.20   Pd 5/05/08
**Incentive paid to physician 4th quarter**

**Incentive due to physician**                                                  $     **313,285.69**

Dr. Vinas
July 2008 to June 2009
federicovinas@hotmail.com

| Report Date | Dr. Vinas Collections | Dr. Vinas Unposted Collections | CHRDIS SPHCN | Workers Comp | Deduct Qtr salaries | Total |
|---|---|---|---|---|---|---|
| Jul-08 | $ 191,456.70 | (4,324.29) | | | | $ 187,132.41 |
| Aug-08 | 124,188.95 | | | | | 124,188.95 |
| Sep-08 | 158,111.08 | | | | (15,603.70) | 142,507.38 |
| Oct-08 | 143,943.37 | | | | | 143,943.37 |
| Nov-08 | 217,712.59 | | | | | 217,712.59 |
| Dec-08 | 170,935.36 | | | | (25,806.22) | 145,129.14 |
| Jan-09 | 130,103.40 | | | | | 130,103.40 |
| Feb-09 | 130,979.36 | | | | | 130,979.36 |
| Mar-09 | 150,589.66 | | | | (20,863.38) | 129,726.28 |
| Mar 08 to Mar 09 | | | 9,505.88 | 5,491.06 | | 14,996.94 |
| Apr-09 | 162,382.83 | | | | | 162,382.83 |
| May-09 | 141,385.14 | | | | | 141,385.14 |
| Jun-09 | 121,634.79 | | | | (27,638.54) | 93,996.25 |
| Subtotal | $ 1,843,423.23 | $ (4,324.29) | $ 9,505.88 | $ 5,491.06 | $ (89,911.84) | $ 1,764,184.04 |
| Less minimum required collections per contract | | | | | | (250,000.00) |
| Incentive due to physician | | | | | | $ 1,514,184.04 |
| Incentive paid to physician 1st quarter | | | | | | 391,328.74 |
| Incentive paid to physician 2nd quarter | | | | | | 444,285.10 |
| Incentive paid to physician 3rd quarter | | | | | | 343,305.98 |
| Incentive paid to physician 4th quarter | | | | | | |
| Incentive due to physician | | | | | | $ 335,264.22 |

Dr. Vinas
July 2009 to June 2010
federicovinas@hotmail.com

| Report Date | Dr. Vinas Collections | Dr. Vinas Unposted Collections | CHRDIS SPHCN | Workers Comp | Trauma | Deduct Qtr salaries | Total | |
|---|---|---|---|---|---|---|---|---|
| Apr 09 to Jun 09 | | | 11,971.58 | 0.00 | | | $ 11,971.58 | |
| Jul-09 | $ 180,770.60 | | 3,375.18 | 64.00 | | | $ 184,209.78 | |
| Aug-09 | 149,517.58 | | (3,353.39) | 0.00 | | | $ 146,164.19 | 16,627.47 pd separately |
| Sep-09 | 170,539.47 | | 4,442.11 | 128.00 | | (25,055.63) | $ 150,053.95 | |
| Oct-09 | 132,503.65 | | 2,255.29 | 64.00 | 10,309.70 | | $ 145,132.64 | |
| Nov-09 | 90,643.09 | | 8,589.05 | 0.00 | 9,855.82 | | $ 109,087.96 | |
| Dec-09 | 119,592.51 | | (6,481.17) | 0.00 | 16,020.70 | (30,988.24) | $ 98,143.80 | |
| Jan-10 | 166,326.90 | | 8,175.20 | 0.00 | 18,481.04 | | $ 192,983.14 | |
| Feb-10 | 103,748.03 | | (4,621.23) | 0.00 | 13,132.80 | | $ 112,259.60 | |
| Mar-10 | 119,205.86 | | 5,073.23 | 0.00 | 22,229.20 | (27,175.64) | $ 119,332.65 | |
| Apr-10 | 149,145.49 | | (19,984.68) | 0.00 | 12,778.48 | | $ 141,939.29 | |
| May-10 | 97,322.36 | | 9,338.37 | 0.00 | 10,134.72 | | $ 116,795.45 | |
| Jun-10 | 117,430.00 | | 619.18 | 0.00 | 39,541.42 | (31,754.69) | $ 125,835.91 | |
| Subtotal | $ 1,596,745.54 | $ - | $19,398.72 | $256.00 | $152,483.88 | $ (114,974.20) | $ 1,653,909.94 | |
| Less minimum required collections per contract | | | | | | | (250,000.00) | |
| Incentive due to physician | | | | | | | $ 1,403,909.94 | |
| Incentive paid to physician 1st quarter | | | | | | | 429,899.50 | Pd 10/29/09 |
| Incentive paid to physician 2nd quarter | | | | | | | 289,286.71 | Pd 2/4/10 |
| Incentive paid to physician 3rd quarter | | | | | | | 362,005.39 | 4/15/2010 |
| Incentive paid to physician 4th quarter | | | | | | | | |
| Incentive due to physician | | | | | | | $ 322,718.34 | |

2/23/2013