# Halifax Health
## Fair Market Value Survey Analysis
### Neurosurgery

### *Introduction*

The Healthcare Strategy Group, LLC was retained to provide Halifax Health (Halifax) with a fair market value compensation analysis for three employed Neurosurgeons; Dr. Khanna, Dr. Kuhn and Dr. Vinas. Our methodology and findings are delineated in the report which follows.

### *Methodology*

Our approach to obtaining this data involved the utilization of two primary sources. First, we identified alternative sources of salary data from industry and trade groups which publish this type of information. Sources utilized from industry and trade groups include the following:

1. Medical Group Management Association (MGMA) Physician Compensation and Production Survey, 2008 Report Based on 2007 Data. All reports display data for the specialty "Surgery: Neurological."

2. 2007 American Medical Group Association (AMGA) Medical Group Compensation and Financial Survey. All reports display data for the specialty "Neurological Surgery (2090)."

In addition to reviewing compensation and production data available in the afore-mentioned surveys, Halifax provided us with internal production reports that detailed the CPT volume, charges, payments, and adjustments for each physician during the 2008 fiscal year. Management also provided us with the physicians' compensation detail for 2008.

### *Results and Recommendations*

Halifax Health is located in the "Southern region." To manage the variance between reporting categories, an average of the survey cohorts for the "Southern region" and "all physicians" was used in our analysis.

Healthcare Strategy Group, LLC                                                                 1



HAL-1   0047541

In the development of our fair market value opinion, we focused on the correlation of the following data elements;

1. Gross charges,

2. Work relative value unit (wRVU) production,

3. Collections and payer mix,

4. Total compensation

5. Compensation relative to gross charges,

6. Compensation per wRVU.

The results have been compiled for your convenience in the following tables.

*Gross Charges*

Table 1.1

| AMGA - Neurological Surgery | Mean | 20th % | Median | 80th % | 90th % |
|---|---|---|---|---|---|
| Gross Charges (Total) | $ 2,501,021 | $ 1,438,594 | $ 2,289,272 | $ 3,584,945 | $ 4,279,343 |
| Gross Charges (Southern Region) | $ 2,651,095 | $ 1,733,161 | $ 2,311,614 | $ 3,714,458 | $ 4,317,658 |
| MGMA 2008 PCRS Survey - Surgery: Neurological | | | | | |
| Table 9.1; Gross Charges (All) | $ 2,728,420 | $ 1,291,715 | $ 2,502,722 | $ 3,710,594 | $ 4,858,947 |
| Table 9.7; Gross Charges (Southern Region) | $ 3,089,811 | $ 1,467,789 | $ 2,665,645 | $ 3,709,900 | $ 6,150,770 |
| AVERAGE GROSS CHARGES | $ 2,742,587 | $ 1,482,815 | $ 2,442,313 | $ 3,679,974 | $ 4,901,679 |

Table 1.2

| | Practice (2008) | | |
|---|---|---|---|
| | Khanna | Kuhn | Vinas |
| **Physician Gross Charges** | $ 4,444,961 | $ 4,007,312 | $ 7,097,285 |

All three physicians, when measured by gross charges, are productive relative to their peers. The problem with measuring productivity by gross charges lies in the fact that the charges can be inflated with no true correlation to additional practice revenue or physician work. Dr. Khanna and Dr. Kuhn are operating between the 80th and 90th percentile. Dr. Vinas is extremely productive by comparison to survey reports, operating at a level well above the 90th percentile.

