# EXHIBIT 43

## Halifax Health
### Fair Market Value Survey Analysis
### Neurosurgery

*Introduction*

The Healthcare Strategy Group, LLC was retained to provide Halifax Health (Halifax) with a fair market value compensation analysis for three employed Neurosurgeons; Dr. Khanna, Dr. Kuhn and Dr. Vinas. Our methodology and findings are delineated in the report which follows.

*Methodology*

Our approach to obtaining this data involved the utilization of two primary sources. First, we identified alternative sources of salary data from industry and trade groups which publish this type of information. Sources utilized from industry and trade groups include the following:

1. Medical Group Management Association (MGMA) Physician Compensation and Production Survey, 2008 Report Based on 2007 Data. All reports display data for the specialty "Surgery: Neurological."

2. 2007 American Medical Group Association (AMGA) Medical Group Compensation and Financial Survey. All reports display data for the specialty "Neurological Surgery (2090)."

In addition to reviewing compensation and production data available in the afore-mentioned surveys, Halifax provided us with internal production reports that detailed the CPT volume, charges, payments, and adjustments for each physician during the 2008 fiscal year. Management also provided us with the physicians' compensation detail for 2008.

*Results and Recommendations*

Halifax Health is located in the "Southern region" for both surveys respectively. To manage the variance between reporting categories, an average of the survey cohorts for the "Southern region" and "all physicians" was used in our analysis.

Healthcare Strategy Group, LLC                                                                                        1

HAL-1 0047619

In the development of our fair market value opinion, we focused on the correlation of the following data elements;

1. Gross charges,
2. Work relative value unit (wRVU) production,
3. Collections and payer mix,
4. Total compensation
5. Compensation relative to gross charges,
6. Compensation per wRVU.

The results have been compiled for your convenience in the following tables.

*Gross Charges*

Table 1.1

| AMGA - Neurological Surgery | Mean | 20th% | Median | 80th% | 90th% |
|---|---|---|---|---|---|
| Gross Charges (Total) | $ 2,501,021 | $ 1,438,594 | $ 2,289,272 | $ 3,584,945 | $ 4,279,343 |
| Gross Charges (Southern Region) | $ 2,651,095 | $ 1,733,161 | $ 2,311,614 | $ 3,714,458 | $ 4,317,658 |
| MGMA 2008 PCPS Survey - Surgery: Neurological | | | | | |
| Table 9.1; Gross Charges (All) | $ 2,728,420 | $ 1,291,715 | $ 2,502,722 | $ 3,710,594 | $ 4,858,947 |
| Table 9.7; Gross Charges (Southern Region) | $ 3,089,811 | $ 1,467,789 | $ 2,665,645 | $ 3,709,900 | $ 6,150,770 |
| AVERAGE GROSS CHARGES | $ 2,742,587 | $ 1,482,815 | $ 2,442,313 | $ 3,679,974 | $ 4,901,679 |

Table 1.2

| | Practice (2008) | | |
|---|---|---|---|
| | Khanna | Kuhn | Vinas |
| **Physician Gross Charges** | $ 6,893,212 | $ 4,007,312 | $ 7,097,285 |

All three physicians, when measured by gross charges, are productive relative to their peers. The problem with measuring productivity by gross charges lies in the fact that the charges can be inflated with no true correlation to additional practice revenue or physician work. Dr. Kuhn is operating at a level between the 80th and 90th percentile. Dr. Khanna and Dr. Vinas are extremely productive by comparison to survey reports, operating at a level well above the 90th percentile.

*Work Relative Value Unit Production*

Table 2.1

| AMGA - Neurological Surgery | Mean | 20th% | Median | 60th% | 90th% |
|---|---|---|---|---|---|
| Work RVUs (Total) | 9,039 | 5,996 | 8,737 | 11,711 | 13,889 |
| Work RVUs (Southern Region) | 10,466 | 7,608 | 10,105 | 14,288 | 14,698 |
| MGMA 2008 PCPS Survey - Surgery: Neurological | | | | | |
| Table 20.1; Work RVUs (Total) | 10,511 | 6,300 | 9,783 | 13,754 | 16,103 |
| Table 20.7; Work RVUs (Southern Region) | 11,980 | 7,051 | 9,394 | 15,252 | 23,353 |
| AVERAGE WORK RVUS | 10,499 | 6,739 | 9,505 | 13,751 | 17,011 |

Table 2.2

| | Practice (2008) | | |
| | Khanna | Kuhn | Vinas |
|---|---|---|---|
| **Physician Work RVUs** | 21,193 | 17,134 | 30,505 |

The Centers for Medicare and Medicaid Services (CMS) provide a list of Current Procedural Terminology, or CPT codes that are used by physician practices to bill and report physician services. A wRVU value is assigned to each CPT code as a method to value the physician's time, effort and expertise associated with the service represented by each CPT code. We feel that comparing wRVUs is the best method for assessing a physician's relative productivity because the wRVU value is consistent nation-wide and is not subject to individual practice or market variations.

