**EXHIBIT 44**

— 1/27
DAN:
For you
files
TG



# HALIFAX MEDICAL CENTER
## CONTRACT COVER SHEET
(When completed – keep this original form with the contract and send a copy to Accounting)

Instructions: This sheet should be attached as the cover page of each contract during routing for signatures. The manager initially signing for HMC shall complete the information prior to forwarding the contract. The instructions for this sheet contain a listing of various types of contracts and the signatures required for each. If the particular type of contract is not listed, find the most similar type and forward as noted. No payment can be made prior to completion of this form and its receipt/processing by the accounting department.

**SUMMARY OF TERMS:**

Name of company, firm, etc: **Medical Oncology Employment Agreement Amendment**
Service provided:
Contract start date: **9/30/05**  Contract end date: **9/30/07**
Renewal/cancellation date: **2 years Notice**  Cost Center: **765000**
(This is the date by which intervention of renewal/cancellation must be given)  Subacct:
Company to invoice (?): **NA**  Revenue or Expense (?)
Start payment date: **Annual Per Contract**  Last payment date:
Amount of each payment: $ **Varies Based on Net Margin**  Subsequent payments: $ **Variable**
Unequal payments: First payment: $ —  Subsequent payments: $ —
When are payments due (e.g. 15 days after end of month). Provide details **Prior to 3/15 of each year for the previous fiscal year**
Insurance requirements: **Per original contract**  Contract section reference, if any

Other comments (including remittance address):

Any change to prior contract, please list: **Modifies Incentive Compensation Pool**

Person to contact for contract questions: **Tom Garthwaite**
Person to receive renewal reminder: **Tom Garthwaite**

**SIGNATURES and ROUTING INSTRUCTIONS** (see instructions and fill in names or N/A):

| | REQUIRED SIGNATURES | DATE |
|---|---|---|
| Managers: | [signature] | 1-20-06 |
| Legal: | David J. Davidson | 1/24/6 |

**OTHER SIGNATURES** (see second page)
Administrator: [signature]
Operations: [signature]
Nursing:
Materials Manager:
Finance:



## AMENDMENT TO
## MEDICAL ONCOLOGY EMPLOYMENT AGREEMENT

THIS AMENDMENT to Medical Oncology Employment Agreement is entered into by and between HALIFAX STAFFING, INC., hereinafter referred to as the "Company" and RUBY ANNE E. DEVERAS, M.D., hereinafter referred to as "Employee".

The Medical Oncology Employment Agreement between the parties is hereby amended as follows:

1. Section 3.C is amended to read as follows:

    *Beginning with the fiscal year ending September 30, 2005, an equitable portion of an Incentive Compensation pool which is equal to 15% of the operating margin for the Medical Oncology program as defined by the financial statements produced by the Finance Department on a quarterly basis. The amount of the incentive compensation distributed to the Employee shall be determined by the Medical Oncology Practice Management Group. This compensation shall be paid annually according to the operating margin for the fiscal year. Payment will be made on or before March 15 of the following year in order to provide a 90-day period of collections. The Company shall make best efforts to achieve a reasonable collection rate in light of community needs, patient mix, and relevant health care reform efforts.*

2. Section 4, 2nd sentence, is amended to read:

    *This Agreement shall continue in effect through the 30th day of September, 2007.*

3. This Amendment shall take effective immediately upon its signing by both parties hereto.

All terms and conditions of the Medical Oncology Employment Agreement not specifically amended hereinabove remain the same.

IN WITNESS WHEREOF, the parties have executed this Amendment on the date(s) indicated.

HALIFAX STAFFING, INC.                          RUBY ANNE E. DEVERAS, M.D.

By: _____                    _____

Title: ADMINISTRATOR

Date: 1-26-06                                    Date: 1/20/06

Witness: _____               Witness: _____

c:contracts/physicians/employment/MedoncAmd1

CONFIDENTIAL/FOIA EXEMPT                                              HAL-1 0045430

# AMENDMENT TO
## MEDICAL ONCOLOGY EMPLOYMENT AGREEMENT

THIS AMENDMENT to Medical Oncology Employment Agreement is entered into by and between HALIFAX STAFFING, INC., hereinafter referred to as the "Company" and WALTER DURKIN, M.D., hereinafter referred to as "Employee".

