## Halifax Medical Center
## Medical Oncology Grand Total
### Fiscal Year 2008: October - September

|  | HMC Rollup | BFMC Total | Medical Oncology Physicians | Med Onc Grand Total |
|---|---|---|---|---|
| **Revenue** |  |  |  |  |
| Patient Service Revenue | 33,131,688 | 7,796,678 | 3,941,050 | 44,869,415 |
| Other Operating Revenue | 3,930 | - | 404,363 | 408,293 |
| Total Gross Revenue | 33,135,618 | 7,796,678 | 4,345,413 | 45,277,708 |
|  |  |  |  |  |
| Collection rate | 39.1% | 39.1% | 54.3% | 40.9% |
| Net Revenue | 12,972,098 | 3,187,738 | 2,359,227 | 18,519,062 |
|  |  |  |  |  |
| **Direct Expense** |  |  |  |  |
| Salaries | 2,081,057 | 219,135 | 2,680,253 | 4,960,445 |
| Benefits | 453,433 | 41,708 | 159,723 | 654,864 |
| Pro Fees | - | 4,998 | - | 4,998 |
| M/S Supplies | 8,919,733 | 1,733,944 | - | 10,653,676 |
| Supplies | 69,211 | 2,225 | 569 | 72,005 |
| Utilities | 73,275 | - | 11,834 | 85,109 |
| Purchased Svcs | 32,750 | 946 | 18,963 | 52,659 |
| Other Direct Exp | 31,506 | 213 | 68,986 | 100,705 |
| Lease & Rentals | 47,051 | 85,326 | - | 132,377 |
| Depreciation | 102,342 | - | - | 102,342 |
| Total Direct Expense | 11,790,357 | 2,088,495 | 2,940,328 | 16,819,179 |
|  |  |  |  |  |
| **Direct Margin** | 1,181,745 | 1,099,243 | (581,101) | 1,699,886 |

15% of Direct Margin                                      254,983



1/13/2010

OutMedOnc 08q4.xls - Total YTD

CONFIDENTIAL SUBJECT TO PROTECTIVE AGREEMENT

HAL-1 0325216

**Halifax Medical Center**
**Medical Oncology Common Sized Income Statement**
**Fiscal Year 2008: October - September**

|  | HMC Rollup | BFMC Total | Medical Oncology Physicians | Med Onc Grand Total |
|---|---|---|---|---|
| **Revenue** |  |  |  |  |
| Patient Service Revenue | 99.99% | 100.00% | 90.69% | 99.10% |
| Other Operating Revenue | 0.01% | 0.00% | 9.31% | 0.90% |
| Total Gross Revenue | 100.00% | 100.00% | 100.00% | 100.00% |
|  |  |  |  |  |
| Collection rate |  |  |  |  |
| Net Revenue | 39.15% | 40.89% | 54.29% | 40.90% |
|  |  |  |  |  |
| **Direct Expense** |  |  |  |  |
| Salaries | 6.22% | 2.81% | 61.68% | 10.96% |
| Benefits | 1.37% | 0.53% | 3.68% | 1.45% |
| Pro Fees | 0.00% | 0.06% | 0.00% | 0.01% |
| M/S Supplies | 26.92% | 22.24% | 0.00% | 23.53% |
| Supplies | 0.21% | 0.03% | 0.01% | 0.16% |
| Utilities | 0.22% | 0.00% | 0.27% | 0.19% |
| Purchased Svcs | 0.10% | 0.01% | 0.44% | 0.12% |
| Other Direct Exp | 0.10% | 0.00% | 1.59% | 0.22% |
| Lease & Rentals | 0.14% | 1.09% | 0.00% | 0.29% |
| Depreciation | 0.31% | 0.00% | 0.00% | 0.23% |
| Total Direct Expense | 35.58% | 26.79% | 67.67% | 37.15% |
|  |  |  |  |  |
| **Direct Margin** | 3.57% | 14.10% | -13.37% | 3.75% |

1/13/2010

OutMedOnc 08q4.xls - ComTotal

CONFIDENTIAL SUBJECT TO PROTECTIVE AGREEMENT

**Halifax & Bert Fish Medical Centers**
**Medical Oncology Joint Program**
**Fiscal Year 2008:  October - September**

|  | Shared Amount | Program Total |
|---|---|---|
| **Revenue** | | |
| Patient Service Revenue | 7,796,678 | 15,593,355 |
| Other Operating Revenue | - | - |
| Total Gross Revenue | 7,796,678 | 15,593,355 |
| | | |
| Collection rate | | |
| Net Revenue | 3,187,738 | 6,375,475 |
| | | |
| **Direct Expense** | | |
| Salaries | 219,135 | 438,270 |
| Benefits | 41,708 | 83,416 |
| Pro Fees | 4,998 | 9,996 |
| M/S Supplies | 1,733,944 | 3,467,887 |
| Supplies | 2,225 | 4,450 |
| Utilities | - | - |
| Purchased Svcs | 946 | 1,893 |
| Other Direct Exp | 213 | 426 |
| Lease & Rentals | 85,326 | 170,652 |
| Depreciation | - | - |
| Total Direct Expense | 2,088,495 | 4,176,989 |
| | | |
| **Direct Margin** | 1,099,243 | 2,198,486 |

OutMedOnc 08q4.xls - BFMC

CONFIDENTIAL SUBJECT TO PROTECTIVE AGREEMENT

HAL-1 0325218

**Halifax Medical Center**
**Medical Oncology Profitability - Facility Side Rollup**
**Fiscal Year 2008: October - September**

| | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenue** | | | | | | | | | | | | | |
| Inp Gross Rev | 2,343 | 14,282 | 48,119 | 10,538 | 14,410 | 7,272 | 21,338 | 21,349 | 7,815 | 5,030 | 26,133 | 7,641 | 186,070 |
| Outp Gross Rev | 2,802,287 | 2,727,781 | 2,485,258 | 2,949,578 | 2,904,182 | 2,795,152 | 2,729,125 | 2,727,882 | 2,774,714 | 2,727,041 | 2,557,547 | 2,755,294 | 32,945,518 |
| Phys Gross Rev | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other Revenue | 339 | 106 | 239 | 1,609 | 137 | 130 | 197 | 233 | 225 | 161 | 136 | 220 | 3,930 |
| Total Gross Rev | 2,804,969 | 2,742,149 | 2,533,616 | 2,961,925 | 2,918,729 | 2,802,554 | 2,750,660 | 2,749,264 | 2,782,554 | 2,732,232 | 2,583,815 | 2,763,155 | 33,135,618 |
| | | | | | | | | | | | | | |
| Collection Rate | 42.1% | 41.8% | 40.0% | 38.6% | 38.3% | 38.9% | 39.9% | 36.7% | 37.4% | 37.6% | 38.7% | 37.6% | 39.1% |
| Net Revenue | 1,180,519 | 1,146,703 | 1,012,826 | 1,144,078 | 1,116,893 | 1,090,630 | 1,100,616 | 1,064,429 | 1,041,505 | 1,032,944 | 1,000,704 | 1,038,652 | 12,972,398 |
| | | | | | | | | | | | | | |
| **Expenses** | | | | | | | | | | | | | |
| Salaries | 166,398 | 155,564 | 176,821 | 166,192 | 165,895 | 176,070 | 177,487 | 181,600 | 177,493 | 173,287 | 179,130 | 165,132 | 2,061,057 |
| Benefits (22% of sal) | 36,608 | 34,225 | 38,900 | 36,561 | 36,497 | 38,735 | 39,047 | 39,953 | 39,048 | 38,123 | 39,408 | 36,329 | 453,433 |
| Pro Fees | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Med/Srg Supplies | 837,147 | 853,379 | 801,647 | 937,094 | 957,741 | 586,570 | 792,235 | 782,900 | 454,776 | 695,954 | 720,436 | 700,147 | 8,919,733 |
| Non-MS Supplies | 1,225 | 3,860 | 3,658 | 30,878 | 6,559 | 2,534 | 3,013 | 4,456 | 2,273 | 3,970 | 1,950 | 5,226 | 69,211 |
| Utilities | 8,274 | 5,506 | 6,749 | 6,215 | 6,290 | 6,120 | 6,424 | 7,005 | 6,902 | 5,120 | 5,629 | 5,443 | 73,275 |
| Purch Svcs | 733 | 1,137 | 4,352 | 1,841 | 550 | 1,028 | 3,318 | 3,229 | 3,003 | 5,314 | 4,193 | 3,045 | 32,750 |
| Other Direct | 1,348 | 6,733 | 1,622 | 1,937 | 3,173 | 2,199 | 2,022 | 1,591 | 851 | 575 | 3,686 | 5,572 | 31,506 |
| Depreciation | 3,823 | 3,816 | 3,593 | 3,594 | 3,593 | 3,594 | 3,593 | 3,594 | 4,471 | 4,471 | 4,471 | 4,440 | 47,051 |
| Lease/Rent | 8,529 | 8,529 | 8,529 | 8,529 | 8,529 | 8,529 | 8,529 | 8,529 | 8,529 | 8,529 | 8,529 | 8,529 | 102,342 |
| Total Expenses | 1,062,284 | 1,072,748 | 845,880 | 1,192,830 | 1,188,824 | 825,476 | 1,034,665 | 1,032,856 | 696,944 | 936,650 | 967,339 | 933,862 | 11,790,357 |
| | | | | | | | | | | | | | |
| Direct Margin | 118,235 | 73,955 | 166,746 | (48,752) | (70,131) | 265,155 | 65,950 | 31,575 | 344,561 | 96,294 | 33,365 | 104,790 | 1,181,745 |
| | | | | | | | | | | | | | |
| **Primary Units** | | | | | | | | | | | | | |
| Inp Units | 27 | 48 | 169 | 99 | 125 | 26 | 91 | 75 | 39 | 60 | 132 | 47 | 938 |
| Out Units | 14,731 | 13,564 | 12,155 | 14,710 | 13,947 | 13,248 | 14,856 | 14,056 | 14,548 | 14,480 | 12,935 | 13,529 | 166,781 |
| Oth Units | 2,508 | 2,426 | 2,430 | 2,556 | 2,634 | 2,667 | 2,994 | 2,946 | 2,516 | 2,674 | 2,883 | 2,873 | 32,404 |
| Total Pri Units | 17,266 | 16,058 | 14,754 | 17,365 | 16,906 | 15,941 | 17,941 | 17,079 | 17,103 | 17,214 | 15,950 | 16,549 | 200,123 |
| | | | | | | | | | | | | | |
| **FTEs** | | | | | | | | | | | | | |
| Mgr/Sup | 5.6 | 5.4 | 5.4 | 5.5 | 7.0 | 8.4 | 8.5 | 8.3 | 8.0 | 8.0 | 8.1 | 6.1 | 7.1 |
| Tech/Spec | 9.0 | 8.4 | 8.6 | 9.2 | 8.4 | 8.9 | 7.9 | 8.5 | 8.9 | 7.6 | 8.2 | 8.5 | 8.5 |
| RN | 13.3 | 13.1 | 13.3 | 13.2 | 14.5 | 12.8 | 13.2 | 13.2 | 13.0 | 13.0 | 13.0 | 12.6 | 13.3 |
| LPN | - | - | - | - | - | - | - | - | - | - | 0.1 | - | - |
| Nurse Attnd | 0.9 | 0.8 | 1.0 | - | - | - | 0.6 | 0.8 | 0.9 | 0.4 | 0.8 | 0.1 | 0.5 |
| MSW | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Sitter | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Residents | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Med Prac | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Food/Env Svcs | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Bus Svcs | 11.1 | 10.5 | 10.9 | 9.9 | 11.5 | 10.4 | 10.9 | 10.1 | 10.1 | 9.3 | 9.3 | 10.4 | 10.3 |
| Work Comp | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other Emp | - | - | - | - | - | - | - | - | 0.3 | - | - | - | - |
| Total FTEs | 40.1 | 38.1 | 39.2 | 37.5 | 41.3 | 40.5 | 40.9 | 41.0 | 40.7 | 38.3 | 39.3 | 38.3 | 39.6 |

OutMedOnc 08q4.xls - HMC Rollup

CONFIDENTIAL SUBJECT TO PROTECTIVE AGREEMENT

HAL-1 0325219

Halifax Medical Center
Daytona Medical Oncology Profitability (762000)
Fiscal Year 2008: October - September

| | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenue** | | | | | | | | | | | | | |
| Inp Gross Rev | 1,678 | 1,673 | 1,493 | 2,069 | 3,120 | 895 | 1,776 | 4,096 | 607 | 1,957 | 1,013 | 1,425 | 21,812 |
| Outp Gross Rev | 326,013 | 289,390 | 281,607 | 339,703 | 348,617 | 339,793 | 315,454 | 308,098 | 316,187 | 327,740 | 292,826 | 367,888 | 3,853,006 |
| Phys Gross Rev | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other Revenue | 159 | 66 | 174 | 64 | 123 | 91 | 65 | 177 | 211 | 118 | 121 | 129 | 1,498 |
| Total Gross Rev | 327,850 | 291,129 | 283,274 | 341,856 | 351,760 | 340,760 | 317,295 | 312,370 | 317,005 | 329,815 | 293,760 | 369,442 | 3,876,315 |
| | | | | | | | | | | | | | |
| Collection Rate | 41.6% | 41.5% | 38.4% | 39.1% | 36.9% | 38.9% | 39.9% | 36.0% | 35.3% | 35.5% | 36.4% | 36.6% | 37.9% |
| Net Revenue | 137,022 | 120,979 | 108,812 | 133,670 | 129,775 | 132,458 | 126,644 | 112,692 | 112,027 | 117,292 | 106,949 | 131,728 | 1,470,052 |
| | | | | | | | | | | | | | |
| **Expenses** | | | | | | | | | | | | | |
| Salaries | 74,001 | 69,207 | 81,814 | 73,092 | 76,296 | 82,438 | 84,458 | 82,191 | 81,910 | 85,753 | 79,884 | 75,408 | 946,252 |
| Benefits (22% of sal) | 16,280 | 15,226 | 17,909 | 16,080 | 16,785 | 18,136 | 18,581 | 18,082 | 18,020 | 18,866 | 17,530 | 15,590 | 209,175 |
| Pro Fees | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Med/Srg Supplies | 1,175 | 1,301 | 1,261 | 1,462 | 2,031 | 1,840 | 1,766 | 1,223 | 1,441 | 1,429 | 1,847 | 3,256 | 20,038 |
| Non-MS Supplies | 582 | 1,436 | 1,841 | 22,253 | 3,089 | 1,051 | 2,101 | 2,863 | 990 | 2,789 | 777 | 3,342 | 43,144 |
| Utilities | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Purch Svcs | 466 | 1 | 181 | 331 | - | 373 | - | 436 | 409 | 1,771 | 411 | 905 | 5,284 |
| Other Direct | 477 | 153 | 220 | 425 | 141 | 799 | 739 | 319 | 185 | 9 | 1,046 | 134 | 4,644 |
| Depreciation | 1,118 | 1,111 | 1,077 | 1,078 | 1,077 | 1,078 | 1,077 | 1,078 | 1,078 | 1,078 | 1,078 | 1,047 | 12,975 |
| Lease/Rent | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Total Expenses | 94,099 | 88,435 | 104,303 | 114,721 | 99,429 | 105,715 | 108,724 | 106,211 | 104,035 | 111,695 | 102,373 | 100,684 | 1,240,512 |
| | | | | | | | | | | | | | |
| Direct Margin | 42,923 | 32,541 | 4,419 | 18,949 | 30,346 | 26,753 | 17,920 | 6,481 | 7,994 | 5,597 | 4,573 | 31,044 | 229,540 |
| | | | | | | | | | | | | | |
| **Primary Units** | | | | | | | | | | | | | |
| Inp Units | 11 | 10 | 7 | 14 | 32 | 4 | 11 | 15 | 5 | 11 | 6 | 10 | 135 |
| Out Units | 1,686 | 1,685 | 1,532 | 1,847 | 1,870 | 1,842 | 1,779 | 1,779 | 1,750 | 1,760 | 1,711 | 2,072 | 21,503 |
| Oth Units | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Total Pri Units | 1,697 | 1,695 | 1,539 | 1,861 | 1,902 | 1,846 | 1,860 | 1,794 | 1,755 | 1,771 | 1,717 | 2,082 | 21,639 |
| | | | | | | | | | | | | | |
| **FTEs** | | | | | | | | | | | | | |
| Mgr/Sup | 2.0 | 1.9 | 1.9 | 1.9 | 2.9 | 4.9 | 5.0 | 4.9 | 5.0 | 5.0 | 5.0 | 4.0 | 3.7 |
| Tech/Spec | 2.0 | 1.9 | 1.8 | 1.9 | 1.1 | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 | 1.3 |
| RN | 9.0 | 8.8 | 8.6 | 9.3 | 9.7 | 8.0 | 8.1 | 8.3 | 8.2 | 8.3 | 7.4 | 7.6 | 9.5 |
| LPN | - | - | - | - | - | - | - | - | - | - | - | 0.1 | - |
| Nurse Attnd | - | - | - | - | - | - | - | - | - | - | - | - | - |
| MSW | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Sitter | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Residents | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Med Prac | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Food/Env Svcs | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Bus Svcs | 6.7 | 6.4 | 7.1 | 5.2 | 6.7 | 6.2 | 6.4 | 5.4 | 5.5 | 5.3 | 6.0 | 5.2 | 5.9 |
| Work Comp | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other Emp | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Total FTEs | 19.7 | 19.0 | 19.2 | 18.3 | 20.4 | 20.1 | 20.6 | 19.5 | 19.8 | 19.5 | 18.4 | 18.0 | 19.4 |

