**EXHIBIT 49**

From: Garthwaite, Tom
To: Pike, Audrey; Peburn, Eric
CC: Davidson, David; Rousis, George
Sent: 1/26/2010 7:52:46 AM
Subject: RE: Oncology

I met with the medical oncologists last Friday 1/22 and we came to agreement on all of the contract items. I have to put a few some specifics in the new incentive exhibit A.



CONFIDENTIAL SUBJECT TO PROTECTIVE AGREEMENT

HAL-1 0646947