**EXHIBIT 50**

## Medical Oncology Contract Review

### August 2009

1. **Duties of employee**
    a. Records must be maintained according to hospital policy and as required by legal or accreditation organizations.
2. **Devotion of Time to Practice of Medicine**
    a. Need wording for payments for other revenues (depositions, honorariums, etc)
3. **Compensation**
    a. Annual base
    b. Compensation pool (currently $1,509,600)
    c. ~~Equitable portion of professional collections over base and pool~~
    d. Any other reasonable compensation as determined by company
    e. ~~Addendum for profitability – deleted.~~
    f. Add - Deliverable incentive – pool of funds or per physician for achieving JC disease specific certification and ASCO certification
    g. Add – Quality incentive
    h. Add – Utilization management
4. **Term of agreement**
    a. No change – two years
5. **Expenses**
    a. Same – office. Space, liability, furnishings, etc
    b. ~~Malpractice~~
    c. License fee, book, dues, etc – annual $2,000 limit
    d. Business expenses – same $7,500 – eliminate the beatification committee
    e. Cell phones and pagers – group plan or monthly stipend
    f. Personnel – same
6. **Fees**
    a. Same
7. **Meeting community needs**
    a. Same
8. **Professional policies and procedures**
    a. Need to identify the medical oncology practice management group
9. **Vacation time and benefits**
    a. Same – 5 week vacation
10. **Physician disability**
    a. Same
11. **Time off**
    a. Same - 2 weeks CME
12. **Termination of agreement**
    a. Must be the same as B



CONFIDENTIAL SUBJECT TO PROTECTIVE AGREEMENT

HAL-1 0335959

    b. Must be the same as A
    c. Same except "current compensation rate for the remainder of the contract"
    d. Same
    e. Same
    f. Same
    g. May purchase charts for the cost of copying the records including materials and labor.
    h. ?? based on non compete

13. **Limitations of authority**
    a. Same
14. **Invalid provisions**
    a. Same
15. **Modification**
    a. Same
16. **Applicable law and binding effect**
    a. Same
17. **Proprietary Information**
    a. Same
18. **Specific Performance**
    a. Same
19. **Attorney's fees**
    a. Same
20. **Confidentiality**
    a. Same
21. **Notices**
    a. Same
22. **Physician employment**
    a. Same
23. **Medical Oncology Practice Management Group**
    a. Change ROC to Center For Oncology in all areas – determine role of medical director
    b. Same for Financial statements
    c. Same – policy and budget
    d. ~~Annual meeting to review profit and loss~~
24. **Non Competition**
    a. Same
    b. Same
        i. Same
        ii. ~~5 years and majority vote~~
        iii. Same
25. **Binding Upon Successors**
    a. Same

CONFIDENTIAL SUBJECT TO PROTECTIVE AGREEMENT       HAL-1 0335960