**EXHIBIT 51**



HALIFAX
HEALTH

November 13, 2012

I, the undersigned, Chief Financial Officer do hereby certify as follows:

1) I have reviewed the financial statements, and other financial information included with the financial statements, of Halifax Health and Halifax Medical Center Restricted Group as of and for the year ended September 30, 2012.

2) To the best of my knowledge, these financial statements and other financial information included with the financial statements do not contain an untrue statement of material fact and fairly present in all material respects the financial condition and results of operations as of, and for, the periods presented.

3) I am responsible for establishing and maintaining procedures that ensure that material information relating to the company is made known to us by others, particularly during the periods presented.

4) I have disclosed to the external auditors and the Audit Committee of the Board of Commissioners:

   a. all significant deficiencies in the design or operation of internal controls which could adversely affect the ability to record, process, summarize and report financial data and have identified for the auditors any material weaknesses in internal controls;

   b. any fraud, whether or not material, that involves management or other employees who have a significant role in internal controls.

5) I have determined that there were no significant changes in internal controls or in other factors that could significantly affect internal controls subsequent to the date of our most recent evaluation, including any corrective actions with regard to significant deficiencies and material weaknesses.

Eric M. Peburn
Chief Financial Officer

PO Box 2830
Daytona Beach, FL 32120
T: 386.254.4000



halifaxhealth.org

Halifax Health
Summary Financial Narrative
For the year ended September 30, 2012

The year-to-date operating performance of Halifax Health (HH) is above budgeted targets. HH's year-to-date performance compared to budget and long-range targets (S&P "A" rated medians) for key financial indicators is as follows.

|  | YTD Actual FY12 | YTD Budget FY12 | YTD Actual vs. Budget | S&P "A" | YTD vs. S&P "A" |
|---|---|---|---|---|---|
| Total Margin | 4.8% | 1.9% | Favorable | 4.6% | Favorable |
| Operating Margin | -0.1% | -0.7% | Favorable | 2.8% | Unfavorable |
| EBIDA Margin | 11.4% | 8.7% | Favorable | 12.1% | Unfavorable |
| Days Cash on Hand | 281 | 261 | Favorable | 202 | Favorable |
| Cash to Debt | 120.1% | 114.6% | Favorable | 145.2% | Unfavorable |
| Debt to Capitalization | 43.0% | 44.9% | Favorable | 32.6% | Unfavorable |
| HHMC MADS Coverage | 1.91 | 1.81 | Favorable | 4.20 | Unfavorable |

Halifax Health Medical Center
Statistical Summary—
- Admissions for the month and year-to-date are greater than budget and less than last year.
- Patient days for the month are greater than budget and last year, and year-to-date are greater than budget and less than last year.
  - Observation patient day equivalent units for the month and year-to-date are less than budget and last year.
- Surgery volumes, excluding Twin Lakes, for the month and year-to-date are less than budget and last year.
- Emergency Room visits for the month and year-to-date are less than budget and last year.

Financial Summary --
- Net patient service revenue for the month is 1.5% greater than budget and 1.6% less than last year, and for the year-to-date is 0.1% greater than budget and 2.9% greater than last year.
- Operating efficiencies and certain favorable expense results have contributed to year-to-date operating expenses being $3.1 million or 0.7% less than budget.
- Loss from operations year-to-date of $3.1 million compares favorably to budget by $3.6 million.
- Nonoperating gains year-to-date of $13.8 million, including investment income of $13.5 million, are greater than budget by $3.8 million.
- The year-to-date increase in net assets of $10.6 million compares favorably to budget by $7.4 million.

Hospice of Volusia/Flagler
Statistical Summary –
- Patient days for the month and year-to-date are greater than budget and last year.

Financial Summary --
- Net patient service revenue for the month is 5.6% greater than budget and 4.3% less than last year, and year-to-date is 1.4% greater than budget and 4.0% greater than last year.
- Income from operations year-to-date is $2.8 million, which is $662,000 greater than budget.
- Nonoperating gains year-to-date of $9.1 million, including investment income of $7.7 million, are greater than budget by $5.8 million.
- The year-to-date increase in net assets $11.9 million compares favorably to budget by $6.5 million.

Other Component Units - The financial performance is consistent with budgeted expectations.

