EXHIBIT 54

A

SUMMARY OF INSURANCE COVERAGES

PREPARED ESPECIALLY

FOR

# HALIFAX MEDICAL CENTER

**Presented By:**

Greg Beasley
Senior Vice President





Halifax
36(e)(6) **54**
2/26/13

HLFX - PST - 0166077

Halifax Medical Center

*This proposal contains only a general description of the coverage(s) and does not constitute a policy/contract.  For complete policy information, including exclusions, limitations, and conditions, refer to the policy document. A specimen copy is available upon request. In the event of any differences between the policy and this summary, the policy will control.*

## Halifax Medical Center

## PROPERTY COVERAGES

**Description of Property:**                    **Limits of Coverage:**

Building, Contents, Electronic Data Processing,      $500,000,000 Loss Limit
Business Income and Extra Expense per
schedule on file with the insurer.

Coverage applies on a scheduled basis and is NOT blanket coverage.

### Policy Forms:

Zurich Z-Med Property Policy
Multiple Insurers' Excess Named Storm Property forms ($150,000,000 excess
Named Storm)

### Coinsurance:

N/A

### Major Coverage Sublimits:

| | |
|---|---|
| $200,000,000 | Named Storm |
| $ 50,000,000 | Flood, outside 500 year Flood plain |
| $ 5,000,000 | Flood, outside 100 year Flood plain and within 500 year Flood Plain |
| $ 1,000,000 | Flood, within 100 year Flood Plain |
| $ 50,000,000 | Earth Movement |
| $ 5,000,000 | Ordinance or Law |
| $100,000,000 | Machinery Breakdown |

### Deductible:

| | |
|---|---|
| $ 250,000 | Per Occurrence Except |
| 5% | of total values at each location for Named Storm |
| $1,000,000 | Flood, outside 100 year Flood plain and within 500 year Flood Plain |
| $1,500,000 | Flood, within 100 year Flood Plain |

Halifax Medical Center

## GENERAL LIABILITY AND PROFESSIONAL LIABILITY COVERAGES

No contractual transfer of risk for Third Party Liability exposures exist for claims commonly referred to as General Liability Claims and Professional Liability Claims except as identified later in this summary.

The Hospital addresses these claims directly as per **Halifax Hospital Medical Center Self-Insurance Resolution No. 1986-500.**

## AUTOMOBILE COVERAGE

Coverage is provided for all sums the insured legally must pay as damages because of bodily injury or property damage to which this insurance applies caused by an accident and resulting from the ownership, maintenance or use of a covered auto.

| Limits of Liability: | Symbol | | |
|---|---|---|---|
| Bodily Injury & Property Damage | 1 | $1,000,000 | Combined Single Limit |
| Personal Injury Protection (Florida No-Fault) | 5 | Statutory | Each Person |
| Medical Payments | 2 | $5,000 | Each Person |
| Uninsured Motorists (Non-Stacked) | 2 | $500,000 | Combined Single Limit |
| Physical Damage | 2, 8 | | |
| Comprehensive | | $1,000 | Deductible |
| Collision | | $1,000 | Deductible |
| or Specified Causes of Loss | | | |

### Coverage Enhancements:

- Hired Auto Liability
- Hired Auto Physical Damage subject to a maximum limit per auto of $50,000
- Non-Owned Auto Liability
- Garage Keepers Liability $1,000,000 maximum limit, $5,000 deductible at 303-311 N. Clyde Morris Blvd only

| Symbol | Description |
|---|---|
| 1 | ***Any Auto.*** |
| 2 | ***Owned Autos only.*** Only those autos you own (and for Liability Coverage any trailers you don't own while attached to power units you own). This includes those autos you acquire ownership of after the policy begins. |
| 5 | ***Owned autos subject to no-fault.*** Only those autos you own that are required to have no-fault benefits in the state where they are licensed or principally garaged. This includes those autos you acquire ownership of after the policy begins provided they are required to have no-fault benefits in the state where they are licensed or principally garaged. |
| 8 | ***Hired Autos Only.*** Only those autos you lease, hire, rent or borrow. This does not include any auto you lease, hire, rent or borrow from any of your employees or partners or members of their households. |

*Owned Automobiles* - Covers the liability arising out of the ownership, maintenance or use of automobiles.

*Personal Injury Protections* - Coverage is included for passenger vehicle under No-Fault Law provisions.

*Uninsured Motorists* - Protects insureds who are not contributorily negligent against bodily injury caused by negligent underinsured or uninsured drivers and hit-and-run motorists.

Uninsured Motorists Coverage is offered in two different forms.

*Non-Stacked UM* - This will provide the limit of Uninsured Motorists coverage shown in the policy schedule, regardless of how many vehicles are owned.

*Stacked UM* - This will provide the sum of limit of Uninsured Motorists coverage shown in the policy schedule.  If there is more than one covered auto, the limit of insurance for the accident would be the sum of the limits for all those owned autos which are covered autos.  (If the limit is $100,000 and there are three insured vehicles, the maximum paid would be the sum of the coverage, or $300,000).

Stacked UM coverage is only available when the named insured is an individual; entities do not qualify for stacked coverage.  Non-stacked UM coverage is available for both entities (corporations, partnerships, etc.) and individuals.

*Hired Automobiles* - Covers the liability for the use of hired automobiles in your business.

*Non-Owned Automobiles* - Covers the liability for the use of non-owned automobiles in your business.  An example would be an employee using his/her own car on an errand for you.

*Comprehensive* - Pays for loss of, or damage to, automobiles from perils other than collision.

*Collision* - Pays for loss of, or damage to, automobiles from collision with another object or upset.