*Work Relative Value Unit Production*

**Table 2.1**

| AMGA - Neurological Surgery | Mean | 20th% | Median | 80th% | 90th% |
|---|---|---|---|---|---|
| Work RVUs (Total) | 9,039 | 5,996 | 8,737 | 11,711 | 13,889 |
| Work RVUs (Southern Region) | 10,466 | 7,608 | 10,105 | 14,288 | 14,698 |
| MGMA 2008 PCPS Survey - Surgery - Neurological | | | | | |
| Table 20.1; Work RVUs (Total) | 10,511 | 6,300 | 9,783 | 13,754 | 16,103 |
| Table 20.7; Work RVUs (Southern Region) | 11,980 | 7,051 | 9,394 | 15,252 | 23,353 |
| AVERAGE WORK RVUS | 10,499 | 6,739 | 9,505 | 13,751 | 17,011 |

**Table 2.2**

| | Practice (2008) | | |
|---|---|---|---|
| | Khanna | Kuhn | Vinas |
| **Physician Work RVUs** | 14,143 | 17,134 | 30,505 |

The Centers for Medicare and Medicaid Services (CMS) provide a list of Current Procedural Terminology, or CPT codes that are used by physician practices to bill and report physician services. A wRVU value is assigned to each CPT code as a method to value the physician's time, effort and expertise associated with the service represented by each CPT code. We feel that comparing wRVUs is the best method for assessing a physician's relative productivity because the wRVU value is consistent nation-wide and is not subject to individual practice or market variations.

Again, all three physicians appear productive relative to their peers, but a slight variation occurs when comparing Dr. Khanna and Dr. Kuhn to the survey participants. Dr. Kuhn's wRVU production is closer to the 90th percentile and Dr. Khanna's wRVU production is closer to the 80th percentile. In **Tables 1.1 and 1.2**, Dr. Kuhn's and Dr. Khanna's production relative to their peers was the exact opposite when measured by gross charges. The most striking variation is that Dr. Khanna reported gross charges that were 11% higher than Dr. Kuhn, while Dr. Khanna's wRVU production is approximately 20% lower. Further analysis would be required to understand this characteristic.

Dr. Vinas is extremely productive in comparison to survey reports, operating at a level well above the 90th percentile.

*Collections and Payer Mix*

**Table 3.1**

| MGMA 2008 PCPS Survey - Surgery: Neurological | Mean | 20th% | Median | 80th% | 90th% |
|---|---|---|---|---|---|
| Table 5.1; Collections (All) | $ 1,010,801 | $ 520,703 | $ 882,341 | $ 1,507,576 | $ 1,836,169 |
| Table 5.7; Collections (Southern Region) | $ 980,333 | $ 520,703 | $ 865,730 | $ 1,507,576 | $ 1,884,356 |
| AVERAGE COLLECTIONS | $ 995,567 | $ 520,703 | $ 874,035 | $ 1,507,576 | $ 1,860,262 |

**Table 3.2**

| | Practice (2008) | | |
|---|---|---|---|
| | Khanna | Kuhn | Vinas |
| **Physician Collections** | $ 682,421 | $ 1,062,027 | $ 1,674,996 |

**Table 3.3**

| | MGMA Mean | Halifax | Difference |
|---|---|---|---|
| Medicare | 30.0% | 43.0% | 13.0% |
| Medicaid | 8.5% | 1.5% | -7.1% |
| Commercial | 55.6% | 50.4% | -5.2% |
| Self-pay or charity | 4.3% | 4.9% | 0.6% |
| Other govt payers | 0.6% | 0.2% | -0.4% |
| | 100.0% | 100.0% | |

The collections reported by the hospital for each physician are an immediate red flag that something may be deficient in the billing cycle, whether it is specific to payer mix or policies/procedures. The physician's collections relative to their peers fail in comparison to the gross charges and wRVU production. Dr. Khanna's collections are well below the median, Dr. Kuhn's collections are only marginally above the median, and Dr. Vinas's collections are well below the 90th percentile.

Closer analysis of the hospital's payer mix signals to us that the dispersion of patient insurance types might suppress potential collections. The high instance of Medicare patients and a slightly less than median percentage of commercial payers will naturally lower collection rates. However, given the amount of charges and wRVU volume, the collections should not be as low as they are unless there are operational issues and/or insufficiencies in contract rates. Without further analysis, we cannot comment on the

validity of the collections and will not use the reported collections as the basis for our analysis.