Again, all three physicians appear productive relative to their peers. Dr. Kuhn's wRVU production is just above the 90th percentile. Both Dr. Khanna and Dr. Vinas are extremely productive in comparison to survey reports, operating at a level well above the 90th percentile.

*Collections and Payer Mix*

Table 3.1

| MGMA 2008 PGPS Survey - Surgery: Neurological | Mean | 20th% | Median | 80th% | 90th% |
|---|---|---|---|---|---|
| Table 5.1; Collections (All) | $ 1,010,801 | $ 520,703 | $ 882,341 | $ 1,507,576 | $ 1,836,169 |
| Table 5.7; Collections (Southern Region) | $ 980,333 | $ 520,703 | $ 865,730 | $ 1,507,576 | $ 1,884,356 |
| AVERAGE COLLECTIONS: | $ 995,567 | $ 520,703 | $ 874,035 | $ 1,507,576 | $ 1,860,262 |

Table 3.2

| | Practice (2008) | | |
|---|---|---|---|
| | Khanna | Kuhn | Vinas |
| **Physician Collections** | $ 1,258,461 | $ 1,062,027 | $ 1,674,996 |

Table 3.3

| | MGMA Mean | Halifax | Difference |
|---|---|---|---|
| Medicare | 30.0% | 43.0% | 13.0% |
| Medicaid | 8.5% | 1.5% | -7.1% |
| Commercial | 56.6% | 50.4% | -6.2% |
| Self-pay or charity | 4.3% | 4.9% | 0.6% |
| Other govt payers | 0.6% | 0.2% | -0.4% |
| | 100.0% | 100.0% | |

The collections reported by the hospital for each physician are an immediate red flag that something may be deficient in the billing cycle, whether it is specific to payer mix or policies/procedures. The physician's collections relative to their peers fail in comparison to the gross charges and wRVU production. Dr. Khanna's collections are well below the 80th percentile, Dr. Kuhn's collections are only marginally above the median, and Dr. Vinas's collections are well below the 90th percentile.

Closer analysis of the hospital's payer mix signals to us that the dispersion of patient insurance types might suppress potential collections. The high instance of Medicare patients and a slightly less than median percentage of commercial payers will naturally lower collection rates. However, given the amount of charges and wRVU volume, the collections should not be as low as they are unless there are operational issues and/or insufficiencies in contract rates. Without further analysis, we cannot comment on the validity of the collections and will not use the reported collections as the basis for our analysis.

Healthcare Strategy Group, LLC                                                    4

*Compensation*

Table 4.1

| AMGA - Neurological Surgery | Mean | 20th% | Median | 80th% | 90th% |
|---|---|---|---|---|---|
| Compensation (Total) | $ 678,023 | $ 407,177 | $ 530,829 | $ 708,076 | $ 844,703 |
| Compensation (Southern Region) | $ 595,600 | $ 408,292 | $ 550,000 | $ 685,394 | $ 925,542 |
| MGMA 2008 PCPS Survey - Surgery: Neurological | | | | | |
| Table 1.1; Compensation (All) | $ 721,458 | $ 476,348 | $ 637,895 | $ 893,408 | $ 1,200,051 |
| Table 1.7; Compensation (Southern Region) | $ 692,998 | $ 464,217 | $ 605,981 | $ 869,936 | $ 1,300,000 |
| AVERAGE COMPENSATION | $ 647,020 | $ 438,508 | $ 581,176 | $ 789,203 | $ 1,067,574 |

Table 4.2

| | Practice (2008) | | |
|---|---|---|---|
| | Khanna | Kuhn | Vinas |
| **Physician Compensation** | 1,503,371 | 1,160,163 | 1,897,524 |

Physician compensation, as defined on both surveys, includes base salary, bonus payments, profit sharing, medical director stipends, and other compensation amounts included on the physician's W-2 or K-1 for partnership arrangements. Fringe benefits, such as taxes and insurance, are not included in compensation amounts.

The physicians' compensation follows the same trend as the wRVU production when compared to survey participants. Dr. Kuhn is being paid at a level consistent with the 90th percentile. Dr. Khanna and Dr. Vinas are being paid at a level well above the 90th percentile.