The Medical Oncology Employment Agreement between the parties is hereby amended as follows:

1. Section 3.C is amended to read as follows:

   *Beginning with the fiscal year ending September 30, 2005, an equitable portion of an Incentive Compensation pool which is equal to 15% of the operating margin for the Medical Oncology program as defined by the financial statements produced by the Finance Department on a quarterly basis. The amount of the incentive compensation distributed to the Employee shall be determined by the Medical Oncology Practice Management Group. This compensation shall be paid annually according to the operating margin for the fiscal year. Payment will be made on or before March 15 of the following year in order to provide a 90-day period of collections. The Company shall make best efforts to achieve a reasonable collection rate in light of community needs, patient mix, and relevant health care reform efforts.*

2. Section 4, 1st sentence, is amended to read:

   *This Agreement shall be effective the 1st day of March, 2004 through the 30th day of September, 2007.*

3. This Amendment shall take effective immediately upon its signing by both parties hereto.

All terms and conditions of the Medical Oncology Employment Agreement not specifically amended hereinabove remain the same.

IN WITNESS WHEREOF, the parties have executed this Amendment on the date(s) indicated.

HALIFAX STAFFING, INC.

By: _____
Title: ADMINISTRATOR
Date: 1-26-06
Witness: _____

WALTER DURKIN, M.D.

_____
Date: 1-20-06
Witness: _____

c:contracts/physicians/employment/MedoncAmd1

## AMENDMENT TO
## MEDICAL ONCOLOGY EMPLOYMENT AGREEMENT

THIS AMENDMENT to Medical Oncology Employment Agreement is entered into by and between HALIFAX STAFFING, INC., hereinafter referred to as the "Company" and ABDUL SORATHIA, M.D., hereinafter referred to as "Employee".

The Medical Oncology Employment Agreement between the parties is hereby amended as follows:

1. Section 3.C is amended to read as follows:

    *Beginning with the fiscal year ending September 30, 2005, an equitable portion of an Incentive Compensation pool which is equal to 15% of the operating margin for the Medical Oncology program as defined by the financial statements produced by the Finance Department on a quarterly basis. The amount of the incentive compensation distributed to the Employee shall be determined by the Medical Oncology Practice Management Group. This compensation shall be paid annually according to the operating margin for the fiscal year. Payment will be made on or before March 15 of the following year in order to provide a 90-day period of collections. The Company shall make best efforts to achieve a reasonable collection rate in light of community needs, patient mix, and relevant health care reform efforts.*

2. Section 4, 1st sentence, is amended to read:

    *This Agreement shall be effective the 1st day of March, 2004 through the 30th day of September, 2007.*

3. This Amendment shall take effect immediately upon its signing by both parties hereto.

All terms and conditions of the Medical Oncology Employment Agreement not specifically amended hereinabove remain the same.

IN WITNESS WHEREOF, the parties have executed this Amendment on the date(s) indicated.

HALIFAX STAFFING, INC.                                  ABDUL SORATHIA, M.D.

By: _____                             _____

Title: ADMINISTRATOR

Date: 1-26-06                                           Date: 1-20-06

Witness: _____                        Witness: _____

c:contracts/physicians/employment/MedoncAmd1

CONFIDENTIAL/FOIA EXEMPT                                                        HAL-1 0045432

## AMENDMENT TO
## MEDICAL ONCOLOGY EMPLOYMENT AGREEMENT

THIS AMENDMENT to Medical Oncology Employment Agreement is entered into by and between HALIFAX STAFFING, INC., hereinafter referred to as the "Company" and BOON CHEW, M.D., hereinafter referred to as "Employee".

The Medical Oncology Employment Agreement between the parties is hereby amended as follows:

1. Section 3.C is amended to read as follows:

    *Beginning with the fiscal year ending September 30, 2005, an equitable portion of an Incentive Compensation pool which is equal to 15% of the operating margin for the Medical Oncology program as defined by the financial statements produced by the Finance Department on a quarterly basis. The amount of the incentive compensation distributed to the Employee shall be determined by the Medical Oncology Practice Management Group. This compensation shall be paid annually according to the operating margin for the fiscal year. Payment will be made on or before March 15 of the following year in order to provide a 90-day period of collections. The Company shall make best efforts to achieve a reasonable collection rate in light of community needs, patient mix, and relevant health care reform efforts.*

2. Section 4, 1st sentence, is amended to read:

    *This Agreement shall be effective the 1st day of March, 2004 through the 30th day of September, 2007.*

3. This Amendment shall take effective immediately upon its signing by both parties hereto.

All terms and conditions of the Medical Oncology Employment Agreement not specifically amended hereinabove remain the same.