OutMedOnc 08q4.xls - 762000

CONFIDENTIAL SUBJECT TO PROTECTIVE AGREEMENT

HAL-1 0325220

**Halifax Medical Center**
**Port Orange Medical Oncology Profitability [762091]**
**Fiscal Year 2008: October - September**

| | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep- | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenue** | | | | | | | | | | | | | |
| Inp Gross Rev | 225 | 42 | 3,183 | 958 | 334 | 620 | 638 | 978 | - | 704 | 4,924 | 1,290 | 13,896 |
| Outp Gross Rev | 166,381 | 167,803 | 106,530 | 117,061 | 114,800 | 133,187 | 111,293 | 142,136 | 158,131 | 141,138 | 131,570 | 129,514 | 1,639,344 |
| Phys Gross Rev | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other Revenue | 70 | 14 | 44 | 34 | - | 14 | - | - | - | - | - | - | 178 |
| Total Gross Rev | 166,676 | 167,859 | 109,757 | 118,053 | 114,834 | 133,821 | 111,931 | 143,114 | 158,131 | 141,842 | 136,494 | 130,804 | 1,653,416 |
| | | | | | | | | | | | | | |
| Collection Rate | 40.5% | 40.1% | 38.8% | 39.7% | 38.7% | 38.0% | 42.3% | 40.8% | 39.4% | 43.8% | 40.6% | 39.1% | 40.2% |
| Net Revenue | 75,704 | 67,310 | 42,605 | 46,914 | 44,456 | 50,875 | 47,339 | 58,431 | 62,321 | 62,173 | 55,378 | 51,162 | 664,669 |
| | | | | | | | | | | | | | |
| **Expenses** | | | | | | | | | | | | | |
| Salaries | 18,136 | 18,202 | 19,551 | 13,730 | 18,351 | 17,513 | 18,594 | 17,006 | 15,943 | 14,869 | 20,096 | 15,156 | 205,149 |
| Benefits (22% of sal) | 3,990 | 3,564 | 4,301 | 3,021 | 4,037 | 3,853 | 4,091 | 3,742 | 3,507 | 3,271 | 4,421 | 3,334 | 45,133 |
| Pro Fees | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Med/Srg Supplies | 479 | 325 | 266 | 425 | 464 | 234 | 101 | 465 | 293 | 231 | 386 | 662 | 4,291 |
| Non-MS Supplies | 164 | 719 | 780 | 644 | 862 | 645 | 478 | 627 | 720 | 42 | 608 | 360 | 6,367 |
| Utilities | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Purch Svcs | 140 | - | 70 | 1,045 | 122 | 96 | 156 | 481 | 724 | 78 | - | 333 | 3,246 |
| Other Direct | 170 | 63 | 51 | 65 | 54 | 82 | 77 | 124 | 112 | - | 1,298 | 66 | 2,172 |
| Depreciation | 903 | 903 | 903 | 903 | 903 | 903 | 903 | 903 | 903 | 903 | 903 | 903 | 10,836 |
| Lease/Rent | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Total Expenses | 24,002 | 21,766 | 25,922 | 19,753 | 24,593 | 25,326 | 24,396 | 23,350 | 22,162 | 19,394 | 27,712 | 20,814 | 277,193 |
| | | | | | | | | | | | | | |
| Direct Margin | 51,702 | 45,544 | 16,683 | 27,161 | 19,863 | 27,549 | 22,941 | 35,081 | 40,159 | 42,779 | 27,666 | 30,348 | 387,477 |
| | | | | | | | | | | | | | |
| **Primary Units** | | | | | | | | | | | | | |
| Inp Units | 2 | 1 | 21 | 7 | 1 | 1 | 6 | 4 | - | 10 | 24 | 8 | 85 |
| Out Units | 1,012 | 905 | 658 | 669 | 678 | 755 | 664 | 738 | 846 | 827 | 788 | 767 | 9,307 |
| Oth Units | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Total Pri Units | 1,014 | 906 | 679 | 676 | 679 | 756 | 670 | 742 | 846 | 837 | 812 | 775 | 9,392 |
| | | | | | | | | | | | | | |
| **FTEs** | | | | | | | | | | | | | |
| Mgr/Sup | 1.1 | 1.0 | 1.0 | 1.1 | 1.1 | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 | 1.1 | 0.4 | 1.0 |
| Tech/Spec | 1.0 | 0.9 | 1.0 | 0.9 | 1.0 | 1.0 | 0.2 | - | - | - | 0.1 | 0.5 | 0.5 |
| RN | 1.1 | 1.2 | 1.1 | 0.5 | 1.7 | 1.7 | 1.6 | 1.3 | 1.2 | 1.3 | 1.9 | 1.7 | 1.4 |
| LPN | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Nurse Attnd | 0.9 | 0.8 | 1.0 | - | - | - | 0.8 | 0.8 | 0.9 | 0.4 | 0.8 | 0.1 | 0.8 |
| MSW | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Sitter | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Residents | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Med Prac | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Food/Env Svcs | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Bus Svcs | 1.7 | 1.8 | 1.6 | 2.2 | 2.0 | 1.9 | 2.0 | 2.0 | 2.0 | 1.3 | 1.7 | 2.0 | 1.8 |
| Work Comp | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other Emp | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Total FTEs | 5.9 | 5.4 | 5.7 | 4.7 | 5.8 | 5.3 | 5.7 | 5.2 | 5.1 | 4.1 | 5.6 | 4.9 | 5.3 |