Halifax Hospital Medical Center
Historical Utilization

|  | Fiscal Year Ended September 30, | | | Fiscal Year Ended September 30, |
|---|---|---|---|---|
|  | 2009 | 2010 | 2011 | 2012 |
| **Inpatient Activity:** | | | | |
| Admissions | 26,650 | 24,587 | 23,347 | 22,770 |
| Patient Days | 132,732 | 121,616 | 118,076 | 117,493 |
| Average Available Beds | 613 | 558 | 558 | 541 |
| Average Percent Occupancy | 59.3% | 59.7% | 61.0% | 59.3% |
| Average Length of Stay (Days) | 5.0 | 4.9 | 5.1 | 5.2 |
| Average Daily Census | 364 | 333 | 323 | 321 |
| **Outpatient Activity:** | | | | |
| Oncology Visits | 52,619 | 50,970 | 46,614 | 48,491 |
| Other Outpatient Visits | 103,898 | 94,256 | 86,750 | 83,624 |
| Clinic Visits | 17,512 | 13,229 | 17,029 | 19,090 |
| Emergency Department | 123,340 | 122,587 | 121,686 | 116,850 |
| Total | 297,369 | 281,042 | 272,079 | 268,055 |
| **Surgical Activity:** * | | | | |
| Inpatient | 6,172 | 5,511 | 5,437 | 5,408 |
| Outpatient | 9,110 | 9,035 | 10,899 | 11,000 |
| Total | 15,282 | 14,546 | 16,336 | 16,408 |

* Surgical activities for fiscal years 2009, 2010 and 2011 were restated to be comparable with 2012. Surgical activity previously included a count of each procedure performed. Beginning in 2012, the basis of measurement was changed to only include a count of each surgical case patient. The differences between these two measurements range from 3% to 4% for the periods presented.

Halifax Hospital Medical Center
Sources of Payment

|  | Fiscal Year Ended September 30, | | | Fiscal Year Ended September 30, |
|---|---|---|---|---|
|  | 2009 | 2010 | 2011 | 2012 |
| **Payment Source:** | | | | |
| HMO/PPO(1) | 33.7% | 33.8% | 33.6% | 33.7% |
| Medicare(2) | 31.2% | 29.5% | 28.9% | 29.1% |
| Commercial/Other | 22.1% | 21.6% | 20.7% | 23.5% |
| Medicaid(3) | 12.3% | 14.3% | 16.0% | 13.0% |
| Uninsured | 0.7% | 0.8% | 0.8% | 0.7% |
| Total | 100.0% | 100.0% | 100.0% | 100.0% |

(1) Includes Medicare HMO
(2) Includes Medicare reimbursement, deductibles and co-insurance (net of contractual adjustments).
(3) Includes Medicaid/Medicaid HMO reimbursement (net of contractual adjustments)

Halifax Hospital Medical Center (Obligated Group)
Statements of Net Position
($ in thousands)

|  | September 30, 2009 | September 30, 2010 | September 30, 2011 | September 30, 2012 |
|---|---|---|---|---|
| **Assets** | | | | |
| **Current Assets** | | | | |
| Cash and cash equivalents | $176,498 | $60,373 | $33,736 | $30,417 |
| Investments | 3,622 | 127,311 | 150,766 | 161,105 |
| Trustee-held self insurance funds | 1,824 | 1,790 | 971 | 881 |
| Accounts receivable-patients, net | 44,784 | 40,896 | 38,050 | 40,967 |
| Inventories | 10,578 | 10,798 | 11,092 | 11,312 |
| Other current assets | 9,261 | 12,282 | 8,449 | 11,574 |
| Total current assets | 246,567 | 253,450 | 243,064 | 256,256 |
| Restricted funds under indenture agreements for debt service | 20,135 | 20,331 | 20,197 | 20,452 |
| Noncurrent assets whose use is limited: | | | | |
| Trustee-held funds | 23,947 | 0 | 0 | 0 |
| Board-designated funded depreciation | 103,335 | 145,291 | 163,989 | 167,172 |
| Capital assets, at cost, net | 359,113 | 344,677 | 344,382 | 337,792 |
| Investment in affiliates | 57,969 | 68,789 | 77,066 | 95,279 |
| Other assets | 10,327 | 4,113 | 10,894 | 11,006 |
| Deferred outflows: | | | | |
| Swap | 0 | 23,839 | 32,141 | 33,398 |
| Bond issue costs | 10,462 | 10,031 | 9,978 | 9,630 |
| Total assets | $831,855 | $870,521 | $901,711 | $930,985 |
| **Liabilities and net position** | | | | |
| Current liabilities: | | | | |
| Accounts payable and accrued liabilities | $69,684 | $58,974 | $58,155 | $58,140 |
| Current portion of accrued self-insurance liability | 6,907 | 6,514 | 5,718 | 5,233 |
| Current portion of long-term debt | 0 | 0 | 1,715 | 1,830 |
| Other current liabilities | 5,712 | 7,448 | 6,459 | 6,167 |
| Total current liabilities | 82,303 | 72,936 | 72,047 | 71,370 |
| Long-term debt, less current portion | 344,289 | 344,521 | 343,185 | 341,734 |
| Accrued self-insurance liability, less current portion | 6,107 | 5,320 | 7,782 | 7,647 |
| Other long-term liabilities | 19,550 | 5,231 | 10,442 | 11,866 |
| Long-term value of swap | 0 | 23,839 | 32,141 | 33,398 |
| Net position | 379,606 | 418,674 | 436,114 | 464,970 |
| Total liabilities and net position | $831,855 | $870,521 | $901,711 | $930,985 |