*Broad Form Drive Other Car Coverage* - Provides coverage for individual named on endorsement and spouse for use of non-owned car, sometimes referred to as "Borrowed Car" coverage.  This should be purchased if you do not have a personal auto policy.

**NOTE:  These coverages may not apply in all states.**

## Halifax Medical Center

## EXCESS AUTOMOBILE LIABILITY

Coverage is provided excess of Primary Automobile Liability coverage only and does not apply to Personal Injury Protection, Medical Payments or Uninsured Motorists coverages.

### Limit of Liability:

| | |
|---|---|
| Per Occurrence | $4,000,000 |
| Policy Aggregate | $4,000,000 |

Halifax Medical Center

## CRIME COVERAGES

### Type of Policy:

Combination Crime

### Limits of Coverage: *Higher limits may be available upon request*

Employee Dishonesty - Blanket Form                    $2,500,000

Covers loss of money, securities and other property by
employee dishonesty at all premises of the insured.

Forgery or Alteration                                 $2,500,000

Covers loss by forgery or alteration of checks, drafts,
and promissory notes (except by an employee) that are
made or drawn by the insured or his agent.

Theft, Disappearance and Destruction

       - Inside the Premises               $  500,000
       - Outside the Premises              $  500,000

Covers money and securities from almost any cause
other than Employee Dishonesty and Forgery.

Computer Fraud                                        $2,500,000

Covers loss of money, securities and other property resulting
directly from the use of any computer to fraudulently transfer
property from inside the premises or banking premises

### Deductible:

$25,000

**Halifax Medical Center**

## WORKERS COMPENSATION COVERAGE AND EXCESS WORKERS COMPENSATION COVERAGE

The Hospital has elected to self-insure a portion of their Workers Compensation exposure and is registered as such with the State of Florida under filing number 09266.

The Hospital has transferred some of the workers compensation exposure to a Third Party via a Specific Excess Workers Compensation and Employers Liability Indemnity Policy.

### Type of Policy:

Specific Excess Workers Compensation and Employers Liability Indemnity Policy

### Limits of Coverage:

Workers Compensation
$50,000,000 each accident
$50,000,000 each employee for disease

Employers Liability
$2,000,000 each accident
$2,000,000 each employee for disease

### Self Insured Retention:

Each Accident          $600,000

Each Disease           $600,000

## DIRECTORS' & OFFICERS' LIABILITY AND EMPLOYMENT PRACTICES LIABILITY

The Hospital has placed Public Official Bonds in the amount of $5,000 for each Board Member. The Bond guarantees the honesty and faithful performance of a public official's duties as prescribed by law, regulation or ordinance, including the honest account of all monies entrusted to the official according to law.

Beyond any protection provided by the Public Official Bond, Halifax Medical Center Counsel believes the Hospital and Board Members are provided certain sovereign immunity protection in state and federal jurisdictions.

## SECURITY GUARD LIABILITY

Coverage will pay sums which the insured becomes legally obligated to pay for damages for bodily injury or property damage to which this insurance applies.

### Named Insured:

Halifax Staffing, Inc.

### Type of Form:

Commercial General Liability – Occurrence Form

### Commercial General Liability Limits:

| | |
|---|---|
| Each Occurrence | $300,000 |
| Personal Injury & Advertising Injury | $300,000 |
| Damage to Premises Rented to You | $100,000 |
| Medical Expense Limit | $5,000 |
| Aggregates | |
| All Other Coverages | $1,000,000 |
| Products Completed Operations | $1,000,000 |

### Deductible:

$1,000 per occurrence

## FUEL TANK LIABILITY

Coverage will pay on behalf of the Insured, legal obligations to pay as a result of bodily injury or property damage, clean-up costs or corrective action resulting from pollution conditions from a covered storage tank.

### Type of Form:

Storage Tank Third-Party Liability
Corrective Action and Cleanup Costs Policy
by Commerce and Industry Insurance Company

### Covered Storage Tanks:

As on file with the Company

### Limits of Liability:

Each Incident           $1,000,000
Aggregate               $4,000,000

### Deductible:

$10,000

## NON-OWNED AVIATION LIABILITY

Will pay on behalf of the insured claims arising from a legal obligation because of an occurrence causing bodily injury or property damage due to the use of a non-owned aircraft.

### Type of Form:

Aircraft Policy by ACE USA

### Covered Aircraft:

- Non-Owned aircraft only
- No coverage applies to liability arising from an aircraft leased to the insured (or insured's officers) for more than 30 days
- No coverage applies to liability arising from an aircraft with a total seating capacity of more than twelve, including crew seats

### Limits of Liability:

| | |
|---|---|
| Single Limit including passengers per Occurrence | $10,000,000 |
| Medical Payments, each person | $ 3,000 |
| Medical Payments each Occurrence | $ 36,000 |

## Halifax Medical Center

## AIRPORT LIABILITY

Will pay those sums that the insured is legally obligated to pay as damages because of bodily injury or property damage arising out of airport operations.

### Type of Form:

Airport Owners and Operators General Liability Policy by
ACE USA

### Covered Airport:

29FL Halifax Hospital Medical Center Heliport
Daytona Beach, FL

### Limits of Liability:

| | |
|---|---|
| Each Occurrence | $10,000,000 |
| Medical Expense Limit any one person | $    3,000 |

### Additional Coverage:

Aviation War, Hi-Jacking and Other Perils Liability Insurance policy is also provided by ACE USA.  The coverage is provided by a separate policy which has a $10,000,000 per occurrence and annual aggregate limit.  This policy provides coverage for war, riot, terrorists acts, etc. that are excluded under standard Airport Operators Liability insurance policies.