*Compensation*

Table 4.1

| AMGA – Neurological Surgery | Mean | 20th% | Median | 80th% | 90th% |
|---|---|---|---|---|---|
| Compensation (Total) | $ 678,023 | $ 407,177 | $ 530,829 | $ 708,076 | $ 844,703 |
| Compensation (Southern Region) | $ 595,600 | $ 406,292 | $ 550,000 | $ 685,394 | $ 925,542 |
| MGMA 2008 PCPS Survey – Surgery-Neurological | | | | | |
| Table 1.1; Compensation (All) | $ 721,458 | $ 476,348 | $ 637,895 | $ 893,408 | $ 1,200,051 |
| Table 1.7; Compensation (Southern Region) | $ 692,998 | $ 464,217 | $ 605,981 | $ 869,936 | $ 1,300,000 |
| AVERAGE COMPENSATION | $ 647,020 | $ 438,508 | $ 581,176 | $ 789,203 | $ 1,067,574 |

Table 4.2

| | Practice (2008) | | |
|---|---|---|---|
| | Khanna | Kuhn | Vinas |
| **Physician Compensation** | 1,725,302 | 1,160,163 | 1,897,524 |

Physician compensation, as defined on both surveys, includes base salary, bonus payments, profit sharing, medical director stipends, and other compensation amounts included on the physician's W-2 or K-1 for partnership arrangements. Fringe benefits, such as taxes and insurance, are not included in compensation amounts.

The physicians' compensation, with the exception of Dr. Khanna, follows the same trend as the wRVU production when compared to survey participants. Dr. Kuhn is being paid at a level consistent with the 90th percentile and Dr. Vinas is paid at a level well above the 90th percentile. Dr. Khanna's compensation is by far the outlier of the three physicians. While Dr. Khanna's gross charges and wRVU production are both below the 90th percentile, Dr. Khanna's compensation is well above the 90th percentile. Our analysis will further investigate this trend in the following sections.

*Compensation Relative to Gross Charges*

**Table 5.1**

| AMGA - Neurological Surgery | Mean | 20th % | Median | 80th % | 90th % |
|---|---|---|---|---|---|
| Comp. to Gross Charges (Total) | 27.50% | 18.80% | 24.40% | 36.20% | 44.10% |
| MGMA 2008 PCPS Survey - Surgery: Neurological | | | | | |
| Table 12.1; Comp. to Gross Charges (Total) | 31.90% | 19.50% | 26.90% | 42.00% | 59.10% |
| Table 12.7; Comp. to Gross Charges (Southern) | 26.90% | 19.30% | 24.70% | 31.40% | 44.00% |
| AVERAGE COMPENSATION TO GROSS CHARGES | 28.77% | 18.53% | 26.33% | 36.53% | 49.07% |

**Table 5.2**

| | Practice (2008) | | |
|---|---|---|---|
| | Khanna | Kuhn | Vinas |
| **Compensation % of Charges** | 38.81% | 28.95% | 26.74% |

**Tables 5.1 and 5.2** display the physicians' compensation as a percentage of gross charges. Dr. Kuhn and Dr. Vinas are being paid at a level consistent with the median as reported by the two surveys. It must be noted that the AMGA survey did not segment this reporting statistic by regions. Again, Dr. Khanna is the outlier. His compensation level is above the 80th percentile as a percentage of gross charges.