*Compensation Relative to Gross Charges*

Table 5.1

| AMGA - Neurological Surgery | Mean | 20th% | Median | 80th% | 90th% |
|---|---|---|---|---|---|
| Comp. to Gross Charges (Total) | 27.50% | 16.80% | 24.40% | 36.20% | 44.10% |
| MGMA 2008 PCPS Survey - Surgery: Neurological | | | | | |
| Table 12.1; Comp. to Gross Charges (Total) | 31.90% | 19.50% | 26.90% | 42.00% | 59.10% |
| Table 12.7; Comp. to Gross Charges (Southern) | 26.90% | 19.30% | 24.70% | 31.40% | 44.00% |
| AVERAGE COMPENSATION TO GROSS CHARGES | 28.77% | 18.53% | 25.33% | 36.53% | 49.07% |

Table 5.2

| | Practice (2008) | | |
|---|---|---|---|
| | Khanna | Kuhn | Vinas |
| Compensation % of Charges | 21.81% | 28.95% | 26.74% |

Tables 5.1 and 5.2 display the physicians' compensation as a percentage of gross charges. Dr. Kuhn and Dr. Vinas are being paid at a level consistent with the median as reported by the two surveys. Dr. Khanna is being paid slightly below the reported median amounts. It must be noted that the AMGA survey did not segment this reporting statistic by regions.

*Compensation per Work RVU*

Table 6.1

| AMGA - Neurological Surgery | Mean | 20th% | Median | 60th% | 90th% |
|---|---|---|---|---|---|
| Comp. per Work RVUs (Total) | $64.82 | $47.19 | $60.81 | $80.79 | $95.82 |
| MGMA 2008 PCPS Survey - Surgery: Neurological | | | | | |
| Table 22.1; Comp. per Work RVUs (Total) | $76.43 | $55.44 | $69.21 | $98.98 | $107.74 |
| Table 22.7; Comp. per Work RVUs (Southern Region) | $63.02 | $32.85 | $69.16 | $75.79 | $78.88 |
| AVERAGE COMPENSATION TO WORK RVUS | $69.09 | $45.16 | $66.39 | $85.18 | $94.15 |

Table 6.2

| | Practice (2008) | | |
|---|---|---|---|
| | Khanna | Kuhn | Vinas |
| Compensation per wRVU | $70.94 | $67.71 | $62.20 |

**Tables 6.1 and 6.2** display the physicians' compensation per work RVU. It must again be noted that the AMGA survey did not segment this reporting statistic by regions. According to survey results, all three physicians are being paid at a level consistent with the median reported by the two surveys.

The following chart displays regression analysis of physician compensation relative to wRVU production as reported on the MGMA survey only. All three physicians appear to follow the best fit line. The proximity to the best fit line is a good indication that the physicians are being paid appropriately for their work efforts.

Chart 6.1  MGMA Regression Analysis of Physician Compensation relative to Work RVU Production



Healthcare Strategy Group, LLC

8

*Description of Existing Compensation Methodology and Amounts*

Halifax Health pays each physician a base salary coupled with a stipend for call coverage and incentive compensation for collections in excess of an expense threshold. In addition, the physicians receive a stipend for automobile payments and a small amount for tenure and life insurance. The details of each physician's compensation are listed in the table below.

Table 7.1

|  | Practice (2008) | | |
|---|---|---|---|
|  | Khanna | Kuhn | Vinas |
| Salary | $325,000 | $325,000 | $250,000 |
| Call Coverage | $117,150 | $120,700 | $113,850 |
| Incentive | $1,049,841 | $702,854 | $1,519,864 |
| Car Allowance | $10,800 | $10,800 | $13,500 |
| Longevity | $250 | $50 | $80 |
| Life Insurance | $330 | $759 | $230 |
| Total Compensation 2008 | $1,503,371 | $1,160,163 | $1,897,524 |

According to the three physicians' contracts, incentive compensation will be paid for all collections in excess of a threshold comprised of each physician's respective base salary and an additional labor expense for office staff provided by the hospital. In addition, the physicians earn 200% of the Medicare physician fee-schedule (MPFS) for trauma work, 80% of MPFS for services provided to in-network patients, and 120% MPFS for Volusia Healthcare Network patients.

*Synthesis of Results and Conclusion*

The compensation levels of Dr. Khanna, Dr. Kuhn and Dr. Vinas appear to be consistent with industry standards and the demonstrated work level of each physician. Dr. Vinas and Dr. Khanna are working at a very high level and should be paid correspondingly. Dr. Kuhn is productive relative to survey participants and is being paid at a level commensurate with the amount of service being provided. The compensation levels for all three physicians are within fair market value range.