IN WITNESS WHEREOF, the parties have executed this Amendment on the date(s) indicated.

HALIFAX STAFFING, INC.                          BOON CHEW, M.D.

By: _____                     _____

Title: __Administrator__

Date: __1-26-06__                                Date: __1/10/06__

Witness: _____                 Witness: _____

c:contracts/physicians/employment/MedoncAmd1

CONFIDENTIAL/FOIA EXEMPT                                         HAL-1 0045433

# AMENDMENT TO
# MEDICAL ONCOLOGY EMPLOYMENT AGREEMENT

THIS AMENDMENT to Medical Oncology Employment Agreement is entered into by and between HALIFAX STAFFING, INC., hereinafter referred to as the "Company" and RICHARD WEISS, M.D., hereinafter referred to as "Employee".

The Medical Oncology Employment Agreement between the parties is hereby amended as follows:

1. Section 3.C is amended to read as follows:

    *Beginning with the fiscal year ending September 30, 2005, an equitable portion of an Incentive Compensation pool which is equal to 15% of the operating margin for the Medical Oncology program as defined by the financial statements produced by the Finance Department on a quarterly basis. The amount of the incentive compensation distributed to the Employee shall be determined by the Medical Oncology Practice Management Group. This compensation shall be paid annually according to the operating margin for the fiscal year. Payment will be made on or before March 15 of the following year in order to provide a 90-day period of collections. The Company shall make best efforts to achieve a reasonable collection rate in light of community needs, patient mix, and relevant health care reform efforts.*

2. Section 4, 1st sentence, is amended to read:

    *This Agreement shall be effective the 1st day of March, 2004 through the 30th day of September, 2007.*

3. This Amendment shall take effective immediately upon its signing by both parties hereto.

All terms and conditions of the Medical Oncology Employment Agreement not specifically amended hereinabove remain the same.

IN WITNESS WHEREOF, the parties have executed this Amendment on the date(s) indicated.

HALIFAX STAFFING, INC.                        RICHARD WEISS, M.D.

By: _____                 _____

Title: ADMINISTRATOR

Date: 1-26-06                                 Date: 1/20/2006

Witness: _____            Witness: _____

c:contracts/physicians/employment/MedoncAmd1

CONFIDENTIAL/FOIA EXEMPT                                               HAL-1 0045434

*to Tam*

# AMENDMENT TO
## MEDICAL ONCOLOGY EMPLOYMENT AGREEMENT

THIS AMENDMENT to Medical Oncology Employment Agreement is entered into by and between HALIFAX STAFFING, INC., hereinafter referred to as the "Company" and GREGORY FAVIS, M.D., hereinafter referred to as "Employee".

The Medical Oncology Employment Agreement between the parties is hereby amended as follows:

1. Section 3.C is amended to read as follows:

   *Beginning with the fiscal year ending September 30, 2005, an equitable portion of an Incentive Compensation pool which is equal to 15% of the operating margin for the Medical Oncology program as defined by the financial statements produced by the Finance Department on a quarterly basis. The amount of the incentive compensation distributed to the Employee shall be determined by the Medical Oncology Practice Management Group. This compensation shall be paid annually according to the operating margin for the fiscal year. Payment will be made on or before March 15 of the following year in order to provide a 90-day period of collections. The Company shall make best efforts to achieve a reasonable collection rate in light of community needs, patient mix, and relevant health care reform efforts.*

2. Section 4, 1st sentence, is amended to read:

   *This Agreement shall be effective the 1st day of March, 2004 through the 30th day of September, 2007.*

3. This Amendment shall take effective immediately upon its signing by both parties hereto.

All terms and conditions of the Medical Oncology Employment Agreement not specifically amended hereinabove remain the same.

IN WITNESS WHEREOF, the parties have executed this Amendment on the date(s) indicated.

HALIFAX STAFFING, INC.                    GREGORY FAVIS, M.D.

By: _____              _____

Title: Administrator

Date: 1-26-06                              Date: 1-20-06

Witness: _____             Witness: _____

c:contracts/physicians/employment/MedoncAmd1

CONFIDENTIAL/FOIA EXEMPT                                    HAL-1 0045435