CONFIDENTIAL SUBJECT TO PROTECTIVE AGREEMENT

HAL-1 0325221

Halifax Medical Center
Ormond Medical Oncology Profitability (762005)
Fiscal Year 2008: October - September

| | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenue** | | | | | | | | | | | | | |
| Inp Gross Rev | 168 | 947 | 1,795 | 1,710 | 2,269 | 687 | 1,197 | 168 | 960 | 336 | 911 | 519 | 11,670 |
| Outp Gross Rev | 158,454 | 145,382 | 133,985 | 161,345 | 161,072 | 134,127 | 119,987 | 143,451 | 127,937 | 135,548 | 110,979 | 118,409 | 1,650,676 |
| Phys Gross Rev | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other Revenue | 110 | 26 | 21 | 68 | 14 | 25 | 118 | 56 | 14 | 43 | 14 | 91 | 600 |
| Total Gross Rev | 158,732 | 146,355 | 135,804 | 163,123 | 163,355 | 134,839 | 121,302 | 143,675 | 128,911 | 135,927 | 111,904 | 119,019 | 1,662,946 |
| | | | | | | | | | | | | | |
| Collection Rate | 42.5% | 43.0% | 42.7% | 40.4% | 41.6% | 41.1% | 40.0% | 41.2% | 38.6% | 39.7% | 42.5% | 42.0% | 41.3% |
| Net Revenue | 67,564 | 62,892 | 57,966 | 55,883 | 68,309 | 55,400 | 48,556 | 59,161 | 49,746 | 53,950 | 47,601 | 50,078 | 687,117 |
| | | | | | | | | | | | | | |
| **Expenses** | | | | | | | | | | | | | |
| Salaries | 18,062 | 16,542 | 19,960 | 18,905 | 15,842 | 16,796 | 16,229 | 19,315 | 17,987 | 17,596 | 19,487 | 18,364 | 218,075 |
| Benefits (22% of sal) | 3,974 | 3,639 | 4,389 | 4,159 | 3,705 | 3,695 | 4,010 | 4,249 | 3,957 | 3,871 | 4,297 | 4,040 | 47,977 |
| Pro Fees | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Med/Srg Supplies | 646 | 364 | 419 | 330 | 618 | 491 | 653 | 704 | 452 | 331 | 327 | 281 | 5,536 |
| Non-MS Supplies | 181 | 89 | 96 | 98 | 184 | 36 | 174 | 220 | 115 | 156 | 46 | 315 | 1,980 |
| Utilities | 4,015 | 3,524 | 4,320 | 3,976 | 4,026 | 3,917 | 3,472 | 3,957 | 4,192 | 3,917 | 3,603 | 3,484 | 46,378 |
| Purch Svcs | 117 | - | 58 | 58 | 58 | - | 122 | 61 | 27 | 839 | - | 1,720 | 3,060 |
| Other Direct | 312 | 9 | 90 | 149 | 12 | 122 | 12 | 12 | 182 | 6 | 672 | 113 | 1,691 |
| Depreciation | 87 | 87 | 87 | 87 | 87 | 87 | 87 | 87 | 87 | 87 | 87 | 87 | 1,044 |
| Lease/Rent | 5,459 | 5,459 | 5,459 | 5,459 | 5,459 | 5,459 | 5,459 | 5,459 | 5,459 | 5,459 | 5,459 | 5,459 | 65,508 |
| Total Expenses | 32,854 | 29,693 | 34,868 | 33,223 | 30,891 | 30,603 | 32,228 | 34,064 | 32,438 | 32,262 | 33,958 | 33,863 | 390,957 |
| | | | | | | | | | | | | | |
| Direct Margin | 34,710 | 33,199 | 23,098 | 32,660 | 37,418 | 24,803 | 16,328 | 25,097 | 17,308 | 21,694 | 13,633 | 16,215 | 296,162 |
| | | | | | | | | | | | | | |
| **Primary Units** | | | | | | | | | | | | | |
| Inp Units | 2 | 13 | 8 | 10 | 26 | 8 | 6 | 2 | 7 | 4 | 3 | 5 | 94 |
| Out Units | 913 | 820 | 769 | 891 | 860 | 724 | 793 | 760 | 708 | 728 | 609 | 666 | 9,261 |
| Oth Units | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Total Prt Units | 915 | 833 | 777 | 901 | 886 | 732 | 799 | 762 | 715 | 732 | 612 | 671 | 9,355 |
| | | | | | | | | | | | | | |
| **FTEs** | | | | | | | | | | | | | |
| Mgr/Sup | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Tech/Spec | 1.0 | 1.0 | 0.9 | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 | 0.9 | 1.0 |
| RN | 3.2 | 3.1 | 3.5 | 3.3 | 3.1 | 3.0 | 3.0 | 3.3 | 3.3 | 3.1 | 3.4 | 3.2 | 3.2 |
| LPN | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Nurse Attnd | - | - | - | - | - | - | - | - | - | - | - | - | - |
| MSW | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Sitter | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Residents | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Med Prac | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Food/Env Svcs | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Bus Svcs | - | - | - | - | - | - | - | 0.4 | 0.1 | - | - | 0.5 | 0.1 |
| Work Comp | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other Emp | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Total FTEs | 4.3 | 4.1 | 4.3 | 4.2 | 4.1 | 4.0 | 4.0 | 4.7 | 4.3 | 4.1 | 4.4 | 4.5 | 4.3 |

1/13/2010

OutMedOnc 08q4.xls - 762005

CONFIDENTIAL SUBJECT TO PROTECTIVE AGREEMENT

HAL-1 0325222

**Halifax Medical Center**
**Daytona Oncology Pharmacy Profitability (715100)**
**Fiscal Year 2008: October - September**

| | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenue** | | | | | | | | | | | | | |
| Inp Gross Rev | 64 | 6,557 | 10,260 | 1,128 | 3,833 | 77 | 7,676 | 15,154 | 393 | 769 | 1,775 | 2,300 | 49,966 |
| Outp Gross Rev | 1,062,598 | 1,132,826 | 1,129,717 | 1,345,013 | 1,259,075 | 1,337,692 | 1,337,031 | 1,261,904 | 1,236,171 | 1,224,288 | 1,186,213 | 1,385,204 | 14,897,732 |
| Phys Gross Rev | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other Revenue | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Total Gross Rev | 1,062,662 | 1,139,383 | 1,139,977 | 1,346,141 | 1,262,908 | 1,337,769 | 1,344,707 | 1,277,058 | 1,236,564 | 1,225,057 | 1,187,988 | 1,387,504 | 14,947,718 |
| | | | | | | | | | | | | | |
| Collection Rate | 42.9% | 42.5% | 39.3% | 37.6% | 37.0% | 38.5% | 39.3% | 37.2% | 35.8% | 34.7% | 36.7% | 36.1% | 38.0% |
| Net Revenue | 456,387 | 484,737 | 447,738 | 506,124 | 467,380 | 515,149 | 528,170 | 474,791 | 442,764 | 425,656 | 435,929 | 500,893 | 5,585,668 |
| | | | | | | | | | | | | | |
| **Expenses** | | | | | | | | | | | | | |
| Salaries | 14,846 | 9,372 | 13,392 | 12,221 | 10,779 | 10,969 | 10,392 | 14,750 | 14,678 | 10,979 | 18,422 | 11,438 | 150,236 |
| Benefits (22% of sal) | 3,266 | 2,062 | 2,946 | 2,689 | 2,371 | 2,413 | 2,286 | 3,245 | 3,229 | 2,415 | 3,813 | 2,516 | 33,052 |
| Pro Fees | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Med/Srg Supplies | 434,468 | 421,515 | 381,219 | 540,734 | 520,149 | 355,561 | 420,873 | 465,982 | 293,192 | 357,579 | 426,627 | 476,091 | 5,063,989 |
| Non-MS Supplies | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Utilities | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Purch Svcs | - | - | 976 | - | - | - | 976 | - | - | - | - | - | 1,952 |
| Other Direct | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Depreciation | 114 | 114 | 114 | 114 | 114 | 114 | 114 | 114 | 114 | 114 | 114 | 114 | 1,368 |
| Lease/Rent | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Total Expenses | 452,694 | 433,063 | 398,647 | 555,758 | 533,413 | 369,057 | 434,641 | 484,091 | 291,213 | 371,086 | 446,776 | 490,159 | 5,250,599 |
| | | | | | | | | | | | | | |
| Direct Margin | 3,693 | 51,644 | 49,091 | (49,634) | (55,053) | 146,092 | 93,529 | (9,300) | 151,551 | 54,570 | (10,847) | 10,734 | 435,070 |
| | | | | | | | | | | | | | |
| **Primary Units** | | | | | | | | | | | | | |
| Inp Units | 8 | 19 | 14 | 31 | 35 | 8 | 36 | 41 | 14 | 15 | 7 | 11 | 240 |
| Out Units | 5,520 | 5,071 | 5,185 | 8,749 | 5,937 | 6,156 | 7,206 | 6,219 | 6,241 | 6,874 | 5,978 | 6,614 | 73,959 |
| Oth Units | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Total Pri Units | 5,528 | 5,090 | 5,199 | 8,780 | 5,972 | 6,174 | 7,242 | 6,260 | 6,255 | 6,889 | 5,985 | 6,625 | 74,199 |
| | | | | | | | | | | | | | |
| **FTEs** | | | | | | | | | | | | | |
| Mgr/Sup | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Tech/Spec | 1.5 | 1.1 | 1.5 | 1.4 | 1.3 | 1.2 | 1.2 | 1.8 | 1.7 | 1.2 | 1.7 | 1.3 | 1.4 |
| RN | - | - | - | - | - | - | - | - | - | - | - | - | - |
| LPN | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Nurse Attnd | - | - | - | - | - | - | - | - | - | - | - | - | - |
| MSW | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Sitter | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Residents | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Med Prac | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Food/Env Svcs | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Bus Svcs | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Work Comp | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other Emp | - | - | - | - | - | - | - | 0.3 | - | - | - | - | - |
| Total FTEs | 1.5 | 1.1 | 1.5 | 1.4 | 1.3 | 1.2 | 1.2 | 1.8 | 1.7 | 1.2 | 1.7 | 1.3 | 1.4 |