Notes:
Halifax Health implemented GASB 53 as of October 1, 2009.
Halifax Health implemented GASB 63 as of October 1, 2011, and prior years were restated for comparability.

Halifax Hospital Medical Center (Obligated Group)
Statements of Revenues, Expenses and Changes in Net Position
($ in thousands)

|  | Year Ended September 30, | | | Fiscal Year Ended September 30, |
|---|---|---|---|---|
|  | 2009 | 2010 | 2011 | 2012 |
| **Operating revenues:** |  |  |  |  |
| Net patient service revenue - before provision for bad debts | $462,713 | $452,509 | $478,422 | $484,257 |
| Provision for bad debts | (88,637) | (86,407) | (103,183) | (98,128) |
| Net patient service revenue | 374,076 | 366,102 | 375,239 | 386,129 |
| Ad valorem tax revenue | 41,605 | 34,560 | 26,573 | 21,934 |
| Other revenue | 12,942 | 12,698 | 12,881 | 17,512 |
| Total operating revenues | 428,623 | 413,360 | 414,693 | 425,575 |
| **Operating expenses:** |  |  |  |  |
| Salaries and benefits | 222,974 | 205,846 | 215,635 | 222,451 |
| Purchased services | 36,653 | 40,731 | 38,529 | 47,350 |
| Supplies | 80,356 | 75,461 | 76,322 | 79,455 |
| Depreciation and amortization | 14,407 | 21,543 | 19,217 | 19,343 |
| Interest | 11,063 | 18,425 | 18,614 | 18,905 |
| Ad valorem tax related expenses | 12,735 | 10,538 | 8,146 | 9,091 |
| Leases and rentals | 13,819 | 12,779 | 10,901 | 8,297 |
| Other | 28,084 | 26,546 | 25,284 | 23,826 |
| Total operating expenses | 420,091 | 411,869 | 412,648 | 428,718 |
| Income (loss) from operations | 8,532 | 1,491 | 2,045 | (3,143) |
| **Nonoperating revenues, expenses, and gains (losses):** |  |  |  |  |
| Investment income, net | 3,176 | 11,100 | 6,184 | 13,472 |
| Donation revenue | 1,086 | 149 | 655 | 607 |
| Nonoperating gains (losses), net | (5) | (114) | 279 | (147) |
| Income from affiliates | 10,960 | 10,820 | 8,277 | 18,213 |
| Change in fair market value of swap | (7,419) | 0 | 0 | 0 |
| Impairment loss on building | 0 | (5,792) | 0 | 0 |
| Total Nonoperating revenues, expenses, and gains (losses) | 7,798 | 16,163 | 15,395 | 32,145 |
| Gain (loss) on sale of discontinued operations | 42,564 | 4,756 | 0 | (146) |
| Increase in net position | $58,894 | $22,410 | $17,440 | $28,856 |

Note: Halifax Health implemented GASB 53 as of October 1, 2009.

Halifax Health
Statements of Net Position
($ in thousands)