*Compensation per Work RVU*

**Table 6.1**

| AMGA - Neurological Surgery | Mean | 20th % | Median | 80th % | 90th % |
|---|---|---|---|---|---|
| Comp. per Work RVUs (Total) | $64.82 | $47.19 | $60.81 | $80.79 | $95.82 |
| MGMA 2008 PCPS Survey - Surgery: Neurological | | | | | |
| Table 22.1; Comp. per Work RVUs (Total) | $76.43 | $55.44 | $69.21 | $98.98 | $107.74 |
| Table 22.7; Comp. per Work RVUs (Southern Region) | $63.02 | $32.85 | $69.16 | $75.79 | $78.88 |
| AVERAGE COMPENSATION TO WORK RVUS | $68.09 | $45.16 | $66.39 | $85.19 | $94.15 |

**Table 6.2**

| | Practice (2008) | | |
|---|---|---|---|
| | Khanna | Kuhn | Vinas |
| **Compensation per wRVU** | $121.99 | $67.71 | $62.20 |

**Tables 6.1 and 6.2** display the physicians' compensation per work RVU. It must again be noted that the AMGA survey did not segment this reporting statistic by regions. According to survey results, Dr. Kuhn and Dr. Vinas are being paid at a level consistent with the median reported by the two surveys while Dr. Khanna's compensation per wRVU is completely out of line with the survey results. His compensation level is well above the 90th percentile on an individual wRVU basis. In fact, Dr. Khanna's compensation level per wRVU is almost twice that of the other physicians.

The following chart displays regression analysis of physician compensation relative to wRVU production as reported on the MGMA survey only. As evidenced in **Table Groups 5 and 6**, Dr. Kuhn and Dr. Vinas appear to follow the trend reported by all physicians while Dr. Khanna is the outlier.

Chart 6.1  MGMA Regression Analysis of Physician Compensation relative to Work RVU Production



Healthcare Strategy Group, LLC

*Description of Existing Compensation Methodology and Amounts*

Halifax Health pays each physician a base salary coupled with a stipend for call coverage and incentive compensation for collections in excess of an expense threshold. In addition, the physicians receive a stipend for automobile payments and a small amount for tenure and life insurance. The details of each physician's compensation are listed in the table below.

Table 7.1

| | Practice (2008) | | |
| | Khanna | Kuhn | Vinas |
|---|---|---|---|
| Salary | $325,000 | $325,000 | $250,000 |
| Call Coverage | $117,150 | $120,700 | $113,850 |
| Incentive | $1,271,772 | $702,854 | $1,519,864 |
| Car Allowance | $10,800 | $10,800 | $13,500 |
| Longevity | $250 | $50 | $80 |
| Life Insurance | $330 | $759 | $230 |
| Total Compensation 2008 | $1,725,302 | $1,160,163 | $1,897,524 |

According to the three physicians' contracts, incentive compensation will be paid for all collections in excess of a threshold comprised of each physician's respective base salary and an additional labor expense for office staff provided by the hospital. In addition, the physicians earn 200% of the Medicare physician fee-schedule (MPFS) for trauma work, 80% of MPFS for services provided to in-network patients, and 120% MPFS for Volusia Healthcare Network patients.

*Synthesis of Results and Conclusion*

The compensation levels of Dr. Kuhn and Dr. Vinas appear to be consistent with industry standards and the demonstrated work level of each physician. Dr. Vinas is working at a very high level and should be paid correspondingly. Dr. Kuhn is productive relative to survey participants and is being paid at a level commensurate with the amount of service being provided. The compensation levels for Dr. Kuhn and Dr. Vinas are within fair market value range.

Dr. Khanna's compensation is outside of fair market value standards. Dr. Khanna is earning almost as much as Dr. Vinas while performing nearly half of the work volume.

Closer examination of the physicians' individual contracts does not reveal any significant differences between the compensation methodology agreed upon by the hospital and the physicians. Since the methodology is basically the same for each physician, there may be a problem with the reports for tracking collections and patient types to be used as the basis for the Dr. Khanna's compensation. With total collections of less than $700,000, incentive bonus payments of $1.2 million seem contradictory to the compensation methodology. This is especially true because the physician must cover nearly $400,000 in expense for base salary and labor costs before any of the collections are eligible to be paid as compensation. Without further analysis, we cannot determine the validity of this assumption.