OutMedOnc D8q4.xls - 715100

CONFIDENTIAL SUBJECT TO PROTECTIVE AGREEMENT

HAL-1 0325223

Halifax Medical Center
Port Orange Oncology Pharmacy Profitability (715101)
Fiscal Year 2008: October - September

| | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenue** | | | | | | | | | | | | | |
| Inp Gross Rev | - | 5,000 | 11,371 | 69 | - | 2 | 9,111 | 238 | 12 | 1,264 | 14,145 | 2,107 | 43,319 |
| Outp Gross Rev | 535,239 | 522,189 | 382,465 | 491,066 | 390,176 | 381,256 | 415,640 | 482,969 | 382,510 | 430,663 | 444,838 | 369,118 | 5,228,169 |
| Phys Gross Rev | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other Revenue | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Total Gross Rev | 535,239 | 527,189 | 393,856 | 491,135 | 390,176 | 381,258 | 424,751 | 483,207 | 382,522 | 431,947 | 458,983 | 371,225 | 5,271,488 |
| | | | | | | | | | | | | | |
| Collection Rate | 40.6% | 39.6% | 39.6% | 39.7% | 38.1% | 37.4% | 41.5% | 43.0% | 42.1% | 44.5% | 41.0% | 38.9% | 40.6% |
| Net Revenue | 217,219 | 208,617 | 156,052 | 195,156 | 148,734 | 142,593 | 176,727 | 207,897 | 161,098 | 192,412 | 188,337 | 144,396 | 2,139,239 |
| | | | | | | | | | | | | | |
| **Expenses** | | | | | | | | | | | | | |
| Salaries | 8,519 | 8,298 | 8,617 | 8,523 | 7,969 | 9,226 | 8,569 | 9,080 | 8,528 | 8,172 | 6,256 | 8,930 | 100,209 |
| Benefits (22% of sal) | 1,874 | 1,826 | 1,940 | 1,941 | 1,768 | 2,030 | 1,885 | 1,998 | 1,876 | 1,798 | 1,156 | 1,965 | 22,045 |
| Pro Fees | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Med/Srp Supplies | 208,105 | 234,097 | 99,037 | 165,275 | 199,272 | 116,307 | 106,318 | 157,912 | 56,167 | 159,801 | 151,488 | 115,416 | 1,771,195 |
| Non-MS Supplies | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Utilities | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Purch Svcs | - | - | 759 | - | - | - | 759 | - | - | - | - | - | 1,518 |
| Other Direct | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Depreciation | 105 | 105 | 105 | 105 | 105 | 105 | 105 | 105 | 105 | 105 | 105 | 105 | 1,260 |
| Lease/Rent | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Total Expenses | 218,603 | 244,326 | 110,658 | 176,144 | 209,124 | 127,670 | 119,636 | 169,095 | 66,676 | 169,876 | 158,005 | 126,416 | 1,896,226 |
| | | | | | | | | | | | | | |
| Direct Margin | (1,385) | (35,709) | 45,394 | 19,012 | (60,390) | 14,923 | 57,091 | 38,802 | 94,422 | 22,536 | 30,332 | 17,980 | 243,010 |
| | | | | | | | | | | | | | |
| **Primary Units** | | | | | | | | | | | | | |
| Inp Units | - | 1 | 60 | 7 | - | 3 | 22 | 5 | 1 | 20 | 75 | 13 | 207 |
| Out Units | 2,936 | 2,650 | 1,633 | 1,990 | 1,716 | 1,944 | 1,916 | 2,168 | 2,131 | 1,904 | 1,973 | 1,467 | 24,428 |
| Oth Units | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Total Pri Units | 2,936 | 2,651 | 1,693 | 1,997 | 1,716 | 1,847 | 1,938 | 2,173 | 2,132 | 1,924 | 2,048 | 1,480 | 24,535 |
| | | | | | | | | | | | | | |
| **FTEs** | | | | | | | | | | | | | |
| Mgr/Sup | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Tech/Spec | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 | 0.9 | 0.6 | 1.0 | 0.9 |
| RN | - | - | - | - | - | - | - | - | - | - | - | - | - |
| LPN | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Nurse Attnd | - | - | - | - | - | - | - | - | - | - | - | - | - |
| MSW | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Sitter | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Residents | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Med Prsc | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Food/Env Svcs | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Bus Svcs | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Work Comp | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other Emp | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Total FTEs | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 | 0.9 | 0.6 | 1.0 | 0.9 |