|  | September 30, 2009 | September 30, 2010 | September 30, 2011 | September 30, 2012 |
|---|---|---|---|---|
| **Assets** | | | | |
| **Current Assets** | | | | |
| Cash and cash equivalents | $186,323 | $70,264 | $34,986 | $31,290 |
| Investments | 36,958 | 166,501 | 197,434 | 226,019 |
| Trustee-held self insurance funds | 1,824 | 1,790 | 971 | 881 |
| Accounts receivable-patients, net | 48,404 | 44,616 | 41,973 | 45,504 |
| Inventories | 10,656 | 10,867 | 11,180 | 11,426 |
| Other current assets | 9,356 | 13,909 | 8,584 | 11,724 |
| Total current assets | 293,521 | 307,947 | 295,128 | 326,844 |
| | | | | |
| Restricted funds under indenture agreements for debt service | 22,788 | 22,984 | 20,407 | 20,660 |
| | | | | |
| Noncurrent assets whose use is limited: | | | | |
| Trustee-held funds | 23,947 | 0 | 0 | 0 |
| Board-designated | 103,335 | 147,942 | 166,639 | 169,822 |
| Other | 3,283 | 720 | 5,854 | 5,768 |
| | | | | |
| Capital assets, at cost, net | 398,698 | 383,348 | 381,522 | 373,723 |
| Other assets | 12,439 | 5,966 | 16,384 | 15,084 |
| Deferred outflows: | | | | |
| Swap | 0 | 23,839 | 32,141 | 33,398 |
| Bond issue costs | 10,462 | 10,031 | 9,978 | 9,768 |
| Total assets | $868,473 | $902,777 | $928,053 | $955,067 |
| | | | | |
| **Liabilities and net assets** | | | | |
| Current liabilities: | | | | |
| Accounts payable and accrued liabilities | $72,732 | $61,893 | $60,353 | $60,463 |
| Current portion of accrued self-insurance liability | 6,907 | 6,514 | 5,718 | 5,233 |
| Short-term debt | 1,980 | 0 | 0 | 0 |
| Other current liabilities | 7,669 | 9,356 | 9,023 | 7,377 |
| Total current liabilities | 89,288 | 77,763 | 75,094 | 73,073 |
| | | | | |
| Current portion of long-term debt | 1,800 | 1,755 | 3,729 | 3,912 |
| | | | | |
| Long-term debt, less current portion | 362,347 | 360,707 | 355,228 | 351,766 |
| Accrued self-insurance liability, less current portion | 6,107 | 5,320 | 7,782 | 7,647 |
| Other long-term liabilities | 22,682 | 8,076 | 12,112 | 14,448 |
| Long-term value of swap | 0 | 23,839 | 32,141 | 33,398 |
| | | | | |
| Net position | 386,249 | 425,317 | 441,967 | 470,823 |
| Total liabilities and net position | $868,473 | $902,777 | $928,053 | $955,067 |

Notes:
Halifax Health implemented GASB 53 as of October 1, 2009.
Halifax Health implemented GASB 63 as of October 1, 2011, and prior years were restated for comparability.

Halifax Health
Statements of Revenues, Expenses and Changes in Net Position
($ in thousands)

| | Year Ended September 30, | | | Fiscal Year Ended September 30, |
|---|---|---|---|---|
| | 2009 | 2010 | 2011 | 2012 |
| **Operating revenues:** | | | | |
| Net patient service revenue - before provision for bad debts | $509,462 | $497,978 | $523,542 | $531,392 |
| Provision for bad debts | (88,835) | (86,683) | (103,543) | (98,689) |
| Net patient service revenue | 420,627 | 411,295 | 419,999 | 432,703 |
| Ad valorem tax revenue | 41,605 | 34,560 | 26,573 | 21,934 |
| Other revenue | 21,628 | 22,035 | 23,618 | 29,260 |
| Total operating revenues | 483,860 | 467,890 | 470,190 | 483,897 |
| **Operating expenses:** | | | | |
| Salaries and benefits | 246,872 | 229,387 | 239,502 | 247,626 |
| Purchased services | 49,886 | 53,521 | 52,086 | 61,041 |
| Supplies | 83,104 | 78,265 | 79,034 | 82,316 |
| Depreciation and amortization | 15,943 | 23,100 | 20,561 | 20,749 |
| Interest | 12,184 | 19,455 | 19,296 | 19,416 |
| Ad valorem tax related expenses | 12,735 | 10,538 | 8,146 | 9,091 |
| Leases and rentals | 15,592 | 14,542 | 12,378 | 10,103 |
| Other | 35,811 | 30,066 | 28,826 | 27,598 |
| Total operating expenses | 472,127 | 458,874 | 459,829 | 477,940 |
| Income from operations | 11,733 | 9,016 | 10,361 | 5,957 |
| **Nonoperating revenues, expenses, and gains (losses)** | | | | |
| Investment income, net | 5,207 | 13,566 | 4,574 | 21,181 |
| Donation revenue | 2,334 | 1,341 | 1,606 | 2,017 |
| Nonoperating gains (losses), net | 166 | (114) | 224 | (153) |
| Net restricted donations in excess of designated expenditures | (70) | (363) | 0 | 0 |
| Change in fair market value of swap | (7,419) | 0 | 0 | 0 |
| Impairment loss on building | 0 | (5,792) | (115) | 0 |
| Income from discontinued operations | 4,307 | 0 | 0 | 0 |
| Total Nonoperating revenues, expenses, and gains (losses) | 4,525 | 8,638 | 6,289 | 23,045 |
| Gain (Loss) on sale of discontinued operations | 42,564 | 4,756 | 0 | (146) |
| Increase in net position | $58,822 | $22,410 | $16,650 | $28,856 |

Note: Halifax Health implemented GASB 53 as of October 1, 2009.