1/13/2010

OutMedOnc 08q4.xls - 715101

CONFIDENTIAL SUBJECT TO PROTECTIVE AGREEMENT

HAL-1 0325224

**Halifax Medical Center**
**Ormond Oncology Pharmacy Profitability (716105)**
**Fiscal Year 2008: October - September**

| | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenue** | | | | | | | | | | | | | |
| Inp Gross Rev | 208 | 63 | 20,014 | 4,584 | 5,000 | 5,000 | 940 | 716 | 5,843 | - | 3,365 | - | 45,367 |
| Outp Gross Rev | 532,775 | 469,530 | 450,574 | 495,341 | 630,085 | 468,930 | 439,135 | 388,715 | 553,474 | 467,157 | 391,023 | 364,778 | 5,671,517 |
| Phys Gross Rev | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other Revenue | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Total Gross Rev | 532,983 | 469,593 | 470,588 | 499,925 | 634,939 | 473,930 | 440,075 | 389,431 | 559,117 | 467,157 | 394,388 | 364,778 | 5,716,904 |
| | | | | | | | | | | | | | |
| Collection Rate | 42.9% | 43.0% | 42.4% | 38.9% | 40.9% | 40.9% | 39.3% | 38.9% | 36.2% | 38.8% | 42.2% | 41.6% | 40.6% |
| Net Revenue | 226,278 | 201,936 | 199,315 | 194,570 | 259,816 | 194,070 | 172,932 | 151,311 | 213,442 | 181,282 | 166,404 | 160,259 | 2,321,713 |
| | | | | | | | | | | | | | |
| **Expenses** | | | | | | | | | | | | | |
| Salaries | (66) | - | - | - | - | - | - | - | - | - | - | - | (56) |
| Benefits (22% of sal) | (12) | - | - | - | - | - | - | - | - | - | - | - | (12) |
| Pro Fees | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Med/Srg Supplies | 192,376 | 195,556 | 119,445 | 228,653 | 235,293 | 112,129 | 260,512 | 156,504 | 132,933 | 178,076 | 139,682 | 104,057 | 2,053,166 |
| Non-MS Supplies | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Utilities | 250 | 220 | 260 | 248 | 261 | 244 | 216 | 247 | 259 | 244 | 224 | 217 | 2,689 |
| Purch Svcs | - | - | 718 | - | - | - | 716 | - | - | - | - | - | 1,432 |
| Other Direct | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Depreciation | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Lease/Rent | 340 | 340 | 340 | 340 | 340 | 340 | 340 | 340 | 340 | 340 | 340 | 340 | 4,080 |
| Total Expenses | 192,898 | 196,116 | 120,770 | 229,241 | 235,854 | 112,713 | 261,784 | 157,091 | 133,532 | 178,660 | 140,246 | 104,614 | 2,061,519 |
| | | | | | | | | | | | | | |
| Direct Margin | 33,380 | 5,819 | 78,545 | (34,571) | 23,962 | 81,357 | (88,852) | (5,780) | 79,910 | 4,622 | 26,158 | 55,646 | 260,194 |
| | | | | | | | | | | | | | |
| **Primary Units** | | | | | | | | | | | | | |
| Inp Units | 4 | 4 | 59 | 30 | 31 | 1 | 10 | 8 | 12 | - | 17 | - | 175 |
| Out Units | 2,564 | 2,453 | 2,378 | 2,564 | 2,886 | 1,818 | 2,308 | 2,374 | 2,872 | 2,387 | 1,876 | 1,743 | 28,323 |
| Oth Units | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Total Pri Units | 2,568 | 2,457 | 2,437 | 2,594 | 2,917 | 1,819 | 2,318 | 2,382 | 2,884 | 2,387 | 1,893 | 1,743 | 28,499 |
| | | | | | | | | | | | | | |
| **FTEs** | | | | | | | | | | | | | |
| Mgr/Sup | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Tech/Spec | - | - | - | - | - | - | - | - | - | - | - | - | - |
| RN | - | - | - | - | - | - | - | - | - | - | - | - | - |
| LPN | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Nurse Attnd | - | - | - | - | - | - | - | - | - | - | - | - | - |
| MSW | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Sitter | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Residents | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Med Prac | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Food/Env Svcs | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Bus Svcs | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Work Comp | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other Emp | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Total FTEs | - | - | - | - | - | - | - | - | - | - | - | - | - |

CONFIDENTIAL SUBJECT TO PROTECTIVE AGREEMENT                                   HAL-1 0325225

**Halifax Medical Center**
**Daytona Oncology Services Profitability (760000)**
**Fiscal Year 2008: October - September**

| | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenue** | | | | | | | | | | | | | |
| Inp Gross Rev | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Oulp Gross Rev | 827 | 641 | 360 | 49 | 657 | 177 | 585 | 409 | 304 | 487 | 298 | 383 | 5,174 |
| Phys Gross Rev | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other Revenue | - | - | - | 1,643 | - | - | - | - | - | - | - | - | 1,643 |
| Total Gross Rev | 827 | 641 | 360 | 1,692 | 657 | 177 | 585 | 409 | 304 | 487 | 298 | 383 | 6,816 |
| | | | | | | | | | | | | | |
| Collection Rate | 41.8% | 41.5% | 38.4% | 39.1% | 36.9% | 38.0% | 39.9% | 36.0% | 35.3% | 35.5% | 36.4% | 35.6% | 53.2% |
| Net Revenue | 345 | 266 | 138 | 1,662 | 242 | 69 | 233 | 147 | 107 | 173 | 108 | 136 | 3,627 |
| | | | | | | | | | | | | | |
| **Expenses** | | | | | | | | | | | | | |
| Salaries | 29,107 | 32,507 | 29,406 | 35,604 | 31,595 | 35,395 | 34,839 | 55,714 | 33,909 | 32,195 | 32,528 | 29,224 | 302,062 |
| Benefits (22% of sal) | 6,417 | 7,152 | 6,470 | 7,833 | 6,951 | 7,787 | 7,665 | 7,957 | 7,460 | 7,083 | 7,156 | 6,429 | 86,258 |
| Pro Fees | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Med/Srg Supplies | - | - | - | - | - | - | - | - | 6 | - | - | - | 6 |
| Non-MS Supplies | 399 | 1,330 | 207 | 6,804 | 923 | 680 | 229 | 321 | 299 | 193 | 348 | 804 | 12,515 |
| Utilities | - | - | - | - | - | - | - | 822 | - | - | - | - | 822 |
| Purch Svcs | - | 1,136 | 1,577 | 382 | 357 | 359 | 576 | 2,251 | 1,830 | 2,232 | 3,770 | 49 | 14,718 |
| Other Direct | 569 | 8,518 | 1,258 | 1,278 | 2,966 | 1,196 | 1,159 | 1,139 | 372 | 558 | 368 | 5,259 | 22,657 |
| Depreciation | 1,471 | 1,471 | 1,282 | 1,282 | 1,292 | 1,282 | 1,282 | 1,282 | 2,159 | 2,159 | 2,159 | 2,159 | 19,298 |
| Lease/Rent | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Total Expenses | 38,042 | 50,113 | 40,201 | 53,182 | 44,073 | 46,876 | 45,749 | 49,365 | 46,034 | 44,420 | 46,328 | 43,923 | 548,326 |
| | | | | | | | | | | | | | |
| Direct Margin | (37,697) | (49,847) | (40,063) | (51,520) | (43,831) | (46,809) | (45,515) | (49,238) | (45,926) | (44,246) | (46,220) | (43,786) | (544,698) |
| | | | | | | | | | | | | | |
| **Primary Units** | | | | | | | | | | | | | |
| Inp Units | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Out Units | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Oth Units | 1,852 | 1,877 | 1,863 | 1,965 | 2,144 | 2,148 | 2,300 | 2,306 | 2,068 | 2,133 | 2,417 | 2,407 | 25,478 |
| Total Pri Units | 1,852 | 1,877 | 1,863 | 1,965 | 2,144 | 2,148 | 2,300 | 2,306 | 2,068 | 2,133 | 2,417 | 2,407 | 29,478 |
| | | | | | | | | | | | | | |
| **FTEs** | | | | | | | | | | | | | |
| Mgr/Sup | 2.5 | 2.5 | 2.5 | 2.5 | 3.0 | 2.5 | 2.5 | 2.4 | 2.0 | 2.0 | 2.0 | 1.7 | 2.4 |
| Tech/Spec | 2.5 | 2.5 | 2.8 | 3.0 | 3.0 | 3.7 | 3.5 | 3.6 | 4.0 | 3.5 | 3.5 | 3.5 | 3.3 |
| RN | - | - | 0.1 | - | - | - | 0.3 | 0.3 | 0.3 | 0.3 | 0.3 | 0.3 | 0.2 |
| LPN | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Nurse Attnd | - | - | - | - | - | - | - | - | - | - | - | - | - |
| MSW | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Sitter | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Residents | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Med Prac | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Food/Env Svcs | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Bus Svcs | 1.1 | 1.0 | 0.7 | 1.0 | 1.0 | 1.1 | 1.1 | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 |
| Work Comp | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other Emp | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Total FTEs | 6.1 | 6.0 | 6.0 | 6.5 | 7.0 | 7.3 | 7.4 | 7.4 | 7.2 | 6.8 | 6.7 | 6.5 | 6.7 |