Case 6:09-cv-01002-GAP-TBS   Document 281-29   Filed 05/29/13   Page 8 of 10 PageID 14947

## Halifax Health
### Statements of Cash Flows
($ in thousands)

| | Fiscal Year Ended September 30, | | | Twelve months Ended |
|---|---|---|---|---|
| | 2009 | 2010 | 2011 | September 30, 2012 |
| **Cash flows from operating activities:** | | | | |
| Receipts from third party payors and patients | $435,116 | $415,970 | $429,074 | $430,750 |
| Payments to employees | (302,026) | (238,457) | (239,440) | (250,409) |
| Payments to suppliers | (180,400) | (133,466) | (135,961) | (154,195) |
| Receipt of ad valorem taxes | 41,604 | 34,560 | 26,573 | 21,933 |
| Other receipts | 95,648 | 21,665 | 28,932 | 30,428 |
| Other payments | (17,998) | (48,397) | (56,324) | (41,200) |
| Net cash provided by operating activities | 71,944 | 51,875 | 52,854 | 37,307 |
| **Cash flows from noncapital financing activities:** | | | | |
| Payment for equity interest in a business | - | - | (6,950) | (200) |
| Proceeds from sale of discontinued operations | - | 3,328 | 5,000 | (96) |
| Proceeds from donations received | 2,548 | 1,341 | 1,606 | 2,020 |
| Payment of notes payable | (400) | (1,980) | - | - |
| Payment of interest on notes payable | (73) | (141) | (44) | (28) |
| Payments for sale of business | (4,920) | - | - | - |
| Proceeds from sale of business, net cash sold | 29,578 | - | - | - |
| Nonoperating gain (loss) | 166 | (206) | 263 | 85 |
| Net cash provided by (used in) noncapital financing activities | 26,899 | 2,342 | (125) | 1,781 |
| **Cash flows from capital and related financing activities:** | | | | |
| Acquisition of capital assets | (65,364) | (17,763) | (18,803) | (15,794) |
| Proceeds from disposals | - | 1,862 | 2,719 | 3,228 |
| Payment of long-term debt | (8,557) | (1,827) | (18,743) | (3,730) |
| Proceeds from issuance of long-term debt | - | - | 14,429 | - |
| Payment of interest on long-term debt | (17,812) | (19,082) | (18,820) | (18,499) |
| Net cash used in capital financing activities | (91,733) | (36,810) | (39,218) | (34,795) |
| **Cash flows from investing activities:** | | | | |
| Realized investment income | 6,063 | 5,977 | 11,955 | 10,189 |
| Purchases of investments/limited use assets | (939,461) | (276,264) | (77,856) | (105,475) |
| Sales/ maturities of investments/limited use assets | 978,856 | 136,821 | 17,112 | 87,297 |
| Net cash provided by (used in) investing activities | 45,458 | (133,466) | (48,789) | (7,989) |
| Net increase (decrease) in cash and cash equivalents | 52,568 | (116,059) | (35,278) | (3,696) |
| Cash and cash equivalents at beginning of period | 133,755 | 186,323 | 70,264 | 34,986 |
| Cash and cash equivalents at end of period | $186,323 | $70,264 | $34,986 | $31,290 |



HALIFAX
HEALTH

November 13, 2012

In accordance with Section 12.c of the Second Supplemental Indenture of the 2008 bonds, I hereby certify the following:

To the best of my knowledge and belief, and after due inquiry, as of the date of this memorandum, the Obligated Group is in compliance with the Liquidity Requirement as demonstrated in the attached tabulation.

Eric M. Peburn
Chief Financial Officer

PO Box 2830
Daytona Beach, FL 32120
T: 386.254.4000

halifaxhealth.org

## Halifax Medical Center Obligated Group Liquidity Requirement
($ in thousands)

|  | Fiscal Year 2012 |
|---|---:|
| Operating Expenses (including the provision for bad debts) | $507,503 |
| Operating Expenses per day | $1,390 |
| Unrestricted Cash and Investments on Hand | $358,694 |
| Days Cash on Hand | 258 |