OutMedOnc 0804.xds - 760000

CONFIDENTIAL SUBJECT TO PROTECTIVE AGREEMENT

HAL-1 0325226

**Halifax Medical Center**
**Ormond Oncology Services Profitability (760095)**
**Fiscal Year 2008: October - September**

| | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenue** | | | | | | | | | | | | | |
| Inp Gross Rev | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Outp Gross Rev | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Phys Gross Rev | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other Revenue | - | - | - | - | - | - | 14 | - | - | - | - | - | 14 |
| Total Gross Rev | - | - | - | - | - | - | 14 | - | - | - | - | - | 14 |
| | | | | | | | | | | | | | |
| Collection Rate | 42.5% | 43.0% | 42.7% | 40.4% | 41.8% | 41.1% | 40.0% | 41.2% | 38.6% | 39.7% | 42.5% | 42.0% | 100.0% |
| Net Revenue | - | - | - | - | - | - | 14 | - | - | - | - | - | 14 |
| | | | | | | | | | | | | | |
| **Expenses** | | | | | | | | | | | | | |
| Salaries | 3,723 | 3,438 | 3,890 | 3,808 | 4,043 | 3,731 | 2,405 | 3,543 | 4,538 | 3,723 | 5,657 | 6,512 | 49,109 |
| Benefits (22% of sal) | 819 | 756 | 856 | 838 | 890 | 821 | 530 | 780 | 999 | 819 | 1,245 | 1,455 | 10,804 |
| Pro Fees | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Med/Srg Supplies | (102) | 221 | - | 215 | 44 | 106 | - | 106 | 322 | 116 | 79 | 382 | 1,492 |
| Non-MS Supplies | (121) | 307 | 734 | 1,180 | 1,691 | 142 | 33 | 405 | 150 | 81 | 407 | 5,498 |
| Utilities | 2,006 | 1,762 | 2,160 | 1,989 | 2,013 | 1,959 | 1,736 | 1,979 | 2,081 | 1,959 | 1,802 | 1,742 | 23,188 |
| Purch Svcs | 10 | - | 25 | 26 | 13 | - | 13 | - | 13 | 1,394 | 13 | 38 | 1,541 |
| Other Direct | - | - | 3 | - | - | - | 38 | - | - | 2 | 302 | - | 342 |
| Depreciation | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 300 |
| Lease/Rent | 2,730 | 2,730 | 2,730 | 2,730 | 2,730 | 2,730 | 2,730 | 2,730 | 2,730 | 2,730 | 2,730 | 2,730 | 32,754 |
| Total Expenses | 9,092 | 9,239 | 10,422 | 10,806 | 11,447 | 9,513 | 7,507 | 9,568 | 10,856 | 11,269 | 11,931 | 13,389 | 125,023 |
| | | | | | | | | | | | | | |
| Direct Margin | (9,092) | (9,239) | (10,422) | (10,806) | (11,447) | (9,513) | (7,493) | (9,568) | (10,856) | (11,269) | (11,931) | (13,389) | (125,010) |
| | | | | | | | | | | | | | |
| **Primary Units** | | | | | | | | | | | | | |
| Inp Units | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Out Units | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Oth Units | 656 | 549 | 568 | 591 | 690 | 519 | 694 | 640 | 449 | 541 | 466 | 565 | 6,927 |
| Total Pri Units | 656 | 549 | 568 | 591 | 690 | 519 | 694 | 640 | 449 | 541 | 466 | 565 | 6,927 |
| | | | | | | | | | | | | | |
| **FTEs** | | | | | | | | | | | | | |
| Mgr/Sup | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Tech/Spec | - | - | - | - | - | - | - | 0.1 | 0.2 | - | 0.3 | 0.4 | 0.1 |
| RN | - | - | - | 0.1 | - | 0.1 | - | 0.1 | - | - | 0.1 | - | - |
| LPN | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Nurse Attnd | - | - | - | - | - | - | - | - | - | - | - | - | - |
| MSW | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Sitter | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Residents | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Med Prep | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Food/Env Svcs | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Bus Svcs | 1.6 | 1.5 | 1.5 | 1.5 | 1.6 | 1.6 | 1.0 | 1.3 | 1.5 | 1.7 | 1.6 | 1.7 | 1.5 |
| Work Comp | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other Emp | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Total FTEs | 1.6 | 1.5 | 1.5 | 1.6 | 1.6 | 1.6 | 1.0 | 1.4 | 1.6 | 1.6 | 1.9 | 2.1 | 1.6 |

OutMedOnc 08q4.xls - 760095

CONFIDENTIAL SUBJECT TO PROTECTIVE AGREEMENT

HAL-1 0325227

**Halifax Medical Center**
**Medical Oncology Physicians (7650**)**
**Fiscal Year 2008: October - September**

| | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenue** | | | | | | | | | | | | | |
| Inp Gross Rev | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Outp Gross Rev | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Phys Gross Rev | 348,262 | 325,478 | 268,958 | 372,981 | 338,551 | 345,951 | 316,209 | 296,690 | 307,517 | 373,282 | 272,244 | 374,527 | 3,941,050 |
| Other Revenue | 37,705 | 28,219 | 27,919 | 41,390 | 33,023 | 31,440 | 34,384 | 34,731 | 33,461 | 34,966 | 34,452 | 32,673 | 404,363 |
| Total Gross Rev | 385,967 | 353,697 | 296,877 | 414,371 | 371,974 | 377,391 | 350,593 | 331,421 | 340,978 | 408,248 | 306,696 | 407,200 | 4,345,413 |
| | | | | | | | | | | | | | |
| Collection Rate | 49.6% | 49.6% | 49.5% | 49.5% | 49.6% | 49.5% | 49.6% | 49.6% | 49.6% | 49.6% | 49.6% | 49.6% | 54.3% |
| Net Revenue | 210,452 | 189,665 | 161,329 | 226,398 | 201,151 | 203,041 | 191,232 | 161,867 | 185,597 | 220,124 | 169,492 | 218,448 | 2,353,226 |
| | | | | | | | | | | | | | |
| **Expenses** | | | | | | | | | | | | | |
| Salaries | 192,636 | 214,496 | 191,979 | 191,680 | 432,437 | 199,614 | 189,496 | 203,695 | 194,593 | 196,152 | 281,779 | 189,498 | 2,680,253 |
| Benefits | 9,007 | 9,029 | 9,390 | 22,774 | 35,506 | 13,290 | 10,653 | 10,936 | 10,121 | 10,026 | 10,023 | 8,968 | 159,723 |
| Pro Fees | | | | | | | | | | | | | |
| Med/Srg Supplies | | | | | | | | | | | | | |
| Non-M/S Supplies | | | | | | | | | | | | | |
| Utilities | | | 138 | 296 | | 92 | | | | | 31 | 13 | 569 |
| Purch Svcs | 725 | 850 | 635 | 897 | 596 | 862 | 911 | 517 | 859 | 833 | 839 | 3,460 | 11,634 |
| Other Direct | 2,426 | 2,706 | 1,210 | 7,637 | 899 | 313 | 313 | 850 | 313 | 567 | 709 | 1,193 | 18,963 |
| Depreciation | 11,654 | 13,464 | 16,411 | 7,658 | 3,288 | 17,594 | 14,635 | 11,042 | 6,822 | (46,501) | 6,673 | 5,826 | 68,086 |
| Lease/Rent | | | | | | | | | | | | | |
| Total Expenses | 216,648 | 240,365 | 219,763 | 231,141 | 472,723 | 231,785 | 216,008 | 227,070 | 212,708 | 163,077 | 300,054 | 208,986 | 2,940,328 |
| | | | | | | | | | | | | | |
| Direct Margin | (6,196) | (50,700) | (58,434) | (4,743) | (271,572) | (28,744) | (24,776) | (45,173) | (28,711) | 57,047 | (130,562) | 9,462 | (551,102) |
| | | | | | | | | | | | | | |
| **Primary Units** | | | | | | | | | | | | | |
| Inp Units | 121 | 114 | 87 | 167 | 127 | 125 | 98 | 110 | 86 | 141 | 95 | | 1,270 |
| Out Units | 2,340 | 2,188 | 1,946 | 2,397 | 2,270 | 2,159 | 2,285 | 2,002 | 2,234 | 2,197 | 2,080 | 2,130 | 26,240 |
| Oth Units | 615 | 548 | 442 | 603 | 585 | 572 | 540 | 580 | 487 | 645 | 533 | 534 | 6,684 |
| Total Pnt Units | 3,076 | 2,850 | 2,477 | 3,167 | 2,982 | 2,857 | 2,931 | 2,692 | 2,807 | 2,983 | 2,708 | 2,664 | 34,194 |
| | | | | | | | | | | | | | |
| **FTEs** | | | | | | | | | | | | | |
| Mgr/Sup | | | | | | | | | | | | | |
| Tech/Spec | | | | | | | | | | | | | |
| RN | | | | | | | | | | | | | |
| LPN | | | | | | | | | | | | | |
| Nurse Atnd | | | | | | | | | | | | | |
| MSW | | | | | | | | | | | | | |
| Sitter | | | | | | | | | | | | | |
| Residents | | | | | | | | | | | | | |
| Med Prac. | | | | | | | | | | | | | |
| Food/Env Svcs | | | | | | | | | | | | | |
| Bus Svcs | | | | | | | | | | | | | |
| Work Comp | | | | | | | | | | | | | |
| Other Emp | | | | | | | | | | | | | |
| Total FTEs | 6.0 | 6.0 | 6.0 | 6.0 | 6.0 | 6.0 | 6.0 | 6.0 | 6.0 | 6.0 | 6.0 | 6.0 | 6.0 |

1/13/2010

OutMedOnc 08q4.xls - Physicians

CONFIDENTIAL SUBJECT TO PROTECTIVE AGREEMENT

HAL-1 0325228

Halifax Medical Center
Oncology Revenue Centers
Generated via MBE tables - charges are all inclusive
MBE includes patient type "other" and the department
Fiscal Year 2008
"Other" Revenue in the GL is always reimbursed at 100%

Rels

| 715100 HALIFAX MEDICAL | | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| October | 42.95% | 42.95% | 42.54% | 39.28% | 37.80% | 37.01% | 38.51% | 39.28% | 37.18% | 35.81% | 34.75% | 36.69% | 36.10% |
| November | 42.54% | | | | | | | | | | | | |
| December | 39.28% | | | | | | | | | | | | |
| January | 37.80% | | | | | | | | | | | | |
| February | 37.01% | | | | | | | | | | | | |
| March | 38.51% | | | | | | | | | | | | |
| April | 39.28% | | | | | | | | | | | | |
| May | 37.18% | | | | | | | | | | | | |
| June | 35.81% | | | | | | | | | | | | |
| July | 34.75% | | | | | | | | | | | | |
| August | 36.69% | | | | | | | | | | | | |
| September | 36.10% | | | | | | | | | | | | |
| 715100 Total | 38.09% | | | | | | | | | | | | |

| 715101 HALIFAX MEDICAL | | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| October | 40.58% | 40.58% | 39.87% | 39.62% | 39.74% | 38.12% | 37.40% | 41.61% | 43.02% | 42.11% | 44.55% | 41.03% | 38.90% |
| November | 39.57% | | | | | | | | | | | | |
| December | 39.62% | | | | | | | | | | | | |
| January | 39.74% | | | | | | | | | | | | |
| February | 38.12% | | | | | | | | | | | | |
| March | 37.40% | | | | | | | | | | | | |
| April | 41.61% | | | | | | | | | | | | |
| May | 43.02% | | | | | | | | | | | | |
| June | 42.11% | | | | | | | | | | | | |
| July | 44.55% | | | | | | | | | | | | |
| August | 41.03% | | | | | | | | | | | | |
| September | 38.90% | | | | | | | | | | | | |
| 715101 Total | 40.62% | | | | | | | | | | | | |

| 715105 HALIFAX MEDICAL | | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| October | 42.45% | 42.45% | 43.00% | 42.35% | 38.94% | 40.93% | 40.95% | 39.30% | 38.85% | 38.17% | 38.81% | 43.19% | 41.65% |
| November | 43.00% | | | | | | | | | | | | |
| December | 42.35% | | | | | | | | | | | | |
| January | 38.94% | | | | | | | | | | | | |
| February | 40.92% | | | | | | | | | | | | |
| March | 40.95% | | | | | | | | | | | | |
| April | 39.30% | | | | | | | | | | | | |
| May | 38.85% | | | | | | | | | | | | |
| June | 38.17% | | | | | | | | | | | | |
| July | 38.81% | | | | | | | | | | | | |
| August | 42.19% | | | | | | | | | | | | |
| September | 41.65% | | | | | | | | | | | | |
| 715105 Total | 40.62% | | | | | | | | | | | | |

| 762000 HALIFAX MEDICAL | | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| October | 41.77% | 41.77% | 41.54% | 38.37% | 39.09% | 38.67% | 38.90% | 39.90% | 36.04% | 35.30% | 35.54% | 36.38% | 35.63% |
| November | 41.54% | | | | | | | | | | | | |
| December | 38.37% | | | | | | | | | | | | |
| January | 39.09% | | | | | | | | | | | | |
| February | 38.67% | | | | | | | | | | | | |
| March | 38.90% | | | | | | | | | | | | |
| April | 39.90% | | | | | | | | | | | | |
| May | 36.04% | | | | | | | | | | | | |
| June | 35.30% | | | | | | | | | | | | |
| July | 35.54% | | | | | | | | | | | | |
| August | 36.38% | | | | | | | | | | | | |
| September | 35.63% | | | | | | | | | | | | |
| 762000 Total | 37.98% | | | | | | | | | | | | |

| 762001 HALIFAX MEDICAL | | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| October | 40.53% | 40.53% | 40.09% | 38.79% | 39.72% | 38.66% | 38.01% | 42.29% | 40.83% | 39.41% | 43.83% | 40.57% | 39.11% |
| November | 40.09% | | | | | | | | | | | | |
| December | 38.79% | | | | | | | | | | | | |
| January | 39.72% | | | | | | | | | | | | |
| February | 38.66% | | | | | | | | | | | | |
| March | 38.01% | | | | | | | | | | | | |
| April | 42.29% | | | | | | | | | | | | |
| May | 40.83% | | | | | | | | | | | | |
| June | 39.41% | | | | | | | | | | | | |
| July | 43.83% | | | | | | | | | | | | |
| August | 40.57% | | | | | | | | | | | | |
| September | 39.11% | | | | | | | | | | | | |
| 762001 Total | 40.21% | | | | | | | | | | | | |

| 762005 HALIFAX MEDICAL | | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| October | 42.53% | 42.53% | 42.96% | 42.67% | 40.36% | 41.61% | 41.06% | 39.97% | 41.10% | 38.59% | 39.60% | 42.53% | 42.03% |
| November | 42.96% | | | | | | | | | | | | |
| December | 42.67% | | | | | | | | | | | | |
| January | 40.36% | | | | | | | | | | | | |
| February | 41.61% | | | | | | | | | | | | |
| March | 41.06% | | | | | | | | | | | | |
| April | 39.97% | | | | | | | | | | | | |
| May | 41.10% | | | | | | | | | | | | |
| June | 38.59% | | | | | | | | | | | | |
| July | 39.60% | | | | | | | | | | | | |
| August | 42.53% | | | | | | | | | | | | |
| September | 42.03% | | | | | | | | | | | | |
| 762005 Total | 41.28% | | | | | | | | | | | | |

1/13/2010

ColMedDec 06p4.xls - Coll 2009

CONFIDENTIAL SUBJECT TO PROTECTIVE AGREEMENT

HAL-1 0325229