# In the Matter Of:

UNITED STATES vs. HALIFAX HOSPITAL, et al.

---

## 30(B)(6) VIDEOTAPED DEPOSITION OF

## ARVIN LEWIS

*March 05, 2013*

---



37 North Orange Avenue
Suite 500
Orlando, Florida 32801
321.710.2150

Case 6:09-cv-01002-GAP-TBS   Document 284   Filed 05/29/13   Page 2 of 201 PageID 15754

UNITED STATES vs. HALIFAX HOSPITAL, et al.          30(B)(6) VIDEOTAPED DEPOSITION OF
ARVIN LEWIS on 03/05/2013                                                      Page 1

```
 1              UNITED STATES DISTRICT COURT
             FOR THE MIDDLE DISTRICT OF FLORIDA
 2                    ORLANDO DIVISION

 3       CIVIL ACTION FILE NO.:  6:09-cv-1002-Orl-31DAB

 4   UNITED STATES OF AMERICA ex. rel. ELIN
     BAKLID-KUNZ,
 5
                 Relator,
 6
     vs.
 7
     HALIFAX HOSPITAL MEDICAL CENTER d/b/a
 8   HALIFAX HEALTH a/k/a HALIFAX
     COMMUNITY HEALTH SYSTEM a/k/a
 9   HALIFAX MEDICAL CENTER and HALIFAX
     STAFFING, INC.,
10
                 Defendants.
11   _____

12

13            Videotaped Deposition of

14         ARVIN LEWIS - 30(B)(6) DESIGNEE

15           Tuesday, March 5, 2013

16                  9:46 a.m.

17

18

19          United States Attorneys Office

20      400 West Washington Street, Suite 300

21             Orlando, FL  32801

22

23

24

25          Georgeanne Rodriguez, RPR
```



Page 2

```
 1   APPEARANCES:

 2        On behalf of Relator Elin Baklid-Kunz:
          L. LIN WOOD, Esquire
 3        Wood, Hernacki & Evans, LLC
          1180 West Peachtree Street Northwest, Suite 2400
 4        Atlanta, GA  30309
          Telephone:  404.891.1402
 5        Facsimile:  404.506.9111
          lwood@whetriallaw.com
 6
          MARLAN B. WILBANKS, Esquire
 7        Wilbanks & Bridges, LLP
          3414 Peachtree Road Northeast, Suite 1075
 8        Atlanta, GA  30326
          Telephone:  404.842.1075
 9        Facsimile:  404.842.0559
          mbw@wilbanks-bridges.com
10
          On behalf of the United States of America:
11        ADAM J. SCHWARTZ, Esquire
          U.S. Department of Justice - Civil Division
12        601 D Street Northwest, PHB Room 9537
          Washington, DC  20004
13        Telephone:  202.514.6831
          adam.schwartz2@usdoj.gov
14
          On behalf of Defendants:
15        T. REED STEPHENS, Esquire
          McDermott, Will & Emery, LLP
16        600 13th Street Northwest
          Washington, DC  20005
17        Telephone:  202.756.8380
          Facsimile:  202.756.8087
18        trstephens@mwe.com

19        STEPHEN SIEGEL, Esquire
          Broad and Cassel
20        2 South Biscayne Tower, 21st Floor
          Miami, FL  33131
21        Telephone:  305.373.9424
          Facsimile:  305.995.6386
22        shsiegel@BroadandCassel.com

23   ALSO PRESENT:

24        David Ramirez, Video Technician.

25                         -  -  -
```

Page 4

```
 1                     INDEX TO EXHIBITS

 2   Exhibit          Description                    Page

 3     55       Amended Notice of 30(b)(6)             8
                Deposition
 4     57       Attachment 3 - UB-04                  48
                Medicare Claim Form
 5     57       Attachment 2 - UB-92                  48
                Medicare Claim Form
 6     58       Report Qualifiers by                  85
                Category
 7     59       Report of Donald W. Moran             99
 8     60       Medical Professional                 145
                Revenue Integrity Review,
                Neurosurgery
 9     61       Medical Payments by                  163
                Specialty, Physician,
10              Patient Discharge Year
       62       Excerpt, Title 42 - The              198
11              Public Health and Welfare,
                page 2471 through 2527,
12              §13951
       63       Medical Oncology                     253
13              Employment Agreement, Dr.
                Boon Chew, contract date
14              9/30/2012
       64       Utilization Review                   280
15     65       November 16, 2004, email             281
                string, Subject:  UR plan
16     66       June 5, 2007, email to               282
                Mariam Astrella from Wanda
17              Gerson, Subject:  UR Plan
       67       MARSI report                         285
18

19

20

21       (Original Exhibits 55 through 67 attached to

22   the original transcript.)

23

24

25
```

Page 3

```
 1            INDEX OF EXAMINATION

 2   WITNESS:

 3   ARVIN LEWIS

 4   DIRECT EXAMINATION BY MR. SCHWARTZ: ................6

 5   CROSS-EXAMINATION BY MR. WOOD: ..................218
```

```
 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Page 5

```
 1        VIDEOTAPED DEPOSITION OF ARVIN LEWIS

 2             30(b)(6) Designee

 3              March 5, 2013

 4                 -  -  -

 5        VIDEO TECHNICIAN:  The time is approximately

 6   9:41 a.m.  This is the beginning of disk number one

 7   to the deposition of Arvin Lewis.  We are on video

 8   record.

 9        Will the court reporter swear in the witness

10   and counsel introduce themselves and the their

11   affiliations.

12        THE REPORTER:  Would you raise your right

13   hand, please.

14        Do you swear or affirm the testimony you are

15   about to give will be the truth, the whole truth,

16   and nothing but the truth?

17        THE WITNESS:  I do.

18        THE REPORTER:  Thank you.

19        MR. SCHWARTZ:  Adam Schwartz for the

20   United States.

21        MR. WOOD:  Lin Wood for the Relator,

22   Elin Kunz.

23        MR. WILBANK:  Marlan Wilbanks for the Relator.

24        MR. SIEGEL:  Steve Siegel for the defendant.

25        MR. STEPHENS:  Reed Stephens for Halifax
```



DISCOVERY LITIGATION SERVICES
Court Reporting • Videography • Trial Presentations
Nationwide Coverage

37 North Orange Avenue
Suite 500
Orlando, Florida 32801
321.710.2150
www.DiscoveryLit.com

UNITED STATES vs. HALIFAX HOSPITAL, et al.
ARVIN LEWIS on 03/05/2013

30(B)(6) VIDEOTAPED DEPOSITION OF
Pages 6..9

Page 6

1        Health Medical Center and Halifax Staffing.
2                    -  -  -
3    Thereupon,
4              ARVIN LEWIS - 30(b)(6) Designee
5    having been produced and first duly sworn as a witness,
6    testified as follows:
7              DIRECT EXAMINATION
8    BY MR. SCHWARTZ:
9        Q    Good morning, Mr. Lewis.  How are you?
10       A    I'm fine.  How are you?
11       Q    I'm good.  I know you've been deposed in this
12   matter before, but I just wanted to briefly go over the
13   general instructions for a deposition.
14            You understand that there is a court reporter
15   taking down everything that you say, so if you can
16   please answer audibly to all of my questions, I'd
17   appreciate it.
18       A    Okay.
19       Q    If there's anything you don't understand
20   during the deposition today, just ask me to clarify my
21   question and I'll try and rephrase the question in a way
22   that makes more sense to you.
23            Is that clear?
24       A    Yes, sir.
25       Q    And if you don't understand -- if you do

Page 7

1    understand my question and answer it, I'll assume that
2    you did understand the question.
3            Most importantly, for the court reporter, if
4    we can try not to talk over each other, that makes it
5    easier for her to take down everything that I say and
6    your responses to my questions as well as any objections
7    your attorney might interpose.  So if you wait for my
8    question to finish before you answer, I will try to wait
9    for your answer before I begin the next question.
10       A    Okay.
11       Q    And then the only other instruction is,
12   obviously at various times your counsel may make an
13   objection to my question.  Unless he specifically
14   instructs you not to answer the question, you should
15   still go ahead and answer the question.  Okay?
16       A    Okay.
17       Q    And then finally if you need to take a break
18   at any time during the deposition, just let me know.
19   The one rule I have is that while a question is pending,
20   we can't take a break, so if you can answer the
21   question, then we can go off the record and take a break
22   after that.
23       A    All right.
24       Q    Do you have any questions before we begin
25   today?

Page 8

1        A    No, sir.
2        Q    Do you know why you're here today, Mr. Lewis?
3        A    Yes.
4        Q    And why is that?
5        A    I don't recall the number of the witness, but
6    it's a -- what's the legal term for the --
7        Q    A 30(b)(6) deposition.
8        A    30(b)(6) deposition.
9        Q    Okay.  And you understand here today that
10   you're giving testimony on behalf of Halifax Hospital
11   Medical Center, correct?
12       A    Yes, sir.
13       Q    Okay.
14            (Exhibit 55 was marked for identification.)
15   BY MR. SCHWARTZ:
16       Q    Mr. Lewis, when did you first learn that you'd
17   be giving 30(b)(6) testimony on behalf of Halifax
18   Hospital Medical Center?
19       A    I don't recall.  It was a couple of months
20   ago.
21       Q    Okay.  And who did you discuss your testimony
22   today with and your designation as a 30(b)(6) deponent?
23       A    One of our legal counsel, Aman; our
24   hospital-based counsel, Dave Davidson; and Reed
25   Stephens.

Page 9

1        Q    Okay.  And do you know which topics you are
2    here to testify on behalf of Halifax Hospital Medical
3    Center?
4        A    Yes, I was shown a list of topics.
5        Q    Okay.  And if I can have you look at
6    Deposition Exhibit 55, starting on page three, there's a
7    schedule.
8            And is it your understanding that you're here
9    to discuss topic five in the 30(b)(6) notice?
10           THE WITNESS:  Reed, does this match up with
11       that worksheet?
12           MR. STEPHENS:  Yeah.  Yeah, I'm sure that
13       Mr. Schwartz is going to be accurate in identifying
14       the topics.
15           THE WITNESS:  Okay.  Well, if it's on the
16       worksheet, then, yes, sir, I've been informed that
17       I'm here to testify on those topics.
18   BY MR. SCHWARTZ:
19       Q    Okay.  What worksheet are you referring to?
20       A    The one in front of Mr. Stephens.
21       Q    Okay.
22           MR. SCHWARTZ:  Should we just go ahead and
23       introduce that as an exhibit and he can rely on
24       that?
25           MR. STEPHENS:  He doesn't actually know what



37 North Orange Avenue
Suite 500
Orlando, Florida 32801
321.710.2150
www.DiscoveryLit.com

UNITED STATES vs. HALIFAX HOSPITAL, et al.
ARVIN LEWIS on 03/05/2013

30(B)(6) VIDEOTAPED DEPOSITION OF
Pages 10..13

Page 10

1    version this is or whether he's ever seen it
2    before.
3         THE WITNESS:  Yeah, I don't know --
4         MR. STEPHENS:  So, no, we're not going to --
5         THE WITNESS:  I just know a document provided
6    by Mr. Stephens.
7    BY MR. SCHWARTZ:
8         Q   Well, you're referring to a worksheet,
9    correct?
10        A   But to his point, I don't know if it's that
11   worksheet or not.
12        Q   Okay.  Were you shown a worksheet during your
13   preparation of your testimony today?
14        A   Yes.
15        Q   Okay.  Will you please turn to page nine of
16   Exhibit 55.  Do you see that there's a document entitled
17   Schedule B?
18        A   Uh-huh.
19        Q   And do you see that that's calling for the
20   production of all documents referenced or referred to in
21   preparation for your testimony?
22        A   Yes.
23        Q   And do you see that number two under
24   Schedule B of Exhibit 55 is referring to all documents
25   relied upon in preparing to provide testimony?

Page 11

1         A   Yes.
2         Q   Did you refer to, reference or rely on this
3    worksheet that you identified earlier today in
4    preparation for your testimony today?
5         A   My understanding is that our attorney pulled
6    off -- the topics off Schedule A that I was to be
7    testifying to and they were on a spreadsheet.  Whether
8    it's that spreadsheet or another spreadsheet, I don't
9    know.  I have not saw -- seen this deposition -- my
10   attorney went over a list of items that I was supposed
11   to be prepared to talk about.
12        I assume we're talking about the same items,
13   and if you would like to go down Schedule A, I can
14   probably remember the ones that I'm supposed to talk
15   about, but I would depend on my attorney to tell me if
16   they were included in my deposition notice or not.
17        Q   What I'm trying to get at, Mr. Lewis, is, the
18   worksheet that you're referring to, did you rely on this
19   worksheet in preparation for your deposition today?
20        A   It was a list --
21        Q   It's a simple yes or no question.
22        A   No, no, it's really not a --
23        MR. STEPHENS:  Objection as to form.
24        THE WITNESS:  -- simple yes or no question.
25        MR. SCHWARTZ:  Actually, it is.

Page 12

1         MR. STEPHENS:  Objection as to --
2    BY MR. SCHWARTZ:
3         Q   Did you rely on the worksheet that you
4    referenced earlier today in preparation for your
5    testimony?
6         A   I can't say I relied on it.  There was a
7    worksheet on the table.  My attorney said, You're going
8    to be talking about these things.  I didn't have a copy
9    of the worksheet.  I didn't go line by line on the
10   worksheet.  I trusted my attorney to tell me what I was
11   going to be testifying on.
12        So no, I can't say I relied on it, because I
13   didn't take it and go, Oh, I'm going to testify on this,
14   and, Oh, I'm going to testify on that.  I depended on my
15   attorney to verbally tell me what I was testifying to.
16        Does that answer your question, sir?
17   BY MR. SCHWARTZ:
18        Q   Yes, it does.
19        A   Thank you.
20        MR. SCHWARTZ:  And, Mr. Stephens, the
21   worksheet that was referenced and relied upon
22   during Mr. Lewis's deposition preparation is
23   responsive to Schedule B of Exhibit 55 and should
24   be produced, A, prior to this meeting or, B,
25   immediately.  So please provide a copy of that

Page 13

1    document immediately.
2         And since it appears to be sitting right in
3    front of you, we can make a copy of it right now,
4    or would you prefer to have one of your colleagues
5    send you a clean copy?
6         MR. STEPHENS:  This actually isn't a copy of
7    what Mr. Lewis is talking about.  It's an earlier
8    version that he's never seen, so no, this is not
9    going to be produced.
10        But we will -- I'll have Mr. Sidhu look for a
11   copy of what was used during Mr. Lewis's
12   preparation, and we'll get that.
13        MR. SCHWARTZ:  Okay.  I appreciate that.
14        And in the future, since this is now the
15   second time that Halifax has failed to actually
16   provide documents responsive to Schedule B of
17   Exhibit 55, if you would please provide all
18   documents called for in our deposition requests and
19   deposition notices prior to the actual deposition,
20   it would be very helpful and it would help in
21   complying with the Federal Rules of Civil
22   Procedure, which Halifax apparently appears unable
23   to do on a regular basis.
24   BY MR. SCHWARTZ:
25        Q   Mr. Lewis, were you shown any other documents



Case 6:09-cv-01002-GAP-TBS   Document 284   Filed 05/29/13   Page 6 of 201 PageID 15758

UNITED STATES vs. HALIFAX HOSPITAL, et al.                30(B)(6) VIDEOTAPED DEPOSITION OF
ARVIN LEWIS on 03/05/2013                                                         Pages 14..17

Page 14

1  during -- or were you shown any documents during your
2  deposition preparation today?
3       A   Other than the document that we just
4  described, which was a subset of Schedule A, no, sir.
5       Q   Okay.  Did you rely on any documents in
6  preparing for your testimony here today?
7       A   I asked questions of staff about details of
8  the -- say, how a 1500 form or a UB claim form works,
9  but no, I didn't -- I don't have additional documents.
10      Q   Okay.  Who did you ask questions of in
11 preparation for your deposition today?
12      A   I spoke to my administrative assistant,
13 Alisa Dees.  I spoke to Joni Rahn, who is the director
14 for Patient Financial Services.  I spoke to Sarah
15 Smiley, who is the director of patient access.  I spoke
16 to Rhonda Kennedy, who is the billing manager for
17 hospital claims.  I spoke to Suzanne D'Amico, who is the
18 billing manager for physician claims.  And I spoke to
19 our internal counsel and our external counsel on this
20 subject.
21      Q   What did you speak to Ms. Dees about?
22      A   Her role is coordinating various real quick
23 get-togethers with me and the other people that I've
24 mentioned to make sure that I could answer -- if I was
25 going to be asked detailed questions about individual

Page 15

1  claim forms, I needed to, you know, brush up on, you
2  know, what line item was on a particular claim form.
3       Q   Okay.  I appreciate that.
4           What did you discuss with Ms. Rahn?
5       A   Joni is the director of Patient Financial
6  Services, so it was more of a conversation about the
7  mapping of fields within Meditech and within LSS and how
8  they populated our billing product, ePremis.
9       Q   Any other discussions with Ms. Rahn?
10      A   Not that I recall.
11      Q   Okay.  And how long did you speak with
12 Ms. Rahn in preparation for your testimony today?
13      A   Ten, 15 minutes.
14      Q   Okay.  What about -- Ms. Smiley, was it?
15      A   Yes.
16      Q   What did you discuss with Ms. Smiley?
17      A   The data that was captured by patient access
18 staff, who are the registration staff, within the
19 hospital system, which is Meditech, and within the
20 physician billing system, which is LSS.
21          Most of that conversation was related to --
22 there were some questions about attending physicians and
23 operating physicians, as to who captured that data and
24 how it was entered into Meditech.
25      Q   And Ms. Smiley was the one who answered those

Page 16

1  questions for you?
2       A   Yes.
3       Q   Did you discuss anything else with Ms. Smiley?
4       A   Not that I recall.
5       Q   Did you discuss the population of the
6  attending or -- and operating fields with anyone else
7  besides Ms. Smiley?
8       A   Yes.  Ms. Rhonda Kennedy about the form
9  locators on the UB and Ms. Suzanne D'Amico about the
10 form locators on the 1500, which is the physician claim
11 form.
12      Q   And did you discuss anything else with
13 Ms. Kennedy beyond the form locators on the UB form?
14      A   Not that I recall.
15      Q   Okay.  How long did you speak with
16 Ms. Kennedy?
17      A   Probably about five minutes.  Most of the
18 information flowed through my administrative assistant
19 who would grab me when I walked by and say form
20 locator X is attending physician and form locator
21 whatever is something else.
22      Q   Okay.  And then how long did you talk with
23 Ms. D'Amico?
24      A   Five or ten minutes.
25      Q   And anything that you recall about those

Page 17

1  discussions other than the form locator on the form
2  1500?
3       A   Not that I recall.
4       Q   Okay.  And other than the discussions we just
5  identified with Ms. Dees, Ms. Rahn, Ms. Smiley,
6  Ms. Kennedy, and Ms. D'Amico, did you have any
7  discussions with anyone other than legal counsel in
8  preparation for your testimony today?
9       A   Not that I recall.
10      Q   And what legal counsel did you have
11 discussions with regarding your testimony today?
12      A   Reed Stephens and Aman.
13      Q   And how long did you meet with Mr. Stephens
14 and Mr. Aman -- or Mr. Stephens and Mr. Sidhu?
15      A   I don't know.  An hour, two hours.
16      Q   Was it one meeting or multiple meetings?
17      A   I think it was one meeting and one phone call,
18 I believe.
19      Q   Okay.  And is the hour or two the total of the
20 meeting and the phone call, or were those two separate
21 events?
22      A   No, I think the total was close to two hours.
23      Q   Okay.  So totaling up the time spent with
24 internal counsel and all the individuals you identified,
25 approximately three hours in preparation for your



DISCOVERY
LITIGATION SERVICES
Court Reporting • Videography • Trial Presentations
Nationwide Coverage

37 North Orange Avenue
Suite 500
Orlando, Florida 32801
321.710.2150
www.DiscoveryLit.com

Case 6:09-cv-01002-GAP-TBS   Document 284   Filed 05/29/13   Page 7 of 201 PageID 15759

UNITED STATES vs. HALIFAX HOSPITAL, et al.                30(B)(6) VIDEOTAPED DEPOSITION OF
ARVIN LEWIS on 03/05/2013                                 Pages 18..21

Page 18

1  testimony today?
2      A    Three to four hours.
3      Q    Okay.  Did you do anything else besides the
4  conversations you identified in preparation for your
5  testimony today?
6      A    Not that I recall.
7      Q    Okay.  And I believe you said you didn't look
8  at any documents other than the one document we
9  referenced earlier?
10     A    Correct.
11     Q    All right.  Let's go back to Exhibit 55.
12          You identified topic five.  Is it your
13  understanding that you're here to testify on behalf of
14  Halifax Hospital Medical Center with respect to topic
15  five?
16          THE WITNESS:  Reed, is that one of the topics
17     I'm here to discuss?
18          MR. STEPHENS:  Yes.
19          THE WITNESS:  Okay.  Yes, sir, I am.
20  BY MR. SCHWARTZ:
21     Q    Let's shortcut it a little bit.  Are you also
22  prepared to testify on behalf of Halifax Hospital
23  Medical Center with respect to topics six through
24  twelve?
25          THE WITNESS:  Once again, Reed?

Page 19

1          MR. STEPHENS:  Yes.
2          THE WITNESS:  Okay.  Yes, sir.
3          MR. SCHWARTZ:  Mr. Stephens, do you want me to
4  identify it --
5          MR. STEPHENS:  Yes.
6          MR. SCHWARTZ:  -- or do you want to go ahead
7  and just --
8          MR. STEPHENS:  Go ahead.
9          MR. SCHWARTZ:  -- identify what he's here
10  to --
11          MR. WOOD:  I thought he said he could go
12  through the list and recall what he was supposed to
13  testify to himself, which would be preferable than
14  having Mr. Smith tell you.
15          MR. SCHWARTZ:  Or Mr. Stephens.
16          MR. WOOD:  Or Mr. Stephens.
17          THE WITNESS:  It may be preferable for you --
18          MR. WOOD:  I'm not here to argue with you,
19  sir.  Don't start on that today.  That won't do you
20  any good at all.
21          THE WITNESS:  I'm not here to argue with you
22  either, sir.
23          MR. STEPHENS:  Objection as to form.
24          MR. WOOD:  Tell your witness to conduct
25  himself appropriately.

Page 20

1          MR. STEPHENS:  That would work for you,
2      Mr. Wood.
3          MR. WOOD:  I'm comfortable with myself.  I
4      think you need to worry about your witness.
5  BY MR. SCHWARTZ:
6      Q    Mr. Lewis, can you look at Exhibit 55 and tell
7  me what topics you are here to testify on behalf of
8  Halifax Hospital Medical Center?
9      A    Once again, I would ask my counsel --
10          MR. STEPHENS:  Mr. Lewis, Mr. Schwartz is just
11     going to identify the topics.  And I'm confident
12     that the topics will be correct, and so you can
13     just confirm that those are the topics.
14          THE WITNESS:  Yes, sir.
15  BY MR. SCHWARTZ:
16     Q    Okay.  Without me identifying the topics
17  individually, can you identify the topics in Exhibit 55
18  for which you are Halifax Hospital's corporate designee?
19     A    We've discussed item six.  We've dis-- I
20  recognize item seven.  Item eight, I believe.  Item
21  nine, I believe.  Item ten.  I'm not sure about item
22  eleven.  Mr. Reed would have to say if it was on the
23  list or not.
24          MR. STEPHENS:  Yes, as to eleven and twelve.
25          THE WITNESS:  Okay.  Item twelve, then.

Page 21

1      Item 13 was discussed.
2          MR. STEPHENS:  I don't think that's your
3      topic.
4          THE WITNESS:  I don't recognize the rest of
5      page four.
6          MR. STEPHENS:  13, I don't think is your
7      topic.
8          THE WITNESS:  13?  Yeah, I said 13.
9          MR. STEPHENS:  No, I said that's not your
10     topic.
11          THE WITNESS:  That's not my topic?
12          MR. STEPHENS:  No.
13          THE WITNESS:  Okay.
14          MR. SCHWARTZ:  Why don't I just go ahead and
15     identify them and I'll short-circuit any confusion
16     over what you are here to testify on.
17  BY MR. SCHWARTZ:
18     Q    Are you here to testify on behalf of Halifax
19  Hospital Medical Center with respect to topic 26?
20     A    Yes, sir.
21     Q    Are you here to testify on behalf of Halifax
22  Hospital Medical Center with respect to topic 27?
23     A    Yes, sir.
24     Q    Are you here to testify on behalf of Halifax
25  Hospital Medical Center with respect to topic 29?



UNITED STATES vs. HALIFAX HOSPITAL, et al.
ARVIN LEWIS on 03/05/2013

30(B)(6) VIDEOTAPED DEPOSITION OF
Pages 22..25

Page 22

1    A    Yes, but there were no overbillings.
2    Q    Are you here to testify on behalf of Halifax
3  Hospital Medical Center with respect to topic 36?
4    A    Yes.
5    Q    Are you here to testify on behalf of Halifax
6  Hospital Medical Center with respect to topic 37?
7    A    There were no retention of known overpayments,
8  but yes, number 37.
9    Q    Are you here to testify on behalf of Halifax
10 Hospital Medical Center with respect to topics 42 and
11 43?
12   A    44, yes.  43, yes.
13   Q    Good.  Thank you.
14        Now, if we can look back at topic five of
15 Schedule A on page three, the topic is, The processes by
16 which Halifax Hospital Medical Center submits claims for
17 payment to Medicare from 2000 to the present.  So I'll
18 ask a very general question first, Mr. Lewis, and I'm
19 sure we'll get into more detail.
20        How does Halifax submit claims for payment to
21 Medicare?
22        MR. STEPHENS:  Objection as to form.
23        THE WITNESS:  An overall summary -- sir?
24        MR. STEPHENS:  Objection as to form.
25        THE WITNESS:  Okay.  Patient access staff

Page 23

1        capture demographic data in the Meditech system for
2        hospital claims and in the LSS system for physician
3        claims.  Other staff members either automatically
4        charges -- enter accounts based on what's ordered,
5        or charges are entered on the accounts.  Coding
6        staff reviews the account, applies the appropriate
7        codes, and then that claims data moves over to a
8        system called ePremis, which is a Relay Health
9        product, where additional edits are done.
10        And the claims are then transmitted through
11       ePremis to a claims clearinghouse, which then sends
12       claims to various payers, Medicare, Medicaid, you
13       know, commercial payers.
14 BY MR. SCHWARTZ:
15   Q    Just for the court reporter, this program,
16 ePremis, do you know how that's spelled?
17   A    E-p-r-e-m-i-s.
18   Q    Okay.  Thank you.
19        Now, the first step in the process you
20 described, there was data entered by patient access
21 staff.  Did I get that correctly?
22   A    Yes, sir.
23   Q    What type of information are patient access
24 staff members entering?
25   A    They enter demographic data, name, address.

Page 24

1  They enter the physician that is requesting the test or
2  ordering the test; if it's an admission or an ED patient
3  they admit, who's taking care of the patient, meaning
4  the admitting or the attending physician.  They also
5  gather various data that's required by Medicare and
6  Medicaid and then other codes required by the payers.
7        They also obviously capture your guarantor
8  information as to who's paying the account and then also
9  all the payer information and the insurance card
10 numbers, Medicare numbers, and all the other various
11 data needed to process a claim.
12   Q    Okay.  Now, one of the things that you
13 mentioned that the patient access staff members are
14 gathering is the name of the physician requesting a
15 test.
16        How is that information gathered right when a
17 patient is showing up?
18   A    Okay.  We have to talk about it based on what
19 patient type, whether it's an ER patient or an inpatient
20 or, you know, a same-day surgery patient or an
21 observation patient or an outpatient.  So I'll try to
22 keep it simple.
23        I'll start with an emergency room patient.  An
24 emergency room patient presents for care.  They are
25 screened for a medical screening.  And if they are --

Page 25

1  make a decision to be treated or request to be treated,
2  then we have multiple pods within our ED that are
3  twelve-bed pods, and there's a physician assigned to
4  each pod.
5    Q    Okay.  Now, I apologize for interrupting, but
6  before we get too far, who is doing this initial
7  screening that you just described?
8    A    A physician assistant.
9    Q    Okay.  So a physician assistant --
10   A    Is verifying that you don't -- whether or not
11 you have an emergency medical condition.
12   Q    Okay.  So the physician assistant is someone
13 employed by Halifax?
14   A    Yes, sir.
15   Q    Okay.  So they are working for Halifax in the
16 emergency department?
17   A    Yes, sir.
18   Q    And they perform an initial screen or triage
19 to determine whether this patient actually needs to be
20 treated?
21   A    And we have a two-step process of a triage
22 performed by nursing staff and a screening performed by
23 either the PA or the physician.
24   Q    Okay.  So when a patient comes into the
25 emergency room, they just don't go to the back and start



DISCOVERY LITIGATION SERVICES
Court Reporting • Videography • Trial Presentations
Nationwide Coverage

37 North Orange Avenue
Suite 500
Orlando, Florida 32801
321.710.2150
www.DiscoveryLit.com

UNITED STATES vs. HALIFAX HOSPITAL, et al.
ARVIN LEWIS on 03/05/2013

30(B)(6) VIDEOTAPED DEPOSITION OF
Pages 26..29

Page 26

1   taking their own x-rays; someone from Halifax actually
2   does an exam and determines whether or not they should
3   be treated there, correct?
4        A   A qualified physician assistant or physician
5   assesses the patient and decides what treatment options
6   are the best for the patient, discusses those options
7   with the patient, and then, you know, moves forward
8   with -- if it's lab or if it's x-ray or whatever the
9   tests may be.
10       Q   Okay.  And, I'm sorry, I'm just going to try
11  to ask this question again, because I didn't quite get a
12  yes or no answer.
13           In my example, there's not an x-ray machine
14  sitting in the front of the emergency department where a
15  patient just walks in and does their own x-rays,
16  correct?
17           MR. STEPHENS:  Objection as to form.
18           THE WITNESS:  Adjacent to the ED, but no, we
19       don't have one set up front with a debit card yet.
20       It's a good idea, though, so maybe we can
21       incorporate that in the future.
22  BY MR. SCHWARTZ:
23       Q   Okay.  So someone from Halifax, either a nurse
24  assistant, PA or later a physician, is determining that
25  treatment is appropriate and tests are appropriate for

Page 27

1   these patients?
2            MR. STEPHENS:  Objection as to form.
3            THE WITNESS:  A provider that has been -- is
4        part of our medical staff or our PA or nurse
5        practitioner staff is identifying a patient's needs
6        and suggesting treatment options, yes.
7   BY MR. SCHWARTZ:
8        Q   Okay.  Great.  I appreciate that, and I
9   apologize.
10           So now someone has been evaluated by the
11  triage staff, the nurse or the PA, and it's been
12  determined that treatment is appropriate.  So is it at
13  that point that the patient access staff is starting to
14  get the biographical information about the patient?
15       A   Yeah, we get -- I think it's four or five
16  points of data to essentially see if they've had a --
17  see if they have an electronic record with us.  That's
18  done up in the front area where the triage process is
19  done.  We call that a -- it's not called a registration.
20  I think it's called recept- -- Meditech calls it a
21  reception function.
22       Q   Okay.
23       A   And then once you're in the ED itself and
24  you're going to be treated, then we use -- the patient
25  access staff use computers on wheels and they do bedside

Page 28

1   registration.  And at that point in time they gather the
2   rest of your demographic information, your payer
3   information, and they enter which physician or PA is
4   providing the care for you that day.
5        Q   Okay.  And all that information is input into
6   the Meditech system?
7        A   It is input into the Meditech system, yes,
8   sir.
9        Q   Okay.  Then what's the next step in an
10  emergency department -- or an admission flowing through
11  the emergency department?
12       A   Well, if it's a straight ED patient, emergency
13  room patient that doesn't require other services other
14  than lab, x-ray, then, of course, they are treated,
15  given a discharge instruction, and then they go home
16  from the emergency room.
17       Q   Okay.  Now, with respect to, like, labs and
18  x-rays, how does all of that information get put onto --
19  or I guess it's all being input into the Meditech
20  system?
21           MR. STEPHENS:  Objection as to form.
22           THE WITNESS:  The -- in the ED, we are, say,
23       90, 95 percent electronic, meaning that the
24       physicians would enter orders on the patient's
25       account for lab or x-ray or whatever the service

Page 29

1   was.  That work is then done, and as those results
2   come back, it then hits the patient's account,
3   meaning if they ordered a CBC, for example, once
4   the result was released, it would charge, you
5   know -- debit the patient's account with a CBC.
6   The same thing applies to, you know, imaging,
7   pharmacy, any other services that we provide in the
8   ED.
9   BY MR. SCHWARTZ:
10       Q   Okay.  Now, how does information about who
11  ordered the tests and who performed the tests get into
12  the Meditech system?  Is that just by the physician
13  themselves inputting it in?
14           MR. STEPHENS:  Objection as to form.
15           THE WITNESS:  From the -- and we have to --
16       like I say, we need to talk about each patient
17       type, so --
18  BY MR. SCHWARTZ:
19       Q   Okay.  Let's stick with emergency department.
20  And I know eventually it's going to blend together, so
21  let's just try straight emergency department.
22       A   From the emergency department standpoint, the
23  staff knows which physician is treating the patient in a
24  particular pod that day.  And so that physician is
25  entered as the -- I believe it's referred to as the



UNITED STATES vs. HALIFAX HOSPITAL, et al.
ARVIN LEWIS on 03/05/2013

30(B)(6) VIDEOTAPED DEPOSITION OF
Pages 30..33

Page 30

1 attending physician.  I know within Meditech the -- I
2 believe the screen itself says emergency room physician,
3 and that's the person that's actually providing the
4 care.
5     Q    Okay.
6     A    And that also is the person that's doing the
7 orders and looking at the results.  That data is within
8 Meditech, so then on the hospital claim, that data, you
9 know -- after the patient's visit within five days, the
10 account is coded within the health information services
11 department, coding the facility side of the charge,
12 looking to see if there were any procedures done in the
13 emergency room.  And then the hospital side of the claim
14 passes to ePremis and would go out on a UB form.
15          The physician side of the claim, the
16 demographic data flows from Meditech into LSS, and then
17 the staff actually, based on the physician's
18 documentation and his -- you know, his notes and
19 procedures that he's done, they also while they're --
20 one group of staff code the hospital what we call a
21 facility charge, which is the hospital charge for the
22 emergency room visit, and then staff members in that
23 same department actually review the physician's
24 documentation to say, okay, the physician provided this
25 level of code, you know, based on the coding guidelines,

Page 31

1 and they did these particular procedures.
2          And then that data is entered into LSS, and it
3 flows through ePremis also, but it -- when the data
4 flows into ePremis, the UB goes out on the UB form, the
5 1500 data goes out on the 1500 for the physician
6 services.
7     Q    Okay.  Now, with the respect to the hospital
8 side facility fee bill that flows through Meditech, you
9 said that there was a physician in charge of a
10 particular pod in the emergency room, correct?
11    A    Yes, sir.
12    Q    And that the nursing staff would know who --
13 what physician that was, and that would be the person, I
14 believe you said, who would be the attending physician
15 or the ER physician in the Meditech?
16    A    In the --
17         MR. STEPHENS:  Objection as to form.
18         THE WITNESS:  In the Meditech world, the field
19    itself is the ER physician, but that physician is
20    the attending physician as it relates to the UB
21    form.
22 BY MR. SCHWARTZ:
23    Q    Okay.
24    A    So that data flows into that field.
25         And I don't recall the form locators on the

Page 32

1 1500 form, but there are providing -- like a
2 providing -- overall providing provider, and there is
3 also like an ordering physician, attending physician, so
4 to speak, so that data flows into the 1500 form also.
5     Q    With respect to the physician who's in charge
6 of a particular pod in the emergency room, you said that
7 that physician would become the referring physician on a
8 UB form?
9         MR. STEPHENS:  Objection as to form.
10         THE WITNESS:  Would be the attending
11    physician, which in --
12 BY MR. SCHWARTZ:
13    Q    The attending.
14    A    Yeah.
15    Q    I'm sorry.  Thank you.
16         Would that physician be labeled as any other
17 thing on a UB form or would they only be called the
18 attending physician?
19    A    On a UB form, if the ER physician did a
20 procedure of some sort, then they also would show up --
21 there's a spot for -- I think it's referred to as
22 operating, but it's essentially designed for anybody
23 that's doing a procedure to the patient, then their name
24 would show up there too.
25    Q    Okay.  Can you think of any other place where

Page 33

1 that physician would be input on a UB form other than
2 the attending field and operating field?
3    A    Not that I'm aware of on the UB.
4    Q    Okay.  So once all of that information is
5 gathered, you said it's then sent to the coders who
6 perform work on it, depending on whether it's going to
7 the hospital-side billing or the physician-side billing,
8 correct?
9    A    Yes, sir.
10    Q    Okay.  And then from there, it goes to
11 ePremis; is that correct?
12    A    Data flows from Meditech and from LSS into
13 ePremis.
14    Q    And what exactly is ePremis?
15    A    EPremis is a billing software product.  It is
16 a company that -- I believe the overall name of the
17 company is Relay Health.  It is owned by McKesson, I
18 believe, at this point in time.  It's been bought and
19 sold several times.
20         But that's the product that we move all our
21 data that's required for billing for the -- hospital
22 claims and the physician claims flow over from Meditech
23 and LSS into ePremis.  There are claim edits on Meditech
24 that the claim has to pass, and then there are
25 additional claim edits on ePremis that the claim has to



UNITED STATES vs. HALIFAX HOSPITAL, et al.
ARVIN LEWIS on 03/05/2013

30(B)(6) VIDEOTAPED DEPOSITION OF
Pages 34..37

Page 34

1 pass.
2         And then at that point in time, the claim is
3 transmitted to a clearinghouse, either in a electronic
4 format for a 1500 or an electronic format for a UB form.
5         Q   Okay.  Can you describe what edits are being
6 done in the ePremis software?
7         A   Not in great detail.  Part of it is what
8 Medicare refers to as CCI edits, but there's also other
9 edits that either we use from -- that ePremis provides
10 or edits that we have built.
11         A simple example would be that if a procedure
12 that is typically done for a male somehow was listed on
13 an account for a female by mistake, it would grab that
14 claim and say, no, it's a mismatch.  But there are other
15 edits related to those type of things.
16         Q   Okay.  Does Halifax have a list of the edits
17 that are performed by ePremis on claims that flow
18 through the system?
19         A   I believe there is a -- a log that's
20 maintained of what we call, you know, edits or bridge
21 edits.  But I don't work with that list obviously on a
22 daily basis.
23         Q   And is the ePremis software something that is
24 used in-house at Halifax or is it housed somewhere else,
25 where the data is submitted to someone to perform the

Page 35

1 work for you?
2         A   I need to break that answer down so that I can
3 clearly, you know, state what happens.
4         Q   I appreciate that.
5         A   The data itself, the software itself, is used
6 on multiple computers that the billing staff for both
7 hospital and physician use to do those final edits and
8 to ensure that the claim meets all the requirements that
9 it should meet.
10         And then when that claim is finalized, so to
11 speak, meaning that it's passed all the edits, it has
12 all the data fields that are required for submission,
13 then that claim actually -- I believe what it does is
14 goes into sort of a queue, and then at some point during
15 the day, you know, we actually transmit the 1500s and
16 transmit the UBs to the clearinghouse.
17         I don't, at this point, remember if
18 Relay Health owns the clearinghouse or if that's a
19 service that they're buying from a third party, but then
20 that clearinghouse bundles up claims from multiple
21 providers.  And then, you know, at the end of the day,
22 or during certain times of the day, they would transmit
23 claims to First Coast, which is the intermediary for
24 BlueCross -- for Medicare.  And then they also would
25 send, you know, BlueCross and all the other payers,

Page 36

1 Medicaid, to the intermediary for Medicaid.
2         Q   What information is sent to Relay Health with
3 respect to the claims for which Halifax is seeking
4 payment?
5         A   I don't remember the name of the actual
6 electronic format.  It's an electronic format for a UB,
7 which is a 1450 form, or a electronic format of a 1500,
8 which is the physician claim form.
9         Q   I guess my question is, is Halifax only
10 sending the information that's required on a UB form or
11 is there additional information that was captured by
12 Halifax throughout the hospital visit that is being sent
13 through the clearinghouse?
14         MR. STEPHENS:  Objection as to form.
15         THE WITNESS:  My understanding is that we're
16     only transmitting the data that's required on that
17     individual claim.
18 BY MR. SCHWARTZ:
19         Q   Okay.  And I believe you said the
20 clearinghouse was owned by Relay Health, you think?
21         A   I don't now if it's owned by Relay Health or
22 if Relay Health has a contractual relationship with the
23 clearinghouse.
24         Q   Do you know the name of the clearinghouse?
25         A   I do not.

Page 37

1         Q   Does Halifax have a contract with the
2 clearinghouse or is the relationship through
3 Relay Health and the ePremis --
4         MR. STEPHENS:  Objection as --
5 BY MR. SCHWARTZ:
6         Q   -- relationship?
7         MR. STEPHENS:  Objection as to form.
8         THE WITNESS:  I don't recall.  We've had the
9     product -- I've been at Halifax since 2002.  The
10     product was in place before I arrived, so I don't
11     know if we have a third-party relationship with the
12     clearinghouse or if we have just a relationship
13     with ePremis who has a relationship with the
14     clearinghouse.
15 BY MR. SCHWARTZ:
16         Q   Okay.  Do you know how long this system has
17 been in place?
18         Let me do it a different way.  Has this system
19 been in place since January 1st of 2000?
20         A   I know it was in place in 2002, because I
21 arrived at Halifax then.  I believe it was in place a
22 couple years prior to that, but off the top of my head,
23 I don't remember if it was in place in January -- you
24 said January 2000?
25         Q   2000.



37 North Orange Avenue
Suite 500
Orlando, Florida 32801
321.710.2150
www.DiscoveryLit.com

UNITED STATES vs. HALIFAX HOSPITAL, et al.
ARVIN LEWIS on 03/05/2013

30(B)(6) VIDEOTAPED DEPOSITION OF
Pages 38..41

Page 38

1    A    Yeah.  I wouldn't be able to say whether it
2  was in place on that exact date or not.
3    Q    Okay.  Well, if you look back at topic five of
4  Schedule A, it's asking for the processes by which
5  Halifax Hospital Medical Center submits claims for
6  payments to Medicare from 2000 to the present.
7       So would I talk to to figure out when the
8  system that you've just described went online and if
9  there was a system between January 1st, 2000, and the
10  date that you're describing at least sometime in 2002?
11    A    I am pretty confident that the NDC product,
12  which is now ePremis, was in place in January of 2000.
13    Q    Okay.
14    A    I could verify that, but I believe it was in
15  place in January of 2000.
16    Q    Okay.  Is there anyone else at Halifax who
17  would be able to verify that information?
18    A    I believe Ms. Rahn is giving a deposition
19  later.
20    Q    And she's been at Halifax since 2000?
21    A    She has not, but she's in charge of those
22  functions, so she would have probably a clearer answer
23  as to whether it was in place on January of 2000, but I
24  believe that it was.
25    Q    Okay.  Thank you.

Page 39

1       After the information hits the clearinghouse,
2  what happens to it?
3    A    The payer or the intermediary, if it's a
4  governmental payer, processes a claim and, hopefully,
5  you know, reimburses Halifax Health for the work that's
6  been provided.
7    Q    And does the claim payment go through the
8  clearinghouse or does it go directly to Halifax?
9    A    The -- it's -- the process is similar, but,
10  you know, slightly different based on the payers.
11    Q    Okay.  Let's just talk about Medicare.
12    A    Medicare sends a -- an electronic remittance,
13  which is a listing of the claims that they've paid to
14  us.  Let me back up a step.
15       If Medicare or Medicaid or another payer
16  doesn't like the data that it got through the
17  clearinghouse, it will at times kick a claim back and
18  say, I'm -- you know, I'm not accepting that claim for
19  some reason.  So then that claim would have to be
20  reworked and then be retransmitted to the payer.
21       So if they don't kick the claim back in the
22  original, sort of, feeding to them, then they would
23  process the claim.  Some claims they kick out and say,
24  you know, either they've already paid that or, you know,
25  this is -- this is a mismatch or, you know, we want you

Page 40

1  to send records to document what was provided.  So
2  there's a lot of -- a lot of contact back to the
3  provider saying, Either send us more information or
4  provide us more detail, or, you know, review this to
5  make sure that it's correct.
6       Medicare at this point is also doing
7  prepayment reviews on multiple services, and on those,
8  they kick the claim out, set it to the side and ask you
9  to provide the full record before they pay the claim.
10       So let's say you've jumped all those hurdles
11  and they've decided now to pay the claim, then that's
12  when they transmit that data on an electronic remittance
13  and say, Okay, we've paid these claims and we didn't pay
14  these claims.  And then an electronic fund transfer hits
15  our bank account that matches with the remit to say, you
16  know, We paid $50, so the remit says that they paid $50.
17    Q    Okay.  So everything we just went through was
18  for a patient who gets to Halifax and is treated through
19  the emergency department and is only treated in the
20  emergency department.
21       MR. STEPHENS:  Objection as to form.
22       MR. SCHWARTZ:  I wasn't finished with my
23  question yet.
24       MR. STEPHENS:  I'm sorry.
25  BY MR. SCHWARTZ:

Page 41

1    Q    You identified, I believe, three other areas
2  of the hospital where patients can come through and the
3  claims processing process would be different:  The
4  inpatient setting, observation setting, and outpatient
5  setting.
6       So let's take the inpatient setting.
7    A    Okay.
8    Q    Can you describe for me how the process is
9  different than what you described with respect to the
10  emergency department only?
11    A    Yes, sir.  And -- and what I'll do, if you
12  don't mind, is I'll only talk about where it's
13  different --
14    Q    Okay.
15    A    -- so I'm not repeating the entire process,
16  but I'll be glad to go through it all step by step.  But
17  if you'd like, I can talk about where the differences
18  are between the process we just described and the
19  process for --
20    Q    I think that makes sense, and then if I have
21  questions, I'll stop you.
22    A    Okay.  We'll have two different tracks:  One
23  track would be for patients that are admitted into the
24  emergency room; one track would be for patients that
25  come in directly from a physician's office.  So I guess



Case 6:09-cv-01002-GAP-TBS  Document 284  Filed 05/29/13  Page 13 of 201 PageID 15765

UNITED STATES vs. HALIFAX HOSPITAL, et al.                30(B)(6) VIDEOTAPED DEPOSITION OF
ARVIN LEWIS on 03/05/2013                                                    Pages 42..45

Page 42

1  we'll start with the emergency room, since that's the
2  one that we've been talking about.
3          If the physician makes the decision, the ED
4  physician, that the patient needs additional care,
5  either specialty care or needs to be placed in
6  observation or held in one of our -- we also have what's
7  referred to as outpatient units, like a chest pain
8  center, where the patient is not really in the ED
9  anymore, but they're in an outpatient setting while we
10  determine if we can send them home or if they need to be
11  placed in observation or to be admitted.
12         So the ED physician makes that determination.
13  And then they have contact with the physician at -- that
14  the patient needs to have contact with, whether that's a
15  cardiologist or another specialist or whether -- you
16  know, if it's a general medical condition, they contact
17  the patient's primary care or the -- or the HMO's
18  physician that's responsible for that patient, and they
19  have a discussion about, here's the patient's
20  presentation, here's what the lab results are, here's
21  what the imaging results are, I think the patient should
22  be watched or monitored or I think the patient should be
23  admitted.
24         But then that particular physician, the
25  admitting physician, so to speak, looks at that data,

Page 43

1  has contact with the physician, and they can do a couple
2  of things.  They can say, Keep them in the ED, I'll be
3  around in an hour to check.  They can say -- you know,
4  based on the patient's condition and based on, you know,
5  their knowledge of the patient, they could say, Okay,
6  give him some Lasix and keep him in the holding unit, so
7  to speak, just keep him as an outpatient, give him
8  some -- you know, give him whatever and then see how he
9  does and call me back.  They could say, I want to admit
10  the patient, or they can say, I want to place the
11  patient in observation.  Based on what they say, then
12  that's the process that we follow in getting the patient
13  into the system.
14         Now, do you want me to talk about the UM
15  processes that go along with that now or do you want to
16  defer those until later in the day?
17    Q    You said UM process?
18    A    Utilization management, utilization review.
19    Q    Yeah, let's talk about that later.  Let's just
20  talk about the billing processes.  And I appreciate you
21  describing all the different options that the ER
22  physician has.  I think those will flow later.
23         So let's take one of the examples, the ER
24  physician consults with either a specialist or the
25  primary care physician or somebody and a determination

Page 44

1  is made that they're going to be treated as an
2  inpatient, the patient should be admitted.
3          So how is that decision-making process
4  reflected in Halifax's medical records and then on the
5  information that's gathered for billing purposes?
6    A    Okay.  The emergency room physician obviously
7  documents who they've had the conversation with and what
8  the outcome of that conversation was.  There's a lot of
9  utilization work that goes on simultaneously with this,
10  but we'll defer that and we'll just talk about once the
11  decision is made to admit and we'll skip what goes on
12  with utilization for now.
13         When the admitting physician, which would be
14  either the primary care, the specialty care provider, or
15  in the case of many patients, the hospitalist service
16  that's treating the patient, whether that be a
17  Halifax Health-employed hospitalist or whether that's
18  the HMO-employed hospitalist or if it's just a group of
19  physicians that a particular primary care group is
20  contracted with to take care of their inpatients.
21         We receive an order, either written or a
22  verbal order, from that physician to say either place
23  the patient in observation or admit the patient.  And
24  when that happens, the account on Meditech will still
25  show that Dr., say, Smith, treated the patient in the

Page 45

1  ED.  But whoever then does the order to place the
2  patient in observation or to make the patient admitted,
3  to admit the patient, that physician becomes the -- in
4  Meditech it's called the admitting, slash, attending
5  physician and that's the physician that's responsible
6  for the patient's care while they're either in
7  observation or while they're admitted.  And then that
8  data flows to ePremis and goes out on the claim form.
9    Q    Okay.  So whoever is making the decision to
10  admit the patient is the pat- -- is the physician who is
11  identified in the Meditech system as either the
12  admitting or attending physician.  And then that data is
13  captured and sent through the ePremis system and
14  ultimately ends up on the UB form identifying the person
15  as the admitting physician --
16    A    Yes, sir.
17         MR. STEPHENS:  Objection as to form.
18  BY MR. SCHWARTZ:
19    Q    -- or the attending, as it's set forth on the
20  UB form?
21         Okay.  Now, let's talk about once that patient
22  is admitted, they now have an attending physician, what
23  happens as that person goes through the hospital and
24  tests are ordered and a procedure's potentially done?
25  How is all that information gathered by Halifax and then



UNITED STATES vs. HALIFAX HOSPITAL, et al.
ARVIN LEWIS on 03/05/2013

30(B)(6) VIDEOTAPED DEPOSITION OF
Pages 46..49

Page 46

1  run through presumably for hospital services, Meditech,
2  ePremis and then to the clearinghouse?
3      A    Okay.
4      MR. STEPHENS:  Objection as to form.
5      THE WITNESS:  The attending physician, which
6  is the physician that admitted the patient, is the
7  one that's taking care of the patient.  They, for
8  the most part, do written orders, sometimes verbal
9  orders, for the services that they, you know, want
10  for the patient.  And those orders, you know, go in
11  Meditech under that physician.
12      The data that flows into ePremis -- I don't
13  recall the exact language, but on the UB there's
14  attending and -- attending or admitting, I don't
15  remember the name of the locator, but it's the
16  physician that's overall responsible for the care
17  of the patient.
18      If the patient needed to have a procedure
19  done, a cardiac cath or some sort of, you know,
20  outpatient or some kind of, you know, surgical
21  intervention, we would capture at that time which
22  attending -- which -- I think it's called
23  operating, but essentially it applies to somebody
24  that does a procedure.  It may not be an operation
25  itself, it may be a procedure.  Those physicians

Page 47

1  are captured.
2      I believe those -- well, those physicians are
3  sometimes identified in Meditech if, for example,
4  the primary care physician or the admitting
5  physician said, Transfer this patient's care to
6  Dr. So-and-so, who is a surgeon or the
7  cardiologist.
8      But many times they don't transfer the care,
9  they still maintain the care of this patient, but
10  they ask the -- you know, for a consult and then
11  the specialist physician will decide that they need
12  to do a procedure.  So on the UB form, the -- if
13  they haven't transferred the patient's care, the UB
14  form would still identify the admitting physician
15  as the admitting or attending physician.  And then
16  there's a place for that operating procedure
17  physician, and that's where that specialist's name
18  would be entered if they had done a procedure;
19  something that they actually, you know, laid hands
20  on the patient and it was, you know, a billable
21  service, then we're required to capture that
22  physician's name too.
23  BY MR. SCHWARTZ:
24      Q    Okay.  Let's -- let me go ahead and introduce
25  a couple of different forms here, and hopefully this

Page 48

1  will make it easier for you so you don't have to recall
2  this by memory.
3      (Exhibits 56 and 57 were marked for
4  identification.)
5  BY MR. SCHWARTZ:
6      Q    Mr. Lewis, let's look at Exhibit 56 first.
7      Do you recognize Exhibit 56?
8      A    Yes, sir.
9      Q    What is Exhibit 56?
10      A    It is what we would refer to as a UB-04 or a
11  CMS form 1450.  It's a hospital claim form.
12      Q    Okay.  And then will you also take a look at
13  Exhibit 57.
14      A    Yes, sir.
15      Q    And do you recognize Exhibit 57?
16      A    Yes, sir.  This is the form that was before
17  the UB-04 form.  It's referred to as a UB-92.
18      Q    And this was also the form where the hospital
19  would submit for the hospital-based services performed
20  on Medicare patients?
21      MR. STEPHENS:  Objection as to form.
22      THE WITNESS:  For all patients, yes, sir.
23  BY MR. SCHWARTZ:
24      Q    Not just Medicare; you'd use it for all?
25      A    Not just Medicare.

Page 49

1      Q    Okay.  And Halifax at one time used Exhibit 57
2  and then switched to the -- Exhibit 56 in later years,
3  once Medicare changed the form?
4      A    Yes.  When -- I believe it's called a National
5  Uniform Billing Committee, when they made the changes,
6  yes, sir, we switch-- -- shifted to the new form.
7      Q    Okay.  So just to look at -- let's look at
8  Exhibit 56.
9      A    Yes, sir.
10      Q    And you were describing where various
11  physicians at Halifax would be listed.  And I believe
12  you said that the physician who had primary
13  responsibility for care would be listed as the attending
14  physician, which would be box 76 at the bottom?
15      MR. STEPHENS:  Objection as to form.
16      THE WITNESS:  Yes, the physician that's
17  overall responsible for the patient's care, the one
18  that is attending the patient, so to speak, or the
19  one that admitted the patient, they are listed in
20  76.
21      But for a freestanding ER claim, that would be
22  the ER physician.  But when that patient would be
23  admitted and it was a claim for hospital services,
24  it would be the physician that actually wrote the
25  order that said admit the patient.



UNITED STATES vs. HALIFAX HOSPITAL, et al.
ARVIN LEWIS on 03/05/2013

30(B)(6) VIDEOTAPED DEPOSITION OF
Pages 50..53

Page 50

1   BY MR. SCHWARTZ:
2       Q   Okay.  And just to take a step back, when it
3   is a solely ER visit and the only person who treated the
4   patient was an ER physician, then the ER physician would
5   be listed as the attending physician?
6               MR. STEPHENS:  Objection as to form.
7               THE WITNESS:  Yes, sir.
8   BY MR. SCHWARTZ:
9       Q   And then tell me -- you were describing the
10  operating physician and when information regarding an
11  operating physician would be input onto Exhibit 56.
12  Describe that process for me.
13              MR. STEPHENS:  Objection as to form.
14              THE WITNESS:  Thank you for providing the
15          form.  It's a lot easier to speak to with it here.
16  BY MR. SCHWARTZ:
17      Q   I apologize for not thinking about it first,
18  but we'll use that and just, if you could, for the
19  record, just -- if you are switching between forms, just
20  try and identify which form you're looking at.
21      A   Yes, sir.
22          We're still on Exhibit 56, item 77.  I think
23  that's referred to as a form locator, FML77.  That is
24  where the -- it's a little misleading because it says
25  operating.  It actually refers to any procedures being

Page 51

1   done to the patient.  So it could be a cardiac cath, it
2   could be a surgery, it could be a simple debridement or
3   stitches, but it did refer to that physician.
4           If there is no operating physician, it's my
5   understanding that we don't report a name there.  But if
6   the patient was being treated by two physicians and one
7   was providing procedures, then it's my understanding
8   that the operating physician is captured.
9           It is -- we actually don't have patient access
10  enter that data, because at the time the patient is
11  registered, we obviously don't know who's going to be
12  providing those procedures.  So when the account is
13  coded within health information services, they actually
14  match up the operative report, which is required, that
15  the physician does, and they match that up and say,
16  Okay, Dr. Smith performed this procedure.  And then when
17  they're coding that procedure, they enter Dr. Smith's
18  name as being the operating physician.
19      Q   And all that is done before it's sent to
20  ePremis or entered into ePremis?
21      A   Yes, that data is entered into Meditech and
22  then it flows into ePremis.
23      Q   Okay.  And then what happens next?
24      A   Well, at that point in time, for that admitted
25  patient, that data then is transmitted to the

Page 52

1   clearinghouse and we go through that same process of
2   either the claim is paid or denied or they ask for
3   additional information.
4       Q   When you describe the process of matching up
5   procedures or surgeries that were done on a patient to
6   the claim, what was the name of the group within Halifax
7   that did that?
8       A   It's actually our coding staff.
9       Q   Okay.
10      A   They work in health information services.  And
11  they have a product that all -- most hospitals use an
12  encoder, which essentially is a product that helps them
13  sort through the codes for the patient in a faster
14  manner.
15          And so the -- the best way to discuss it is,
16  to give an example, the coder is sitting in front of a
17  Meditech screen.  They also have a monitor up that has
18  the encoder product up.  The data that we've entered
19  into Meditech kind of swipes into the encoder.  And this
20  is a little bit on outpatients, but mainly on
21  inpatients.
22          Then the encoder has edits built into it to
23  say, well, if you've got this, then you have to have
24  that; if you've got that, you've got to have this.  The
25  coding staff works through that.  And then sort of the

Page 53

1   finalized, like, DRG assignment or the diagnosis code
2   assignment then flows back into Meditech while it's
3   still up on the patient's screen.  And the coder then
4   is -- they're in a module that we call abstracting which
5   essentially is the coding module.
6           And then they verify that the data is correct
7   and that -- you know, if it says I had an operation,
8   that there's an op report in the chart.  Because
9   essentially they're having to either manually flip
10  through a paper record or on one of the monitors they'll
11  have the electronic scanned image of the record, and
12  they literally have to go page by page to identify all
13  the services that were provided, capture those codes and
14  enter them into Meditech.
15      Q   Okay.  Just so I understand how this process
16  is working, the health information services employees
17  are -- they're literally using a computer program to go
18  through Meditech, and are they just looking for, like, a
19  patient Social Security number or something to identify
20  all the services that were ordered or performed on that
21  patient, and then that's all being pieced together in
22  part of the claim submission process?  I want to develop
23  more fully how that's done.
24              MR. STEPHENS:  Objection as to form.
25              THE WITNESS:  There's actually work lists that



Case 6:09-cv-01002-GAP-TBS   Document 284   Filed 05/29/13   Page 16 of 201 PageID 15768

UNITED STATES vs. HALIFAX HOSPITAL, et al.                30(B)(6) VIDEOTAPED DEPOSITION OF
ARVIN LEWIS on 03/05/2013                                                     Pages 54..57

Page 54

1    are created within Meditech so that the coding
2    staff know which accounts they need to work.  We
3    try to have all the coding done within five days of
4    the patient's discharge.
5          And so each day they come in and they work
6    those lists.  And then they work through that
7    process of having the record in front of them,
8    either a paper copy or an electronic copy.  And
9    then literally, it's a very manual process of
10   having to go through each item to ensure that we
11   capture everything, all the procedures that were
12   done.
13         Now, labs, pharmacy, imaging, you know, those
14   charges would flow in from when it was ordered, and
15   so they're seeing those on the patient's account
16   already.  So if the patient got a CT, they know the
17   patient got a CT; if the patient had a lab, they
18   know the patient had a lab.  What they're looking
19   for mainly is things that the physician recorded
20   that were done or the op reports of what procedures
21   that were done to the patient and then identifying
22   those procedures.
23   BY MR. SCHWARTZ:
24   Q    Okay.  I guess my question is a little more
25   mechanical.

Page 55

1          Let's take the first step.  When you say tests
2    are ordered or drugs are ordered through the pharmacy,
3    you said that automatically is showing up in
4    Meditech; is that correct?
5    A    Yes, sir.
6    Q    How is it -- how does Halifax identify those
7    services as being affiliated with a particular patient
8    and get it on to a particular claim?  Is it just by a
9    patient identification number?
10   A    Patients have essentially two identification
11   numbers.  One being a -- what we call a history number
12   or record number.  That's their overall medical record
13   number that we try to -- that they only have one and
14   they have it for a lifetime.  And then the individual
15   account number which we refer to as a V number, because
16   it starts with a V, for a visit number and that visit
17   number changes for each admission or observation.
18         But yes, the patient's chart has bar codes on
19   it.  The patient's wristband has bar codes on it.  And
20   so as services are provided, either the patient's -- for
21   medications, for example, the nurse gets a list out of
22   Meditech that says Mr. Lewis is supposed to have these
23   three meds.  They go to the medication cabinet and they
24   put in my identifier and it will say, okay, yes, you can
25   have these three pills because they've been ordered for

Page 56

1    Mr. Lewis.  And then those three pills, then, are in a
2    packet that is bar coded.
3          And then at the patient's bedside, we scan the
4    meds, we scan the patient to ensure that we've got the
5    right patient.  And then once we've said yes, that's
6    Arvin Lewis and, yes, he got those three tablets, then
7    the charge for those three tablets, then, move over to
8    the patient's account.
9          I think it's actually a batch process, so that
10   it moves over to, like, a -- a suspense file during the
11   day, and at midnight every night it moves all those
12   charges over.
13   Q    And in addition to reflecting the service --
14   what was actually provided and all the information, the
15   V number, the patient's overall account number, it will
16   also say the name of the physician who ordered the
17   service --
18         MR. STEPHENS:  Objection as to form.
19   BY MR. SCHWARTZ:
20   Q    -- or ordered the drugs?
21         MR. STEPHENS:  Objection as to form.
22         THE WITNESS:  The -- if the physician -- we
23   have some physicians that are already doing
24   computerized order entry, and so the ones that do
25   already have, you know, like, PIN numbers, assigned,

Page 57

1    and they physically enter lab tests, imaging, you
2    know, whatever service they're asking for.  And
3    then they sign that with a -- their PIN number.
4          Physicians that write orders, then the -- we
5    call them -- they used to be called ward clerks, or
6    we call them ward secretaries, they would take the
7    physician's written order and within Meditech they
8    would say, Dr. Smith ordered CBC, imaging, this and
9    that.  A member of the nursing staff then verifies
10   that and says, Yes, that order is complete, and,
11   Yes, Dr. Smith ordered it.
12         And then at that point in time, it's
13   transmitted.  And if it's imaging or lab, it gets
14   done.  If it's pharmacy, they fax the order to the
15   pharmacy through -- it's actually an electronic
16   system.  They scan the order, it goes to the
17   pharmacy, and then the pharmacist verifies the
18   right medication and right dose was ordered and
19   entered correctly and, if not, they call the
20   physician to verify what was being requested.  And
21   then that flows through once the patient is scanned
22   saying that, yes, I got that tablet.
23   BY MR. SCHWARTZ:
24   Q    So with respect to physicians who input the
25   information electronically, it's the physician who is --



UNITED STATES vs. HALIFAX HOSPITAL, et al.
ARVIN LEWIS on 03/05/2013

30(B)(6) VIDEOTAPED DEPOSITION OF
Pages 58..61

Page 58

1   the physician who orders the service is identifying
2   themselves and that information is input into the
3   Meditech system.  Did I get that correct?
4        A    Yes, sir.
5        Q    And for physicians who still write paper
6   orders, the nurses will input the paper orders into the
7   Meditech system reflecting who ordered a particular
8   service?
9        A    The unit secretaries and the nurses combined,
10  yes, sir.
11       Q    Okay.  And then all that information flows
12  into the Meditech system, it then goes to health
13  information services, where they start performing the
14  coding work that you were describing earlier; is that
15  accurate?
16       A    Yes, sir.
17       Q    Now, the coders are -- are they assigning
18  DRGs, in the case of inpatient visits, to certain
19  patient stays?
20       MR. STEPHENS:  Objection as to form.
21       THE WITNESS:  They use the encoder, the
22  encoding product.  We use a product called
23  QuadraMed.  And what they do -- data, as we
24  discussed, flows from into the encoder.
25       Also the encoder, you know, may prompt the

Page 59

1   coding staff to provide additional information.
2   You know, sometimes they have to query the
3   physician to verify exactly, you know, what the
4   physician's intent was and if the -- what
5   procedure -- like, if it's not documented well,
6   they have to follow up and say, you know, Did you
7   mean this, or, Did you mean that?
8        Because they can't -- they can only code based
9   on what the physician entered into the record.  You
10  know, they can use the nursing notes to maybe
11  trigger them to ask the physicians more questions,
12  but they have to code a record based on what the
13  physician entered into the patient's record.
14       And so then they use the encoder, A, to feed
15  the diagnoses in.  And then the encoder product
16  actually looks at the procedures, looks at the
17  diagnosis codes, and then it does its calculation
18  to say, okay, this is DRG543 or DRG241.
19  BY MR. SCHWARTZ:
20       Q    And then once that determination is made, then
21  the information is put into ePremis?
22       A    My account is, you know, sitting on Meditech
23  and, you know, it's sort of in what we call, you know,
24  discharged not final bill, DNFB.  And so the account is
25  sort of in a holding pattern on Meditech, because I'm no

Page 60

1   longer getting services.  I've been discharged, but all
2   the data fields required for the claim form are not
3   entered.
4        So most of that would be what the encoding
5   staff is doing, entering the codes, getting the right
6   DRG, but it also could be -- let's say that an insurance
7   company had held up and hadn't given us the
8   authorization number or something like that, that could
9   also -- there's multiple things that could hold a claim
10  up.  But most of the time, that stuff is completed by
11  the time the coder's coding the account.  And so when
12  the coder codes the account, they don't hit a button or
13  do anything, they just code the account and they move on
14  to the next one.
15       And so at midnight every night, Meditech runs
16  through that file and says, Do I have everything that's
17  required to bill?  I think it's called a bill cut report
18  or something of that nature.  And there are edits that
19  Meditech built and there's edits that we built to say,
20  you know, that I have everything I need.  And if you
21  pass those edits, then the claim moves into ePremis.  If
22  you don't pass those edits somebody has to work that
23  claim to clean it up so that it will pass the claim.
24       Q    Okay.  And then once it's in ePremis, it then
25  gets sent to the clearinghouse?

Page 61

1        A    Yes.  Once it's passed any edits that are
2   built within ePremis, then it would be bundled up with
3   other claims and transmitted to the clearinghouse.
4        Q    Now, with respect to different departments
5   within Halifax Hospital, is the process you just
6   described with respect to inpatient claims the same
7   across the hospital or does it vary from department to
8   department?
9        A    It is very similar.  Obviously outpatients are
10  more straightforward, because, you know, they're
11  typically just getting lab work or just getting an
12  imaging study.
13       Q    Right.  I just wanted to ask -- let's just
14  talk about the inpatient setting, not any other setting.
15  But what I'm getting at is, particularly germane to this
16  case, the process you described, is it the same for the
17  neurosurgery department and inpatient claims flowing
18  through neurosurgery or are there differences that are
19  unique to that department and how the process you just
20  described works?
21       MR. STEPHENS:  Objection as to form.
22       THE WITNESS:  On the UB form, I'm not aware of
23  any differences.  If you're an inpatient, you're an
24  inpatient.
25  BY MR. SCHWARTZ:

DISCOVERY LITIGATION SERVICES
Court Reporting • Videography • Trial Presentations
Nationwide Coverage

UNITED STATES vs. HALIFAX HOSPITAL, et al.
ARVIN LEWIS on 03/05/2013

30(B)(6) VIDEOTAPED DEPOSITION OF
Pages 62..65

Page 62

1    Q.   Okay.  But with respect to the whole process
2  you described with how Halifax gathers all the
3  information and then how it flows to health information
4  systems through the encoder, through the ePremis system,
5  and then to the clearinghouse, are there any differences
6  in that process with respect to inpatient claims flowing
7  through neurosurgery?
8         MR. STEPHENS:  Objection as to form.
9         THE WITNESS:  I am not aware of any
10        differences for any inpatient claims regardless of
11        service line.
12  BY MR. SCHWARTZ:
13    Q.   Okay.  So it would be the same with respect to
14  the medical oncologists and patients treated on an
15  inpatient basis in the medical oncology program?
16    A.   I am not aware of any differences for any
17  product lines from an inpatient basis.
18    Q.   Okay.  Now, with respect to inpatient
19  services, we described -- going through what you just
20  did, was the process of when a patient is sub- -- or
21  admitted to the patient -- admitted to the hospital
22  through the emergency department.  You described the
23  other way a patient can come to be admitted to Halifax
24  on an inpatient basis as through a physician office.
25        Can you describe the differences in the

Page 63

1  procedure when a patient is admitted to the hospital
2  through a physician office?
3    A.   Yes, sir.  The process is the same with the
4  exception of how the patient comes into the system
5  obviously.  Instead of the ED physician contacting
6  somebody, the patient is either scheduled for a
7  procedure by the physician's office or the physician
8  instructs the patient to bring orders -- you know, let's
9  say a patient's at the doctor's office, they're not
10  doing well, he thinks he needs to place them in
11  observation or admit them, he would give them orders and
12  instruct them to come to the hospital.  That's what we
13  call a direct admit.
14        A patient that, say, was coming to the
15  hospital to have a hip replacement or some other major
16  surgery, that, of course, would be scheduled within the
17  OR, so we would know the patient would be coming.  And
18  some physician's offices send those orders with the
19  patient, some of them send them before the patient's
20  arrival.  But in either case, we have an order that
21  says, you know, what's to be performed.
22        There are other things that have to come.
23  Obviously there has to be an H&P.  You know, they have
24  to meet joint commission requirements and CMS
25  requirements, but there's an order form that says do

Page 64

1  something to Mr. Lewis, whatever the procedure is, or to
2  admit me or to place me in observation.  And so there's
3  a paper order for that.
4         And then the patient access staff would, you
5  know, use that order form to say, Okay, Dr. Jones is
6  admitting Arvin Lewis for whatever.  And they capture --
7  in Meditech it's referred to as admitting diagnosis, but
8  essentially that's just the main thing the patient came
9  for.  It could say CHF, it could say hip, total hip, it
10  could say really anything.  That data is not what flows
11  to the claims form.  The data that flows to the claims
12  form is the data entered by the coding staff.
13        So a patient comes in.  We identify who is
14  admitting the patient.  And, once again, the admitting
15  physician is the one that's actually placing the patient
16  in -- admitting them.
17    Q.   So just for the examples that you gave, the
18  admitting physician -- let's say someone is coming in
19  for a hip replacement surgery that was scheduled.  The
20  admitting physician would be identified as the physician
21  who's going to be performing the surgery?
22    A.   In that example, if the orthopod is admitting
23  the patient, which typically the orthopod would be
24  admitting and caring for their own patients, the
25  physician's name would be captured in Meditech as the

Page 65

1  admitting and the attending physician and, therefore, it
2  would flow to line 76 of the UB-04 form, which is item
3  number 56.
4         And then the coding staff would -- would
5  capture the op report that says Dr. So-and-so provided
6  the procedure, and so that physician would also be on
7  line 77, which is the operating physician.
8    Q.   Okay.  Now, if I can have a look at
9  Exhibit 57, which is the earlier version of UB-92.  In
10  the example of our hip replacement, how would that
11  information be captured on Exhibit 57?
12        MR. STEPHENS:  Objection as to form.
13        THE WITNESS:  The form locators are numbered
14        differently on the form, but it looks like item two
15        is attending physician ID.  I think at that point
16        in time that the other physicians box, like one was
17        used for the operating and there was a spot for
18        another physician if you needed it, but on the
19        UB-04 it's actually broken out, attending and
20        operating.  But number -- I guess it's number two
21        there is attending, which is the admitting.  Number
22        three, then, is the other physician.
23        And what I'm looking at here is the procedure
24        code numbers and -- so the same process, different
25        form locator numbers.



Case 6:09-cv-01002-GAP-TBS   Document 284   Filed 05/29/13   Page 19 of 201 PageID 15771

UNITED STATES vs. HALIFAX HOSPITAL, et al.                    30(B)(6) VIDEOTAPED DEPOSITION OF
ARVIN LEWIS on 03/05/2013                                                          Pages 66..69

Page 66

```
 1  BY MR. SCHWARTZ:
 2      Q    Okay.  And when you described how Halifax
 3  would potentially put an operating physician in the
 4  other physician field, was that an internal decision at
 5  Halifax or were they following some guidance or some
 6  computer program that they were using?
 7      A    There's actually -- the National Uniform Bill
 8  Committee, there's a big book, slash, you know, website,
 9  that tells you what each one of these form locators
10  mean.  And if -- what data is required to be put in
11  those form locators.
12      Q    Okay.
13      A    And there are payers who establish their own
14  rules and say, you know, We don't care what the billing
15  committee says, we want your claim to be this way.  And
16  so for those payers, we have to, you know, build those
17  edits within ePremis to put the data in the form the way
18  they want the form.
19      Q    Okay.  Are there any other differences between
20  how the -- how the process works with respect to
21  inpatient admissions through a physician's office?
22      A    You know, once we capture the physician that's
23  admitting the -- the patient, then, no, I'm not aware of
24  any differences between an ER admission and a hospital
25  admission from a -- how we capture data for whose name
```

Page 67

```
 1  goes on the form.
 2          MR. SCHWARTZ:  Okay.  Why don't we go ahead
 3      and take a break.
 4          VIDEO TECHNICIAN:  The time is approximately
 5      11:03 a.m.  This concludes disk number one for the
 6      deposition of Arvin Lewis.  We are off video
 7      record.
 8          (Short break from 11:03 a.m. to 11:16 a.m.)
 9          VIDEO TECHNICIAN:  The time is approximately
10      11:16 a.m.  This is the beginning of disk number
11      two for the deposition of Arvin Lewis.  We are back
12      on video record.
13  BY MR. SCHWARTZ:
14      Q    Mr. Lewis, earlier in your testimony you were
15  referring to the admitting physician and you referred to
16  how Halifax would capture the name of the admitting
17  physician in its Meditech system, correct?
18          MR. STEPHENS:  Objection as to form.
19          THE WITNESS:  Yes, we capture the attending,
20      slash, admitting physician in Meditech.
21  BY MR. SCHWARTZ:
22      Q    Okay.  How does Halifax define attending
23  physician?
24      A    We follow the materials behind these forms,
25  the data from the National Uniform Billing Committee
```

Page 68

```
 1  that defines what -- in the case of item number 56, it
 2  defines what the attending physician is, what the
 3  operating physician is.
 4      Q    Okay.  So you look to the NUBC definition of
 5  attending and operating to define those terms?
 6      A    Unless the payer has a different definition,
 7  yes, sir.
 8      Q    And are you aware of Medicare having a
 9  different definition for attending physician than the
10  NUBC?
11          MR. STEPHENS:  Objection as to form.
12          THE WITNESS:  Not for hospital claims, no,
13      sir, I don't think so.
14  BY MR. SCHWARTZ:
15      Q    Okay.  And for hospital claims, are you aware
16  of Medicare having a different definition of operating
17  physician from the NUBC?
18      A    No, sir.
19      Q    And earlier in your testimony you also
20  referred to the fact that other physicians could have
21  ordered tests or procedures done on a patient throughout
22  their inpatient admission, correct?
23          MR. STEPHENS:  Objection as to form.
24          THE WITNESS:  I don't know if we -- if we
25      discussed that.  I don't remember.
```

Page 69

```
 1      But there is a possibility that a specialist
 2  may order a lab test or order some other tests.
 3  That really comes down to how that physician was
 4  consulted by the attending physician.  Physicians
 5  in our institution can request a consult and they
 6  can request, like, a consult and treat.
 7      The difference being that if you're consulted,
 8  you're not -- you would not be ordering anything.
 9  You would be giving the consult back to the
10  attending physician.  If the attending physician
11  has a very strong relationship with the -- you
12  know, been working with him a long time and they're
13  like, Okay, if you need to order another lab test,
14  you need to order whatever, it's okay, that
15  would -- would be captured in Meditech.
16      But to fill out the UB form, it's the one
17  that -- the physician that is primarily responsible
18  for the patient's care, which would still be the
19  one that is the admitting physician.
20  BY MR. SCHWARTZ:
21      Q    Okay.  Now, I apologize, I think I lost your
22  explanation.  You described the consult and consult
23  admit codes or categories?
24      A    No, sir.  I think we're referring to two
25  different things.
```



DISCOVERY LITIGATION SERVICES
Court Reporting • Videography • Trial Presentations
Nationwide Coverage

37 North Orange Avenue
Suite 500
Orlando, Florida 32801
321.710.2150
www.DiscoveryLit.com

Case 6:09-cv-01002-GAP-TBS   Document 284   Filed 05/29/13   Page 20 of 201 PageID 15772

UNITED STATES vs. HALIFAX HOSPITAL, et al.
ARVIN LEWIS on 03/05/2013

30(B)(6) VIDEOTAPED DEPOSITION OF
Pages 70..73

Page 70

1   Q   Okay.

2   A   I'm not referring to Medicare billing
3   guidelines.  I'm referring to how a physician requests
4   another physician to consult one of -- or see one of
5   their patients.

6   Q   Right.  No, I understood that.  So -- I wanted
7   to break that down.

8       So with respect to just a consult, if a
9   consult occurs, the attending or admitting physician
10  goes -- speaks to a specialist, and then based on
11  whatever information they learn, the attending or
12  operating -- the attending or admitting physician then
13  determines whether a test is appropriate and would go
14  ahead and order the test and still be reflected as the
15  attending physician for that patient, correct?

16      MR. STEPHENS:  Objection as to form.

17      THE WITNESS:  The physician, either over the
18  phone -- but they still would make an order
19  within -- in their paper record saying, Consult
20  cardiology, Consult Dr. X.

21      If the physician writes, Consult service,
22  which is like cardiology, orthopedics, then it's
23  whoever's on call that day.  If they write, Consult
24  Dr. Smith, then the consult actually goes to that
25  physician.

Page 71

1       And the physician would review the record,
2   visit the patient and then document their findings.
3   And then the next time the -- either that physician
4   would contact the primary care, the admitting
5   physician, or the next time that physician rounded,
6   they would review that physician's documentation
7   and then they would make a decision if they were
8   going to modify the treatment plan.

9   BY MR. SCHWARTZ:

10  Q   Okay.  Now, in the case of the consult, the
11  physician who is ordering subsequent tests is the
12  attending physician or is it someone else?

13      MR. STEPHENS:  Objection as to form.

14      THE WITNESS:  I need to walk you through the
15  process so that I'm clearly articulating the
16  mechanisms behind it.

17      If the consulting physician is not ordering
18  anything and they're just making a recommendation
19  to the attending physician, then the attending
20  physician, if they so chose to, would then enter an
21  order or write an order for that particular test or
22  service.  And within Meditech, we would capture
23  that, you know, Dr. Lewis ordered a lab test, CBC,
24  for example.

25  BY MR. SCHWARTZ:

Page 72

1   Q   Dr. Lewis being the attending?

2   A   The admitting/attending physician.

3   Q   Okay.

4   A   And since I'm the one that's primarily
5   responsible for the patient's care, my name would flow
6   through to the attending physician line on Exhibit 56.

7       If I had a good relationship with the other
8   physician and I trusted them to order what they needed,
9   I may say it's okay for this particular physician to do
10  it and -- you know, it's usually then written like --
11  consult and treat is what the physicians call it.  And
12  then, say, you, for example, would then be able to say,
13  Okay, I think I want to order the CBC.

14      And the same process of the -- you know, the
15  ward secretary and the nurse, you would write the order,
16  they would take the order off, they would enter into
17  Meditech that you requested that CBC.

18      But that individual lab test on the hospital
19  claim wouldn't really have an impact to the form
20  locators, because item number 76 is the physician that
21  is overall in charge of the patient's care, which is
22  still me.  And if, say, I had consulted a specialist and
23  they did a procedure, that also would flow through to
24  the operating locator, number 77.

25  Q   Okay.

Page 73

1   A   But the -- UB committee does not require
2   submitting each individual physician's name.  That's why
3   the attending one is designated as the one primarily
4   responsible or overall responsible for the patient's
5   care, because you may have 20 physicians that may have
6   ordered a lab test or may have did this.

7       I mean, that's a rather large example.
8   Usually, it's a handful, because most of them are
9   feeding data back to the attending.  But you ordering a
10  CBC wouldn't really have an impact on the hospital UB-04
11  form.

12  Q   What about if you referred or consulted a
13  physician, and rather than something like a CBC, it was
14  something more substantial, like you consulted with a
15  neurosurgeon and the neurosurgeon said, I want to get an
16  MRI?

17      How would that information be reflected on
18  Exhibit 56?

19  A   It is my understanding that unless the
20  specialist -- and your example was a neurosurgeon,
21  unless they actually perform the procedure on the
22  patient -- if they perform the procedure on the patient,
23  it would hit line 77, operating.  If they're just
24  ordering an exam, there is a data field within Meditech
25  that says you or whoever ordered the test.  But, once



37 North Orange Avenue
Suite 500
Orlando, Florida 32801
321.710.2150
www.DiscoveryLit.com

UNITED STATES vs. HALIFAX HOSPITAL, et al.
ARVIN LEWIS on 03/05/2013

30(B)(6) VIDEOTAPED DEPOSITION OF
Pages 74..77

Page 74

1  again, the way this form is set to be completed, that
2  individual test, unless it's a procedure, does not
3  really have an impact on the UB- -- the hospital claim
4  form.
5      Q    Okay.  Looking at Exhibit 56, boxes 78 and 79
6  are other physician fields.
7           What does Halifax use those fields for?
8      A    There are actually -- in that same UB-04
9  manual, so to speak, there are definitions related to
10 those fields.  My understanding for the hospital claim,
11 that the -- that the attending is the one that we
12 capture.  I know that on the hospital side we don't
13 capture referring physician, because the physician
14 that's sending a patient to us is actually the attending
15 or admitting physician.
16          There may be particular payers that say they
17 want to see some other physician in locator 78 and 79,
18 but it's not my understanding that those are required
19 fields for a -- for most of the payers.
20     Q    Okay.  Before the break, we talked about the
21 emergency department admissions process, and then we
22 talked about the inpatient admission process.
23          Now I want to talk about -- which one would
24 you rather do next?  Outpatient or observation?
25     A    Okay.  Let's do outpatient, because hopefully

Page 75

1  it's simpler.
2      Q    Okay.  And I think -- why don't we stick with
3  what we did for inpatient where we'll just talk about
4  the differences between what you described previously,
5  and then if I need some clarification, I'll ask.
6      A    Okay.  The main difference with an outpatient
7  claim is that the patient is presenting with an order
8  for some service.  And then the -- the ordering
9  physician, which is what we refer to as the attending
10 physician -- because the patient is not being admitted,
11 so it's attending versus admitting.  And we capture
12 which physician is requesting that service, you know,
13 whether it's lab, or whether it's outpatient imaging or
14 if it's, you know, rehab, some sort of therapy.
15          And so we capture the physician that is on the
16 order set.  And in most cases, at least that I'm
17 familiar with, on the hospital claim that's really the
18 only physician that's identified.  You know, when we
19 talk about surgical patients, then, you know, there
20 would be the caveat that a surgical patient would also
21 have an operating physician, but for a straight
22 outpatient it would just be the attending physician
23 listed.
24     Q    Okay.  So whoever is ordering the particular
25 service or test on an outpatient basis is listed on

Page 76

1  Exhibit 56 or Exhibit 57 as the attending physician?
2      MR. STEPHENS:  Objection as to form.
3      THE WITNESS:  My understanding is that the
4  physician that actually wrote the order is listed
5  as the attending physician.
6  BY MR. SCHWARTZ:
7      Q    And that information is captured at Halifax
8  how?
9      A    In this case it's the patient access staff.
10 And they have the patient in front of them and they have
11 an order from the physician.  And if for some reason
12 they can't understand the order or if they need more
13 clarification, either they contact the physician -- but
14 then they can't take an order, so either a nurse or
15 another -- like a licensed pharmacist -- it's typically
16 a nurse, would clarify the physician's order as to, you
17 know, Did you want a CT of the -- you know, an x-ray of
18 the right leg or do you want an x-ray of the left leg.
19          So any clarification is done.  That's noted as
20 a verbal order, and then that's entered in as, you know,
21 Dr. Smith ordered a whatever.  And Dr. Smith is then
22 included as the attending physician.
23     Q    Okay.  And then are there any distinctions
24 between the outpatient process and how the claims
25 process works other than what you just described or are

Page 77

1  there additional differences?
2      A    Same steps, but, you know, much simpler,
3  because, for example, on an outpatient claim, most of
4  the actual CPT-4 codes would flow from the billing
5  record, meaning that if I -- if you ordered a CBC and a
6  chest x-ray, the charge master for the hospital, which
7  is, you know, multiple thousands of items long, is
8  annotated with the CPT-4 code for those exams and that
9  lab test.
10          And so when I receive those services, those
11 codes would populate as, you know, a lab test was done,
12 8- -- you know, CBT-4 code 8 whatever series, or a
13 700 -- 7,000 series for imaging.  And then what the
14 coding staff then is doing is they're capturing the
15 diagnosis codes from the physician order to say, Okay,
16 Arvin's got CHF or he's got heart failure or whatever it
17 is, and they're verifying that any other data that's
18 needed -- like if some imaging test needs like a
19 modifier, like was it left or was it right, they ensure
20 that that flowed across.  And if it didn't, then they
21 contact the department to make sure that it gets added.
22          But it's the same process, it's just simpler
23 because they're -- the coding staff is having to enter
24 less data, because most of the codes are flowing from
25 actually what was done for the patient.



UNITED STATES vs. HALIFAX HOSPITAL, et al.
ARVIN LEWIS on 03/05/2013

30(B)(6) VIDEOTAPED DEPOSITION OF
Pages 78..81

Page 78

1    Q   But with respect to the data going through
2  health information services, going to the encoder, and
3  going to ePremis and then going to the third-party
4  clearinghouse, is that process the same or are there
5  differences?
6    A   Once the account is coded in the health
7  information department, the process would be the same.
8    Q   Okay.  And is that the same -- or does that
9  answer hold with respect to all outpatient claims or are
10 there differences between outpatient testing and
11 outpatient surgeries?
12   A   There are slight differences between
13 outpatient surgery, but the main difference being that
14 in most cases, for an outpatient surgery, the admitting
15 physician -- say you're doing a knee replacement and
16 it's going to be done on an outpatient basis, the
17 attending physician could be the same as the operating
18 physician.  And in most cases for outpatient services,
19 the attending physician is the one that's requesting the
20 service, but he's also in many cases the one performing
21 the service.  So in that case, like for an outpatient
22 surgical procedure, you know, like a lap chole or some
23 other outpatient procedure, that physician would be
24 listed on -- as the attending and listed as the
25 operating physician.

Page 79

1          But the process that we described earlier of
2  patient access capturing the attending in Meditech and
3  the coding staff capturing the physician that did the
4  procedure, all that would be the same.
5    Q   Okay.  Any other differences you can think of
6  for outpatient surgeries?
7    A   It's -- it's in between.  It's not as simple
8  to code as outpatient, but it's not as difficult to code
9  as inpatient, because it's only the one visit, but other
10 than the -- the simplicity of the coding, no real
11 difference.
12   Q   Okay.  Let's move on to patients who are
13 treated in observation.
14       Can you explain the differences in how a claim
15 form is generated and how the information is gathered
16 for patients treated on an observation basis?
17   A   Okay.  You know, we're -- we're deferring the
18 discussion on utilization management, so from how we
19 capture physicians and how we capture charges, the
20 process for an observation patient is essentially the
21 same process as an inpatient admission.  You know, once
22 we have the physician order, the same process is
23 followed.  The same people enter whether it's the
24 attending physician.  The same coding staff codes the
25 account.  The same process going into ePremis.

Page 80

1          Utilization processes are different, but how
2  you get the data to the claim form is the same.
3    Q   Okay.  And that holds with respect to all
4  departments of the hospital; i.e., neurosurgery, medical
5  oncology, orthopedics.  There's no differences based on
6  those specific departments?
7        MR. STEPHENS:  Objection as to form.
8        THE WITNESS:  There are no differences based
9    on hospital department.  There are, though -- and I
10   don't -- I'm not attempting to drag this out, but
11   you're trying to get a clear picture.
12 BY MR. SCHWARTZ:
13   Q   Uh-huh.
14   A   So there are outpatient claims that we refer
15 to as recurring outpatients.  Those patients work the
16 same way, but let's say they're getting, you know, rehab
17 or cardiopulmonary rehab or they're getting oncology
18 treatment.  The process is the same, but each time the
19 patient comes in, you know, essentially, it's -- it's a
20 little hard to describe, but, you know, we talked about
21 there was an overall record and then there was a visit
22 number.
23   Q   Uh-huh.
24   A   Well, for recurring patients, Meditech has
25 another identifier.  I don't recall what they actually

Page 81

1  call the identifier, but what that signifies is -- is
2  that I'm essentially coming back for a series of visits
3  related to a particular diagnosis.  And so most payers
4  for rehab, for oncology and other services where it's
5  sequential, they prefer us to bill in monthly bundles.
6          And so the process is the same with the
7  exception that instead of my visit for today and my
8  visit Thursday going out separately, it gets bundled
9  together and it gets coded at the end of the month and
10 it includes all the data that happened for me from a
11 therapy standpoint or from an oncology standpoint.
12       Now, if another physician ordered something
13 else, or I came in the emergency room, we're not
14 supposed to bundle that service.  But for the ones
15 related to that diagnosis for that particular service,
16 it gets bundled.
17       But the difference is not by department.  It's
18 based on if it's a recurring outpatient or not.  And I
19 believe the only recurring ones we have is rehab units,
20 our cardiopulmonary rehab, you know, speech, OT, all
21 those.  Some oncology, meaning if they're coming in for
22 treatments, radiation or chemotherapy.  There may be one
23 that I'm missing, but I think that's all the recurring
24 patients that we have.
25   Q   And in terms of how recurring visits are coded



UNITED STATES vs. HALIFAX HOSPITAL, et al.
ARVIN LEWIS on 03/05/2013

30(B)(6) VIDEOTAPED DEPOSITION OF
Pages 82..85

Page 82

1  and then ultimately that information is placed on either
2  Exhibit 57 in the past and 56 now, there's no difference
3  in the process; it's just that multiple visits are being
4  bundled together because payers want to treat it that
5  way rather than have more visits in a month?
6          MR. STEPHENS:  Objection as to form.
7          THE WITNESS:  Yes.  My understanding is that
8      there's no difference other than the consolidation.
9      And the patient, when they come in for service that
10     day, they don't have to go back through
11     registration.  They don't have to provide their
12     data again.  But there is, like, a reception
13     function that says, Arvin came in today for -- you
14     know, for this particular appointment, because
15     these folks always -- they have appointments
16     scheduled within Meditech.  And so other than that,
17     no, there's no difference.
18 BY MR. SCHWARTZ:
19     Q    Okay.  When Halifax ultimately submits a claim
20 for payment to Medicare, is it making any
21 representations regarding the accuracy of the
22 information contained in the claim?
23         MR. STEPHENS:  Objection as to form.
24         THE WITNESS:  The enrollment forms for
25     Medicare and Medicaid have language that talks

Page 83

1      about, A, things that you could not have done in
2      the past, meaning you couldn't be banned from the
3      program, you couldn't have done this, you couldn't
4      have done that.  It also has a listing of things
5      that -- that you're -- essentially you're -- I
6      don't know if it's the exact wording you said, but
7      essentially you're certifying that -- to the best
8      of your knowledge, that the claim is correct.  I
9      believe that data is on both the hospital
10     enrollment form and the physician enrollment form
11     to be a Medicare provider.
12         I also believe that there are -- there's data
13     that if you have a printed form -- and it looks
14     like you've got the back page of a UB here.  This
15     looks like -- I can't tell you exactly, because
16     it's stapled to it, but this looks like what is on
17     the back of a UB-04 form.
18 BY MR. SCHWARTZ:
19     Q    Yes.  I'll represent I pulled this off the
20 internet.
21     A    Okay.  This is -- and it is another discussion
22 of essentially ensuring that the claims are accurate,
23 yes, sir.
24     Q    And just looking at page two of Exhibit 56,
25 there's -- if you look on the left-hand column beginning

Page 84

1  Submission, is that what you were referring to, that
2  paragraph beginning Submission?
3      A    To that paragraph, and I believe there's data
4  in other places on this document too about ensuring that
5  the claims are accurate.  And I believe the language on
6  the 1500 form is different, but I -- I believe it also
7  has similar but different language relating to billing
8  and requirements for billing claims.
9      Q    Okay.  And is there a similar requirement on
10 Exhibit 57, the UB-92?
11     A    It's been a long time since I saw one, but it
12 looks like what was there.  And so, once again, I'll
13 take your word for it, that this is the data that's on
14 the back of a UB-92 form.
15     Q    Yes.
16         And is there similar language in Exhibit 57
17 suggesting that the information needs to be true and
18 accurate?
19     A    There's similar language.  It's slightly
20 different, but I would agree that it's similar.
21         MR. STEPHENS:  Counsel, I notice there's a
22     star or some kind of mark on Exhibit 57.
23         MR. SCHWARTZ:  That was to direct Mr. Lewis,
24     but his recollection seems to be that there is
25     information on Exhibit 57 requiring that the form

Page 85

1  is accurate, so I didn't feel the need to direct
2  him there.
3          MR. STEPHENS:  Okay.  But that was your mark
4      that you put on the exhibit?
5          MR. SCHWARTZ:  Yeah.
6          Georgia, can you mark this as 58.
7          (Exhibit 58 was marked for identification.)
8  BY MR. SCHWARTZ:
9      Q    Mr. Lewis, the court reporter has handed you
10 what's been marked as Deposition Exhibit 58.  This is a
11 list of field codes in the Meditech system, and this was
12 provided to the government by counsel for Halifax in
13 this case.
14         According to counsel for Halifax, not every
15 single field is used by Halifax.  Do you have any
16 knowledge regarding which particular fields within the
17 Meditech system are used by Halifax and which ones
18 aren't?
19     A    First I need to clarify this document.
20     Q    Okay.  Go ahead.
21     A    Item 58 is -- if you notice it's listed,
22 McKesson Information Services.
23     Q    Yes.
24     A    This is a product called Trend Star.
25     Q    Okay.



UNITED STATES vs. HALIFAX HOSPITAL, et al.
ARVIN LEWIS on 03/05/2013

30(B)(6) VIDEOTAPED DEPOSITION OF
Pages 86..89

Page 86

1    A   It's the decision support tool that we use to
2 get -- provide reports out of Meditech data. Meditech
3 is -- if you're not running a standard report, which is
4 one that they've built, it is very hard to get data out
5 of, from, you know, meaningful reports.
6        And so our Meditech data is dumped into this
7 product. And by this product, I mean a McKesson product
8 called Trend Star.
9    Q   Okay.
10   A   And so this is the data that we use to provide
11 internal reports or to answer any inquiries that you
12 guys had or anybody had.
13   Q   So Trend Star is obviously different from
14 Meditech?
15   A   Meditech is our host system that all our data
16 gets entered into. Trend Star is a decision support
17 tool where all that data flows into, and it's mapped.
18 All these fields are mapped out of Meditech into
19 Trend Star.
20   Q   Okay. Now, are the fields listed in
21 Exhibit 58 that are used in Trend Star, are the fields
22 called the same thing in Meditech or do they have
23 different names?
24   A   In most cases, they are the same thing. If it
25 is a different name, it has been mapped. And by mapped

Page 87

1 meaning, members of -- members of multiple departments,
2 but many of my departments that report up to me, meet
3 with finance on a regular basis to ensure that
4 everything is always mapped to the right place.
5        And if locations change or things change, we
6 have to -- you know, they're part of the process that if
7 we're adding, say, a new service with a new location,
8 the folks that manage Trend Star are notified of that so
9 they know that now we have an outpatient lab over in a
10 different place and they know where to map that data to.
11       So this is data fields within the decision
12 support tool that are mapped to the data fields within
13 Meditech.
14   Q   Okay.
15   A   Now, I don't recall your original question.
16 I'm sorry.
17   Q   I think it was, of this list of probably
18 hundreds of field codes, which ones -- if you knew which
19 ones were used by Halifax.
20   A   The majority of them are used by us, but, once
21 again, there would be a difference between an inpatient
22 claim, an outpatient claim, an ER claim. There's going
23 to be more diagnoses on a --
24   Q   Inpatient?
25   A   -- inpatient claim, but the -- most of the

Page 88

1 data is the same. And this would be the data that we
2 build into Meditech. And then this same data flows into
3 Trend Star for reporting purposes. And the
4 claims-related data, which this is -- the majority of
5 this is claims-related data, flows into ePremis in that
6 process that we've already discussed.
7    Q   Okay. If I can have you look at the second
8 page of Exhibit 58. On the left-hand side, the second
9 box says, Physician data. And it looks like they're --
10 the first name is attending physician. And we already
11 discussed -- let's do it this way.
12       What is your understanding of the definition
13 of the attending physician field in Exhibit 58?
14   A   For hospital claims, we use the same process
15 that we've discussed of who's admitting the patient,
16 who's ordering for the patient. That is the attending
17 physician. And my understanding is that would be the
18 physician that flowed across to the attending slot here.
19       I'm looking down this to see if the -- if
20 there's a slot designated as the operating physician or
21 if that is going into the -- the -- there's a spot
22 number three there that's like attending and
23 nonattending.
24       I don't know if it's going in that field, but
25 it would have to be going in one of those other two

Page 89

1 fields, because I know that it flows across, because I
2 can ask for more than one physician on a claim; meaning,
3 I can ask for a report that shows Arvin Lewis admitted
4 the patient, but that you did a surgery on the patient.
5    Q   And that's available in the Trend Star?
6    A   Trend Star data.
7    Q   So you think either the nonattending physician
8 field or the attending and nonattending physician field
9 is where an operating physician would be listed?
10   A   Actually, several down, attending physician
11 specialty is probably more appropriate, but it would go
12 on one of those blocks. I just don't -- I don't -- you
13 know, what I get is a final report that says, Admitting
14 physician, surgeon, so I can't really tell you which
15 data field they pull from to give me that report.
16   Q   Okay. Who would have that information
17 regarding the particular data field used in generating
18 Trend Star reports at Halifax?
19   A   The actual mapping of Meditech data to
20 Trend Star data would be the leader of our decision
21 support functions, and that would be Andy Foster.
22   Q   Okay. Is there anyone else at Halifax who
23 utilizes the Trend Star data to run reports? Or
24 Trend Star program to run reports, I should say.
25       MR. STEPHENS:   Objection as to form.



Case 6:09-cv-01002-GAP-TBS   Document 284   Filed 05/29/13   Page 25 of 201 PageID 15777

UNITED STATES vs. HALIFAX HOSPITAL, et al.                              30(B)(6) VIDEOTAPED DEPOSITION OF
ARVIN LEWIS on 03/05/2013                                                                    Pages 90..93

Page 90

1        THE WITNESS:  There are very few people that
2    run reports out of Trend Star because it is -- even
3    though it's better than Meditech, it's still kind
4    of cantankerous, so Andy and his staff generate
5    most of those reports.  There may be a few people
6    that have, you know, canned reports that get --
7    that decision support staff would send out every
8    month.  Myself, you know, I just ask for what I
9    need and they provide it.
10   BY MR. SCHWARTZ:
11       Q    Okay.  I wanted to move on to topic six, if I
12   could.  And this is topic six in Exhibit 55.
13       A    Yes.
14       Q    It says, All claims for payment submitted by
15   Halifax Hospital Medical Center to Medicare from 2000 to
16   the present for services performed in the neurosurgery
17   or oncology practice area.
18            Let's start with the neurosurgery department.
19   How many claims for payment were submitted by Halifax to
20   Medicare for services from the neurosurgery department
21   in this time frame?
22       A    I don't know.
23       Q    Do you have any idea?  If we broke it down by
24   year, could you do it by year?
25       A    I can do, you know, ballparks.  I mean, we do

Page 91

1    several hundred cases a year, because we have a very
2    active trauma program and a very active stroke program,
3    so there are a lot of neurosurgical cases for patients
4    that come in to both the trauma program and the stroke
5    program.
6        Q    Okay.  Well, let's start with 2000.  How many
7    patients -- how many Medicare patients were treated in
8    the neurosurgery department in 2000?
9        A    You know, off the top of my head, I wouldn't
10   try to guess.  Each year, several hundred people are
11   treated in the stroke program and the trauma program,
12   and many of those wind up with the neurosurgeons.
13       Q    Well, let's try it a different way.
14            What did you do to prepare to testify today as
15   to topic six and Halifax's knowledge as to topic six?
16       A    Had a discussion with our counsel to the fact
17   that I would be presenting testimony on claims
18   submitted.  You know, I thought that was more about the
19   data that we just went through as to how the data gets
20   on the claim forms.
21            I think you guys have already received
22   listings of every claim that's been filed and reams of
23   other documents, so I didn't -- I don't have a report
24   with me that says we did 200 cases in 2000 and 300 cases
25   in 2001, because I believe you guys already have all

Page 92

1    that data.
2        Q    Well, I don't think we actually do have all
3    that data, but that was really why you were here.  We
4    actually got a letter last night saying that, you know,
5    claims information is processed through a third party,
6    which we didn't know until last night, so --
7        A    I'm not sure what you're referring to there,
8    but the claims data is that data that we've already
9    discussed, about the data flowing to Meditech to
10   ePremis.  And then we talked about the Trend Star
11   product, where that data -- that same data is at.
12            So I think we may be calling apples oranges,
13   but it's the same thing in this case.  The data is the
14   data is the data, and I believe the data has been
15   provided.
16       Q    Well, what the government asked for -- and
17   I'll fight with your counsel over this more than you.
18   It's not your problem.  We asked for the claims that
19   Halifax submitted to Medicare for payment from 2000 to
20   the end of 2011 in the medical oncology and neurosurgery
21   practice areas.  And those claims submitted are
22   submitted through a third-party vendor; is that correct?
23       A    The process that we discussed earlier, the
24   ePremis product -- I think one of the things that may be
25   causing some of this confusion is that about 92 percent

Page 93

1    of our claims go out electronically.
2        Q    I'm surprised it's not higher for Medicare.
3        A    Well, Medicare and Medicaid it is.  It's more
4    like 99.9 percent.
5            So we hardly ever print a claim form.  We
6    particularly hardly ever print a claim form for Medicare
7    and Medicaid.  It's the same data, it's just that it
8    goes out in electronic format versus paper format, like
9    you've showed me earlier.
10       Q    No, I understand.  And, you know, I know when
11   Halifax asked the government for claims, we provided a
12   huge spreadsheet with a line where it said, here's a
13   patient, here's a claim, and then we had 300 columns of
14   data, which are all part of the claim.  So we provided
15   that information.  So we were trying to get similar
16   information from Halifax, and --
17       A    Well, I can load up my pickup truck and I can
18   print a hard copy of every claim submitted since 2000.
19       Q    I'm not asking --
20       A    I mean, we can do that.
21       Q    I'm not asking for a hard copy.  I'm asking
22   for -- if I was to try and locate the electronic data
23   file of what was actually submitted either by Halifax or
24   on behalf of Halifax for payment to Medicare, where
25   would I look for that actual record of what was actually



UNITED STATES vs. HALIFAX HOSPITAL, et al.
ARVIN LEWIS on 03/05/2013

30(B)(6) VIDEOTAPED DEPOSITION OF
Pages 94..97

Page 94

1  submitted?  Would I go to this third-party
2  clearinghouse?
3        A    There's a couple of places.  One, the data in
4  Meditech, as we discussed, flows to Trend Star.
5        Q    Okay.
6        A    And I believe what was provided was the data
7  out of Trend Star with all that data.  And it's claims
8  data, because it's the same exact data that's on the
9  claim form.
10       Q    Right.  But you described a whole process
11  where that data gets edited by various people and
12  through various programs at Halifax before it goes to
13  the ePremis system and then from the ePremis system to
14  the clearinghouse, correct?
15       A    That's the process I described.  And in most
16  cases, the edits within Meditech -- we try to make sure
17  that the edits in Meditech catch most things.  There are
18  a few things that maybe we can't get, and so there are
19  some edits within ePremis, as I described, and then that
20  data is transmitted to the clearinghouse.
21            Now, we can pull data multiple ways.  The way
22  we typically pull data is the way that the data was
23  provided to you guys, through Trend Star, because it's
24  the decision support tool.  We can also, for -- I think
25  all the way back to 2000, it may be, you know, 2002,

Page 95

1  2003, but I think all the way back, we could actually
2  print a claims form, which I know is a lot of paper.
3            The -- I'm assuming that you guys got a dump
4  from the Medicaid intermediary and from First Coast, the
5  Medicare intermediary, which would be the same data, but
6  it would be the data that they used to process the
7  claim, but -- you know, when you marry the data up, it
8  should be the same.  There may be one edit here or one
9  edit there, but the claims data should be the claims
10  data whether we're looking at Trend Star reports,
11  looking at Meditech, or looking at the data that was
12  sent through ePremis to the intermediary.  So that data
13  that they provided you guys, you know, it should all
14  match up.
15       Q    Okay.  But what I'm really trying to get at
16  is, does Halifax have a record of everything that was in
17  ePremis that was sent to the clearinghouse with the
18  final information included that was submitted for
19  payment to Medicare?
20       A    The -- 99.9 percent of the data is within
21  Trend Star.  So we can pull claims data out of
22  Trend Star.  If there was an edit that for some reason
23  didn't get -- say something got modified that didn't hit
24  Meditech -- you know, let's say that there's a slight
25  chance that that could have happened -- that data would

Page 96

1  be in the data file you guys got from the intermediary.
2  It would also be available on ePremis, but I believe
3  that the ePremis records only go back to, like, you
4  know, 2005, 2006.
5        Q    Okay.  And then --
6        A    And it's very -- it's very difficult to get
7  data out of ePremis.  EPremis is not a reporting system.
8  It's a billing system.  That's why we use the Trend Star
9  product to be able to get data out.  And we use that
10  for -- for everything we do for that reason.
11       Q    And I believe earlier you said you're not sure
12  of the name of the clearinghouse that's used to actually
13  submit the billing information to First Coast?
14       A    I am not.
15       Q    Okay.  So you wouldn't know if the
16  clearinghouse maintains a record of everything that's
17  sent to First Coast for payment for Medicare claims?
18       A    Because we've looked at this for -- at other
19  times in the past related to -- let's say, trying to see
20  if a payer underpaid you, I know they have some
21  availability to produce files, but, once again, I
22  don't -- I don't think they produced the file image.  I
23  think they do the same thing we did, they produce a list
24  of data fields that make up a claim.  But I think they
25  only keep like a year or two years.  I haven't checked

Page 97

1  with them lately, but I know in the past they don't keep
2  years and years of data, because they're getting data
3  from multiple providers.
4            But I believe that on Trend Star -- well, on
5  Trend Star, we can go back a fairly significant time,
6  because that's where we provided you guys the data from.
7  On ePremis, like I said, there's not a lot of reporting
8  capability, so we get that data out of Trend Star.
9        Q    Okay.  And if I was to ask you specific
10  questions about the number of claims submitted for
11  payment to Medicare for the years 2001 to 2011, would
12  you be able to provide me any specific information about
13  the number of claims for each year?
14       A    I believe that data has already been provided,
15  but no, today, sitting here, I can't tell you other than
16  there's several hundred cases per doctor per year
17  that -- the bulk of which come out of our trauma and
18  stroke programs.
19       Q    Okay.  And if I ask you the same questions
20  about the number of claims submitted for payment to
21  Medicare from the medical oncology program, would you be
22  able to provide me any specific information for the
23  years 2000 to 2011?
24       A    Once again, that data has been provided.  And
25  the short answer is that obviously there would be more



UNITED STATES vs. HALIFAX HOSPITAL, et al.
ARVIN LEWIS on 03/05/2013

30(B)(6) VIDEOTAPED DEPOSITION OF
Pages 98..101

Page 98

1  claims, because they do individual visits for therapy.
2  So my assumption would be that there would be a higher
3  number of claims from the oncologists than from the
4  neurosurgeons.
5      But as far as to how many cases were done each
6  year, I believe that data has already been provided.
7      Q   Okay.  And then with respect to the amount
8  Medicare paid for claims submitted for payment by
9  neurosurgeons, would you have any specific recollection
10  of the amounts for the years 2000 through 2011?
11      A   Once again, I believe that data has been
12  provided.  As far as my own business use, you know, my
13  job is to look at the revenue cycle overall and to look
14  at, you know, the system overall, so I don't spend a lot
15  of time looking at an individual physician.
16      What I look at is overall; meaning, I look
17  more at the total block of claims being billed from a
18  hospital standpoint and from a physician standpoint and
19  the total amount of collections.  I actually spend more
20  time looking at payer detail versus physician detail,
21  because that's where I -- you know, most of my time -- a
22  lot of my time is spent negotiating with BlueCross and
23  others.
24      So I don't personally spend a lot of time on
25  how much an individual physician is -- that we're

Page 99

1  billing and collecting for them.  That's not one of my
2  major roles.
3      Q   Okay.
4      (Exhibit 59 was marked for identification.)
5  BY MR. SCHWARTZ:
6      Q   Mr. Rousis [sic], the court reporter is
7  handing you what has been marked as Deposition
8  Exhibit 59.
9      MR. STEPHENS:  It's Mr. Lewis?
10      MR. SCHWARTZ:  Mr. Lewis.  Thank you.
11  BY MR. SCHWARTZ:
12      Q   Have you seen Deposition Exhibit 59 before?
13      A   No, sir.
14      Q   Has anyone had any discussions with you about
15  Deposition Exhibit 59?
16      A   Not about a report like this.  I obviously
17  would have to know what was in the report to know
18  whether I've had discussions about anything in the
19  report.  But no, sir, I haven't had discussions with
20  anybody about a report titled Report of Donald W. Moran.
21      Q   Okay.  The name Don Moran doesn't sound
22  familiar?
23      A   No.
24      Q   Well, Mr. Moran was hired to provide expert
25  testimony on behalf of Halifax Hospital Medical Center

Page 100

1  in this case, and he drafted this report.  And if I can
2  have you look at page twelve of the report.
3      A   All right.  Page twelve.  And I need to
4  clarify something.
5      May I ask my attorney a question?
6      MR. SCHWARTZ:  Sure.
7      THE WITNESS:  Reed --
8      MR. SCHWARTZ:  Off the record.
9      VIDEO TECHNICIAN:  The time is approximately
10  12:06 p.m.  We are off video record.
11      (Off-the-record discussion.)
12      VIDEO TECHNICIAN:  The time is approximately
13  12:06 p.m.  We are back on video record.
14  BY MR. SCHWARTZ:
15      Q   Just so we're clear, Mr. Lewis, Exhibit 59 is
16  an expert report drafted by a gentleman named
17  Donald Moran on behalf of Halifax Hospital Medical
18  Center.  And Exhibit 59 is just the body of his report.
19  It does not include the, I think, approximately 80 to
20  100 pages of exhibits attached to his report.
21      A   Okay.
22      Q   So I'm having you look at page twelve.  And
23  there's a table where Mr. Moran is attempting to
24  replicate the claim counts that the United States'
25  expert came up with when he tallied Medicare claims

Page 101

1  submitted by Halifax from the medical oncologists,
2  Dr. Molpus, and the three neurosurgeons at issue in this
3  case.
4      Do you see table one?
5      A   Yes, sir.
6      Q   Okay.  Do you have any reason to doubt the
7  accuracy of the information contained in table one?
8      MR. STEPHENS:  Objection as to form.
9      THE WITNESS:  Do I have any reason to doubt
10  the accuracy of the data in this table?
11  BY MR. SCHWARTZ:
12      Q   Correct.
13      A   I'm -- is Mr. Drew [sic] your consultant, or
14  is that --
15      Q   Mr. Dew is a consultant -- an expert witness
16  hired by the United States.  And Mr. Moran was an expert
17  witness hired by Halifax Hospital Medical Center.
18      A   Then I can only really speak to the gentleman
19  that we hired.
20      Q   Mr. Moran?
21      A   Mr. Moran.  And no, I have no reason to doubt
22  the data was being provided because it's my
23  understanding that the same claims data that was
24  provided to you was provided to a consultant.  I just
25  didn't remember that his name was Donald Moran.



UNITED STATES vs. HALIFAX HOSPITAL, et al.
ARVIN LEWIS on 03/05/2013

30(B)(6) VIDEOTAPED DEPOSITION OF
Pages 102..105

Page 102

1    Q    Okay.  And I don't know for a fact that
2  Mr. Moran was provided information directly from
3  Halifax, so -- whether that's true or not.
4       But you have no reason to doubt the
5  information tendered here by Mr. Moran in table one of
6  Exhibit 59?
7       MR. STEPHENS:  Objection as to form.
8       THE WITNESS:  I am aware of no reason to doubt
9    the data of our consultant.
10      MR. SCHWARTZ:  Okay.  Why don't we go ahead
11   and go off the record and take our lunch break.
12      VIDEO TECHNICIAN:  The time is approximately
13   12:09 p.m.  This concludes disk number two for the
14   deposition of Arvin Lewis.  We are off video
15   record.
16      (Lunch break from 12:09 p.m. to 1:28 p.m.)
17      VIDEO TECHNICIAN:  The time is approximately
18   1:28 p.m.  This is the beginning of disk number
19   three for the deposition of Arvin Lewis.  We are
20   back on video record.
21  BY MR. SCHWARTZ:
22   Q    Mr. Lewis, if I could have you look at page
23  five of Exhibit 59.  Actually, if you take a look back
24  at page four, you'll see that Mr. Moran is describing
25  certain fields on the UB-04 -- or, I'm sorry, the UB-92

Page 103

1  form, which we had introduced as Exhibit 57 in the
2  deposition.  If you could also pull out Exhibit 57.
3    A    Okay.
4    Q    Now, on page five of Exhibit 59, he refers to
5  attending, slash, referring physician ID.  And he
6  identifies it as FL 82.
7       And if you look on our Exhibit 57, it looks
8  like the eight was cut off; is that right?
9       MR. STEPHENS:  Objection as to form.
10      THE WITNESS:  It says -- it says two and
11   three.  And if the convention is the same with the
12   rest of the form, you would assume that it would be
13   82 and 83.
14  BY MR. SCHWARTZ:
15   Q    Okay.  I'm going to make that assumption in my
16  questions.
17      With respect to box 82, is your understanding
18  of the attending physician ID field in Exhibit 57 the
19  same as what Mr. Moran has outlined on page five of
20  Exhibit 59?
21      MR. STEPHENS:  Objection as to form.
22      THE WITNESS:  Okay.  You'll have to give me a
23   second to read through his -- okay.
24      On page five, we'll need to walk through
25   the -- his segments.

Page 104

1  BY MR. SCHWARTZ:
2    Q    Okay.  Go ahead, then.
3    A    As he is referring to inpatient part A, he is
4  using -- yes.  The second line of the -- that
5  second paragraph where it says inpatient part A
6  hospitals and SNFs --
7    Q    I'm with you.
8    A    I can't speak to SNFs, because we don't
9  currently operate a SNF, so I haven't looked at that
10  billing for a long time.  But from a hospital
11  standpoint, he's saying attending or referring.  In
12  Meditech, we actually are saying attending, slash,
13  admitting.  But the data field is the same data field,
14  because the physician that is ordering the -- the exam
15  for the -- well, for outpatient.  For inpatient, it's
16  the physician that's actually admitting the patient is
17  the physician's ID that is put into that FL 82.
18   Q    Okay.  And you said in Meditech you refer to
19  it as the attending, slash, admitting physician?
20   A    There is a -- I believe that there is a slot
21  for admitting and attending.  And in most cases it's the
22  same physician, because it's the same physician that's
23  writing the admit order.
24      But, you know, we've already discussed the
25  operating physician, which I think we get to a little

Page 105

1  bit further down the page.
2    Q    I believe that's right in the discussion of
3  field 83; is that correct?
4    A    I -- well, as we work down the document, it
5  looks like 83, being the -- the operating physician.
6    Q    Okay.  Now, if I can direct you back to the
7  paragraph where it said inpatient part A.  Do you have
8  an understanding of the reference to the term attending,
9  slash, referring physician?
10      MR. STEPHENS:  Objection as to form.
11      THE WITNESS:  From the standpoint that on the
12   Exhibit 57, it's referred to as attending
13   physician.  On Exhibit 56, it's also referred to as
14   the attending physician on form locator, I guess,
15   82 on 56.  Form locator 76 on item 56, you know,
16   that is the physician that for an inpatient claim
17   is actually admitting the patient, as I said,
18   either admit the patient or place them in
19   observation.  For the outpatient claim, it's also
20   the one that's ordering -- requesting the service.
21  BY MR. SCHWARTZ:
22   Q    Okay.  So you don't have an understanding of
23  the significance of attending, slash, referring as
24  referred to in Mr. Moran's report on page five?
25      MR. STEPHENS:  Objection as to form.


DISCOVERY
LITIGATION SERVICES
Court Reporting • Videography • Trial Presentations
Nationwide Coverage

37 North Orange Avenue
Suite 500
Orlando, Florida 32801
321.710.2150
www.DiscoveryLit.com

UNITED STATES vs. HALIFAX HOSPITAL, et al.
ARVIN LEWIS on 03/05/2013

30(B)(6) VIDEOTAPED DEPOSITION OF
Pages 106..109

Page 106

1    THE WITNESS: Can you ask that in a way that I
2    maybe can make sense out of it?
3    BY MR. SCHWARTZ:
4    Q    I'm -- I'm trying to make sense of Mr. Moran's
5    report, so I'm trying to figure out what your
6    understanding is.
7    You refer to the Meditech data listing
8    attending and admitting physician. And those were two
9    fields that you were familiar with. And those fields
10   would be mapped to 82 on Exhibit 57.
11   Do I have that accurately?
12   A    The admitting -- and I keep saying admitting,
13   slash, attending, but the -- for an inpatient claim, I
14   would need to look again at Meditech to see if it's
15   called attending or if it's admitting, but in most
16   cases, it's the same physician.
17   I guess the short answer is, the physician
18   that would go on form locator 82 on the form 57 and form
19   locator 76 on form 56 would be the physician -- for an
20   inpatient, would be the physician that was admitting the
21   patient to our campus.
22   Q    Okay. And what I'm trying to understand is,
23   you're using the terminology attending or admitting, and
24   it appears that Mr. Moran in his report is referring to
25   attending, slash, referring.

Page 107

1    And I want to get your understanding whether
2    attending, slash, referring is the same as attending,
3    slash, admitting, because they're both referring to
4    FL 82.
5    MR. STEPHENS: Objection as to form.
6    THE WITNESS: I can speak to what I know.
7    BY MR. SCHWARTZ:
8    Q    Okay.
9    A    All right. My understanding of how the claim
10   form is supposed to be completed is it -- it is slightly
11   different as whether it's an inpatient claim, if it's an
12   outpatient claim, or if it's a 1500 form, which is a
13   physician claim.
14   My understanding of the hospital inpatient
15   claim is that the physician that goes in -- if you
16   notice on item 56, form locator 76, it says attending.
17   Q    I see that.
18   A    If you notice on form 57, locator 82, it says
19   attending. In our system, attending and admitting are
20   essentially the same. The only difference would be is
21   if a physician admitted a patient and then they
22   transferred that patient's care to another physician. I
23   believe at that time we would, you know, pick up another
24   attending physician. But then it would be a question of
25   where did the bulk of the -- who provided the bulk of

Page 108

1    the care.
2    My understanding of this form, it's who
3    provided the bulk of the care. In most of the cases
4    that's going to be the admitting physician.
5    Q    Okay. Within Halifax's Meditech system, is
6    there a referring physician field?
7    A    There is a referring physician field within
8    Meditech that is not populated.
9    Q    Okay.
10   A    Because it's not required for outpatient or
11   inpatient claims if the admitting, slash, attending, is
12   the physician that's requesting the service. So from a
13   Meditech standpoint, we don't capture referring
14   physician.
15   I know -- well, in some hospitals they do
16   capture referring physician because they're looking for
17   who referred -- and they don't use it in the way that
18   you're saying referring. My understanding is that some
19   hospitals capture a referring physician to say, okay,
20   who sent the patient either to the hospital or who sent
21   the patient to the other doctor who sent the patient to
22   the hospital.
23   What we capture is who sent the patient to us.
24   And that's the physician that's actually ordering the
25   test or requesting a service.

Page 109

1    Q    And you call that the attending physician?
2    A    We call that the attending physician, because
3    they're responsible for the patient's care and they
4    wrote the order for the services to be provided.
5    Q    Does Halifax use the referring physician field
6    in the Meditech data for any purpose?
7    A    Meditech, no; LSS, yes.
8    Q    Okay. And LSS solely has to deal with
9    physician billing --
10   A    The 1500 claim.
11   Q    Okay.
12   A    The 1500 claim has data fields related to
13   where the patient came from. And we can go through
14   those if you'd like to.
15   Q    Okay. I'm just speaking about hospital
16   services now.
17   So for the form 1450 and inpatient and
18   outpatient hospital services, Halifax does not use the
19   referring physician field of the Meditech database for
20   any purpose?
21   A    To my knowledge we do not capture the
22   referring physician. We only capture the physician that
23   is requesting the service, which is the attending
24   physician.
25   Q    Now, with respect to page five again on

DISCOVERY
LITIGATION SERVICES
Court Reporting • Videography • Trial Presentations
Nationwide Coverage

37 North Orange Avenue
Suite 500
Orlando, Florida 32801
321.710.2150
www.DiscoveryLit.com

UNITED STATES vs. HALIFAX HOSPITAL, et al.
ARVIN LEWIS on 03/05/2013

30(B)(6) VIDEOTAPED DEPOSITION OF
Pages 110..113

Page 110

1   Exhibit 59, there's a discussion of the outpatient realm
2   and what a physician has put in the outpatient attending
3   physician field.
4        Do you see that?
5        A   Uh-huh, yes, sir.
6        Q   And is that consistent with your testimony
7   earlier regarding the name of the physician that Halifax
8   places in the outpatient attending physician field?
9        MR. STEPHENS:  Objection as to form.
10       THE WITNESS:  Once again, we'll need to go
11   through the first paragraph that says outpatient.
12   The document says providers must enter the UPIN of
13   the physician that requested the surgery, therapy,
14   diagnostic test or other services.
15       And we capture who is actually writing the
16   order, which is essentially the one requesting the
17   service.  So we capture that as the attending
18   physician for an outpatient claim.  And that's that
19   first piece.
20       Let's see, it also mentions emergency room,
21   and as we discussed earlier, if it's an emergency
22   room claim, it's going to be the emergency room
23   physician's name, because they're the one providing
24   the service.
25   BY MR. SCHWARTZ:

Page 111

1        Q   It also refers to this SLF000 code.  Is that a
2   code that Halifax utilizes?
3        A   I don't know if that one is required or --
4   most of the payers are not.  I have heard of the SLF,
5   and I believe it is -- if the definition here is correct
6   that would be a patient that comes to the emergency room
7   that nobody has sent to the emergency room.  But I don't
8   know that that locator is actually required on the
9   hospital claim form.
10       Q   Okay.  Do you know if Halifax uses the SLF000
11   code for Medicare claims?
12       A   If it's required on the claim form, we would.
13   But, once again, I don't believe that that is actually a
14   requirement for the UB form.  It may be, but I don't
15   believe that it is.
16       Q   Okay.
17       A   I do know that, as we stated, we capture the
18   ER physician as the attending physician.
19       Q   Let's go down to the bottom.  It talks about
20   field 83.  And I think the discussion of field 83 by
21   Mr. Moran is consistent with what you said earlier
22   today?
23       A   At the bottom of page five, yes, it's the same
24   discussion that if a procedure is done, it's the
25   operating physician, and you would report that if it was

Page 112

1   indeed different than the attending physician.
2        At the top of page six, he continues with
3   FL 83.  And at the top of page 83 he's talking about the
4   inpatient claim.  And that seems to be in line with my
5   understanding, which is the -- the physician that is
6   actually performing the procedure is entered as the
7   operating physician.
8        And if you notice on Exhibit 57, that's 83,
9   which is named other physician.  But on the newer form,
10   Exhibit 56, it's actually listed as the operating
11   physician, form locator 77.
12       Q   And that's probably a good segue.  If you turn
13   the page to page seven of Exhibit 59, begins discussion
14   of UB-04 claim form and I believe you already addressed
15   FL 76 and FL 77.
16       A   Okay.  Let me quickly scan what he says about
17   FL 76.
18       Yes.  I said the admitting, slash, the one
19   that had the overall responsibility for care.  He's
20   saying the provider is the individual overall
21   responsible for the medical care of the patient.  I
22   think we're saying the same thing for FL 76.
23       FL 77, operating provider -- yeah, and 77 is
24   the operating physician, which is required if there was
25   a procedure performed on the patient.

Page 113

1        Q   Okay.  And you talked about that earlier today
2   in your testimony, correct?
3        A   And I believe that his description is very
4   similar to mine.
5        Q   Okay.  Below the discussion of FL 77, he talks
6   about new fields 78 and 79.  Do you see that?
7        A   Yes.
8        Q   And those are other provider names and
9   identifiers?
10       A   That seems to be his document, yes.
11       Q   Okay.  Are you familiar with the referring
12   provider modifier listed on page seven, the DN modifier?
13       A   I am familiar that there are modifiers, and I
14   believe there is a DN modifier.
15       Q   Okay.  And page eight describes the DN
16   modifier in additional detail if you want to take a look
17   at that.
18       A   Okay.
19       Q   Have you had a chance to review that?
20       A   I'm looking at it now.
21       Q   Okay.
22       A   And I guess we need to start with the --
23   because it's in segments.
24       The DN referring provider, my understanding is
25   that the -- since the physician that sent the patient to



Case 6:09-cv-01002-GAP-TBS   Document 284   Filed 05/29/13   Page 31 of 201 PageID 15783

UNITED STATES vs. HALIFAX HOSPITAL, et al.                30(B)(6) VIDEOTAPED DEPOSITION OF
ARVIN LEWIS on 03/05/2013                                 Pages 114..117

Page 114

1   us, requested the service on the hospital side, is the
2   one that's actually writing the order, that we capture
3   them as the attending physician.  And if the --
4   essentially the physician doing that is the attending
5   physician, then you don't fill in referring physician,
6   because it is the attending physician.
7       Q     Okay.  That's consistent with what it says
8   here, Required on an outpatient claim when the referring
9   provider is different than the attending physician?
10      A     We said it a little bit differently, but I
11  think we're saying the same thing.
12      Q     Okay.  So in that situation there would be no
13  need to actually use the DN modifier, because the
14  attending is the referring, correct?
15      A     That is the way that we treat it, yes.
16      Q     Okay.  Can you think of any instance where
17  Halifax has used the DN modifier?
18      A     Off the top of my head, I can't.  You know, it
19  may be -- it may be populated somewhere, but I -- as we
20  discussed earlier, I asked, Where do we capture
21  physicians and where do they map to the form, and I was
22  told on the outpatient claim and the hospital claim,
23  inpatient claim, that we don't capture referring
24  physician, because it was the same as the attending
25  physician.

Page 115

1          Now, the 1500 works differently, so when we
2   talk about 1500s, we'll have a different discourse.
3       Q     Okay.  And we've just been talking about the
4   hospital claim, the 1450 to date?
5       A     Yes.
6       Q     I appreciate that clarification.
7          Let's move on -- you can put that down.  I
8   want to talk about topic seven now.
9          And that's the processes by which Halifax
10  Hospital Medical Center submits claims for payments to
11  the Florida Agency for Healthcare Administration from
12  2000 into the present.
13      A     Okay.  Well, yes, sir.
14      Q     Do you know what the Florida Agency for
15  Healthcare Administration is?
16      A     Yes, sir.
17      Q     And they are the agency that administers the
18  Medicaid program in the state of Florida, correct?
19      A     They are actually the agency that administers
20  almost all healthcare-related functions in the state of
21  Florida.
22      Q     And one of the things they do is --
23      A     If you want to add beds, you deal with AHCA.
24  If you get inspected, you deal with AHCA.  They also
25  manage the Medicaid program, yes, sir.

Page 116

1       Q     Okay.  How does Halifax submit claims for
2   payment by the Florida Medicaid program?
3       A     Very similar process to the process that we
4   described.  I'm thinking that since we went through
5   that, that we -- are you looking for the -- from patient
6   access all the way through or are you looking at
7   differences in the way Medicaid is done from the way
8   other payers is done?
9       Q     Let's talk about just how the process goes.
10  And maybe what you could do is just identify any
11  differences, if there are any, between the process you
12  discussed earlier and how the process works for payment
13  by the Medicaid program.
14      A     Okay.  Now, to answer that question, I'm going
15  to need to go back through patient access registering
16  the patient.
17      Q     Okay.
18      A     Data is put in Meditech, claim goes to HIM,
19  claim is coded, edits are worked, claim goes to ePremis.
20          Would you like me to go back through that
21  process?
22      Q     Well, I guess the question is, is that process
23  the same for the Medicaid program as it would be for
24  Medicare?
25      A     The -- there are, I believe, different edits

Page 117

1   that Medicaid would have based on the services they
2   provide.  I know there are particular rules that they
3   have related to, say, sterilization and other services
4   that they require special authorizations for.  But from
5   the actual -- and the utilization process is quite
6   different.
7       Q     Okay.
8       A     But from the billing standpoint, the same
9   field identifiers are captured on Meditech that we went
10  through:  Attending, admitting, operating.
11          Those physician fields are captured within
12  Meditech.  They move into ePremis, and then we process
13  the claim on ePremis and it goes to a third party, which
14  is the intermediary for the state of Florida.
15          And with the exception of some different
16  utilization processes, different authorizations that are
17  required for certain services and edits being different,
18  the actual data that we capture, how we capture charges,
19  what physicians are on the claim form to my
20  understanding are the same for all payers with the
21  exception of the edits that we discussed earlier.
22      Q     After it goes to the ePremis program or
23  system -- earlier you said that it went to a
24  clearinghouse and then was submitted to First Coast for
25  payment.  Is there a clearinghouse that operates a



DISCOVERY
LITIGATION SERVICES
Court Reporting • Videography • Trial Presentations
Nationwide Coverage

37 North Orange Avenue
Suite 500
Orlando, Florida 32801
321.710.2150
www.DiscoveryLit.com

UNITED STATES vs. HALIFAX HOSPITAL, et al.
ARVIN LEWIS on 03/05/2013

30(B)(6) VIDEOTAPED DEPOSITION OF
Pages 118..121

Page 118

1 similar function before it goes to the Florida Medicaid
2 intermediary?
3      A   All our claims go through the same
4 clearinghouse regardless of payer.   And then the
5 clearinghouse then segregates it to whoever the
6 intermediary is.   I do not recall the name of the
7 intermediary for Medicaid at this time.   It used to be a
8 company called EDSS.   I believe that it changed to
9 another company a couple of years ago.
10       They then transfer the data to -- my
11 understanding is they actually process claims, do all
12 the work.   They submit to AHCA saying, You owe this
13 provider this much, and then a remittance is created.
14 Funds are transferred to the bank account.
15       But other -- other than that, I think the
16 process is the same.
17      Q   Okay.   And then let's go on to topic number
18 eight, all claims for payment that Halifax Hospital
19 Medical Center submitted to the Florida Agency for
20 Healthcare Administration from 2000 to the present for
21 services performed in the neurosurgery or oncology
22 practice area.
23       Do you have any specific information about the
24 amount of claims or number of claims submitted to the
25 Florida Medicaid program?

Page 119

1      A   You know, we're going to have a repeat of the
2 earlier conversation.
3      Q   And I'm not interested in doing that over
4 again, so if you don't have any, just --
5      A   We provided the claims data.   Today, off the
6 top of my head, I can't tell you how many claims were
7 billed to Medicaid for neurosurgery, ED, or oncology.   I
8 know that we have -- we're a safety net hospital, so we
9 do a lot of Medicaid business, because others in our
10 market don't see -- they don't see the need to take care
11 of Medicaid patients and we do.
12      Q   Okay.   All right.   Let's move on to topic
13 number nine.   This was the process or processes by which
14 Halifax Hospital Medical Center identifies and
15 calculates the total annual professional fees for
16 services rendered by each physician in the neurosurgery
17 or oncology practice area from 2000 to the present.
18       So let's start with the neurosurgeons.   If you
19 could describe that process for me.
20      A   That process is going to be similar to the
21 process that we went over for the hospital claim form.
22 But it is different in a couple of ways, so I'll start
23 with we use a system called LSS.   I think it's Lake
24 Superior Systems, I think is what it stands for.
25       At this point in time, Meditech owns that

Page 120

1 system outright, but it is the physician billing and
2 electronic records system that we use for capturing
3 charges and billing for physician services.   The patient
4 access staff enter demographic data, just like on the
5 hospital claim form side.
6       And there's a couple of forks in the road.
7 There are some services that Meditech will sort of
8 create an account on LSS.   Like, for example, a -- an
9 emergency room visit.   So part of that data would flow
10 into LSS and say, Okay, Arvin Lewis had an ER visit on
11 this day and this is the doctor that saw him.   And then
12 the staff would have to -- in coding, would have to read
13 the physician's documentation and decide, you know, what
14 level of code -- you know, what procedures were done.
15       And they would actually add that in the coding
16 department.   They would add that to the -- I don't think
17 it's called the abstracting module on the LSS side.   I
18 think it's just part of the billing module.
19       But then they would enter that data.   They
20 would verify that all the codes were accurate.   They
21 would enter all the codes.   They would enter the
22 diagnosis codes.   And that data within LSS, then, would
23 flow to ePremis.   And then we would send out that claim
24 for the emergency services.
25       If it was a physician that was one of our, you

Page 121

1 know, employed physicians, whether they were psychiatry
2 or neurosurgery or oncology, the processes are similar.
3 Registration staff would say, Okay, Arvin Lewis is here
4 to see Dr. Smith.   And then, Dr. Smith, then, is
5 typically doing an E/M code, an evaluation and
6 management service.
7       If there was a procedure done, we would
8 capture the procedure.   And we would capture that
9 procedure by looking at the hospital record and by
10 looking at the physician's op note and the physician's
11 documentation.   We would also capture any diagnosis
12 codes, because diagnosis codes flow from Meditech into
13 LSS.   But, you know, we have to -- the coding staff have
14 to go through them and look at them to make sure that
15 they're in line with the services that were being
16 provided.   And we would then -- you know, that data gets
17 entered, it flows to ePremis, and a claim goes out.
18       We also have hospitalists and intensivists who
19 we do the billing for.   And what happens with those
20 accounts is, the -- I believe that those charges are
21 actually keyed into the system.   Like, the physician
22 will -- there's like a little -- almost like an
23 encounter form at the physician's office, and they would
24 annotate that they did a level two or a level three or
25 whatever visit they did, and they would note the



DISCOVERY
LITIGATION SERVICES
Court Reporting • Videography • Trial Presentations
Nationwide Coverage

37 North Orange Avenue
Suite 500
Orlando, Florida 32801
321.710.2150
www.DiscoveryLit.com

Case 6:09-cv-01002-GAP-TBS   Document 284   Filed 05/29/13   Page 33 of 201 PageID 15785

UNITED STATES vs. HALIFAX HOSPITAL, et al.                    30(B)(6) VIDEOTAPED DEPOSITION OF
ARVIN LEWIS on 03/05/2013                                                      Pages 122..125

Page 122

1   diagnoses that they had treated the patient for.  And
2   they would also in the hospital record obviously
3   document the care that they were doing and other people
4   that they were consulting and everything.
5           But the coding staff, then, use, you
6   know, that record and enter charges as in, you know,
7   Dr. Smith did an admission code and did, you know, two
8   rounding codes, and this is what the diagnosis is.  That
9   data would flow -- that patient's account would have,
10  you know, those visits on it.  And then it would flow to
11  ePremis and then it would be transmitted to the payer.
12          There is one more group of patients.  And what
13  we've talked about thus far is ED, we've talked about,
14  sort of, patients in the doctor's office that we can
15  operate, and then we've talked about other, you know,
16  outpatients.  The remaining piece would be we do billing
17  for some hospital-based services.  And a good example is
18  an EKG.
19          Payers still typically pay for the
20  professional component of the equipment and the staff,
21  and then they pay for the physician component of reading
22  the EKG.  So if that EKG is performed in the emergency
23  room or in the -- somewhere on our campus, inpatient
24  campus, outpatient, the physician would order the EKG,
25  and we would capture who read the EKG.

Page 123

1           The departments have to line that up.  So if I
2   have an EKG flow through on my account, it requires the
3   department to say -- and by department, I mean the
4   department providing the service -- they then have to
5   link that up and say, Okay, Dr. Smith read my EKG, but
6   Dr. Jones read your EKG.  And they capture those
7   physicians.
8           So the big difference on that block of claims
9   is that in those cases, you would have a -- for an --
10  and we're talking about specific claims, so I'm using a
11  EKG claim as an example.  If I'm billing for the
12  professional component of an EKG, the attending
13  physician, which is the hospitalist, or an outpatient
14  primary care may have ordered the test, and so they are
15  listed -- and I don't remember the form locator number,
16  but it's the 1500 version -- there's a form locator that
17  says who ordered that test.  Some people say referring,
18  but it's really who ordered the test to be done.  And so
19  that physician's name populates there.
20          There's the physician that actually -- I think
21  it's referred to on the form as the rendering physician.
22  So it's the physician that actually provided the
23  service, actually read the EKG.  And so like on that
24  claim form for a EKG, there's the physician that ordered
25  it, the physician that read it, two separate locators,

Page 124

1   and then at the bottom I believe there's another form
2   locator that's the same as who provided the service.
3           And so in that case, let's say a cardiologist
4   read the EKG, there would be a primary care listed on
5   the account as the referring, slash, attending.  I think
6   it's actually attending.  And then the cardiologist
7   would be listed as the rendering, and he would be
8   listed as the -- the one at the bottom that's the actual
9   performing, rendering -- I don't remember what the two
10  fields are called, but I know in that case -- in that
11  example, you have to have one physician's name in one
12  place, the other physician's name goes in two places.
13      Q   Okay.  And that's for the form 1500.
14          If we can take a look at Exhibit 56 just
15  because I know I got a little confused there.  So let's
16  use your EKG example, because this would be a service
17  where there is a technical component that the hospital
18  is billing, correct?
19      A   It would be bundled in with the other hospital
20  claim, but there would be a line item that said, you
21  know, EKG.
22      Q   Okay.  How would the ordering of this EKG be
23  reflected on Exhibit 56?
24      A   My understanding on the hospital claim form,
25  we still would follow the process that the attending

Page 125

1   physician would be in form locator 76.  That's the one
2   that admitted the patient or requested the procedure to
3   be done.
4       Q   And so that would be -- in your example, that
5   would be the primary care physician?
6       A   It would be, yes, the attending.  In this
7   example, it would be a primary care physician that was
8   admitting the patient.
9       Q   So that person would be listed as the
10  attending?
11      A   Attending.
12      Q   Okay.
13      A   Since the EKG is not a -- I don't think they
14  define that as a procedure.  Form locator 77 I believe
15  is just for invasive type work.  I don't think that they
16  classify an EKG as being, you know, operating.
17          So on this form, my understanding is that EKG,
18  the professional component of the EKG, is no different
19  than the lab or any of the other services.  There is a
20  difference on the 1500 if I'm billing for the physician
21  that read the results.  If I'm not billing for the
22  physician that read the results, then the physician is
23  doing their own thing.
24      Q   Right.
25      A   But my understanding on the hospital claim



DISCOVERY LITIGATION SERVICES
Court Reporting • Videography • Trial Presentations
Nationwide Coverage

37 North Orange Avenue
Suite 500
Orlando, Florida 32801
321.710.2150
www.DiscoveryLit.com

Case 6:09-cv-01002-GAP-TBS   Document 284   Filed 05/29/13   Page 34 of 201 PageID 15786

UNITED STATES vs. HALIFAX HOSPITAL, et al.                    30(B)(6) VIDEOTAPED DEPOSITION OF
ARVIN LEWIS on 03/05/2013                                              Pages 126..129

Page 126

1  form, that -- that physician that read that EKG does not
2  really fit into the picture anymore.
3        Q.  Okay.  Because it's not an invasive procedure,
4  so all that would be on that -- on Exhibit 56 would be
5  the name of the physician who ordered that the EKG be
6  done?
7        A.  My understanding is that I am to list the
8  attending physician in 76 and anybody that's doing
9  procedures in 77.  And I believe that 78 and 79 can be
10 used if there are other physicians doing procedures to
11 patients.
12       Q.  Okay.  Now, I appreciate all that, and I think
13 we might have gotten a little off of topic nine, or this
14 might be background for topic nine.
15            But with respect to calculating the total
16 annual professional fees for services rendered by
17 neurosurgeons and medical oncologists, all the
18 information you gave me was sort of how that information
19 gets into the system; is that accurate?
20       MR. STEPHENS:  Objection as to form.
21       THE WITNESS:  The process I described is how
22       we capture charges and bill for every physician
23       that we bill for.
24 BY MR. SCHWARTZ:
25       Q.  Right.  For the physician services?

Page 127

1        A.  Yes, for the physician services.
2        Q.  Okay.  So now all that information is now
3  captured in the LSS system, as you've described.  How
4  does Halifax calculate the total annual professional
5  fees generated by a neurosurgeon?
6        A.  Okay.  And I will -- I'm here today speaking
7  for Halifax.
8        Q.  Yes.
9        A.  So that process is similar to that discussion
10 that we had about claims data in that the LSS data does
11 not flow into Trend Star, the decision support tool.  We
12 do have standardized reports.  LSS is broken into
13 multiple databases.  It's one global electronic record,
14 but the business side of it is broken into segments.
15            And so, for example, there may be, you know, a
16 neurosurgeon in one database and a urologist in another
17 database, and then there are, sort of, overall groupings
18 that can roll some of that data up.  So we have -- we
19 created reports to pull that data out of LSS.
20            I also believe that there are connections
21 between the hospital general ledger, you know, the
22 actual -- that we use to create the income and balance
23 sheets and all the other accounting -- that data from
24 LSS and Meditech hospital data flow into the general
25 ledger accounts and are bundled up into a global picture

Page 128

1  of what the total -- you know, what the total charges or
2  what the total revenue was for the hospital and all the
3  areas that we operate.
4            The main difference being, from what we
5  described earlier, was right now LSS data doesn't flow
6  into Trend Star.  We had to create reports to pull data
7  out.  And there are, you know, packets of reports that
8  are created monthly that the physicians and the
9  leadership for those areas can review to see, you know,
10 how business is going.
11       Q.  Okay.  Do these reports that are created
12 monthly have a name?
13       A.  Internally, the staff that are within the
14 revenue cycle, they refer to them as the binder report,
15 because historically they were printed and bound into a
16 little document.  Now they're just electronic print
17 images of reports.  And then the staff that oversee
18 those areas, many of our leaders have responsibility for
19 the -- you know, the inpatient and the outpatient side
20 of the business.  And so they would be using that data
21 to look at how a particular service line was
22 functioning.
23       Q.  Okay.  Are the binder reports organized just
24 by physician, by physician practice area, by inpatient
25 services, outpatient services, or does it vary depending

Page 129

1  on who's getting the actual report?
2        MR. STEPHENS:  Objection as to form.
3        THE WITNESS:  I believe there are differences
4        in -- say an office manager or a physician's
5        practice wants a different view than, say, the
6        service line leader that's over several practices
7        versus the individual doctor who just wants to know
8        if Humana is paying his claims or not.
9            So yes, there are -- there are standard
10 reports that have been created.  And some of the
11 offices, you know, spend more time looking at the
12 different reports than others.  You know, some of
13 them really don't spend a lot of time looking at
14 it.
15            The people that I work most closely with, the
16 revenue cycle folks, they use them as a management
17 tool to see, okay, did -- globally, how did Humana
18 pay us, how did BlueCross pay us, are there any
19 particular denials that we're getting from Humana
20 from a particular code.
21            They don't look at issues from, say, a
22 productivity standpoint.  They don't look to see
23 how many office visits a particular physician had.
24 They're only looking to see, okay, did we bill it
25 right and did -- did we get paid right.


DISCOVERY
LITIGATION SERVICES
Court Reporting • Videography • Trial Presentations
Nationwide Coverage

37 North Orange Avenue
Suite 500
Orlando, Florida 32801
321.710.2150
www.DiscoveryLit.com

Case 6:09-cv-01002-GAP-TBS  Document 284  Filed 05/29/13  Page 35 of 201 PageID 15787

UNITED STATES vs. HALIFAX HOSPITAL, et al.          30(B)(6) VIDEOTAPED DEPOSITION OF
ARVIN LEWIS on 03/05/2013                                                    Pages 130..133

Page 130

1  BY MR. SCHWARTZ:
2      Q   How does the payment information get into this
3  program?  We talked about LSS and getting all the
4  charges into the system.
5          So how does the payment information get input?
6      A   A lot of it is captured electronically from
7  the remittances that come back from the payers.  There
8  is still some portion of it -- and on LSS, I don't know
9  if it's 5 percent or 10 percent or 20 percent.  But
10 there's still a percentage that has to be hand-keyed
11 because you can't -- some payers don't have a feed, or
12 it could be a claim that you're getting paid an actual
13 hard copy check.
14         But the electronic remittances come in a very
15 similar process to the hospital, but it comes in, the
16 bank account says we got $100.  The remittance says we
17 got $100.  And the remittance says, okay, that $100 is
18 split between these five patients.
19         And they do error out, because it's a posting
20 process.  And if it errors out, the staff involved in
21 that have to go in and figure out what caused it to
22 error out.  And they have to make sure that those five
23 patients, those accounts that got paid, that it was
24 posted correctly to those accounts and any adjustments
25 that we needed to make from a contractual standpoint are

Page 131

1  made.  Part of that contractual process is automated;
2  part of it is still manual.
3      Q   And I think you said all of this payment
4  information gets put into LSS?
5      A   We do all our billing and collection.  And,
6  you know, collection, you have to post a payment.  All
7  that data is either entered directly or is fed into LSS
8  from an electronic remittance.
9      Q   Do you keep track also of the charges for
10 these services?
11         MR. STEPHENS:  Objection as to form.
12         THE WITNESS:  You know, we have to be able to
13 capture the charges to bill for the services.  So
14 in that way, we do consolidate charges to be able
15 to generate the 1500.
16         I believe some of the binder reports --
17 because, once again, I personally don't spend a lot
18 of time on an individual physician practice's
19 binder reports.  I'm more concerned with globally
20 how BlueCross is treating us than I am how one
21 physician -- how much revenue one physician is
22 generating.
23         But I do believe that those binder reports do
24 roll up, like, a monthly account of what the
25 charges were, what the collections were, and in

Page 132

1  what the denials -- you know, how much we had to
2  write off from a contractual standpoint and
3  anything that we had to write off from a -- you
4  know, a payer saying that they just, you know, were
5  not going to pay for it.
6  BY MR. SCHWARTZ:
7      Q   Okay.
8      A   It also captures patient payments as a
9  separate payment, but it does capture that data also.
10     Q   Okay.  Now, with respect to Halifax, the
11 charges for physician services don't necessarily equal
12 the payment for that service, correct?
13     A   I don't think there's a provider out there
14 whose charges equal their payments.  I mean, that's --
15 you know, I guess if somebody's doing a lot of cosmetic
16 stuff and they're charging, you know, 1500 bucks for
17 something and they're getting paid 1500 bucks, then the
18 charge may equal payments.  But I'm not aware of
19 providers where the actual payments come anywhere close
20 to what the charges are.
21     Q   Right.  And what I was getting at is you
22 talked about how you're examining this to sort of look
23 at financial performance and get a sense of the amount
24 of money coming in, whether there's specific issues you
25 need to address.  And I'm trying to get a sense of how

Page 133

1  you do that, because the charges for these services
2  aren't necessarily equal to the payment that you're
3  getting.
4          So how are you discerning financial
5  performance when the charges aren't equaling cost to
6  begin with?
7      A   Well, we're talking about different things
8  here.  Financial performance is something that you have
9  to work through with an overall viewpoint of how the
10 system is doing.  Are we -- most years we don't make
11 money, because we're focused on providing services for
12 the folks that can't get care anywhere else.  And as a
13 safety net hospital, a large chunk of our business is
14 Medicaid and a large chunk of our business is no pay.
15         So, you know, we're looking at it from a --
16 how do we make money, a lot of stuff we do where we
17 don't make money at all.  The role that -- that most of
18 us are more focused on is, you know, not the financial
19 implication of how we're doing, but how is the
20 particular payer treating us.  And to answer that
21 question, we do have ways to know that.
22         We know -- we have fee schedules that are
23 built into LSS, and they're built on a model that takes
24 the Medicare fee-for-service rates and inflates them to
25 a level, because, you know, BlueCross Blueshield, Aetna,



UNITED STATES vs. HALIFAX HOSPITAL, et al.
ARVIN LEWIS on 03/05/2013

30(B)(6) VIDEOTAPED DEPOSITION OF
Pages 134..137

Page 134

1  United, most of them pay by fee schedule, but most of
2  them -- you know, if they paid the Medicare fee
3  schedule, nobody would be in business.  So I think it's
4  generally accepted that the commercial plans are always
5  going to pay more than the Medicare fee schedule.
6          So you set a -- you set charges based on your
7  market as to what you -- what you think you should
8  charge.  Personally, and from a Halifax standpoint, we
9  don't -- you know, we don't try to set rates at, you
10 know, a thousand times Medicare.  You know, we try to
11 make them, you know, fit more into something -- 200,
12 300 percent maybe, but there's not a hard and fast rule
13 on this particular code has to be priced out at
14 100 percent of Medicare or 200 percent of Medicare.
15         But those prices are set.  When they're set --
16 and let's say particularly on some specialty services,
17 as Medicare has reduced payments on those specialty
18 services -- and there's cases where we haven't went back
19 and said, well, we now may be charging 600 percent of
20 Medicare, it used to be 250 percent of Medicare, but as
21 Medicare kept dropping the price, we didn't go back and
22 change the fee structure, because United or BlueCross or
23 somebody was still paying 400 percent of Medicare.
24         And what happens with BlueCross and Aetna and
25 United and the other big payers, if they are willing to

Page 135

1  pay 500, but you only bill 400, you're only going to get
2  paid the 400.  So you -- almost everybody has fee
3  structures that are set at some percentage above
4  Medicare.
5          So we set those fee structures.  And when
6  we're getting paid, you know, by BlueCross, by Aetna, by
7  United, we have a general idea on the physician side
8  that we should be -- let's say it's a ur- -- we have
9  some urologists.  So we've got a urology practice.  And
10 if we know that the urology fee schedule is somewhere
11 around 200 percent of Medicare and we know that
12 BlueCross is paying 150 percent of Medicare, if we do a
13 quick calculation and we see that we're close to that
14 150 percent, we know BlueCross is actually paying
15 correctly.
16         From the hospital side, we have software to do
17 those calculations.  At the present time, that's more of
18 a manual process on the physician side.  We have a plan
19 for adding a system that would do each of those
20 individual calculations to say, Okay, BlueCross is
21 supposed to pay me 150 percent, did they pay me
22 150 percent?
23         Now it's more of a fee schedule.  And the fee
24 schedules for the main payers are in LSS, but it's
25 definitely not a fully automated system.  On the

Page 136

1  hospital side, we can generate a report that says
2  BlueCross underpaid us $10 on this claim.  On the
3  physician side, we can run multiple reports, look at
4  some data and say, Okay, it looks like BlueCross is
5  short-paying us, and then we have to go look at some
6  individual accounts.
7      Q   Okay.  Got it.  Thank you.
8          Now, if we can get back to the neurosurgeons.
9          Do you have a basic understanding of the
10 structure of the neurosurgery contracts between the
11 three neurosurgeons and Halifax Staffing, Inc.?
12         MR. STEPHENS:  Objection as to form.
13         THE WITNESS:  As long as we don't debate what
14 basic is, yes, I have a basic understanding of how
15 that relationship works.
16 BY MR. SCHWARTZ:
17     Q   Fair enough.
18         And you have -- do you have an understanding
19 that they're paid a base salary plus a bonus based on
20 collections above the base salary?
21         MR. STEPHENS:  Objection as to form.
22         THE WITNESS:  It is my understanding that
23 their compensation is based on a base, which is a
24 very low base, and they get a percentage of
25 collections if it's over, as you stated, a certain

Page 137

1  amount.  And I believe that there's also a
2  relationship based on the number of days' call that
3  are taken throughout the month.
4  BY MR. SCHWARTZ:
5      Q   Let's focus on the bonus that's related to
6  collections above their base salary.
7          How does Halifax go about determining the
8  annual level of collections for a neurosurgeon in a
9  particular year to calculate their bonus?
10     A   It's pretty straightforward.  The personally
11 performed services by the neurosurgeons are captured.
12 And to your earlier point, we typically capture, you
13 know, charges and collections, and that's bundled up.  I
14 believe those are actually calculated quarterly with a
15 rollup on an annual basis, but -- yes, quarterly and
16 then a rollup annually, we capture -- I say we, the --
17     Q   Well, you're speaking here as Halifax's
18 30(b)(6), so --
19     A   -- Halifax staff members from various
20 departments.
21         Revenue cycle people typically create what the
22 charges were and what the payments were.  Service line
23 folks in charge of the areas usually pull that together
24 and do a worksheet to say, Okay, Dr. So-and-so had, you
25 know, a million dollars in charges, they collected



UNITED STATES vs. HALIFAX HOSPITAL, et al.
ARVIN LEWIS on 03/05/2013

30(B)(6) VIDEOTAPED DEPOSITION OF
Pages 138..141

Page 138

1  $500,000, and they had a base of $250,000.  So based on
2  their -- excuse me, based on their contract, this is the
3  amount that they're owed.  And then typically that goes
4  to somebody in accounting and finance that verifies all
5  that.  Once that's done, then they process the
6  reimbursement.
7      Q   Now, when we talk about the -- you said that
8  the charges and collections for their personally
9  performed services is gathered up.
10             Is that done in LSS or is that done somewhere
11 else?
12     A   Since the LSS data doesn't flow to Trend Star,
13 we have to pull it out of LSS.  And so we had reports
14 created that would allow us to gather the information
15 that we needed.  There are some physician contracts that
16 are pretty straightforward that says, you know, it's
17 this amount of collections over a certain amount, or
18 it's this amount of collections over your base.
19             There are some where there are quality
20 indicators and we have to capture those.  There are some
21 where it's a mix of some productivity and some quality.
22 So there are -- there are multiple ways to get there,
23 but that data is -- the financial data is created out of
24 LSS.  Clinical data is either pulled out of LSS or
25 Meditech, depending on what we're looking for.

Page 139

1      Q   Okay.  With respect to the financial data, who
2  is pulling that information out of LSS and generating a
3  report for you or for Halifax to look at?
4      A   I think in most cases, the data used to
5  calculate any incentive payment, there's a direct
6  request from either accounting or the service line
7  leader to the physician billing unit.  And what would
8  typically happen is they would ask Joni Rahn, because
9  Joni is the director of Patient Financial Services, that
10 means she oversees both hospital and physician, and then
11 also that communication would go to Suzanne D'Amico, who
12 was the actual manager for physician billing.  And they
13 would make that request to say, Okay, I have to
14 calculate Dr. Smith's incentive, and this is the date
15 range of data that I need.
16             And so either Suzanne or a member of her staff
17 would run those reports.  I think at this point that
18 they're typically downloaded to Excel so we're not
19 pushing a bunch of paper around.  But they generate the
20 reports, it gets moved into Excel, and then that gets
21 sent to the requesting area.
22             And then they use that data to calculate the
23 payment and then forward -- they're responsible for
24 sending it to essentially -- we still call it AP, but
25 essentially it's the finance branch of the family who

Page 140

1  look to ensure that if it was supposed to be 53 percent
2  of whatever or if it was supposed to be over a $200,000
3  base, that that's actually the calculation being done.
4  And then it gets processed for payment.
5      Q   Okay.  With respect to how you identify the
6  information in the LSS system, is it simply a matter of
7  going in there and looking for the physician's employee
8  number or identification number and you just gather all
9  the claims with his or her ID number and those are their
10 personally performed services that you use, or is there
11 another methodology used to capture that information?
12     A   The LSS is broken into those various
13 databases.  And the individual physician is part of that
14 database structure, so --
15     Q   Let's take -- we were just talking about
16 neurosurgeons, so let's just take Dr. Khanna as an
17 example.
18             So how does Halifax pull out the
19 information -- and let's use 2009.  If you were trying
20 to calculate his annual professional fees for 2009, how
21 do you go into the LSS system and what do you request
22 that that information -- that that system provide to
23 you?
24     A   Well, at this point we have -- those standard
25 reports that we generate monthly that show what revenue

Page 141

1  is and what collections are and what denials are.  So
2  that data is available to the -- essentially the service
3  line leadership and to the revenue cycle leadership.
4      Q   Those are the binder reports you referenced
5  earlier?
6      A   Yes, sir.
7      Q   So is that how you would do it or would you
8  actually follow a different process?  Would you just
9  tabulate all the monthly binder reports?
10     A   No.  We found that it is simpler, that if
11 you're actually -- we use the binder reports for
12 management knowledge of are we collecting or are we not
13 collecting, is there a payer that is not paying.
14             If we're calculating an incentive or we're
15 calculating the amount that a physician is being paid,
16 typically we don't add those up.  We essentially -- they
17 would essentially ask Suzanne and her staff to generate
18 a report for a date range and then provide that, and
19 then that was when they would -- the service line
20 leadership would verify how it was supposed to be paid,
21 calculate the payment, and then, like I said, usually
22 accounting and finance kind of signs off that, yes, they
23 agree that the numbers are correct.
24     Q   And I apologize, and maybe I'm not being
25 clear, but with respect to the first step you described



Case 6:09-cv-01002-GAP-TBS   Document 284   Filed 05/29/13   Page 38 of 201 PageID 15790

UNITED STATES vs. HALIFAX HOSPITAL, et al.                30(B)(6) VIDEOTAPED DEPOSITION OF
ARVIN LEWIS on 03/05/2013                                                  Pages 142..145

Page 142

1  there, going into the LSS system, is it as simple as
2  saying, Look up Dr. Khanna's provider number or Halifax
3  employee identifier number and it's self-evident which
4  services he provided, which professional services he
5  provided?  Is it just, you know, a list that you can go
6  in and say sort by provider number, look for
7  Dr. Khanna's provider number, and then all of that gets
8  generated, and those are his charges and collections for
9  a year, or do you have to do something specifically to
10  get that information out of LSS?
11      A    Nothing's ever simple in a system our size and
12  with a system that we operate on.  But the service line
13  leader would request -- and as I said, it's usually a
14  quarterly, sometimes it's semi annual, and typically
15  there's some kind of annual true-up.  So whatever date
16  period they would request that data.
17           And then -- I think you're really trying to
18  question the data structure, so -- and I don't know a
19  good way to explain it, but let's say that both you and
20  I were urologists.
21      Q    Let's stick with neurosurgeons, because that's
22  what topic nine is about.
23      A    We can be neurosurgeons, we can be whatever --
24      Q    Okay.
25      A    -- so let's say both of us are neurosurgeons.

Page 143

1           For the neurosurgeons, I believe -- well,
2  there are separate databases, so your data is in a
3  database for you, my data is in a database for me.
4      Q    And in Halifax's world, Dr. Khanna, Dr. Kuhn,
5  and Dr. Vinas have a separate database?
6      A    Separate database within LSS.
7      Q    Okay.  So for Dr. Khanna, he has his very own
8  database for all of his services and all of the services
9  he rendered are captured in that database?
10      A    You always ask questions that make me have to
11  caveat things.
12      Q    That's why we're here, because you have the
13  knowledge, not me.
14      A    The short answer is yes.
15           The reason I'm hesitating is there was a
16  period of time where trauma claims for all the providers
17  were not in their database, but they were in a trauma
18  database.
19      Q    Okay.
20      A    So if -- I think at this point in time,
21  everything that a physician does is in their individual
22  database and nowhere else.  But there was a period of
23  time that if you wanted, say, Dr. Khanna's, you would
24  have to run a report out of Dr. Khanna's database --
25      Q    And trauma.

Page 144

1      A    -- and you would have to look to trauma and
2  pick Dr. Khanna out of the trauma database.
3           But to keep the simplistic answer, at this
4  point in time I believe that all -- that we don't really
5  enter -- we don't use that trauma database for anybody
6  that is an employed physician at this point, so you
7  would go to the -- sort of the neurosurgery section and
8  then Dr. Khanna, for example, Dr. Kuhn, Dr. Vinas, they
9  have their own individual database that only captures
10  the services that they are providing.
11      Q    Okay.  Now, you've said that the database has
12  just a listing of all the services only they are
13  providing.  Is there any sort of audit done to make sure
14  that those are all personally performed services?
15      A    The structure is such that the staff entering
16  the charges, which is in the -- although they're in the
17  physician's office, they're our employees, because the
18  physician is an employee, and we have processes and
19  policies to ensure that we're capturing data correctly.
20  If we sensed that or we see any evidence that there
21  was -- of anything that was not done correctly, then we
22  take a look at it, figure out was it done correctly, was
23  it not done correctly.
24           And then, you know, depending on what it was,
25  if it was something that we felt could be, you know,

Page 145

1  construed to be an overpayment, then that's where I
2  would typically get involved.  I would involve legal
3  counsel, our internal counsel.  I would talk to
4  George Rousis, the compliance officer, and then we would
5  look at what the next step should be, if we thought that
6  there was something that had been entered incorrectly.
7           If it was -- for example, if it was -- if the
8  office miskeyed and it was supposed to be a 99210 and a
9  99202 and that got caught before it got billed, it would
10  just be modified.  If it was something that had already
11  been billed, then we would look at, you know, was that
12  an error or was that, like, a training issue where it
13  was not clear or if it was just a fluke where something
14  didn't work the way it was supposed to work.
15           But we have processes in place that if we
16  identify something that is possibly incorrect, we take a
17  look at it and figure out how it should be addressed.
18      Q    Okay.  I'll go ahead and introduce Exhibit 60.
19           (Exhibit 60 was marked for identification.)
20  BY MR. SCHWARTZ:
21      Q    Mr. Lewis, do you recognize Deposition
22  Exhibit 60?
23      A    I don't readily recognize Exhibit 60 from a
24  quick scanning of the first couple of pages.  I
25  recognize the concept of Exhibit 60.



Case 6:09-cv-01002-GAP-TBS   Document 284   Filed 05/29/13   Page 39 of 201 PageID 15791

UNITED STATES vs. HALIFAX HOSPITAL, et al.          30(B)(6) VIDEOTAPED DEPOSITION OF
ARVIN LEWIS on 03/05/2013                                    Pages 146..149

Page 146

1    Q   Okay.  Then what is your understanding of the
2  concept of Exhibit 60?
3         MR. STEPHENS:  Objection as to form, outside
4    the scope of the 30(b)(6) testimony.
5  BY MR. SCHWARTZ:
6    Q   You can answer the question.
7    A   Okay.  What was the question again?
8    Q   What is your understanding of the concept of
9  Exhibit 60?
10   A   I am -- and I shouldn't make an assumption
11 here, but I am -- I believe that this document refers to
12 a question that Elin had referred to George.
13        In my earlier deposition, we had walked
14 through a history of various things that I was asked
15 about or was aware of.  And in this particular case,
16 the -- Elin had a question about -- well, actually, in
17 the memo, she's essentially saying that one of the
18 neurosurgeons had an RN round on patients and she
19 referred that item to George Rousis, who's our
20 compliance officer.
21        I recall as a member of the -- since I'm in
22 charge of the revenue cycle, I recall a discussion with
23 Elin and George about this.  I also recall that it was
24 discussed at length at a couple of compliance committee
25 meetings.

Page 147

1         And -- but as far as to the specific outcome
2  of this, I don't recall what the final was.  I can talk
3  about what our process is, but I wouldn't be able to
4  point to an individual line item and say, Okay, well, we
5  did this or we did that, because this was, you know, in
6  2007.
7    Q   Okay.  Fair enough.
8         And I don't want to ask you about your
9  process, but I want to ask you about what you
10 specifically remember about conversations with the
11 Relator and Mr. Rousis about Exhibit 60.
12   A   Okay.
13        MR. STEPHENS:  Objection as to form.  You're
14    asking in his personal capacity?  It's outside the
15    scope of the 30(b)(6) topic.
16        MR. SCHWARTZ:  No, there's a lot of
17    information here about services that were not
18    personally performed, and I'm trying to get at what
19    they do when they identify services that aren't
20    personally performed with respect to topic nine.
21        MR. STEPHENS:  Well, you just directed him not
22    to tell you what the processes were.
23        MR. SCHWARTZ:  No, I asked him to talk about
24    specific instances that are identified here.
25        MR. STEPHENS:  He's not here to talk about

Page 148

1  specific instances.  He's here as --
2         MR. SCHWARTZ:  Well, you can make an
3  objection.  You don't need to make a speaking
4  objection.
5         So your objection is beyond the scope; is that
6  correct?
7         MR. STEPHENS:  Correct.  And you directed
8  him --
9         MR. SCHWARTZ:  Are you instructing him not to
10 answer?
11        MR. STEPHENS:  You directed him --
12        MR. SCHWARTZ:  Are you instructing him not to
13 answer?
14        MR. STEPHENS:  You directed him not to tell
15 you the processes.
16        MR. SCHWARTZ:  I don't care what you think,
17 Reed.  I want to know if you're --
18        MR. STEPHENS:  We can go to the record.
19        MR. SCHWARTZ:  -- instructing him not to
20 answer.
21        MR. STEPHENS:  We can go to the record.
22        MR. SCHWARTZ:  We're not going to the record.
23 Are you instructing him not to answer?
24        MR. STEPHENS:  Ask your question and I'll
25 decide.

Page 149

1         MR. SCHWARTZ:  Okay.
2  BY MR. SCHWARTZ:
3    Q   What do you specifically recall about your
4  discussions about Exhibit 60 with Ms. Kunz and
5  Mr. Rousis?
6         MR. STEPHENS:  Objection.  The question is
7    outside the scope of the 30(b)(6) topic, and I am
8    going to instruct him not to answer.
9         MR. SCHWARTZ:  Okay.  Well, that is not proper
10   basis for instructing a witness not to answer.  So
11   if in one of our many motions we have to get
12   Mr. Lewis back here to answer that question, we
13   will do that too.
14        MR. STEPHENS:  He's going to be testifying in
15   two weeks in his fact deposition where you can ask
16   him all about it.
17        MR. SCHWARTZ:  Well, I didn't realize that, so
18   maybe we will, but I need ask him this line of
19   questioning.
20 BY MR. SCHWARTZ:
21   Q   Are you going to follow your counsel's
22 instruction, Mr. Lewis?
23   A   I am.
24   Q   Okay.  If you can please turn to page -- it's
25 marked page three of 29 of Exhibit 60, but it really



UNITED STATES vs. HALIFAX HOSPITAL, et al.
ARVIN LEWIS on 03/05/2013

30(B)(6) VIDEOTAPED DEPOSITION OF
Pages 150..153

Page 150

1  appears to be the fourth page of Exhibit 60.
2          The executive summary, topic number one says,
3  The physician appears to be using a registered nurse for
4  hospital rounding and then billing the work of the RN as
5  a professional evaluation and management, E/M, service.
6  This practice is contrary to the requirements of the
7  Medicare program and most other third-party payers.  Of
8  the twelve encounters reviewed, eleven, 91.7 percent,
9  appear to have been performed by the RN and, therefore,
10 are not billable by the physician.
11         So how does Halifax remove those services from
12 the professional billings that the neurosurgeon
13 suggested he performed?
14     A   Once again, do you want me to talk in general
15 how we handle this from a Halifax standpoint?  Because I
16 would have to ask my attorney whether I -- you know, how
17 I answer that question.
18     Q   Why don't you talk generally, and then if we
19 need to take a break, we'll do that.
20     A   Okay.  This was a -- a report that was
21 generated by Elin to George.  The line item that you're
22 referring to is a statement made by Elin that -- of
23 twelve accounts that she reviewed that it appeared to
24 have been performed by the RN.
25         At this period of time, Elin was generating a

Page 151

1  lot of stuff.  And it would be -- one day it would be
2  neurosurgery, one day it would be something else.  And
3  we did what we do in each case, we would first verify
4  that either George or I understood what she was saying
5  and what she was asking.  And then we would -- sometimes
6  there would be a discussion before it went to the
7  compliance committee and sometimes we just had the
8  discussion at the compliance committee.
9          But we looked at every issue that was brought
10 forward and we looked to see if we felt like -- and in
11 her memo it says "appears."  Many times there was a
12 disagreement between Elin and Mr. Rousis or Elin and
13 coding staff or Elin and the nurses that reviewed the
14 accounts as to what she thought she was seeing versus
15 what they saw.  We would discuss those.  And then at the
16 compliance committee, we would decide how to move
17 forward.
18         This is related particularly to one small set
19 of claims from, I believe, one neurosurgeon.  This same
20 complaint was made about an oncologist.  And I recall in
21 that case the compliance committee decided to look at a
22 block of claims, and we did reprocess some claims.  I
23 don't recall if these eleven claims were reprocessed,
24 because at this point in time, from this document, this
25 is a question if something's right or not.

Page 152

1          George would work with legal, the folks that
2  work with me would work with them to determine if, in
3  fact, something had been done inappropriately.  And if
4  it was deemed that something was done inappropriately,
5  for example, if it was deemed that a neurosurgeon billed
6  for a service he didn't provide, then at that point in
7  time, we would reprocess the claim and, you know, pay
8  whoever it was the money back.
9          But I can't tell you about this particular
10 case.  I'm just talking about how we handle these kind
11 of things when they come up.
12     Q   And you did, however, mention medical
13 oncologists and said where that did happen and you
14 reprocessed the claims, correct?
15     A   There were claims that we processed because
16 there was a discussion.  If I recall correctly, in
17 oncology it was the point that a nurse had graduated,
18 had her ANRP certificate, but had not yet got her
19 license and had not been credentialed.  So I believe
20 there was a very short period of time where she was
21 still, in the eyes of the state, an RN and not an
22 advanced nurse practitioner.  And when that was
23 identified, we did go back and reprocess those.
24 Essentially, didn't reprocess them, we went back and
25 just, you know, didn't bill for those services, because

Page 153

1  she had provided the services versus the physician.
2          But that's my memory of oncology.  It wasn't
3  a -- it was a misunderstanding as to when the nurse
4  practitioner could actually provide the services.
5      Q   Now, how do all those changes get reflected
6  in -- I guess in this instance, since it's a physician
7  service, it would be only reflected in the LSS system,
8  is that accurate, or are there other systems that need
9  to be changed?
10     A   It would be captured in the LSS system, and if
11 it was deemed to be an overpayment, then we would refund
12 those dollars.  And there are multiple ways that you --
13 and it depends on time range.
14         If it's, you know, less than, like, a year
15 old, I think, you can just reprocess the claim.  If it's
16 more than a year old, there are other steps you have to
17 go through.  But our billing staff worked with
18 compliance to make sure that whatever process we have to
19 follow, if it's deemed to be a known overpayment, that
20 we, you know, make sure the money gets back to the right
21 party.
22         On a document like this, this is pointing to a
23 possible issue.  It's not pointing to a -- an
24 overpayment.  Certainly not pointing to a known
25 overpayment.  It's pointing to a question about



DISCOVERY LITIGATION SERVICES
Court Reporting • Videography • Trial Presentations
Nationwide Coverage

37 North Orange Avenue
Suite 500
Orlando, Florida 32801
321.710.2150
www.DiscoveryLit.com

UNITED STATES vs. HALIFAX HOSPITAL, et al.
ARVIN LEWIS on 03/05/2013

30(B)(6) VIDEOTAPED DEPOSITION OF
Pages 154..157

Page 154

1  reviewing something.
2       I also -- now that we're looking at this --
3  recall -- whether it was these eleven or whether it was
4  a question -- let's see. Dr. -- yeah, this was -- I'm
5  making sure that this was Dr. Vinas.
6       As part of this position, Elin had taken the
7  position -- she did state in the message that it
8  appeared -- appear- -- eleven appear, and it's a
9  little -- the wording is a little weird, but eleven
10 appear have been performed by the RN.
11      I think she actually means that eleven appear
12 to have been performed by the RN without the physician
13 rounding at the same time as the RN. But if I recall,
14 there were several of these cases where the physician
15 had rounded, they didn't round with the RN, but they had
16 rounded separately and, therefore, the claim that was
17 billed was a valid claim because the physician had
18 performed a ser- -- a personally performed service that
19 day. Elin sometimes had problems identifying physician
20 documentation in the hospital record, because that's not
21 her forté.
22      So I do recall that she brought this issue up
23 and that, you know, we followed our process, discussed
24 it and figured out what to do.
25      Q    Are you aware that there are -- with respect

Page 155

1  to the issue we've just been discussing, that Halifax
2  did identify specific instances where the nurse had
3  performed the rounding and the neurosurgeon did not
4  visit the patient on that day?
5       MR. STEPHENS:  Objection as to form, outside
6  the scope of the 30(b)(6) testimony.
7       THE WITNESS:  I'm not the lawyer, but I think
8  he just said I don't answer it.  I mean, I'm not
9  sure what he said.
10 BY MR. SCHWARTZ:
11      Q    No, he didn't actually say that you don't
12 answer.  He just said it was outside the scope.  He
13 didn't instruct you not to answer.
14      MR. STEPHENS:  Are you asking in his personal
15 capacity, what he remembers?
16      MR. SCHWARTZ:  I'm asking if he's aware of it.
17      MR. STEPHENS:  Then I'm going to instruct you
18 not to answer.
19      He's going to have his fact deposition in two
20 weeks and he can be asked all these questions at
21 that time.
22 BY MR. SCHWARTZ:
23      Q    Is Halifax aware that Mr. Rousis made the
24 determination that certain of the encounters that we've
25 just identified on page three of 29 of Exhibit 60 were

Page 156

1  not actually rounded by the neurosurgeon and, in fact,
2  were performed only by the registered nurse?
3       MR. STEPHENS:  Objection as to form, calls for
4  a legal conclusion.
5       THE WITNESS:  As I've stated earlier, I recall
6  that this issue came up.  I don't recall what the
7  finding of the compliance center or the compliance
8  department was on this particular issue.
9  BY MR. SCHWARTZ:
10      Q    Okay.  If there were instances where Halifax
11 determined that the neurosurgeon did not actually
12 perform the rounding, what would Halifax do to
13 recalculate the physician professional fees?
14      A    Well, the first step would be ensuring that
15 the physician hadn't provided it.  As I've stated
16 earlier, many times there was a -- there was confusion
17 over documentation.
18      But the process of reprocessing a claim, so to
19 speak, would not only send the money back to the payer,
20 it would also change the data within LSS.  So that
21 rounding code would be credited, the payer would be
22 adjudicated a new claim, money would go back, and then
23 that would come back out of the physician's -- it would
24 still be in the physician database, but it would be on
25 here and then off here, so the net would be zero.

Page 157

1       Q    Okay.  What about if the physician had already
2  been paid bonus based on the service in question?  Would
3  the bonus be recalculated or would it be trued up at
4  another time?
5       A    Typically it would be --
6       MR. STEPHENS:  Objection as to form.
7       THE WITNESS:  Typically any changes would be
8  included in the next calculation, because most of
9  these calculations were quarterly and then
10 annually.  And so I can't speak to this one
11 exactly, but, in general, changes that happened --
12 for example, if a payer took back money on an
13 account or something, that would be shown as a
14 reduction in the collections in the next quarter,
15 and then, therefore, it would flow to the
16 physician.
17      You know, the same thing if an insurance
18 company didn't pay an account for six months, that
19 payment wouldn't be in the first quarter, but it
20 would be in the second quarter.
21 BY MR. SCHWARTZ:
22      Q    Okay.
23      A    But yes, the process was designed to, you
24 know, true up quarterly and then have an annual true-up
25 so any changes should be baked into the final end of the

DISCOVERY
LITIGATION SERVICES
Court Reporting • Videography • Trial Presentations
Nationwide Coverage

37 North Orange Avenue
Suite 500
Orlando, Florida 32801
321.710.2150
www.DiscoveryLit.com

Case 6:09-cv-01002-GAP-TBS  Document 284  Filed 05/29/13  Page 42 of 201 PageID 15794

UNITED STATES vs. HALIFAX HOSPITAL, et al.                30(B)(6) VIDEOTAPED DEPOSITION OF
ARVIN LEWIS on 03/05/2013                                              Pages 158..161

Page 158

1    year -- what you go home with.
2        Q    What happens when the change occurs after the
3    annual true-up?  So in your example, a physician hasn't
4    gotten paid on a claim for six months and then the
5    payment comes in six months later after that annual
6    bonus has been calculated.  Does it just get rolled into
7    the next year?
8        A    It should -- if you -- my understanding is
9    that the claim -- that the -- those are actually ran on
10   a what-happened-that-quarter basis.  So it's not -- you
11   may be getting paid on stuff that happened six months
12   before.  So the payment is actually based on the
13   payments that either came in or got taken back during
14   that quarter.  So it would be included in whatever
15   quarter the event happened in.
16       Q    Okay.  Let's move on to topic ten.
17           MR. SCHWARTZ:  Let's go ahead and go off the
18       record and change the tape.
19           VIDEO TECHNICIAN:  The time is approximately
20       2:55 p.m.  This concludes disk number three for the
21       deposition of Arvin Lewis.  We are off video
22       record.
23           (Short break from 2:55 p.m. to 2:58 p.m.)
24           VIDEO TECHNICIAN:  The time is approximately
25       2:58 p.m.  This beginning of disk number four

Page 159

1        to the deposition of Arvin Lewis.  We are back on
2        video record.
3    BY MR. SCHWARTZ:
4        Q    Mr. Lewis, I asked you to turn your attention
5    to topic ten.  Can you tell me how Halifax identifies
6    the total referrals for services rendered by the
7    neurosurgeons?
8        A    We don't.
9        Q    How does Halifax keep track of services
10   ordered by the neurosurgeons?
11       A    Well, from a billing standpoint, it goes back
12   to who the admitting or attending physician is or the
13   ordering physician.
14           At the end of the day, the trauma program and
15   the stroke program refer many patients to the
16   neurosurgeon, but I'm not aware of reports that track
17   referrals from their services to -- for hospital-based
18   services, because at the end of the day, we wind up
19   referring -- we being the trauma program and the stroke
20   program, refer a significant number of patients to them.
21   And when I say refer, it means they're on call, when
22   they get called to come in and take care of the patient,
23   because it's either a neurosurgery trauma or it's a
24   patient with an aneurism or a patient with a stroke or a
25   patient with a blood clot.

Page 160

1        Q    Well, when -- let's take Dr. Khanna, for
2    example.
3            When Dr. Khanna is examining a patient and
4    decides that that patient needs to have back surgery,
5    let's say, how is that back surgery captured on -- let's
6    use Exhibit 56?
7        A    Okay.  So how do we -- how do we bill for a
8    surgery?
9        Q    Well, how would the hospital charges be
10   reflected?
11       A    No differently than if it was a neurosurgeon
12   that wasn't employed or if it was a general surgeon that
13   wasn't employed or if it was any surgeon.
14       Q    So if Dr. Khanna is the one who is going to
15   perform the back surgery at Halifax Hospital, where
16   would his name be indicated on Exhibit 56?
17       A    If, for example, Dr. Khanna, was the admitting
18   or attending physician, he would be listed in line
19   item 76.  As the operating physician, he would be listed
20   in line item 77.  As to whether he would be listed in
21   76, it would depend on who was admitting the patient.
22   He may have admitted the patient or another physician,
23   like one of the trauma surgeons, may have admitted the
24   patient or one of the hospitalists or intensivists may
25   have admitted the patient.

Page 161

1            But either way, he would be listed on line 77
2    as the operating physician and he would -- may or may
3    not be listed on line 76, based on whether he actually
4    admitted the patient or not.
5        Q    Okay.  Let's take two examples here, because I
6    think you offered too.
7            If it's a patient of Dr. Khanna's who is
8    visiting him in the office and Dr. Khanna decides after
9    an office visit that back surgery is appropriate and the
10   patient agrees, how would that be reflected on
11   Exhibit 56?  Would Dr. Khanna be listed in that instance
12   as the attending physician?
13           MR. STEPHENS:  Objection as to form.
14           THE WITNESS:  My understanding, if Dr. Khanna
15       was admitting the physician -- admitting the
16       patient, that he would be listed on line item 76,
17       and then as the operating physician, he would be
18       listed again on 77.
19   BY MR. SCHWARTZ:
20       Q    Okay.  And then in the instance where, say, a
21   trauma physician admits a patient and then Dr. Khanna is
22   called in to examine the patient and Dr. Khanna
23   determines that that patient should be admitted and back
24   surgery -- well, the patient may have already been
25   admitted, so I apologize for that.



UNITED STATES vs. HALIFAX HOSPITAL, et al.
ARVIN LEWIS on 03/05/2013

30(B)(6) VIDEOTAPED DEPOSITION OF
Pages 162..165

Page 162

1    Dr. Khanna examines the patient and determines
2  that back surgery is appropriate and he's going to
3  perform back surgery, how is that reflected on
4  Exhibit 56?
5         MR. STEPHENS:  Objection as to form.
6         THE WITNESS:  If the other physician is
7  admitting the patient, whether it's the general
8  surgeon, the traumatologist or the
9  hospitalist/intensivist, they would be listed on
10  line item 76 -- line item 76.  Form locator 77
11  would show the operating physician.
12         And with our trauma program, because some of
13  those patients require a neurosurgeon, an orthopod
14  and a general surgeon, it's my understanding that
15  data would flow to those -- you know, those other
16  two indicators that we talked about, 78 and 79.
17  The attending physician would still remain who
18  admitted the patient, but there may be more than
19  one physician providing surgical interventions to
20  the patient for trauma patients.  Most other
21  patients have one surgeon that's providing the
22  service.
23  BY MR. SCHWARTZ:
24    Q    Okay.  And you said that Halifax doesn't keep
25  track of referrals?

Page 163

1    A    On the hospital system, we only capture the
2  attending physician.  We don't capture referring
3  physician.  From a -- from a revenue cycle standpoint,
4  from a production standpoint, we make decisions based on
5  the work that's being provided.  To my knowledge, that's
6  what we do.
7    Q    Okay.
8         (Exhibit 61 was marked for identification.)
9  BY MR. SCHWARTZ:
10    Q    Mr. Lewis, the court reporter has handed you
11  Deposition Exhibit 61.  Have you seen this document
12  before?
13    A    I don't recognize it, no.
14    Q    Okay.  Looking at Exhibit 61, do you have an
15  understanding of what Exhibit 61 is?
16    A    You know, as usual, I can tell you what it
17  looks like.
18    Q    Okay.  Go ahead and tell me what it looks
19  like.
20    A    Okay.  This seems to be a report either
21  written or requested by our compliance officer.  It
22  seems to be a Trend Star report looking at years 2004 to
23  2010.  Well, I guess it's for the full year 2004 through
24  2010 and for half of year 2010.
25         And he -- let's see.  Medicare payments by

Page 164

1  specialty physician.  I can't really tell you what the
2  numbers are, because it's -- I've not seen the report,
3  and I can't tell if this is visits or if it's payments
4  or if it's units or what it -- maybe the bottom of the
5  page will tell us.
6    Q    When you said the bottom of the page, you're
7  looking at page three?
8    A    It looks like page three.  George usually does
9  a pretty good job of footnoting his stuff, so -- let's
10  see.  Cases are pulled by fiscal year.  Okay.  By
11  discharge.  Case counts and Medicare payments within
12  discharge year based on patient discharge date.
13         The part I'm not understanding is if we're
14  really looking at cases here or we're looking at
15  payments here.  I would have to ask George.
16    Q    I'm sorry, you can't tell if you're looking at
17  payments or cases?
18    A    Well, the title of the report says payments,
19  but the first note at the top of page three says, Case
20  counts and Medicare payments within a discharge year are
21  based on discharge date.
22         I understand the concept of discharge date,
23  but I'm not -- not sure --
24    Q    It looks like it's actually two charts, if you
25  look at it.  It looks like the first page is one chart

Page 165

1  and the second page is another chart.  One is -- I would
2  suggest one is dollars and the second page is case
3  count.
4    A    I couldn't agree or disagree with that, but --
5    Q    Well, if you look at the grand total line on
6  the first page of Exhibit 61, it would be a little
7  strange if Halifax had 94 million patients in a year; is
8  that accurate?
9    A    Uh-huh, yes, sir, it would be --
10    Q    Even 94 million patients from 2004 to 2010?
11    A    One would assume that the first page is
12  payments, but I -- you know, I typically -- I get a lot
13  of reports, you know, from time to time, and I generally
14  have to ask people to explain themselves as to what
15  they're actually trying to present.
16         But I would agree that it looks like the
17  first page is dealing with payments.  The second page,
18  maybe case -- it says case counts, but I'm not sure if
19  that's -- if that's visits or if that's cases or what
20  that is.
21    Q    Okay.  If you look on the third page on the
22  report notes, the third -- I'll call it a paragraph, it
23  says, Cases based on target physician being listed as
24  attending physician in the medical record.
25         Do you know if that reference in the medical



Case 6:09-cv-01002-GAP-TBS   Document 284   Filed 05/29/13   Page 44 of 201 PageID 15796

UNITED STATES vs. HALIFAX HOSPITAL, et al.                30(B)(6) VIDEOTAPED DEPOSITION OF
ARVIN LEWIS on 03/05/2013                                                Pages 166..169

Page 166

1   record is to Meditech or to the actual physical medical
2   record for each of these patients?
3        A   You're asking me to make an assumption here.
4   I have to back into that answer.  If this is a
5   Trend Star report, then that leads me to believe that
6   it's hospital accounts and not physician accounts,
7   because we don't send LSS data in to Trend Star.
8        Q   Right.
9        A   Based on it -- if it's a Trend Star report,
10  that would be hospital accounts, therefore it would be
11  the hospital record.  And the attending physician in the
12  medical record could be referring to line 76 as the
13  attending physician.
14       George doesn't do billing, so he may have been
15  referring to the operating physician, which is the line
16  77.  So I don't know if he's -- if he's talking
17  operating or attending.  He says attending, but I don't
18  know if he means admitting, which is attending, or if he
19  means operating, which is the one that did the case.
20       Q   Okay.  Well, if you look on the last line, it
21  says, For the period October 2009 through June 2010, the
22  admitting physician and attending physician were the
23  same 99.84 percent of the time, per finance.
24       A   That's what he's saying here, but that's not
25  been my -- when I've looked at data before, that's not

Page 167

1   been the percentages.  I mean, typically -- if you look
2   at outpatient claims, outpatient surgery claims, you
3   know, typically the operating physician is the attending
4   physician.  If you look at inpatient claims for, say, a
5   total hip or a total knee, typically that's -- you know,
6   real close like that, 99.9 percent.
7        If you're looking at cases that come through
8   the trauma program and through emergency services, it
9   gets a little more fuzzy then, because there are many,
10  say, you know, neurosurgery patients that the
11  neurosurgeon may do surgery on but maybe the trauma
12  surgeon admitted the patient or maybe the hospitalist
13  admitted the patient.
14       The same thing would apply to essentially all
15  the specialists.  You know, like the hospitalist may be
16  following the patient, but the urologist may have done
17  something.  The oncologist may have, you know, did a
18  rounding visit, but the actual, you know, work being
19  done, I -- patients that the oncologists would do
20  inpatient services on, chemotherapy, I believe that
21  that's sort of a mixed bag too.
22       If it is, say, a patient that the oncologist
23  was treating on an outpatient basis and then they were
24  admitted because they became ill and it was related to
25  the oncology treatment, then the oncologist would

Page 168

1   probably be the admitting physician.  But if it was a
2   patient that came in through the -- through the ED with
3   a tumor or because they were sick because they were
4   being treated somewhere else and they didn't have an
5   oncologist, then that may be -- the attending/admitting
6   physician may be the hospitalist, not the oncologist.
7        So it's hard -- I would not agree with the
8   statement that 99 percent of the attending and operating
9   are the same with the exception of same-day surgery
10  patients.  In that case, I would agree that almost all
11  same-day surgery patients, the attending physician and
12  the operating physician are the same.
13       Q   Do you know where Mr. Rousis got his
14  information in the reference "per finance" in
15  Exhibit 61?
16       MR. STEPHENS:  Objection as to form.
17       THE WITNESS:  We broadly use the name finance
18  to apply to finance.  There's probably 20 head of
19  people that work in finance, and we don't -- we don't
20  typically say, So-and-so said or they said, we
21  just -- we get a report from finance, it's finance.
22  BY MR. SCHWARTZ:
23       Q   Okay.  Do you have an understanding in the
24  third paragraph on the third page of Exhibit 61, it
25  says, Further analysis is needed to confirm whether the

Page 169

1   attending is also the referring physician.  Usually this
2   is the case but not always.
3        A   You know, that goes in line with what we just
4   talked about.  If it's an outpatient claim, it's almost
5   always -- the attending is the operating physician.  And
6   in his jargon here -- see, on an outpatient claim, as
7   I've stated earlier, we don't capture referring.  We
8   just capture who ordered the test, and that's the
9   attending or -- on the outpatient side, that's the
10  attending physician; on the inpatient side, it's the
11  admitting physician.  So I'm not really sure what
12  they're trying to say there.
13       Q   Well, if -- so you're saying that Halifax
14  doesn't track who the referring physician is on any
15  outpatient services?
16       MR. STEPHENS:  Objection as to form.
17       THE WITNESS:  There are data fields on
18  Meditech that say referring.  We don't capture that
19  data.  The person in charge of that segment,
20  Sarah Smiley, who's the director of patient access,
21  when I ask her, Do we capture the referring
22  physician, she said, no, that we don't use those
23  fields, that we capture the physician requesting
24  the order and that that is the attending physician,
25  because they're either requesting the service to be



UNITED STATES vs. HALIFAX HOSPITAL, et al.
ARVIN LEWIS on 03/05/2013

30(B)(6) VIDEOTAPED DEPOSITION OF
Pages 170..173

Page 170

1  done or they are performing the service themselves
2  as a surgery.
3      We discussed earlier the LSS data for the 1500
4  claim form for a handful of services.  Like if I'm
5  billing for an EKG, I have to know who ordered it
6  and who read it, but, you know, I don't know that
7  that's really referring physician.  That's still
8  the physician that ordered the test.
9  BY MR. SCHWARTZ:
10     Q   Okay.  Let me have you look at Exhibit 59.
11  It's Mr. Moran's report.  If you could turn to page two
12  of his report.
13         He has a definition of referral in his report
14  and it says, Referral means either of the following:
15  Except as provided in paragraph two of this definition,
16  the request by a physician for, or ordering of, or the
17  certifying or recertifying of the need for any
18  designated health service for which payment may be made
19  under Medicare Part B, including a request for
20  consultation with another physician and any test or
21  procedure ordered by or to be performed by or under the
22  supervision of that other physician, but not including
23  any designated health service personally performed or
24  provided by the referring physician.
25         So when you were just talking about the

Page 171

1  attending physician being the one that ordered the test,
2  doesn't that meet the definition of a referral here?
3         MR. STEPHENS:  Objection as to form, calls for
4      a legal conclusion.
5         THE WITNESS:  Yeah, I'm not an attorney.  I
6      wouldn't be able to answer detailed questions about
7      Stark.  I would need to refer that to counsel.
8  BY MR. SCHWARTZ:
9      Q   But when you told me what an attending
10  physician is, you said the attending physician is the
11  one who orders the test or orders the procedure,
12  correct?
13     A   The physician that we report on form
14  locator 76, attending physician on Exhibit 56, is the
15  physician that is ordering the test.  They're the
16  attending physician.
17         And by ordering, I mean, if it's an outpatient
18  test, it's the one that's ordering the test; if it's an
19  inpatient, they're the one admitting the patient.
20     Q   Okay.  And the way Halifax captures that
21  information is in the attending physician field of the
22  Meditech system; is that accurate?
23     A   The physician that populates form locator 76
24  is identified in Meditech as the admitting or attending
25  physician.

Page 172

1      Q   And are those two separate fields on Meditech
2  or is it one field and you're just not sure what that
3  field is called?
4      A   I don't recall if it's one field.  I know -- I
5  think on outpatient, it may be one field.  On inpatient,
6  it may be two, but if it's -- I can't -- I don't know.
7      Q   Okay.
8      A   We talked about a lot of form locators today,
9  so I'm not sure.
10     Q   Let's talk about Exhibit 57, which is the
11  UB-92.  Is your answer the same with respect to where in
12  the Meditech physician form locator 82, the attending
13  physician ID field, is housed in the Meditech system?
14         MR. STEPHENS:  Objection as to form.
15         THE WITNESS:  As we discussed earlier, the
16      form item number 57 is the precursor to item number
17      56, and to my knowledge the data that populates
18      there has remained the same.  It's still the
19      attending physician.
20         And on an inpatient, that is typically the
21      physician that admitted the patient.  It's the one
22      that's taking care of the patient.  On an
23      outpatient claim, it's the one that ordered the
24      test.
25  BY MR. SCHWARTZ:

Page 173

1      Q   Okay.  Let's move on to topic eleven.
2         Topic eleven says, The processes by which
3  Halifax Hospital Medical Center identifies and
4  calculates the total value of payments received from
5  Medicare contractors for services rendered to Medicare
6  beneficiaries on an annual basis from 2000 to the
7  present.
8         If you can tell me how Halifax makes that
9  calculation, I'd appreciate it.
10     A   I've been at Halifax for over ten years now,
11  and I don't think anybody's ever asked me to -- the
12  processes and the -- number eleven we're talking about?
13     Q   Number eleven.
14     A   Identifies and calculates total value of
15  Medicare payments from Medicare contractors, Medicare
16  beneficiaries.  I don't know that I've ever been asked
17  that question in ten years.
18         As part of the revenue cycle, we have -- part
19  of the revenue cycle management, we look at all payers,
20  whether it's Medicare, Medicaid, TRICARE, BlueCross,
21  United, self-pay, regardless of the payer.  We have
22  standardized reports that we produce monthly that look
23  at what -- the total book of business from a hospital
24  standpoint and from a physician standpoint, separately
25  though -- hospital here, physician here -- by payer,



UNITED STATES vs. HALIFAX HOSPITAL, et al.
ARVIN LEWIS on 03/05/2013

30(B)(6) VIDEOTAPED DEPOSITION OF
Pages 174..177

1  many times by plan code, because there's different
2  BlueCrosses, there's different Uniteds.  It may be
3  Medicare Medicare, it may be Medicare Advantage, it may
4  be Medicare HMO.
5          And I get -- I receive, in my revenue cycle
6  capacity, reports that look at revenue and look at
7  payments from a grand total.  It doesn't -- it doesn't
8  look at how much was cardiology, how much was
9  neurosurgery or how much was this or look at that.  It
10 looks at what was the total book of business, hospital;
11 total book of business, physician.  I do break it down
12 by -- the standard reports I use does break it down by
13 inpatient, outpatient, and ER.  And I believe that's the
14 only breakdown.
15         All the rest of the breakdowns that I use are
16 broken down by payer.  That binder includes that data.
17 It also includes other target mechanisms, like how many
18 claims are -- how many accounts have been discharged but
19 not final billed yet, you know, how many accounts are
20 still on the AR after 90 days, after 180 days.
21     Q    AR being accounts receivable?
22     A    Accounts receivable.
23         But this particular question, you know, there
24 is a Medicare line item on that binder report that says
25 in the month of February we had X amount of charges, X

1  amount of payments, X amount of writeoffs and X amount
2  of here's what the current AR is that Medicare owes us.
3  But that's not a net number; that's a gross charges
4  number.  And it's a gross charges number for both --
5  like I said, there's a report for the physician and a
6  report for the hospital.
7          And accounting and finance, they use the
8  standard accounting practices of trying to estimate what
9  the net value of the AR is so that they can do
10 accrual-based accounting.  And they can produce income
11 statements, financial statements, balance sheets based
12 on accrual basis accounting.  From a revenue cycle
13 standpoint, I'm not focused on accruals; I'm focused on
14 what revenue was, what collection was, which payer, you
15 know, didn't do what they were supposed to that month.
16     Q    Okay.  Where does the information about
17 Medicare in the binder reports come from, LSS, Meditech
18 or other data sources?
19         MR. STEPHENS:  Objection as to form.
20         THE WITNESS:  It depends on who you ask for
21     the report and what report you ask for.
22 BY MR. SCHWARTZ:
23     Q    So there's different kinds of binder reports?
24     A    There's a couple of main groups.
25     Q    Let's just -- let me try and short-circuit it.

1          When you are getting the report that you
2  described where it would list all payer types, the
3  monthly summary report of all payer types -- do you
4  remember which one I'm talking about?
5      A    Uh-huh.
6      Q    Where does the Medicare-specific payer
7  information come from?
8      A    I look at multiple segments of reports each
9  month.
10     Q    Okay.
11     A    I have one set of reports that are done pretty
12 quickly after the first of the month.  That's done by my
13 administrative assistant.  She's pulling data out of LSS
14 and out of Meditech on what happened last month.  That's
15 high -- you know, kind of grand scale of total charges,
16 revenue, how much is on DNFB, how much is on AR.
17         A little bit later in the month, decision
18 support and finance produce a big book that has our
19 income statements, our balance sheet, and a lot of other
20 data in it.  It's the same data, but it is -- you know,
21 they've had to turn it into an accrual-based standard to
22 be able to do the financial statements.  And, you know,
23 my numbers essentially are gross collections, gross AR,
24 gross revenue; most of their stuff is converted into net
25 AR, net collections, and what the overall expense is.

1  My data that's from the revenue cycle doesn't include
2  any expense data.  It's only the revenue side.  Their
3  data includes projections of collections and the overall
4  expenses that have been recorded through the GL.  Those
5  are two sets of reports that I look at every month.
6          On a month-to-month basis, depending on what
7  I'm working on, I may ask decision support for specific
8  reports, and, you know, what-- -- whatever service I'm
9  thinking about or looking at, or I may be looking at
10 readmissions by CHF because Medicare just changed the
11 way we get paid.  So I always ask the question first of
12 decision support to get the data out of Trend Star,
13 because it's more readily available there.  If I
14 absolutely can't get what I want there, then I ask my
15 staff on the revenue cycle side to try to either produce
16 it or pay somebody to write it for me to get the data.
17 Most of the time I can get what I need from decision
18 support out of Trend Star.
19     Q    Okay.
20         MR. SCHWARTZ:  Why don't we go off the record.
21         VIDEO TECHNICIAN:  The time is approximately
22     3:28 p.m.  We are off video record.
23         (Short break from 3:28 p.m. to 3:58 p.m.)
24         VIDEO TECHNICIAN:  The time is approximately
25     3:58 p.m.  We are back on video record.

DISCOVERY
LITIGATION SERVICES
Court Reporting • Videography • Trial Presentations
Nationwide Coverage

37 North Orange Avenue
Suite 500
Orlando, Florida 32801
321.710.2150
www.DiscoveryLit.com

UNITED STATES vs. HALIFAX HOSPITAL, et al.
ARVIN LEWIS on 03/05/2013

30(B)(6) VIDEOTAPED DEPOSITION OF
Pages 178..181

Page 178

1  BY MR. SCHWARTZ:
2      Q    Mr. Lewis, if I could have you turn to
3  topic 42 of Exhibit 55.  Tell me when you've had a
4  chance to look at that.
5      A    Okay.
6      Q    What did you do to prepare today to provide
7  testimony with respect to topic 42?
8      A    Legal counsel and I discussed the -- some of
9  the same -- essentially the referring topic that's been
10  mentioned a couple of times and, you know, what --
11          MR. STEPHENS:  Objection.  Just answer without
12      disclosing what conversations you had with legal
13      counsel in preparing.
14          THE WITNESS:  Okay.
15          Had asked staff responsible for the generation
16      of the 1500 forms and the UB forms as to what -- A,
17      where was data captured within Meditech and, B, how
18      did it populate those data fields.
19  BY MR. SCHWARTZ:
20      Q    Okay.  And what response did they provide to
21  you?
22      A    The UB form, which is Exhibits 57 and 56, that
23  for hospital-based claims, we did not -- we do not
24  capture a referring physician.  We capture a attending
25  physician.  And so the data fields within Meditech

Page 179

1  reflect which physician is actually providing the
2  service and which physician is ordering that service.
3          So let's stick with the most recent form,
4  which is item number 56.  The attending physician is
5  entered into Meditech.  That's the physician that
6  provides the majority of the patient's care or is
7  overall responsible for that patient's care.  It's
8  populated in Meditech by the patient access staff, and
9  it flows through to ePremis and lands in form locator
10  76, attending physician.
11          The operating physician is captured by the --
12  for the hospital claims, is captured in the HIM area by
13  the coding staff as they're reviewing the op reports,
14  and the procedures that are done, they capture that and
15  they enter which physician performed that procedure,
16  meaning who was the operating physician.  That flows
17  through to ePremis and it lands on form locator 77, the
18  operating physician.
19      Q    Okay.  Let me break this down, if I can, with
20  an example.
21          We talked earlier today about in the
22  outpatient setting a patient who was going to be at the
23  hospital for a planned outpatient surgical procedure.
24          Do you remember that?
25      A    We've talked about multiple scenarios, but

Page 180

1  yes, I think we talked about an outpatient scenario.
2      Q    Okay.  And an outpatient scenario where a
3  patient was going to be operated on on an outpatient
4  basis, do you recall that?
5      A    We've talked about so many items, I don't know
6  the specific issue you're referring to.
7      Q    Fair enough.  Let's just start fresh, then.
8          With respect to Halifax Hospital Medical
9  Center, if a physician is going to perform an outpatient
10  surgical procedure on a patient at Halifax, where is
11  that physician's name reflected on Exhibit 56?
12          MR. STEPHENS:  Objection as to form, asked and
13      answered.
14          THE WITNESS:  And this is a outpatient
15      surgery?
16  BY MR. SCHWARTZ:
17      Q    Outpatient surgery, yes.  Topic 42 is related
18  to outpatient's -- outpatient procedures.
19      A    Okay.  There's a difference between outpatient
20  procedures and outpatient surgeries, depending on, you
21  know, where in the hospital the services are provided.
22  So let's maybe talk about outpatient surgeries and maybe
23  then we can talk about outpatient procedures.
24      Q    Okay.  Let's talk about -- so we're talking
25  about this case, an outpatient surgery performed by

Page 181

1  Dr. Rohit Khanna?
2      A    The process for a neurosurgery outpatient is
3  the same as any other outpatient surgery operation.  A
4  physician either has a predefined order set that
5  requests the services that he wants performed on that
6  patient or there's a handwritten order set -- order or
7  set of orders, that says I want this and I want that.
8  There are typically pre-op orders related to, you know,
9  lab, imaging, EKG.
10          And the physician sends the patient over.
11  They get interviewed by the -- many times by the
12  anesthesiologist, but they meet with the staff in the OR
13  area.
14      Q    Okay.  Well, let me just stop you there.
15          So Dr. Khanna, in this example, is ordering
16  outpatient services for this patient who is going to be
17  operated on in the outpatient setting, correct?
18          MR. STEPHENS:  Objection as to form.
19          THE WITNESS:  I'm not sure I follow the
20      question, so I --
21  BY MR. SCHWARTZ:
22      Q    Well, you said Dr. Khanna's ordering services.
23          MR. STEPHENS:  Objection as to form.
24  BY MR. SCHWARTZ:
25      Q    I'm trying to clarify what you mean by



DISCOVERY LITIGATION SERVICES
Court Reporting • Videography • Trial Presentations
Nationwide Coverage

37 North Orange Avenue
Suite 500
Orlando, Florida 32801
321.710.2150
www.DiscoveryLit.com

UNITED STATES vs. HALIFAX HOSPITAL, et al.
ARVIN LEWIS on 03/05/2013

30(B)(6) VIDEOTAPED DEPOSITION OF
Pages 182..185

Page 182

1   ordering services.  It's a patient who is going to be
2   operated on in the outpatient setting, so what services
3   is Dr. Khanna ordering?  Are these outpatient hospital
4   services?  Are three inpatient hospital services?  Are
5   these pizzas?  What are they?
6           MR. STEPHENS:  Objection as to form.
7           THE WITNESS:  Most physicians want to have a
8   clear view of their patient before they perform
9   surgery, which physicians related to Halifax Health
10  do.  So many times they will order lab reports, lab
11  results.  Typically, there has already been imaging
12  results completed.  Many times those are brought to
13  the neurosurgeon from other hospitals or from other
14  providers, either in film form or a disk.  If the
15  neurosurgeon needs additional data, they will order
16  that.
17          But the day that the patient is actually
18  coming in, a couple of days before that, there is
19  typically a -- say, a CBC to check their -- make
20  sure that there are no infections.  Usually,
21  depending on age, there's a protocol that all our
22  surgeons use.  And by surgeons, I mean Halifax
23  Health, not employed, but, in general, surgeons
24  use, based on the patient's age and their
25  condition.

Page 183

1           A back surgery or a knee surgery on a patient
2   that is a healthy patient is one thing.  A back
3   surgery or a knee surgery on a patient that has
4   congestive heart failure or some other -- is
5   something different.  So they would request an EKG.
6   They may request additional lab work.  Sometimes
7   that's done before the patient even comes to
8   Halifax Health, many times by a different provider
9   than Halifax Health.
10          And sometimes that patient would come with,
11  you know, an order set saying, I'm going to do this
12  procedure on this patient, and before I do that, I
13  want them to have a CBC and this profile and that
14  profile.
15          The physician that ordered those services is
16  captured.  And my understanding is that for, you
17  know, a Medicare claim, obviously, if it's done the
18  day of surgery, it's all included in the outpatient
19  surgery bill.  There's also a time period that
20  those pre-op tests get rolled into the surgical
21  bill too.  So let's say everything gets rolled into
22  the same bill.
23  BY MR. SCHWARTZ:
24      Q   Yeah.  But all those services that you just
25  mentioned, those are outpatient hospital services?

Page 184

1   Inpatient hospital services?
2           MR. STEPHENS:  Objection as to form.
3   BY MR. SCHWARTZ:
4       Q   Pharmaceutical services?  Pizzas?  What are
5   they?
6           MR. STEPHENS:  Objection as to form.
7   BY MR. SCHWARTZ:
8       Q   They're outpatient hospital services, correct?
9       A   They're certainly not inpatient services,
10  because it's outpatient care, but, you know, I can't
11  tell you what it is.  It may be, you know, go have a --
12  go be consulted by a primary care or a cardiologist to
13  see if you're healthy enough to have the procedure done.
14  It may be my example of a CBC.
15          Usually imaging results would have already
16  been done, so I'm assuming that it's typically not
17  imaging.  Probably maybe a plain film, to see if the
18  patient -- if they're older, that they don't have
19  anything going on.  But, I mean, you're asking me to
20  kind of guess as to what they're ordering, unless I'm
21  misunderstanding you.
22      Q   Well, for the services you identified, an EKG,
23  a film, CBC, those are all outpatient hospital services
24  if they're done prior to this procedure we're talking
25  about, correct?

Page 185

1       A   It could be outpatient hospital, but also
2   could be LabCorp or Quest, both national lab companies.
3   It could be some freestanding ASC down the street.  It
4   could be -- part of the time those procedures are
5   requested from the hospital, part of time they're
6   requested from wherever.  Many times the patient comes
7   with some of this stuff already done.
8           The actual surgical account, the physician is
9   saying that I'm going to do a microdiscectomy on
10  Arvin Lewis on this date and he's scheduled at 6 a.m. in
11  the morning.  And typically there are some lab tests,
12  maybe an EKG, based on age.  That's usually the standard
13  if they are not already performed.  If they're already
14  performed somewhere else, the patient -- the physician
15  would send the result so it could be put in their file,
16  and we're not obviously billing for that, because it's
17  already been done, but it becomes part of the medical
18  record to demonstrate that the patient- -- the physician
19  did check these things before the procedure was done.
20          And then the physician says, I'm doing this
21  microdiscectomy, and staff would read the order and say,
22  Dr. Kunz is doing a microdiscectomy, or Dr. Khanna.  He
23  would be captured on Meditech, if it's an outpatient
24  surgery, as the attending physician.
25      Q   Okay.  What is that microdiscectomy procedure?



Page 186

1  Is that an outpatient hospital procedure?
2       A    It's a procedure that could be done on an
3  outpatient.  It could be -- turn into an observation or
4  it could turn into an inpatient.
5       Q    Okay.  I'm presupposing it was done in an
6  outpatient setting.  So when Halifax bills for that, do
7  they bill for an outpatient hospital procedure or do
8  they bill for something else?
9       A    We bill for the services that were ordered by
10  the physician.  The physician says outpatient surgery.
11  After the surgery, when the patient has went through the
12  recovery period, the standard recovery period, then the
13  physician has to make a determination, am I sending the
14  patient home?  If they do, then it's a straight
15  outpatient surgery.  They can say, Okay, got a little
16  complication here, heart rate is not good, this is not
17  good, need to hold them to look at them.  Essentially,
18  they meet the criteria for observation.  And then
19  they're placed in observation.
20       In a scenario if somebody -- on an outpatient
21  surgery, we have very few that go downhill, but if a
22  case really went downhill, it could wind up being
23  admitted.
24       There are also cases that -- not really with
25  surgery that much, but, say, a cardiac cath where a

Page 187

1  patient from a social standpoint really shouldn't go
2  home, because it's an 85-year-old guy and an 87-year-old
3  lady and staff is concerned about them leaving at eight
4  o'clock or nine o'clock and going home to an empty
5  house, but they don't meet the criteria for inpatient,
6  they don't meet the criteria for observation, so that
7  essentially gets billed as -- just for the procedure
8  itself.  We don't get to bill for any outpatient
9  service -- you know, the time that they spend the night,
10  but they would spend the night and essentially we would
11  just adjust that off.
12       Q    In the regular situation where a patient is
13  treated, outpatient surgery is planned, outpatient
14  surgery goes fine, Dr. Khanna did an average job,
15  there's no reason to keep the patient, he determines the
16  patient can be discharged, the patient is discharged,
17  the microdiscectomy would be billed as an outpatient
18  hospital service, correct?
19       A    I hate to interrupt, but, you know, our
20  doctors don't do average work.  They're outstanding
21  physicians.  They come in late at night to operate on
22  stroke patients and trauma patients, and they're in and
23  out of the facility on a constant basis.
24       Q    Well, the way they bill Medicare, it appears
25  that they're doing the work of 20 physicians between

Page 188

1  them, so, I mean, we should just call them Superman,
2  right?
3       MR. STEPHENS:  Objection as to form.
4  BY MR. SCHWARTZ:
5       Q    I mean, if you want to pontificate, I can
6  pontificate just as well, and we can go through this
7  report where it basically shows that they've been
8  defrauding the government for ten years.  So if you want
9  to do that, we can do that.
10       If you want to go through -- and I can go
11  through chapter and verse the Stark Law and I can show
12  you why your medical oncology agreements are facial
13  violations of the Stark Law and your attorneys are so
14  dumb that they didn't even see it and they've committed
15  violations of the False Claims Act, we can do that as
16  well.
17       So if you want to do that, we can.  If you
18  want to just answer my questions, we can go through this
19  deposition and we can figure out what happened here.
20       If you want to take the opportunity to
21  pontificate --
22       MR. STEPHENS:  Objection as to form.
23  BY MR. SCHWARTZ:
24       Q    -- then we can go forward and do this in that
25  way.

Page 189

1       MR. STEPHENS:  And if you want to continue to
2  badger the witness, under the federal rules I can
3  end this deposition.
4       MR. SCHWARTZ:  Well, you can go ahead if you'd
5  like to, Reed, but this witness is not answering my
6  questions.  He is taking every opportunity --
7       MR. STEPHENS:  He doesn't know what your
8  question is.  You started him out with a
9  hypothetical and then you didn't say what the
10  hypothetical was.
11       Ask him an actual question.
12       MR. SCHWARTZ:  I did ask an actual question.
13  I'm trying to simply --
14       MR. STEPHENS:  Stop badgering and insulting
15  the witness or I'm going to end the deposition.
16       MR. SCHWARTZ:  I'm actually not insulting the
17  witness, I'm insulting you, but if we can have the
18  witness answer the question, then maybe we can move
19  forward.
20  BY MR. SCHWARTZ:
21       Q    In a situation where Dr. Khanna performs an
22  outpatient microdiscectomy, the procedure does not have
23  any complications, Dr. Khanna sends the patient home on
24  an outpatient basis after the typical recovery period,
25  that procedure is billed as an outpatient hospital



DISCOVERY LITIGATION SERVICES
Court Reporting • Videography • Trial Presentations
Nationwide Coverage

37 North Orange Avenue
Suite 500
Orlando, Florida 32801
321.710.2150
www.DiscoveryLit.com

Case 6:09-cv-01002-GAP-TBS   Document 284   Filed 05/29/13   Page 50 of 201 PageID 15802

UNITED STATES vs. HALIFAX HOSPITAL, et al.                    30(B)(6) VIDEOTAPED DEPOSITION OF
ARVIN LEWIS on 03/05/2013                                                          Pages 190..193

Page 190

1  service, correct?
2        MR. STEPHENS:  Objection as to form.
3        THE WITNESS:  That was a long question.  Are
4  you asking that if the physician orders and
5  performs an outpatient surgery, is it billed as an
6  outpatient surgery?  Is that the question?
7  BY MR. SCHWARTZ:
8     Q    Is it an outpatient hospital service, correct?
9     A    It's an outpatient surgery.
10    Q    Is an outpatient surgery an outpatient
11 hospital service?
12        MR. STEPHENS:  Objection as to form.
13        THE WITNESS:  You know, I don't know what -- I
14 don't know what -- the question you're really
15 asking here.
16 BY MR. SCHWARTZ:
17    Q    You don't know what an outpatient hospital
18 service is?
19    A    I know that we perform outpatient surgeries.
20 I know that we perform outpatient lab.  We perform
21 outpatient imaging.  I am struggling to understand your
22 question.
23    Q    Okay.  You have no understanding of what an
24 outpatient hospital service is?
25    A    I'm not sure you do, because I can't answer --

Page 191

1        MR. STEPHENS:  Objection as to form.
2        THE WITNESS:  I don't understand the question.
3  BY MR. SCHWARTZ:
4     Q    Let's break it down.  Do you know what an
5  outpatient is in the context of a hospital performing
6  services on patients?
7     A    Typically an outpatient could be an emergency
8  room patient that is discharged from the ED.  That's an
9  outpatient, but it's an ED patient, but it's still an
10 outpatient.  Could be an outpatient that is receiving
11 therapy, those recurring accounts that we discussed
12 earlier.  That's an outpatient account.  It could be an
13 outpatient surgery where the patient is discharged and
14 we -- traditionally, in hospitals, those are referred to
15 as same-day surgery patients, meaning, you came in, you
16 had surgery, you went home.
17    Q    Okay.  How does Halifax bill for an outpatient
18 surgery?
19        MR. STEPHENS:  Objection as to form.
20 BY MR. SCHWARTZ:
21    Q    Does it bill through the inpatient prospective
22 system?
23    A    Are you asking me do we bill outpatients as
24 inpatients?  What are you asking me?
25    Q    I'm trying to get at what an outpatient

Page 192

1  hospital service is, and I'm trying to go through
2  various different scenarios because you're not
3  understanding me, so I'm trying to clarify the question
4  and I'm doing it through various different mechanisms.
5        So does Halifax bill for outpatient surgeries
6  through the inpatient prospective payment system?
7        MR. STEPHENS:  Objection as to form.
8        THE WITNESS:  A -- I believe that the form
9  locator number four -- on item 56, I believe that
10 form locator four refers to type of bill.
11 BY MR. SCHWARTZ:
12    Q    Okay.
13    A    And if memory serves me, there's a type of
14 bill for an ER patient, for a same-day surgery patient,
15 for an outpatient, for an inpatient, for a whatever kind
16 of patient.  I don't remember how many, but there are
17 multiple combinations of numbers that say it's a
18 surg- -- it's an outpatient surgical claim, it's an ED
19 claim, it's a straight outpatient.  By straight
20 outpatient, I mean, no procedure, got some lab, maybe
21 got an x-ray, went home.
22    Q    Okay.  Are outpatient services paid through
23 the outpatient prospective payment system --
24    A    By --
25    Q    -- by Medicare?

Page 193

1     A    -- Medicare?  The hospital, the facility,
2  portion of outpatient claims are either paid based on a
3  line item amount, lab and some other stuff, or they're
4  paid under outpatient prospective payment system.
5     Q    Are any outpatient claims paid for through the
6  inpatient prospective payment system for Medicare?
7     A    I would assume not.
8     Q    How does Halifax seek reimbursement from
9  Medicare for inpatient hospital stays, through the
10 inpatient prospective payment system or another method?
11        MR. STEPHENS:  Objection as to form.
12        THE WITNESS:  A inpatient that is a admitted
13 patient, that's not an observation, that's not a
14 bedded outpatient that I'm not billing for, but is
15 a admitted patient that I have an admission order
16 for and they meet the criteria for admission, then
17 on the item number 56, form locator four, that
18 would be a type of bill for an inpatient.  I don't
19 recall what the number sequence is, but -- it would
20 be billed as an inpatient, but it would go through
21 that coding process that we talked about, the
22 diagnosis codes would be assigned, the procedures
23 that were performed would be assigned, and then the
24 encoder would assign that to a DRG.  And from the
25 Medicare standpoint, they would pay us based on the



UNITED STATES vs. HALIFAX HOSPITAL, et al.
ARVIN LEWIS on 03/05/2013

30(B)(6) VIDEOTAPED DEPOSITION OF
Pages 194..197

Page 194

1     DRG.
2  BY MR. SCHWARTZ:
3        Q    And the DRG is a diagnostic related group; is
4  that correct?
5        A    It is.  And technically, it's a -- I think
6  it's now an MSDRG, medically severity-adjusted
7  diagnostic related group.
8        Q    And MSDRGs and DRGs are components of the
9  inpatient prospective payment system; is that correct?
10       A    That's the way they process inpatient claims,
11  yes, sir.
12       Q    Okay.  In preparation for your testimony today
13  regarding topic 42, did you look at the statute cited,
14  42 U.S.C. §1395l(q)(1)?
15       A    You know what?  This far into the day, I don't
16  remember if I looked at that particular statute or not.
17       Q    Were you shown any statutes in your
18  preparation for your deposition today?
19       A    I don't recall.
20       Q    Okay.  When I asked you earlier in the day,
21  when your mind was fresh, what documents you were shown,
22  you only referred to some cheat sheet that your counsel
23  was referring to; is that accurate?
24       MR. STEPHENS:  Object as to form.
25       THE WITNESS:  I believe what I said is they

Page 195

1     used a document that was a summary of this document
2     to discuss topics that I would be asked to
3     provide -- to be a witness from a Halifax
4     standpoint on.
5  BY MR. SCHWARTZ:
6        Q    Okay.
7        A    They had to spend a great deal of time
8  explaining to me the difference between my earlier
9  depositions and this deposition.
10       Q    Okay.  And I think you said that the total
11  time you spent with counsel was between one and two
12  hours; is that accurate?
13       A    I think I said somewhere between one and two,
14  and I said that I talked to other folks on the staff
15  that took it up to around four.
16       Q    Right.  But the time spent with counsel,
17  presumably learning about the deposition, was one to two
18  and one to three with other people learning about the
19  topics; is that accurate?
20       MR. STEPHENS:  Objection as to form.
21       THE WITNESS:  I would say two with counsel,
22  two additional with other people, so two to four.
23  BY MR. SCHWARTZ:
24       Q    Okay.  And so in those two hours with counsel,
25  other than the document you just mentioned, do you

Page 196

1  recall being shown any other documents?
2        A    I don't recall other documents.  There may
3  have been other documents.  There was a, you know,
4  two-hour conversation about a bunch of topics, so I
5  don't recall.
6        Q    You don't recall seeing any other documents
7  during your preparation?
8        MR. STEPHENS:  Objection as to form.
9        THE WITNESS:  With my counsel?
10  BY MR. SCHWARTZ:
11       Q    Yes.
12       A    No.
13       Q    Do you recall seeing any other documents in
14  your preparation with the five witnesses that you
15  identified?
16       A    Documents from the standpoint if I asked my
17  administrative assistant what goes on line 75 and what
18  goes on line -- that's not 75, line 76 and 77, and then
19  that's when she would have contacted Rhonda Kennedy and
20  said, What goes there?  And then she would have
21  contacted Sarah and said, How does it get there?  And
22  then contacted Joni to say -- and some of this was
23  hallway conversations.
24       There may have been one quick huddle up, but I
25  don't even think we all got together at the same time.

Page 197

1  It was more like people coming into my administrative
2  assistant's office and saying -- because I don't do this
3  every day, but I've done this for a long time, so my
4  questions were more related to is the attending
5  physician the physician that we're capturing on
6  Meditech.
7        So I would ask a direct question as to where
8  this comes from, they would feed back to her, yes.  So
9  there may have been -- like, they may have scribbled a
10  note to her that said Meditech attending equals this
11  attending and she may have shown me that or she may have
12  just told me that.
13       Q    Okay.
14       A    So I recall that there was -- I've looked at a
15  blank UB and a blank 1500, because part of these
16  questions dealt with certifications and I needed to
17  refresh my memory as to what was on the back sides of
18  the 1500s.
19       Q    Okay.
20       A    So I looked at a blank 1500 and a blank UB.
21       Q    All right.  And other than the blank 1500, the
22  blank UB, and the document -- summary document your
23  counsel showed you, do you have any recollection of any
24  other documents you looked at?
25       A    Now that you mention it, the -- I wanted to



Case 6:09-cv-01002-GAP-TBS   Document 284   Filed 05/29/13   Page 52 of 201 PageID 15804

UNITED STATES vs. HALIFAX HOSPITAL, et al.                    30(B)(6) VIDEOTAPED DEPOSITION OF
ARVIN LEWIS on 03/05/2013                                                        Pages 198..201

Page 198

1  ensure that I had a full understanding of the 1500 and
2  the UB on line 76 and 77. I trust my staff. They said
3  that was how we were capturing it. So I believe it was
4  line 76 on this form, and we don't have a copy of a 1500
5  here, but there were, I think, two claim indicators on
6  the 1500 form that I looked at the UB manual and the
7  1500 manual online to verify that my memory of how you
8  fill that out was still how you, in fact, fill it out
9  today.
10     Q   Okay.
11     A   And it was.
12     Q   All right. Anything else you can think of?
13     A   No, sir.
14     Q   Okay.
15         (Exhibit 62 was marked for identification.)
16  BY MR. SCHWARTZ:
17     Q   Mr. Lewis, the court reporter has handed you
18  what's been marked as Deposition Exhibit 62. This is a
19  long statute detailing Medicare outpatient payment
20  rules.
21         If you flip to the page that says in the top
22  left corner page 2483 -- are you on page 2483?
23     A   Yes, sir.
24     Q   If you look in the right-hand column, you'll
25  see that there's a citation to section (q), Requests for

Page 199

1  payment to include information on referring physician.
2  Do you see that?
3     A   I see a bolded area, yes.
4     Q   Okay. And what does that say there?
5     A   Each request for payment or bill submitted for
6  an item or service furnished by an entity for which
7  payment may be made under this part and for which the
8  entity knows or has reason to believe that there has
9  been a referral by a referring physician, within the
10  meaning of section 1395nn of this title, shall include
11  the name of the unique physician identification number
12  for the referring physician.
13         Now, as we discussed earlier today, the UBCC
14  annotations on how you fill out the UB form and the 1500
15  form, I believe what they say is that if the attending
16  and the referring are different, then you are to fill
17  out an additional space on the UB.
18     Q   Okay. And what do you do if the attending and
19  referring are the same?
20     A   My understanding that, A, we've earlier --
21  earlier discussed, we don't capture referring physician
22  on outpatient hospital claims. We only capture the
23  physician who is providing the service, who is ordering
24  the service, who is providing the service. We don't
25  capture referring physician.

Page 200

1         As I stated, there is a space on Meditech for
2  referring physician, but I verified with our patient
3  access director that we do not capture referring
4  physician.
5     Q   Okay. So what does Halifax do to comply with
6  42 U.S.C. §13951 section (q)(1)?
7     A   On the 1500 forms -- and I need to talk about
8  them separately.
9     Q   Well, no, you actually don't, because this is
10  a request for payment to include information --
11         MR. STEPHENS: Objection. The witness can
12  answer the question as he's --
13         MR. SCHWARTZ: No, this is a nonresponsive
14  answer.
15         MR. STEPHENS: You cannot instruct the witness
16  how to answer the question.
17         MR. SCHWARTZ: I'm not instructing him how to
18  answer it. The witness --
19         MR. STEPHENS: You interrupted him while he
20  was answering the question.
21         MR. SCHWARTZ: He's talking about paying
22  physician claims. This section is dealing with the
23  outpatient hospital payment.
24         MR. STEPHENS: Let the witness answer the
25  question.

Page 201

1         MR. SCHWARTZ: I will let Mr. Lewis answer the
2  question that I asked, not what he damn well feels
3  like answering. And if you want to instruct your
4  witness to answer the question asked, like you
5  always do, I would appreciate it.
6         I'm asking him about what Halifax does to
7  comply with the outpatient hospital payment rules,
8  and if he can do that, I would appreciate it. If
9  he wants to talk about the hospital stuff, he can
10  do that when you ask questions. I'm asking him a
11  question about Exhibit 62, section (q)(1).
12  BY MR. SCHWARTZ:
13     Q   So what does Halifax Hospital do to comply
14  with 42 U.S.C. §13951 section (q)(1), which requires the
15  identification of the referring physician on outpatient
16  hospital forms?
17     A   As I stated, we don't capture the referring
18  physician. We capture the attending physician, which is
19  the physician ordering the test.
20     Q   Okay. Is it your understanding that the
21  physician ordering the test is the referring physician?
22         MR. STEPHENS: Objection as to form, calls for
23  a legal conclusion.
24         THE WITNESS: It's my understanding that we're
25  required to annotate the physician that is ordering



DISCOVERY
LITIGATION SERVICES
Court Reporting • Videography • Trial Presentations
Nationwide Coverage

37 North Orange Avenue
Suite 500
Orlando, Florida 32801
321.710.2150
www.DiscoveryLit.com

UNITED STATES vs. HALIFAX HOSPITAL, et al.
ARVIN LEWIS on 03/05/2013

30(B)(6) VIDEOTAPED DEPOSITION OF
Pages 202..205

Page 202

1    the test, which is the attending physician. That's
2    the data that we capture and that's the data we
3    submit.
4         When you cut me off, I was talking about the
5    areas where we do capture referring, because on the
6    1500, there's spaces for that, because it goes back
7    to that EKG example. But on the hospital side, we
8    capture the physician that ordered the test.
9         We may be splitting hairs here, I don't know.
10   I can't -- I can't answer what you think referring
11   is. I can only answer how we capture attending
12   physician.
13   BY MR. SCHWARTZ:
14   Q    What I'm asking you is how Halifax captures
15   the information required in section (q)(1) of
16   Exhibit 62. And you're saying that Halifax doesn't
17   capture that information.
18   A    I'm saying that we capture the required
19   physicians.
20   Q    Okay. And this is saying that Halifax is
21   required to provide information about the referring
22   physician.
23        So how does Halifax provide that information?
24        MR. STEPHENS: Objection, asked and answered.
25   And objection to the extent you're asking for him

Page 203

1    to make a legal conclusion.
2    BY MR. SCHWARTZ:
3    Q    Do you know how Halifax gathers the
4    information required in section (q)(1) of Exhibit 62?
5         MR. STEPHENS: Objection, asked and answered.
6    BY MR. SCHWARTZ:
7    Q    You can answer.
8    A    I believe I've answered it a couple of times.
9    Q    And you can answer it again.
10        MR. STEPHENS: Objection, asked and answered.
11   Still badgering the witness.
12   BY MR. SCHWARTZ:
13   Q    You can answer.
14        Are you refusing to answer my question?
15        MR. STEPHENS: Objection. The witness has
16   answered it multiple times already.
17        MR. SCHWARTZ: Georgia, can you read back his
18   answer to my last question, or was there a
19   nonverbal response?
20        (The requested testimony was read by the
21   reporter as follows: "What I'm asking you is how
22   Halifax captures the information required in
23   section (q)(1) of Exhibit 62. And you're saying that
24   Halifax doesn't capture that information."
25        Answer: "I'm saying that we capture the

Page 204

1    required physicians.")
2         THE REPORTER: And then you asked: "And this
3    is saying that Halifax is required to provide
4    information about the referring physician. So how
5    does Halifax provide that information?"
6         That was objected to and not answered.
7         MR. SCHWARTZ: Okay.
8         THE REPORTER: There was another question.
9         MR. SCHWARTZ: Go ahead.
10        (The question was read by the reporter as
11   follows: "Do you know how Halifax gathers the
12   information required in section (q)(1) of Exhibit 62?")
13        THE REPORTER: Again, "Objection, asked and
14   answered" and no answer.
15   BY MR. SCHWARTZ:
16   Q    Go ahead and answer that question, then,
17   Mr. Lewis.
18   A    I think you're asking for which the entity
19   knows or has reason to believe that there has been a
20   referral by a referring physician, and then it gives a
21   standard title of what defines -- I'm assuming that
22   defines referring physician.
23        My counsel has pointed out I can't answer a
24   legal question. I can only tell you what we do. And
25   what we do is follow the guidelines from the standpoint

Page 205

1    of what physicians are required on that UB form. And
2    what physicians are required on the UB form, from my
3    understanding, is the attending physician.
4         This document that you keep pointing to says
5    very clearly, for which the entity knows or has reason
6    to believe that there has been a referral by a referring
7    physician.
8    Q    Okay.
9    A    So if I don't know there's a referring
10   physician, I don't know there's a referring physician.
11   I capture the physician that wrote the order for the
12   test, or the physician, if it's a procedure-based test,
13   that that physician is performing. I'm sorry if I'm not
14   explaining it clearly. That's the only way I know how
15   to explain it.
16   Q    No, I appreciate that clarification.
17        Let's go back to Exhibit 59, which is the
18   Moran report. If you could look at page two.
19   A    59?
20   Q    Uh-huh, page two.
21   A    Page two.
22   Q    Under the definition of referral, it says,
23   Referral means either of the following: Except as
24   provided in paragraph two of this definition, the
25   request by a physician for, or ordering of, or the


DISCOVERY
LITIGATION SERVICES
Court Reporting • Videography • Trial Presentations
Nationwide Coverage

37 North Orange Avenue
Suite 500
Orlando, Florida 32801
321.710.2150
www.DiscoveryLit.com

UNITED STATES vs. HALIFAX HOSPITAL, et al.
ARVIN LEWIS on 03/05/2013

30(B)(6) VIDEOTAPED DEPOSITION OF
Pages 206..209

Page 206

1  certifying or recertifying of the need for any
2  designated health service for which payment may be made
3  under Medicare Part B.
4       Then it goes on to talk about including
5  consultations and other things.
6       You talked about physicians ordering tests or
7  ordering procedures.  It would appear under the
8  definition set forth by Halifax's expert that that meets
9  the definition of a referral, correct?
10      MR. STEPHENS:  Objection as to form, calls for
11  a legal conclusion.
12      THE WITNESS:  Yeah, I can't answer questions
13  related to what's a referral, what a Stark claim
14  is, what this is, what that -- I can only talk to
15  you about what we did, and I've done that a couple
16  of times.  Be glad to do it again.
17 BY MR. SCHWARTZ:
18      Q   All right.  Well, let's do it with respect to
19 Dr. William Kuhn in topic 42.
20      A   Topic 42 on 55?
21      Q   Topic 42 of Exhibit 55, yes.
22      How does Halifax identify the referring
23 physician on claim forms where Dr. William Kuhn is
24 identified as the attending or operating physician?
25      MR. STEPHENS:  Objection to the extent it

Page 207

1  calls for a legal conclusion.
2       THE WITNESS:  Once again, we would identify on
3  Meditech the ordering, which is the attending, and
4  the operating, which is the physician doing the
5  procedure.
6  BY MR. SCHWARTZ:
7       Q   Okay.  And the attending physician, again, was
8  what in Halifax's parlance?
9       MR. STEPHENS:  Objection as to form.
10      THE WITNESS:  It's actually the definition of
11  item 56, form locator 76, attending physician,
12  which is the physician overall responsible for the
13  patient's care.
14 BY MR. SCHWARTZ:
15      Q   And then what is the operating physician?
16      MR. STEPHENS:  Objection as to form.
17      THE WITNESS:  On Exhibit 56 that would be form
18  locator 77, the operating physician.
19 BY MR. SCHWARTZ:
20      Q   Okay.  And with respect to Dr. William Kuhn,
21 is it the -- when Dr. William Kuhn is listed as the
22 attending physician, does he meet the definition of
23 referring physician?
24      MR. STEPHENS:  Objection as to form, calls for
25  a legal conclusion.

Page 208

1       THE WITNESS:  Yeah.  Once again, I can talk to
2  you about who the attending physician is.  I can
3  talk to you about who the operating physician is.
4  I can't give you a legal opinion on whether he's a
5  referring physician or not.  That's for you guys to
6  work out.
7  BY MR. SCHWARTZ:
8       Q   When you say "you guys," you mean who?
9       A   There's mostly lawyers --
10      MR. STEPHENS:  Objection as to form.
11      THE WITNESS:  There's mostly lawyers in the
12  room.
13      I'm a finance guy.  I can tell you that we
14  capture the attending physician because we're
15  supposed to capture the attending physician.  I
16  can't clear up a debate between you guys on what a
17  referring physician is or is not.
18 BY MR. SCHWARTZ:
19      Q   Yeah.  Probably Mr. Moran can't either, huh?
20      MR. STEPHENS:  Objection as to form, outside
21  the scope of 30(b)(6) testimony.
22 BY MR. SCHWARTZ:
23      Q   Maybe he could offer his common sense
24 layperson opinion on that for us.
25      MR. STEPHENS:  Objection as to form, outside

Page 209

1  the scope of the 30(b)(6) testimony.
2       THE WITNESS:  I haven't read either report,
3  your report or his report.  I can't opine on my
4  feelings either way.
5  BY MR. SCHWARTZ:
6       Q   Let's move on to 42c of Exhibit 55.
7       How does Halifax identify claims where
8  Dr. Frederico Vinas is listed as the attending or
9  operating physician and whether or not there's a
10 referring physician as required in 42
11 U.S.C. §1395l(g)(1)?
12      MR. STEPHENS:  Objection as to form.
13      THE WITNESS:  What page was that on, item
14  number 62 that you keep quoting me?
15 BY MR. SCHWARTZ:
16      Q   2483 of Exhibit 62.
17      A   All right.  For which the entity knows or has
18 reason to believe that there's been a referral by a
19 referring physician within a certain standard here.
20      Once again, I can talk to you all day about
21 attending and about operating, and it's going to be
22 same process.  If Dr. Vinas was doing an outpatient
23 surgery on a patient, he would be the attending
24 physician.  If he's actually doing the procedure
25 himself, he would be the operating physician.  If he



DISCOVERY
LITIGATION SERVICES
Court Reporting • Videography • Trial Presentations
Nationwide Coverage

37 North Orange Avenue
Suite 500
Orlando, Florida 32801
321.710.2150
www.DiscoveryLit.com

UNITED STATES vs. HALIFAX HOSPITAL, et al.
ARVIN LEWIS on 03/05/2013

30(B)(6) VIDEOTAPED DEPOSITION OF
Pages 210..213

Page 210

1  requested a CBC, lab test, EKG, it's my understanding
2  that he would be the ordering, which is, in our case,
3  the attending physician.
4      Q    And if he performed the procedure, he would be
5  the operating physician?  The procedure being a surgery,
6  obviously.
7          MR. STEPHENS:  Objection as to form.
8          THE WITNESS:  Yes, sir.  If he performed the
9      surgery, he would be listed as the operating
10     physician.
11 BY MR. SCHWARTZ:
12     Q    And beyond surgeries, are there any other
13 procedures where the neurosurgeons would be listed as
14 the operating physician in Halifax's system?
15         MR. STEPHENS:  Objection as to form.
16         THE WITNESS:  I believe most of their
17     procedures are -- would be classified as operating.
18     And we're talking UB form here, so there may be,
19     like, a biopsy, a needle biopsy, or something that
20     maybe he was working with a radiologist on, but I
21     would say that most of the time if he's doing a
22     procedure it's actually going to be classified as a
23     surgical intervention for the neurosurgeons.  There
24     are other specialists that, you know, it may be
25     procedure based that wouldn't be.

Page 211

1  BY MR. SCHWARTZ:
2      Q    Right.  And before you talked about how the
3  EKG wouldn't -- a physician who performed the EKG
4  wouldn't really necessarily be reflected on a outpatient
5  claim form?
6      A    Not on a hospital claim form but on the 1500.
7      Q    Right.  The 1500 would show the physician
8  request for payment for that service, but it wouldn't be
9  on the hospital request?
10     A    That is my understanding, that all of the
11 physicians that touch the patient don't show up on the
12 UB form.
13     Q    Okay.  Now, the other physicians listed in
14 topic 42, the medical oncologists and Dr. Molpus --
15     A    Yes, sir, they are oncologists and I believe
16 they are all medical oncologists.
17     Q    Okay.
18     A    And Dr. Molpus who is a GYN surgeon and an
19 oncologist.
20     Q    Okay.  So in situations where the medical
21 oncologists and Dr. Molpus -- well, let's take it in two
22 steps.
23         With respect to the medical oncologists listed
24 in topic 42 --
25         MR. STEPHENS:  Objection as to form.

Page 212

1          MR. SCHWARTZ:  I didn't actually pose any
2      question.  I said with respect to the medical
3      oncologists listed in topic 42.
4  BY MR. SCHWARTZ:
5      Q    With respect to the medical oncologists listed
6  in topic 42, when they're listed as the attending
7  physician, how does Halifax determine whether they meet
8  the definition of referring physician as required by
9  42 U.S.C. §1395l(q)(1)?
10     A    Once again, it sounds like you're asking for a
11 legal opinion.  I can talk to you about the process, and
12 I'll be glad to, but I can't opine on various sections
13 and statutes.  But I can talk to how we capture that
14 data.
15     Q    Let me ask the question slightly differently.
16         Would the process that you would walk me
17 through be any different than the process you just
18 walked me through with respect to Drs. Khanna, Kuhn and
19 Vinas?
20         MR. STEPHENS:  Objection as to form.
21         THE WITNESS:  I am pondering that for a
22     second, because the -- all right.  Couple of
23     caveats.  We're talking about an outpatient
24     hospital claim?
25 BY MR. SCHWARTZ:

Page 213

1      Q    Correct.
2      A    Okay.  Not inpatient, not 1500?
3      Q    Correct.  Topic 43 is inpatient, and we're not
4  talking about 1500s.
5      A    Okay.  So on the hospital outpatient claim,
6  they would be the attending physician for patients that
7  they're providing medical oncology services to.
8      Q    Okay.
9      A    And in the medical oncologists' case, I don't
10 believe that they would be doing any procedures that
11 would show up as an operating procedure, so I believe
12 their form would just be annotated as if they are the
13 attending physician on this, the UB -- on the UB.  The
14 1500 being quite different.
15     Q    Okay.  With respect to the medical oncologists
16 in topic 42, how does Halifax determine whether the
17 medical oncologist is different from the referring
18 physician?
19         MR. STEPHENS:  Objection as to form.
20         THE WITNESS:  We -- once again, we capture the
21     attending physician.  We -- on the hospital
22     outpatient side and on the hospital inpatient side,
23     we don't capture referring physicians.  But we
24     capture the oncolog- -- the oncologists would be
25     captured in line 76, item 56, as the attending



Case 6:09-cv-01002-GAP-TBS   Document 284   Filed 05/29/13   Page 56 of 201 PageID 15808

UNITED STATES vs. HALIFAX HOSPITAL, et al.                30(B)(6) VIDEOTAPED DEPOSITION OF
ARVIN LEWIS on 03/05/2013                                                    Pages 214..217

Page 214

1   physician.
2   BY MR. SCHWARTZ:
3       Q    And where would Halifax capture information
4   regarding referring physicians?
5            MR. STEPHENS:  Objection, asked and answered.
6            THE WITNESS:  We don't capture the referring
7       physician on hospital outpatient and inpatient
8       claims.
9   BY MR. SCHWARTZ:
10      Q    Okay.  Let's move on to topic 43.
11           In your last answer you said you don't capture
12  referring physician information for hospital inpatient
13  and outpatient claims; is that correct?
14           MR. STEPHENS:  Objection as to form.
15           THE WITNESS:  We were talking about
16      outpatient, but yes, I believe I said outpatient
17      and inpatient.
18  BY MR. SCHWARTZ:
19      Q    I was trying to save some time with respect to
20  topic 43, but we can go through it if you prefer.
21      A    Yeah, I guess you'd better ask the question --
22  whatever question you have about item 43.
23      Q    Okay.  And the next series of questions will
24  all be about topic 43 of Exhibit 55.
25           With respect to CMS form 1450 where Dr. Khanna

Page 215

1   is identified as the attending physician, how does
2   Halifax determine who the referring physician is for
3   claim forms submitted to Medicare?
4            MR. STEPHENS:  Objection as to form, calls for
5       a legal conclusion.
6            THE WITNESS:  You know, I can talk to you
7       about the process, and it's going to be very
8       similar.  We capture the attending or the operating
9       physician.  I am not aware that we capture the
10      referring physician.
11           In fact, I think that the standard is more of
12      a referring provider.  And on an inpatient side,
13      most of these cases came through the emergency
14      services and the trauma program, the stroke program
15      and the patients are going to whoever's on call.
16      So the oncologists or the neurosurgeons aren't
17      bringing patients to us in the ED program, trauma
18      program, stroke program.  We've got a patient in
19      the ED that needs to be taken care of, and
20      whoever's on call gets tagged with providing care
21      for that patient.  The oncologists get called in on
22      consults for those patients and then many times do
23      the follow-up after the fact.  Sometimes they have
24      to do inpatient care.
25           But, once again, we would identify the

Page 216

1   attending physician, and, if the physician
2   performed a procedure, the operating physician.
3            VIDEO TECHNICIAN:  There's five minutes left.
4            MR. SCHWARTZ:  Okay.
5   BY MR. SCHWARTZ:
6       Q    Would your answer be the same with respect to
7   all of the other physicians identified in topic 43 of
8   Exhibit 55?
9            MR. STEPHENS:  Objection as to form.
10           THE WITNESS:  I am not aware of any
11      differences on how we capture that data from an
12      inpatient standpoint.  Inpatient is inpatient;
13      outpatient is outpatient.  I'm not aware of any
14      differences based on who the physician is.
15           MR. SCHWARTZ:  Okay.  Mr. Lewis, those are all
16      the questions I have for you at this time.
17           I would like to note for the record that at
18      the beginning of the deposition I made a request of
19      your counsel for the summary document that was used
20      in your deposition preparation, which is responsive
21      to the document request that counsel received when
22      Exhibit 55 was served.  And I would also like the
23      record to reflect that during testimony today, you
24      referred to four or five additional documents that
25      you used in your preparation and none of those

Page 217

1   documents were provided.
2        So I consider the deposition open until those
3   documents have been produced.  And if I have
4   additional questions, I'm reserving my right to ask
5   questions based on those documents that need to be
6   produced.
7            MR. WOOD:  Why don't we change the tape.
8            MR. STEPHENS:  Counsel for Halifax disagrees,
9       but I did make the request to identify the document
10      that Mr. Lewis referred to in his deposition prep
11      and we are trying to identify which one is the
12      actual version.
13           MR. SCHWARTZ:  Okay.  I appreciate that.
14           And the additional documents that he also
15      referred to, the UB and 1500 instruction manual,
16      CMS form 1500, the UB-04 and the UB-92.  I believe
17      some of those forms were blank forms, and to the
18      extent that they are just blank forms, they don't
19      need to be produced.  But if you can confirm
20      whether he was using blank forms or whether there
21      was any annotations or marginalia produced on those
22      documents on which he relied, if there are
23      additional notations, those documents should be
24      produced as well.
25           VIDEO TECHNICIAN:  The time is approximately



37 North Orange Avenue
Suite 500
Orlando, Florida 32801
321.710.2150
www.DiscoveryLit.com

UNITED STATES vs. HALIFAX HOSPITAL, et al.
ARVIN LEWIS on 03/05/2013

30(B)(6) VIDEOTAPED DEPOSITION OF
Pages 218..221

Page 218

1    4:56 p.m.  This concludes disk number four for the
2    deposition of Arvin Lewis.  We are off video
3    record.
4        (Short break from 4:56 p.m. to 5:04 p.m.)
5        VIDEO TECHNICIAN:  The time is approximately
6    5:04 p.m.  This is the beginning of disk number
7    five for the deposition of Arvin Lewis.  We are
8    back on video record.
9            CROSS-EXAMINATION
10   BY MR. WOOD:
11       Q    Mr. Lewis, I just want to make sure I
12   understood some of your testimony in the last several
13   minutes with Mr. Schwartz.
14            You said that the medical oncologists and the
15   neurosurgeons aren't bringing patients to Halifax.  You
16   didn't mean to say that as an absolute statement, that
17   they don't bring any patients to Halifax, did you?
18       MR. STEPHENS:  Objection as to form.
19       THE WITNESS:  I believe I was referring to
20   those patients that -- many of our patients, over
21   65 percent of them, come through our back door,
22   which is the emergency room.  So a large number of
23   our inpatients don't come from physicians, like the
24   neurosurgeons and the oncologists.  They come from
25   the community coming to our emergency room for

Page 219

1    care.
2    BY MR. WOOD:
3        Q    And you don't get a lot of patients that are
4    being treated by medical oncologists coming into the
5    emergency room, do you?
6        MR. STEPHENS:  Objection as to form.
7    BY MR. WOOD:
8        Q    Certainly not in the stroke department?
9        A    Not in the stroke department, but in the
10   emergency room, yes.  Many of the oncology providers in
11   our community won't care for Medicaid patients or for
12   private-pay patients.  And those patients, when they get
13   ill enough, they have to come to the emergency room for
14   care, and so we wind up taking care of those patients.
15       Q    So there's 35 percent of your patients that
16   end up inpatients --
17       MR. STEPHENS:  Objection as to form.
18   BY MR. WOOD:
19       Q    -- that don't go through the emergency
20   department or the stroke department?
21       MR. STEPHENS:  Objection as to form.
22       THE WITNESS:  Typically, 65 percent of our
23   inpatients come in through our emergency room --
24   BY MR. WOOD:
25       Q    I heard that.

Page 220

1        A    -- which, by default, would mean that
2    35 percent of our inpatients come from various
3    physicians referring patients -- I won't say
4    referring -- admitting patients to our hospital.
5        Q    No, no, referring.  You know what a referring
6    physician is, don't you?
7        MR. STEPHENS:  Objection as to form, calls for
8    a legal conclusion.
9        MR. WOOD:  I'm asking him his knowledge.
10   BY MR. WOOD:
11       Q    You understand what it means for a physician
12   to refer someone to the hospital, don't you?
13       A    I know what --
14       MR. STEPHENS:  Objection as to form, outside
15   the scope of the 30(b)(6).
16       THE WITNESS:  I know what it means for a
17   physician to write an admission order to our
18   hospital.
19   BY MR. WOOD:
20       Q    Well, does Halifax know -- if a patient goes
21   over to see Dr. Vinas and Dr. Vinas decides that he
22   wants that patient to have an outpatient neurological
23   procedure, does Halifax know that Dr. Vinas has referred
24   that patient to the hospital?
25       MR. STEPHENS:  Objection as to form, asks for

Page 221

1    a legal conclusion and vague.
2        MR. WOOD:  That's a speaking objection.
3    You're not allowed to do it.
4    BY MR. WOOD:
5        Q    Answer my question, please, sir.
6        MR. STEPHENS:  Objection as to form.
7        THE WITNESS:  Once again, if the physician is
8    performing a procedure on the patient, he's going
9    to be identified as the attending or the operating
10   physician.
11   BY MR. WOOD:
12       Q    I've heard that ad nauseam.  I don't need to
13   hear it again.  That's not what I'm asking you.  I'm not
14   asking you --
15       MR. STEPHENS:  Objection as to form.
16       MR. WOOD:  Well, listen, I'm not going to be
17   as tolerant as Mr. Schwartz is.  If he's not --
18       MR. STEPHENS:  Let the witness answer the
19   question.
20       MR. WOOD:  No, sir.  He's supposed to answer
21   the questions and not simply give me ad nauseam a
22   repetition of the same statement over and over
23   again.  And if he does it one more time, I'm going
24   to terminate the deposition and I'm going to take
25   it up with the court.



DISCOVERY
LITIGATION SERVICES
Court Reporting • Videography • Trial Presentations
Nationwide Coverage

37 North Orange Avenue
Suite 500
Orlando, Florida 32801
321.710.2150
www.DiscoveryLit.com

Case 6:09-cv-01002-GAP-TBS   Document 284   Filed 05/29/13   Page 58 of 201 PageID 15810

UNITED STATES vs. HALIFAX HOSPITAL, et al.                    30(B)(6) VIDEOTAPED DEPOSITION OF
ARVIN LEWIS on 03/05/2013                                                        Pages 222..225

Page 222

1        I'm entitled, as the judge would instruct him,
2    that he is to answer my question and then he has
3    the right to explain, but not to simply repeat ad
4    nauseam these canned answers that he keeps giving
5    me.
6  BY MR. WOOD:
7      Q   Here's my question again.
8          The hospital knows that if Dr. Vinas has a
9  patient in his office and he wants that patient to have
10 an outpatient neurological procedure and Dr. Vinas sends
11 the patient over to Halifax for that procedure, that
12 Dr. Vinas in that situation has referred the patient to
13 the hospital --
14         MR. STEPHENS:  Objection as to form.
15 BY MR. WOOD:
16     Q   -- true?
17         MR. STEPHENS:  Objection as to form, calls for
18     a legal conclusion.
19         THE WITNESS:  Dr. Vinas may order an
20     outpatient test and he is captured as the attending
21     physician.  He may do an outpatient procedure and
22     he is identified as the operating physician.
23 BY MR. WOOD:
24     Q   I'm not asking you how you capture him or how
25 you identify him on your forms.  I want to know in the

Page 223

1  real world, plain and simple, good old common sense, if
2  he sends his patient over to the hospital for an
3  outpatient neurological procedure, he's referred that
4  patient to Halifax, regardless of how you capture it or
5  regardless of how you identify it on some form, true?
6          MR. STEPHENS:  Objection as to form, calls for
7      a legal conclusion.
8          THE WITNESS:  He may be the admitting
9      physician --
10 BY MR. WOOD:
11     Q   I didn't ask you that.
12     A   -- he may be the attending physician, he may
13 be the operating physician.
14     Q   He may be the referring physician?
15         MR. STEPHENS:  Objection as to form.
16         THE WITNESS:  I don't capture referring
17     physician.  I wouldn't know.
18 BY MR. WOOD:
19     Q   Listen.  I didn't ask you how you captured it.
20 I didn't ask you how you identified it.
21         I asked you in the real world, sir, when a
22 patient is sitting in Dr. Vinas's office and he looks at
23 that patient and says, I think I want you to have a
24 certain outpatient neurological procedure, and he sends
25 that patient over to Halifax for that procedure, he has

Page 224

1  referred that patient to the hospital and the hospital
2  knows it, true?
3          MR. STEPHENS:  Objection as to form.
4          THE WITNESS:  That's your statement, not my
5      answer.
6  BY MR. WOOD:
7      Q   So what is your answer?
8      A   The same answer that I've already given.
9      Q   So why in the world are you paying all those
10 medical oncologists all this money and providing
11 neurosurgeons with these offices and all these perks if
12 you don't think they're referring their patients to the
13 hospital?
14         MR. STEPHENS:  Objection as to form, outside
15     the scope of the 30(b)(6) topic.
16 BY MR. WOOD:
17     Q   Answer that for me, please, sir.
18         MR. STEPHENS:  And I'm going to instruct the
19     witness not to answer since it's outside the scope.
20         MR. WOOD:  No, sir, that's not --
21 BY MR. WOOD:
22     Q   If Halifax is paying these medical oncologists
23 all this money, these bonuses, if they are paying the
24 neurosurgeons, giving them an office suite and giving
25 them a number of perks, aren't they doing it so that, in

Page 225

1  fact, the medical oncologists and the neurosurgeons will
2  refer their patients to the hospital?
3          MR. STEPHENS:  Objection as to form, outside
4      the scope.  I'm going to instruct the witness not
5      to answer.
6          MR. WOOD:  You really want to instruct him not
7      to answer that question?
8          MR. STEPHENS:  Yes.  Yeah, it's so far outside
9      the scope of the 30(b)(6) topics --
10         MR. WOOD:  Let me just ask you --
11         MR. STEPHENS:  You've got a fact deposition
12     coming in two weeks, and you can ask him that
13     question then.
14         MR. WOOD:  Excuse me, this is not taking up my
15     time on this video record.
16         Listen to me, I am asking him the same subject
17     matter as Mr. Schwartz examined him on, what the
18     hospital knows about the question of whether the
19     physicians are referring patients to the hospital.
20     It's exactly on point.
21         Would you read that question back?  And I
22     think you will withdraw that instruction when you
23     hear it.
24         (The question was read by the reporter as
25 follows:  "If Halifax is paying these medical



UNITED STATES vs. HALIFAX HOSPITAL, et al.
ARVIN LEWIS on 03/05/2013

30(B)(6) VIDEOTAPED DEPOSITION OF
Pages 226..229

Page 226

1  oncologists all this money, these bonuses, if they are
2  paying the neurosurgeons, giving them an office suite
3  and giving them a number of perks, aren't they doing it
4  so that, in fact, the medical oncologists and the
5  neurosurgeons will refer their patients to the
6  hospital?")
7          MR. WOOD:  You want to instruct him not to
8      answer that question?
9          MR. STEPHENS:  For the reasons that I stated,
10     absolutely.  There's absolutely no topic that that
11     is relevant to in this deposition.
12 BY MR. WOOD:
13     Q     You know that the medical oncologists and the
14 neurosurgeons are, in certain instances, bringing
15 patients to Halifax.  Halifax knows that, don't they?
16         MR. STEPHENS:  Objection as to form, calls for
17     a legal conclusion.
18         MR. WOOD:  No, sir.  Don't give another
19     speaking objection.  You're not allowed to sit
20     there and give the statement that it calls for a
21     legal conclusion to cue him to say I'm not a
22     lawyer.  That's a speaking objection, and I'm not
23     going to keep tolerating it from you.  I've
24     admonished you in the past not to do it, and you
25     know better.

Page 227

1          Read my question back, please, ma'am.
2          (The question was read by the reporter as
3  follows:  "You know that the medical oncologists and the
4  neurosurgeons are, in certain instances, bringing
5  patients to Halifax.  Halifax knows that, don't they?")
6          MR. STEPHENS:  Objection as to form.
7          MR. WOOD:  I'll withdraw it, because your form
8      objection may be good.  Your other one was not.
9  BY MR. WOOD:
10     Q     Halifax is aware that medical oncologists and
11 neurosurgeons employed by Halifax Staffing are in
12 certain instances bringing patients to Halifax, true?
13         MR. STEPHENS:  Objection as to form.
14         THE WITNESS:  I'm not exactly sure what
15     you're -- I'm sorry, you're making a lot of
16     statements.  I'm not really sure what you're
17     asking.
18 BY MR. WOOD:
19     Q     I'm using words that you used, sir.  These
20 were your words when you talked --
21     A     It doesn't sound like it, sir.
22     Q     Well, just answer my question.  You may be a
23 finance guy, but I don't think you lack in understanding
24 the English language.
25         MR. WOOD:  I'm going to ask you to read it

Page 228

1  back one more time.
2          (The question was read by the reporter as
3  follows:  "Halifax is aware that medical oncologists and
4  neurosurgeons employed by Halifax Staffing are in
5  certain instances bringing patients to Halifax, true?")
6          MR. STEPHENS:  Objection as to form.
7  BY MR. WOOD:
8      Q     Can you answer my question?
9      A     Was there a question in that?  Once again,
10 I --
11     Q     I'm going to give you about one more try at
12 this and then I am going to terminate this deposition.
13         MR. WOOD:  I don't think the video record is
14     going to be very impressive for this court to look
15     at with this witness.
16         It's a simple question.  Read it back one more
17     time for him, please, ma'am.
18         Try to listen carefully this time.
19         MR. STEPHENS:  Objection as to form.  No need
20     to --
21         MR. WOOD:  I didn't ask him anything.
22         MR. STEPHENS:  You insulted him.
23         MR. WOOD:  I said, try to listen carefully
24     this time.  It's not an insult.
25         MR. STEPHENS:  It is insulting.

Page 229

1          MR. WOOD:  It's a request.
2          MR. STEPHENS:  He's listening carefully now.
3          MR. WOOD:  I shouldn't have to have every
4      question read back two or three times.  His
5      obligation --
6          MR. STEPHENS:  Ask him the question.
7          MR. WOOD:  -- is to listen carefully and
8      answer the questions.
9          MR. STEPHENS:  Ask him the question.
10         MR. WOOD:  Answer the question.
11         Read it back for him.
12         (The question was read by the reporter as
13 follows:  "Halifax is aware that medical oncologists and
14 neurosurgeons employed by Halifax Staffing are in
15 certain instances bringing patients to Halifax, true?")
16         MR. STEPHENS:  Objection as to form.
17         THE WITNESS:  The neurosurgeons and the
18     medical oncologists both perform services at
19     Halifax Medical Center and Halifax Medical Center
20     campuses.
21 BY MR. WOOD:
22     Q     On their patients --
23         MR. STEPHENS:  Objection as to form --
24 BY MR. WOOD:
25     Q     -- true?



37 North Orange Avenue
Suite 500
Orlando, Florida 32801
321.710.2150
www.DiscoveryLit.com

Case 6:09-cv-01002-GAP-TBS   Document 284   Filed 05/29/13   Page 60 of 201 PageID 15812

UNITED STATES vs. HALIFAX HOSPITAL, et al.                    30(B)(6) VIDEOTAPED DEPOSITION OF
ARVIN LEWIS on 03/05/2013                                                         Pages 230..233

Page 230

1     A    Define their patient versus my patient versus
2  another doctor's patient.
3     Q    You don't know -- you don't have the
4  understanding to know that Dr. Vinas and Dr. Durkin have
5  their own patients?  You don't recognize that, sir?
6  Halifax doesn't know that?
7         MR. STEPHENS:  Objection as to form.
8         THE WITNESS:  Define, once again, is that an
9     emergency room patient that the hospital is
10    referring --
11 BY MR. WOOD:
12    Q    Sir?
13    A    -- not referring -- handling to the -- I can't
14 answer if you keep talking, Brother.  I can only
15 answer --
16        MR. WOOD:  Let's take a break, because I'm
17    about done with you.  Let's take a break.
18        VIDEO TECHNICIAN:  The time is approximately
19    5:15 p.m.  We are off video record.
20        (Short break from 5:15 p.m. to 5:16 p.m.)
21        VIDEO TECHNICIAN:  The time is approximately
22    5:16 p.m.  We are back on video record.
23 BY MR. WOOD:
24    Q    Does Halifax Hospital recognize that its
25 neurosurgeons have their own patients?

Page 231

1         MR. STEPHENS:  Objection as to form.
2         THE WITNESS:  Our neurosurgeons have a
3     practice that they have a group of patients that
4     they provide care for.  Some of these patients come
5     through our emergency room; some of those patients
6     come from community physicians.
7  BY MR. WOOD:
8     Q    And some of those patients go to the doctors
9  in the medical oncology department or the neurosurgery
10 department based on a referral from other physicians to
11 one of the Halifax Staffing doctors, right?
12    A    Community physicians send patients to all of
13 our medical staff, whether they're employed or not, ut
14 the specialists in -- on our medical staff are highly
15 respected by the primary cares and they send patients to
16 them that they are unable to take care of.
17    Q    And then that -- those patients can then
18 become part of the neurosurgical's practice or the
19 medical oncologists' practice, right?
20        MR. STEPHENS:  Objection as to form.
21        THE WITNESS:  It's hard to define "become part
22    of."  Especially --
23 BY MR. WOOD:
24    Q    Become a patient in their practice.
25    A    Well, it would be maybe a patient that they're

Page 232

1  taking care of from a specialty standpoint, but they
2  still belong for most of their care to typically a
3  primary care.  That primary care is still having to do
4  authorizations to allow them to receive other services.
5  So the patient still belongs to whoever they started
6  with, which is technically primary care.
7     Q    So you would tell me that Dr. Vinas, for
8  example, would have to stay in touch with a doctor, a
9  primary care physician, to administer care and treatment
10 from a neurological standpoint?
11    A    I'm saying that the primary care typically has
12 to ask for permission from the plan for the patient to
13 be referred to a neurosurgeon.
14    Q    Okay.  Well, I'm not talking about that.
15    A    The neurosurgeon then would make
16 recommendations, send a report back to the primary care
17 that they -- they wanted to do therapy or they wanted to
18 do this.  Many times that patient is just handed back to
19 the primary care from the standpoint that -- trying
20 therapy and trying other avenues before they would even
21 look at doing some sort of surgical intervention.
22    Q    So when that happens and Dr. Vinas makes the
23 decision to have that particular patient undergo an
24 outpatient procedure at Halifax, Halifax knows that, in
25 that instance, Dr. Vinas would be bringing a patient to

Page 233

1  the hospital for care and treatment, true?
2         MR. STEPHENS:  Objection as to form.
3         THE WITNESS:  He would be performing a
4     procedure that is either done in an outpatient,
5     freestanding center or at a hospital outpatient.
6  BY MR. WOOD:
7     Q    He's got a choice.  If he chooses to send over
8  the patient to Halifax for the procedure, then he's
9  bringing Halifax a patient --
10        MR. STEPHENS:  Objection as to form.
11 BY MR. WOOD:
12    Q    -- as you use the term, bringing patients to
13 us, true?
14        MR. STEPHENS:  Objection as to form.
15        THE WITNESS:  I wouldn't say he's bringing us
16    a patient.  I'm saying that he thinks the patient
17    needs an intervention and his options for that
18    intervention would be either a freestanding
19    outpatient center, our outpatient center, or, if it
20    was inpatient care, inpatient care.
21 BY MR. WOOD:
22    Q    If he brings -- if he instructs the patient or
23 orders the patient to go over to Halifax, sir, it's
24 pretty simple, he's brought the patient to Halifax, has
25 he not?



Case 6:09-cv-01002-GAP-TBS   Document 284   Filed 05/29/13   Page 61 of 201 PageID 15813

UNITED STATES vs. HALIFAX HOSPITAL, et al.                    30(B)(6) VIDEOTAPED DEPOSITION OF
ARVIN LEWIS on 03/05/2013                                              Pages 234..237

Page 234

1          MR. STEPHENS:  Objection as to form.
2          THE WITNESS:  He's scheduled a procedure at
3     Halifax.  I don't know -- I can't answer whether
4     he's brought or who brought or that brought.  I can
5     just say that we capture who the attending
6     physician is, and if he's the attending physician,
7     that's what we capture.
8  BY MR. WOOD:
9     Q    And Halifax -- regardless of what you capture,
10    Halifax then, from what you're telling me, does not know
11    what a referring physician is; is that right?
12         MR. STEPHENS:  Objection as to form.
13         THE WITNESS:  No, sir.  I believe what I said
14    is that we don't care capture a referring
15    physician.  We capture attending and operating
16    physicians.
17 BY MR. WOOD:
18    Q    When you use the word "capture," you're
19    talking about for purposes of your forms, right?
20         MR. STEPHENS:  Objection as to form.
21         THE WITNESS:  Capturing data within our system
22    that then eventually is used to populate the
23    billing forms.
24 BY MR. WOOD:
25    Q    All right.  I'm not asking you about capture.

Page 235

1     I'm asking you, sir, does Halifax have an understanding
2     of what a referring physician is?
3          MR. STEPHENS:  Objection as to form.
4          THE WITNESS:  I'm not sure -- in what effort
5     are you saying?  Are you saying on the claim form
6     or are you saying as it refers to Stark Law?  How
7     are you referring to what a referring physician is?
8     Because I think there's multiple definitions for
9     what a referring physician is and I need to have a
10    better idea of what it is you're asking.
11 BY MR. WOOD:
12    Q    How many definitions do you believe there are
13    for what a referring physician is?
14    A    Well --
15         MR. STEPHENS:  Objection as to form, outside
16    the scope.
17 BY MR. WOOD:
18    Q    I'm talking about -- here's the law, sir, that
19    Mr. Schwartz showed you that's applicable to
20    Halifax Hospital.  Halifax knows this law is applicable
21    to it, don't you believe that, sir?
22         MR. STEPHENS:  Objection as to form.
23 BY MR. WOOD:
24    Q    Don't you believe that, sir?
25    A    I didn't actually hear that last question

Page 236

1     because I was trying to figure out whether I was
2     supposed to answer that other one.
3          THE WITNESS:  I think you said that I didn't
4     have to answer the other one and I was focused on
5     that.  It was outside the scope.
6          This one, I think, you said object to form.
7          MR. STEPHENS:  You can --
8  BY MR. WOOD:
9     Q    Here's the question.  Y'all talk to each other
10    later.
11         Here's the question.  I'll try to withdraw the
12    last one and try to make it even simpler.
13         With respect to the particular section in
14    Exhibit 62, under subsection (q), that Mr. Schwartz
15    discussed with you --
16    A    Okay.  Page 2483, section (q).
17    Q    Paragraph one.
18    A    The question is?
19    Q    Does Halifax know what a referring physician
20    is as used within that section?
21         MR. STEPHENS:  Objection as to form, asked and
22    answered.
23 BY MR. WOOD:
24    Q    Will you answer my question, please, sir?
25         MR. STEPHENS:  Objection as to form.

Page 237

1          MR. WOOD:  You've already objected to it.  Now
2     it's time for an answer.  That's how it works.
3          THE WITNESS:  Is the question, what is a
4     referring physician as the meaning of section
5     1395nn?
6          MR. WOOD:  Would you read the question back
7     for this witness, please, ma'am.
8          (The question was read by the reporter as
9     follows:  "Does Halifax know what a referring physician
10    is as used within that section?")
11         THE WITNESS:  Okay.  I'm interpreting that to
12    mean referral by referring physician within the
13    meaning of section 1395.
14 BY MR. WOOD:
15    Q    I'm asking you whether Halifax knows what the
16    term referring physician means as used in that section.
17    A    And I'm assuming that --
18    Q    Don't assume anything.  Answer my question,
19    please.
20         MR. STEPHENS:  Objection as to form.
21         THE WITNESS:  I can't answer without making an
22    assumption, sir.
23 BY MR. WOOD:
24    Q    What's the assumption?
25    A    Well, my question was if 1395 referred to this



Case 6:09-cv-01002-GAP-TBS   Document 284   Filed 05/29/13   Page 62 of 201 PageID 15814

UNITED STATES vs. HALIFAX HOSPITAL, et al.
ARVIN LEWIS on 03/05/2013

30(B)(6) VIDEOTAPED DEPOSITION OF
Pages 238..241

Page 238

1    entire document or sections of this document.  You're
2    asking me essentially for a legal opinion, and I'm not a
3    lawyer.
4        Q   I'm not.  No.  You told me that Halifax has a
5    duty -- and I don't know -- we can go through the
6    form -- that if the -- there is a difference between the
7    attending physician and the referring physician, that
8    you have to note that.  I think you said you had to put
9    that on the form -- was it UB?
10       Didn't you tell me that, sir?
11           MR. STEPHENS:  Objection as to form.
12           THE WITNESS:  This document that you're asking
13   me about --
14   BY MR. WOOD:
15       Q   I'm asking you a different question, sir.
16   Please listen.
17           MR. STEPHENS:  Objection as to form.
18           MR. WOOD:  Why don't I give you a standing
19   objection as to form to all of my questions so that
20   you will not interrupt the flow of my examination
21   with your constant objections?
22           MR. STEPHENS:  You don't have to give me
23   anything.
24           MR. WOOD:  I'd be glad to give it to you.
25           Would you read the question back for him,

Page 239

1    please.
2            (The question was read by the reporter as
3    follows:  "No.  You told me that Halifax has a duty, and
4    I don't know if we can go through the form, that there
5    is a difference between the attending physician and the
6    referring physician, that you have to note that.  I
7    think you said you had to put that on the form -- was it
8    UB?  Didn't you tell me that, sir?")
9            THE WITNESS:  It's been a long afternoon.  I
10   can't recall what I talked about five minutes ago,
11   let alone two or three hours ago.
12   BY MR. WOOD:
13       Q   Well, do you believe that it's been so long
14   that you're not able to understand my questions and give
15   me answers that you're comfortable with under oath?
16   Because if that's the case, then we're wasting your time
17   and I'm wasting my time and my client's money finishing
18   your examination today.
19           We can come back and finish your 30(b)(6) when
20   we take your fact deposition on the 19th.  But I can't
21   have a witness tell me he's having trouble understanding
22   and then expect to be able to get a valid record.
23           MR. WOOD:  So tell me what you'd like to do,
24   Reed.
25           MR. STEPHENS:  This is your decision, Lin, not

Page 240

1    mine.
2            MR. WOOD:  It's not my decision.  If I've
3    got -- you want your witness to sit here and answer
4    questions when he's stated that he's not in a
5    position to even remember what he said five minutes
6    ago because it's been too long of a day?
7            MR. STEPHENS:  You can take him back to the
8    record, if you can find your question, or this
9    question at some earlier point.
10   BY MR. WOOD:
11       Q   Didn't you tell me there was a difference in
12   two of the forms?  I think it was the 1500 and the UB.
13   Do you remember that?
14       A   There are differences between 1500 forms and
15   UB forms.
16       Q   Is there one --
17       A   I'm not sure what difference you're asking
18   about.
19       Q   Is one of the difference that one form
20   requires that you make note of the referring physician
21   if that physician is different than the attending
22   physician?
23           MR. STEPHENS:  Objection as to form.
24           THE WITNESS:  It's my understanding that the
25   1500 form requires additional data than the UB

Page 241

1    form.
2    BY MR. WOOD:
3        Q   Including, in the additional data, the
4    identity of a referring physician, right?
5            MR. STEPHENS:  Objection as to form.
6            THE WITNESS:  From a UB -- from a 1500
7    standpoint, I believe -- and I don't have the data
8    in front of me, but I believe that the claim
9    instruction says to capture the referring physician
10   if it is different than the attending.  But I
11   believe that applies to the 1500, and I think you
12   were asking me questions about a UB.
13   BY MR. WOOD:
14       Q   Does Halifax know what a referring physician
15   is in order to make the determination on how to
16   appropriately fill out the 1500?
17           MR. STEPHENS:  Objection as to form.
18           THE WITNESS:  I would assume so.
19   BY MR. WOOD:
20       Q   So tell me, please, what -- how Halifax
21   defines a referring physician for purposes of form 1500.
22       A   Once again, the ordering physician is captured
23   as the ordering -- attending physician.  The operating
24   physician, or the one rendering the test, is captured as
25   the rendering/operating physician.  On the 1500, there's



DISCOVERY
LITIGATION SERVICES
Court Reporting • Videography • Trial Presentations
Nationwide Coverage

37 North Orange Avenue
Suite 500
Orlando, Florida 32801
321.710.2150
www.DiscoveryLit.com

UNITED STATES vs. HALIFAX HOSPITAL, et al.
ARVIN LEWIS on 03/05/2013

30(B)(6) VIDEOTAPED DEPOSITION OF
Pages 242..245

Page 242

1  an overall who provided the service line, which is the
2  overall rendering physician.  On the UB, the attending
3  physician is captured and the operating physician is
4  captured.
5      Q     Sir, I'm going to ask you one more time, tell
6  me how Halifax defines a referring physician for
7  purposes of form 1500.
8          MR. STEPHENS:  Objection as to form.
9          THE WITNESS:  It's best that I use an example.
10     That may help me answer your question.
11 BY MR. WOOD:
12     Q     Well, I'd rather you just tell me how Halifax
13 defines a referring physician for purposes of form 1500.
14         MR. STEPHENS:  Objection as to form.
15         THE WITNESS:  The attending physician is
16     captured --
17 BY MR. WOOD:
18     Q     I didn't ask you that.
19     A     The operating physician is captured.
20     Q     I didn't ask you that.
21         I'm asking you specifically about a referring
22 physician that you admit, in instances where that person
23 exists, you have to capture it for the form 1500.
24         What's the definition is my question.
25     A     As I stated, an example of an EKG, primary

Page 243

1  care is the ordering/attending physician; the
2  cardiologist is the rendering physician for the EKG.
3  And the cardiologist is the overall rendering physician.
4      Q     Who is the referring physician is the
5  question, sir.  Why do you not want to answer?
6      A     In the example that I just talked about --
7      Q     Well, give me an example where there's a
8  referring physician so we'll understand what Halifax --
9  how Halifax defines a referring physician.
10     A     I was attempting to.
11     Q     You haven't told me yet.
12         MR. STEPHENS:  Objection as to form.
13         THE WITNESS:  On that 1500 form, for that EKG,
14     the attending physician is also known as, for that
15     EKG -- and we're just talking that EKG -- as the
16     attending.
17         I believe on the 1500 -- and we would have to
18     pull up the manual on the 1500 to see if that also
19     says attending, slash, referring.  I think that it
20     might.
21 BY MR. WOOD:
22     Q     I thought that you told me the 1500 only
23 required you to list the referring physician if there
24 was a difference between the referring and the
25 attending.

Page 244

1          MR. STEPHENS:  Objection as to form.
2  BY MR. WOOD:
3      Q     Didn't you tell me that, sir?
4      A     I answered that I believed that it was
5  reported if it was different, and I'm trying to say now
6  that that's -- you asked for an example.  I'm trying to
7  give an example.
8      Q     How about we just move on by acknowledgment.
9          You don't know how Halifax defines a referring
10 physician for purposes of the language that we've read
11 in Exhibit 62, do you?
12         MR. STEPHENS:  Objection as to form.
13         THE WITNESS:  Was that a question?
14 BY MR. WOOD:
15     Q     Yes, it was.
16     A     I would say I don't understand the question
17 you're asking.
18         MR. WOOD:  Would you read the question back
19     for him, please.
20         (The question was read by the reporter as
21     follows:  "You don't know how Halifax defines a
22     referring physician for purposes of the language that
23     we've read in Exhibit 62, do you?")
24 BY MR. WOOD:
25     Q     He can't answer the question.  You'll have to

Page 245

1  answer it for yourself.
2      A     I wasn't looking for him to answer the
3  question.
4      Q     You were staring at each other looking for an
5  instruction.  I understand that.
6      A     No, I was thinking --
7          MR. STEPHENS:  Objection as to form.
8          THE WITNESS:  -- to try to be able to answer
9      your question.
10 BY MR. WOOD:
11     Q     What's the answer?
12     A     The way you're phrasing the question, I don't
13 have any way to answer the question.
14     Q     You don't know how -- yes or no, sir?  Do you
15 know how Halifax defines a referring physician as that
16 term is used in the paragraph we've referred to in the
17 United States Exhibit 62?  Yes or no?
18     A     And to be able to answer that question, I
19 would need to process this entire document as it relates
20 to a referring physician to be able to say what's
21 required.  We've talked about 1500s.  We've talked about
22 UBs.  We've talked about attending.  We've talked about
23 operating.  You guys have spent a lot of time talking
24 about referring.
25         We don't capture referring on outpatient



UNITED STATES vs. HALIFAX HOSPITAL, et al.
ARVIN LEWIS on 03/05/2013

30(B)(6) VIDEOTAPED DEPOSITION OF
Pages 246..249

Page 246

1  hospital claims. On the 1500 form, for, like, an EKG,
2  my understanding is that we do. But today, as we sit
3  here right now, I can't give you any more information
4  than I've already given you.
5      Q    You're the 30(b)(6) witness. What you're
6  telling me is that Halifax, from your perspective as a
7  30(b)(6) witness, does not have a definition for a
8  referring physician as utilized in Exhibit 62?
9      A    No, I'm not telling you that.
10     Q    So they have one? The hospital has one?
11     A    No. What I'm telling you is, the way you're
12 framing the question, the best answer I can give you is
13 the answer I've already given you.
14     Q    That you would have to read this entire
15 document to try to figure out what it meant?
16         MR. STEPHENS: Objection as to form.
17         THE WITNESS: It may just be me, but it looks
18     like you're asking me for a legal opinion, and all
19     I can give you is an operational opinion, so I
20     can't answer.
21 BY MR. WOOD:
22     Q    Halifax has to fill out the forms, and I'm
23 just assuming that Halifax in filling out -- especially
24 the form 1500, has to have some working understanding of
25 a definition of what a referring physician is. And I've

Page 247

1  asked you that question and I don't think you've given
2  me an answer.
3         Do you want to try to give me an answer now?
4  Does Halifax have a working definition for referring
5  physician when it goes to fill out the form 1500?
6         MR. STEPHENS: Objection as to form.
7         THE WITNESS: You know, we'd have to go back
8     to that example of that EKG. That's the best --
9  BY MR. WOOD:
10     Q    I don't need to go back. I've heard that
11 example. I didn't hear the word referring physician.
12 You said the referring might be the attending, but
13 that's not what you told me about 1500.
14         The question's pretty simple. When you folks
15 over at Halifax are filling out the form 1500, has
16 Halifax provided those individuals with any information
17 as to the definition of a referring physician?
18     A    They would be using the UB manuals for the
19 1500 -- I mean, the 1500 manual and the UB manual to be
20 able to complete the claim form.
21     Q    Is that your best answer?
22     A    We follow the claim indicators as to what
23 we're supposed to put in the boxes. We went over those
24 claim indicators multiple times today.
25     Q    Anything you want to add to the answer you

Page 248

1  just gave me?
2      A    Not that I'm aware of.
3      Q    What did you do with respect to your
4  preparation to testify as to topic number 26, the
5  existence, use, formation and policies of Halifax
6  Hospital Medical Center's utilization review committee
7  from 2000 to the present?
8      A    26 on page five, sir?
9      Q    26 is on page five, sir.
10     A    Part of that work was done in my earlier
11 deposition in reviewing documents. And that's really,
12 you know, what I based my preparation on, because I had
13 prepared earlier to discuss the utilization process at
14 Halifax Health.
15     Q    Are you telling me that the description that
16 you gave in your -- the first part of your individual
17 deposition with respect to the utilization review
18 committee's existence, use, formation and policies would
19 be the same testimony you would give me today in your
20 capacity as the 30(b)(6) designee on that subject
21 matter?
22     A    I would say that the -- you know, because I
23 had to prepare for the other deposition, because I had
24 to answer a lot of questions about the other deposition,
25 I would say that I could probably fill in a little more

Page 249

1  detail today, but, overall, the testimony would be very
2  similar, that the utilization plan was in place, that
3  the processes were in place, that over a long period of
4  time we modified those procedures, fine-tuned those
5  procedures, and we certainly have done a much better job
6  of documenting the work that's being done, but the work
7  had been done the entire time.
8      Q    What additional details could you fill me in
9  on today?
10     A    Well, we would have to kind of walk through
11 the whole timeline.
12     Q    Have you done any additional preparation on
13 the subject matter since the time of your first fact
14 deposition that would have helped you prepare for this
15 deposition and learn about these new details you could
16 add today? Any preparation is what I'm looking for.
17     A    Preparation from the standpoint of trying to
18 identify other documents, no, because we've already
19 turned all those documents over.
20     Q    You didn't review any documents?
21     A    Preparation from --
22     Q    Excuse me. Let's get the record.
23         You didn't review any documents to prepare to
24 testify on that subject matter in 26, at least not since
25 the time of your fact deposition?



Case 6:09-cv-01002-GAP-TBS  Document 284  Filed 05/29/13  Page 65 of 201 PageID 15817

UNITED STATES vs. HALIFAX HOSPITAL, et al.                    30(B)(6) VIDEOTAPED DEPOSITION OF
ARVIN LEWIS on 03/05/2013                                                    Pages 250..253

Page 250

1       A    I'm not sure if I looked at a document that we
2   refer to as the UM timeline that has been provided in
3   earlier requests for data.  I don't recall if I looked
4   at it again or if I just recall things that are on the
5   form.  So I can't really say whether I looked at the
6   form last week or whether I looked at the form, you
7   know, for the other deposition.  But I do recall looking
8   at that form for the other -- earlier deposition.
9           I also recall spending a lot of time thinking
10  about the earlier deposition and questions that were
11  asked and thinking about, you know, the detail of the
12  questions that I was able to provide.  And, you know,
13  certainly sometimes when people ask you questions, it
14  jogs your memory.  And sometimes it may jog your memory
15  when they're asking the question, and sometimes it may
16  jog your memory two or three weeks later when you're
17  just thinking about something else.
18      Q    Other than the possibility that you reviewed
19  the timeline, did you review any other documents in
20  connection with your preparation to testify as the
21  30(b)(6) witness with respect to topic 26?
22      A    No, sir.  And as I stated, I don't recall if I
23  looked at that UM timeline document again or if I just
24  recalled parts of that -- I don't know if I actually
25  physically picked up the document and looked at it or if

Page 251

1   I just thought about it from my previous one, because we
2   spent a lot of time talking about those topics, so I'm
3   not sure.
4       Q    So did you review your deposition in
5   preparation for testifying as a 30(b)(6) witness?
6       A    No, sir.
7       Q    Tell me what Halifax's understanding is as to
8   the purpose of utilization -- the utilization review
9   committee.
10      A    Okay.  There's a utilization review process
11  that has to -- it is part of the conditions of
12  participation.
13      Q    That's always been true, hasn't it?
14      A    Yes, sir.
15      Q    Since 2000 forward?
16      A    Well -- and I think, pretty quickly, since --
17  I think UM committees actually came in evolvement --
18  processes back in, like, '82/'83 for most hospitals, and
19  they did at Halifax too.
20      Q    I was just trying to limit you to 2000 to the
21  present.
22      A    Well, I arrived in 2002 at Halifax Health.
23  There was a utilization process in place.  That policy,
24  from an overall standpoint, is very similar to the
25  utilization policies in place now, because there are

Page 252

1   large segments of that policy that are mandated by CMS
2   and by Medicaid.
3           So most of the fine-tuning happens in the
4   actual work flows related to utilization management and
5   utilization review, because CMS and Medicaid lay out
6   what they -- the conditions of participation lay out the
7   functions that have to take place.
8       Q    The real question for Halifax is not to write
9   what the function should be, but to put in place a
10  utilization review committee that can actually carry
11  those functions out, true?
12          MR. STEPHENS:  Objection as to form.
13          THE WITNESS:  I would say to develop a
14  utilization review and management process.  Some
15  hospitals would do that through a commitee that
16  they called a utilization commitee.  In fact, now
17  most days -- today, most people do that and that's
18  how we do it.
19          In 2002, when I arrived at Halifax Hospital
20  Medical Center, there was a utilization review
21  committee and process in place, but the majority of
22  the actual review functions and work being done
23  from a quality standpoint and from a utilization
24  standpoint were delegated out to the individual
25  care committees, a section of medicine, a section

Page 253

1   of surgery, a section of, you know, all the
2   different medical specialties.
3   BY MR. WOOD:
4       Q    What is the medical oncology utilization
5   committee?
6           MR. STEPHENS:  Objection as to form.
7           MR. WOOD:  I'll stand by the form of that
8   question.
9   BY MR. WOOD:
10      Q    Will you answer it for me, please, sir.
11      A    Medical oncology utilization committee?
12      Q    I thought that's what I said.
13      A    I'm not -- I'm not aware of a committee by
14  that name.
15          MR. WOOD:  Mark that as Relator's 1.
16          MR. STEPHENS:  Are we using different numbers?
17          MR. WOOD:  Well, I mean, I don't know how
18  y'all have been doing it.
19          MR. SCHWARTZ:  We've just been --
20          MR. WOOD:  That's fine.  I didn't mean to
21  shock you over there.  So it will be 63?
22          (Exhibit 63 was marked for identification.)
23  BY MR. WOOD:
24      Q    Take a look at 63 for me.  And I want to refer
25  you to a specific page.



Case 6:09-cv-01002-GAP-TBS   Document 284   Filed 05/29/13   Page 66 of 201 PageID 15818

UNITED STATES vs. HALIFAX HOSPITAL, et al.                    30(B)(6) VIDEOTAPED DEPOSITION OF
ARVIN LEWIS on 03/05/2013                                                          Pages 254..257

Page 254

1    A    Okay.
2    Q    Page 13.  See under, Percentage Allocation, or
3    Weighting, down below it says, Oncology Utilization
4    Committee.
5         Do you see that term, sir, in bold?
6    A    At the very bottom of section 13?
7    Q    Yes, page 13.
8    A    That's what this document says, but --
9    Q    Yeah.  Thanks.  We both can agree on that.
10        My question is, what does Halifax understand
11   to be the function of the oncology utilization
12   committee?
13   A    I can only talk --
14        MR. STEPHENS:  Objection as to form, outside
15   the scope.
16        MR. WOOD:  I thought he was here as a 30(b)(6)
17   to talk about utilization committees of Halifax.
18        MR. STEPHENS:  That's not what you established
19   this to be.
20        MR. WOOD:  I'm trying to find out what it is.
21   It says oncology utilization committee.  I'm asking
22   him, from Halifax's perspective, as a 30(b)(6)
23   witness, does the hospital know what the function
24   or functions are of the oncology utilization
25   committee.

Page 255

1         THE WITNESS:  I can speak to the utilization
2    processes.  I can speak to the hospital utilization
3    committee.  I am not familiar with the term
4    "oncology utilization committee," so I can't really
5    speak to that.
6    BY MR. WOOD:
7    Q    So you don't know what that oncology
8    utilization committee does or who serves on that
9    committee as a 30(b)(6) witness for Halifax; is that
10   your testimony?
11   A    No, sir.  I'm not aware of the function of
12   this committee or what it's -- who makes up the
13   committee.
14   Q    You stated, when Mr. Schwartz was going
15   through your topics, with respect to topic 29, Halifax
16   Hospital Medical Centers' knowledge of overbilling by
17   neurosurgeons and medical oncologists from 2000 to the
18   present, you quickly stated under oath there was no
19   overbilling.
20        Do you recall making that statement?
21        MR. STEPHENS:  Objection as to form.
22        THE WITNESS:  I think my statement is that I'm
23   not aware of any overbilling.
24   BY MR. WOOD:
25   Q    What did you do to determine that there had

Page 256

1    been no overbilling?
2         MR. STEPHENS:  Objection as to form.
3         THE WITNESS:  I know what our processes and
4    policies are.  That would be like me asking you
5    what do you think that we did that we overbilled.
6    I'm not aware of anything that we did that was
7    overbilling.  I believe everything was done
8    correctly.
9    BY MR. WOOD:
10   Q    Well, we talked about, in another one of the
11   topics, that you were -- you said there -- on 37, you
12   jumped out quickly and said, There's been no retention
13   of known Medicare overpayments.
14        Do you remember telling Mr. Schwartz that?
15        MR. STEPHENS:  Objection as to form.
16        THE WITNESS:  Yes, sir.  I'm not aware of any
17   known overpayments that were retained.
18   BY MR. WOOD:
19   Q    How much has Halifax paid back to the
20   United States in calendar year 2013 for overpayments,
21   Medicare overpayments?
22        MR. STEPHENS:  Objection as to form.
23        THE WITNESS:  I'm not aware of the
24   overpayments.  You use terms -- or we use terms
25   like -- some people say overpayment, some people

Page 257

1    say known overpayment.
2         First, we'd have to identify a trend or a
3    possible issue.  That would have to be reviewed.
4    If after further review it was determined that it
5    was an overpayment, it would be, you know, refunded
6    to the appropriate payer.
7         There are processes in place that allow us to
8    identify if we billed the wrong procedure or if we
9    billed something incorrectly, then we just resubmit
10   that claim with the right data.
11        We also have -- the RAC program is active
12   again nationwide, and so, you know, in a -- every
13   month, there are claims that we identify that may
14   have had a wrong code or they may have been -- you
15   know, may have had something wrong on it.  They're
16   identified.  The claim is reprocessed.
17        The RAC is another situation in that the RAC
18   contractor identifies claims that they believe were
19   inappropriate, and then we appeal those claims,
20   and, you know, we fight back and forth, and, you
21   know, we win some, we lose some.  In that case
22   they're taking back the dollars whether we appeal
23   or not, and then we have to appeal to get our money
24   back.
25        In the initial RAC demonstration pilot, we won



DISCOVERY
LITIGATION SERVICES
Court Reporting • Videography • Trial Presentations
Nationwide Coverage

Case 6:09-cv-01002-GAP-TBS   Document 284   Filed 05/29/13   Page 67 of 201 PageID 15819

UNITED STATES vs. HALIFAX HOSPITAL, et al.                30(B)(6) VIDEOTAPED DEPOSITION OF
ARVIN LEWIS on 03/05/2013                                              Pages 258..261

Page 258

```
 1        85 percent of the time, which, to me, painted the
 2     picture that we were doing a pretty good job.
 3            MR. WOOD:  I move to strike that answer as
 4     unresponsive.
 5  BY MR. WOOD:
 6     Q     Here's the question.  Listen carefully.
 7            How much money has Halifax paid back to the
 8  United States in calendar year 2013 for Medicare
 9  overpayments?
10     A     I don't have that number in front of me.
11     Q     Who would be capable of getting that number?
12     A     Well, I would be capable of getting the
13  number, but it comes from multiple sources, so I don't
14  have that number in front of me today.
15     Q     So if I went through and asked you for the
16  last eight years, eight to ten years, how much money has
17  Halifax paid to Medicare for overpayments or whatever
18  phrase you'd like to use in addition to that, you'd be
19  able to compile that information for me?
20            MR. STEPHENS:  Objection, outside the scope of
21        the 30(b)(6) topics.
22  BY MR. WOOD:
23     Q     Would you be able to -- you would be able to
24  compile that information for me for each calendar year?
25     A     I think he just said that was outside the
```

Page 259

```
 1  scope.
 2     Q     Don't try to dodge it.  Just answer my
 3  question, sir.
 4            MR. STEPHENS:  You can answer the question.
 5  BY MR. WOOD:
 6     Q     I want to know if Halifax has the ability to
 7  come up with the amount of money that it has paid back
 8  to the United States or to Medicare for each calendar
 9  year in the last ten years.
10     A     I would think that some years it would -- some
11  of the earlier years, it may be difficult, because
12  some -- some claims are -- sometimes you actually cut a
13  check to Medicare.  That's fairly easy to find.
14  Sometimes you reprocess an account, like you void an
15  original account and then they reprocess the claim.
16            There was a lot of money taken back through
17  the RAC process, 5.6 million, and I think we won
18  3.2 million of it back.  So there's been a lot of money
19  paid.  There's been money taken back.  There's been
20  money that we appealed and got back.  So it would take
21  some time to actually try to create an annual listing of
22  what was taken back, what we appealed and won, claims
23  that we identified that we wanted to rebill.
24     Q     Is the answer you can do it or you can't do
25  it?
```

Page 260

```
 1     A     The answer is that it would be difficult to
 2  do, but it, for the most part, could probably be done.
 3  And the more recent years would probably be easier than,
 4  you know, a historical time period.
 5     Q     How would you find the more recent years?  How
 6  far back would that go?
 7     A     I don't know.  Two years, something like that.
 8     Q     Two years?
 9     A     Maybe a year, two years.  I don't know.
10     Q     How about specifically -- you understand what
11  a known -- Halifax understands what a known overpayment
12  is, does it not?
13            MR. STEPHENS:  Objection as to form.
14            THE WITNESS:  In my mind, I have a clear
15        definition of what a known overpayment is.
16  BY MR. WOOD:
17     Q     And the question is, can you go back -- can
18  Halifax go back and calculate the amount of money that
19  it has returned to Medicare for the last several years
20  on an annual basis for known overpayments?
21     A     Anything that was identified as a known
22  overpayment was either refunded or rebilled.
23     Q     So is the answer to the question, yes,
24  Mr. Wood, Halifax can give you an annual figure for how
25  much it either rebilled or returned for known
```

Page 261

```
 1  overpayments?
 2     A     The best answer I can give is a maybe, because
 3  some of that data in the older years would be hard to
 4  come by.  So I'm not going to sit here and say yes, we
 5  can, or yes, we can't.  Once again, some of this is
 6  through voided claims, some of this is through checks
 7  that were sent out, some of this was through RAC
 8  take-backs, where they took the money and then we argued
 9  and got money back, so --
10     Q     The RACs were known overpayments?
11     A     No, the RACs were --
12     Q     I'm asking about known overpayments, sir.
13     A     Well, first you asked about --
14            MR. STEPHENS:  Objection as to form.
15            THE WITNESS:  -- money flowing back and forth.
16  BY MR. WOOD:
17     Q     No, sir.  I'm asking you very clearly about
18  calculating the amount that Halifax has paid back to
19  Medicare for known overpayments.  And you say maybe we
20  can figure that out.
21            How far back would you be comfortable to be
22  able to give us those figures?
23     A     Well, I'm comfortable in saying that any
24  payment that was identified as a known overpayment was
25  either refunded or reprocessed.
```



Case 6:09-cv-01002-GAP-TBS Document 284 Filed 05/29/13 Page 68 of 201 PageID 15820

UNITED STATES vs. HALIFAX HOSPITAL, et al.
ARVIN LEWIS on 03/05/2013

30(B)(6) VIDEOTAPED DEPOSITION OF
Pages 262..265

Page 262

1    Q   My question is, can you calculate how much you
2  have paid on an annual basis back to Medicare for known
3  overpayments?
4    A   And my answer is that it would probably be
5  difficult to come up with a report that balanced to the
6  penny of what had been given back, taken back,
7  reprocessed.
8    Q   Would Halifax be able to identify the claims
9  for which they returned money to Medicare for known
10  overpayments?
11    MR. STEPHENS:  Objection as to form.
12    THE WITNESS:  For claims that went through the
13  current process of being reviewed and -- you know,
14  they would be identified, and then they would be
15  reviewed by a case manager, and then they'd be
16  reviewed by a physician advisor, and then they
17  would go to the utilization committee.  For those
18  claim reports, yes, it is fairly -- we'd have to
19  pull some detail, but yes, we would be able to show
20  those.  For earlier claims that maybe the process
21  wasn't quite as structured, it may be a little more
22  difficult for me to identify an individual claim.
23    But under our current process, if a -- and you
24  know that this is a -- two-fork process.  There
25  are medical necessity issues that we would address

Page 263

1  through the utilization committee, and then there
2  are the normal billing related issues where, you
3  know, you billed for X and you should have billed
4  for Y.
5    In both those situations, we have processes to
6  identify and then processes to rebill.  And so,
7  under the current structure, yes, sir, I believe
8  that -- particularly for the medical necessity, the
9  ones coming to the utilization committee -- we'd be
10  able to show what was done.  For the ones that are
11  identified by billing or say we get a rejection
12  from Medicare and they say, Well, you can't bill
13  for 992, you can bill for 994, those would be
14  probably a little bit harder to find, because
15  that's voiding a claim and then rebilling a
16  different claim.
17  BY MR. WOOD:
18    Q   How long has the current process been in
19  place?
20    MR. STEPHENS:  Objection as to form.
21    THE WITNESS:  The current policies and work
22  flows have been in place for a while.  The improved
23  documentation of actually bringing the -- and when
24  I talk about bringing, I mean, medical necessity
25  questions.  I'm not talking about other forms of

Page 264

1  questions.  I'm just talking about a claim that
2  somebody thought didn't meet medical necessity,
3  bringing that through the review process, that
4  process has been in place for 18 to 24 months from
5  an improved documentation standpoint.  The process
6  has actually been in place longer than that from
7  the standpoint of having a UR committee physician
8  review the claims --
9  BY MR. WOOD:
10    Q   When did that process start?
11    A   -- and opine on them.
12    Q   When did that start?  2009?
13    A   No, sir, it started before that.
14    Q   When did it start?
15    A   We started talking about using the physician
16  advisors in 2004/2005.
17    Q   Not when you started talking about using them.
18  When did you start using them?
19    A   In 2004/2005.  Dr. Don Stoner was coming on as
20  the chief medical officer.  There were other physicians
21  that served on other committees that we would go to and
22  ask them to review records.  And so it got to the point
23  that, you know, we were going through the initial RAC
24  process and we had more accounts to review, and I
25  decided it was too much work to put on one or two

Page 265

1  people, and that we needed to start bringing all that
2  stuff to an expanded group so more people could be
3  involved in the reviewing of the records.
4    Q   Halifax, I believe you told me, is aware that
5  Medicare requires the existence of a functioning and
6  effective utilization review committee as a condition of
7  participation in the Medicare program; is that right?
8    A   I said a review process.  I don't think I used
9  the word "committee."
10    Q   How about an effective review process?
11    A   I don't know if I used the word "effective,"
12  but they require that there be a process in place, yes,
13  sir.
14    Q   And what do you -- what does Halifax
15  understand as to why Medicare requires that there be
16  this process in place?
17    MR. STEPHENS:  Objection as to form.
18    THE WITNESS:  Initially?
19  BY MR. WOOD:
20    Q   Yeah.
21    A   It was based around ensuring that the patient
22  got the appropriate care and that the patient was not
23  discharged too soon.
24    Over the last several years, it's more into
25  ensuring that the focus -- the focus has shifted from



DISCOVERY LITIGATION SERVICES
Court Reporting • Videography • Trial Presentations
Nationwide Coverage

37 North Orange Avenue
Suite 500
Orlando, Florida 32801
321.710.2150
www.DiscoveryLit.com

UNITED STATES vs. HALIFAX HOSPITAL, et al.
ARVIN LEWIS on 03/05/2013

30(B)(6) VIDEOTAPED DEPOSITION OF
Pages 266..269

Page 266

1  the quality of the service and the quality of whether
2  they're discharged too early or too late, from -- at
3  least my perception is that the focus has shifted to
4  what status is the patient in.  I know that definitely
5  our internal focus has shifted much more towards is it
6  outpatient, is it inpatient, is it observation.
7         Now, we did that the entire time, but when we
8  went through the first RAC process and they took back
9  $5 million and we got 3 million of it back, we improved
10 our work flows.
11     Q   When was that?
12     A   The first RAC process was -- started in 2006.
13 Most of the impact was in, like, 2007, 2008, 2009, where
14 they were asking for big blocks of records to be
15 reviewed and they were -- and under the -- under the
16 pilot project, they just took the money back.  They just
17 said, Hey, give us the money back.  And then we had to
18 go back and fight to demonstrate that we -- that the
19 account did meet medical necessity.
20         And as I said, we won 85 percent of those
21 claims, which sent me the message -- my interpretation
22 of that is that we were doing a good job, because
23 somebody that was being paid to take money from us
24 actually was wrong 85 percent of the time that they took
25 the money back.

Page 267

1      Q   Did Halifax have a utilization review
2  committee in the year 2000?
3      A   There was a utilization review committee.  A
4  lot of the work, as I said, was delegated to the care
5  committees.  And so the utilization committee, which now
6  meets biweekly, I think at that point in time maybe met
7  quarterly.  But the work still was performed by
8  individual physicians or at the care committee level.
9      Q   If you have a patient that comes in and the
10 physician admits the patient inpatient, at the present
11 time does Halifax have a process where a case manager
12 will review that issue?
13         MR. STEPHENS:  Objection as to form.
14         THE WITNESS:  Review the status of the
15     patient?
16 BY MR. WOOD:
17     Q   Yeah.  To review the status of the patient
18 that the physician has admitted as an inpatient.
19     A   Yes, sir.  What they do is they review the
20 documentation in the record to see if --
21     Q   I just want to know if they have it right now.
22 I'll ask you what they do later.
23         Do you have the process set up so that you
24 have a case manager who will review the decision
25 regarding the medical necessity for the doctor's

Page 268

1  decision to order the patient to be treated inpatient
2  versus observation?
3         MR. STEPHENS:  Objection as to form.
4         THE WITNESS:  We have an aggressive
5     utilization program that does review observations
6     and inpatients to ensure that they're in the
7     appropriate status.
8  BY MR. WOOD:
9      Q   So the answer is yes?
10     A   I -- we have a process in place, yes, sir.
11     Q   Well, I'm asking you about specifics.
12         Does the process at present include a case
13 manager to make a review regarding medical necessity for
14 a doctor's decision to admit a patient inpatient at
15 Halifax?
16     A   Inpatient, observation or just straight
17 outpatient after a procedure, yes.
18     Q   The answer is yes.  Thank you.
19         And if there is a difference in the case
20 manager's evaluation of medical necessity versus the
21 physician's, does Halifax have in place a utilization
22 review committee process that will allow for the review
23 of that dispute before that patient is discharged from
24 the hospital?
25     A   We try to capture them before the patient is

Page 269

1  discharged.  If we can't, then the review has to be
2  done, you know, prior to billing of the claim.
3      Q   But you have a process in place now that's
4  designed to capture that issue from the utilization
5  review committee standpoint prior to discharge, true?
6      A   Case management staff would identify it.  It
7  would involve a physician advisor.  It may or may not
8  have to go to the level of the full utilization
9  committee based on what happens with the account.
10     Q   All right.  That process is in place at the
11 present time with respect to medical necessity for
12 inpatient admissions, true?
13     A   It is my understanding that we review
14 inpatients and observations.
15     Q   I'm asking you right now about inpatients.
16     A   It is my understanding that, yes, we review
17 inpatients.
18     Q   How long has that process that you've just
19 described for me been in place at Halifax; that is to
20 say where you have a case manager reviewing a
21 physician's decision to admit a patient inpatient and
22 there is a dispute between the findings regarding
23 medical necessity between the case manager and the
24 physician and there is a review by the utilization
25 review committee aimed, as you said, to capture the



DISCOVERY
LITIGATION SERVICES
Court Reporting • Videography • Trial Presentations
Nationwide Coverage

37 North Orange Avenue
Suite 500
Orlando, Florida 32801
321.710.2150
www.DiscoveryLit.com

UNITED STATES vs. HALIFAX HOSPITAL, et al.
ARVIN LEWIS on 03/05/2013

30(B)(6) VIDEOTAPED DEPOSITION OF
Pages 270..273

Page 270

1  decision before the patient is discharged?
2          How long has that particular process been in
3  place at Halifax?
4          MR. STEPHENS:  Objection as to form.
5          THE WITNESS:  It's been in place for, you
6      know, some time.
7          The CMS has -- and the PRO, the quality
8      standard utilization group for Medicare in Florida,
9      they have struggled with the processes that we
10     should follow, so the processes have changed over
11     time.
12  BY MR. WOOD:
13      Q   I appreciate that.  My question is specific.
14          You've just described the process that is in
15  place at Halifax right now at the present time with
16  respect to the role of the utilization review committee,
17  with respect to a physician's decision of medical
18  necessity for an inpatient hospitalization, as you say,
19  designed to capture a dispute between a case manager and
20  a physician prior to the discharge of the patient, that
21  process that you understand exists at the hospital now,
22  how long has it been the hospital's process?
23          MR. STEPHENS:  Objection as to form.
24          THE WITNESS:  There's been a process in place
25      since I arrived at Halifax Medical Center in 2002.

Page 271

1  BY MR. WOOD:
2      Q   So there has been a proc- --
3          MR. STEPHENS:  Objection.  He wasn't finished.
4          THE WITNESS:  I didn't finish the answer.  I'm
5      sorry.
6  BY MR. WOOD:
7      Q   Don't start going off on a tangent on me now,
8  because I don't want to have to come back, but if we
9  need to we will.
10         This is a very clear question.  I'm not asking
11  you about the process in 2002.  I've heard the speech
12  about that.  I want to know that the process that you
13  described that you have in place today, how long has
14  that specific process been in place at Halifax Hospital
15  for determination of a dispute between a physician and a
16  case manager on the medical necessity for an inpatient
17  admission?
18      A   There's been a process in place since I
19  arrived at Halifax Medical Center to review medical
20  necessity and to use physician advisors to help make
21  decisions.
22      Q   Prior to the patient's discharge?
23      A   The prior to the patient discharge thing is
24  something that would have come up -- was probably not
25  there in 2002, because at that point in time, CMS and

Page 272

1  PRO hadn't told us how to do that.  They set down these
2  standards of when you -- how you do it, how you process
3  it.
4          In 2002, my understanding of the guideline was
5  that you reviewed the account, and at that point in
6  time, CMS was using InterQual as the guide.  It either
7  met standard or it didn't meet standard, and you still
8  based the decision on the physician's order.
9          Now, over the last several years, CMS seems to
10  have taken the position that, ignore the physician, use
11  InterQual as a guide, but interact with the physician,
12  and if you believe the medical necessity isn't there,
13  involve a third physician.  So I can't give you the
14  exact date.  I mean, it's been a morphing over time of
15  the processes that we follow based on what Medicare and
16  the PRO require us to do.
17      Q   Did you discuss the utilization review
18  committee and its history either in preparation for your
19  individual deposition or for your deposition today with
20  Wanda Gerson?
21          MR. STEPHENS:  Objection as to form.
22          THE WITNESS:  I discussed utilization topics
23      with Ms. Gerson because we both serve on the
24      committee.  I don't recall discussing, you know, my
25      data preparation with her for this deposition or

Page 273

1  the earlier deposition.
2  BY MR. WOOD:
3      Q   What is her position at Halifax at the present
4  time?
5      A   Chief nursing officer.
6      Q   And y'all -- she works with you still?
7      A   Well, we're part of the leadership group at
8  Halifax, yes.
9      Q   Does -- speaking of the leadership group at
10  Halifax, has Halifax ever provided any information to
11  any of its executives or members of the leadership group
12  with respect to the responsible corporate officer
13  doctrine?
14          MR. STEPHENS:  Objection as to form, outside
15      the scope.
16          THE WITNESS:  You know, we have mandatory CBLs
17      and other training that we do, Medicare
18      regulations, you know, we've done Stark stuff,
19      we've done false claims stuff.  What you're
20      referring to, I don't -- I'd have to see the --
21      what you're referring to to know whether or not
22      we've had a -- session on that particular topic
23      or not, because we do a lot of educational
24      seminars.
25  BY MR. WOOD:



UNITED STATES vs. HALIFAX HOSPITAL, et al.
ARVIN LEWIS on 03/05/2013

30(B)(6) VIDEOTAPED DEPOSITION OF
Pages 274..277

Page 274

1    Q   Good to know.
2        In its corporate structure, can you tell me
3  who Halifax believes has, by reason of his or her
4  position in the corporation, responsibility to prevent
5  an act in violation of the law?
6        MR. STEPHENS:  Objection as to form, beyond
7    the scope.
8        THE WITNESS:  I'm speaking for Halifax right
9    now, right, sir?
10 BY MR. WOOD:
11   Q   I thought that was the point of you being here
12 today.
13   A   Okay.  Essentially every employee is
14 responsible for identifying anything that, you know,
15 they feel is not being done appropriately, and we have
16 policies and processes to ensure that we deal with that,
17 whether it's a quality of care issue, whether it's a
18 billing concern, or, you know, whatever the concern is.
19 We -- you know, leadership's role is to review that and
20 try to determine, you know, what was -- what was going
21 on.
22   Q   In its corporate structure, who does Halifax
23 believe has, by reason his or her position in the
24 corporation, responsibility to promptly correct an act
25 in violation of the law?

Page 275

1        MR. STEPHENS:  Objection as to form, beyond
2    the scope.
3        THE WITNESS:  Once again, we would want
4    everybody to be on the lookout for anything that --
5  BY MR. WOOD:
6    Q   I didn't ask you that.  To promptly correct an
7  act in violation of the law?
8        MR. STEPHENS:  Objection as to form.
9        THE WITNESS:  You know, to answer that, you'd
10   really have to get down to, you know, is it a
11   quality of care issue, is it a billing issue, is it
12   that issue.  People have different responsibilities
13   for multiple things within the hospital.  So
14   essentially, the leadership for an area is
15   responsible for making sure that we do the right
16   thing.
17 BY MR. WOOD:
18   Q   Maybe this will help.  Do you know whether
19 Halifax has ever distributed or circulated to its
20 executives a copy of the article titled, The Responsible
21 Corporate Officer Doctrine Status and Liability that was
22 published in the May of 2001 issue of Compliance Today,
23 which was authored by Gabe --
24       MR. WOOD:  How do you pronounce his last name?
25       MR. WILBANK:  Imperato.

Page 276

1  BY MR. WOOD:
2    Q   -- Imperato and Tara Epstein of the law firm
3  of Broad and Cassel?  I believe that's one of your
4  lawyers in this case.
5        Do you know whether they've ever distributed
6  that article to any members --
7    A   We've received --
8        MR. STEPHENS:  Objection as to form.
9  BY MR. WOOD:
10   Q   -- or its executives?
11   A   We receive multiple articles and multiple
12 training sessions.  I don't recall whether we
13 receive-- whether I saw that one or not.
14   Q   Does Halifax employ physician coders?
15       MR. STEPHENS:  Objection as to form.
16       THE WITNESS:  Staff that code physician
17   accounts or --
18 BY MR. WOOD:
19   Q   Specifically staff --
20   A   -- or physicians that do coding?
21   Q   Well, if there's a difference, you can tell
22 me.  You know what a physician coder is, don't you?
23       MR. STEPHENS:  Objection as to form.
24       THE WITNESS:  People that are -- all right.
25   All I can do is talk to you about what I know.

Page 277

1  BY MR. WOOD:
2    Q   Well, sir, do you remember Elin Kunz at some
3  point in time urging the idea that the hospital needed
4  to employ physician coders because a number of
5  physicians apparently did not know how to properly code?
6        MR. STEPHENS:  Objection as to form.
7  BY MR. WOOD:
8    Q   Do you remember that?
9    A   Elin had a lot of comments --
10   Q   I didn't ask you that.
11   A   -- about a lot of things.
12   Q   Yeah, she was right most of the time, too.  I
13 didn't ask you that.
14   A   I wouldn't say that.
15   Q   Well, we'll see about that.  But that's not
16 here for debate today --
17   A   If you're asking --
18   Q   I'm asking you what --
19   A   I'm really attempting to answer the question.
20       MR. STEPHENS:  Objection as to form.
21 BY MR. WOOD:
22   Q   Not by telling me what -- let's don't get --
23       MR. SCHWARTZ:  Objection as to form.
24       THE WITNESS:  I'm really trying to answer the
25   question.  I really am.



Page 278

1   BY MR. WOOD:
2        Q    Let me help you.  I'm going to ask it to you
3   one more time.  I'll withdraw his --
4             I want to know if you recall Elin Kunz ever
5   urging to you that, in fact, she thought Halifax needed
6   to employ physician coders because a number of the
7   physicians did not apparently know how to properly code.
8             Do you recall her ever having that
9   conversation with you?
10            MR. STEPHENS:  Objection as to form, outside
11       the scope.
12            THE WITNESS:  And do you want me to answer
13       this question or the earlier question?
14  BY MR. WOOD:
15       Q    I want you to answer that question.
16       A    Elin talked about a lot of stuff.
17       Q    Thank you.  What's the answer to my question?
18            MR. STEPHENS:  Objection as to form.
19            THE WITNESS:  Are you referring to staff
20       members to code physician accounts, not physicians
21       to do physician advisor?  That's what I'm trying to
22       pull out of you here.
23  BY MR. WOOD:
24       Q    I'm asking you, do you remember the
25  conversation with Elin where she urged the idea that the

Page 279

1   hospital should employ physician coders because
2   apparently a number of its physicians did not know how
3   to correctly code?
4            MR. STEPHENS:  Objection as to form.
5            THE WITNESS:  I do not remember a conversation
6       where Elin urged people to do physician coding.
7   BY MR. WOOD:
8        Q    Recommended, how about that?
9        A    I remember numerous conversations with Elin on
10  numerous topics.  And sometimes that related to the
11  staff in the office as to how well that they may be
12  doing a particular type of coding.  So over time, we
13  have done training classes, we have got people in to do
14  more procedure-based coding, and we have done reviews.
15            And Elin, in her earlier role and in her
16  current role, we've asked her to do multiple education
17  sessions for physicians and for staff members.  That's
18  why her role was created.
19       Q    So back to the initial question.
20            Does Halifax employ individuals who are
21  specifically assigned to do physician coding?
22            MR. STEPHENS:  Objection as to form.
23            THE WITNESS:  We have employees in offices and
24       employees in health information services that
25       assist the physicians with the coding.  There are

Page 280

1        some physicians that do their own coding; there are
2        employees that do some physician coding.
3   BY MR. WOOD:
4        Q    Thank you.  That really doesn't answer my
5   question, but I'm not going to pursue it any further
6   than that.  You either employ them or you don't.  We'll
7   find out a different way.
8             MR. WOOD:  Would you mark that as Exhibit 64,
9        please.
10            (Exhibit 64 was marked for identification.)
11  BY MR. WOOD:
12       Q    Hand you what's been marked for purposes of
13  your deposition as Exhibit 64.  If you'll take a moment
14  and look at it.
15            My question is, are you familiar with that
16  document, sir?
17       A    I don't recall this document, no, sir.
18       Q    Was Wanda Gerson ever charged with going back
19  and determining the existence or the nature or the
20  makeup of the utilization review committee from the year
21  2000 to 2008?
22       A    I'm not aware of that.  I mean, she inherited
23  the utilization department so she may have done some
24  research when she arrived.  She would have arrived in,
25  you know, maybe 2005 or something like that.  Maybe

Page 281

1   2004.
2             Since she inherited the utilization process,
3   she may have done some research at that time, but I'm
4   not familiar with this document.
5        Q    Did you ever discuss with her her findings
6   with respect to the utilization review committee,
7   whether it existed; if so, what form it took from the
8   years 2000 to 2004?
9        A    I'm not aware of conversations about what was
10  in place.  There were conversations where she said that
11  she was going to modify processes and change some
12  things, but, you know, that's her role, so she would be
13  making those decisions.
14            (Exhibit 65 was marked for identification.)
15  BY MR. WOOD:
16       Q    Are you familiar with Exhibit 55?
17            MR. STEPHENS:  65.
18  BY MR. WOOD:
19       Q    65.
20       A    I believe this is a document that you showed
21  me in my earlier deposition.
22       Q    So what's the answer to the question?  Are you
23  familiar with it?
24       A    If it is that document, you showed it to me in
25  that deposition and we discussed it there.



DISCOVERY
LITIGATION SERVICES
Court Reporting • Videography • Trial Presentations
Nationwide Coverage

37 North Orange Avenue
Suite 500
Orlando, Florida 32801
321.710.2150
www.DiscoveryLit.com

UNITED STATES vs. HALIFAX HOSPITAL, et al.
ARVIN LEWIS on 03/05/2013

30(B)(6) VIDEOTAPED DEPOSITION OF
Pages 282..285

Page 282

```
 1       Q    Why don't you look at it now and just tell me
 2  straight up, are you familiar with that document?
 3       A    I am familiar with this document from the
 4  standpoint that you gave it to me in my earlier
 5  deposition and you gave it to me today.  I have the same
 6  statement I did in the earlier deposition --
 7       Q    I just asked you if you're familiar with it,
 8  sir.
 9            MR. STEPHENS:  Objection as to form.
10            THE WITNESS:  I'm familiar from the earlier
11       deposition and this deposition.  I do not recall
12       the document from any earlier date than that.
13            MR. WOOD:  Thank you.  This next number is 66.
14            (Exhibit 66 was marked for identification.)
15  BY MR. WOOD:
16       Q    Are you familiar with what has been marked for
17  purposes of your deposition as Exhibit 66?
18       A    No.
19       Q    Are you familiar with the need to submit a
20  utilization review plan and physician attestations to
21  Kepro back in 2007?
22       A    Not in 2007.  I'm aware that Kepro was the
23  Medicaid PRO at that point, and there was requirements
24  to have, you know, essentially physicians signing off
25  that they -- the UM committee physicians signing off on
```

Page 283

```
 1  a particular document.  I'm not aware of this memo or
 2  anything in that time range.
 3       Q    Have you ever discussed with Wanda Gerson or
 4  is Halifax aware that Wanda Gerson had referred to the
 5  utilization review plan with the phrase, "What a joke
 6  this is, I will need to get with Arvin to see which
 7  docs.  I am thinking Stoner, Dunn and uhh, well, hmmm, I
 8  dunno who else"?
 9            Did she ever get with -- did Wanda Gerson ever
10  get with you about the doctors that should be on the
11  committee --
12            MR. STEPHENS:  Objection as to form.
13  BY MR. WOOD:
14       Q    -- in 2007?
15       A    I don't know about 2007.  Wanda and I, over
16  her tenure, have had multiple discussions about process
17  improvement opportunities in a lot of areas.  One of
18  them was changing that delegation status, the way that
19  the utilization committee, you know, accomplished many
20  of its duties through delegation.  Wanda felt like that
21  we would be better served with not delegating to the
22  care committees.  And so she and I did discuss that.
23            And we formed a -- another -- we reformed the
24  utilization committee.  Dr. Stoner was not the chief
25  medical officer at the time and Dr. Herrero had strong
```

Page 284

```
 1  feelings about which doctors should be on the committee.
 2            All of them good ladies and gentlemen, but,
 3  you know, not -- I didn't -- we didn't think that after
 4  it had -- you know, they were trying, but we didn't
 5  think that they were moving as well as we could probably
 6  move.
 7            And so when Dr. Stoner came in as the chief
 8  medical officer, we reformed the committee once again.
 9  It came in line with a format that's much closer to
10  today's committee, but still not quite there.  And then
11  we reformed again in 2009 maybe.  So we've had
12  multiple -- multiple changes to work flow, multiple
13  changes to committee makeup over the last multiple
14  years.
15            MR. WOOD:  I move to strike that answer as
16       unresponsive.
17  BY MR. WOOD:
18       Q    My question was simply, did Wanda Gerson, back
19  in 2007, to your recollection, ever get with you as she
20  indicated in that Exhibit -- I believe it was 66?
21       A    This email from Wanda to Mariam?
22       Q    Yeah.  Did she ever get with you about the
23  doctors who should be on the utilization review
24  committee in 2007?
25       A    I don't know about 2007.  I know that we
```

Page 285

```
 1  had -- we've had multiple discussions over the years
 2  about physicians that would be better served being on
 3  the utilization committee.
 4            (Exhibit 67 was marked for identification.)
 5  BY MR. WOOD:
 6       Q    Did Halifax employ an organization known as
 7  MARSI, short for Medical Audit Resource Services, Inc.,
 8  back in 2011 to assess -- perform an assessment of the
 9  review of services performed by certain physicians
10  employed by Halifax Staffing?
11       A    We used medical audit resources and other
12  companies.  I don't recall this document specifically,
13  but it's a document from -- seems to be a document from
14  MARSI to George Rousis.
15       Q    Are you familiar with the audit performed by
16  MARSI back in the year 2011, specifically with respect
17  to the medical oncologists employed by Halifax Staffing?
18       A    We discussed multiple topics.  I discussed
19  multiple topics with George, and he brings these sort of
20  things to the compliance committee, but I can't say
21  whether I saw this exact document before.
22       Q    I didn't ask you that.  I move to strike that
23  as unresponsive to the question.
24            My question was simple.  Are you familiar with
25  the audit performed by MARSI back in year 2011 with
```



DISCOVERY
LITIGATION SERVICES
Court Reporting • Videography • Trial Presentations
Nationwide Coverage

37 North Orange Avenue
Suite 500
Orlando, Florida 32801
321.710.2150
www.DiscoveryLit.com

Case 6:09-cv-01002-GAP-TBS   Document 284   Filed 05/29/13   Page 74 of 201 PageID 15826

UNITED STATES vs. HALIFAX HOSPITAL, et al.                    30(B)(6) VIDEOTAPED DEPOSITION OF
ARVIN LEWIS on 03/05/2013                                                      Pages 286..289

Page 286

1   respect to the medical oncologists employed at
2   Halifax Staffing?
3        A    And, once again, I would have to read through
4   the document and see if details in the document refresh
5   my memory or not.
6        Q    No, I'm not -- as you sit here today, without
7   having to be refreshed by the document, Exhibit 67, are
8   you familiar with the fact that MARSI was employed by
9   Halifax?
10       Did Halifax know that it employed this company
11  to perform an audit of the medical oncologists?
12            MR. STEPHENS:  Objection as to form.
13            THE WITNESS:  I believe I answered the
14       question that we used this company and other
15       companies to do reviews.  I do not recall whether
16       they were used for an oncology review or not.  This
17       seems to be saying that they were, because it's a
18       letter to George from that company.
19  BY MR. WOOD:
20       Q    What was the process in place at Halifax?
21  What was Halifax's process for how it would respond to
22  audit findings for audits that were performed either by
23  the hospital or at the request of the hospital?
24            MR. STEPHENS:  Objection as to form.
25            THE WITNESS:  The process would be that the

Page 287

1   person requesting the review, whether that was the
2   service leader or -- or Elin, in her role, or
3   George, the data would come back, it would be
4   reviewed with the -- the firm doing the review.  It
5   would be reviewed with physicians involved.  It
6   would be reviewed with billing staff, coding staff.
7       There would be -- typically there would be
8   things that we agreed with.  There would be things
9   that we didn't agree with.  The company that did
10  the audit many times would modify the audit and say
11  that, okay, well, you know --
12  BY MR. WOOD:
13       Q    I'm just asking you for the process.
14       A    That's what I'm describing.
15            MR. STEPHENS:  Objection.
16            THE WITNESS:  Would you like me to continue?
17  BY MR. WOOD:
18       Q    If you'll tell me about the process.  We can
19  talk about individual audits when we get there.
20       A    That's the process.
21       Q    I'm not sure -- then I apologize, because I'm
22  not understanding.
23       If you have an audit performed internally at
24  Halifax, either by Halifax or at the request of Halifax
25  by a third party, what is the process that Halifax has

Page 288

1   in place to evaluate the findings of that audit and
2   whether additional actions need to be undertaken to
3   determine whether there may be an overpayment?
4            MR. STEPHENS:  Objection as to form.
5   BY MR. WOOD:
6        Q    How's that?
7        A    Okay.  So that's a two-step answer, so I'll do
8   step one and then step two.
9        Q    Sure, as long as you just answer it for me.
10            MR. STEPHENS:  Objection as to form.
11            THE WITNESS:  Step one would be a review by
12       the physicians involved, the coding staff, billing
13       staff, and typically compliance, and, you know,
14       other -- and revenue cycle folks.  We would review
15       this -- if we got a document from a firm, we would
16       review the document.  We would say --
17  BY MR. WOOD:
18       Q    Who is "we"?  That's what I'm trying to
19  understand, the process.
20       A    Coding staff, which could be in medical
21  records, could be in a physician's office; billing staff
22  out of the CBO, which is the main billing office for the
23  hospital; for physicians, it would be physician billing
24  staff; for hospital, it would be the hospital billing
25  staff; leadership for the area.

Page 289

1        Q    Let's talk about -- maybe it will help if we
2   understand the process by using specifics.
3       Why don't we use the exhibit that I've showed
4   you with respect to MARSI related to Dr. Durkin that --
5   right in front of you.
6        A    I can't walk you through that document,
7   because I said I can't recall --
8        Q    I'm not going to ask you --
9        A    -- whether I saw the document.
10       Q    Listen, the last thing I want to do is have
11  you walk me through that document.  But I want to use
12  that as an example to figure out exactly how the process
13  works at Halifax.
14       So if you'll take a look --
15            MR. STEPHENS:  I'm going to object to the
16       question.  The witness was answering and you cut
17       him off, so --
18            MR. WOOD:  Well, I'm sorry, your objection is
19       noted.
20  BY MR. WOOD:
21       Q    Pick up 67 for me.  I'm going to ask you to
22  assume -- would you do that?
23       I'm going to ask you to assume that on
24  June the 3rd, 2011, MARSI reported to Dr. George Rousis,
25  the compliance officer -- to Mr. George Rousis, the


DISCOVERY
LITIGATION SERVICES
Court Reporting • Videography • Trial Presentations
Nationwide Coverage

37 North Orange Avenue
Suite 500
Orlando, Florida 32801
321.710.2150
www.DiscoveryLit.com

UNITED STATES vs. HALIFAX HOSPITAL, et al.                    30(B)(6) VIDEOTAPED DEPOSITION OF
ARVIN LEWIS on 03/05/2013                                                       Pages 290..293

Page 290

1    compliance officer, that its audit of services performed
2    by Dr. Walter Durkin at Halifax Health had revealed an
3    82.61 percent error rate.
4            Can you assume that for me for the moment?
5        A    No.
6            MR. STEPHENS:  Object as to the form.
7            THE WITNESS:  I'm not willing to assume that.
8    BY MR. WOOD:
9        Q    Well, read the first two paragraphs of
10   Exhibit 67.
11       A    If you want me to walk you through the
12   process, I can.
13       Q    We're going to do it my way, if you don't
14   mind.
15       A    I can't walk you through this document.  I
16   have not saw this document.  I will have to read this
17   document.
18       Q    Sir --
19       A    If you want me to read the document, I'll read
20   the whole document and then we can talk about it.
21       Q    Let's take a break and read the document.  I'm
22   not going to let you waste my time on the record reading
23   it.  Let's go off the record.
24           VIDEO TECHNICIAN:  The time is approximately
25   6:29 p.m.  This concludes disk number five for the

Page 291

1    deposition of Arvin Lewis.  We are off video
2    record.
3            (Short break from 6:29 p.m. to 6:35 p.m.)
4            VIDEO TECHNICIAN:  The time is approximately
5    6:35 p.m.  This is the beginning of disk number six
6    for the deposition of Arvin Lewis.  We are back on
7    video record.
8    BY MR. WOOD:
9        Q    Mr. Lewis, if you have a finding in an
10   audit -- and you've had a chance to review 67, have you
11   not?
12       A    I have.
13       Q    And if I talked about approximately an
14   82 percent error rate from MARSI's findings on what they
15   reviewed with Dr. Durkin, you see that now?
16       A    I see that they talked about
17   under-documentation, yes, sir.
18       Q    And other things, not just
19   under-documentation.  They found an 82 percent error
20   rate?
21       A    I can't agree to that statement.
22       Q    Let me see.
23       A    What they say is recommendation rate, I
24   believe, not error rate.
25       Q    What do you understand that to mean?

Page 292

1            MR. STEPHENS:  Objection as to form.
2            THE WITNESS:  Well, once again, I don't recall
3    seeing this document, but I can talk to, in
4    general, how these reviews are done by outside
5    parties.
6    BY MR. WOOD:
7        Q    Don't you understand, though, sir, that when
8    they're talking about that, they're talking about
9    finding overcoding by Dr. Durkin?
10           MR. STEPHENS:  Objection as to form.
11           THE WITNESS:  No, sir, they are not.
12   BY MR. WOOD:
13       Q    Would that finding from an audit -- outside
14   audit, would it be a red flag that additional evaluation
15   and investigation needed to take place with respect to
16   Dr. Durkin?
17           MR. STEPHENS:  Objection as to form.
18           THE WITNESS:  Now, we're leaving this document
19   and --
20   BY MR. WOOD:
21       Q    Yes.
22       A    Because I don't recall this document.
23       Q    You made that clear.
24       A    We're talking in general?
25       Q    Yes, sir.

Page 293

1        A    Are you saying that -- I think the question
2    is, somebody doing a review that says that they have a
3    recommendation rate of a certain level, is that a red
4    flag?  Is that the question?
5        Q    Yes.
6        A    No, sir, that is not a red flag.  That may be
7    a -- I don't even know if it's a caution light.
8            And the reason I say that -- please, let me
9    finish, because I was trying to go through the process
10   earlier.
11       Q    I haven't stopped you.
12       A    We would take this report -- a report that we
13   receive --
14       Q    Such as 67.
15       A    I don't recall 67, but we would take a
16   report --
17           MR. STEPHENS:  Objection as to form.
18           THE WITNESS:  -- and we would sit down with
19   the physicians.  We would sit down with compliance.
20   We would sit down with billing staff in the office
21   and billing staff in coding, and we would sit down
22   with our billing staff that actually sends the
23   claims out.  And most of the time we get the
24   consultant on the phone and we talk about the
25   individual examples after we have reviewed them



DISCOVERY
LITIGATION SERVICES
Court Reporting • Videography • Trial Presentations
Nationwide Coverage

37 North Orange Avenue
Suite 500
Orlando, Florida 32801
321.710.2150
www.DiscoveryLit.com

UNITED STATES vs. HALIFAX HOSPITAL, et al.
ARVIN LEWIS on 03/05/2013

30(B)(6) VIDEOTAPED DEPOSITION OF
Pages 294..297

Page 294

```
1    internally.  And we talk about, okay, what exactly
2    are you questioning here.
3         Most of the time what they're talking about is
4    the level of documentation that's on the claim.
5    Sometimes that level of documentation is actually
6    there in another part of the record and the
7    reviewer just missed it, and then sometimes the
8    documentation is not at the level that we would
9    expect it to be.
10        And based on that discussion, typically, these
11   reports get modified from a standpoint of -- the
12   number of recommendations typically get reduced
13   significantly.  And then based on that discussion,
14   then we start talking about, okay, what do we look
15   at and what do we do.
16   BY MR. WOOD:
17        Q   Who is "we" in the process?  Do you have a
18   structured plan to deal with findings from audits?  Does
19   Halifax have --
20        MR. STEPHENS:  Objection as to form.
21        THE WITNESS:  I was explaining that.
22   BY MR. WOOD:
23        Q   Well, I'm not hearing who "we" is, and I need
24   to get the specifics of your structure.
25        A   I'll say it again.
```

Page 295

```
1         MR. STEPHENS:  Objection as to form.
2    BY MR. WOOD:
3         Q   Say it to me in --
4         A   If you'll give me a second, I will say it
5    again.
6         Q   I'll give you a second.
7         MR. STEPHENS:  Objection as to form.
8         THE WITNESS:  The first group of staff members
9    are the people who actually understand what all
10   these parts and pieces mean, what documentation is
11   required for a 99214, 99215, 99216.
12   BY MR. WOOD:
13        Q   And in this example, we're talking --
14        MR. STEPHENS:  Objection.  The witness is
15   trying to answer your question.
16        MR. WOOD:  I'm trying to walk him through it a
17   little bit, so it's understandable, okay.  If you
18   just bear with me, you will not be upset.
19        MR. STEPHENS:  He's trying to explain his
20   answer.
21        MR. WOOD:  I'm going to give him all the time
22   he needs short of your limitation.
23   BY MR. WOOD:
24        Q   I just want -- I want to know the process
25   where there's a finding with respect to a physician that
```

Page 296

```
1    might suggest that there's a problem in documentation or
2    in upcoding.  I want to know what process exists, the
3    structure.
4         A   Three times I've tried to explain that process
5    and you cut me off.
6         Q   Give me the structure.
7         MR. STEPHENS:  Objection as to form.
8    BY MR. WOOD:
9         Q   I don't think you've explained it to me yet at
10   all.
11        A   If you will just give me five minutes without
12   you interrupting, I'll give you that part.
13        Q   Give me that answer, if you would, the
14   structure in place for that finding.
15        MR. STEPHENS:  Objection as to form.
16        THE WITNESS:  If a review came back that said
17   there was room for improvement in documentation --
18   BY MR. WOOD:
19        Q   Or concerns about upcoding.  I included that
20   too.
21        MR. STEPHENS:  Objection as to form.
22        THE WITNESS:  I can't -- you said that -- I
23   said we're talking about -- this report says
24   recommendation, it's talking about
25   under-documenting.  You're talking about --
```

Page 297

```
1    BY MR. WOOD:
2         Q   No, it's not.  I'm not talking about that
3    report.  Listen to me.
4         Here's where we're disconnecting.  You get an
5    error rate.  It may be from a documentation standpoint
6    or you may have a physician improperly coding?
7         A   If you'll let me walk through the process,
8    I'll be able --
9         Q   Is that correct, sir?
10        MR. STEPHENS:  Objection as to form.
11        THE WITNESS:  I can't answer that question.
12   If you'll let me walk through the --
13   BY MR. WOOD:
14        Q   I'm going to withdraw the last question and
15   we're going to go at it one more time this way.
16        When you get an error rate on a physician with
17   respect to coding, that error rate could be the result
18   of improper documentation, right?
19        MR. STEPHENS:  Objection as to form.
20   BY MR. WOOD:
21        Q   Is that right?
22        A   We would need to review the recommendations
23   made by an internal auditor or an external auditor and
24   we would have to look at each individual recommendation
25   and look at, was it a miscommunication, was it a fact
```



DISCOVERY
LITIGATION SERVICES
Court Reporting • Videography • Trial Presentations
Nationwide Coverage

37 North Orange Avenue
Suite 500
Orlando, Florida 32801
321.710.2150
www.DiscoveryLit.com

Case 6:09-cv-01002-GAP-TBS   Document 284   Filed 05/29/13   Page 77 of 201 PageID 15829

UNITED STATES vs. HALIFAX HOSPITAL, et al.                    30(B)(6) VIDEOTAPED DEPOSITION OF
ARVIN LEWIS on 03/05/2013                                                        Pages 298..301

Page 298

1   that the record was somewhere else, parts in a different
2   record, is it a true under-documentation.
3        Q    But --
4        A    That's the process that you have to go
5   through.  And I have tried to explain it three or four
6   times and you haven't allowed me to explain the process.
7        Q    I've heard enough from you about that.  I
8   don't need to hear any more.
9            Here's what I want to get to --
10       MR. STEPHENS:  Objection as to form.
11  BY MR. WOOD:
12       Q    -- don't you -- don't you look at this, sir,
13  when you get these audits, in the back of your mind you
14  always have the idea that we've got to look at this
15  carefully to determine whether we might have a false
16  claim problem?  Isn't that always in the back of your
17  mind?
18       A    When we receive a review, whether it's talking
19  about this code for that code or if it's talking about
20  under-documentation, we react.  We pull a group of
21  people together, billers, coders, doctors, the people
22  that did the report, the compliance officer, myself,
23  other individuals from in the hospital.  We review it in
24  great detail.
25           The people that do this for a living go

Page 299

1   through and look at each individual thing and they say,
2   Okay, they missed this documentation, the auditor did,
3   it was actually over here.  They did this.  They did
4   that.
5            Typically, the recommendations -- the final
6   recommendations of the consultant come in significantly
7   lower than their initial report and they say, Okay, we
8   believe you need to focus on documentation of this
9   particular thing.  Then we sit down with the staff
10  involved, we do the education, we do the training.  Many
11  times we'll take a look at claims to see how they're
12  going after that.
13           Now, if, and only if -- if we identified
14  something in this process that we thought, in any way
15  possible, could have been, you know, just a complete --
16  just, you know, something was billed that was not done,
17  then I work with compliance and legal, we go through the
18  process of looking at the particular situation.  And the
19  first thing we ask ourselves is, is this something that
20  happened we think one time, is this something that may
21  be a process issue.  And we do -- and we do look to see
22  what processes are in place.
23           George would ask the service line leader to
24  provide policies and procedures related to how codes are
25  entered.  He would ask people to provide data on what

Page 300

1   the documentation standards are.  We would go through
2   that process.  We would have discussions.  If we felt
3   like there was any possibility of a known overpayment,
4   we would either do an additional review or, through
5   legal and through compliance, we would decide what
6   activity to take.  That activity would be reported up
7   and discussed at the compliance committee.
8        Q    Are you finished?
9        A    I believe I've answered your question.
10       Q    I just want to make sure that you are
11  satisfied that you've told me all you want to tell me.
12           Anything you want to add to that answer?
13       A    Not at this exact moment in time.
14       Q    All right, sir.
15           Is that process -- does Halifax have that
16  process in place in writing about what's to be done and
17  who's to do it?
18       MR. STEPHENS:  Objection as to form.
19       THE WITNESS:  There are processes in place.
20  There are policies in place.  Many of these issues
21  come down to what do we think happened, what are
22  the details, and that's where legal, compliance,
23  and myself and others get together, review the
24  re- -- review the review that was, review our
25  internal documentation, look at what education that

Page 301

1   we've done before, look at any education that we
2   think that we need to do in the present, and look
3   to see if we think there is an issue.
4            If we believe that there has been a
5   possibility of something that was overbilled, we
6   take a look at that, we attempt to fix it and if we
7   identify that there's a known overpayment, it is
8   refunded.
9        MR. WOOD:  I move to strike that as
10  unresponsive.
11  BY MR. WOOD:
12       Q    My question was simply, the process that you
13  have described for me, does Halifax Hospital set forth
14  that process of review of audit findings in writing?
15  Yes or no?
16       A    Parts of that process are in policy, part of
17  them are in procedure, and part of them are dealt with
18  at a case-by-case basis at the compliance committee,
19  because these things have to be dealt with -- you can
20  have a bunch of policies and procedures, but if you
21  really want to make sure you're doing the right thing,
22  you need to be able to look at the individual act, you
23  need to get a group of people together to talk about it
24  and work through it.
25       Q    Do you know, as the 30(b)(6) representative of



DISCOVERY LITIGATION SERVICES
Court Reporting • Videography • Trial Presentations
Nationwide Coverage

37 North Orange Avenue
Suite 500
Orlando, Florida 32801
321.710.2150
www.DiscoveryLit.com

Case 6:09-cv-01002-GAP-TBS   Document 284   Filed 05/29/13   Page 78 of 201 PageID 15830

UNITED STATES vs. HALIFAX HOSPITAL, et al.                    30(B)(6) VIDEOTAPED DEPOSITION OF
ARVIN LEWIS on 03/05/2013                                                            Pages 302..305

Page 302

1    Halifax, the identity of the procedures that are in
2    writing as it relates to review of audit findings?
3              MR. STEPHENS:  Objection as to form, outside
4         the scope.
5    BY MR. WOOD:
6         Q    Do you -- strike that.
7              Do you know when -- from your preparation, do
8    you know when, in fact, the first meeting of the
9    utilization review committee took place at Halifax?
10        A    There have been utilization committee meetings
11   throughout --
12        Q    I'm asking the date of the first one.
13        A    I arrived in 2002, and they were having
14   meetings when I got there.
15        Q    So if Wanda Gerson stated that the first
16   meeting of a utilization review committee was actually
17   in September of 2005, but even that meeting didn't go
18   forward because only one doctor showed up, would you
19   tell me, Mr. Wood, that's totally wrong, because I know
20   that the utilization review committee was meeting prior
21   to September of 2005?
22             MR. STEPHENS:  Objection as to form.
23             THE WITNESS:  There was a utilization process
24        and a committee in place when I arrived in
25        September of 2002.  I can't speak to what happened

Page 303

1         before 2002.
2              MR. WOOD:  I move to strike that answer as
3         unresponsive.
4    BY MR. WOOD:
5         Q    The question was, sir, the first meeting of
6    the utilization review committee, not whether you say
7    there was a process in place.
8         A    There have been multiple utilization
9    committees.  There was a utilization committee in place
10   when I arrived in Halifax in 2002.  That committee has
11   been delegated out, been brought back, been delegated
12   out, been brought back, but there's always been a
13   utilization committee in place since I arrived at
14   Halifax Health.
15             MR. WOOD:  I move to strike that answer as
16        unresponsive.
17   BY MR. WOOD:
18        Q    The question is pretty simple.  When did the
19   utilization review committee first hold a meeting?
20        A    There was a utilization committee and process
21   in place in September 2002 when I arrived at Halifax
22   Medical Center.
23             MR. WOOD:  Move to strike that answer as
24        unresponsive.
25   BY MR. WOOD:

Page 304

1         Q    Sir, I want the date of when the utilization
2    review committee first met at Halifax.
3              MR. STEPHENS:  Objection, asked and answered.
4              THE WITNESS:  There was a utilization
5         committee and process in place when I arrived at
6         Halifax Hospital Medical Center in September 2002.
7    BY MR. WOOD:
8         Q    Do you know when it first met after you
9    arrived at Halifax in 2002?  When did the committee
10   first meet after you arrived there in 2002?
11        A    There was a committee in place.
12        Q    I didn't ask you that.
13             When did it first meet, to your knowledge?
14   Can you not answer a simple question?
15        A    Can you ask a simple question?
16             MR. STEPHENS:  Object to the form.
17   BY MR. WOOD:
18        Q    This is really simple now, Mr. Lewis.
19             To your knowledge, after you arrived at
20   Halifax in 2002, when did the utilization review
21   committee conduct its first meeting?
22        A    All right.  Now, you keep saying the
23   utilization review committee.  There was a utilization
24   committee process and a utilization committee in place.
25   The makeup of that utilization committee has changed

Page 305

1    multiple times since I've been at Halifax Health.
2              I believe that the committee was meeting
3    quarterly with most of the monthly work being done in
4    the care committees.  So if I arrived in September of
5    2002, then one would assume that the quarterly meeting
6    would have either happened in September or would have
7    happened in January, but I don't have that date in front
8    of me.
9         Q    Would you expect -- did Halifax require these
10   utilization review committees or the utilization review
11   process to prepare written minutes of their meetings?
12             MR. STEPHENS:  Objection as to form.
13             THE WITNESS:  When I arrived in 2002, most of
14        that review work was delegated to the care
15        committees, and so the processes and the
16        documentation was reflected in the care committee
17        minutes.
18             One of the things that Ms. Gerson talked about
19        when she first arrived was that she preferred to
20        have that function done at the committee itself
21        instead of at the care committees, so that was one
22        of the changes that we made.  And so we brought
23        that stuff back to the centralized utilization
24        committee.  And as we've discussed, we've modified
25        the makeup and we've modified the structure of that



DISCOVERY
LITIGATION SERVICES
Court Reporting • Videography • Trial Presentations
Nationwide Coverage

37 North Orange Avenue
Suite 500
Orlando, Florida 32801
321.710.2150
www.DiscoveryLit.com

Case 6:09-cv-01002-GAP-TBS   Document 284   Filed 05/29/13   Page 79 of 201 PageID 15831

UNITED STATES vs. HALIFAX HOSPITAL, et al.                    30(B)(6) VIDEOTAPED DEPOSITION OF
ARVIN LEWIS on 03/05/2013                                                              Pages 306..309

Page 306

1    committee multiple times since I've been at Halifax
2    Health.
3              MR. WOOD:  I move to strike that answer as
4    unresponsive.
5    BY MR. WOOD:
6        Q    Did Halifax require whatever committees were
7    allegedly performing utilization review functions to
8    prepare written minutes of their meetings?
9        A    In 2002, there were processes and a committee
10   in place.  Most of the work of the committee was
11   delegated to the care committees.  The minutes would be
12   within the care committees.  And by care committees, I
13   mean a section of surgery, a section of medicine, ED,
14   other care committees.
15             Over time, we brought that back out of the
16   care committees and made it part of the utilization
17   committee proper, but there was always a utilization
18   process that met the conditions of participation and a
19   committee, utilization committee, in place since I
20   arrived in 2002.
21             MR. WOOD:  I move to strike that answer as
22   unresponsive.
23   BY MR. WOOD:
24       Q    Mr. Lewis, I just want to know, did Halifax --
25   you're the representative of the hospital with respect

Page 307

1    to utilization review.
2              Did Halifax Hospital require that whatever
3    committees were allegedly performing the utilization
4    review function or process, as you describe it, did they
5    require that they prepare written minutes of their
6    meetings?
7              MR. STEPHENS:  Objection as to form.
8    BY MR. WOOD:
9        Q    Yes or no?
10             MR. STEPHENS:  Objection as to form.
11             THE WITNESS:  Physician medical staff
12   committees take minutes so that they can feed data
13   up to the executive committee.  All the physician
14   committees, whether it's a utilization committee,
15   whether it's a care committee, all take minutes.
16       It all funnels up through the executive committee.
17   BY MR. WOOD:
18       Q    So you would expect, then, that if I ask
19   Halifax to give me all of the minutes of these various
20   medical review committees or utilization committees that
21   you've described several times, that you know and say
22   existed in 2002, there will be meetings -- there will be
23   minutes for those meetings, right?
24             MR. STEPHENS:  Objection as to form.
25             THE WITNESS:  There will be minutes for the

Page 308

1    care committee meetings.  I believe that
2    documentation as to the topics, not just
3    utilization topics, but all topics discussed, was,
4    in my mind, a little poor in 2002/2003.
5    BY MR. WOOD:
6        Q    But there will be meetings -- whether they
7    were good minutes or bad minutes, there will be minutes
8    from those various meetings where utilization review was
9    allegedly undertaken, true?
10       A    I would expect that there would be minutes
11   from the care committees where that work was
12   delegated to.
13             MR. WOOD:  Thank you.
14             VIDEO TECHNICIAN:  Any follow-ups?
15             MR. STEPHENS:  Yeah.  Before we go off the
16   record, I just want to make clear that at future
17   depositions if we have any of the type of abuse and
18   badgering of a witness as we've seen from the
19   United States and from the Relator, I will -- or
20   any Halifax counsel defending the deposition will
21   terminate the deposition and move for protective
22   order immediately.  That's my follow-up.
23             MR. WOOD:  And let me say this, so you
24   understand, I don't believe that you are serious in
25   your descriptions of the conduct of counsel for the

Page 309

1    government or the Relator today, because I would
2    think you are too good of a lawyer that if you
3    thought something was being done inappropriately,
4    you would have stopped the deposition and taken it
5    up with the court immediately.
6        We were very patient with this witness today,
7    and I'm very comfortable with what the video record
8    and the transcripted stenographic record will show
9    in terms of his evasiveness, in terms of his
10   long-winded, irrelevant answers.
11       So, you know, perhaps your witness is
12   responsible for how this deposition turned out, but
13   you can take up whatever you want to with the court
14   whenever you want to.  That doesn't bother me one
15   bit.  I've had similar threats in 36 years.  You've
16   probably had a few yourself.
17       Lawyers that mean business, take action.  You
18   didn't stop this deposition today during anybody's
19   examination.
20             MR. SCHWARTZ:  And I'll just note for the
21   record that there were multiple documents that the
22   United States requested that have not been
23   produced.
24             Mr. Stephens represented that he would try and
25   locate those documents.  They were not produced by



Case 6:09-cv-01002-GAP-TBS   Document 284   Filed 05/29/13   Page 80 of 201 PageID 15832

UNITED STATES vs. HALIFAX HOSPITAL, et al.          30(B)(6) VIDEOTAPED DEPOSITION OF
ARVIN LEWIS on 03/05/2013                                             Pages 310..313

Page 310

1  the end of the deposition, so to the extent that
2  those documents are responsive, which they are
3  responsive to the document request that was
4  attached to the 30(b)(6) notice, we consider this
5  deposition held open pending the production of
6  responsive documents.
7       And we would also request that those
8  documents, to the extent that there are documents
9  relevant to Ms. Rahn's deposition, that she provide
10 those documents ahead of the deposition so that we
11 don't have to ask, as we had to for a second time
12 today, that the witnesses bring the documents with
13 them that are responsive to the deposition notice.
14      MR. WOOD:  Yeah, and before we go off the
15 record --
16      MR. STEPHENS:  I'll note that counsel for the
17 United States noted that to the extent that any of
18 these documents that he seeks production of were
19 blank forms, such as the 1450, counsel stated that
20 we would not have to produce them.
21      MR. SCHWARTZ:  That's fine.  I note that.
22      MR. WOOD:  Before we go off the record, let's
23 be fair.  The deposition today was constantly
24 interrupted by counsel for Halifax with frivolous
25 objections as to form, speaking objections that are

Page 311

1  inappropriate under the Federal Rules of Civil
2  Procedure.
3       So if the time comes that you want to take up
4  our conduct with the court, we'll be happy to take
5  up yours.
6       Good day.  We're off the record.
7       VIDEO TECHNICIAN:  The time is approximately
8  6:56 p.m.  This concludes disk number six in
9  today's deposition of Arvin Lewis.  We are off
10 video record.
11      (Off-the-record discussion whereby witness
12 does not waive reading and signing of the deposition.)
13      (Witness excused.)
14      (Whereupon, at 6:56 p.m. the taking of the
15 deposition was concluded.)
16                          -  -  -

Page 312

1              CERTIFICATE OF OATH
2
3  STATE OF FLORIDA )
4  COUNTY OF ORANGE )
5
6       I, the undersigned authority, certify that
7  ARVIN LEWIS, as 30(b)(6) designee, personally appeared
8  before me on March 5 2013, and was duly sworn.
9
10      WITNESS my hand and official seal this 14th
11 day of March 2013.
12
13
14
15      Georgeanne Rodriguez, RPR,
16      Notary Public - State of Florida
17      My Commission No. DD998567
        Expires:  June 27, 2014
18
19
20
21
22
23
24
25

Page 313

1           REPORTER'S DEPOSITION CERTIFICATE
2
3  STATE OF FLORIDA  )
4  COUNTY OF ORANGE  )
5       I, Georgeanne Rodriguez, Registered
6  Professional Reporter, certify that I was authorized to
   and did stenographically report the deposition of
7  ARVIN LEWIS, as 30(b)(6) designee; that a review of the
   transcript was requested; and that the transcript is a
8  true and complete record of my stenographic notes.
9       I further certify that I am not a relative,
   employee, attorney, or counsel of any of the parties,
10 nor am I a relative or employee of any of the parties'
   attorney or counsel connected with the action, nor am I
11 financially interested in the action.
12      I further certify the original deposition will
   be delivered to ADAM J. SCHWARTZ, Esquire, attorney for
13 United States, for filing with the court or its
   safekeeping.
14
15      The foregoing certification of this transcript
   does not apply to any reproduction of the same by any
16 means unless under the direct control and/or direction
   of the certifying reporter.
17
18      Dated this 14th day of March 2013.
19
20      Georgeanne Rodriguez, RPR
21
22
23
24
25


DISCOVERY
LITIGATION SERVICES
Court Reporting • Videography • Trial Presentations
Nationwide Coverage

37 North Orange Avenue
Suite 500
Orlando, Florida 32801
321.710.2150
www.DiscoveryLit.com

Case 6:09-cv-01002-GAP-TBS   Document 284   Filed 05/29/13   Page 81 of 201 PageID 15833

UNITED STATES vs. HALIFAX HOSPITAL, et al.                30(B)(6) VIDEOTAPED DEPOSITION OF
ARVIN LEWIS on 03/05/2013                                                      Pages 314..316

Page 314

```
1             DEPOSITION ERRATA SHEET
2    Assignment No.  6348
3    Case Caption:  UNITED STATES
4    vs. HALIFAX HOSPITAL MEDICAL CENTER, et al.
5    Witness: ARVIN LEWIS - 30(B)(6) - March 5, 2013
6        DECLARATION UNDER PENALTY OF PERJURY
7          I declare under penalty of perjury
8    that I have read the entire transcript of
9    my Deposition taken in the captioned matter
10   or the same has been read to me, and
11   the same is true and accurate, save and
12   except for changes and/or corrections, if
13   any, as indicated by me on the DEPOSITION
14   ERRATA SHEET hereof, with the understanding
15   that I offer these changes as if still under
16   oath.
17        Signed on the _____ day of
18   _____, 20___.
19   _____
20        ARVIN LEWIS
21   Sworn to and subscribed before me this _____ day
22   of _____, 20__.
23   _____
24   Notary Public
25   My commission expires_____
```

Page 316

```
1             DEPOSITION ERRATA SHEET
2    Page No.____Line No.____Change to:_____
3    _____
4    Reason for change:_____
5    Page No.____Line No.____Change to:_____
6    _____
7    Reason for change:_____
8    Page No.____Line No.____Change to:_____
9    _____
10   Reason for change:_____
11   Page No.____Line No.____Change to:_____
12   _____
13   Reason for change:_____
14   Page No.____Line No.____Change to:_____
15   _____
16   Reason for change:_____
17   Page No.____Line No.____Change to:_____
18   _____
19   Reason for change:_____
20   Page No.____Line No.____Change to:_____
21   _____
22   Reason for change:_____
23   _____
24   SIGNATURE:_____DATE:_____
25        ARVIN LEWIS
```

Page 315

```
1             DEPOSITION ERRATA SHEET
2    Page No.____Line No.____Change to:_____
3    _____
4    Reason for change:_____
5    Page No.____Line No.____Change to:_____
6    _____
7    Reason for change:_____
8    Page No.____Line No.____Change to:_____
9    _____
10   Reason for change:_____
11   Page No.____Line No.____Change to:_____
12   _____
13   Reason for change:_____
14   Page No.____Line No.____Change to:_____
15   _____
16   Reason for change:_____
17   Page No.____Line No.____Change to:_____
18   _____
19   Reason for change:_____
20   Page No.____Line No.____Change to:_____
21   _____
22   Reason for change:_____
23   _____
24   SIGNATURE:_____DATE:_____
25        ARVIN LEWIS
```



_____

**$**

**$10**  136:2

**$100**  130:16,17

**$200,000**  140:2

**$250,000**  138:1

**$5**  266:9

**$50**  40:16

**$500,000**  138:1

_____

**1**

**1**  253:15

**10**  130:9

**100**  100:20
134:14

**11:03**  67:5,8

**11:16**  67:8,10

**12:06**  100:10,
13

**12:09**  102:13,
16

**13**  21:1,6,8
254:2,6,7

**1395**  237:13,25

**1395nn**  199:10
237:5

**1450**  36:7
48:11 109:17
115:4 214:25
310:19

**15**  15:13

**150**  135:12,14,
21,22

**1500**  14:8

16:10 17:2
31:5 32:1, 34:4
36:7 84:6
107:12 109:10,
12 115:1
123:16 124:13
125:20 131:15
132:16,17
170:3 178:16
197:15,20,21
198:1,4,6,7
199:14 200:7
211:6,7 213:2,
14 217:15,16
240:12,14,25
241:6,11,16,
21,25 242:7,
13,23 243:13,
17,18,22
246:1,24
247:5,13,15,19

**1500s**  35:15
115:2 197:18
213:4 245:21

**18**  264:4

**180**  174:20

**19th**  239:20

**1:28**  102:16,18

**1st**  37:19 38:9

_____

**2**

**20**  73:5 130:9
168:18 187:25

**200**  91:24
134:11,14
135:11

**2000**  22:17
37:19,24,25
38:6,9,12,15,
20,23 90:15

91:6,8,24
92:19 93:18
94:25 97:23
98:10 115:12
118:20 119:17
173:6 248:7
251:15,20
255:17 267:2
280:21 281:8

**2001**  91:25
97:11 275:22

**2002**  37:9,20
38:10 94:25
251:22 252:19
270:25 271:11,
25 272:4
302:13,25
303:1,10,21
304:6,9,10,20
305:5,13
306:9,20
307:22

**2002/2003**
308:4

**2003**  95:1

**2004**  163:22,23
165:10 281:1,8

**2004/2005**
264:16,19

**2005**  96:4
280:25 302:17,
21

**2006**  96:4
266:12

**2007**  147:6
266:13 282:21,
22 283:14,15
284:19,24,25

**2008**  266:13
280:21

**2009**  140:19,20
166:21 264:12
266:13 284:11

**2010**  163:23,24
165:10 166:21

**2011**  92:20
97:11,23 98:10
285:8,16,25
289:24

**2013**  5:3
256:20 258:8

**24**  264:4

**2483**  198:22
236:16

**250**  134:20

**26**  21:19 248:4,
8,9 249:24
250:21

**27**  21:22

**29**  155:25
255:15

**2:55**  158:20,23

**2:58**  158:23,25

_____

**3**

**3**  266:9

**3.2**  259:18

**30(b)(6)**  5:2
6:4 8:7,8,17,22
9:9 137:18
146:4 147:15
149:7 155:6
208:21 209:1
224:15 225:9
239:19 246:5,7
248:20 250:21
251:5 254:16,
22 255:9

**258:21 301:25
310:4**

**300**  91:24
93:13 134:12

**35**  219:15
220:2

**36**  22:3 309:15

**37**  22:6,8
256:11

**3:28**  177:22,23

**3:58**  177:23,25

**3rd**  289:24

_____

**4**

**400**  134:23
135:1,2

**42**  22:10 178:3,
7 180:17
194:13,14
200:6 201:14
206:19,20,21
209:10 211:14,
24 212:3,6,9
213:16

**42c**  209:6

**43**  22:11,12
213:3 214:10,
20,22,24 216:7

**44**  22:12

**4:56**  218:1,4

_____

**5**

**5**  5:3 130:9

**5.6**  259:17

**500**  135:1



Case 6:09-cv-01002-GAP-TBS   Document 284   Filed 05/29/13   Page 83 of 201 PageID 15835

UNITED STATES vs. HALIFAX HOSPITAL, et al.
ARVIN LEWIS on 03/05/2013

30(B)(6) VIDEOTAPED DEPOSITION OF
Index: 53..access

**53** 140:1

**55** 8:14 9:6
10:16,24 12:23
13:17 18:11
20:6,17 90:12
178:3 206:20,
21 209:6
214:24 216:8,
22 281:16

**56** 48:3,6,7,9
49:2,8 50:11,
22 65:3 68:1
72:6 73:18
74:5 76:1 82:2
83:24 105:13,
15 106:19
107:16 112:10
124:14,23
126:4 160:6,16
161:11 162:4
171:14 172:17
178:22 179:4
180:11 192:9
193:17 207:11,
17 213:25

**57** 48:3,13,15
49:1 65:9,11
76:1 82:2
84:10,16,22,25
103:1,2,7,18
105:12 106:10,
107:18 112:8
172:10,16
178:22

**58** 85:6,7,10,
86:21 88:8,13

**59** 99:4,8,12,
100:15,18
102:6,23
103:4,20 110:1
112:13 170:10
205:17,19

**5:04** 218:4,6

**5:15** 230:19,20

**5:16** 230:20,22

—————————
**6**
—————————

**6** 185:10

**60** 145:18,19,
22,23,25
146:2,9 147:11
149:4,25 150:1
155:25

**600** 134:19

**61** 163:8,11,14,
15 165:6
168:15,24

**62** 198:15,18
201:11 202:16
203:4,23
204:12 209:14,
16 236:14
244:11,23
245:17 246:8

**63** 253:21,22,
24

**64** 280:8,10,13

**65** 218:21
219:22 281:14,
17,19

**66** 282:13,14,
17 284:20

**67** 285:4 286:7
289:21 291:10
293:14,15

**6:29** 290:25
291:3

**6:35** 291:3,5

**6:56** 311:8,14

—————————
**7**
—————————

**7,000** 77:13

**700** 77:13

**75** 196:17,18

**76** 49:14,20
65:2 72:20
105:15 106:19
107:16 112:15,
17,22 125:1
126:8 160:19,
21 161:3,16
162:10 166:12
171:14,23
179:10 196:18
198:2,4 207:11
213:25

**77** 50:22 65:7
72:24 73:23
112:11,15,23
113:5 125:14
126:9 160:20
161:1,18
162:10 166:16
179:17 196:18
198:2 207:18

**78** 74:5,17
113:6 126:9
162:16

**79** 74:5,17
113:6 126:9
162:16

—————————
**8**
—————————

**8** 77:12

**8-** 77:12

**80** 100:19

**82** 103:6,13,
104:17 105:15

106:10,18
107:4,18
172:12 291:14,
19

**82.61** 290:3

**82/'83** 251:18

**83** 103:13
105:3,5 111:20
112:3,8

**85** 258:1
266:20,24

**85-year-old**
187:2

**87-year-old**
187:2

—————————
**9**
—————————

**90** 28:23
174:20

**91.7** 150:8

**92** 92:25

**94** 165:7,10

**95** 28:23

**99** 168:8

**99.84** 166:23

**99.9** 93:4 95:20
167:6

**992** 263:13

**99202** 145:9

**99210** 145:8

**99214** 295:11

**99215** 295:11

**99216** 295:11

**994** 263:13

**9:41** 5:6

—————————
**A**
—————————

**a.m.** 5:6 67:5,8,
185:10

**ability** 259:6

**able** 38:1,17
72:12 96:9
97:12,22
131:12,14
147:3 171:6
176:22 239:14,
22 245:8,18,
247:20 250:12
258:19,23
261:22 262:8,
19 263:10
297:8 301:22

**above** 135:3
136:20 137:6

**absolute**
218:16

**absolutely**
177:14 226:10

**abstracting**
53:4 120:17

**abuse** 308:17

**accepted** 134:4

**accepting**
39:18

**access** 14:15
15:17 22:25
23:20,23
27:13,25 51:9
64:4 76:9 79:2
116:6,15 120:4
169:20 179:8
200:3



DISCOVERY LITIGATION SERVICES
Court Reporting • Videography • Trial Presentations
Nationwide Coverage

37 North Orange Avenue
Suite 500
Orlando, Florida 32801
321.710.2150
www.DiscoveryLit.com

Case 6:09-cv-01002-GAP-TBS   Document 284   Filed 05/29/13   Page 84 of 201 PageID 15836

UNITED STATES vs. HALIFAX HOSPITAL, et al.
ARVIN LEWIS on 03/05/2013

30(B)(6) VIDEOTAPED DEPOSITION OF
Index: accomplished..admitting

**accomplished**
283:19

**According**
85:14

**account** 23:6
24:8 28:25
29:2,5 30:10
34:13 40:15
44:24 51:12
55:15 56:8,15
59:22,24
60:11,12,13
78:6 79:25
118:14 120:8
122:9 123:2
124:5 130:16
131:24 157:13,
18 185:8
191:12 259:14,
15 266:19
269:9 272:5

**accounting**
127:23 138:4
139:6 141:22
175:7,8,10,12

**accounts** 23:4,
5 54:2 121:20
127:25 130:23,
24 136:6
150:23 151:14
166:6,10
174:18,19,21,
22 191:11
264:24 276:17
278:20

**accrual** 175:12

**accrual-based**
175:10 176:21

**accruals**
175:13

**accuracy** 82:21

101:7,10

**accurate** 9:13
58:15 83:22
84:5,18 85:1
120:20 126:19
165:8 171:22
194:23 195:12,
19

**accurately**
106:11

**acknowledgment**
244:8

**across** 61:7
77:20 88:18
89:1

**act** 188:15
274:5,24 275:7
301:22

**action** 309:17

**actions** 288:2

**active** 91:2
257:11

**activity** 300:6

**actual** 13:19
36:5 77:4
89:19 93:25
117:5,18 124:8
127:22 129:1
130:12 132:19
139:12 166:1
167:18 185:8
189:11, 217:12
252:4,22

**actually** 11:25
13:6,15 25:19
26:1 30:3,17,
23 35:13,15
47:19 49:24
50:25 51:9,13
52:8 53:25

56:9,14 57:15
59:16 64:15
65:19 66:7
70:24 73:21
74:8,14 76:4
80:25 89:10
92:2,4 93:23,
25 95:1 96:12
98:19 102:23
104:12,16
105:17 108:24
110:15 111:8,
13 112:6,10
114:2,13
115:19 118:11
120:15 121:21
123:20,22,23
124:6 137:14
140:3 141:8,11
146:16 153:4
155:11 156:1,
11 158:9,12
161:3 164:24
165:15 179:1
182:17 189:16
200:9 207:10
209:24 210:22
212:1 235:25
250:24 251:17
252:10 259:12,
21 263:23
264:6 266:24
293:22 294:5
295:9 299:3
302:16

**ad** 221:12,21
222:3

**Adam** 5:19

**add** 115:23
120:15, 141:16
247:25 249:16
300:12

**added** 77:21

**adding** 87:7
135:19

**addition** 56:13
258:18

**additional** 23:9
33:25 36:11
42:4 52:3 77:1
113:16 182:15
183:6 195:22
199:17 216:24
217:4,14,23
240:25 241:3
249:8,12 288:2
292:14 300:4

**address** 262:25

**addressed**
112:14 145:17

**Adjacent** 26:18

**adjudicated**
156:22

**adjust** 187:11

**adjustments**
130:24

**administer**
232:9

**administers**
115:17,19

**Administration**
115:11,15
118:20

**administrative**
14:12 16:18
176:13 196:17
197:1

**admission** 24:2
28:10 55:17
66:24,25 74:22

79:21 122:7
193:15,16
271:17

**admissions**
74:21 269:12

**admit** 24:3 43:9
44:11,23 45:3,
10 49:25
63:11,13 64:2
104:23 105:18
242:22 268:14
269:21

**admits** 161:21
267:10

**admitted** 41:23
42:11,23 45:2,
7,22 46:6
49:19,23 51:24
62:21,23 63:1
75:10 89:3
107:21 125:2
160:22,23,25
161:4,23,25
162:18 167:12,
13,24 172:21
186:23 193:12,
15 267:18

**admitting** 24:4
42:25 44:13
45:4,12,15
46:14 47:4,14,
15 64:6,7,14,
16,18,20,22,24
65:1,21 66:23
67:15,16,20
69:19 70:9,12
71:4 74:15
75:11 78:14
88:15 104:13,
16,19,21
105:17 106:8,
12,15,20,23



Case 6:09-cv-01002-GAP-TBS   Document 284   Filed 05/29/13   Page 85 of 201 PageID 15837

UNITED STATES vs. HALIFAX HOSPITAL, et al.                30(B)(6) VIDEOTAPED DEPOSITION OF
ARVIN LEWIS on 03/05/2013                                     Index: admitting/attending..am

107:3,19
108:4,11
112:18 117:10
125:8 159:12
160:17,21
161:15 162:7
166:18,22
168:1 169:11
171:19,24
220:4 223:8

**admitting/attending**
72:2

**admonished**
226:24

**advanced**
152:22

**Advantage**
174:3

**advisor** 262:16
269:7 278:21

**advisors**
264:16 271:20

**Aetna** 133:25
134:24 135:6

**affiliated** 55:7

**affiliations** 5:11

**affirm** 5:14

**after** 7:22 30:9
39:1 117:22
158:2,5 161:8
174:20 176:12
186:11 189:24
215:23 257:4
268:17 284:3
293:25 299:12
304:8,10,19

**afternoon**
239:9

**again** 18:25
20:9 26:11
64:14 74:1
84:12 96:21
97:24 98:11
106:14 109:25
110:10 111:13
119:4 131:17
146:7 150:14
161:18 203:9
204:13 206:16
207:2,7 208:1
209:20 212:10
213:20 215:25
221:7,13,23
222:7 228:9
230:8 241:22
250:4,23
257:12 261:5
275:3 284:8,11
286:3 292:2
294:25 295:5

**age** 182:21,24
185:12

**agency** 115:11,
14,17, 118:19

**aggressive**
268:4

**ago** 8:20 118:9
239:10,11
240:6

**agree** 84:20
141:23 165:4,
16 168:7,10
287:9 291:21

**agreed** 287:8

**agreements**
188:12

**agrees** 161:10

**AHCA** 115:23,
24 118:12

**ahead** 7:15
9:22 19:6,8
21:14 47:24
67:2 70:14
85:20 102:10
104:2 145:18
158:17 163:18
189:4 204:9,16
310:10

**aimed** 269:25

**Alisa** 14:13

**all** 6:16 7:23
10:20,24 13:17
17:24 18:11
19:20 24:9,10
28:5,18,19
33:4,20 35:8,
11,12,25 40:10
41:16 43:21
45:25 48:22,24
51:19 52:11
53:12,20,21
54:3, 56:11,14
58:11 60:1
62:2 78:9 79:4
80:3 81:10,20,
23 86:15,17,18
90:14 91:25
92:2 93:14
94:7,25 95:1,
13 100:3 107:9
115:20 116:6
117:20 118:3,
11,18 119:12
120:20,21
126:4,12,17
127:2,23 128:2
131:3,5,6
133:17 138:4
140:8 141:9
142:7 143:8,16
144:4,12,14
149:16 153:5

155:20 167:14
168:10 173:19
174:15 176:2,3
182:21 183:18,
24 184:23
196:25 197:21
198:12 206:18
209:17,20
211:10,16
212:22 214:24
216:7,15
224:9,10,11,23
226:1 231:12
234:25 238:19
246:18 249:19
265:1 269:10
276:24,25
284:2 295:9,21
296:10 300:11,
14 304:22
307:13,15,16,
19 308:3

**allegedly** 306:7
307:3 308:9

**Allocation**
254:2

**allow** 138:14
232:4 257:7
268:22

**allowed** 221:3
226:19 298:6

**almost** 115:20
121:22 135:2
168:10 169:4

**along** 43:15

**already** 39:24
54:16 56:23,25
88:6,10 91:21,
25 92:8 97:14
98:6 104:24
112:14 145:10
157:1 161:24

182:11 184:15
185:7,13,17
203:16 224:8
237:1 246:4,13
249:18

**also** 18:21
24:4,7,8 30:6,
19 32:3,4,20
34:8 35:24
42:6 48:12,18
52:17 56:16
58:25 60:6,9
65:6 68:19
72:23 78:20
83:4,12 84:6
94:24 103:2
105:13,19
110:20 111:1
115:24 121:11,
18 122:2
127:20 131:9
132:8,9 137:1
139:11 146:23
154:2 156:20
169:1 174:17
183:19 185:1
186:24 216:22
243:14,18
250:9 257:11
310:7

**although**
144:16

**always** 82:15
134:4 143:10
169:2,5 177:11
201:5 251:13
298:14,16
303:12 306:17

**am** 18:19 38:11
62:9,16 96:14
102:8 113:13
126:7 131:20
146:10,11



Case 6:09-cv-01002-GAP-TBS   Document 284   Filed 05/29/13   Page 86 of 201 PageID 15838

UNITED STATES vs. HALIFAX HOSPITAL, et al.
ARVIN LEWIS on 03/05/2013

30(B)(6) VIDEOTAPED DEPOSITION OF
Index: Aman..AR

149:7,23
186:13 212:21
215:9 216:10
225:16 228:12
255:3 277:25
282:3 283:7

**Aman** 8:23
17:12,14

**amount** 98:7,19
118:24 132:23
137:1 138:3,
17,18 141:15
174:25 175:1
193:3 259:7
261:18

**amounts** 98:10

**analysis** 168:25

**Andy** 89:21
90:4

**anesthesiologist**
181:12

**aneurism**
159:24

**annotate**
121:24 201:25

**annotated** 77:8
213:12

**annotations**
199:14 217:21

**annual** 119:15
126:16 127:4
137:8,15
140:20 142:14,
15 157:24
158:3,5 173:6
259:21 260:20,
24 262:2

**annually**
137:16 157:10

**another** 11:8
42:15 65:18
69:13 70:4
76:15 80:25
81:12 83:21
107:22,23
118:9 124:1
127:16 140:11
157:4 160:22
165:1 170:20
193:10 204:8
226:18 230:2
256:10 257:17
283:23 294:6

**ANRP** 152:18

**answer** 6:16
7:1,8,9,14,15,
20 12:16 14:24
26:12 35:2
38:22 78:9
86:11 97:25
106:17 116:14
133:20 143:14
144:3 146:6
148:10,13,20,
23 149:8,10,12
150:17 155:8,
12,13,18 166:4
171:6 178:11
189:18 190:25
200:12,14,16,
18,24 201:1,4
202:10,11
203:7,9,13,14,
18,25 204:14,
16,23 206:12
214:11 216:6
221:5,18,20
222:2 224:5,7,
8,17,19 225:5,
7 226:8 227:22
229:8,10
230:14,15
234:3 236:2,4,

24 237:2,18,21
240:3 242:10
243:5 244:25
245:1,2,8,11,
13,18 246:12,
13,20 247:2,3,
21,25 248:24
253:10 258:3
259:2,4,24
260:1,23 261:2
262:4 268:9,18
271:4 275:9
277:19,24
278:12,15,17
280:4 281:22
284:15 288:7,9
295:15,20
296:13 297:11
300:12 303:2,
15,23 304:14
306:3,21

**answered**
15:25 180:13
202:24 203:5,
8,10,16 204:6,
14 214:5
236:22 244:4
286:13 300:9
304:3

**answering**
189:5 200:20
201:3 289:16

**answers** 222:4
239:15 309:10

**anybody** 32:22
86:12 99:20
126:8 144:5

**anybody's**
173:11 309:18

**anymore** 42:9
126:2

**anyone** 16:6
17:7 38:16
89:22 99:14

**anything** 6:19
16:3,12,25
18:3 60:13
64:10 69:8
99:18 132:3
144:21 184:19
198:12 228:21
237:18 238:23
247:25 256:6
260:21 274:14
275:4 283:2
300:12

**anywhere**
132:19 133:12

**AP** 139:24

**apologize** 25:5
27:9 50:17
69:21 141:24
161:25 287:21

**apparently**
13:22 277:5
278:7 279:2

**appeal** 257:19,
22,23

**appealed**
259:20,22

**appear** 150:9
154:8,10,11
206:7

**appear-** 154:8

**appeared**
150:23 154:8

**appears** 13:2,
22 106:24
150:1,3 151:11
187:24

**apples** 92:12

**applicable**
235:19,20

**applies** 29:6
46:23 241:11

**apply** 167:14
168:18

**appointment**
82:14

**appointments**
82:15

**appreciate** 6:17
13:13 15:3
27:8 35:4
43:20 115:6
126:12 173:9
201:5,8 205:16
270:13

**appropriate**
23:6 26:25
27:12 70:13
89:11 161:9
162:2 257:6
265:22 268:7

**appropriately**
19:25 241:16
274:15

**approximately**
5:5 17:25 67:4,
100:9,12,19
102:12,17
158:19,24
177:21,24
217:25 218:5
230:18,21
290:24 291:4,
13 311:7

**AR** 174:20,21
175:2,9
176:16,23,25



Case 6:09-cv-01002-GAP-TBS  Document 284  Filed 05/29/13  Page 87 of 201 PageID 15839

UNITED STATES vs. HALIFAX HOSPITAL, et al.                30(B)(6) VIDEOTAPED DEPOSITION OF
ARVIN LEWIS on 03/05/2013                                          Index: area..attending

**area** 27:18 90:17 118:22 119:17 128:24 139:21 179:12 181:13 199:3 275:14 288:25

**areas** 41:1 92:21 128:3,9, 18 137:23 202:5 283:17

**aren't** 85:18 133:2,5 147:19 215:16 218:15 224:25 226:3

**argue** 19:18,21

**argued** 261:8

**around** 43:3 135:11 139:19 195:15 265:21

**arrival** 63:20

**arrived** 37:10, 21 251:22 252:19 270:25 271:19 280:24 302:13,24 303:10,13,21 304:5,9,10,19 305:4,13,19 306:20

**article** 275:20 276:6

**articles** 276:11

**articulating** 71:15

**Arvin** 5:1,7 6:4 67:6,11 82:13 89:3 102:14,19 120:10 121:3 158:21 159:1 185:10 218:2,7

283:6 291:1,6 311:9

**Arvin's** 77:16

**ASC** 185:3

**ask** 6:20 14:10 20:9 22:18 26:11 40:8 47:10 52:2 59:11 61:13 75:5 89:2,3 90:8 97:9,19 100:5 106:1 139:8 141:17 143:10 147:8,9 148:24 149:15, 18 150:16 164:15 165:14 169:21 175:20, 21 177:7,11,14 189:11,12 197:7 201:10 212:15 214:21 217:4 223:11, 19,20 225:10, 12 227:25 228:21 229:6,9 232:12 242:5, 18,20 250:13 267:22 275:6 277:10,13 278:2 285:22 289:8,21,23 299:19,23,25 304:12,15 307:18 310:11

**asked** 14:7,25 92:16,18 93:11 114:20 146:14 147:23 155:20 159:4 173:11, 16 178:15 180:12 194:20 195:2 196:16

201:2,4 202:24 203:5,10 204:2,13 214:5 236:21 244:6 247:1 250:11 258:15 261:13 279:16 282:7 304:3

**asking** 38:4 57:2 93:19,21 147:14 151:5 155:14,16 166:3 184:19 190:4,15 191:23,24 201:6,10 202:14,25 203:21 204:18 212:10 220:9 221:13,14 222:24 225:16 227:17 234:25 235:1,10 237:15 238:2, 12,15 240:17 241:12 242:21 244:17 246:18 250:15 254:21 256:4 261:12, 17 266:14 268:11 269:15 271:10 277:17, 18 278:24 287:13 302:12

**asks** 220:25

**assess** 285:8

**assesses** 26:5

**assessment** 285:8

**assign** 193:24

**assigned** 25:3 56:25 193:22,

23 279:21

**assigning** 58:17

**assignment** 53:1,2

**assist** 279:25

**assistant** 14:12 16:18 25:8,9, 12 26:4,24 176:13 196:17

**assistant's** 197:2

**assume** 7:1 103:12 165:11 193:7 241:18 289:22,23 290:4,7 305:5

**assuming** 95:3 184:16 204:21 237:17 246:23

**assumption** 98:2 103:15 146:10 166:3 237:22,24

**attached** 100:20 310:4

**attempt** 301:6

**attempting** 80:10 100:23 243:10 277:19

**attending** 15:22 16:6,20 24:4 30:1 31:14,20 32:3,10,13,18 33:2 45:4,12, 19,22 46:5,14, 22 47:15 49:13,18 50:5 65:1,15,19,21

67:19,22 68:2, 5,9 69:4,10 70:9,11,12,15 71:12,19 72:1, 6 73:3,9 74:11, 14 75:9,11,22 76:1,5,22 78:17,19,24 79:2,24 88:10, 13,16,18,22 89:8,10 103:5, 18 104:11,12, 19,21 105:8, 12,14,23 106:8,13,15, 23,25 107:2, 16,19,24 108:11 109:1, 2,23 110:2,8, 17 111:18 112:1 114:3,4, 6,9,14,24 117:10 123:12 124:5,6,25 125:6,10,11 126:8 159:12 160:18 161:12 162:17 163:2 165:24 166:11, 13,17,18,22 167:3 168:8,11 169:1,5,9,10, 24 171:1,9,10, 14,16,21,24 172:12,19 178:24 179:4, 10 185:24 197:4,10,11 199:15, 201:18 202:1,11 205:3 206:24 207:3, 7,11,22 208:2, 14,15 209:8, 21,23 210:3 213:6,13,21,25



**DISCOVERY**
**LITIGATION SERVICES**
Court Reporting • Videography • Trial Presentations

**Nationwide Coverage**

37 North Orange Avenue
Suite 500
Orlando, Florida 32801
321.710.2150
www.DiscoveryLit.com

Case 6:09-cv-01002-GAP-TBS   Document 284   Filed 05/29/13   Page 88 of 201 PageID 15840

UNITED STATES vs. HALIFAX HOSPITAL, et al.
ARVIN LEWIS on 03/05/2013

30(B)(6) VIDEOTAPED DEPOSITION OF
Index: attending/admitting..begin

215:1,8 216:1 221:9 222:20 223:12 234:5, 6,15 238:7 239:5 240:21 241:10,23 242:2,15 243:14,16,19, 25 245:22 247:12

**attending/admitting** 168:5

**attention** 159:4

**attestations** 282:20

**attorney** 7:7 11:5,10,15 12:7,10,15 100:5 150:16 171:5

**attorneys** 188:13

**audibly** 6:16

**audit** 144:13 285:7,11,15,25 286:11,22 287:10,23 290:1 291:10 292:13, 301:14 302:2

**auditor** 297:23 299:2

**audits** 286:22 287:19 294:18 298:13

**authored** 275:23

**authorization** 60:8

**authorizations** 117:4,16 232:4

**automated** 131:1 135:25

**automatically** 55:3

**availability** 96:21

**available** 89:5 141:2 177:13

**avenues** 232:20

**average** 187:14,20

**aware** 33:3 61:22 62:9,16 66:23 68:8,15 102:8 132:18 146:15 154:25 155:16,23 159:16 215:9 216:10,13 227:10 228:3 229:13 248:2 253:13 255:11, 23 256:6,16,23 265:4 280:22 281:9 282:22 283:1,4

---

**B**

---

**back** 18:11 22:14 25:25 29:2 38:3 39:14,17,21 40:2 43:9 53:2 67:11 73:9 81:2 82:10 83:14,17 84:14 94:25 95:1

96:3 97:5 100:13 102:20, 23 105:6 116:15,20 130:7 134:18, 21 136:8 149:12 152:8, 23,24 153:20 156:19,22,23 157:12 158:13 159:1,11 160:4,5,15 161:9,23 162:2,3 166:4 177:25 183:1,2 197:8,17 202:6 205:17 218:8, 225:21 228:1, 16 229:4,11 230:22 232:16, 18 237:6 238:25 239:19 240:7 244:18 247:7,10 251:18 256:19 257:20,22,24 259:7,16,18, 19,20,22 260:6,17,18 261:9,15,18,21 262:2,6 266:8, 9,16,17,18,25 271:8 279:19 280:18 282:21 284:18 285:8, 16,25 287:3 291:6 296:16 298:13,16 303:11,12 305:23 306:15

**background** 126:14

**bad** 308:7

**badger** 189:2

**badgering** 189:14 203:11 308:18

**bag** 167:21

**baked** 157:25

**balance** 127:22 175:11 176:19

**balanced** 262:5

**ballparks** 90:25

**bank** 40:15 118:14 130:16

**banned** 83:2

**bar** 55:18,19 56:2

**base** 136:19, 20,23,24 137:6 138:1,18 140:3

**based** 23:4 24:18 30:17,25 39:10 43:4,11 59:8,12 70:10 80:5,8 81:18 117:1 134:6 136:19,23 137:2 138:1, 157:2 158:12 161:3 163:4 164:12,21 165:23 166:9 175:11 182:24 185:12 193:2, 210:25 216:14 217:5 231:10 248:12 265:21 269:9 272:8,15 294:10,13

**basic** 136:9,14

**basically** 188:7

**basis** 13:23 34:22 62:15, 17,24 75:25 79:16 87:3 137:15 158:10 167:23 173:6 175:12 177:6 180:4 187:23 189:24 260:20 262:2 301:18

**batch** 56:9

**bear** 295:18

**became** 167:24

**become** 32:7 231:18,21,24

**becomes** 45:3 185:17

**bedded** 193:14

**beds** 115:23

**bedside** 27:25 56:3

**before** 6:12 7:8,9,24 10:2 25:6 37:10 40:9 48:16 63:19 74:20 99:12 118:1 145:9 151:6 163:12 166:25 182:8,18 183:7,12 185:19 211:2 232:20 264:13 268:23,25 270:1 285:21 303:1 308:15 310:14,22

**begin** 7:9,24 133:6



Case 6:09-cv-01002-GAP-TBS Document 284 Filed 05/29/13 Page 89 of 201 PageID 15841

UNITED STATES vs. HALIFAX HOSPITAL, et al.
ARVIN LEWIS on 03/05/2013

30(B)(6) VIDEOTAPED DEPOSITION OF
Index: beginning..bolded

**beginning** 5:6
67:10 83:25
84:2 102:18
158:25 216:18
218:6 291:5

**begins** 112:13

**behalf** 8:10,17
9:2 18:13,22
20:7 21:18,21,
24 22:2,5,9
93:24 99:25
100:17

**behind** 67:24
71:16

**being** 28:19
34:5 36:12
50:25 51:6,18
53:21 55:7,11
57:20 69:7
72:1 75:10
78:13 82:3
98:17 101:22
105:5 117:17
121:15 125:16
128:4 140:3
141:15,24
159:19 163:5
165:23 167:18
168:4 171:1
174:21 186:22
196:1 210:5
213:14 219:4
249:6 252:22
262:13 266:23
274:11,15
285:2 309:3

**believe** 17:18
18:7 20:20,21
29:25 30:2
31:14 33:16,18
34:19 35:13
36:19 37:21

38:14,18,24
41:1 47:2 49:4,
11 81:19 83:9,
12 84:3,5,6
91:25 92:14
94:6 96:2,11
97:4,14 98:6,
11 104:20
105:2 107:23
111:5,13,15
112:14 113:3,
14 116:25
118:8 121:20
124:1 125:14
126:9 127:20
129:3 131:16,
23 137:1,14
143:1 144:4
146:11 152:19
166:5 167:20
174:13 192:8,9
194:25 198:3
199:8,15 203:8
204:19 205:6
209:18 210:16
211:15 213:10,
11 217:16
218:19 234:13
235:12,21,24
239:13 241:7,
8,11 243:17
256:7 257:18
263:7 265:4
272:12 274:23
276:3 284:20
286:13 291:24
299:8 300:9
301:4 305:2
308:1,24

**believed** 244:4

**believes** 274:3

**belong** 232:2

**belongs** 232:5

**below** 113:5
254:3

**beneficiaries**
173:6,16

**besides** 16:7
18:3

**best** 26:6 52:15
83:7 242:9
246:12 247:8,
21 261:2

**better** 90:3
214:21 226:25
235:10 249:5
283:21 285:2

**between** 38:9
41:18 66:19,24
75:4 76:24
78:10,12 79:7
87:21 116:11
127:21 130:18
136:10 151:12
180:19 187:25
195:8,11,13
208:16 238:6
239:5 240:14
243:24 269:22,
23 270:19
271:15

**beyond** 16:13
148:5 210:12
274:6 275:1

**big** 123:8
134:25 176:18
266:14

**bill** 31:8 59:24
60:17 66:7
81:5 126:22,23
129:24 131:13
135:1 152:25
160:7 183:19,

21,22 186:7,8,
9 187:8,24
191:17,21,23
192:5,10,14
193:18 199:5
263:12,13

**billable** 47:20
150:10

**billed** 98:17
119:7 145:9,11
152:5 154:17
174:19 187:7,
17 189:25
190:5 193:20
257:8,9 263:3
299:16

**billers** 298:21

**billing** 14:16,18
15:8,20 33:7,
15,21 35:6
43:20 49:5
66:14 67:25
70:2 77:4 84:7,
96:8,13 99:1
104:10 109:9
117:8 120:1,3,
18 121:19
122:16 123:11
124:18 125:20,
21 131:5
139:7,12 150:4
153:17 159:11
166:14 170:5
185:16 193:14
234:23 263:2,
11 269:2
274:18 275:11
287:6 288:12,
21,22,23,24
293:20,21,22

**billings** 150:12

**bills** 186:6

**binder** 128:14,
23 131:16,19,
23 141:4,9,11
174:16,24
175:17,23

**biographical**
27:14

**biopsy** 210:19

**bit** 18:21 52:20
105:1 114:10
176:17 263:14
295:17 309:15

**biweekly** 267:6

**blank** 197:15,
20,21,22
217:17,18,20
310:19

**blend** 29:20

**block** 98:17
123:8 151:22

**blocks** 89:12
266:14

**blood** 159:25

**Bluecross**
35:24,25 98:22
129:18 131:20
133:25 134:22,
24 135:6,12,
14,20 136:2,4
173:20

**Bluecrosses**
174:2

**Blueshield**
133:25

**body** 100:18

**bold** 254:5

**bolded** 199:3



Case 6:09-cv-01002-GAP-TBS   Document 284   Filed 05/29/13   Page 90 of 201 PageID 15842

UNITED STATES vs. HALIFAX HOSPITAL, et al.                30(B)(6) VIDEOTAPED DEPOSITION OF
ARVIN LEWIS on 03/05/2013                                 Index: bonus..capacity

**bonus** 136:19 137:5,9 157:2, 3 158:6

**bonuses** 224:23 226:1

**book** 66:8 173:23 174:10, 11 176:18

**both** 35:6 83:9 91:4 107:3 139:10 142:19, 25 175:4 185:2 229:18 254:9 263:5 272:23

**bother** 309:14

**bottom** 49:14 111:19,23 124:1,8 164:4, 254:6

**bought** 33:18

**bound** 128:15

**box** 49:14 65:16 88:9 103:17

**boxes** 74:5 247:23

**branch** 139:25

**break** 7:17,20, 21 35:2 67:3,8 70:7 74:20 102:11,16 150:19 158:23 174:11,12 177:23 179:19 218:4 230:16, 17,20 290:21 291:3

**breakdown** 174:14

**breakdowns** 174:15

**bridge** 34:20

**briefly** 6:12

**bring** 63:8 218:17 310:12

**bringing** 215:17 218:15 226:14 227:4, 12 228:5 229:15 232:25 233:9,12,15 263:23,24 264:3 265:1

**brings** 233:22 285:19

**Broad** 276:3

**broadly** 168:17

**broke** 90:23

**broken** 65:19 127:12,14 140:12 174:16

**Brother** 230:14

**brought** 151:9 154:22 182:12 233:24 234:4 303:11,12 305:22 306:15

**brush** 15:1

**bucks** 132:16, 17

**build** 66:16 88:2

**built** 34:10 52:22 60:19 61:2 86:4 133:23

**bulk** 97:17 107:25 108:3

**bunch** 139:19 196:4 301:20

**bundle** 81:14

**bundled** 61:2 81:8,16 82:4 124:19 127:25 137:13

**bundles** 35:20 81:5

**business** 98:12 119:9 127:14 128:10,20 133:13,14 134:3 173:23 174:10,11 309:17

**button** 60:12

**buying** 35:19

---

**C**

**cabinet** 55:23

**calculate** 127:4 137:9 139:5, 14,22 140:20 141:21 260:18 262:1

**calculated** 137:14 158:6

**calculates** 119:15 173:4, 14

**calculating** 126:15 141:14, 15 261:18

**calculation** 59:17 135:13

140:3 157:8 173:9

**calculations** 135:17,20 157:9

**calendar** 256:20 258:8, 24 259:8

**call** 17:17,20 27:19 34:20 43:9 53:4 55:11 57:5,6, 19 59:23 63:13 70:23 72:11 109:1, 137:2 139:24 159:21 165:22 188:1 215:15,20

**called** 13:18 23:8 27:19,20 32:17 45:4 46:22 49:4 57:5 58:22 60:17 85:24 86:8,22 106:15 118:8 119:23 120:17 124:10 161:22 172:3 215:21 252:16

**calling** 10:19 92:12

**calls** 27:20 171:3 201:22 206:10 207:1, 24 215:4 220:7 222:17 223:6 226:16,20

**came** 64:8 82:13 100:25 109:13 156:6 158:13 168:2 191:15 215:13

251:17 284:7,9 296:16

**campus** 106:21 122:23,24

**campuses** 229:20

**can't** 7:20 12:6, 12 59:8 76:12, 14 83:15 89:14 94:18 97:15 104:8 114:18 119:6 130:11 133:12 152:9 157:10 164:1, 3,16 172:6 177:14 184:10 190:25 202:10 204:23 206:12 208:4,16,19 209:3 212:12 230:13 234:3 237:21 239:10, 20 244:25 246:3,20 250:5 255:4 259:24 261:5 263:12 269:1 272:13 285:20 289:6,7 290:15 291:21 296:22 297:11 302:25

**canned** 90:6 222:4

**cannot** 200:15

**cantankerous** 90:4

**capability** 97:8

**capable** 258:11,12

**capacity** 147:14 155:15



DISCOVERY LITIGATION SERVICES
Court Reporting • Videography • Trial Presentations
Nationwide Coverage

37 North Orange Avenue
Suite 500
Orlando, Florida 32801
321.710.2150
www.DiscoveryLit.com

Case 6:09-cv-01002-GAP-TBS   Document 284   Filed 05/29/13   Page 91 of 201 PageID 15843

UNITED STATES vs. HALIFAX HOSPITAL, et al.
ARVIN LEWIS on 03/05/2013

30(B)(6) VIDEOTAPED DEPOSITION OF
Index: capture..certifying

174:6 248:20

**capture** 23:1
24:7 47:21
53:13 54:11
64:6 65:5
66:22,25
67:16,19 71:22
74:12,13
75:11,15 79:19
108:13,16,19,
23 109:21,22
110:15, 111:17
114:2,20,23
117:18 121:8,
11 122:25
123:6 126:22
131:13 132:9
137:12,16
138:20 140:11
163:1,2 169:7,
8,18,21,23
178:24 179:14
199:21,22,25
200:3 201:17,
18 202:2,5,8,
11,17,18
203:24,25
205:11 208:14,
15 212:13
213:20,23,24
214:3,6,11
215:8,9 216:11
222:24 223:4,
16 234:5,7,9,
14,15,18,25
241:9 242:23
268:25 269:4,
25 270:19

**captured** 15:17,
23 36:11 45:13
47:1 51:8
64:25 65:11
69:15 76:7
117:9,11 127:3

130:6 137:11
143:9 153:10
160:5 178:17
179:11,12
183:16 185:23
213:25 222:20
223:19 241:22,
24 242:3,4,16,
19

**captures** 132:8
144:9 171:20
202:14 203:22

**capturing** 77:14
79:2,3 120:2
144:19 197:5
198:3 234:21

**card** 24:9 26:19

**cardiac** 46:19
51:1 186:25

**cardiologist**
42:15 47:7
124:3,6 184:12
243:2,3

**cardiology**
70:20,22 174:8

**cardiopulmonary**
80:17 81:20

**care** 24:3,24
42:4,5,17
43:25 44:14,
19,20 45:6
46:7,16 47:4,5,
8,9, 49:13,17
66:14 69:18
71:4 72:5,21
73:5 107:22
108:1, 109:3
112:19,21
119:10 122:3
123:14 124:4
125:5,7 133:12

148:16 172:22
179:6,7
184:10,12
207:13 215:19,
20,24 219:1,
11,14 231:4,16
232:1,2,3,6,9,
11,16,19
233:1,20
234:14 243:1
252:25 265:22
267:4,8 274:17
275:11 283:22
305:4,14,16,21
306:11,12,14,
16 307:15
308:1,11

**carefully**
228:18,23
229:2,7 258:6
298:15

**cares** 231:15

**caring** 64:24

**carry** 252:10

**case** 44:15
58:18 61:16
63:20 68:1
71:10 76:9
78:21 92:13
100:1 124:3,10
146:15 151:3,
21 152:10
164:11,19
165:2,18
166:19 168:10
169:2 180:25
186:22 210:2
213:9 239:16
257:21 262:15
267:11,24
268:12,19
269:6,20,23

270:19 271:16
276:4

**case-by-case**
301:18

**cases** 75:16
78:14,18,20
86:24 91:1,3,
24 97:16 98:5
104:21 106:16
108:3 123:9
134:18 139:4
154:14 164:10,
14,17 165:19,
23 167:7
186:24 215:13

**Cassel** 276:3

**catch** 94:17

**categories**
69:23

**cath** 46:19 51:1
186:25

**caught** 145:9

**caused** 130:21

**causing** 92:25

**caution** 293:7

**caveat** 75:20
143:11

**caveats** 212:23

**CBC** 29:3,5
57:8 71:23
72:13,17
73:10,13 77:5
182:19 183:13
184:14,23
210:1

**CBLS** 273:16

**CBO** 288:22

**CBT-4** 77:12

**CCI** 34:8

**center** 6:1 8:11,
18 9:3 18:14,
23 20:8 21:19,
22,25 22:3,6,
10,16 38:5
42:8 90:15
99:25 100:18
101:17 115:10
118:19 119:14
173:3 180:9
229:19 233:5,
19 252:20
270:25 271:19
303:22 304:6

**Center's** 248:6

**Centers'**
255:16

**centralized**
305:23

**certain** 35:22
58:18 102:25
117:17 136:25
138:17 155:24
209:19 223:24
226:14 227:4,
12 228:5
229:15 285:9
293:3

**certainly**
153:24 184:9
219:8 249:5
250:13

**certificate**
152:18

**certifications**
197:16

**certifying** 83:7
170:17 206:1



DISCOVERY LITIGATION SERVICES
Court Reporting • Videography • Trial Presentations
Nationwide Coverage

37 North Orange Avenue
Suite 500
Orlando, Florida 32801
321.710.2150
www.DiscoveryLit.com

Case 6:09-cv-01002-GAP-TBS  Document 284  Filed 05/29/13  Page 92 of 201 PageID 15844

UNITED STATES vs. HALIFAX HOSPITAL, et al.
ARVIN LEWIS on 03/05/2013

30(B)(6) VIDEOTAPED DEPOSITION OF
Index: chance..close

**chance** 95:25
113:19 178:4
291:10

**change** 87:5
134:22 156:20
158:2,18 217:7
281:11

**changed** 49:3
118:8 153:9
270:10 304:25

**changes** 49:5
55:17 153:5
157:7,11,25
284:12,13
305:22

**changing**
283:18

**chapter** 188:11

**charge** 29:4
30:11,21 31:9
32:5 38:21
56:7 72:21
77:6 132:18
134:8 137:23
146:22 169:19

**charged** 280:18

**charges** 23:4,5
54:14 56:12
79:19 117:18
120:3 121:20
122:6 126:22
128:1 130:4
131:9,13,14,25
132:11,14,20
133:1,5 134:6
137:13,22,25
142:8 144:16
160:9 174:25
175:3,4 176:15

**charging**
132:16 134:19

**chart** 53:8
55:18 164:25
165:1

**charts** 164:24

**cheat** 194:22

**check** 43:3
130:13 185:19
259:13

**checked** 96:25

**checks** 261:6

**chemotherapy**
81:22 167:20

**chest** 42:7 77:6

**CHF** 64:9 77:16
177:10

**chief** 264:20
273:5 283:24
284:7

**choice** 233:7

**chole** 78:22

**chooses** 233:7

**chose** 71:20

**chunk** 133:13,
14

**circulated**
275:19

**citation** 198:25

**cited** 194:13

**Civil** 13:21
311:1

**claim** 14:8
15:1,2 16:10
24:11 30:8,13,
15 33:23,24,25
34:2,14 35:8,
10,13 36:8,17

39:4,7,17,18,
19,21,23 40:8,
9,11 45:8
48:11 49:21,23
52:2,6 53:22
55:8 60:2,9,21,
23 66:15 72:19
74:3,10 75:7,
17 77:3 79:14
80:2 82:19,22
83:8 87:22,25
89:2 91:20,22
93:5,6,13,14,
18 94:9 95:7
100:24 105:16,
19 106:13
107:9,11,12,
13,15 109:10,
12 110:18,22
111:9,12
112:4,14
114:8,22,23
115:4 116:18,
19 117:13,19
119:21 120:5,
23 121:17
123:11,24
124:20,24
125:25 130:12
136:2 152:7
153:15 154:16,
17 156:18,22
158:4,9 169:4,
6 170:4 172:23
183:17 192:18,
19 198:5
206:13,23
211:5,6 212:24
213:5 215:3
235:5 241:8
247:20,22,24
257:10,16
259:15 262:18,
22 263:15,16
264:1 269:2

294:4 298:16

**claims** 14:17,
18 22:16,20
23:2,3,7,10,11,
12 33:22 34:17
35:20,23 36:3
38:5 39:13,23
40:13,14 61:3,
6,17 62:6,10
64:11 68:12,15
76:24 78:9
80:14 83:22
84:5,8 90:14,
19 91:17 92:5,
8,18,21 93:1,
11 94:7 95:2,9,
21 96:17
97:10,13,20
98:1,3,8,17
100:25 101:23
111:11 115:10
116:1 118:3,
11,18,24
119:5,6 123:8,
127:10 129:8
140:9 143:16
151:19,22,23
152:14,15
167:2,4 174:18
178:23 179:12
188:15 193:2,5
194:10 200:22
209:7 214:8,13
246:1 257:13,
18,19 259:12,
22 261:6
262:8,12,20
264:8 266:21
273:19 293:23
299:11

**claims-related**
88:4,5

**clarification**

75:5 76:13,19
115:6 205:16

**clarify** 6:20
76:16 85:19
100:4 181:25
192:3

**classes** 279:13

**classified**
210:17,22

**classify** 125:16

**clean** 13:5
60:23

**clear** 6:23
80:11 100:15
141:25 145:13
182:8 208:16
260:14 271:10
292:23 308:16

**clearer** 38:22

**clearinghouse**
23:11 34:3
35:16,18,20
36:13,20,23,24
37:2,12,14
39:1,8,17 46:2
52:1 60:25
61:3 62:5 78:4
94:2,14,20
95:17 96:12,16
117:24,25
118:4,5

**clearly** 35:3
71:15 205:5,14
261:17

**clerks** 57:5

**client's** 239:17

**Clinical** 138:24

**close** 17:22
132:19 135:13



Case 6:09-cv-01002-GAP-TBS   Document 284   Filed 05/29/13   Page 93 of 201 PageID 15845

UNITED STATES vs. HALIFAX HOSPITAL, et al.
ARVIN LEWIS on 03/05/2013

30(B)(6) VIDEOTAPED DEPOSITION OF
Index: closely..compliance

167:6

**closely** 129:15

**closer** 284:9

**clot** 159:25

**CMS** 48:11
63:24 214:25
217:16 252:1,5
270:7 271:25
272:6,9

**Coast** 35:23
95:4 96:13,17
117:24

**code** 30:20,25
53:1 59:8,12
60:13 65:24
77:8,12 79:8
111:1,2,11
120:14 121:5
122:7 129:20
134:13 156:21
174:1 257:14
276:16 277:5
278:7,20 279:3
298:19

**coded** 30:10
51:13 56:2
78:6 81:9,25
116:19

**coder** 52:16
53:3 60:12
276:22

**coder's** 60:11

**coders** 33:5
58:17 276:14
277:4 278:6
279:1 298:21

**codes** 23:7
24:6 53:13
55:18,19 59:17
60:5,12 69:23

77:4,11,15,
79:24 85:11
87:18 120:20,
21,22 121:12
122:8 193:22
299:24

**coding** 23:5
30:11,25 51:17
52:8,25 53:5
54:1,3 58:14
59:1 60:11
64:12 65:4
77:14,23 79:3,
10,24 120:12,
15 121:13
122:5 179:13
193:21 276:20
279:6,12,14,
21,25 280:1,2
287:6 288:12,
20 293:21
297:6,17

**colleagues** 13:4

**collected**
137:25

**collecting** 99:1
141:12,13

**collection**
131:5,6 175:14

**collections**
98:19 131:25
136:20,25
137:6,8,13
138:8,17,18
141:1 142:8
157:14 176:23,
25 177:3

**column** 83:25
198:24

**columns** 93:13

**combinations**
192:17

**combined** 58:9

**come** 41:2,25
54:5 62:23
63:12,22 82:9
91:4 97:17
130:7,14
132:19 152:11
156:23 159:22
167:7 175:17
176:7 183:10
218:21,23,24
219:13,23
220:2 231:4,6
239:19 259:7
261:4 262:5
271:8,24 287:3
299:6 300:21

**comes** 25:24
63:4 64:13
69:3 80:19
111:6 130:15
158:5 183:7
185:6 197:8
258:13 267:9
311:3

**comfortable**
20:3 239:15
261:21,23
309:7

**coming** 63:14,
17 64:18 81:2,
21 132:24
182:18 197:1
218:25 219:4
225:12 263:9
264:19

**comments**
277:9

**commercial**
23:13 134:4

**commission**
63:24

**commitee**
252:15,16

**committed**
188:14

**committee** 49:5
66:8,15 67:25
73:1 146:24
151:7,8,16,21
248:6 251:9
252:10,21
253:5,11,13
254:4,12,21,25
255:3,4,8,9,12,
13 262:17
263:1,9 264:7
265:6,9 267:2,
3,5,8 268:22
269:5,9,25
270:16 272:18,
24 280:20
281:6 282:25
283:11,19,24
284:1,8,10,13,
24 285:3,20
300:7 301:18
302:9,10,16,
20,24 303:6,9,
10,13,19,20
304:2,5,9,11,
21,23,24,25
305:2,16,20,24
306:1,9,10,17,
19 307:13,14,
15,16 308:1,11

**committee's**
248:18

**committees**
251:17 252:25
254:17 264:21
267:5 283:22

303:9 305:4,
10,15,21
306:6,11,12,
14,16 307:3,
12,14,20
308:11

**common**
208:23 223:1

**communication**
139:11

**community**
218:25 219:11
231:6,12

**companies**
185:2 285:12
286:15

**company**
33:16,17 60:7
118:8,9 157:18
286:10,14,18
287:9

**compensation**
136:23

**compile**
258:19,24

**complaint**
151:20

**complete** 57:10
247:20 299:15

**completed**
60:10 74:1
107:10 182:12

**compliance**
145:4 146:20,
24 151:7,8,16,
21 153:18
156:7 163:21
275:22 285:20
288:13 289:25
290:1 293:19



Case 6:09-cv-01002-GAP-TBS   Document 284   Filed 05/29/13   Page 94 of 201 PageID 15846

UNITED STATES vs. HALIFAX HOSPITAL, et al.          30(B)(6) VIDEOTAPED DEPOSITION OF
ARVIN LEWIS on 03/05/2013                             Index: complication..could

298:22 299:17
300:5,7,22
301:18

**complication**
186:16

**complications**
189:23

**comply** 200:5
201:7,13

**complying**
13:21

**component**
122:20,21
123:12 124:17
125:18

**components**
194:8

**computer** 53:17
66:6

**computerized**
56:24

**computers**
27:25 35:6

**concept** 145:25
146:2,8 164:22

**concern** 274:18

**concerned**
131:19 187:3

**concerns**
296:19

**concluded**
311:15

**concludes** 67:5
102:13 158:20
218:1 290:25
311:8

**conclusion**
171:4 201:23

203:1 206:11
207:1,25 215:5
220:8 221:1
222:18 223:7
226:17,21

**condition** 25:11
42:16 43:4
182:25 265:6

**conditions**
251:11 252:6
306:18

**conduct** 19:24
304:21 308:25
311:4

**confident** 38:11

**confirm** 20:13
168:25 217:19

**confused**
124:15

**confusion**
21:15 92:25
156:16

**congestive**
183:4

**connection**
250:20

**connections**
127:20

**consider** 217:2
310:4

**consistent**
110:6 111:21
114:7

**consolidate**
131:14

**consolidation**
82:8

**constant**

187:23 238:21

**constantly**
310:23

**construed**
145:1

**consult** 47:10
69:5,6,9,22
70:4,8,9,19,20,
21,23,24 71:10
72:11

**consultant**
101:13,15,24
102:9 293:24
299:6

**consultation**
170:20

**consultations**
206:5

**consulted** 69:4,
7 72:22 73:12,
14 184:12

**consulting**
71:17 122:4

**consults** 43:24
215:22

**contact** 40:2
42:13,14,16
43:1 71:4
76:13 77:21

**contacted**
196:19,21,22

**contacting** 63:5

**contained**
82:22 101:7

**context** 191:5

**continue** 189:1
287:16

**continues**
112:2

**contract** 37:1
138:2

**contracted**
44:20

**contractor**
257:18

**contractors**
173:5,15

**contracts**
136:10 138:15

**contractual**
36:22 130:25
131:1 132:2

**contrary** 150:6

**convention**
103:11

**conversation**
15:6,21 44:7,8
119:2 196:4
278:9,25 279:5

**conversations**
18:4 147:10
178:12 196:23
281:9,10

**converted**
176:24

**coordinating**
14:22

**copy** 12:8,25
13:3,5,6,11
54:8 93:18,21
130:13 198:4
275:20

**corner** 198:22

**corporate**
20:18 273:12

274:2,22
275:21

**corporation**
274:4,24

**correct** 8:11
10:9 18:10
20:12 26:3,16
31:10 33:8,11
40:5 53:6 55:4
58:3 67:17
68:22 70:15
83:8 92:22
94:14 101:12
105:3 111:5
113:2 114:14
124:18 132:12
141:23 148:6,7
152:14 171:12
181:17 184:8,
25 187:18
190:1,8 194:4,
206:9 213:1,3
214:13 274:24
275:6 297:9

**correctly** 23:21
57:19 130:24
135:15 144:19,
21,22,23
152:16 256:8
279:3

**cosmetic**
132:15

**cost** 133:5

**could** 14:24
19:11 38:14
43:5,9 50:18
51:1,2 60:6,8,
64:9,10 68:20
78:17 83:1
90:12,24 95:1,
25 102:22
103:2 116:10



**DISCOVERY
LITIGATION SERVICES**
Court Reporting • Videography • Trial Presentations

Nationwide Coverage

37 North Orange Avenue
Suite 500
Orlando, Florida 32801
321.710.2150
www.DiscoveryLit.com

Case 6:09-cv-01002-GAP-TBS   Document 284   Filed 05/29/13   Page 95 of 201 PageID 15847

UNITED STATES vs. HALIFAX HOSPITAL, et al.                    30(B)(6) VIDEOTAPED DEPOSITION OF
ARVIN LEWIS on 03/05/2013                                     Index: couldn't..decide

119:19 130:12
144:25 153:4
166:12 170:11
178:2 185:1,2,
3,4,15 186:2,3,
4,22 191:7,10,
12 205:18
208:23 248:25
249:8,15 265:2
284:5 288:20,
21 297:17
299:15

**couldn't** 83:2,3
165:4

**counsel** 5:10
7:12 8:23,24
14:19 17:7,10,
24 20:9 84:21
85:12,14 91:16
92:17 145:3
171:7 178:8,13
194:22 195:11,
16,21,24 196:9
204:23 216:19,
21 217:8
308:20,25
310:16,19,24

**counsel's**
149:21

**count** 165:3

**counts** 100:24
164:11,20
165:18

**couple** 8:19
37:22 43:1
47:25 94:3
118:9 119:22
120:6 175:24
178:10 182:18
203:8 206:15
212:22

**course** 28:14
63:16

**court** 5:9 6:14
7:3 23:15 85:9
99:6 163:10
198:17 221:25
228:14 309:5,
13 311:4

**CPT-4** 77:4,8

**create** 120:8
127:22 128:6
259:21

**created** 54:1
118:13 127:19
128:8,11
129:10 138:14,
23 279:18

**credentialed**
152:19

**credited** 156:21

**criteria** 186:18
187:5,6 193:16

**CROSS-EXAMINATION**
218:9

**CT** 54:16,
76:17

**cue** 226:21

**current** 175:2
262:13,23
263:7,18,21
279:16

**currently** 104:9

**cut** 60:17 103:8
202:4 259:12
289:16 296:5

**cycle** 98:13
128:14 129:16
137:21 141:3

146:22 163:3
173:18,19
174:5 175:12
177:1,15
288:14

———————

**D**

———————

**D'amico** 14:17
16:9,23 17:6
139:11

**daily** 34:22

**damn** 201:2

**data** 15:17,23
23:1,7,20,25
24:5,11 27:16
30:7,8,16 31:2,
3,5,24 32:4
33:12,21 34:25
35:5,12 39:16
40:12 42:25
45:8, 46:12
51:10,21,25
52:18 53:6
59:23 60:2
64:10,11,12
66:10,17,
67:25 73:9,24
77:17,24 78:1
80:2 81:10
82:12 83:9,12
84:3,13 86:2,4,
6,10,15,17
87:10,11,12
88:1,2,4,5,9
89:6,15,17,19,
20,23 91:19
92:1,3,8,9,11,
13,14 93:7,14,
22 94:3,6,7,8,
11,20,21,22
95:5,6,7,9,10,
11,12,20,21,25

96:1,7,9,24
97:2,6,8,14,24
98:6,11
101:10,22,23
102:9 104:13
106:7 109:6,12
117:18 118:10
119:5 120:4,9,
19,22 121:16
122:9 127:10,
18,19,23,24
128:5,6,20
131:7 132:9
136:4 138:12,
23,24 139:1,4,
15,22 141:2
142:16,18
143:2,3 144:19
156:20 162:15
166:7,25
169:17,19
170:3 172:17
174:16 175:18
176:13,20
177:1,2,3,12,
16 178:17,18,
25 182:15
202:2 212:14
216:11 234:21
240:25 241:3,7
250:3 257:10
261:3 272:25
287:3 299:25
307:12

**database**
109:19 127:16,
17 140:14
143:3,5,6,8,9,
17,18,22,24
144:2,5,9,11
156:24

**databases**
140:13 143:2

**date** 38:2,10
115:4 139:14
141:18 142:15
164:12,21,22
185:10 272:14
302:12 304:1
305:7

**Dave** 8:24

**Davidson** 8:24

**day** 28:4 29:24
35:15,21,22
43:16 54:5
56:11 70:23
82:10 120:11
151:1,2 154:19
154:4 159:14,
18 182:17
183:18 194:15,
20 197:3
209:20 311:6

**days** 30:9 54:3
174:20 182:18
252:17

**days'** 137:2

**deal** 109:8
115:23,24
195:7 274:16
294:18

**dealing** 165:17
200:22

**dealt** 197:16
301:17,19

**debate** 136:13
277:16

**debit** 26:19
29:5

**debridement**
51:2

**decide** 47:11



Case 6:09-cv-01002-GAP-TBS   Document 284   Filed 05/29/13   Page 96 of 201 PageID 15848

UNITED STATES vs. HALIFAX HOSPITAL, et al.
ARVIN LEWIS on 03/05/2013

30(B)(6) VIDEOTAPED DEPOSITION OF
Index: decided..determination

120:13 148:25
151:16 300:5

**decided** 40:11
151:21 264:25

**decides** 26:5
160:4 161:8
220:21

**decision** 25:1
42:3 44:11
45:9 66:4 71:7
86:1,16 87:11
89:20 90:7
94:24 127:11
176:17 177:7,
12,17 232:23
239:25 240:2
267:24 268:1,
14 269:21
270:1,17 272:8

**decision-making**
44:3

**decisions**
163:4 271:21
281:13

**deemed** 152:4,
5 153:11,19

**Dees** 14:13,21
17:5

**default** 220:1

**defendant** 5:24

**defending**
308:20

**defer** 43:16
44:10

**deferring** 79:17

**define** 67:22
68:5 125:14
230:1,8 231:21

**defines** 68:1,2
204:21,22
241:21 242:6,
13 244:9,21
245:15

**definitely**
135:25 266:4

**definition** 68:4,
6,9,16 88:12
111:5 170:13,
15 171:2
205:22,24
206:8,9
207:10,22
212:8 242:24
246:7,25
247:4,17
260:15

**definitions** 74:9
235:8,12

**defrauding**
188:8

**delegated**
252:24 267:4
303:11 305:14
306:11 308:12

**delegating**
283:21

**delegation**
283:18,20

**demographic**
23:1,25 28:2
30:16 120:4

**demonstrate**
266:18

**demonstration**
257:25

**denials** 129:19
141:1

**denied** 52:2

**department**
25:16 26:14
28:10,11
29:19,21,22
30:11,23
40:19,20 41:10
61:7,8,17,19
62:22 77:21
78:7 80:9
81:17 90:18,20
91:8 120:16
123:3,4 219:8,
9,20 231:9,10
280:23

**departments**
80:4,6 87:1,2
123:1 137:20

**depend** 11:15
160:21

**depended**
12:14

**depending** 33:6
138:25 144:24
177:6 180:20
182:21

**depends**
153:13 175:20

**deponent** 8:22

**deposed** 6:11

**deposition** 5:1,
7 6:13,20 7:18
8:7,8 9:6 11:9,
16,19 12:22
13:18,19 14:2,
11 38:18 67:6,
11 85:10 99:7,
12,15 102:14,
19 103:2
145:21 146:13
149:15 155:19

158:21 159:1
163:11 188:19
189:3,15
194:18 195:9,
17 216:18,20
217:2,10
218:2,7 221:24
226:11 228:12
239:20 248:11,
17,23,24
249:14,15,25
250:7,8,10
251:4 272:19,
25 273:1
280:13 281:21,
25 282:5,6,11,
17 291:1,6
308:20,21
309:4,12,18
310:1,5,9,10,
13,23 311:9,
12,15

**depositions**
195:9 308:17

**describe** 34:5
41:8 50:12
52:4 62:25
80:20 119:19
307:4

**described** 14:4
23:20 25:7
38:8 41:9,18
61:6,16,20
62:2,19,22
66:2 69:22
75:4 76:25
79:1 94:10,15,
19 116:4
126:21 127:3
128:5 141:25
176:2 269:19
270:14 301:13
307:21

**describes**
113:15

**describing**
38:10 43:21
49:10 50:9
58:14 102:24
287:14

**description**
113:3 248:15

**descriptions**
308:25

**designated**
73:3 88:20
170:18,23
206:2

**designation**
8:22

**designed** 32:22
157:23 269:4
270:19

**designee** 5:2
6:4 20:18
248:20

**detail** 22:19
34:7 40:4
98:20 113:16
249:1 250:11
262:19 298:24

**detailed** 14:25
171:6

**detailing**
198:19

**details** 14:7
249:8,15 286:4
300:22

**determination**
42:12 43:25
59:20 155:24
186:13 271:15



Case 6:09-cv-01002-GAP-TBS   Document 284   Filed 05/29/13   Page 97 of 201 PageID 15849

UNITED STATES vs. HALIFAX HOSPITAL, et al.
ARVIN LEWIS on 03/05/2013
30(B)(6) VIDEOTAPED DEPOSITION OF
Index: determine..DNFB

**determine**
25:19 42:10
152:2 212:7
213:16 215:2
255:25 274:20
288:3 298:15

**determined**
27:12 156:11
257:4

**determines**
26:2 70:13
161:23 162:1
187:15

**determining**
26:24 137:7
280:19

**develop** 53:22
252:13

**Dew** 101:15

**diagnoses**
59:15 87:23
122:1

**diagnosis** 53:1
59:17 64:7
77:15 81:3,15
120:22 121:11,
12 122:8
193:22

**diagnostic**
110:14 194:3,7

**didn't** 12:8,9,13
14:9 18:7
26:11 40:13
77:20 85:1
91:23 92:6
95:23 101:25
134:21 145:14
149:17 152:6,
24,25 154:15
155:11,13
157:18 168:4

175:15 188:14
189:9 212:1
218:16 223:11,
19,20 228:21
235:25 236:3
238:10 239:8
240:11 242:18,
20 244:3
247:11 249:20,
23 253:20
264:2 271:4
272:7 275:6
277:10,13
284:3,4 285:22
287:9 302:17
304:12 309:18

**difference** 69:7
75:6 78:13
79:11 81:17
82:2,8,17
87:21 107:20
123:8 125:20
128:4 180:19
195:8 238:6
239:5 240:11,
17,19 243:24
268:19 276:21

**differences**
41:17 61:18,23
62:5,10,16,25
66:19,24 75:4
77:1 78:5,10,
12 79:5,14
80:5,8 116:7,
11 129:3
216:11, 240:14

**different** 37:18
39:10 41:3,9,
13,22 43:21
47:25 61:4
65:24 68:6,9,
16 69:25 80:1
84:6,7,20

86:13,23,25
87:10 91:13
107:11 112:1
114:9 115:2
116:25 117:6,
15,16,17
119:22 125:18
129:5,12 133:7
141:8 174:1,2
175:23 183:5,8
192:2,4 199:16
212:17 213:14,
17 238:15
240:21 241:10
244:5 253:2,
263:16 275:12
280:7 298:1

**differently**
65:14 114:10
115:1 160:11
212:15

**difficult** 79:8
96:6 259:11
260:1 262:5,22

**direct** 6:7 63:13
84:23 85:1
105:6 139:5
197:7

**directed** 147:21
148:7,11,14

**directly** 39:8
41:25 102:2
131:7

**director** 14:13,
15 15:5 139:9
169:20 200:3

**dis-** 20:19

**disagree** 165:4

**disagreement**
151:12

**disagrees**
217:8

**discerning**
133:4

**discharge**
28:15 54:4
164:11,12,20,
21,22 269:5
270:20 271:22,
23

**discharged**
59:24 60:1
174:18 187:16
191:8,13
265:23 266:2
268:23 270:1

**disclosing**
178:12

**disconnecting**
297:4

**discourse**
115:2

**discuss** 8:21
9:9 15:4,16
16:3,5,12
18:17 151:15
195:2 248:13
272:17 281:5
283:22

**discussed**
20:19 21:1
58:24 68:25
88:6,11,15
92:9,23 94:4
104:24 110:21
114:20 116:12
117:21 146:24
154:23 170:3
172:15 178:8
191:11 199:13,
21 236:15

**disagrees**
217:8

272:22 281:25
283:3 285:18
300:7 305:24
308:3

**discusses** 26:6

**discussing**
155:1 272:24

**discussion**
42:19 79:18
83:21 91:16
100:11 105:2
110:1 111:20,
24 112:13
113:5 127:9
146:22 151:6,8
152:16 294:10,
13 311:11

**discussions**
15:9 17:1,4,7,
11 99:14,18,19
149:4 283:16
285:1 300:2

**disk** 5:6 67:5,
10 102:13,18
158:20,25
182:14 218:1,6
290:25 291:5
311:8

**dispute** 268:23
269:22 270:19
271:15

**distinctions**
76:23

**distributed**
275:19 276:5

**DN** 113:12,14,
15,24 114:13,
17

**DNFB** 59:24
176:16



**DISCOVERY**
**LITIGATION SERVICES**
Court Reporting • Videography • Trial Presentations
Nationwide Coverage

UNITED STATES vs. HALIFAX HOSPITAL, et al.
ARVIN LEWIS on 03/05/2013

30(B)(6) VIDEOTAPED DEPOSITION OF
Index: docs..Dr

**docs** 283:7

**doctor** 97:16
108:21 120:11
129:7 232:8
302:18

**doctor's** 63:9
122:14 230:2
267:25 268:14

**doctors** 187:20
231:8,11
283:10 284:1,
23 298:21

**doctrine** 273:13
275:21

**document** 10:5,
16 13:1 14:3
18:8 40:1 71:2
84:4 85:19
105:4 110:12
113:10 122:3
128:16 146:11
151:24 153:22
163:11 195:1,
25 197:22
205:4 216:19,
21 217:9
238:1,12
245:19 246:15
250:1,23,25
254:8 280:16,
17 281:4,20,24
282:2,3,12
283:1 285:12,
13,21 286:4,7
288:15,16
289:6,9,11
290:15,16,17,
19,20,21
292:3,18,22
310:3

**documentation**
30:18,24 71:6

120:13 121:11
154:20 156:17
263:23 264:5
267:20 294:4,
5,8 295:10
296:1,17
297:5,18
299:2,8 300:1,
25 305:16
308:2

**documented**
59:5

**documenting**
249:6

**documents**
10:20,24
13:16,18,25
14:1,5,9 18:8
44:7 91:23
194:21 196:1,
2,3,6,13,16
216:24 217:1,
3,5,14,22,23
248:11 249:18,
19,20,23
250:19 309:21,
25 310:2,6,8,
10,12,18

**dodge** 259:2

**does** 9:10
12:16,18 22:20
26:2,15 28:18
29:10 34:16
35:13 37:1
39:7,8 43:9
45:1 46:24
51:15 55:6
59:17 61:7
67:22 73:1
74:2,7 78:8
95:16 100:19
109:5,18 126:1

127:4,10
128:25 130:2,5
132:9 137:7
140:18 143:21
150:11 158:6
159:9 164:8
174:12 175:16
176:6 189:22
191:17,21
192:5 193:8
196:21 199:4
200:5 201:6,13
202:23 204:5
207:22 212:7
213:16 215:1
220:20, 221:23
230:24 234:10
235:1 236:19
237:9 241:14
246:7 247:4
254:10,23
255:8 260:12
265:14 267:11
268:5,12,21
273:9 274:22
276:14 279:20
294:18 300:15
301:13 311:12

**doesn't** 9:25
28:13 39:16
99:21 128:5
138:12 162:24
169:14 171:2
174:7 177:1
189:7 202:16
203:24 227:21
230:6 280:4
309:14

**doing** 30:6
32:23 40:6
56:23 60:5
63:10 77:14
78:15 114:4
119:3 121:5

122:3 125:23
126:8,10
132:15 133:10,
19 185:20,22
187:25 207:4
209:22,24
210:21 213:10
224:25 226:3
232:21 253:18
258:2 266:22
279:12 287:4
293:2 301:21

**dollars** 137:25
153:12 165:2
257:22

**Don** 99:21
264:19

**Donald** 99:20
100:17 101:25

**done** 23:9
27:18,19 29:1
30:12,19 34:6,
12 45:24 46:19
47:18 51:1,19
52:5 53:23
54:3,12,20,21
57:14 68:21
76:19 77:11,25
78:16 83:1,3,4
98:5 111:24
116:7,8 120:14
121:7 123:18
125:3 126:6
138:5,10 140:3
144:13,21,22,
23 152:3,4
167:16,19
170:1 176:11,
12 179:14
183:7,17
184:13,16,24
185:7,17,19
186:2,5 197:3

206:15 230:17
233:4 248:10
249:5,6,7,12
252:22 256:7
260:2 263:10
269:2 273:18,
19 274:15
279:13,14
280:23 281:3
292:4 300:16
301:1 305:3,20
309:3

**door** 218:21

**dose** 57:18

**doubt** 101:6,9,
21 102:4,8

**down** 6:15 7:5
11:13 35:2
69:3 70:7
88:19 89:10
90:23 105:1,4
111:19 115:7
174:11,12,16
179:19 185:3
191:4 254:3
272:1 275:10
293:18,19,20,
21 299:9
300:21

**downhill**
186:21,22

**downloaded**
139:18

**Dr** 44:25 47:6
51:16,17 57:8,
11 65:5 70:20,
24 71:23 72:1
76:21 101:2
121:4 122:7
123:5,6 137:24
139:14 140:16
142:2,7 143:4,



DISCOVERY
LITIGATION SERVICES
Court Reporting • Videography • Trial Presentations
Nationwide Coverage

Case 6:09-cv-01002-GAP-TBS   Document 284   Filed 05/29/13   Page 99 of 201 PageID 15851

UNITED STATES vs. HALIFAX HOSPITAL, et al.
ARVIN LEWIS on 03/05/2013

30(B)(6) VIDEOTAPED DEPOSITION OF
Index: drafted..else

5,7,23,24
144:2,8 154:4,
5 160:1,3,14,
17 161:7,8,11,
14,21,22
181:1,15,22
182:3 185:22
187:14 189:21,
23 206:19,23
207:20,21
209:8,22
211:14,18,21
214:25 220:21,
23 222:8,10,
12,19 223:22
230:4 232:7,
22,25 264:19
283:24,25
284:7 289:4,24
290:2 291:15
292:9,16

**drafted** 100:1,
16

**drag** 80:10

**Drew** 101:13

**DRG** 53:1 60:6
193:24 194:1,3

**DRG241** 59:18

**DRG543** 59:18

**DRGS** 58:18
194:8

**dropping**
134:21

**Drs** 212:18

**drugs** 55:2
56:20

**duly** 6:5

**dumb** 188:14

**dump** 95:3

**dumped** 86:6

**Dunn** 283:7

**dunno** 283:8

**during** 6:20
7:18 10:12
12:22 13:11
14:1 35:14,22
56:10 158:13
196:7 216:23
309:18

**Durkin** 289:4
290:2 291:15
292:9,16

**duties** 283:20

**duty** 238:5
239:3

___

**E**

___

**E-p-r-e-m-i-s**
23:17

**E/m** 150:5

**each** 25:4
29:16 54:5,10
55:17 66:9
73:2 80:18
91:10 97:13
98:5 119:16
135:19 151:3
166:2 176:8
199:5 236:9
245:4 258:24
259:8 297:24
299:1

**earlier** 11:3
12:4 13:7 18:9
58:14 65:9
67:14 68:19
79:1 92:23

93:9 96:11
110:7, 111:21
113:1 114:20
116:12 117:21,
23 119:2 128:5
137:12 141:5
146:13 156:5,
16 169:7 170:3
172:15 179:21
191:12 194:20
195:8 199:13,
20,21 240:9
248:10,13
250:3,8,10
259:11 262:20
273:1 278:13
279:15 281:21
282:4,6,10,12
293:10

**early** 266:2

**easier** 7:5 48:1
50:15 260:3

**easy** 259:13

**ED** 25:2 26:18
27:23 28:12,22
29:8 42:3,8,12
43:2 45:1 63:5
119:7 122:13
168:2 191:8,9
192:18 215:17,
19 306:13

**edit** 95:8,9,22

**edited** 94:11

**edits** 23:9
33:23,25 34:5,
8,9,10,15,16,
20,21 35:7,11
52:22 60:18,
19,21,22 61:1
66:17 94:16,
17, 116:19,25
117:17,21

**EDSS** 118:8

**education**
279:16 299:10
300:25 301:1

**educational**
273:23

**effective** 265:6,
10,11

**effort** 235:4

**eight** 20:20
103:8 113:15
118:18 187:3
258:16

**either** 19:22
23:3 26:23
34:3,9 39:24
40:3 42:5
43:24 44:14,
21,22 45:6,11
52:2 53:9 54:8
55:20 63:6,20
70:17 71:3
76:13,14 82:1
89:7 93:23
105:18 108:20
131:7 138:24
139:6,16 151:4
158:13 159:23
161:1 163:20
169:25 170:14
177:15 181:4
182:14 193:2
205:23 208:19
209:2, 233:4,
18 260:22,
261:25 272:6,
18 280:6
286:22 287:24
300:4 305:6

**EKG** 122:18,
22,24,25
123:2,5,6,11,

12,23,24
124:4,16,21,22
125:13,16,17,
18 126:1,
170:5 181:9
183:5 184:22
185:12 202:7
210:1 211:3
242:25 243:2,
13,15 246:1
247:8

**electronic**
27:17 28:23
34:3,4 36:6,7
40:12,14 53:11
54:8 57:15
93:8,22 120:2
127:13 128:16
130:14 131:8

**electronically**
57:25 93:1
130:6

**eleven** 20:22,
24 150:8
151:23 154:3,
8,9,11 173:1,2,
12,13

**Elin** 5:22
146:12,16,23
150:21,22,25
151:12,13
154:6,19
277:2,9 278:4,
16,25 279:6,9,
15 287:2

**else** 16:3,6,12,
21 18:3 34:24
38:16 71:12
81:13 89:22
133:12 138:11
143:22 151:2
168:4 185:14



UNITED STATES vs. HALIFAX HOSPITAL, et al.
ARVIN LEWIS on 03/05/2013

30(B)(6) VIDEOTAPED DEPOSITION OF
Index: email..everything

186:8 198:12 250:17 283:8 298:1

email 284:21

emergency 24:23,24 25:11,16,25 26:14 28:10, 11,12,16 29:19,21,22 30:2,13,22 31:10 32:6 40:19,20 41:10,24 42:1 44:6 62:22 74:21 81:13 110:20,21,22 111:6,7 120:9, 24 122:22 167:8 191:7 215:13 218:22, 25 219:5,10, 13,19,23 230:9 231:5

employ 276:14 277:4 278:6 279:1,20 285:6

employed 25:13 121:1 144:6 160:12, 13 182:23 227:11 228:4 229:14 231:13 285:10,17 286:1,8,10

employee 140:7 142:3 144:18 274:13

employees 53:16 144:17 279:23,24 280:2

empty 187:4

encoder 52:12, 18,19,22 58:21,24,25 59:14,15 62:4 78:2 193:24

encoding 58:22 60:4

encounter 121:23

encounters 150:8 155:24

end 35:21 81:9 92:20 157:25 159:14,18 189:3,15 219:16 310:1

ends 45:14

English 227:24

enough 136:17 180:7 219:13 298:7

enrollment 82:24 83:10

ensure 35:8 54:10 56:4 77:19 87:3 140:1 144:19 198:1 268:6 274:16

ensuring 83:22 84:4 156:14 265:21,25

enter 23:4,25 24:1 28:3,24 51:10,17 53:14 57:1 71:20 72:16 79:23 110:12 120:4,

19,21 122:6 144:5 179:15

entered 15:24 23:5,20 29:25 31:2 47:18 51:20,21 52:18 57:19 59:9,13 60:3 64:12 76:20 86:16 112:6 121:17 131:7 145:6 179:5 299:25

entering 23:24 60:5 144:15

entire 41:15 238:1 245:19 246:14 266:7

entitled 10:16 222:1

entity 199:6,8 204:18 205:5 209:17

entry 56:24

epremis 23:8, 11,16 30:14 31:3,4 33:11, 13,14,15,23,25 34:6,9,17,23 37:3,13 38:12 45:8,13 46:2, 12 51:20,22 60:21,24 61:2 62:4 66:17 78:3 79:25 88:5 92:10,24 94:13,19 95:12,17 96:2, 3, 97:7 116:19 117:12,13,22 120:23 121:17 122:11 179:9, 17

Epstein 276:2

equal 132:11, 14,18 133:2

equaling 133:5

equals 197:10

equipment 122:20

ER 24:19 31:15, 32:19 43:21,23 49:21,22 50:3, 4 66:24 87:22 111:18 120:10 174:13 192:14

error 130:19,22 145:12 290:3 291:14,19,24 297:5,16,17

errors 130:20

especially 231:22 246:23

essentially 27:16 32:22 46:23 52:12 53:5,9 55:10 64:8 79:20 80:19 81:2 83:5,7,22 107:20 110:16 114:4 139:24, 25 141:2,16, 146:17 152:24 167:14 176:23 178:9 186:17 187:7,10 238:2 274:13 275:14 282:24

establish 66:13

established 254:18

estimate 175:8

evaluate 288:1

evaluated 27:10

evaluation 150:5 268:20 292:14

evasiveness 309:9

even 90:2 165:10 183:7 188:14 196:25 232:20 236:12 240:5 293:7 302:17

event 158:15

events 17:21

eventually 29:20 234:22

ever 10:1 93:5, 6 173:11,16 273:10 275:19 276:5 278:4,8 280:18 281:5 283:3,9 284:19,22

every 56:11 60:15 85:14 90:7 91:22 93:18 126:22 151:9 177:5 189:6 229:3 257:12 274:13

everybody 135:2 275:4

everything 6:15 7:5 40:17 54:11 60:16,20 87:4 95:16



DISCOVERY
LITIGATION SERVICES
Court Reporting • Videography • Trial Presentations
Nationwide Coverage

Case 6:09-cv-01002-GAP-TBS   Document 284   Filed 05/29/13   Page 101 of 201 PageID 15853

UNITED STATES vs. HALIFAX HOSPITAL, et al.          30(B)(6) VIDEOTAPED DEPOSITION OF
ARVIN LEWIS on 03/05/2013                                       Index: evidence..February

96:10,16 122:4
183:21 256:7

**evidence**
144:20

**evolvement**
251:17

**exact** 38:2
46:13 83:6
94:8 272:14
285:21 300:13

**exactly** 33:14
59:3 83:15
157:11 225:20
227:14 289:12
294:1

**exam** 26:2
73:24 104:14

**examination**
6:7 238:20
239:18 309:19

**examine**
161:22

**examined**
225:17

**examines** 162:1

**examining**
132:22 160:3

**example** 26:13
29:3 34:11
47:3 52:16
55:21 64:22
65:10 71:24
72:12 73:7,20
77:3 120:8
122:17 124:11,
16 125:4,7
127:15 140:17
144:8 145:7
152:5 157:12
158:3 160:2,17

179:20 181:15
184:14 202:7
232:8 242:9,25
243:6,7 244:6,
7 247:8,11
289:12 295:13

**examples** 43:23
64:17 161:5
293:25

**exams** 77:8

**Excel** 139:18,
20

**Except** 170:15
205:23

**exception** 63:4
81:7 117:15,21
168:9

**excuse** 138:2
225:14 249:22

**excused**
311:13

**executive** 150:2
307:13,16

**executives**
273:11 275:20
276:10

**exhibit** 8:14
9:6,23 10:16,
24 12:23 13:17
18:11 20:6,17
48:6,7,9,13,15
49:1,2,8 50:11,
22 65:9,11
72:6 73:18
74:5 76:1 82:2
83:24 84:10,
16,22,25 85:4,
7,10 86:21
88:8,13 90:12
99:4,8,12,

100:15,18
102:6,23
103:1,2,4,7,18,
20 105:12,13
106:10 110:1
112:8,10,13
124:14,23
126:4 145:18,
19,22,23,25
146:2,9 147:11
149:4,25 150:1
155:25 160:6,
16 161:11
162:4 163:8,
11,14,15 165:6
168:15,24
170:10 171:14
172:10 178:3
180:11 198:15,
18 201:11
202:16 203:4,
23 204:12
205:17 206:21
207:17 209:6,
16 214:24
216:8,22
236:14 244:11,
23 245:17
246:8 253:22
280:8,10,13
281:14,16
282:14,17
284:20 285:4
286:7 289:3
290:10

**exhibits** 48:3
100:20 178:22

**existed** 281:7
307:22

**existence**
248:5,18 265:5
280:19

**exists** 242:23
270:21 296:2

**expanded**
265:2

**expect** 239:22
305:9 307:18
308:10

**expense**
176:25 177:2

**expenses** 177:4

**expert** 99:24
100:16,25
101:15,16
206:8

**explain** 79:14
142:19 165:14
205:15 222:3
295:19 296:4
298:5,6

**explained**
296:9

**explaining**
195:8 205:14
294:21

**explanation**
69:22

**extent** 206:25
217:18 310:1,
8,17

**external** 14:19
297:23

**eyes** 152:21

———————
**F**
———————

**facial** 188:12

**facility** 30:11,
21 31:8 187:23
193:1

**fact** 68:20
91:16 102:1
149:15 152:3
155:19 156:1
198:8 215:11,
23 225:1,11
226:4 239:20
249:13,25
252:16 278:5
286:8 297:25
302:8

**failed** 13:15

**failure** 77:16
183:4

**fair** 136:17
180:7 310:23

**fairly** 97:5
259:13 262:18

**false** 188:15
273:19 298:15

**familiar** 75:17
99:22 106:9
113:11,13
255:3 280:15
281:4,16,23
282:2,3,7,10,
16,19 285:15,
24 286:8

**family** 139:25

**far** 25:6 98:5,
12 122:13
147:1 194:15
225:8 260:6
261:21

**fast** 134:12

**faster** 52:13

**fax** 57:14

**February**
174:25



**DISCOVERY**
**LITIGATION SERVICES**
Court Reporting • Videography • Trial Presentations
Nationwide Coverage

37 North Orange Avenue
Suite 500
Orlando, Florida 32801
321.710.2150
www.DiscoveryLit.com

UNITED STATES vs. HALIFAX HOSPITAL, et al.
ARVIN LEWIS on 03/05/2013

30(B)(6) VIDEOTAPED DEPOSITION OF
Index: fed..fluke

fed 131:7

federal 13:21 189:2 311:1

fee 31:8 133:22 134:1,2,5,22 135:2,5,10,23

fee-for-service 133:24

feed 59:14 130:11 197:8 307:12

feeding 39:22 73:9

feel 85:1 274:15

feelings 209:4 284:1

feels 201:2

fees 119:15 126:16 127:5 140:20 156:13

felt 144:25 151:10 283:20 300:2

female 34:13

few 90:1,5 94:18 186:21 309:16

field 31:18,24 33:2 66:4 73:24 85:11,15 87:18 88:13,24 89:8,15,17 103:18 104:13 105:3 108:6,7 109:5,19 110:3,8 111:20 117:9 171:21 172:2,3,4,5,13

fields 15:7 16:6 35:12 60:2 74:6,7,10,19 85:16 86:18, 20,21 87:11,12 89:1 96:24 102:25 106:9 109:12 113:6 117:11 124:10 169:17,23 172:1 178:18, 25

fight 92:17 257:20 266:18

figure 38:7 106:5 130:21 144:22 145:17 188:19 236:1 246:15 260:24 261:20 289:12

figured 154:24

figures 261:22

file 56:10 60:16 93:23 96:1,22 185:15

filed 91:22

files 96:21

fill 69:16 114:5 198:8 199:14, 241:16 246:22 247:5 248:25 249:8

filling 246:23 247:15

film 182:14 184:17,23

final 35:7 59:24 89:13 95:18 147:2 157:25 174:19 299:5

finalized 35:10 53:1

finally 7:17

finance 87:3 138:4 139:25 141:22 166:23 168:14,17,18, 21 175:7 176:18 208:13 227:23

financial 14:14 15:5 132:23 133:4,8,18 138:23 139:1,9 175:11 176:22

find 240:8 254:20 259:13 260:5 263:14 280:7

finding 156:7 292:9,13 295:25 296:14

findings 71:2 269:22 281:5 286:22 288:1 291:14 294:18 301:14 302:2

fine 6:10 187:14 253:20 310:21

fine-tuned 249:4

fine-tuning 252:3

finish 7:8 239:19 271:4 293:9

finished 40:22 271:3 300:8

finishing 239:17

firm 276:2 287:4 288:15

first 6:5 8:16 22:18 23:19 35:23 48:6 50:17 55:1 85:19 88:10 95:4 96:13,17 110:11,19 117:24 141:25 145:24 151:3 156:14 164:19, 25 165:6,11,17 176:12 177:11 248:16 249:13 257:2 261:13 266:8,12 290:9 295:8 299:19 302:8,12,15 303:5,19 304:2,8,10,13, 21 305:19

fiscal 164:10

fit 126:2 134:11

five 9:9 16:17, 24 18:12,15 22:14 27:15 30:9 54:3 102:23 103:4, 19, 105:24 109:25 111:23 130:18,22 196:14 216:3, 24 218:7 239:10 240:5 248:8,9 290:25 296:11

fix 301:6

FL 103:6 104:17 107:4 112:3,15,17, 22,23 113:5

flag 292:14 293:4,6

flip 53:9 198:21

Florida 115:11, 14,18,21 116:2 117:14 118:1, 19,25 270:8

flow 33:22 34:17 43:22 54:14 65:2 72:5,23 77:4 120:9,23 121:12 122:9, 10 123:2 127:11,24 128:5 138:12 162:15 238:20 284:12

flowed 16:18 77:20 88:18

flowing 28:10 61:17 62:6 77:24 92:9 261:15

flows 30:16 31:3,4,8,24 32:4 33:12 45:8 46:12 51:22 53:2 57:21 58:11,24 62:3 64:10,11 86:17 88:2,5 89:1 94:4 121:17 179:9, 16 252:4 263:22 266:10

fluke 145:13



**FML77** 50:23

**focus** 137:5
265:25 266:3,5
299:8

**focused**
133:11,18
175:13 236:4

**folks** 82:15
87:8 129:16
133:12 137:23
152:1 288:14

**follow** 43:12
59:6 67:24
124:25 141:8
149:21 181:19
204:25 247:22
270:10 272:15

**follow-up**
215:23 308:22

**follow-ups**
308:14

**followed**
154:23

**following** 66:5
167:16 170:14
205:23

**follows** 6:6
203:21 204:11
225:25 228:3
229:13 237:9
239:3 244:21

**footnoting**
164:9

**forks** 120:6

**form** 11:23
14:8 15:2 16:8,
10,11,13,19,20
17:1 19:23
22:22,24 26:17

27:2 28:21
30:14 31:4,17,
21,25 32:1,4,8,
9,17,19 33:1
34:4 36:7,8,10,
14 37:7 40:21
45:8,14,17,20
46:4 47:12,14
48:11,16,17,
18,21 49:3,6,
15 50:6,13,15,
20,23 53:24
56:18,21 58:20
60:2 61:21,22
62:8 63:25
64:5,11,12
65:2,12,13,14,
25 66:9,11,17,
18 67:1,18
68:11,23 70:16
71:13 72:19
73:11 74:1,4
76:2 79:15
80:2,7 82:6,23
83:10,13,17
84:6,14, 89:25
93:5,6 94:9
95:2 101:8
102:7 103:1,9,
12,21 105:10,
14,15,25
106:18,19
107:5,10,12,
16,18 108:2
109:17 111:9,
12,14 112:9,
11,14 114:21
117:19 119:21
120:5 121:23
123:15,16,21,
24 124:1,13,24
125:1,14,17
126:1,20 129:2
131:11 136:12,
21 146:3

147:13 155:5
156:3 157:6
161:13 162:5,
10 169:16
170:4 171:3,
13,23 172:8,
12,14,16
175:19 178:22
179:3,9,17
180:12 181:18,
23 182:6,14
184:2,6 188:3,
22 190:2,12
191:1,19
192:7,8,10
193:11,17
194:24 195:20
196:8 198:4,6
199:14,15
201:22 205:1,2
206:10 207:9,
11,16,17,24
208:10,20,25
209:12 210:7,
15,18 211:5,6,
12,25 212:20
213:12,19
214:14,25
215:4 216:9
217:16 218:18
219:6,17,21
220:7,14,25
221:6,15
222:14,17
223:5,6,15
224:3,14 225:3
226:16 227:6,
7,13 228:6,19
229:16,23
230:7 231:1,20
233:2,10,14
234:1,12,20
235:3,5,15,22
236:6,21,25
237:20 238:6,

9,11,17,19
239:4,7
240:19,23,25
241:1,5,17,21
242:7,8,13,14,
23 243:12,13
244:1,12 245:7
246:1,16,24
247:5,6,15,20
250:5,6,8
252:12 253:6,7
254:14 255:21
256:2,15,22
260:13 261:14
262:11 263:20
265:17 267:13
268:3 270:4,23
272:21 273:14
274:6 275:1,
276:8,15,23
277:6,20,23
278:10,18
279:4,22 281:7
282:9 286:12,
24 288:4,10
290:6 292:1,
10, 293:17
294:20 295:1,
296:7,15,21
297:10,19
298:10 300:18
302:3,22
304:16 305:12
307:7,10,24
310:25

**format** 34:4
36:6,7 93:8
284:9

**formation**
248:5,18

**formed** 283:23

**forms** 15:1
47:25 50:19

82:24 91:20
178:16 200:7
201:16 206:23
215:3 217:17,
18,20 222:25
234:19,23
240:12,14,15
246:22 263:25
310:19

**forth** 45:19
206:8 257:20
261:15 301:13

**forté** 154:21

**forward** 26:7
139:23 151:10,
17 188:24
189:19 251:15
302:18

**Foster** 89:21

**found** 141:10
291:19

**four** 18:2 21:5
27:15 102:24
158:25 192:9,
10 193:17
195:15,22
216:24 218:1
298:5

**fourth** 150:1

**frame** 90:21

**framing** 246:12

**Frederico** 209:8

**freestanding**
49:21 185:3
233:5,18

**fresh** 180:7
194:21

**frivolous**
310:24



**DISCOVERY LITIGATION SERVICES**
Court Reporting • Videography • Trial Presentations
Nationwide Coverage

37 North Orange Avenue
Suite 500
Orlando, Florida 32801
321.710.2150
www.DiscoveryLit.com

Case 6:09-cv-01002-GAP-TBS   Document 284   Filed 05/29/13   Page 104 of 201 PageID 15856

UNITED STATES vs. HALIFAX HOSPITAL, et al.                30(B)(6) VIDEOTAPED DEPOSITION OF
ARVIN LEWIS on 03/05/2013                                          Index: front..great

**front** 9:20 13:3
26:14,19 27:18
52:16 54:7
76:10 241:8
258:10,14
289:5 305:7

**full** 40:9 163:23
198:1 269:8

**fully** 53:23
135:25

**function** 27:21
82:13 118:1
252:9 254:11,
23 255:11
305:20 307:4

**functioning**
128:22 265:5

**functions** 38:22
89:21 115:20
252:7,11,22
254:24 306:7

**fund** 40:14

**Funds** 118:14

**funnels** 307:16

**furnished** 199:6

**further** 105:1
168:25 257:4
280:5

**future** 13:14
26:21 308:16

**fuzzy** 167:9

———————

**G**

———————

**Gabe** 275:23

**gather** 24:5
28:1 138:14
140:8

**gathered** 24:16
44:5 45:25
79:15 138:9

**gathering** 24:14

**gathers** 62:2
203:3 204:11

**gave** 64:17
126:18 248:1,
16 282:4,5

**general** 6:13
22:18 42:16
127:21,24
135:7 150:14
157:11 160:12
162:7,14
182:23 292:4,
24

**generally** 134:4
150:18 165:13

**generate** 90:4
131:15 136:1
139:19 140:25
141:17

**generated**
79:15 127:5
142:8 150:21

**generating**
89:17 131:22
139:2 150:25

**generation**
178:15

**gentleman**
100:16 101:18

**gentlemen**
284:2

**George** 145:4
146:12,19,23
150:21 151:4
152:1 164:8,15

**gets** 40:18
55:21 57:13
60:25 77:21
81:8,9, 86:16
91:19 94:11
121:16 126:19
131:4 139:20
140:4 142:7
153:20 167:9
183:21 187:7
215:20

**getting** 43:12
60:1,5 61:11,
15 80:16,17
97:2 129:1,19
130:3,12
132:17,21
133:3 135:6
158:11 176:1
258:11,12

**give** 5:15 43:6,
7,8 52:16
63:11 89:15
103:22 208:4
221:21 226:18,
20 228:11
238:18,22,24
239:14 244:7

**285**:14,19
286:18 287:3
289:24,25
299:23

**Georgia** 85:6
203:17

**germane** 61:15

**Gerson** 272:20,
23 280:18
283:3,4,9
284:18 302:15
305:18

**get-togethers**
14:23

**given** 28:15
60:7 224:8
246:4,13 247:1
262:6

**gives** 204:20

**giving** 8:10,17
38:18 69:9
222:4 224:24
226:2,3

**GL** 177:4

**glad** 206:16
212:12 238:24

**global** 127:13,
25

**globally** 129:17
131:19

**goes** 31:4,5
33:10 35:14
44:9,11 45:8,
23 57:16 58:12
67:1 70:10,24
93:8 94:12
107:15 116:9,
18,19 117:13,
22 118:1
121:17 124:12
138:3 159:11
169:3 187:14
196:17,18,20
202:6 206:4
220:20 247:5

**good** 6:9,11
19:20 22:13
26:20 72:7

**246**:3,12,19
247:3 248:19
260:24 261:2,
22 266:17
272:13 295:4,
6,21 296:6,11,
12,13 307:19

**Georgia** 85:6
203:17

**given** 28:15
60:7 224:8
246:4,13 247:1
262:6

**gives** 204:20

**giving** 8:10,17
38:18 69:9
222:4 224:24
226:2,3

**GL** 177:4

**glad** 206:16
212:12 238:24

**global** 127:13,
25

**globally** 129:17
131:19

**goes** 31:4,5
33:10 35:14
44:9,11 45:8,
23 57:16 58:12
67:1 70:10,24
93:8 94:12
107:15 116:9,
18,19 117:13,
22 118:1
121:17 124:12
138:3 159:11
169:3 187:14
196:17,18,20
202:6 206:4
220:20 247:5

**good** 6:9,11
19:20 22:13
26:20 72:7

**112**:12 122:17
142:19 164:9
186:16,17
223:1 227:8
258:2 266:22
274:1 284:2
308:7 309:2
311:6

**got** 39:16
52:23,24
54:16,17 56:4,
6 57:22 77:16
83:14 92:4
95:3,23 96:1
124:15 130:16,
17,23 135:9
136:7 145:9
152:18 168:13
186:15 192:20,
21 196:25
215:18 225:11
233:7 240:3
259:20 261:9
265:22 266:9
279:13 288:15
302:14

**gotten** 126:13
158:4

**government**
85:12 92:16
93:11 188:8
309:1

**governmental**
39:4

**grab** 16:19
34:13

**graduated**
152:17

**grand** 165:5
174:7 176:15

**great** 27:8



Case 6:09-cv-01002-GAP-TBS   Document 284   Filed 05/29/13   Page 105 of 201 PageID 15857

UNITED STATES vs. HALIFAX HOSPITAL, et al.          30(B)(6) VIDEOTAPED DEPOSITION OF
ARVIN LEWIS on 03/05/2013                            Index: gross..having

195:7 298:24

**gross** 175:3,4
176:23,24

**group** 30:20
44:18,19 52:6
122:12 194:3,7
231:3 265:2
270:8 273:7,9,
11 295:8
298:20 301:23

**grouped** 53:21

**groupings**
127:17

**groups** 175:24

**guarantor** 24:7

**guess** 28:19
36:9 41:25
54:24 65:20
91:10 105:14
106:17 116:22
132:15 153:6
163:23 184:20
214:21

**guidance** 66:5

**guide** 272:6,11

**guideline** 272:4

**guidelines**
30:25 70:3
204:25

**guy** 187:2
208:13 227:23

**guys** 86:12
91:21,25 94:23
95:3,13 96:1
97:6 208:5,8,
16 245:23

**GYN** 211:18

— **H** —

**H&p** 63:23

**hadn't** 60:7
156:15 272:1

**hairs** 202:9

**half** 163:24

**Halifax** 5:25 6:1
8:10,17 9:2
13:15,22
18:14,22 20:8,
21:18,21,24
22:2,5,9,16,20
25:13,15 26:1,
23 34:16,24
36:3,9,12 37:1,
9,21 38:5,16,
20 39:5,8
40:18 44:17
45:25 49:1,11
55:6 61:5 62:2,
23 66:2,5
67:16,22 76:7
82:19 85:12,
14,15,17 87:19
89:18,22
90:15, 92:19
93:11,16,23,24
94:12 95:16
99:25 100:17
101:1,17 102:3
109:5,18 110:7
111:2,10
114:17 115:9
116:1 118:18
119:14 127:4,7
132:10 134:8
136:11 137:7,
19 139:3
140:18 142:2
150:11,15
155:1,23

156:10,12
159:5,9 160:15
162:24 165:7
169:13 171:20
173:3,8,10
180:8,10
182:9,22
183:8,9 186:6
191:17 192:5
193:8 195:3
200:5 201:6,13
202:14,16,20,
23 203:3,22,24
204:3,5,11
206:22 212:7
213:16 214:3
215:2 217:8
218:15,17
220:20,23
222:11 223:4,
25 224:22
225:25 226:15
227:5,10,11,12
228:3,4,5
229:13,14,15,
19 230:6,24
231:11 232:24
233:8,9,23,24
234:3,9,10
235:1,20
236:19 237:9,
15 238:4 239:3
241:14,20
242:6,12
243:8, 244:9,
21 245:15
246:6,22,23
247:4,15,16
248:5,14
251:19,22
252:8,19
254:10,17
255:9,15
256:19 258:7,
17 259:6

260:11,18,24
261:18 262:8
265:4,14
267:1,11
268:15,21
269:19 270:3,
15,25 271:14,
19 273:3,8,10
274:3,8,22
275:19 276:14
278:5 279:20
283:4 285:6,
10,17 286:2,9,
10,20 287:24,
25 289:13
290:2 294:19
300:15 301:13
302:1,9
303:10,14,21
304:2,6,9,20
305:1,9 306:1,
6,24 307:2,19
308:20 310:24

**Halifax's** 44:4
91:15 108:5
137:17 143:4
207:8 210:14
251:7 254:22
286:21

**hallway** 196:23

**hand** 5:13
280:12

**hand-keyed**
130:10

**handed** 85:9
163:10 198:17
232:18

**handful** 73:8
170:4

**handing** 99:7

**handle** 150:15

152:10

**handling**
230:13

**hands** 47:19

**handwritten**
181:6

**happen** 139:8
152:13

**happened**
81:10 95:25
158:11,15
176:14 188:19
299:20 300:21
302:25 305:6,7

**happens** 35:3
39:2 44:24
51:23 121:19
134:24 158:2
232:22 252:3
269:9

**happy** 311:4

**hard** 80:20
86:4 93:18,21
130:13 134:12
168:7 231:21
261:3

**harder** 263:14

**hardly** 93:5,6

**hasn't** 158:3
251:13

**hate** 187:19

**haven't** 47:13
96:25 99:19
104:9 134:18
209:2 293:11
298:6

**having** 6:5
19:14 53:9



**DISCOVERY**
**LITIGATION SERVICES**
Court Reporting • Videography • Trial Presentations
Nationwide Coverage

Case 6:09-cv-01002-GAP-TBS   Document 284   Filed 05/29/13   Page 106 of 201 PageID 15858

UNITED STATES vs. HALIFAX HOSPITAL, et al.                    30(B)(6) VIDEOTAPED DEPOSITION OF
ARVIN LEWIS on 03/05/2013                                                Index: he's..hospital

54:7,10 68:8,
16 77:23
100:22 232:3
239:21 264:7
278:8 286:7
302:13

**he's** 10:1 13:8
19:9 30:19
77:16 78:20
104:11 112:3,
19 147:25
148:1 149:14
155:16,19
162:2 166:16,
24 185:10
200:12,21
208:4 209:24
210:21 221:8,
17,20 223:3
229:2 233:7,8,
15,24 234:2,4,
6 239:21 240:4
295:19

**head** 37:22
91:9 114:18
119:6 168:18

**health** 6:1 23:8
30:10 33:17
35:18 36:2,20,
21,22 37:3
39:5 51:13
52:10 53:16
58:12 62:3
78:2,6 170:18,
23 182:9,23
183:8,9 206:2
248:14 251:22
279:24 290:2
303:14 305:1
306:2

**Health-employed**
44:17

**Healthcare**
115:11,15
118:20

**healthcare-related**
115:20

**healthy** 183:2
184:13

**hear** 221:13
225:23 235:25
247:11 298:8

**heard** 111:4
219:25 221:12
247:10 271:11
298:7

**hearing** 294:23

**heart** 77:16
183:4 186:16

**held** 42:6 60:7
310:5

**help** 13:20
242:10 271:20
275:18 278:2
289:1

**helped** 249:14

**helpful** 13:20

**helps** 52:12

**here** 8:2,9 9:2,
8,17 14:6
18:13,17 19:9,
18,21 20:7
21:16,18,21,24
22:2,5,9 47:25
50:15 65:23
83:14 88:18
92:3 95:8
97:15 111:5
114:8 121:3
127:6 133:8
137:17 143:12

146:11 147:17,
24,25 148:1
149:12 156:25
161:5 164:14,
15 166:3,24
169:6 171:2
173:25 186:16
188:19 190:15
198:5 202:9
209:19 210:18
246:3 254:16
261:4 274:11
277:16 278:22
286:6 294:2
299:3

**here's** 42:19,20
93:12,13 175:2
222:7 235:18
236:9,11 258:6
297:4 298:9

**Herrero** 283:25

**hesitating**
143:15

**Hey** 266:17

**high** 176:15

**higher** 98:2

**highly** 231:14

**himself** 19:13,
209:25

**hip** 63:15 64:9,
19 65:10 167:5

**hired** 99:24
101:16,17,19

**historical** 260:4

**historically**
128:15

**history** 55:11
146:14 272:18

**hit** 60:12 95:23

**hits** 29:2 39:1
40:14

**hmmm** 283:7

**HMO** 174:4

**HMO'S** 42:17

**HMO-EMPLOYED**
44:18

**hold** 78:9
186:17 303:19

**holding** 43:6
59:25

**holds** 80:3

**home** 28:15
42:10 158:1
186:14 187:2,4
189:23 191:16
192:21

**hopefully** 39:4
74:25

**hospital** 8:10,
18 9:2 14:17
15:19 18:14,22
20:8 21:19,22,
25 22:3,6,10,
16 23:2 30:8,
13,20,21 31:7
33:21 35:7
36:12 38:5
41:2 45:23
46:1 48:11,18
49:23 61:5,7
62:21 63:1,12,
15 66:24
68:12,15 72:18
73:10 74:3,10,
12 75:17 77:6
80:4, 83:9
88:14 90:15
98:18 99:25

101:17 104:10
107:14 108:20,
22 109:15,18
111:9 114:1,22
115:4,10
118:18 119:8,
14,21 120:5
121:9 122:2
124:17,19,24
125:25 127:21,
24 128:2
130:15 133:13
135:16 136:1
139:10 150:4
154:20 160:9,
15 163:1
166:6,10,11
173:3,23,25
174:10 175:6
179:12,23
180:8,21
182:3,4 183:25
184:1,8,23
185:1,5 186:1,
7 187:18
189:25 190:8,
11,17,24 191:5
193:1,9 199:22
200:23 201:7,
9,13,16 202:7
211:6,9 212:24
213:5,21,22
214:7,12
220:4,12,18,24
222:8,13 223:2
224:1,13
225:2,18,19
226:6 230:9,24
233:1,5 235:20
246:1,10 248:6
252:19 254:23
255:2,16
268:24 270:21
271:14 275:13
277:3 279:1



Case 6:09-cv-01002-GAP-TBS   Document 284   Filed 05/29/13   Page 107 of 201 PageID 15859

UNITED STATES vs. HALIFAX HOSPITAL, et al.          30(B)(6) VIDEOTAPED DEPOSITION OF
ARVIN LEWIS on 03/05/2013                           Index: hospital's..I'm

288:23,24
298:23 301:13
304:6 306:25
307:2

**hospital's**
20:18 270:22

**hospital-based**
8:24 48:19
159:17 178:23

**hospital-side**
33:7

**hospitalist**
44:15,17,18
123:13 167:12,
15 168:6

**hospitalist/intensivist**
162:9

**hospitalists**
121:18 160:24

**hospitalization**
270:18

**hospitals** 52:11
104:6 108:15,
19 182:13
191:14 251:18
252:15

**host** 86:15

**hour** 17:15,19
43:3

**hours** 17:15,
22,25 18:2
195:12,24
239:11

**house** 187:5

**housed** 34:24
172:13

**how** 6:9,10
14:8 15:7,11,

24 16:15,22
17:13 22:20
24:16 28:18
29:10 37:16
43:8 44:3
45:25 53:15,23
55:6 61:19
62:2,3 63:4
65:10 66:2,20,
25 67:16,22
70:3 73:17
76:8,24 79:14,
15,18,19 80:1
81:25 90:19
91:6,7,19 98:5,
25 107:9
116:1,9,12
117:18 119:6
124:22 126:18,
21 127:3
128:10,21
129:17,18,23
130:2,5
131:20,21
132:1,22,25
133:4,9,16,19
136:14 137:7
140:5,18,20
141:7,20
145:17 150:11,
15, 151:16
152:10 159:5,9
160:5,7,9
161:10 162:3
174:8,9,17,18,
19 176:16
191:17 192:16
193:8 196:21
198:3,7,8
199:14 200:16,
17 202:11,14,
23 203:3,21
204:4,11
205:14 206:22
209:7 211:2

212:7,13
213:16 215:1
216:11 222:24
223:4,5,19,20
235:6,12 237:2
241:15,20
242:6,12 243:9
244:8,9,21
245:14,15
252:18 253:17
256:19 258:7,
16 260:5,10,24
261:21 262:1
263:18 265:10
269:18 270:2,
22 271:13
272:1,2 275:24
277:5 278:7
279:2,8,11
286:21 289:12
292:4 299:11,
24 309:12

**How's** 288:6

**however**
152:12

**huddle** 196:24

**huge** 93:12

**huh** 208:19

**Humana** 129:8,
17,19

**hundred** 91:1,
10 97:16

**hundreds** 87:18

**hurdles** 40:10

**hypothetical**
189:9,10

_____

**I**

_____

**I'd** 6:16 173:9

238:24 242:12
273:20

**I'll** 6:21 7:1
13:10 21:15
22:17 24:21,23
41:11,12,16,21
43:2 75:5
83:19 84:12
92:17 119:22
145:18 148:24
165:22 212:12
227:7 236:11
253:7 267:22
278:3 288:7
290:19 294:25
295:6 296:12
297:8 309:20
310:16

**I'm** 6:10,11
9:12,17 11:14,
17 12:13,14
18:17 19:18,21
20:3,11,21
22:18 26:10
32:15 33:3
39:18 40:24
41:15 59:25
61:15,22 66:23
70:2,3 71:15
72:4 75:16
80:10 81:2,23
87:16 88:19
92:7 93:2,19,
21 95:3,15
100:22 101:13
102:25 103:15
104:7 106:4,5,
22 109:15
113:20 116:4,
14 119:3
123:10,11
125:20,21
127:6 131:19
132:18,25

141:24 143:15
146:21 147:18
152:10 154:4
155:7,8,16,17
159:16 164:13,
16,23 165:18
169:11 170:4
171:5 172:9
175:13 176:4
177:7,8
181:19,25
183:11 184:16,
20 185:9,20
186:5 189:13,
15,16,17
191:25 192:1,
3,4 193:14
200:17 201:6,
10 202:14,18
203:21,25
204:21 216:13
217:4 220:9
221:13,16,23,
24 222:1,24
224:18 225:4
226:21,22
227:14,15,16,
19,25 228:11
230:16 232:11,
14 233:16
234:25 235:1,
4,18 237:11,
15,17 238:2,4,
15 240:17
242:5,21
244:5,6 246:9,
11,22 248:2
249:16 250:1
251:2 253:13
254:20,21
255:11,22
256:6,16,23
261:4,12,17,23
263:25 264:1
268:11 269:15



**DISCOVERY**
**LITIGATION SERVICES**
Court Reporting • Videography • Trial Presentations
Nationwide Coverage

Case 6:09-cv-01002-GAP-TBS   Document 284   Filed 05/29/13   Page 108 of 201 PageID 15860

UNITED STATES vs. HALIFAX HOSPITAL, et al.          30(B)(6) VIDEOTAPED DEPOSITION OF
ARVIN LEWIS on 03/05/2013                                      Index: I've..information

271:4,10 274:8
277:18,19,24
278:2,21,24
280:5,22
281:3,9
282:10,22
283:1 286:6
287:13,14,21
288:18 289:8,
15,18,21,23
290:7,21
294:23 295:16,
21 297:2,14
302:12 309:7

**I've** 9:16 14:23
37:9 60:1
99:18 156:5,15
164:2 166:25
169:7 173:10,
16 197:3,14
203:8 206:15
221:12 224:8
226:23 240:2
246:4,13,25
247:10 271:11
289:3 296:4
298:7 300:9
306:1 309:15

**i.e.** 80:4

**ID** 65:15 103:5,
18 104:17
140:9 172:13

**idea** 26:20
90:23 135:7
235:10 277:3
278:25 298:14

**identification**
8:14 48:4 55:9,
10 85:7 99:4
140:8 145:19
163:8 198:15
199:11 201:15

253:22 280:10
282:14 285:4

**identified** 11:3
17:5,24 18:4,
12 41:1 45:11
47:3 64:20
75:18 147:24
152:23 155:25
171:24 184:22
196:15 206:24
215:1 216:7
221:9 222:22
223:20 257:16
259:23 260:21
261:24 262:14
263:11 299:13

**identifier** 55:24
80:25 81:1
142:3

**identifiers**
117:9

**identifies** 103:6
119:14 159:5
173:3,14
257:18

**identify** 19:4,9
20:11,17 21:15
47:14 50:20
53:12,19 55:6
64:13 116:10
140:5 145:16
147:19 155:2
206:22 207:2
209:7 215:25
217:9,11
222:25 223:5
249:18 257:2,
8,13 262:8,22
269:6 301:7

**identifying** 9:13
20:16 27:5
45:14 54:21

58:1 154:19
274:14

**identity** 241:4
302:1

**ignore** 272:10

**ill** 167:24
219:13

**image** 53:11
96:22

**images** 128:17

**imaging** 29:6
42:21 54:13
57:1,8,13
61:12 77:13,18
181:9 182:11
184:15,17
190:21

**immediately**
12:25 13:1
308:22 309:5

**impact** 72:19
73:10 74:3
266:13

**Imperato**
275:25 276:2

**implication**
133:19

**importantly** 7:3

**impressive**
228:14

**improper**
297:18

**improperly**
297:6

**improved**
263:22 264:5
266:9

**improvement**
296:17

**in-house** 34:24

**inappropriate**
257:19 311:1

**inappropriately**
152:3,4 309:3

**Inc** 136:11
285:7

**incentive**
139:5, 141:14

**include** 100:19
199:1, 200:10
268:12

**included** 11:16
76:22 95:18
157:8 158:14
183:18 296:19

**includes** 81:10
174:16,17
177:3

**including**
170:19,22
206:4 241:3

**income** 127:22
175:10 176:19

**incorporate**
26:21

**incorrect**
145:16

**incorrectly**
145:6 257:9

**indeed** 112:1

**indicated**
160:16 284:20

**indicators**
138:20 162:16
198:5 247:22,

24

**individual**
14:25 36:17
55:14 72:18
74:2 98:1,15,
25 112:20
129:7 131:18
135:20 136:6
140:13 143:21
144:9 147:4
248:16 252:24
262:22 267:8
287:19 293:25
297:24 299:1
301:22

**individually**
20:17

**individuals**
17:24 247:16
279:20 298:23

**infections**
182:20

**inflates** 133:24

**information**
16:18 23:23
24:8,9,16
27:14 28:2,3,5,
18 30:10 33:4
36:2,10,11
38:17 39:1
40:3 44:5
45:25 50:10
51:13 52:3,10
53:16 56:14
57:25 58:2,11,
13 59:1,21
62:3 70:11
73:17 76:7
78:2,7 79:15
82:1,22 84:17,
25 85:22 89:16
92:5 93:15,16



Case 6:09-cv-01002-GAP-TBS   Document 284   Filed 05/29/13   Page 109 of 201 PageID 15861

UNITED STATES vs. HALIFAX HOSPITAL, et al.                30(B)(6) VIDEOTAPED DEPOSITION OF
ARVIN LEWIS on 03/05/2013                                 Index: informed..issue

95:18 96:13
97:12,22 101:7
102:2,5 118:23
126:18 130:2,5
131:4 138:14
139:2 140:6,
11,19,22
142:10 147:17
168:14 171:21
175:16 176:7
199:1 200:10
202:15,17,21,
23 203:4,22,24
204:4,5,12
214:3,12 246:3
247:16 258:19,
24 273:10
279:24

**informed** 9:16

**inherited**
280:22 281:2

**initial** 25:6,18
257:25 264:23
279:19 299:7

**Initially** 265:18

**inpatient** 24:19
41:4,6 44:2
58:18 61:6,14,
17,23,24 62:6,
10,15,17,18,24
66:21 74:22
75:3 79:9,
87:21,24,25
104:3,5,15
105:7,16
106:13,20
107:11,14
108:11 109:17
112:4 122:23
128:19,24
167:4,20
169:10 171:19

172:5,20
174:13 182:4
184:1,9 186:4
187:5 191:21
192:6,15
193:6,9,10,12,
18,20 194:9,10
213:2,3,22
214:7,12,17
215:12,24
216:12 233:20
266:6 267:10,
18 268:1,14,16
269:12,21
270:18 271:16

**inpatients**
44:20 52:21
191:24 218:23
219:16,23
220:2 268:6
269:14,15,17

**input** 28:5,7,19
33:1 50:11
57:24 58:2,6
130:5

**inputting** 29:13

**inquiries** 86:11

**inspected**
115:24

**instance**
114:16 153:6
161:11,20
232:25

**instances**
147:24 148:1
155:2 156:10
226:14 227:4,
12 228:5
229:15 242:22

**instead** 63:5
81:7 305:21

**institution** 69:5

**instruct** 63:12
149:8 155:13,
17 200:15
201:3 222:1
224:18 225:4,6
226:7

**instructing**
148:9,12,19,23
149:10 200:17

**instruction** 7:11
28:15 149:22
217:15 225:22
241:9 245:5

**instructions**
6:13

**instructs** 7:14
63:8 233:22

**insult** 228:24

**insulted** 228:22

**insulting**
189:14,16,17
228:25

**insurance** 24:9
60:6 157:17

**intensivists**
121:18 160:24

**intent** 59:4

**interact** 272:11

**interested**
119:3

**intermediary**
35:23 36:1
39:3 95:4,5,12
96:1 117:14
118:2,6,7

**internal** 14:19
17:24 66:4

86:11 145:3
266:5 297:23
300:25

**internally**
128:13 287:23
294:1

**internet** 83:20

**interpose** 7:7

**interpretation**
266:21

**interpreting**
237:11

**Interqual** 272:6,
11

**interrupt**
187:19 238:20

**interrupted**
200:19 310:24

**interrupting**
25:5 296:12

**intervention**
46:21 210:23
232:21 233:17,
18

**interventions**
162:19

**interviewed**
181:11

**into** 15:24
22:19 25:24
28:5,7,19
29:11 30:16
31:2,4,24 32:4
33:12,23 35:14
41:23 43:13
46:12 51:20,
21,22 52:19,22
53:2,14 58:2,6,
12,24 59:9,13,

60:21 63:4
72:16 79:25
86:6,16,17,18
88:2,5,21
104:17 117:12
120:10 121:12,
21 126:2,19
127:11,12,14,
24,25 128:6,15
130:2, 131:4,7
133:23 134:11
139:20 140:12,
21 142:1
157:25 158:6
166:4 176:21,
24 179:5
183:20,21
186:3,4 194:15
197:1 219:4
265:24

**introduce** 5:10
9:23 47:24
145:18

**introduced**
103:1

**invasive** 125:15
126:3

**investigation**
292:15

**involve** 145:2
269:7 272:13

**involved**
130:20 145:2
265:3 287:5
288:12 299:10

**irrelevant**
309:10

**isn't** 13:6
272:12 298:16

**issue** 101:2
145:12 151:9



DISCOVERY
LITIGATION SERVICES
Court Reporting • Videography • Trial Presentations
Nationwide Coverage

37 North Orange Avenue
Suite 500
Orlando, Florida 32801
321.710.2150
www.DiscoveryLit.com

153:23 154:22
155:1 156:6,8
180:6 257:3
267:12 269:4
274:17 275:11,
12,22 299:21
301:3

**issues** 129:21
132:24 262:25
263:2 300:20

**it's** 8:6 9:15
10:10 11:8,21,
22 13:7 24:2,
19 26:8,20
27:11,15,19,20
28:12,19
29:20,25
32:21,22 33:5,
6,18 34:14
35:11 36:6,21
38:4 39:3,9
40:5 41:12
42:16 44:18
45:4,19 46:15,
22 48:11,17
49:4 50:15,24
51:4,7,19 52:8
53:2 56:9
57:12,13,14,
15,25 59:5,23
60:17,24 61:1
64:7 65:19,20
69:14,16 70:22
72:9,10 73:8
74:2,18 75:1,
11,13,14 76:9,
15 77:22 78:16
79:7,8,9,23
80:19 81:4,17,
18 82:3 83:6,
16 84:11,19,20
85:21 86:1,17
88:24 90:3
92:13,18 93:2,

3, 94:7,8,23
96:6,8 99:9
101:22 104:15,
21,22 105:12,
13,19 106:14,
15,16 107:11,
12 108:2,10
110:21,22
111:12,23,24
112:10 119:23
120:17,18
123:16,18,21,
22 124:6 126:3
127:13 130:9,
19 134:3
135:8,23,24
136:25 137:10
138:16,18,21
139:25 142:3,
13, 147:14
149:24 153:6,
14,15,19,23,25
154:8 158:10
159:23 162:7,
14 163:23
164:2,3,4,24
166:6,9 168:7,
21 169:4,10
170:11 171:17,
18 172:4,6,18,
21,23 173:20
175:4 176:20
177:2,13 179:7
182:1 183:17,
18 184:10,
185:16,23
186:2,14 187:2
191:9 192:17,
18,19 194:5,6
201:24 205:12
207:10 209:21
210:1,22 215:7
224:19 225:8,
20 228:16,24
229:1 231:21

233:23 237:2
239:9,13
240:2,6,24
242:9 255:12
265:24 270:5
272:14 274:17
285:13 286:17
293:7 295:17
296:24 297:2
298:18,19
307:14,15

**item** 15:2
20:19,20,21,25
21:1 50:22
54:10 65:2,14
68:1 72:20
85:21 105:15
107:16 124:20
146:19 147:4
150:21 160:19,
20 161:16
162:10 172:16
174:24 179:4
192:9 193:3,17
199:6 207:11
209:13 213:25
214:22

**items** 11:10,12
77:7 180:5

**its** 67:17
230:24 272:18
273:11 274:2,
22 275:19
276:10 279:2
283:20 290:1
304:21

**itself** 27:23
30:2 31:19
35:5 46:25
187:8 305:20

——————————
**J**
——————————

**January** 37:19,
23,24 38:9,12,
15,23 305:7

**jargon** 169:6

**job** 98:13 164:9
187:14 249:5
258:2 266:22

**jog** 250:14,16

**jogs** 250:14

**joint** 63:24

**joke** 283:5

**Jones** 64:5
123:6

**Joni** 14:13 15:5
139:8,9 196:22

**judge** 222:1

**jumped** 40:10
256:12

**June** 166:21
289:24

**just** 6:12,20
7:18 9:22 10:5
14:3 17:4 19:7
20:10,13 21:14
23:15 25:7,25
26:10,15
29:12,21 37:12
38:8 39:11
40:17 41:18
43:7,19 44:10,
18 48:24,25
49:7 50:2,18,
19 53:15,18
55:8 60:13
61:5,11,13,
62:19 64:8,17
70:8 71:18

73:23 75:3,22
76:25 77:22
82:3 83:24
89:12 90:8
91:19 93:7
100:15,18
101:24 109:15
115:3 116:9,10
120:4,18
124:14 125:15
128:16,23
129:7 132:4
140:8,15,16
141:8 142:5
144:12 145:10,
13 147:21
151:7 152:10,
25 153:15
155:1,8,12,25
158:6 168:21
169:3,8 170:25
172:2 175:25
177:10 178:11
180:7 181:14
183:24 187:7,
11 188:1,6,18
195:25 197:12
212:17 213:12
217:18 218:11
225:10 227:22
232:18 234:5
242:12 243:6,
15 244:8
246:17,23
248:1 250:4,
17,23 251:1,20
253:19 257:9
258:25 259:2
264:1 266:16
267:21 268:16
269:18 270:14
282:1,7 287:13
288:9 291:18
294:7 295:18,
24 296:11



Case 6:09-cv-01002-GAP-TBS   Document 284   Filed 05/29/13   Page 111 of 201 PageID 15863

UNITED STATES vs. HALIFAX HOSPITAL, et al.
ARVIN LEWIS on 03/05/2013

30(B)(6) VIDEOTAPED DEPOSITION OF
Index: keep..let

299:15,16
300:10 306:24
308:2,16
309:20

---

**K**

---

**keep** 24:22
43:2,6,7 96:25
97:1 106:12
131:9 144:3
159:9 162:24
187:15 205:4
209:14 226:23
230:14 304:22

**keeps** 222:4

**Kennedy** 14:16
16:8,13,16
17:6 196:19

**Kepro** 282:21,
22

**kept** 134:21

**keyed** 121:21

**Khanna** 140:16
143:4,7 144:2,
8 160:1,3,14,
17 161:8,11,
14,21,22
181:1,15 182:3
185:22 187:14
189:21,23
212:18 214:25

**Khanna's**
142:2,7
143:23,24
161:7 181:22

**kick** 39:17,21,
23 40:8

**kind** 46:20
52:19 84:22
90:3 141:22

142:15 152:10
176:15 184:20
192:15 249:10

**kinds** 175:23

**knee** 78:15
167:5 183:1,3

**knew** 87:18

**knowledge** 43:5
83:8 85:16
91:15 109:21
141:12 143:13
163:5 172:17
220:9 255:16
304:13,19

**known** 22:7
153:19,24
243:14 256:13,
17 257:1
260:11,15,20,
21,25 261:10,
12,19,24
262:2,9 285:6
300:3 301:7

**knows** 29:23
199:8 204:19
205:5 209:17
222:8 224:2
225:18 226:15
227:5 232:24
235:20 237:15

**Kuhn** 143:4
144:8 206:19,
23 207:20,21
212:18

**Kunz** 5:22
149:4 185:22
277:2 278:4

---

**L**

---

**lab** 26:8 28:14,

25 42:20
54:17,18 57:1,
13 61:11 69:2,
13 71:23 72:18
73:6 75:13
77:9,11 87:9
125:19 181:9
182:10 183:6
185:2,11
192:20 193:3
210:1

**Labcorp** 185:2

**labeled** 32:16

**labs** 28:17
54:13

**lack** 227:23

**ladies** 284:2

**lady** 187:3

**laid** 47:19

**Lake** 119:23

**lands** 179:9,17

**language** 46:13
82:25 84:5,7,
16,19 227:24
244:10,22

**lap** 78:22

**large** 73:7
133:13,14
218:22 252:1

**Lasix** 43:6

**last** 92:4,6
166:20 176:14
203:18 214:11
218:12 235:25
236:12 250:6
258:16 259:9
260:19 265:24
272:9 275:24

284:13 289:10
297:14

**late** 187:21
266:2

**lately** 97:1

**later** 26:24
38:19 43:16,
19,22 49:2
158:5 176:17
236:10 250:16
267:22

**law** 188:11,13
235:6,18,20
274:5,25 275:7
276:2

**lawyer** 155:7
226:22 238:3
309:2

**lawyers** 208:9,
11 276:4
309:17

**lay** 252:5,6

**layperson**
208:24

**leader** 89:20
129:6 139:7
142:13 287:2
299:23

**leaders** 128:18

**leadership**
128:9 141:3,20
273:7,9,11
275:14 288:25

**leadership's**
274:19

**leads** 166:5

**learn** 8:16
70:11 249:15

**learning**
195:17,18

**least** 38:10
75:16 249:24
266:3

**leaving** 187:3
292:18

**ledger** 127:21,
25

**left** 76:18 77:19
198:22 216:3

**left-hand** 83:25
88:8

**leg** 76:18

**legal** 8:6,23
17:7,10 145:2
152:1 171:4
178:8,12
201:23 203:1
204:24 206:11
207:1,25 208:4
212:11 215:5
220:8 221:1
222:18 223:7
226:17,21
238:2 246:18
299:17 300:5,
22

**length** 146:24

**less** 77:24
153:14

**let** 37:18 39:14
47:24 112:16
170:10 175:25
179:19 181:14
200:24 201:1
212:15 221:18
225:10 278:2
291:22 293:8
297:7,12



**DISCOVERY**
**LITIGATION SERVICES**
Court Reporting • Videography • Trial Presentations
Nationwide Coverage

37 North Orange Avenue
Suite 500
Orlando, Florida 32801
321.710.2150
www.DiscoveryLit.com

UNITED STATES vs. HALIFAX HOSPITAL, et al.
ARVIN LEWIS on 03/05/2013

30(B)(6) VIDEOTAPED DEPOSITION OF
Index: let alone..locators

308:23

**let alone**
239:11

**let's** 18:11,21
29:19,21 39:11
40:10 41:6
43:19,23 45:21
47:24 48:6
49:7 55:1 60:6
61:13 63:8
64:18 74:25
79:12 80:16
88:11 90:18
91:6,13 95:24
96:19 110:20
111:19 115:7
116:9 118:17
119:12,18
124:3,15
134:16 135:8
137:5 140:15,
16, 142:19,21,
25 154:4
158:16,17
160:1, 161:5
163:25 164:9
172:10 173:1
175:25 179:3
180:7,22,24
183:21 191:4
205:17 206:18
209:6 211:21
214:10 230:16,
17 277:22
289:1 290:21,
23 310:22

**letter** 92:4
286:18

**level** 30:25
120:14 121:24
133:25 269:8
293:3 294:4,5,
8

**Lewis** 5:1,7
6:4,9 8:2,16
11:17 13:7,25
20:6,10 22:18
48:6 55:22
56:1,6 64:1,
67:6,11,14
71:23 72:1
84:23 85:9
89:3 99:9,10
100:15 102:14,
19,22 120:10
121:3 145:21
149:12,22
158:21 159:1,4
163:10 178:2
185:10 198:17
201:1 204:17
216:15 217:10
218:2,7,11
291:1,6,9
304:18 306:24
311:9

**Lewis's** 12:22
13:11

**Liability** 275:21

**license** 152:19

**licensed** 76:15

**lifetime** 55:14

**light** 293:7

**like** 11:13
28:17 29:16
32:1,3 39:16
41:17 42:7
53:1,18 56:10,
25 59:5 60:8
65:14,16 69:6,
13 70:22 72:10
73:13,14 76:15
77:18,19
78:21,22 82:12
83:14,15,16

84:12 88:9,22
93:4,8 96:3,25
97:7 99:16
103:8 105:5
109:14 116:20
120:4,8
121:21,22
123:23 131:24
136:4 141:21
145:12 151:10
153:14,22
160:23 163:17,
19 164:8,24,25
165:16 167:6,
15 170:4
174:17 189:5
197:1,9 201:3,
4 210:19
212:10 216:17,
22 218:23
227:21 239:23
246:1, 251:18
256:4,25
258:18 259:14
260:7 266:13
280:25 283:20
287:16 300:3

**limit** 251:20

**limitation**
295:22

**Lin** 5:21 239:25

**line** 12:9 15:2
62:11 65:2,7
72:6 73:23
93:12 112:4
121:15 123:1
124:20 128:21
129:6 137:22
139:6 141:3,19
142:12 147:4
149:18 150:21
160:18,20
161:1,3,16

162:10 165:5
166:12,15,20
169:3 174:24
193:3 196:17,
18 198:2,4
213:25 242:1
284:9 299:23

**lines** 62:17

**link** 123:5

**list** 9:4 11:10,
20 19:12 20:23
34:16, 55:21
85:11 87:17
96:23 126:7
142:5 176:2
243:23

**listed** 34:12
49:11,13,19
50:5 75:23,25
76:4 78:24
85:21 86:20
89:9 112:10
113:12 123:15
124:4,7,8
125:9 160:18,
19,20 161:1,3,
11,16,18 162:9
165:23 207:21
209:8 210:9,
211:13,23
212:3,5,6

**listen** 221:16
223:19 225:16
228:18,23
229:7 238:16
258:6 289:10
297:3

**listening** 229:2

**listing** 39:13
83:4 106:7
144:12 259:21

**listings** 91:22

**lists** 53:25 54:6

**literally** 53:12,
17 54:9

**little** 18:21
50:24 52:20
54:24 80:20
104:25 114:10
121:22 124:15
126:13 128:16
154:9 165:6
167:9 176:17
186:15 248:25
262:21 263:14
295:17 308:4

**living** 298:25

**load** 93:17

**locate** 93:22
309:25

**location** 87:7

**locations** 87:5

**locator** 16:20
17:1 46:15
50:23 65:25
72:24 74:17
105:14,15
106:18,19
107:16,18
111:8 112:11
123:15,16
124:2 125:1,14
162:10 171:14,
23 172:12
179:9,17
192:9,10
193:17 207:11,
18

**locators** 16:9,
10,13 31:25
65:13 66:9,11



UNITED STATES vs. HALIFAX HOSPITAL, et al.
ARVIN LEWIS on 03/05/2013

30(B)(6) VIDEOTAPED DEPOSITION OF
Index: log..manual

72:20 123:25
172:8

**log**  34:19

**long**  15:11
16:15,22 17:13
37:16 69:12
77:7 84:11
104:10 136:13
197:3 198:19
239:9,13 240:6
249:3 269:18
270:2,22
271:13 288:9

**long-winded**
309:10

**longer**  60:1
264:6

**look**  9:5 13:10
18:7 20:6
22:14 38:3
48:6,12 49:7
65:8 68:4
83:25 88:7
93:25 98:13,16
100:2, 102:22,
23 103:7
106:14 113:16
124:14 129:21,
132:22 136:3,5
139:3 140:1
142:2,6 144:1,
22 145:5,11,17
151:21 164:25
165:5,21
166:20 167:1,4
170:10 173:19,
22 174:6,8,9
176:8 177:5
178:4 186:17
194:13 198:24
205:18 228:14
232:21 253:24

280:14 282:1
294:14 297:24,
25 298:12,14
299:1,11,21
300:25 301:1,
2,6,22

**looked**  96:18
151:9,10
166:25 194:16
197:14,20,24
198:6 250:1,3,
5,6,23,25

**looking**  30:7,12
50:20 54:18
65:23 74:5
83:24 88:19
95:10,11
98:15,20
108:16 113:20
116:5,6 121:9,
10 129:11,13,
24 133:15
138:25 140:7
154:2 163:14,
22 164:7,14,16
167:7 177:9
245:2,4 249:16
250:7 299:18

**lookout**  275:4

**looks**  42:25
59:16 65:14
83:13,15,16
84:12 88:9
103:7 105:5
136:4 163:17,
18 164:8,24,25
165:16 174:10
223:22 246:17

**lose**  257:21

**lost**  69:21

**lot**  40:2 44:8
50:15 91:3

95:2 97:7
98:14,22,24
119:9 129:13
130:6 131:17
132:15 147:16
151:1 165:12
172:8 176:19
219:3 227:15
245:23 248:24
250:9 251:2
259:16,18
267:4 273:23
277:9,11
278:16 283:17

**low**  136:24

**lower**  299:7

**LSS**  15:7,20
23:2 30:16
31:2 33:12,23
109:7,8 119:23
120:8,10,17,22
121:13 127:3,
10,12,19,24
128:5 130:3,8
131:4,7 133:23
135:24 138:10,
12,13,24 139:2
140:6,12,21
142:1,10 143:6
153:7,10
156:20 166:7
170:3 175:17
176:13

**lunch**  102:11,
16

_____

**M**
_____

**ma'am**  227:1
228:17 237:7

**machine**  26:13

**made**  44:1,11
49:5 59:20
131:1 150:22
151:20 155:23
170:18 199:7
206:2 216:18
297:23 305:22
306:16

**main**  64:8 75:6
78:13 128:4
175:24 288:22

**mainly**  52:20
54:19

**maintain**  47:9

**maintained**
34:20

**maintains**
96:16

**major**  63:15
99:2

**majority**  87:20
88:4 179:6
252:21

**make**  7:12 13:3
14:24 25:1
40:5 45:2 48:1
70:18 71:7
77:21 94:16
96:24 103:15
106:2,4 121:14
130:22,25
133:10,16,17
134:11 139:13
143:10 144:13
146:10 148:2,3
153:18,20
163:4 166:3
182:19 186:13
203:1 217:9
218:11 232:15
236:12 240:20

241:15 268:13
271:20 300:10
301:21 308:16

**makes**  6:22 7:4
41:20 42:3,12
173:8 232:22
255:12

**makeup**  280:20
284:13 305:25

**making**  45:9
71:18 82:20
154:5 227:15
237:21 255:20
275:15 281:13

**male**  34:12

**manage**  87:8
115:25

**management**
79:18 121:6
129:16 141:12
150:5 173:19
252:4,14 269:6

**manager**  14:16,
18 129:4
139:12 262:15
267:11,24
268:13 269:20,
23 270:19
271:16

**manager's**
268:20

**mandated**
252:1

**mandatory**
273:16

**manner**  52:14

**manual**  74:9
131:2 135:18
198:6,7 217:15



Case 6:09-cv-01002-GAP-TBS   Document 284   Filed 05/29/13   Page 114 of 201 PageID 15866

UNITED STATES vs. HALIFAX HOSPITAL, et al.
ARVIN LEWIS on 03/05/2013

30(B)(6) VIDEOTAPED DEPOSITION OF
Index: manually..medically

243:18 247:19

**manually** 53:9

**manuals** 247:18

**many** 44:15 47:8 78:20 87:2 90:19 91:6,7,12 98:5 119:6 128:18 129:23 151:11 156:16 159:15 167:9 174:1, 17,18,19 180:5 181:11 182:10, 12 183:8 185:6 192:16 215:22 218:20 219:10 232:18 235:12 283:19 299:10 300:20

**map** 87:10 114:21

**mapped** 86:17, 18,25 87:4,12 106:10

**mapping** 15:7 89:19

**March** 5:3

**marginalia** 217:21

**Mariam** 284:21

**mark** 84:22 85:3,6 253:15 280:8

**marked** 8:14 48:3 85:7,10 99:4,7 145:19 149:25 163:8 198:15,18 253:22 280:10,

12 282:14,16 285:4

**market** 119:10 134:7

**Marlan** 5:23

**marry** 95:7

**MARSI** 285:7, 14,16,25 286:8 289:4,24

**MARSI'S** 291:14

**master** 77:6

**match** 9:10 51:14,15 95:14

**matches** 40:15

**matching** 52:4

**materials** 67:24

**matter** 6:12 140:6 225:17 248:21 249:13, 24

**may** 7:12 19:17 26:9 46:24, 58:25 69:2 72:9 73:5,6 74:16 81:22 90:5 92:12,24 94:25 95:8 100:5 111:14 114:19 123:14 127:15 132:18 134:19 158:11 160:22,23,24 161:2,24 162:18 166:14 167:11,15,16, 17 168:5,6 170:18 172:5,6 174:2,3 177:7,

9 183:6 184:11,14 196:2,24 197:9,11 199:7 202:9 206:2 210:18,24 222:19,21 223:8,12,14 227:8,22 242:10 246:17 250:14,15 257:13,14,15 259:11 262:21 269:7 275:22 279:11 280:23 288:3 293:6 297:5,6 299:20

**maybe** 26:20 59:10 94:18 106:2 116:10 134:12 141:24 149:18 164:4 165:18 167:11, 12 180:22 184:17 185:12 189:18 192:20 208:23 210:20 231:25 260:9 261:2,19 262:20 267:6 275:18 280:25 284:11 289:1

**Mckesson** 33:17 85:22 86:7

**mean** 59:7 66:10 86:7 90:25 93:20 123:3 132:14 155:8 167:1 171:17 181:25 182:22 184:19 188:1,5 192:20

208:8 218:16 220:1 237:12 247:19 253:17, 20 263:24 272:14 280:22 291:25 295:10 306:13 309:17

**meaning** 24:3 28:23 29:3 35:11 77:5 81:21 83:2 87:1 89:2 179:16 191:15 199:10 237:4, 13

**meaningful** 86:5

**means** 139:10 154:11 159:21 166:18,19 170:14 205:23 220:11, 237:16

**meant** 246:15

**mechanical** 54:25

**mechanisms** 71:16 174:17 192:4

**Medicaid** 23:12 24:6 36:1 39:15 82:25 93:3,7 95:4 115:18,25 116:2,7,13,23 118:1,7,25 119:7,9,11 133:14 173:20 219:11 252:2,5 282:23

**medical** 6:1 8:11,18 9:2

18:14,23 20:8 21:19,22,25 22:3,6,10,16 24:25 25:11 27:4 38:5 42:16 44:4 55:12 62:14,15 80:4 90:15 92:20 97:21 99:25 100:17 101:1,17 112:21 115:10 118:19 119:14 126:17 152:12 165:24,25 166:1,12 173:3 180:8 185:17 188:12 211:14, 16,20,23 212:2,5 213:7, 9,15,17 218:14 219:4 224:10, 22 225:1,25 226:4,13 227:3,10 228:3 229:13,18,19 231:9,13,14,19 248:6 252:20 253:2,4,11 255:16,17 262:25 263:8, 24 264:2,20 266:19 267:25 268:13,20 269:11,23 270:17,25 271:16,19 272:12 283:25 284:8 285:7, 11,17 286:1,11 288:20 303:22 304:6 307:11, 20

**medically** 194:6



**DISCOVERY**
**LITIGATION SERVICES**
Court Reporting • Videography • Trial Presentations
Nationwide Coverage

37 North Orange Avenue
Suite 500
Orlando, Florida 32801
321.710.2150
www.DiscoveryLit.com

**Medicare**
22:17,21 23:12
24:5,10 34:8
35:24 38:6
39:11,12,15
40:6 48:20,24,
25 49:3 68:8,
16 70:2 82:20,
25 83:11
90:15,20 91:7
92:19 93:2,3,6,
24 95:5,19
96:17 97:11,21
98:8 100:25
111:11 133:24
134:2,5,10,14,
17,20,21,23
135:4,11,12
150:7 163:25
164:11,20
170:19 173:5,
15,20 174:3,4,
24 175:2,17
177:10 183:17
187:24 192:25
193:1,6,9,25
198:19 215:3
256:13,21
258:8,17
259:8,13
261:19 262:2,9
263:12 265:5,
7,15 270:8
272:15 273:17

**Medicare-specific**
176:6

**medication**
55:23 57:18

**medications**
55:21

**medicine**
252:25 306:13

**Meditech** 15:7,
19,24 23:1
27:20 28:6,7,
19 29:12 30:1,
8,16 31:8,15,
18 33:12,22,23
44:24 45:4,11
46:1,11 47:3
51:21 52:17,19
53:2,14,18
54:1 55:4,22
57:7 58:3,7,12
59:22,25
60:15,19 64:7,
25 67:17,20
69:15 71:22
72:17 73:24
79:2 80:24
82:16 85:11,17
86:2,6,14,15,
18,22 87:13
88:2 89:19
90:3 92:9 94:4,
16,17 95:11,24
104:12,18
106:7,14
108:5,8,13
109:6,7,19
116:18 117:9,
12 119:25
120:7 121:12
127:24 138:25
166:1 169:18
171:22,24
172:1,12,13
175:17 176:14
178:17,25
179:5,8 185:23
197:6,10 200:1
207:3

**meds** 55:23
56:4

**meet** 17:13
35:9 63:24

171:2 181:12
186:18 187:5,6
193:16 207:22
212:7 264:2
266:19 272:7
304:10,13

**meeting** 12:24
17:16,17,20
302:8,16,17,20
303:5,19
304:21 305:2,5

**meetings** 17:16
146:25 302:10,
14 305:11
306:8 307:6,
22,23 308:1,6,
8

**meets** 206:8
267:6

**member** 57:9
139:16 146:21

**members** 23:3,
24 24:13 30:22
87:1 137:19
273:11 276:6
278:20 279:17
295:8

**memo** 146:17
151:11 283:1

**memory** 153:2
192:13 197:17
198:7 250:14,
16 286:5

**mention** 152:12
197:25

**mentioned**
14:24 24:13
178:10 195:25

**mentions**
110:20

**message** 154:7
266:21

**met** 267:6
272:7 304:2,8
306:18

**method** 193:10

**methodology**
140:11

**microdiscectomy**
185:9,21,22,25
187:17 189:22

**midnight** 56:11
60:15

**might** 7:7
126:13,14
243:20 247:12
296:1 298:15

**million** 137:25
165:7,10
259:17,18
266:9

**mind** 41:12
194:21 290:14
298:13,17
308:4

**mine** 113:4
240:1

**minutes** 15:13
16:17,24 216:3
218:13 239:10
240:5 305:11,
17 306:8,11
307:5,12,15,
19,23,25
308:7,10

**miscommunication**
297:25

**miskeyed** 145:8

**misleading**
50:24

**mismatch**
34:14 39:25

**missed** 294:7
299:2

**missing** 81:23

**mistake** 34:13

**misunderstanding**
153:3 184:21

**mix** 138:21

**mixed** 167:21

**model** 133:23

**modified** 95:23
145:10 249:4
294:11 305:24,
25

**modifier** 77:19
113:12,14,16
114:13,17

**modifiers**
113:13

**modify** 71:8
281:11 287:10

**module** 53:4,5
120:17,18

**Molpus** 101:2
211:14,18,21

**moment** 280:13
290:4 300:13

**money** 132:24
133:11,16,17
152:8 153:20
156:19,22
157:12 224:10,
23 226:1
239:17 257:23
258:7,16



UNITED STATES vs. HALIFAX HOSPITAL, et al.
ARVIN LEWIS on 03/05/2013

30(B)(6) VIDEOTAPED DEPOSITION OF
Index: monitor..Mr

259:7,16,18,
19,20 260:18
261:8,9,15
262:9 266:16,
17,23,25

**monitor** 52:17

**monitored**
42:22

**monitors** 53:10

**month** 81:9
82:5 90:8
137:3 174:25
175:15 176:9,
12,14,17 177:5
257:13

**month-to-month**
177:6

**monthly** 81:5
128:8,12
131:24 140:25
141:9 173:22
305:3

**months** 8:19
157:18 158:4,
5,11 264:4

**Moran** 99:20,
21,24 100:17,
23 101:16,20,
21,25 102:2,5,
24 103:19
106:24 111:21
205:18 208:19

**Moran's** 105:24
106:4 170:11

**more** 6:22 15:6
22:19 40:3,4
53:23 54:24
59:11 61:10
73:14 76:12
82:5 87:23

89:2,11 91:18
92:17 93:3
97:25 98:17,19
122:12 129:11
131:19 133:18
134:5,11
135:17,23
153:16 162:18
167:9 177:13
197:1,4 215:11
221:23 228:1,
11,16 242:5
246:3 248:25
260:3,5 262:21
264:24 265:2,
24 266:5 278:3
279:14 297:15
298:8

**morning** 6:9
185:11

**morphing**
272:14

**most** 7:3 15:21
16:17 46:8
52:11 60:4,10
73:8 74:19
75:16 77:3,24
78:14,18 81:3
86:24 87:25
90:5 94:15,17
104:21 106:15
108:3 111:4
129:15 133:10,
17 134:1 139:4
150:7 157:8
162:20 176:24
177:17 179:3
182:7 210:16,
21 215:13
232:2 251:18
252:3,17 260:2
266:13 277:12
293:23 305:3,

13 306:10

**mostly** 208:9,
11

**motions** 149:11

**move** 33:20
56:7 60:13
79:12 90:11
115:7 119:12
158:16 173:1
189:18 209:6
214:10 244:8
258:3 284:6,15
285:22 301:9
303:2,15,23
306:3, 308:21

**moved** 139:20

**moves** 26:7
56:10,11 60:21

**moving** 284:5

**Mr** 5:19,21,23,
24,25 6:8,9
8:2,15,16 9:12,
13,18,20,22,25
10:4,6,7 11:17,
23,25 12:1,2,
17,20,22 13:6,
7,10,11,13,24,
25 17:13,14
18:18,20 19:1,
3,5,6,8,9,11,
14,15,16,18,
23,24 20:1,2,3,
5,6,10,15,22,
24 21:2,6,9,12,
14,17 22:18,
22,24 23:14
26:17,22 27:2,
7 28:21 29:9,
14,18 31:17,22
32:9,12 36:14,
18 37:4,5,7,15
40:21,22,24,25

45:17,18 46:4
47:23 48:5,6,
21,23 49:15
50:1,6,8,13,16
53:24 54:23
55:22 56:1,18,
19,21 57:23
58:20 59:19
61:21,25 62:8,
12 64:1 65:12
66:1 67:2,13,
14,18,21
68:11,14,23
69:20 70:16
71:9,13,25
76:2,6 80:7,12
82:6,18,23
83:18 84:21,23
85:3,5,8,9
89:25 90:10
99:5,6,9,10,11,
24 100:6,8,14,
15,23 101:8,
11,13,15,16,
20,21 102:2,5,
7,10,21,22,24
103:9,14,19,21
104:1 105:10,
21,24,25
106:3,4,24
107:5,7 110:9,
25 111:21
126:20,24
129:2 130:1
131:11 132:6
136:12,16,21
137:4 145:20,
21 146:3,5
147:11,13,16,
21,23,25
148:2,7,9,11,
12,14,16,18,
19,21,22,24
149:1,2,5,6,9,
12,14,17,20,22

151:12 155:5,
10,14,16,17,
22,23 156:3,9
157:6,21
158:17 159:3,4
161:13,19
162:5,23
163:9,10
168:13,16,22
169:16 170:9,
11 171:3,8
172:14,25
175:19,22
177:20 178:1,
2,11,19
180:12,16
181:18,21,23,
24 182:6
183:23 184:2,
3,6,7 188:3,4,
22,23 189:1,4,
7,12,14,16,20
190:2,7,12,16
191:1,3,19,20
192:7, 193:11
194:2,24
195:5,20,23
196:8,10
198:16,17
200:11,13,15,
17,19,21,24
201:1,12,22
202:13,24
203:2,5,6,10,
12,15,17
204:7,9,15,17
206:10,17,25
207:6,9,14,16,
19,24 208:7,
10,18,19,20,
22,25 209:5,
12,15 210:7,
11,15 211:1,25
212:1,4,20,25
213:19 214:2,



Case 6:09-cv-01002-GAP-TBS   Document 284   Filed 05/29/13   Page 117 of 201 PageID 15869

UNITED STATES vs. HALIFAX HOSPITAL, et al.                    30(B)(6) VIDEOTAPED DEPOSITION OF
ARVIN LEWIS on 03/05/2013                                      Index: MRI..needed

5,9,14,18
216:4,5,9,15
217:7,8,10,13
218:10,11,13,
18 219:2,6,7,
17,18,21,24
220:7,9,10,14,
19,25 221:2,4,
6,11,15,16,17,
18,20 222:6,
14,15,17,23
223:6,10,15,18
224:3,6,14,16,
18,20,21
225:3,6,8,10,
11,14,17
226:7,9,12,16,
18 227:6,7,9,
13,18,25
228:6,7,13,19,
21,22,23,25
229:1,2,3,6,7,
9,10,16,21,23,
24 230:7,11,
16,23 231:1,7,
20,23 233:2,6,
10,11,14,21
234:1,8,12,17,
20,24 235:3,
11,15,17,19,
22,23 236:7,8,
14,21,23,25
237:1,6,14,20,
23 238:11,14,
17,18,22,24
239:12,23,25
240:2,7,10,23
241:2,5,13,17,
19 242:8,11,
14,17 243:12,
21 244:1,2,12,
14,18,24
245:7,10
246:16,21
247:6,9 252:12

253:3,6,7,9,15,
16,17,19,20,23
254:14,16,18,
20 255:6,14,
21,24 256:2,9,
14,15,18,22
258:3,5,20,22
259:4,5
260:13,16,24
261:14,16
262:11 263:17,
20 264:9
265:17,19
267:13,16
268:3,8 270:4,
12,23 271:1,3,
6 272:21
273:2,14,25
274:6,10
275:1,5,8,17,
24,25 276:1,8,
9,15,18,23
277:1,6,7,20,
21,23 278:1,
10,14,18,23
279:4,7,22
280:3,8,11
281:15,17,18
282:9,13,15
283:12,13
284:15,17
285:5 286:12,
19,24 287:12,
15,17 288:4,5,
10,17 289:15,
18,20,25
290:6, 291:8,9
292:1,6,10,12,
17,20 293:17
294:16,20,22
295:1,2,7,12,
14,16,19,21,23
296:7,8,15,18,
21 297:1,10,
13,19,20

298:10,11
300:18 301:9,
11 302:3,5,19,
22 303:2,4,15,
17,23,25
304:3,7,16,17,
18 305:12
306:3,5,21,23,
24 307:7,8,10,
17,24 308:5,
13,15,23
309:20,24
310:14,16,21,
22

**MRI** 73:16

**Ms** 14:21 15:4,
9,12,14,16,25
16:3,7,8,9,13,
16,23 17:5,6
38:18 149:4
272:23 305:18
310:9

**MSDRG** 194:6

**MSDRGS** 194:8

**much** 77:2
98:25 118:13
131:21 132:1
174:8,9 176:16
186:25 249:5
256:19 258:7,
16 260:25
262:1 264:25
266:5 284:9

**multiple** 17:16
25:2 35:6,20
40:7 60:9 77:7
82:3 87:1
94:21 97:3
127:13 136:3
138:22 153:12
176:8 179:25
192:17 203:16

235:8 247:24
275:13 276:11
283:16 284:12,
13 285:1,18,19
303:8 306:1
309:21

**must** 110:12

**myself** 20:3
90:8 298:22
300:23

_____

**N**
_____

**name** 23:25
24:14 32:23
33:16 36:5,24
46:15 47:17,22
51:5,18 52:6
56:16 66:25
67:16 72:5
73:2 86:25
88:10 96:12
99:21 101:25
110:7,23 118:6
123:19 124:11,
12 126:5
128:12 160:16
168:17 199:11
253:14 275:24

**named** 100:16
112:9

**names** 86:23
113:8

**national** 49:4
66:7 67:25
185:2

**nationwide**
257:12

**nature** 60:18
280:19

**nauseam**

221:12,21
222:4

**NDC** 38:11

**necessarily**
132:11 133:2
211:4

**necessity**
262:25 263:8,
24 264:2
266:19 267:25
268:13,20
269:11,23
270:18 271:16,
20 272:12

**need** 7:17 20:4
29:16 35:2
42:10 47:11
54:2 60:20
69:13, 71:14
75:5 76:12
85:1,19 90:9
100:3 103:24
106:14 110:10
113:22 114:13
116:15 119:10
132:25 139:15
148:3 149:18
150:19 153:8
170:17 171:7
186:17 200:7
206:1 217:5,19
221:12 228:19
235:9 245:19
247:10 271:9
282:19 283:6
288:2 294:23
297:22 299:8
301:2,22,23

**needed** 15:1
24:11 65:10
72:8 77:18
130:25 138:15



Case 6:09-cv-01002-GAP-TBS   Document 284   Filed 05/29/13   Page 118 of 201 PageID 15870

UNITED STATES vs. HALIFAX HOSPITAL, et al.
ARVIN LEWIS on 03/05/2013

30(B)(6) VIDEOTAPED DEPOSITION OF
Index: needle..object

168:25 197:16
265:1 277:3
278:5 292:15

**needle** 210:19

**needs** 25:19
27:5 42:4,5,14
63:10 77:18
84:17 160:4
182:15 215:19
233:17 295:22

**negotiating**
98:22

**net** 119:8
133:13 156:25
175:3,9
176:24,25

**neurological**
220:22 222:10
223:3,24
232:10

**neurosurgeon**
73:15,20
127:5,16 137:8
150:12 151:19
152:5 155:3
156:1,11
159:16 160:11
162:13 167:11
182:13,15
232:13,15

**neurosurgeons**
91:12 98:4,9
101:2 119:18
126:17 136:8,
137:11 140:16
142:21,23,25
143:1 146:18
159:7,10
210:13,23
215:16 218:15,
24 224:11,24
225:1 226:2,5,

14 227:4,11
228:4 229:14,
17 230:25
231:2 255:17

**neurosurgery**
61:17,18 62:7
80:4 90:16,18,
20 91:8 92:20
118:21 119:7,
16 121:2
136:10 144:7
151:2 159:23
167:10 174:9
181:2 231:9

**neurosurgical**
91:3

**neurosurgical's**
231:18

**never** 13:8

**new** 49:6 87:7
113:6 156:22
249:15

**newer** 112:9

**next** 28:9 51:23
60:14 71:3,5
74:24 145:5
157:8,14 158:7
214:23 282:13

**night** 56:11
60:15 92:4,6
187:9,10,21

**nine** 10:15
20:21 126:13,
14 142:22
147:20 187:4

**nobody** 111:7
134:3

**nonattending**
88:23 89:7,8

**none** 216:25

**nonresponsive**
200:13

**nonverbal**
203:19

**normal** 263:2

**notations**
217:23

**note** 121:10,25
164:19 197:10
216:17 238:8
239:6 309:20
310:16,21

**noted** 289:19
310:17

**notes** 30:18
59:10 165:22

**nothing** 5:16

**Nothing's**
142:11

**notice** 9:9
11:16 85:21
107:16,18
112:8 310:4,13

**notices** 13:19

**notified** 87:8

**now** 13:3,
22:14 23:19
24:12 25:5
27:10 28:17
29:10 31:7
36:21 38:12
40:11 43:14,15
44:12 45:21,22
54:13 58:17
61:4 62:18
65:8 69:21
71:10 74:23
81:12 82:2

86:20 87:9,15
94:21 103:4
105:6 109:16,
25 113:20
115:1,8 116:14
126:12 127:2
128:5,16
132:10 134:19
135:23 136:8
138:7 144:11
153:5 154:2
173:10 194:6
197:25 211:13
229:2 237:1
244:5 247:3
251:25 252:16
266:7 267:5,21
269:3, 270:15,
21 271:7 274:9
282:1 291:15
292:18 299:13
304:18,22

**nowhere**
143:22

**NUBC** 68:4,10,
17

**number** 5:6 8:5
10:23 22:8
53:19 55:9,11,
12,13,15,16,17
56:15 57:3
60:8 65:3,20,
21 67:5,10
68:1 72:20,24
88:22 97:10,
13,20 98:3
102:13,18
118:17,24
119:13 123:15
137:2 140:8,9
142:2,3,6,7
150:2 158:20,
25 159:20

172:16 173:12,
13 175:3,
179:4 192:9
193:17,19
199:11 209:14
218:1,6,22
224:25 226:3
248:4 258:10,
11,13,14 277:4
278:6 279:2
282:13 290:25
291:5 294:12
311:8

**numbered**
65:13

**numbers** 24:10
55:11 56:25
65:24,25
141:23 164:2
176:23 192:17
253:16

**numerous**
279:9,10

**nurse** 26:23
27:4,11 55:21
72:15 76:14,16
150:3 152:17,
22 153:3 156:2

**nurses** 58:6,9
151:13

**nursing** 25:22
31:12 57:9
59:10 273:5

---

**O**

---

**o'clock** 187:4

**oath** 239:15
255:18

**object** 194:24
236:6 289:15



DISCOVERY
LITIGATION SERVICES
Court Reporting • Videography • Trial Presentations

Nationwide Coverage

Case 6:09-cv-01002-GAP-TBS   Document 284   Filed 05/29/13   Page 119 of 201 PageID 15871

UNITED STATES vs. HALIFAX HOSPITAL, et al.          30(B)(6) VIDEOTAPED DEPOSITION OF
ARVIN LEWIS on 03/05/2013                                    Index: objected..okay

290:6 304:16

**objected** 204:6
237:1

**objection** 7:13
11:23 12:1
19:23 22:22,24
26:17 27:2
28:21 29:14
31:17 32:9
36:14 37:4,7
40:21 45:17
46:4 48:21
49:15 50:6,13
53:24 56:18,21
58:20 61:21
62:8 65:12
67:18 68:11,23
70:16 71:13
76:2 80:7 82:6,
23 89:25 101:8
102:7 103:9,21
105:10,25
107:5 110:9
126:20 129:2
131:11 136:12,
21 146:3
147:13 148:3,
4,5 149:6
155:5 156:3
157:6 161:13
162:5 169:16
171:3 172:14
175:19 178:11
180:12 181:18,
23 182:6
184:2,6 188:3,
22 190:2,12
191:1,19 192:7
193:11 195:20
196:8 200:11
201:22 202:24,
25 203:5,10,15
204:13 206:10,
25 207:9,16,24

208:10,20,25
209:12 210:7,
15 211:25
212:20 213:19
214:5,14 215:4
216:9 218:18
219:6,17,21
220:7,14,25
221:2,6,15
222:14,17
223:6,15
224:3,14 225:3
226:16,19,22
227:6,8,13
228:6,19
229:16,23
230:7 231:1,20
233:2,10,14
234:1,12,20
235:3,15,22
236:21,25
237:20 238:11,
17,19 240:23
241:5,17
242:8,14
243:12 244:1,
12 245:7
246:16 247:6
252:12 253:6
254:14 255:21
256:2,15,22
258:20 260:13
261:14 262:11
263:20 265:17
267:13 268:3
270:4,23 271:3
272:21 273:14
274:6 275:1,
276:8,15,23
277:6,20,23
278:10,18
279:4,22 282:9
286:12,24
287:15 288:4,
10 289:18

292:1,10,
293:17 294:20
295:1,7,14
296:7,15,21
297:10,19
298:10 300:18
302:3,22 304:3
305:12 307:7,
10,24

**objections** 7:6
238:21 310:25

**obligation**
229:5

**observation**
24:21 41:4
42:6, 43:11
44:23 45:2,7
55:17 63:11
64:2 74:24
79:13,16,20
105:19 186:3,
18,19 187:6
193:13 266:6
268:2,16

**observations**
268:5 269:14

**obviously** 7:12
24:7 34:21
44:6 51:11
61:9 63:5,23
86:13 97:25
99:16 122:2
183:17 185:16
210:6

**occurs** 70:9
158:2

**October** 166:21

**off** 7:21 11:6
37:22 67:6
72:16 83:19
91:9 100:8,10

102:11,14
103:8 114:18
119:5 126:13
132:2,3 141:22
156:25 158:17,
21 177:20,22
187:11 202:4
218:2 230:19
271:7 282:24,
25 289:17
290:23 291:1
296:5 308:15
310:14,22
311:6,9

**off-the-record**
311:11

**offer** 208:23

**offered** 161:6

**office** 41:25
62:24 63:2,7,9
66:21 121:23
122:14 129:4,
23 144:17
161:8,9 197:2
222:9 223:22
224:24 226:2
279:11 288:21,
22 293:20

**officer** 145:4
146:20 163:21
264:20 273:5,
12 275:21
283:25 284:8
289:25 290:1
298:22

**offices** 63:18
224:11 279:23

**Oh** 12:13,14

**okay** 6:18 7:10,
15,16 8:9,13,
21 9:1,5,15,19,

21 10:12,15
13:13 14:5,10
15:3,11,14
16:15,22 17:4,
19,23 18:3,7,
19 19:2 20:16,
25 21:13 22:25
23:18 24:12,18
25:5,9,12,15,
24 26:10,23
27:8,22 28:5,9,
17 29:10,19
30:5,24 31:7,
23 32:25 33:4,
10 34:5,16
36:19 37:16
38:3,13,16,25
39:11 40:13,17
41:7,14,22
43:5 44:6 45:9,
21 46:3 47:24
48:12 49:1,7
50:2 51:16,23
52:9 53:15
55:24 58:11
59:18 60:24
62:1,13,18
64:5 65:8 66:2,
12,19 67:2,22
68:4,15 69:13,
14,21 70:1
71:10 72:3,9,
13,25 74:5,20,
25 75:2,6,24
76:23 77:15
78:8 79:5,12,
17 80:3 82:19
83:21 84:9
85:3,20,25
86:9,20 87:14
88:7 89:16,22
90:11 91:6
94:5 95:15
96:5,15 97:9,
19 98:7 99:3,



**DISCOVERY**
**LITIGATION SERVICES**
Court Reporting • Videography • Trial Presentations
Nationwide Coverage

37 North Orange Avenue
Suite 500
Orlando, Florida 32801
321.710.2150
www.DiscoveryLit.com

Case 6:09-cv-01002-GAP-TBS   Document 284   Filed 05/29/13   Page 120 of 201 PageID 15872

UNITED STATES vs. HALIFAX HOSPITAL, et al.                    30(B)(6) VIDEOTAPED DEPOSITION OF
ARVIN LEWIS on 03/05/2013                                     Index: old..operating

100:21 101:6
102:1,10
103:3,15,22,23
104:2,18
105:6, 106:22
107:8 108:5,9,
19 109:8,11,15
111:10, 112:16
113:1,5,11,15,
18,21 114:7,
12,16 115:3,13
116:1,14,17
117:7 118:17
119:12 120:10
121:3 123:5
124:13,22
125:12 126:3,
12 127:2,6
128:11,23
129:17,24
130:17 132:7,
10 135:20
136:4,7 137:24
139:1,13 140:5
142:24 143:7,
19 144:11
145:18 146:1,7
147:4,7,12
149:1,9,24
150:20 156:10
157:1,22
158:16 160:7
161:5,20
162:24 163:7,
14,18,20
164:10 165:21
166:20 168:23
170:10 171:20
172:7 173:1
175:16 176:10
177:19 178:5,
14,20 179:19
180:2,19,24
181:14 185:25
186:5,15

190:23 191:17
192:12,22
194:12,20
195:6,10,24
197:13,19
198:10,14
199:4,18 200:5
202:20 204:7
205:8 207:7,20
211:13,17,20
213:2,5,8,15
214:10,23
216:4,15
217:13 232:14
236:16 237:11
251:10 254:1
274:13 287:11
288:7 294:1,14
295:17 299:2,7

**old** 153:15,16
223:1

**older** 184:18
261:3

**once** 18:25
20:9 27:23
29:3 33:4
44:10 45:21
49:3 56:5
57:21 59:20
60:24 61:1
64:14 66:22
73:25 78:6
79:21 84:12
87:20 96:21
97:24 98:11
110:10 111:13
131:17 138:5
150:14 207:2
208:1 209:20
212:10 213:20
215:25 221:7
228:9 230:8
241:22 261:5

275:3 284:8
286:3 292:2

**oncolog-**
213:24

**oncologist**
151:20 167:17,
22,25 168:5,6
211:19 213:17

**oncologists**
62:14 98:3
101:1 126:17
152:13 167:19
211:14,15,16,
21,23 212:3,5
213:15,24
215:16,21
218:14,24
219:4 224:10,
22 226:1,4,13
227:3,10 228:3
229:13,18
285:17 286:1,
11

**oncologists'**
213:9 231:19

**oncology** 62:15
80:5,17 81:4,
11,21 90:17
92:20 118:21
119:7,17 121:2
152:17 153:2
167:25 188:12
213:7 219:10
231:9 253:4,11
254:3,11,21,24
255:4,7 286:16

**one** 5:6 7:19
8:23 9:20 13:4
15:25 17:16,17
18:8,16 24:12
26:19 30:20
41:22,24 42:2,

6 43:23 46:7
49:1,17,19
51:6 53:10
55:11,13 60:14
64:15 65:16
66:9 67:5
69:16,19 72:4
73:3 74:11,23
78:19,20 79:9
81:22 84:11
86:4 88:25
89:2,12 92:24
94:3 95:8 99:1
101:4,7 102:5
105:20 110:16,
23 111:3
112:18 114:2
115:22 120:25
122:12 124:8,
11 125:1
127:13,16
131:20,21
146:17 149:11
150:2 151:1,2,
18,19 157:10
160:14,23,24
162:19,21
164:25 165:1,
2,11 166:19
171:1,11,18,19
172:2,4,5,21,
23 176:4,11
183:2 195:11,
13,17,18
196:24 217:11
221:23 227:8
228:1,11,16
231:11 236:2,
4,6,12,17
240:16,19
241:24 242:5
246:10 251:1
256:10 264:25
276:3,13 278:3
283:17 288:8,

11 297:15
299:20 302:12,
18 305:5,18,21
309:14

**ones** 11:14
56:24 81:14,19
85:17 87:18,19
263:9,10

**online** 38:8
198:7

**only** 7:11 32:17
36:9,16 40:19
41:10,12 50:3
55:13 59:8
75:18 79:9
81:19 96:3,25
101:18 107:20
109:22 129:24
135:1 144:9,12
153:7 156:2,19
163:1 174:14
177:2 199:22
202:11 204:24
230:14 243:22
299:13 302:18

**onto** 28:18
50:11

**op** 53:8 54:20
65:5 121:10
179:13

**open** 217:2
310:5

**operate** 104:9
122:15 128:3
142:12 187:21

**operated** 180:3
181:17 182:2

**operates**
117:25

**operating** 15:23



Case 6:09-cv-01002-GAP-TBS   Document 284   Filed 05/29/13   Page 121 of 201 PageID 15873

UNITED STATES vs. HALIFAX HOSPITAL, et al.                    30(B)(6) VIDEOTAPED DEPOSITION OF
ARVIN LEWIS on 03/05/2013                                     Index: operation..out

16:6 32:22
33:2 46:23
47:16 50:10,
11,25 51:4,8,
18 65:7,17,20
68:3,5,16
70:12 72:24
73:23 75:21
78:17,25 88:20
89:9 104:25
105:5 111:25
112:7,10,23,24
117:10 125:16
160:19 161:2,
17 162:11
166:15,17,19
167:3 168:8,12
169:5 179:11,
16,18 206:24
207:4,15,18
208:3 209:9,
21,25 210:5,9,
14,17 213:11
215:8 216:2
221:9 222:22
223:13 234:15
241:23 242:3,
19 245:23

**operation** 46:24
53:7 181:3

**operational**
246:19

**operative** 51:14

**opine** 209:3
212:12 264:11

**opinion** 208:4,
24 212:11
238:2 246:18,
19

**opportunities**
283:17

**opportunity**
188:20 189:6

**options** 26:5,
27:6 43:21
233:17

**oranges** 92:12

**order** 44:21,22
45:1 49:25
56:24 57:7,10,
14,16 63:20,25
64:3,5 69:2,13,
70:14,18 71:21
72:8,13,15,16
75:7,16 76:4,
11,12,14,16,20
77:15 79:22
104:23 109:4
110:16 114:2
169:24 181:4,6
182:10,15
183:11 185:21
193:15 205:11
220:17 222:19
241:15 268:1
272:8 308:22

**ordered** 23:4
29:3,11 45:24
53:20 54:14
55:2,25 56:16,
20 57:8,11,18
58:7 68:21
71:23 73:6,25
76:21 77:5
81:12 123:14,
17,18,24 126:5
159:10 169:8
170:5,8,21
171:1 172:23
183:15 186:9
202:8

**ordering** 24:2
32:3 69:8

71:11,17 73:9,
24 75:8,24
88:16 104:14
105:20 108:24
124:22 159:13
170:16 171:15,
17,18 179:2
181:15,22
182:1,3 184:20
199:23 201:19,
21, 205:25
206:6,7 207:3
210:2 241:22,
23

**ordering/attending**
243:1

**orders** 28:24
30:7 46:8,9,10
57:4 58:1,6
63:8,11,18
171:11 181:7,8
190:4 233:23

**organization**
285:6

**organized**
128:23

**original** 39:22
259:15

**orthopedics**
70:22 80:5

**orthopod**
64:22,23
162:13

**OT** 81:20

**other** 7:4,11
13:25 14:3,23
15:9 17:1,4,7
18:8 23:3 24:6,
10 28:13 29:7
32:16,25 33:1
34:8,14 35:25

41:1 61:3,14
62:23 63:15,22
65:16,22 66:4,
19 68:20 69:2
72:7 74:6,17
76:25 77:17
78:23 79:5,9
81:4 82:8,16
84:4 88:25
91:23 96:18
97:15 108:21
110:14 112:9
116:8 117:3
118:15 122:3,
15 124:12,
125:19 126:10
127:23 134:25
150:7 153:8,16
162:6,15,20
170:22 174:17
175:18 176:19
181:3 182:13
183:4 193:3
195:14,18,22,
25 196:1,2,3,6,
13 197:21,24
206:5 210:12,
24 211:13
216:7 227:8
231:10 232:4,
20 236:2,4,9
245:4 248:23,
24 249:18
250:7,8,18,19
263:25 264:20,
21 273:17
285:11 288:14
291:18 298:23
306:14

**others** 98:23
119:9 129:12
300:23

**our** 8:23 11:5
13:18 14:19

15:8 25:2 27:4
33:20 40:15
42:6 52:8
65:10 69:5
81:20 86:6,15
89:20 91:16
93:1 97:17
102:9,11 103:7
106:21 107:19
118:3 119:9
120:25 122:23
128:18 131:5
133:13,14
142:11 144:17
145:3 146:19
147:3 149:11
153:17 154:23
162:12 163:21
176:18,19
182:21 187:19
210:2 218:20,
21,23,25
219:11,22,23
220:2,4,17
231:2,5,13,14
233:19 234:21
256:3 262:23
266:5,10
293:22 300:24
311:4

**ourselves**
299:19

**out** 30:14 31:4,
5 38:7 39:23
45:8 55:21
65:19 69:16
80:10 81:8
86:2,4,18 90:2,
7 93:1,8 94:7
95:21 96:7,9
97:8,17 106:2,
5 120:23
121:17 127:19
128:7 130:19,



Case 6:09-cv-01002-GAP-TBS   Document 284   Filed 05/29/13   Page 122 of 201 PageID 15874

UNITED STATES vs. HALIFAX HOSPITAL, et al.
ARVIN LEWIS on 03/05/2013

30(B)(6) VIDEOTAPED DEPOSITION OF
Index: outcome..paid

20,21,22
138:13,23,24
139:2 140:18
142:10 143:24
144:2,22
145:17 154:24
156:23 176:13,
14 177:12,18
187:23 188:19
198:8 199:14,
17 204:23
208:6 236:1
241:16 246:15,
22,23 247:5,15
252:5,6,11,24
254:20 256:12
261:7,20
278:22 280:7
288:22 289:12
293:23 303:11,
12 306:15
309:12

**outcome** 44:8
147:1

**outlined** 103:19

**outpatient**
24:21 41:4
42:7,9 43:7
46:20 74:24,25
75:6,13,22,25
76:24 77:3
78:9,10,11,13,
14,16,18,21,23
79:6,8 80:14
81:18 87:9,22
104:15 105:19
107:12 108:10
109:18 110:1,
2,8,11,18
114:8,22
122:24 123:13
128:19,25
167:2,23

169:4,6,9,15
171:17 172:5,
23 174:13
179:22,23
180:1,2,3,9,14,
17,18,19,20,
22,23,25
181:2,3,16,17
182:2,3
183:18,25
184:8,10,23
185:1,23
186:1,3,6,7,10,
15,20 187:8,
13,17 189:22,
24,25 190:5,6,
8,9,10,17,19,
20,21,24
191:5,7,9,10,
12,13,17,25
192:5,15,18,
19,20,22,23
193:2,4,5,14
198:19 199:22
200:23 201:7,
15 209:22
211:4 212:23
213:5,22
214:7,13,16
216:13 220:22
222:10,20,21
223:3, 232:24
233:4,5,19
245:25 266:6
268:17

**outpatient's**
180:18

**outpatients**
52:20 61:9
80:15 122:16
191:23

**outright** 120:1

**outside** 146:3
147:14 149:7
155:5,12
208:20,25
224:14,19
225:3,8 235:15
236:5 254:14
258:20,25
273:14 278:10
292:4,13 302:3

**outstanding**
187:20

**over** 6:12 7:4
11:10 21:16
23:7 33:22
56:7,10,12
70:17 87:9
92:17 119:3,21
129:6 136:25
138:17,18
140:2 156:17
181:10 218:20
220:21 221:22
222:11 223:2,
25 233:7,23
247:15,23
249:3,19
253:21 265:24
270:10 272:9,
14 279:12
283:15 284:13
285:1 299:3
306:15

**overall** 22:23
32:2 46:16
49:17 55:12
56:15 72:21
73:4 80:21
98:13,14,16
112:19,20
127:17 133:9
176:25 177:3
179:7 207:12

242:1,2 243:3
249:1 251:24

**overbilled**
301:5

**overbilling**
255:16,19,23
256:1,7

**overbillings**
22:1

**overcoding**
292:9

**overpayment**
145:1 153:11,
19,24, 256:25
257:1,5
260:11,15,22
261:24 300:3
301:7

**overpayments**
22:7 256:13,
17,20,21,24
258:9,17
260:20 261:1,
10,12,19
262:3,10

**oversee** 128:17

**oversees**
139:10

**owe** 118:12

**owed** 138:3

**owes** 175:2

**own** 26:1,15
64:24 66:13
98:12 125:23
143:7 144:9
230:5,25 280:1

**owned** 33:17
36:20,21

**owns** 35:18
119:25

———————

**P**

———————

**p.m.** 100:10,
102:13,16,18
158:20,23,25
177:22,23,25
218:1,4,6
230:19,20,22
290:25 291:3,5
311:8,14

**PA** 25:23 26:24
27:4,11 28:3

**packet** 56:2

**packets** 128:7

**page** 9:6 10:15
21:5 22:15
53:12 83:14,24
88:8 100:2,3,
102:22,24
103:4,19,24
105:1,24
109:25 111:23
112:2,3,13
113:12,15
149:24,25
150:1 155:25
164:5,6,7,8,19,
25 165:1,2,6,
11,17,21
168:24 170:11
198:21,22
205:18,20,21
209:13 236:16
248:8,9 253:25
254:2,7

**pages** 100:20
145:24

**paid** 39:13,24
40:13,16 52:2



**DISCOVERY**
**LITIGATION SERVICES**
Court Reporting • Videography • Trial Presentations
Nationwide Coverage

37 North Orange Avenue
Suite 500
Orlando, Florida 32801
321.710.2150
www.DiscoveryLit.com

UNITED STATES vs. HALIFAX HOSPITAL, et al.
ARVIN LEWIS on 03/05/2013

30(B)(6) VIDEOTAPED DEPOSITION OF
Index: pain..pattern

98:8 129:25
130:12,23
132:17 135:2,6
136:19 141:15,
20 157:2
158:4, 177:11
192:22 193:2,
4,5 256:19
258:7,17
259:7,19
261:18 262:2
266:23

**pain** 42:7

**painted** 258:1

**paper** 53:10
54:8 58:5,6
64:3 70:19
93:8 95:2
139:19

**paragraph**
84:2,3 104:5
105:7 110:11
165:22 168:24
170:15 205:24
236:17 245:16

**paragraphs**
290:9

**parlance** 207:8

**part** 27:4 34:7
46:8 53:22
87:6 93:14
104:3,5 105:7
120:9,18
131:1,2 140:13
154:6 164:13
170:19 173:18
185:4,5,17
197:15 199:7
206:3 231:18,
21 248:10,16
251:11 260:2
273:7 294:6

296:12 301:16,
17 306:16

**participation**
251:12 252:6
265:7 306:18

**particular** 15:2
29:24 31:1,10
32:6 42:24
44:19 55:7,8
58:7 71:21
72:9 74:16
75:24 81:3,15
82:14 85:16
89:17 117:2
128:21 129:19,
20,23 133:20
134:13 137:9
146:15 152:9
156:8 174:23
194:16 232:23
236:13 270:2
273:22 279:12
283:1 299:9,18

**particularly**
61:15 93:6
134:16 151:18
263:8

**parties** 292:5

**parts** 250:24
295:10 298:1
301:16

**party** 35:19
92:5 117:13
153:21 287:25

**pass** 33:24
34:1 60:21,22,
23

**passed** 35:11
61:1

**passes** 30:14

**past** 83:2 96:19
97:1 226:24

**pat-** 45:10

**patient** 14:14,
15 15:5,17
22:25 23:20,23
24:2,3,13,17,
19,20,21,23,24
25:19,24 26:5,
6,7,15 27:13,
14,24 28:12,13
29:16, 32:23
40:18 42:4,8,
14,18,21,22
43:5,10,11,12
44:2,16,23,25
45:2,3,10,21
46:6,7,10,17,
18 47:9,20
49:18,19,22,25
50:4 51:1,6,9,
10,25 52:5,13
53:19,21
54:16,17,18,21
55:7,9 56:4,5
57:21 58:19
62:20,21,23
63:1,4,6,8,14,
17,19 64:4,8,
13,14,15,
66:23 68:21
70:15 71:2
73:22 74:14
75:7,10,20
76:9,10 77:25
79:2,20 80:19
82:9 88:15,16
89:4 93:13
104:16 105:17,
18 107:21
108:20,21,23
109:13 111:6
112:21, 113:25
116:5,15,16

120:3 122:1
125:2, 132:8
139:9 155:4
159:22,24,25
160:3,4,21,22,
24,25 161:4,7,
10,16,21,22,
23,24 162:1,7,
18,20 167:12,
13,16,22 168:2
169:20 171:19
172:21,22
179:8,22
180:3,10
181:6,10,16
182:1,8,17
183:1,2,3,7,10,
12 184:7,10,
185:6,14
186:11,14
187:1,12,15,16
189:23 191:8,
9,13 192:14,16
193:13,15
200:2 209:23
211:11 215:18,
21 220:20,22,
24 221:8
222:9,11,12
223:2,4,22,23,
25 230:1,2,9
231:24,25
232:5,12,18,
23,25 233:8,9,
16,22,23,24
265:21,22
266:4 267:9,
10,15,17
268:1,14,23,25
269:21 270:1,
20 271:23
309:6

**patient's** 27:5
28:24 29:2,5

30:9 42:17,19
43:4 45:6 47:5,
13 49:17 53:3
54:4,15 55:18,
19,20 56:3,8,
15 59:13 63:9,
19 69:18 72:5,
21 73:4 107:22
109:3 122:9
179:6,7 182:24
207:13 271:22

**patient-** 185:18

**patients** 27:1
41:2,23,24
44:15 48:20,22
55:10 62:14
64:24 70:5
75:19 79:12,16
80:15, 81:24
91:3,7 119:11
122:12,14
126:11 130:18,
23 146:18
159:15,20
162:13,20,21
165:7,10 166:2
167:10,19
168:10,11
187:22 191:6,
15 213:6
215:15,17,22
218:15,17,20
219:3,11,12,
14,15 220:3,4
224:12 225:2,
19 226:5,15
227:5,12 228:5
229:15,22
230:5,25
231:3,4,5,8,12,
15,17 233:12

**pattern** 59:25



37 North Orange Avenue
Suite 500
Orlando, Florida 32801
321.710.2150
www.DiscoveryLit.com

Case 6:09-cv-01002-GAP-TBS   Document 284   Filed 05/29/13   Page 124 of 201 PageID 15876

UNITED STATES vs. HALIFAX HOSPITAL, et al.          30(B)(6) VIDEOTAPED DEPOSITION OF
ARVIN LEWIS on 03/05/2013                           Index: pay..physician

**pay** 40:9,11,13 122:19,21 129:18 132:5 133:14 134:1,5 135:1,21 152:7 157:18 177:16 193:25

**payer** 24:9 28:2 39:3,4,15,20 68:6 98:20 118:4 122:11 132:4 133:20 141:13 156:19, 21 157:12 173:21,25 174:16 175:14 176:2,3, 257:6

**payers** 23:12, 13 24:6 35:25 39:10 66:13, 74:16,19 81:3 111:4 116:8 117:20 122:19 130:7,11 134:25 135:24 150:7 173:19

**paying** 129:8 134:23 135:12, 14 141:13 200:21 224:9, 22,23 225:25 226:2

**payment** 22:17, 20 36:4 39:7 82:20 90:14, 92:19 93:24 95:19 96:17 97:11,20 98:8 116:2,12 117:25 118:18 130:2,5 131:3, 6 132:9,12 133:2 139:5,23

140:4 141:21 157:19 158:5, 12 170:18 192:6,23 193:4,6,10 194:9 198:19 199:1,5,7 200:10,23 201:7 206:2 211:8 261:24

**payments** 38:6 115:10 132:8, 14,18,19 134:17 137:22 158:13 163:25 164:3,11,15, 17,18,20 165:12,17 173:4,15 174:7 175:1

**pending** 7:19 310:5

**penny** 262:6

**people** 79:23 90:1,5 91:10 94:11 122:3 123:17 129:15 137:21 165:14 168:19 195:18, 22 197:1 250:13 252:17 256:25 265:1,2 275:12 276:24 279:6,13 295:9 298:21, 299:25 301:23

**per** 97:16 166:23 168:14

**percent** 28:23 92:25 93:4 95:20 130:9 134:12,14,19,

20,23 135:11, 12,14,21,22 140:1 150:8 166:23 167:6 168:8 218:21 219:15,22 220:2 258:1 266:20,24 290:3 291:14, 19

**percentage** 130:10 135:3 136:24 254:2

**percentages** 167:1

**perception** 266:3

**perform** 25:18 33:6 34:25 73:21,22 156:12 160:15 162:3 180:9 182:8 190:19, 20 229:18 285:8 286:11

**performance** 132:23 133:5,8

**performed** 25:22 29:11 34:17 48:19 51:16 53:20 63:21 90:16 112:25 118:21 122:22 137:11 138:9 140:10 144:14 147:18, 20 150:9,13,24 154:10,12,18 155:3 156:2 170:21,23 179:15 180:25 181:5 185:13,

14 193:23 210:4,8 211:3 216:2 267:7 285:9,15,25 286:22 287:23 290:1

**performing** 58:13 64:21 78:20 112:6 124:9 170:1 191:5 205:13 221:8 233:3 306:7 307:3

**performs** 189:21 190:5

**perhaps** 309:11

**period** 143:16, 22 150:25 152:20 166:21 183:19 186:12 189:24 249:3 260:4

**perks** 224:11, 25 226:3

**permission** 232:12

**person** 30:3,6 31:13 45:14,23 50:3 125:9 169:19 242:22 287:1

**personal** 155:14

**personally** 98:24 131:17 134:8 137:10 138:8 140:10 144:14 147:18, 20 154:18 170:23

**perspective** 246:6 254:22

**Pharmaceutical** 184:4

**pharmacist** 57:17 76:15

**pharmacy** 29:7 54:13 55:2 57:14,15,17

**phone** 17:17,20 70:18 293:24

**phrase** 258:18 283:5

**phrasing** 245:12

**physical** 166:1

**physically** 57:1 250:25

**physician** 14:18 15:20 16:10,20 23:2 24:1,4,14 25:3, 8,9,12,23 26:4, 24 28:3 29:12, 23,24 30:1,2, 15,24 31:5,9, 13,14,15,19,20 32:3,5,7,11,16, 18,19 33:1,22 35:7 36:8 42:3, 4,12,13,18,24, 25 43:1,22,24, 25 44:6,13,22 45:3,5,10,12, 15,22 46:5,6, 11,16 47:4,5, 11,14,15,17 49:12,14,16, 22,24 50:4,5, 10,11 51:3,4,8, 15,18 54:19



**DISCOVERY**
**LITIGATION SERVICES**
Court Reporting • Videography • Trial Presentations

Nationwide Coverage

Case 6:09-cv-01002-GAP-TBS   Document 284   Filed 05/29/13   Page 125 of 201 PageID 15877

UNITED STATES vs. HALIFAX HOSPITAL, et al.
ARVIN LEWIS on 03/05/2013

30(B)(6) VIDEOTAPED DEPOSITION OF
Index: physician's..place

56:16,22
57:20,25 58:1
59:3,9,13
62:24 63:2,5,7
64:15,18,20
65:1,6,7,15,18,
22 66:3,4,22
67:15,17,20,23
68:2,3,9,17
69:3,4,10,17,
19 70:3,4,9,12,
15,17,21,25
71:1,3,5,11,12,
17,19,20 72:2,
6,8,9,20 73:13
74:6,13,15,17
75:9,10,12,15,
18,21,22 76:1,
4,5,11,13,22
78:15,17,18,
19,23,25 79:3,
22,24 81:12
83:10 88:9,10,
13,17,18,20
89:2,7,8,9,10,
14 98:15,18,
20,25 103:5,18
104:14,16,19,
22,25 105:5,9,
13,14,16
106:8,16,17,
19,20 107:13,
15,21,22,24
108:4,6,7,12,
14,16,19,24
109:1,2,5,9,19,
22,24 110:2,3,
7,8,13, 111:18,
25 112:1,5,7,9,
11,24 113:25
114:3,4,5,6,9,
24,25 117:11
119:16 120:1,
3,25 122:21,24
123:13,20,21,

22,24,25
125:1,5,7,20,
22 126:1,5,8,
22,25 127:1
128:24 129:23
131:18,21
132:11 135:7,
18 136:3
138:15 139:7,
10,12 140:13
141:15 143:21
144:6,18
150:3,10
153:1,6
154:12,14,17,
19 156:13,15,
24 157:1,16
158:3 159:12,
13 160:18,19,
22 161:2,12,
15,17,21
162:6,11,17,19
163:2,3 164:1
165:23,24
166:6,11,13,
15,22 167:3,4
168:1,6,11,12
169:1,5,10,11,
14,22,23,24
170:7,8,16,20,
22,24 171:1,
10,13,14,15,
16,21,23,25
172:12,13,19,
21 173:24,25
174:11 175:5
178:24,25
179:1,2,4,5,10,
11,15,16,18
180:9 181:4,10
183:15 185:8,
14,18,20,24
186:10,13
190:4 197:5
199:1,9,11,12,

21,23,25
200:2,4,22
201:15,18,19,
21,25 202:1,8,
12,22 204:4,
20,22 205:3,7,
10,11,12,13,25
206:23,24
207:4,7,11,12,
15,18,22,23
208:2,3,5,14,
15,17 209:9,
10,19,24,25
210:3,5,10,14
211:3, 212:7,8
213:6,13,18,21
214:1,7,12
215:1,2,9,10
216:1,2,14
220:6,11,17
221:7,10
222:21,22
223:9,12,13,
14,17 232:9
234:6,11,15
235:2,7,9,13
236:19 237:4,
9,12,16 238:7
239:5,6
240:20,21,22
241:4,9,14,21,
22,23,24,25
242:2,3,6,13,
15,19,22
243:1,2,3,4,8,
9,14,23
244:10,22
245:15,20
246:8,25
247:5,11,17
262:16 264:7,
15 267:10,18
269:7,24
270:20 271:15,
20 272:10,11,

13 276:14,16,
22 277:4
278:6,20,21
279:1,6,21
280:2 282:20
288:23 295:25
297:6,16
307:11,13

**physician's**
30:17,23 41:25
47:22 57:7
59:4 63:7,18
64:25 66:21
71:6 73:2
76:16 104:17
110:23 120:13
121:10,23
123:19 124:11,
12 129:4 140:7
144:17 156:23
180:11 269:21
270:17 272:8
288:21

**physician-side**
33:7

**physicians**
15:22,23 28:24
44:19 46:25
47:2 49:11
51:6 56:23
57:4,24 58:5
59:11 65:16
68:20 69:4
72:11 73:5
79:19 114:21
117:19 121:1
123:7 126:10
128:8 182:7,9
187:21,25
202:19 205:1,2
206:6 211:11,
13 213:23
214:4 216:7

218:23 220:3
225:19 231:6,
10,12 234:16
264:20 267:8
276:20 277:5
278:7,20
279:2,17,25
280:1 282:24,
25 285:2,9
287:5 288:12,
23 293:19

**pick** 107:23
144:2 289:21

**picked** 250:25

**pickup** 93:17

**picture** 80:11
126:2 127:25
258:2

**piece** 110:19
122:16

**pieces** 295:10

**pills** 55:25 56:1

**pilot** 257:25
266:16

**PIN** 56:25 57:3

**pizzas** 182:5
184:4

**place** 32:25
37:10,17,19,
20,21,23 38:2,
12,15,23 43:10
44:22 45:1
47:16 63:10
64:2 87:4,10
105:18 124:12
145:15 249:2,3
251:23,25
252:7,9,21
257:7 263:19,
22 264:4,6



DISCOVERY
LITIGATION SERVICES
Court Reporting • Videography • Trial Presentations
Nationwide Coverage

Case 6:09-cv-01002-GAP-TBS   Document 284   Filed 05/29/13   Page 126 of 201 PageID 15878

UNITED STATES vs. HALIFAX HOSPITAL, et al.          30(B)(6) VIDEOTAPED DEPOSITION OF
ARVIN LEWIS on 03/05/2013                           Index: placed..primary

265:12,16
268:10,21
269:3,10,19
270:3,5,15,24
271:13,14,18
281:10 286:20
288:1 292:15
296:14 299:22
300:16,19,20
302:9,24
303:7,9,13,21
304:5,11,24
306:10,19

**placed** 42:5,11
82:1 186:19

**places** 84:4
94:3 110:8
124:12

**placing** 64:15

**plain** 184:17
223:1

**plan** 71:8
135:18 174:1
232:12 249:2
282:20 283:5
294:18

**planned** 179:23
187:13

**plans** 134:4

**please** 5:13
6:16 10:15
12:25 13:17
149:24 221:5
224:17 227:1
228:17 236:24
237:7,19
238:16 239:1
241:20 244:19
253:10 280:9
293:8

**plus** 136:19

**pod** 25:4 29:24
31:10 32:6

**pods** 25:2,3

**point** 10:10
27:13 28:1
33:18 34:2
35:14,17 40:6
51:24 57:12
65:15 119:25
137:12 139:17
140:24 143:20
144:4,6 147:4
151:24 152:6,
17 225:20
240:9 264:22
267:6 271:25
272:5 274:11
277:3 282:23

**pointed** 204:23

**pointing**
153:22,23,24,
25 205:4

**points** 27:16

**policies** 144:19
248:5,18
251:25 256:4
263:21 274:16
299:24 301:20

**policy** 251:23
252:1 301:16

**pondering**
212:21

**pontificate**
188:5,6,21

**poor** 308:4

**populate** 77:11
178:18 234:22

populated
108:8 114:19
179:8

**populates**
123:19 171:23
172:17

**population** 16:5

**portion** 130:8
193:2

**pose** 212:1

**position** 154:6,
7 240:5 272:10
273:3 274:4,23

**possibility** 69:1
250:18 300:3
301:5

**possible**
153:23 257:3
299:15

**possibly**
145:16

**post** 131:6

**posted** 130:24

**posting** 130:19

**potentially**
45:24 66:3

**practice** 90:17
92:21 118:22
119:17 128:24
129:5 135:9
150:6 231:3,
18,19,24

**practice's**
131:18

**practices** 129:6
175:8

**practitioner**
27:5 152:22

153:4

**pre-op** 181:8
183:20

**precursor**
172:16

**predefined**
181:4

**prefer** 13:4
81:5 214:20

**preferable**
19:13,17

**preferred**
305:19

**prep** 217:10

**preparation**
10:13,21 11:4,
19 12:4,22
13:12 14:2,11
15:12 17:8,25
18:4 194:12,18
196:7,14
216:20,25
248:4, 249:12,
16,17,21
250:20 251:5
272:18,25
302:7

**prepare** 91:14
178:6 248:23
249:14,23
305:11 306:8
307:5

**prepared** 11:11
18:22 248:13

**preparing**
10:25 14:6
178:13

**prepayment**
40:7

**present** 22:17
38:6 90:16
115:12 118:20
135:17 165:15
248:7 251:21
255:18 267:10
268:12 269:11
270:15 273:3
301:2

**presentation**
42:20

**presenting** 75:7
91:17

**presents** 24:24

**presumably**
46:1 195:17

**presupposing**
186:5

**pretty** 38:11
137:10 138:16
164:9 176:11
233:24 247:14
251:16 258:2
303:18

**prevent** 274:4

**previous** 251:1

**previously** 75:4

**price** 134:21

**priced** 134:13

**prices** 134:15

**primarily** 69:17
72:4 73:3

**primary** 42:17
43:25 44:14,19
47:4 49:12
71:4 123:14
124:4 125:5,7
184:12 231:15



Case 6:09-cv-01002-GAP-TBS   Document 284   Filed 05/29/13   Page 127 of 201 PageID 15879

UNITED STATES vs. HALIFAX HOSPITAL, et al.                    30(B)(6) VIDEOTAPED DEPOSITION OF
ARVIN LEWIS on 03/05/2013                                              Index: print..prompt

232:3,6,9,11, 16,19 242:25

**print** 93:5,6,18 95:2 128:16

**printed** 83:13 128:15

**prior** 12:24 13:19 37:22 184:24 269:2,5 270:20 271:22, 23 302:20

**private-pay** 219:12

**PRO** 270:7 272:1,16 282:23

**probably** 11:14 16:17 38:22 87:17 89:11 112:12 168:1, 18 184:17 208:19 248:25 260:2,3 262:4 263:14 271:24 284:5 309:16

**problem** 92:18 296:1 298:16

**problems** 154:19

**proc-** 271:2

**procedure** 13:22 32:20,23 34:11 46:18, 24,25 47:12, 16,18 51:16,17 59:5 63:1,7 64:1 65:6, 72:23 73:21,22 74:2 78:22,23 79:4 111:24

112:6,25 121:7,8,9 125:2,14 126:3 170:21 171:11 179:15,23 180:10 183:12 184:13,24 185:19,25 186:1,2, 187:7 189:22,25 192:20 207:5 209:24 210:4, 5,22,25 213:11 216:2 220:23 221:8 222:10, 11,21 223:3, 24,25 232:24 233:4,8 234:2 257:8 301:17 311:2

**procedure's** 45:24

**procedure-based** 205:12 279:14

**procedures** 30:12,19 31:1 50:25 51:7,12 52:5 54:11,20, 22 59:16 68:21 120:14 126:9, 10 179:14 180:18,20,23 185:4 193:22 206:7 210:13, 17 213:10 249:4,5 299:24 301:20 302:1

**process** 23:19 24:11 25:21 27:18 39:9,23 41:3,8,15,18, 19 43:12,17 44:3 50:12

52:1,4 53:15, 22 54:7, 56:9 61:5,16,19 62:1,6,20 63:3 65:24 66:20 71:15 72:14 74:21,22 76:24,25 77:22 78:4,7 79:1,20, 21,22,25 80:18 81:6 82:3 88:6, 14 92:23 94:10,15 95:6 116:3,9,11,12, 21,22 117:5,12 118:11,16 119:13,19,20, 21 124:25 126:21 127:9 130:15,20 131:1 135:18 138:5 141:8 147:3,9 153:18 154:23 156:18 157:23 181:2 193:21 194:10 209:22 212:11, 16,17 215:7 245:19 248:13 251:10,23 252:14,21 259:17 262:13, 20,23,24 263:18 264:3, 4,5,10,24 265:8,10,12,16 266:8,12 267:11,23 268:10,12,22 269:3,10,18 270:2,14,21, 22,24 271:11, 12,14,18 281:2 283:16 286:20, 21,25 287:13,

18,20,25 288:19 289:2, 290:12 293:9 294:17 295:24 296:2,4 297:7 298:4,6 299:14,18,21 300:2,15,16 301:12,14,16 302:23 303:7, 20 304:5,24 305:11 306:18 307:4

**processed** 92:5 140:4 152:15

**processes** 22:15 39:4 43:15,20 80:1 115:9 117:16 119:13 121:2 144:18 145:15 147:22 148:15 173:2,12 249:3 251:18 255:2 256:3 257:7 263:5,6 270:9, 10 272:15 274:16 281:11 299:22 300:19 305:15 306:9

**processing** 41:3

**produce** 96:21, 23 173:22 175:10 176:18 177:15 310:20

**produced** 6:5 12:24 13:9 96:22 217:3,6, 19,21,24 309:23,25

**product** 15:8

23:9 33:15,20 37:9,10 52:11, 12,18 58:22 59:15 62:17 85:24 86:7 92:11,24 96:9

**production** 10:20 163:4 310:5,18

**productivity** 129:22 138:21

**professional** 119:15 122:20 123:12 125:18 126:16 127:4 140:20 142:4 150:5,12 156:13

**profile** 183:13, 14

**program** 23:15 53:17 62:15 66:6 83:3 89:24 91:2,4,5, 11 97:21 115:18,25 116:2,13,23 117:22 118:25 130:3 150:7 159:14,15,19, 20 162:12 167:8 215:14, 17,18 257:11 265:7 268:5

**programs** 94:12 97:18

**project** 266:16

**projections** 177:3

**prompt** 58:25



**DISCOVERY**
**LITIGATION SERVICES**
Court Reporting • Videography • Trial Presentations

Nationwide Coverage

37 North Orange Avenue
Suite 500
Orlando, Florida 32801
321.710.2150
www.DiscoveryLit.com

UNITED STATES vs. HALIFAX HOSPITAL, et al.
ARVIN LEWIS on 03/05/2013

30(B)(6) VIDEOTAPED DEPOSITION OF
Index: promptly..questions

**promptly**
274:24 275:6

**pronounce**
275:24

**proper** 149:9
306:17

**properly** 277:5
278:7

**prospective**
191:21 192:6,
23 193:4,6,10
194:9

**protective**
308:21

**protocol**
182:21

**provide** 12:25
13:16,17 29:7
40:4,9 59:1
82:11 86:2,10
90:9 97:12,22
99:24 117:2
140:22 141:18
152:6 153:4
178:6,20 195:3
202:21,23
204:3,5 231:4
250:12 299:24,
25 310:9

**provided** 10:5
30:24 39:6
40:1 53:13
55:20 56:14
65:5 85:12
92:15 93:11,14
94:6,23 95:13
97:6,14,24
98:6,12
101:22,24
102:2 107:25
108:3 109:4

119:5 121:16
123:22 124:2
142:4,5 153:1
156:15 163:5
170:15,24
180:21 205:24
242:1 247:16
250:2 273:10

**provider** 27:3
32:2 40:3
44:14 83:11
112:20,23
113:8,12,24
114:9 132:13
142:2,6,7
183:8 215:12

**providers** 35:21
97:3 110:12
132:19 143:16
182:14 219:10

**provides** 34:9
179:6

**providing** 28:4
30:3 32:1,2
50:14 51:7,12
110:23 123:4
133:11 144:10,
13 162:19,21
179:1 199:23,
24 213:7
215:20 224:10

**psychiatry**
121:1

**published**
275:22

**pull** 89:15
94:21,22 95:21
103:2 127:19
128:6 137:23
138:13 243:18
262:19 278:22
298:20

**pulled** 11:5
83:19 138:24
164:10

**pulling** 139:2
176:13

**purpose** 109:6,
20 251:8

**purposes** 44:5
88:3 234:19
241:21 242:7,
13 244:10,22
280:12 282:17

**pursue** 280:5

**pushing** 139:19

**put** 28:18
55:24 59:21
66:3,10,17
85:4 104:17
110:2 115:7
116:18 131:4
185:15 238:8
239:7 247:23
252:9 264:25

——————

**Q**

——————

**q** 236:16

**q 1** 200:6
201:11,14
202:15 203:4,
23 204:12

**Quadramed**
58:23

**qualified** 26:4

**quality** 138:19,
21 252:23
266:1 270:7
274:17 275:11

**quarter** 157:14,
19,20 158:14,

15

**quarterly**
137:14,15
142:14 157:9,
24 267:7
305:3,5

**query** 59:2

**Quest** 185:2

**question** 6:21
7:1,2,8,9,13,
14,15,19,
11:21,24 12:16
22:18 26:11
36:9 40:23
54:24 87:15
100:5 107:24
116:14,22
133:21 142:18
146:6,7,12,16
148:24 149:6,
12 150:17
153:25 154:4
157:2 173:17
174:23 177:11
181:20 189:8,
11,12,18
190:3,6,14,22
191:2 192:3
197:7 200:12,
16,20,25
201:2,4,11
203:14,18
204:8,10,16,24
212:2,15
214:21,22
221:5,19
222:2, 225:7,
13,18,21,24
226:8 227:1,2,
22 228:2,8,9,
16 229:4,6,9,
10,12 235:25
236:9,11,18,24

237:3,6,8,18,
25 238:15,25
239:2 240:8,9
242:10,24
243:5 244:13,
16,18,20,25
245:3,9,12,13,
18 246:12
247:1 250:15
253:8 254:10
258:6 259:3,4
260:17,23
262:1 270:13
271:10 277:19,
25 278:13,15,
17 279:19
280:5,15
281:22 284:18
285:23,24
286:14 289:16
293:1,4 295:15
297:11,14
300:9 301:12
303:5,18
304:14,15

**question's**
247:14

**questioning**
149:19 294:2

**questions** 6:16
7:6,24 14:7,10,
25 15:22 16:1
41:21 59:11
97:10,19
103:16 143:10
155:20 171:6
188:18 189:6
197:4,16
201:10 206:12
214:23 216:16
217:4,5 221:21
229:8 238:19
239:14 240:4



241:12 248:24
250:10,12,13
263:25 264:1

**queue** 35:14

**quick** 14:22
135:13 196:24

**quickly** 112:16
176:12 251:16
255:18 256:12

**quite** 26:11
117:5 213:14
262:21 284:10

**quoting** 209:14

---

**R**

---

**RAC** 257:11,
17,25 259:17
261:7 264:23
266:8,12

**RACS** 261:10,
11

**radiation** 81:22

**radiologist**
210:20

**Rahn** 14:13
15:4,9,12 17:5
38:18 139:8

**Rahn's** 310:9

**raise** 5:12

**ran** 158:9

**range** 139:15
141:18 153:13
283:2

**rate** 186:16
290:3 291:14,
20,23,24 293:3
297:5,16,17

**rates** 133:24
134:9

**rather** 73:7,13
74:24 82:5
242:12

**re-** 300:24

**react** 298:20

**read** 103:23
120:12 122:25
123:5,6,23,25
124:4 125:21,
22 126:1 170:6
185:21 203:17,
20 204:10
209:2 225:21,
24 227:1,2,25
228:2,16
229:4,11,12
237:6,8 238:25
239:2 244:10,
18,20,23
246:14 286:3
290:9,16,19,21

**readily** 145:23
177:13

**reading** 122:21
290:22 311:12

**readmissions**
177:10

**real** 14:22
79:10 167:6
223:1,21 252:8

**realize** 149:17

**really** 11:22
42:8 64:10
69:3 72:19
73:10 74:3
75:17 89:14
92:3 95:15
123:18 126:2

129:13 142:17
144:4 149:25
164:1,14
169:11 170:7
186:22,24
187:1 190:14
211:4 225:6
227:16 248:11
250:5 255:4
275:10 277:19,
24,25 280:4
301:21 304:18

**realm** 110:1

**reams** 91:22

**reason** 39:19
76:11 95:22
96:10 101:6,9,
21 102:4,8
187:15 199:8
204:19 205:5
209:18 274:3,
23 293:8

**reasons** 226:9

**rebill** 259:23
263:6

**rebilled** 260:22,
25

**rebilling** 263:15

**recalculate**
156:13

**recalculated**
157:3

**recall** 8:5,19
15:10 16:4,14,
25 17:3,9 18:6
19:12 31:25
37:8 46:13
48:1 80:25
87:15 118:6
146:21,22,23

147:2 149:3
151:20,23
152:16 154:3,
13,22 156:5,6
180:4 194:19
196:1,2,5,6,13
197:14 239:10
250:3,4,7,9,22
255:20 272:24
276:12 278:4,8
280:17 282:11
285:12 286:15
289:7 292:2,22
293:15

**recalled** 250:24

**receivable**
174:21,22

**receive** 44:21
77:10 174:5
232:4 276:11
293:13 298:18

**receive-** 276:13

**received** 91:21
173:4 216:21
276:7

**receiving**
191:10

**recent** 260:3,5

**recept-** 27:20

**reception** 27:21
82:12

**recertifying**
170:17 206:1

**recognize**
20:20 21:4
48:7,15
145:21,23,25
163:13 230:5,
24

**recollection**
84:24 98:9
197:23 284:19

**recommendation**
71:18 291:23
293:3 297:24

**recommendations**
232:16 294:12
297:22 299:5,6

**Recommended**
279:8

**record** 5:8 7:21
27:17 40:9
50:19 53:10,11
54:7 55:12
59:9,12,13
67:7,12 70:19
71:1 77:5
80:21 93:25
96:16 100:8,
10,13 102:11,
15,20 121:9
122:2,6 127:13
148:18,21,22
154:20 158:18,
22 159:2
165:24 166:1,
2,11,12
177:20,22,25
185:18 216:17,
23 218:3,8
225:15 228:13
230:19, 239:22
240:8 249:22
267:20 290:22,
23 291:2,7
294:6 298:1,2
308:16 309:7,
8,21 310:15,22
311:6,10

**recorded** 54:19
177:4



**DISCOVERY**
LITIGATION SERVICES
Court Reporting • Videography • Trial Presentations
Nationwide Coverage

UNITED STATES vs. HALIFAX HOSPITAL, et al.
ARVIN LEWIS on 03/05/2013

30(B)(6) VIDEOTAPED DEPOSITION OF
Index: records..relied

**records** 40:1
44:4 96:3
120:2 264:22
265:3 266:14
288:21

**recovery**
186:12 189:24

**recurring**
80:15,24
81:18,19,23,25
191:11

**red** 292:14
293:3,6

**reduced** 134:17
294:12

**reduction**
157:14

**Reed** 5:25 8:24
9:10 17:12
18:16,25 20:22
100:7 148:17
189:5 239:24

**refer** 11:2
48:10 51:3
55:15 75:9
80:14 104:18
106:7 128:14
159:15,20,21
171:7 220:12
225:2 226:5
250:2 253:24

**reference** 11:2
105:8 165:25
168:14

**referenced**
10:20 12:4,21
18:9 141:4

**referral** 170:13,
14 171:2 199:9
204:20 205:6,

22,23 206:9,13
209:18 231:10
237:12

**referrals** 159:6,
17 162:25

**referred** 10:20
29:25 32:21
42:7 48:17
50:23 64:7
67:15 68:20
105:12,13,24
108:17 123:21
146:12,19
191:14 194:22
216:24 217:10,
15 220:23
222:12 223:3
224:1 232:13
237:25 245:16
283:4

**referring** 9:19
10:8,24 11:18
32:7 67:15
69:24 70:2,3
74:13 84:1
92:7 103:5
104:3,11
105:9,23
106:24,25
107:2,3 108:6,
7,13,16,18,19
109:5,19,22
113:11,24
114:5,8,14,23
123:17 124:5
150:22 159:19
163:2 166:12,
15 169:1,7,14,
18,21 170:7,24
178:9,24 180:6
194:23 199:1,
9,12,16,19,21,
25 200:2,3

201:15,17,21
202:5,10,21
204:4,20,22
205:6,9,10
206:22 207:23
208:5,17
209:10,19
212:8 213:17,
23 214:4,6,12
215:2,10,12
218:19 220:3,
4,5 223:14,16
224:12 225:19
230:10,13
234:11,14
235:2,7,9,13
236:19 237:4,
9,12,16 238:7
239:6 240:20
241:4,9,14,21
242:6,13,21
243:4,8,9,19,
23,24 244:9,22
245:15,20,24,
25 246:8,25
247:4,11,12,17
273:20,21
278:19

**refers** 34:8
50:25 103:4
111:1 146:11
192:10 235:6

**reflect** 179:1
216:23

**reflected** 44:4
70:14 73:17
124:23 153:5,7
161:10 162:3
180:11 211:4
305:16

**reflecting** 56:13
58:7

**reformed**
283:23 284:8,
11

**refresh** 197:17
286:4

**refreshed** 286:7

**refund** 153:11

**refunded** 257:5
260:22 261:25
301:8

**refusing** 203:14

**regarding**
17:11 50:10
82:21 85:16
89:17 110:7
194:13 214:4
267:25 268:13
269:22

**regardless**
62:10 118:4
173:21 223:4,5
234:9

**registered**
51:11 150:3
156:2

**registering**
116:15

**registration**
15:18 27:19
28:1 82:11
121:3

**regular** 13:23
87:3 187:12

**regulations**
273:18

**rehab** 75:14
80:16,17 81:4,
19,20

**reimbursement**
138:6 193:8

**reimburses**
39:5

**rejection**
263:11

**related** 15:21
34:15 74:9
81:3,15 96:19
109:12 117:3
137:5 151:18
167:24 180:17
181:8 182:9
194:3,7 197:4
206:13 252:4
263:2 279:10
289:4 299:24

**relates** 31:20
245:19 302:2

**relating** 84:7

**relationship**
36:22 37:2,6,
11,12,13 69:11
72:7 136:15
137:2

**Relator** 5:21,23
147:11 308:19
309:1

**Relator's**
253:15

**Relay** 23:8
33:17 35:18
36:2,20,21,22
37:3

**released** 29:4

**relevant** 226:11
310:9

**relied** 10:25
12:6,12,21



**DISCOVERY**
LITIGATION SERVICES
Court Reporting • Videography • Trial Presentations
Nationwide Coverage

37 North Orange Avenue
Suite 500
Orlando, Florida 32801
321.710.2150
www.DiscoveryLit.com

Case 6:09-cv-01002-GAP-TBS   Document 284   Filed 05/29/13   Page 131 of 201 PageID 15883

UNITED STATES vs. HALIFAX HOSPITAL, et al.          30(B)(6) VIDEOTAPED DEPOSITION OF
ARVIN LEWIS on 03/05/2013                                       Index: rely..respect

217:22

**rely** 9:23 11:2, 18 12:3 14:5

**remain** 162:17

**remained** 172:18

**remaining** 122:16

**remember** 11:14 35:17 36:5 37:23 46:15 101:25 123:15 124:9 147:10 176:4 179:24 194:16 240:5,13 256:14 277:2,8 278:24 279:5,9

**remembers** 155:15

**remit** 40:15,16

**remittance** 40:12 118:13 130:16,17 131:8

**remittances** 130:7,14

**remove** 150:11

**rendered** 126:16 143:9 159:6 173:5

**rendering** 123:21 124:7,9 241:24 243:2,3

**rendering/operating** 241:25

**repeat** 119:1 222:3

repeating 41:15

**repetition** 221:22

**rephrase** 6:21

**replacement** 63:15 64:19 65:10 78:15

**replicate** 100:24

**report** 51:5,14 53:8 60:17 65:5 86:3 87:2 89:3,13,15 91:23 99:16, 17,19,20 100:1,2,16,18, 20 105:24 106:5,24 111:25 128:14 136:1 139:3 141:18 143:24 163:20,22 164:2,18 165:22 166:5,9 168:21 170:11, 12, 171:13 174:24 175:5, 6,21 176:1,3 188:7 205:18 209:2,3 232:16 262:5 293:12, 16 296:23 297:3 298:22 299:7

**reported** 244:5 289:24 300:6

**reporter** 5:9,12, 18 6:14 7:3 23:15 85:9 99:6 163:10 198:17 203:21 204:2,8,10,13

225:24 228:2 229:12 237:8 239:2 244:20

**reporting** 88:3 97:7

**reports** 54:20 86:2,5,11 89:18,23,24 90:2,5,6 95:10 127:12,19 128:6,7,11,17, 23 129:10,12 131:16,19,23 136:3 138:13 139:17,20 140:25 141:4, 9,11 159:16 165:13 173:22 174:6,12 175:17,23 176:8,11 177:5,8 179:13 182:10 262:18 294:11

**represent** 83:19

**representations** 82:21

**representative** 306:25

**represented** 309:24

**reprocess** 151:22 152:7, 23,24 153:15 259:14,15

**reprocessed** 151:23 152:14 257:16 261:25 262:7

**reprocessing** 156:18

**request** 25:1 69:5, 139:6,13 140:21 142:13, 170:16,19 183:5,6 199:5 200:10 205:25 211:8,9 216:18,21 217:9 229:1 286:23 287:24 310:3,7

**requested** 57:20 72:17 110:13 114:1 125:2 163:21 185:5,6 203:20 210:1 309:22

**requesting** 24:1,14 75:12 78:19 105:20 108:12,25 109:23 110:16 139:21 169:23, 25 287:1

**requests** 13:18 70:3 181:5 198:25 250:3

**require** 28:13 73:1 117:4 162:13 265:12 272:16 305:9 306:6 307:2,5

**required** 24:5,6 33:21 35:12 36:10,16 47:21 51:14 60:2,17 66:10 74:18 108:10 111:3, 8,12 112:24 114:8 117:17 201:25 202:15, 18,21 203:4,22

204:1,3,12 205:1,2 209:10 212:8 243:23 245:21 295:11

**requirement** 84:9 111:14

**requirements** 35:8 63:24,25 84:8 150:6 282:23

**requires** 123:2 201:14 240:20, 25 265:5,15

**requiring** 84:25

**research** 280:24 281:3

**reserving** 217:4

**Resource** 285:7

**resources** 285:11

**respect** 18:14, 23 21:19,22,25 22:3,6,10 28:17 31:7 32:5 36:3 41:9 57:24 61:4,6 62:1,6,13,18 66:20 70:8 78:1,9 80:3 98:7 103:17 109:25 126:15 132:10 139:1 140:5 141:25 147:20 154:25 172:11 178:7 180:8 206:18 207:20 211:23 212:2,5,18 213:15 214:19, 25 216:6 236:13 248:3,



Case 6:09-cv-01002-GAP-TBS   Document 284   Filed 05/29/13   Page 132 of 201 PageID 15884

UNITED STATES vs. HALIFAX HOSPITAL, et al.
ARVIN LEWIS on 03/05/2013

30(B)(6) VIDEOTAPED DEPOSITION OF
Index: respected..runs

17 250:21 255:15 269:11 270:16,17 273:12 281:6 285:16 286:1 289:4 292:15 295:25 297:17 306:25

**respected** 231:15

**respond** 286:21

**response** 178:20 203:19

**responses** 7:6

**responsibilities** 275:12

**responsibility** 49:13 112:19 128:18 274:4, 24

**responsible** 42:18 45:5 46:16 69:17 72:5 73:4 109:3 112:21 139:23 178:15 179:7 273:12 274:14 275:15, 20 309:12

**responsive** 12:23 13:16 216:20 310:2, 3,6,13

**rest** 21:4 28:2 103:12 174:15

**resubmit** 257:9

**result** 29:4 185:15 297:17

**results** 29:1

30:7 42:20, 125:21,22 182:11,12 184:15

**retained** 256:17

**retention** 22:7 256:12

**retransmitted** 39:20

**returned** 260:19,25 262:9

**revealed** 290:2

**revenue** 98:13 128:2,14 129:16 137:21 140:25 141:3 146:22 163:3 173:18,19 174:5,6 175:12,14 176:16,24 177:1,2,15 288:14

**review** 30:23 40:4 43:18 71:1,6 113:19 128:9 248:6,17 249:20,23 250:19 251:4, 8,10 252:5,10, 14,20,22 257:4 264:3,8,22,24 265:6,8,10 267:1,3,12,14, 17,19,24 268:5,13,22 269:1,5,13,16, 24,25 270:16 271:19 272:17 274:19 280:20 281:6 282:20

283:5 284:23 285:9 286:16 287:1,4 288:11,14,16 291:10 293:2 296:16 297:22 298:18,23 300:4,23,24 301:14 302:2, 9,16,20 303:6, 19 304:2,20,23 305:10,14 306:7 307:1,4, 20 308:8

**reviewed** 150:8,23 151:13 250:18 257:3 262:13, 15,16 266:15 272:5 287:4,5, 6 291:15 293:25

**reviewer** 294:7

**reviewing** 154:1 179:13 248:11 265:3 269:20

**reviews** 23:6 40:7 279:14 286:15 292:4

**reworked** 39:20

**Rhonda** 14:16 16:8 196:19

**right** 5:12 7:23 13:2,3 18:11 24:16 56:5 57:18 60:5 61:13 70:6 76:18 77:19 87:4 94:10 100:3 103:8 105:2 107:9

119:12 125:24 126:25 128:5 129:25 132:21 151:25 153:20 166:8 188:2 195:16 197:21 198:12 206:18 209:17 211:2,7 212:22 217:4 222:3 231:11, 19 234:11,19, 25 241:4 246:3 257:10 265:7 267:21 269:10, 270:15 274:8,9 275:15 276:24 277:12 289:5 297:18,21 300:14 301:21 304:22 307:23

**right-hand** 198:24

**RN** 146:18 150:4,9,24 152:21 154:10, 12,13,15

**road** 120:6

**Rohit** 181:1

**role** 14:22 133:17 270:16 274:19 279:15, 16,18 281:12 287:2

**roles** 99:2

**roll** 127:18 131:24

**rolled** 158:6 183:20,21

**rollup** 137:15, 16

**room** 24:23,24 25:25 28:13,16 30:2,13,22 31:10 32:6 41:24 42:1 44:6 81:13 110:20,22 111:6,7 120:9 122:23 191:8 208:12 218:22, 25 219:5,10, 13,23 230:9 231:5 296:17

**round** 146:18 154:15

**rounded** 71:5 154:15,16 156:1

**rounding** 122:8 150:4 154:13 155:3 156:12, 21 167:18

**Rousis** 99:6 145:4 146:19 147:11 149:5 151:12 155:23 168:13 285:14 289:24,25

**rule** 7:19 134:12

**rules** 13:21 66:14 189:2 198:20 201:7 311:1

**run** 46:1 89:23, 24 90:2 136:3 139:17 143:24

**running** 86:3

**runs** 60:15



DISCOVERY
LITIGATION SERVICES
Court Reporting • Videography • Trial Presentations
Nationwide Coverage

37 North Orange Avenue
Suite 500
Orlando, Florida 32801
321.710.2150
www.DiscoveryLit.com

Case 6:09-cv-01002-GAP-TBS   Document 284   Filed 05/29/13   Page 133 of 201 PageID 15885

UNITED STATES vs. HALIFAX HOSPITAL, et al.            30(B)(6) VIDEOTAPED DEPOSITION OF
ARVIN LEWIS on 03/05/2013                             Index: safety..Schwartz

**S**

**safety** 119:8
133:13

**said** 18:7 19:11
21:8, 31:9,14
32:6 33:5
36:19 37:24
43:17 47:5
49:12,25 55:3
56:5 73:15
83:6 93:12
96:11 97:7
104:18 105:7,
17 111:21
112:18 114:10
117:23 124:20
131:3 134:19
138:7 141:21
142:13 144:11
152:13 155:8,
9,12 162:24
164:6 168:20
169:22 171:10
175:5 181:22
194:25 195:10,
13,14 196:20,
21 197:10
212:2 214:11,
16 218:14
228:23 234:13
236:3,6 238:8
239:7 240:5
253:12 256:11,
12 258:25
265:8 266:17,
20 267:4
269:25 281:10
289:7 296:16,
22,23

**salary** 136:19,
20 137:6

**same** 11:12
29:6 30:23
52:1 61:6,16
62:13 63:3
65:24 72:14
74:8 77:2,22
78:4,7,8,17
79:4,21,22,23,
24,25 80:2,16,
18 81:6 86:22,
24 88:1,2,14
92:11,13 93:7
94:8 95:5,8
96:23 97:19
101:23 103:11,
19 104:13,22
106:16 107:2,
20 111:23
112:22 114:11,
24 116:23
117:8,20
118:3,16 124:2
151:19 154:13
157:17 166:23
167:14 168:9,
12 172:11,18
176:20 178:9
181:3 183:22
196:25 199:19
209:22 216:6
221:22 224:8
225:16 248:19
282:5

**same-day**
24:20 168:9,11
191:15 192:14

**Sarah** 14:14
169:20 196:21

**satisfied**
300:11

**save** 214:19

**saw** 11:9

**saying** 40:3
57:22 70:19
92:4 104:11,
106:12 108:18
112:20,22
114:11 118:12
132:4 142:2
146:17 151:4
166:24 169:13
183:11 185:9
197:2 202:16,
18,20 203:23,
25 204:3
232:11 233:16
235:5,6 261:23
286:17 293:1
304:22

**says** 30:2
40:16 50:24
53:7 55:22
57:10 60:16
63:21,25 65:5
66:15 73:25
82:13 88:9
89:13 90:14
91:24 103:10
104:5 107:16,
18 110:11,12
112:16 114:7
123:17 130:16,
17 136:1
138:16 150:2
151:11 164:18,
19 165:18,23
166:17,21
168:25 170:14
173:2 174:24
181:7 185:20
186:10 198:21
205:4,22
223:23 241:9

243:19 254:3,
8,21 293:2
296:23

**scale** 176:15

**scan** 56:3,4
112:16

**scanned** 53:11
57:21

**scanning**
145:24

**scenario** 180:1,
2 186:20

**scenarios**
179:25 192:2

**schedule** 9:7
10:17,24 11:6,
13 12:23 13:16
14:4 22:15
38:4 134:1,3,5
135:10,23

**scheduled**
63:6,16 64:19
82:16 185:10
234:2

**schedules**
133:22 135:24

**Schwartz** 5:19
6:8 8:15 9:13,
18,22 10:7
11:25 12:2,17,
20 13:13,24
18:20 19:3,6,9,
15 20:5,10,15
21:14,17 23:14
26:22 27:7
29:9,18 31:22
32:12 36:18
37:5,15 40:22,
25 45:18 47:23
48:5,23 50:1,8,

16 54:23 56:19
57:23 59:19
61:25 62:12
66:1 67:2,13,
21 68:14 69:20
71:9,25 76:6
80:12 83:18
84:23 85:5,8
90:10 99:5,10,
11 100:6,8,14
101:11 102:10,
21 103:14
104:1 105:21
106:3 107:7
110:25 126:24
130:1 132:6
136:16 137:4
145:20 146:5
147:16,23
148:2,9,12,16,
19,22 149:1,2,
9,17,20
155:10,16,22
156:9 157:21
158:17 159:3
161:19 162:23
163:9 168:22
170:9 171:8
172:25 175:22
177:20 178:1,
19 180:16
181:21,24
183:23 184:3,7
188:4,23
189:4,12,16,20
190:7,16
191:3,20
192:11 194:2
195:5,23
196:10 198:16
200:13,17,21
201:1,12
202:13 203:2,
6,12,17 204:7,
9,15 206:17



**DISCOVERY**
**LITIGATION SERVICES**
Court Reporting • Videography • Trial Presentations

Nationwide Coverage

37 North Orange Avenue
Suite 500
Orlando, Florida 32801
321.710.2150
www.DiscoveryLit.com

Case 6:09-cv-01002-GAP-TBS   Document 284   Filed 05/29/13   Page 134 of 201 PageID 15886

UNITED STATES vs. HALIFAX HOSPITAL, et al.                    30(B)(6) VIDEOTAPED DEPOSITION OF
ARVIN LEWIS on 03/05/2013                                              Index: scope..services

207:6,14,19
208:7,18,22
209:5,15
210:11 212:1,
4,25 214:2,9,
18 216:4,5,15
218:13 225:17
235:19 236:14
253:19 256:14
277:23 309:20
310:21

**scope** 146:4
147:15 148:5
149:7 155:6,12
208:21 209:1
224:15,19
225:4,9 235:16
236:5 254:15
258:20 259:1
273:15 274:7
275:2 278:11
302:4

**screen** 25:18
30:2 52:17
53:3

**screened** 24:25

**screening**
24:25 25:7,22

**scribbled** 197:9

**second** 13:15
88:7,8 103:23
104:4,5 157:20
165:1,2,17
212:22 295:4,6
310:11

**secretaries**
57:6 58:9

**secretary** 72:15

**section** 144:7
198:25 199:10
200:6,22

201:11,14
202:15 203:4,
23 204:12
236:13,16,20
237:4,10,13,16
252:25 253:1
254:6 306:13

**sections**
212:12 238:1

**Security** 53:19

**see** 10:16,19,
23 27:16,17
30:12 43:8
70:4 74:17
96:19 101:4
102:24 106:14
107:17 110:4,
20 113:6
119:10 121:4
128:9 129:17,
22,24 135:13
144:20 151:10
154:4 163:25
164:10 169:6
184:13,17
188:14 198:25
199:2,3 220:21
243:18 254:2,5
273:20 277:15
283:6 286:4
291:15,16,22
299:11,21
301:3

**seeing** 54:15
151:14 196:6,
13 292:3

**seek** 193:8

**seeking** 36:3

**seeks** 310:18

**seems** 84:24
112:4 113:10

163:20,22
272:9 285:13
286:17

**seen** 10:1 11:9
13:8 99:12
163:11 164:2
308:18

**segment**
169:19

**segments**
103:25 113:23
127:14 176:8
252:1

**segregates**
118:5

**segue** 112:12

**self-evident**
142:3

**self-pay** 173:21

**semi** 142:14

**seminars**
273:24

**send** 13:5
35:25 40:1,3
42:10 63:18,19
90:7 120:23
156:19 166:7
185:15 231:12,
15 232:16
233:7

**sending** 36:10
74:14 139:24
186:13

**sends** 23:11
39:12 181:10
189:23 222:10
223:2,24
293:22

**sense** 6:22
41:20 106:2,4
132:23,25
208:23 223:1

**sensed** 144:20

**sent** 33:5 36:2,
12 45:13 51:19
60:25 95:12,
96:17 108:20,
21,23 111:7
113:25 139:21
261:7 266:21

**separate** 17:20
123:25 132:9
143:2,5,6
172:1

**separately** 81:8
154:16 173:24
200:8

**September**
302:17,21,25
303:21 304:6
305:4,6

**sequence**
193:19

**sequential** 81:5

**ser-** 154:18

**series** 77:12,13
81:2 214:23

**serious** 308:24

**serve** 272:23

**served** 216:22
283:21 285:2

**serves** 192:13
255:8

**service** 28:25
35:19 44:15
47:21 56:13,17

57:2 58:1,8
62:11 70:21
71:22 75:8,12,
25 78:20,21
81:14,15 82:9
87:7 105:20
108:12,25
109:23 110:17,
24 114:1 121:6
123:4,23
124:2,16
128:21 129:6
132:12 137:22
139:6 141:2,19
142:12 150:5
152:6 153:7
154:18 157:2
162:22 169:25
170:1,18,23
177:8 179:2
187:9,18
190:1,8,11,18,
24 192:1
199:6,23,24
206:2 211:8
266:1 287:2
299:23

**services** 14:14
15:6 28:13
29:7 30:10
31:6 40:7 46:1,
9 48:19 49:23
51:13 52:10
53:13,16,20
55:7,20 58:13
60:1 62:19
77:10 78:2,18
81:4 85:22
90:16,20
109:4,16,18
110:14 117:1,
3,17 118:21
119:16 120:3,
7,24 121:15



Case 6:09-cv-01002-GAP-TBS   Document 284   Filed 05/29/13   Page 135 of 201 PageID 15887

UNITED STATES vs. HALIFAX HOSPITAL, et al.                    30(B)(6) VIDEOTAPED DEPOSITION OF
ARVIN LEWIS on 03/05/2013                                     Index: session..sir

122:17 125:19
126:16,25
127:1 128:25
131:10,13
132:11 133:1,
11 134:16,18
137:11 139:9
140:10 142:4
143:8 144:10,
12,14 147:17,
19 150:11
152:25 153:1,4
159:6,9,17,18
167:8,20
169:15 170:4
173:5 180:21
181:5,16,22
182:1,2,4
183:15,24,25
184:1,4,8,9,22,
23 186:9 191:6
192:22 213:7
215:14 229:18
232:4 279:24
285:7,9 290:1

**session** 273:22

**sessions**
276:12 279:17

**set** 26:19 40:8
45:19 74:1
75:16 134:6,9,
15 135:3,5
151:18 176:11
181:4,6,7
183:11 206:8
267:23 272:1
301:13

**sets** 177:5

**setting** 41:4,5,6
42:9 61:14
179:22 181:17
182:2 186:6

**seven** 20:20
112:13 113:12
115:8

**several** 33:19
89:10 91:1,10
97:16 129:6
154:14 218:12
260:19 265:24
272:9 307:21

**severity-adjusted**
194:6

**shall** 199:10

**she's** 38:20,21
146:17 176:13

**sheet** 176:19
194:22

**sheets** 127:23
175:11

**shifted** 49:6
265:25 266:3,5

**shock** 253:21

**short** 67:8
97:25 106:17
143:14 152:20
177:23 218:4
230:20 285:7
291:3 295:22

**short-circuit**
21:15 175:25

**short-paying**
136:5

**shortcut** 18:21

**should** 7:14
9:22 12:23
26:2 35:9
42:21,22 44:2
89:24 95:8,9,
13 134:7 135:8
145:5,17

157:25 158:8
161:23 188:1
217:23 252:9
263:3 270:10
279:1 283:10
284:1,23

**shouldn't**
146:10 187:1
229:3

**show** 32:20,24
140:25 188:11
211:7, 213:11
262:19 263:10
309:8

**showed** 93:9
197:23 235:19
281:20,24
289:3 302:18

**showing** 24:17
55:3

**shown** 9:4
10:12 13:25
14:1 157:13
194:17,21
196:1 197:11

**shows** 89:3
188:7

**sic** 99:6 101:13

**sick** 168:3

**side** 30:11,13,
15 40:8 74:12
88:8 114:1
120:5,17
127:14 128:19
135:7,16,18
136:1,3 169:9,
10 177:2,15
202:7 213:22
215:12

**sides** 197:17

**Sidhu** 13:10
17:14

**Siegel** 5:24

**sign** 57:3

**significance**
105:23

**significant** 97:5
159:20

**significantly**
294:13 299:6

**signifies** 81:1

**signing** 282:24,
25 311:12

**signs** 141:22

**similar** 61:9
84:7,9,16,19,
20 93:15 113:4
116:3 118:1
119:20 121:2
127:9 130:15
215:8 249:2
251:24 309:15

**simple** 11:21,
24 24:22 34:11
51:2 79:7
142:1,11 223:1
228:16 233:24
247:14 285:24
303:18 304:14,
15,18

**simpler** 75:1
77:2,22 141:10
236:12

**simplicity**
79:10

**simplistic**
144:3

**simply** 140:6

189:13 221:21
222:3 284:18
301:12

**simultaneously**
44:9

**since** 13:2,14
37:9,19 38:20
42:1 72:4
84:11 93:18
113:25 116:4
125:13 138:12
146:21 153:6
224:19 249:13,
24 251:15,16
270:25 271:18
281:2 303:13
306:1,19

**single** 85:15

**sir** 6:24 8:1,12
12:16 14:4
18:19 19:2,19,
22 20:14
21:20, 22:23
23:22 25:14,17
28:8 31:11
33:9 41:11
45:16 48:8,14,
16,22 49:6,9
50:7,21 55:5
58:4,10,16
63:3 68:7,13,
18 69:24 83:23
99:13,19 110:5
115:13,16,25
141:6 165:9
194:11 198:13,
23 210:8
211:15 221:5,
20 223:21
224:17,20
226:18 227:19,
21 230:5,12
233:23 234:13



Case 6:09-cv-01002-GAP-TBS   Document 284   Filed 05/29/13   Page 136 of 201 PageID 15888

UNITED STATES vs. HALIFAX HOSPITAL, et al.                    30(B)(6) VIDEOTAPED DEPOSITION OF
ARVIN LEWIS on 03/05/2013                                         Index: sit..speak

235:1,18,21,
236:24 237:22
238:10,15
239:8 243:5
244:3 245:14
248:8,9 250:22
251:6,14
253:10 254:5
255:11 256:16
259:3 261:12,
17 263:7
265:13 267:19
268:10 274:9
277:2 280:16,
17 282:8
290:18 291:17
292:7,11,25
293:6 297:9
298:12 300:14
303:5 304:1

sit 226:19
240:3 246:2
261:4 286:6
293:18,19,20,
21 299:9

sitting 13:2
26:14 52:16
59:22 97:15
223:22

situation
187:12 189:21
222:12 257:17
299:18

situations
211:20 263:5

six 18:23 20:19
90:11,12 91:15
112:2 157:18
158:4,5,11
291:5 311:8

size 142:11

skip 44:11

slash 45:4 66:8
67:20 103:5
104:12,19
105:9,23
106:13,25
107:2,3 108:11
112:18 124:5
243:19

SLF 111:4

SLF000 111:1,
10

slight 78:12
95:24

slightly 39:10
84:19 107:10
212:15

slot 88:18,
104:20

small 151:18

Smiley 14:15
15:14,16,25
16:3,7 17:5
169:20

Smith 19:14
44:25 51:16
57:8,11 70:24
76:21 121:4
122:7 123:5

Smith's 51:17
139:14

SNF 104:9

SNFS 104:6,8

So-and-so 47:6
65:5 137:24
168:20

social 53:19
187:1

software 33:15
34:6,23 35:5
135:16

sold 33:19

solely 50:3
109:8

some 15:22
32:20 35:14
39:19,23 43:6,
8 46:19,20
56:23 63:15,
18,19 66:5
69:2 74:17
75:5,8,14
76:11 77:18
78:22 81:21
84:22 92:25
94:19 95:22
96:20 108:15,
18 117:15
120:7 123:17
127:18 129:10,
12 130:8,11
134:16 135:3,9
136:4,5
138:15,19,20,
21 142:15
151:22 162:12
178:8 183:4
185:3,7,11
192:20 193:3
196:22 214:19
217:17 218:12
223:5 231:4,5,
8 232:21 240:9
246:24 252:14
256:25 257:21
259:10,12,21
261:3,5,6,7
262:19 270:6
277:2 280:1,2,
23 281:3,11

somebody
43:25 46:23
60:22 63:6
134:23 138:4
177:16 186:20
264:2 266:23
293:2

somebody's
132:15

somehow
34:12

someone 25:12
26:1,23 27:10
34:25 64:18
220:12

something
16:21 34:23
53:19 60:8,18
64:1 73:13,14
81:12 95:23
100:4 132:17
133:8 134:11
142:9 144:25
145:6,10,13,16
151:2 152:3,4
154:1 157:13
167:17 183:5
186:8 210:19
250:17 257:9,
15 260:7
271:24 280:25
299:14,16,19,
20 301:5 309:3

something's
151:25

sometime
38:10

sometimes
46:8 47:3 59:2
142:14 151:5,7
154:19 183:6,
10 215:23

250:13,14,15
259:12,14
279:10 294:5,7

somewhere
34:24 114:19
122:23 138:10
168:4 185:14
195:13 298:1

soon 265:23

sorry 26:10
32:15 40:24
87:16 102:25
164:16 205:13
227:15 271:5
289:18

sort 32:20
35:14 39:22
46:19 52:13,25
59:23,25 75:14
120:7 122:14
126:18 127:17
132:22 142:6
144:7,13
232:21 285:19

sound 227:21

sounds 212:10

sources 175:18
258:13

space 199:17
200:1

spaces 202:6

speak 14:21
15:11 16:15
32:4 35:11
42:25 43:7
49:18 50:15
74:9 101:18
104:8 107:6
156:19 157:10
255:1,2,5



Case 6:09-cv-01002-GAP-TBS   Document 284   Filed 05/29/13   Page 137 of 201 PageID 15889

UNITED STATES vs. HALIFAX HOSPITAL, et al.        30(B)(6) VIDEOTAPED DEPOSITION OF
ARVIN LEWIS on 03/05/2013                                Index: speaking..stays

302:25

**speaking**
109:15 127:6
137:17 148:3
221:2 226:19,
22 273:9 274:8
310:25

**speaks** 70:10

**special** 117:4

**specialist** 42:15
43:24 47:11
69:1 70:10
72:22 73:20

**specialist's**
47:17

**specialists**
167:15 210:24
231:14

**specialties**
253:2

**specialty** 42:5
44:14 89:11
134:16,17
232:1

**specific** 80:6
97:9,12,22
98:9 118:23
123:10 132:24
147:1,24 148:1
155:2 177:7
180:6 253:25
270:13 271:14

**specifically**
7:13 142:9
147:10 149:3
242:21 260:10
276:19 279:21
285:12,16

**specifics**
268:11 289:2

294:24

**speech** 81:20
271:11

**spelled** 23:16

**spend** 98:14,
19,24 129:11,
13 131:17
187:9,10 195:7

**spending** 250:9

**spent** 17:23
98:22 195:11,
16 245:23
251:2

**split** 130:18

**splitting** 202:9

**spoke** 14:12,
13,14,15,17,18

**spot** 32:21
65:17 88:21

**spreadsheet**
11:7,8 93:12

**staff** 14:7 15:18
22:25 23:3,6,
21,24 24:13
25:22 27:4,5,
11,13,25 29:23
30:17,20,22
31:12 35:6
52:8,25 54:2
57:9 59:1 60:5
64:4,12 65:4
76:9 77:14,23
79:3,24 90:4,7
120:4,12
121:3,13
122:5,20
128:13,17
130:20 137:19
139:16 141:17
144:15 151:13

153:17 178:15
179:8,13
181:12 185:21
187:3 195:14
198:2 231:13,
14 269:6
276:16, 278:19
279:11,17
287:6 288:12,
13,20,21,24,25
293:20,21,22
295:8 299:9
307:11

**Staffing** 6:1
227:11 228:4
229:14 231:11
285:10,17
286:2

**stand** 253:7

**standard** 86:3
129:9 140:24
174:12 175:8
176:21 186:12
204:21 209:19
215:11 270:8
272:7

**standardized**
127:12 173:22

**standards**
272:2 300:1

**standing**
238:18

**standpoint**
29:22 81:11
98:18 105:11
108:13 117:8
129:22 130:25
132:2 134:8
150:15 159:11
163:3,4 173:24
175:13 187:1
193:25 195:4

196:16 204:25
216:12 232:1,
10,19 241:7
249:17 251:24
252:23,24
264:5,7 269:5
282:4 294:11
297:5

**stands** 119:24

**stapled** 83:16

**star** 84:22
85:24 86:8,13,
16,19,21 87:8
88:3 89:5,6,18,
20,23,24 90:2
92:10 94:4,7,
23 95:10,21,22
96:8 97:4,5,8
127:11 128:6
138:12 163:22
166:5,7,9
177:12,18

**staring** 245:4

**Stark** 171:7
188:11, 206:13
235:6 273:18

**start** 19:19
24:23 25:25
42:1 58:13
90:18 91:6
113:22 119:18,
22 180:7
264:10,12,14,
18 265:1 271:7
294:14

**started** 189:8
232:5 264:13,
15,17 266:12

**starting** 9:6
27:13

**starts** 55:16

**state** 35:3
115:18,20
117:14 152:21
154:7

**stated** 111:17
136:25 156:5,
15 169:7 200:1
201:17 226:9
240:4 242:25
250:22 255:14,
18 302:15
310:19

**statement**
150:22 168:8
218:16 221:22
224:4 255:20,
22 282:6
291:21

**statements**
175:11 176:19,
22 227:16

**States** 5:20
101:16 245:17
256:20 259:8
308:19 309:22
310:17

**States'** 100:24

**status** 266:4
267:14,17
268:7 275:21
283:18

**statute** 194:13,
16 198:19

**statutes** 194:17
212:13

**stay** 232:8

**stays** 58:19
193:9



DISCOVERY
LITIGATION SERVICES
Court Reporting • Videography • Trial Presentations
Nationwide Coverage

37 North Orange Avenue
Suite 500
Orlando, Florida 32801
321.710.2150
www.DiscoveryLit.com

Case 6:09-cv-01002-GAP-TBS   Document 284   Filed 05/29/13   Page 138 of 201 PageID 15890

UNITED STATES vs. HALIFAX HOSPITAL, et al.
ARVIN LEWIS on 03/05/2013

30(B)(6) VIDEOTAPED DEPOSITION OF
Index: stenographic..submits

stenographic
309:8

step 23:19 28:9
39:14 41:16
50:2 55:1
141:25 145:5
156:14 288:8,
11

Stephens 8:25
9:12,20,25
10:4,6 11:23
12:1,20 13:6
17:12,13,14
18:18 19:1,3,5,
8,15,16,23
20:1,10,24
21:2,6,9,12
22:22,24 26:17
27:2 28:21
29:14 31:17
32:9 36:14
37:4,7 40:21,
24 45:17 46:4
48:21 49:15
50:6,13 53:24
56:18,21 58:20
61:21 62:8
65:12 67:18
68:11,23 70:16
71:13 76:2
80:7 82:6,23
84:21 85:3
89:25 99:9
101:8 102:7
103:9,21
105:10,25
107:5 110:9
126:20 129:2
131:11 136:12,
21 146:3
147:13,21,25
148:7,11,14,
18,21,24
149:6,14

155:5,14,17
156:3 157:6
161:13 162:5
169:16 171:3
172:14 175:19
178:11 180:12
181:18,23
182:6 184:2,6
188:3,22
189:1,7,14
190:2,12
191:1,19 192:7
193:11 194:24
195:20 196:8
200:11,15,19,
24 201:22
202:24 203:5,
10,15 206:10,
25 207:9,16,24
208:10,20,25
209:12 210:7,
15 211:25
212:20 213:19
214:5,14 215:4
216:9 217:8
218:18 219:6,
17,21 220:7,
14,25 221:6,
15,18 222:14,
17 223:6,15
224:3,14,18
225:3,8,11
226:9,16
227:6,13
228:6,19,22,25
229:2,6,9,16,
23 230:7
231:1,20
233:2,10,14
234:1,12,20
235:3,15,22
236:7,21,25
237:20 238:11,
17,22 239:25
240:7,23

241:5,17
242:8,14
243:12 244:1,
12 245:7
246:16 247:6
252:12 253:6,
16 254:14,18
255:21 256:2,
15,22 258:20
259:4 260:13
261:14 262:11
263:20 265:17
267:13 268:3
270:4,23 271:3
272:21 273:14
274:6 275:1,
276:8,15,23
277:6,20
278:10,18
279:4,22
281:17 282:9
286:12,24
287:15 288:4,
10 289:15
290:6 292:1,
10, 293:17
294:20 295:1,
7,14,19 296:7,
15,21 297:10,
19 298:10
300:18 302:3,
22 304:3,16
305:12 307:7,
10,24 308:15
309:24 310:16

steps 77:2
153:16 211:22

sterilization
117:3

Steve 5:24

stick 29:19
75:2 142:21
179:3

still 7:15 44:24
47:9,14 50:22
53:3 58:5
69:18 70:14,18
72:22 90:3
122:19 124:25
130:8,10 131:2
134:23 139:24
152:21 156:24
162:17 170:7
172:18 174:20
191:9 198:8
203:11 232:2,
3,5 272:7
273:6 284:10

stitches 51:3

Stoner 264:19
283:7,24 284:7

stop 41:21
189:14 309:18

stopped 293:11
309:4

straight 28:12
75:21 186:14
192:19 268:16
282:2

straightforward
137:10 138:16

strange 165:7

street 185:3

strike 258:3
284:15 285:22
301:9 302:6
303:2,15,23
306:3,21

stroke 91:2,4,
11 97:18
159:15,19,24
187:22 215:14,
18 219:8,9,20

strong 69:11
283:25

structure
134:22 136:10
140:14 142:18
144:15 263:7
274:2,22
294:24 296:3,
6,14 305:25

structured
262:21 294:18

structures
135:3,5

struggled 270:9

struggling
190:21

study 61:12

stuff 60:10
133:16 151:1
158:11 164:9
176:24 185:7
193:3 201:9
265:2 273:18,
19 278:16
305:23

sub- 62:20

subject 14:20
225:16 248:20
249:13,24

submission
35:12 53:22
84:1,2

submit 22:20
48:19 96:13
116:1 118:12
202:3 282:19

submits 22:16
38:5 82:19
115:10



UNITED STATES vs. HALIFAX HOSPITAL, et al.
ARVIN LEWIS on 03/05/2013

30(B)(6) VIDEOTAPED DEPOSITION OF
Index: submitted..talk

**submitted**
34:25 90:14,19
91:18 92:19,
21,22 93:18,23
94:1 95:18
97:10,20 98:8
101:1 117:24
118:19,24
199:5 215:3

**submitting** 73:2

**subsection**
236:14

**subsequent**
71:11

**subset** 14:4

**substantial**
73:14

**such** 144:15
293:14 310:19

**suggest** 165:2
296:1

**suggested**
150:13

**suggesting**
27:6 84:17

**suite** 224:24
226:2

**summary** 22:23
150:2 176:3
195:1 197:22
216:19

**Superior**
119:24

**Superman**
188:1

**supervision**
170:22

**support** 86:1,

16 87:12 89:21
90:7 94:24
127:11 176:18
177:7,12,18

**supposed**
11:10,14 19:12
55:22 81:14
107:10 135:21
140:1,2 141:20
145:8,14
208:15 221:20
236:2 247:23

**sure** 9:12 14:24
20:21 22:19
40:5 77:21
92:7 94:16
96:11 100:6
121:14 130:22
144:13 153:18,
20 154:5 155:9
164:23 165:18
169:11 172:2,9
181:19 182:20
190:25 218:11
227:14,16
235:4 240:17
250:1 251:3
275:15 287:21
288:9 300:10
301:21

**surg-** 192:18

**surgeon** 47:6
89:14 160:12,
13 162:8,14,21
167:12 211:18

**surgeons**
160:23 182:22,
23

**surgeries** 52:5
78:11 79:6
180:20,22
190:19 192:5

210:12

**surgery** 24:20
51:2 63:16
64:19,21
78:13,14 89:4
110:13 160:4,
5,8,15 161:9,
24 162:2,3
167:2,11
168:9,11 170:2
180:15,17,25
181:3 182:9
183:1,3,18,19
185:24 186:10,
11,15,21,25
187:13,14
190:5,6,9,10
191:13,15,16,
18 192:14
209:23 210:5,9
253:1 306:13

**surgical** 46:20
75:19,20 78:22
162:19 179:23
180:10 183:20
185:8 192:18
210:23 232:21

**surprised** 93:2

**suspense**
56:10

**Suzanne** 14:17
16:9 139:11,16
141:17

**swear** 5:9,14

**swipes** 52:19

**switch-** 49:6

**switched** 49:2

**switching**
50:19

**sworn** 6:5

**system** 15:19,
20 23:1,2,8
28:6,7,20
29:12 34:18
37:16,18 38:8,
9 43:13 45:11,
13 57:16 58:3,
7,12 63:4
67:17 85:11,17
86:15 94:13
96:7,8 98:14
107:19 108:5
119:23 120:1,2
121:21 126:19
127:3 130:4
133:10 135:19,
25 140:6,21,22
142:1,11,12
153:7,10 163:1
171:22 172:13
191:22 192:6,
23 193:4,6,10
194:9 210:14
234:21

**systems** 62:4
119:24 153:8

---

**T**

**table** 12:7
100:23 101:4,
7,10 102:5

**tablet** 57:22

**tablets** 56:6,7

**tabulate** 141:9

**tagged** 215:20

**take** 7:5,17,20,
21 12:13 41:6
43:23 44:20
48:12 50:2

55:1 57:6 67:3
72:16 76:14
84:13 102:11,
23 113:16
119:10 124:14
140:15,16
144:22 145:16
150:19 159:22
160:1 161:5
188:20 211:21
221:24 230:16,
17 231:16
239:20 252:7
253:24 259:20
266:23 280:13
289:14 290:21
292:15 293:12,
15 299:11
301:6 307:12,
15 309:13,17
311:3,4

**take-backs**
261:8

**taken** 137:3
154:6 158:13
215:19 259:16,
19,22 262:6
272:14 309:4

**takes** 133:23

**taking** 6:15
24:3 26:1 46:7
172:22 189:6
225:14 232:1
257:22 311:14

**talk** 7:4 11:11,
14 16:22 24:18
29:16 38:7
39:11 41:12,17
43:14,19,20
44:10 45:21
61:14 74:23
75:3,19 115:2,



Case 6:09-cv-01002-GAP-TBS   Document 284   Filed 05/29/13   Page 140 of 201 PageID 15892

UNITED STATES vs. HALIFAX HOSPITAL, et al.                30(B)(6) VIDEOTAPED DEPOSITION OF
ARVIN LEWIS on 03/05/2013                                 Index: talked..that's

8 116:9 138:7
145:3 147:2,
23,25 150:14,
18 172:10
180:22,23,24
200:7 201:9
206:4,14
208:1,3 209:20
212:11,13
215:6 236:9
254:13,17
263:24 276:25
287:19 289:1
290:20 292:3
293:24 294:1
301:23

**talked** 74:20,22
80:20 92:10
113:1 122:13,
15 130:3
132:22 162:16
169:4 172:8
179:21,25
180:1,5 193:21
195:14 206:6
211:2 227:20
239:10 243:6
245:21,22
256:10 278:16
291:13,16
305:18

**talking** 11:12
12:8 13:7 42:2
115:3 123:10
133:7 140:15
152:10 166:16
170:25 173:12
176:4 184:24
200:21 202:4
210:18 212:23
213:4 214:15
232:14 234:19
235:18 243:15
245:23 251:2

263:25 264:1,
15,17 292:8,24
294:3,14
295:13 296:23,
24,25 297:2
298:18,19

**talks** 82:25
111:19 113:5

**tallied** 100:25

**tangent** 271:7

**tape** 158:18
217:7

**Tara** 276:2

**target** 165:23
174:17

**technical**
124:17

**technically**
194:5 232:6

**TECHNICIAN**
5:5 67:4,
100:9, 102:12,
17 158:19,24
177:21,24
216:3 217:25
218:5 230:18,
21 290:24
291:4 308:14
311:7

**tell** 11:15
12:10,15
19:14,24 20:6
50:9 83:15
89:14 97:15
119:6 147:22
148:14 152:9
159:5 163:16,
18 164:1,3,5,
16 173:8 178:3
184:11 204:24

208:13 232:7
238:10 239:8,
21,23 240:11
241:20 242:5,
12 244:3 251:7
274:2 276:21
282:1 287:18
300:11 302:19

**telling** 234:10
246:6,9,11
248:15 256:14
277:22

**tells** 66:9

**ten** 15:13 16:24
20:21 158:16
159:5 173:10,
17 188:8
258:16 259:9

**tendered** 102:5

**tenure** 283:16

**term** 8:6 105:8
233:12 245:16
254:5 255:3

**terminate**
221:24 228:12
308:21

**terminology**
106:23

**terms** 68:5
81:25 256:24
309:9

**test** 24:1,2,15
69:2, 70:13,14
71:21,23 72:18
73:6,25 74:2
75:25 77:9,11,
18 108:25
123:14,17,18
170:8,20
171:1,11,15,18

172:24 201:19,
21 202:1,8
205:12 210:1
222:20 241:24

**testified** 6:6

**testify** 9:2,17
12:13,14
18:13,22 19:13
20:7 21:16,18,
21,24 22:2,5,9
91:14 248:4
249:24 250:20

**testifying** 11:7
12:11,15
149:14 251:5

**testimony** 5:14
8:10,17,21
10:13,21,25
11:4 12:5 14:6
15:12 17:8,11
18:1,5 67:14
68:19 91:17
99:25 110:6
113:2 146:4
155:6 178:7
194:12 203:20
208:21 209:1
216:23 218:12
248:19 249:1
255:10

**testing** 78:10

**tests** 26:9,25
29:11 45:24
57:1 68:21
69:2 71:11
183:20 185:11
206:6

**than** 14:3 17:1,
4,7 18:8 19:13
28:14 33:1
68:9 73:13
76:25 79:10

82:5,8,16 89:2
90:3 92:17
97:15 98:3
112:1 114:9
118:15 125:19
129:5,12
131:20 134:5
153:14,16
160:11 162:18
183:9 195:25
197:21 212:17
240:21,25
241:10 246:4
250:18 260:3
280:6 282:12
299:7

**Thank** 5:18
12:19 22:13
23:18 32:15
38:25 50:14
99:10 136:7
268:18 278:17
280:4 308:13

**Thanks** 254:9

**that's** 10:19
21:2,9,11
23:16 24:5
27:17 30:3,6
32:23 33:20,21
34:19 35:18
36:10,16 39:5
40:11 42:1,14,
18 43:12 44:5,
16,17 45:5
46:7,16 47:17
49:16 50:23
53:21,23 55:12
56:5 60:16
63:12 64:8,15
66:22 72:4
73:2,7 74:14
75:17,18
76:19,20 77:17



UNITED STATES vs. HALIFAX HOSPITAL, et al.
ARVIN LEWIS on 03/05/2013

30(B)(6) VIDEOTAPED DEPOSITION OF
Index: their..think

78:19 81:23 84:13 88:22 89:5 91:22 94:8,15 96:8, 12,16 97:6 98:21 99:1 102:3 104:16, 22 105:2,20 108:4,12,24 110:18 112:8, 12 114:2,7 115:9 124:2,8, 13 125:1 126:8 129:6 132:14 135:17 137:5, 13 138:5 140:3 142:21 143:12 145:1 153:2 154:20 162:21 163:5 165:19 166:24,25 167:5,21 169:8,9 170:7 171:18 172:22 174:13 175:3 176:12,14 177:1 178:9 179:5 183:7 185:12 191:8, 12 193:13 194:10 196:18, 19 202:1,2 205:14 208:5 221:2,13 224:4,20 226:22 234:7 235:19 237:2 239:16 244:6 247:8,13 248:11 249:6 251:13 252:17 253:12,20 254:8,18 259:13 263:15 276:3 277:15

278:21 279:17 281:12 284:9 287:14,20 288:7,18 298:4 300:22 302:19 308:22 310:21

**their** 5:10 26:1, 15 32:23 43:5 44:20 55:12 57:3 64:24 66:13 68:22 70:5,19 71:2 82:11 125:23 132:14 136:23 137:6,9 138:2, 8 140:9 143:17,21 144:9 159:17 176:24 177:2 182:8,19,24 185:15 210:16 224:12 225:2 226:5 229:22 230:1,5,25 231:24 232:2 280:1 299:7 305:11 306:8 307:5

**themselves** 5:10 29:13 58:2 165:14 170:1

**therapy** 75:14 81:11 98:1 110:13 191:11 232:17,20

**there's** 6:19 9:6 10:16 25:3 26:13 32:21 34:8 40:2 44:8 46:13 47:16 53:8,25 60:9, 19 63:25 64:2

66:7,8 80:5 82:2,8,17 83:12,25 84:3, 19,21 87:22 88:20,21 94:3 95:24 97:7,16 100:23 110:1 120:6 121:22 123:16,20,24 124:1 130:10 132:13,24 134:12,18 137:1 139:5 142:15 147:16 168:18 174:1,2 175:5,23,24 180:19 181:6 182:21 183:19 187:15 192:13 198:25 202:6 205:9,10 208:9,11 209:9,18 216:3 219:15 226:10 235:8 241:25 243:7 251:10 256:12 259:18, 19 270:24 271:18 276:21 295:25 296:1 301:7 303:12

**therefore** 65:1 150:9 154:16 157:15 166:10

**Thereupon** 6:3

**these** 12:8 31:1 40:13,14 55:22,25 66:9 67:24 82:15 86:18 128:11 130:18 131:10 133:1 151:23 152:10 154:3,

14 155:20 157:9 166:2 182:3,5 185:19 197:15 215:13 222:4 224:11, 22,23 225:25 226:1 227:19 231:4 249:15 272:1 285:19 292:4 295:10 298:13 300:20 301:19 305:9 307:19 310:18

**they'd** 262:15

**they'll** 53:10

**they're** 35:19 42:9 44:1 45:6, 7 51:17 53:4,9, 17 54:15,18 57:2 61:10 63:9 69:12 71:18 73:23 77:14,17,23 80:16,17 81:21 87:6 88:9 97:2 107:3 108:16 109:3 110:23 121:15 128:16 129:24 132:16, 17 133:23 134:15 136:19 138:3 139:18, 23 144:16,17 159:21 165:15 169:12,25 171:15,19 179:13 184:8, 9,18,20,24 185:5,13 186:19 187:20, 22,25 193:3 212:6 213:7 224:12 231:13,

25 257:15,22 266:2 268:6 292:8 294:3 299:11

**they've** 27:16 39:13,24 40:11 44:7 55:25 86:4 176:21 188:7,14 276:5

**thing** 29:6 32:17 64:8 86:22,24 92:13 96:23 112:22 114:11 125:23 157:17 167:14 183:2 271:23 275:16 289:10 299:1,9,19 301:21

**things** 12:8 24:12 34:15 43:2 54:19 60:9 63:22 69:25 83:1,4 87:5 92:24 94:17,18 115:22 133:7 143:11 146:14 152:11 185:19 206:5 250:4 275:13 277:11 281:12 285:20 287:8 291:18 301:19 305:18

**think** 17:17,22 20:4 21:2,6 27:15,20 32:21,25 41:20 42:21, 50:22 56:9 60:17 65:15 68:13 69:21,24 72:13 75:2 79:5



**DISCOVERY**
**LITIGATION SERVICES**
Court Reporting • Videography • Trial Presentations
Nationwide Coverage

37 North Orange Avenue
Suite 500
Orlando, Florida 32801
321.710.2150
www.DiscoveryLit.com

UNITED STATES vs. HALIFAX HOSPITAL, et al.
ARVIN LEWIS on 03/05/2013

30(B)(6) VIDEOTAPED DEPOSITION OF
Index: thinking..time

81:23 87:17
89:7 91:21
92:2,12, 94:24
95:1 96:22,23,
24 100:19
104:25 111:20
112:22 114:11,
16 118:15
119:23,24
120:16,18
123:20 124:5
125:13,15
126:12 131:3
132:13 134:3,7
139:4, 142:17
143:20 148:16
153:15 154:11
155:7 161:6
172:5 173:11
180:1 194:5
195:10,13
196:25 198:5,
12 202:10
204:18 215:11
223:23 224:12
225:22 227:23
228:13 235:8
236:3,6 238:8
239:7 240:12
241:11 243:19
247:1 251:16,
17 255:22
256:5 258:25
259:10,17
265:8 267:6
284:3,5 293:1
296:9 299:20
300:21 301:2,3
309:2

**thinking** 50:17
116:4 177:9
245:6 250:9,
11,17 283:7

**thinks** 63:10
233:16

**third** 35:19
92:5 117:13
165:21,22
168:24 272:13
287:25

**third-party**
37:11 78:3
92:22 94:1
150:7

**those** 9:17
16:25 17:20
20:13 26:6
29:1 34:15
35:7 38:21
40:7,10 43:16,
22 46:10,25
47:2 51:12
53:13 54:6,13,
15,22 55:6
56:1,6,7,11
60:21,22 63:18
66:11,16 68:5
74:7,10,18
77:8,10 80:6,
15 81:21 88:25
89:12 90:5
91:12 92:21
106:8,9 109:14
113:8 117:11
121:19,20
122:10 123:6,
128:9,18
130:22,23,24
131:23 134:15,
17 135:5,17,19
137:14 138:20
139:17 140:9,
12,24 141:4,16
142:8 144:14
150:11 151:15
152:23,25

153:5,12 158:9
162:13,15
169:22 172:1
177:4 178:18
182:12 183:15,
20,24,25
184:23 185:4
191:11,14
195:24 215:22
216:15,25
217:2,5,17,21,
23 218:20
219:12,14
224:9 231:5,8,
17 247:16,23
249:4,19 251:2
252:11 257:19
261:22 262:17,
20 263:5,13
266:20 281:13
307:23 308:8
309:25 310:2,
7,10

**though** 26:20
80:9 90:3
173:25 292:7

**thought** 19:11
91:18 145:5
151:14 243:22
251:1 253:12
254:16 264:2
274:11 278:5
299:14 309:3

**thousand**
134:10

**thousands** 77:7

**threats** 309:15

**three** 9:6 17:25
18:2 22:15
41:1 55:23,25
56:1,6,7 88:22
101:2 102:19

103:11 121:24
136:11 155:25
158:20 164:7,
8,19 182:4
195:18 229:4
239:11 250:16
296:4 298:5

**through** 16:18
18:23 19:12
28:10 31:3,8
34:18 36:13
37:2 39:7,16
40:17,18 41:2,
16 45:13,23
52:1,13,25
53:10,18 54:6,
10 55:2 57:15,
21 60:16 61:18
62:4,7,19,22,
24 63:2 66:21
71:14 72:6,23
78:1 82:10
91:19 92:5,22
94:12,23 95:12
98:10 103:23,
24 109:13
110:11 116:4,
6,15,20 117:10
118:3 121:14
123:2 133:9
146:14 153:17
163:23 166:21
167:7,8 168:2
177:4 179:9,17
186:11 188:6,
10,11,18
191:21 192:1,
4,6,22 193:5,9,
20 212:17,18
214:20 215:13
218:21 219:19,
23 238:5 239:4
249:10 258:15
259:16 261:6,7

262:12 263:1
264:3,23 266:8
283:20 286:3
289:6, 290:11,
15 293:9
295:16 297:7,
12 298:5
299:1,17
300:1,4,5
301:24 307:16

**throughout**
36:12 68:21
137:3 302:11

**Thursday** 81:8

**thus** 122:13

**time** 5:5 7:18
13:15 17:23
28:1 33:18
34:2 46:21
49:1 51:10,24
57:12 60:10,11
65:16 67:4,9
69:12 71:3,5
80:18 84:11
90:21 97:5
98:15,20,21,
22,24 100:9,
102:12,17
104:10 107:23
118:7 119:25
129:11,13
131:18 135:17
143:16,20,23
144:4 150:25
151:24 152:7,
20 154:13
155:21 157:4
158:19,24
165:13 166:23
177:17,21,24
183:19 185:4,5
187:9 195:7,
11,16 196:25



Case 6:09-cv-01002-GAP-TBS   Document 284   Filed 05/29/13   Page 143 of 201 PageID 15895

UNITED STATES vs. HALIFAX HOSPITAL, et al.
ARVIN LEWIS on 03/05/2013
30(B)(6) VIDEOTAPED DEPOSITION OF
Index: timeline..treatments

197:3 210:21 214:19 216:16 217:25 218:5 221:23 225:15 228:1,17,18,24 230:18,21 237:2 239:16, 17 242:5 245:23 249:4, 7,13,25 250:9 251:2 258:1 259:21 260:4 266:7,24 267:6, 269:11 270:6,11,15 271:25 272:6, 14 273:4 277:3,12 278:3 279:12 281:3 283:2,25 290:22,24 291:4 293:23 294:3 295:21 297:15 299:20 300:13 306:15 310:11 311:3,7

**timeline** 249:11 250:2,19,23

**times** 7:12 33:19 35:22 39:17 47:8 96:19 134:10 151:11 156:16 174:1 178:10 181:11 182:10, 12 183:8 185:6 203:8, 206:16 215:22 229:4 232:18 247:24 287:10 296:4 298:6 299:11 306:1 307:21

**title** 164:18

199:10 204:21

**titled** 275:20

**today** 6:20 7:25 8:2,9,22 10:13 11:3,4,19 12:4 14:2,6,11 15:12 17:8,11 18:1,5 19:19 81:7 82:13 91:14 97:15 111:22 113:1 119:5 127:6 172:8 178:6 179:21 194:12, 18 198:9 199:13 216:23 239:18 246:2 247:24 248:19 249:1,9,16 252:17 258:14 271:13 272:19 274:12 275:22 277:16 282:5 286:6 309:1,6, 18 310:12,23

**today's** 284:10 311:9

**together** 29:20 53:21 81:9 82:4 137:23 196:25 298:21 301:23

**told** 114:22 171:9 197:12 238:4 239:3 243:11,22 247:13 265:4 272:1 300:11

**tolerant** 221:17

**tolerating** 226:23

**too** 25:6 32:24 47:22 84:4 149:13 183:21 240:6 251:19 264:25 265:23 266:2 277:12 296:20 309:2

**took** 157:12 195:15 266:8, 16,24 281:7 302:9

**tool** 86:1,17 87:12 94:24 127:11 129:17

**top** 37:22 91:9 112:2,3 114:18 119:6 164:19 198:21

**topic** 9:9 18:12, 14 21:3,7,10, 11,19,22,25 22:3,6,14,15 38:3 90:11,12 91:15 115:8 118:17 119:12 126:13,14 142:22 147:15, 20 149:7 150:2 158:16 159:5 173:1,2 178:3, 7,9 180:17 194:13 206:19, 20,21 211:14, 24 212:3,6 213:3,16 214:10,20,24 216:7 224:15 226:10 248:4 250:21 255:15 273:22

**topics** 9:1,4,14, 17 11:6 18:16,

23 20:7,11,12, 13,16,17 22:10 195:2,19 196:4 225:9 251:2 255:15 256:11 258:21 272:22 279:10 285:18, 19 308:2,3

**total** 17:19,22 64:9 98:17,19 126:15 127:4 128:1,2 159:6 167:5 173:4, 14,23 174:7, 10,11 176:15 195:10

**totaling** 17:23

**totally** 302:19

**touch** 211:11 232:8

**towards** 266:5

**track** 41:23,24 159:9,16 162:25 169:14

**tracks** 41:22

**traditionally** 191:14

**training** 145:12 273:17 276:12 279:13 299:10

**transcripted** 309:8

**transfer** 40:14 47:5,8 118:10

**transferred** 47:13 107:22 118:14

**transmit** 35:15, 16,22 40:12

**transmitted** 23:10 34:3 51:25 57:13 61:3 94:20 122:11

**transmitting** 36:16

**trauma** 91:2,4, 11 97:17 143:16,17,25 144:1,2,5 159:14,19, 160:23 161:21 162:12,20 167:8,11 187:22 215:14, 17

**traumatologist** 162:8

**treat** 69:6 72:11 82:4 114:15

**treated** 25:1,20 26:3 27:24 28:14 40:18,19 44:1,25 50:3 51:6 62:14 79:13,16 91:7, 11 122:1 168:4 187:13 219:4 268:1

**treating** 29:23 44:16 133:20 167:23

**treatment** 26:5, 25 27:6,12 71:8 80:18 167:25 232:9 233:1

**treatments** 81:22



**DISCOVERY**
LITIGATION SERVICES
Court Reporting • Videography • Trial Presentations
Nationwide Coverage

Case 6:09-cv-01002-GAP-TBS   Document 284   Filed 05/29/13   Page 144 of 201 PageID 15896

UNITED STATES vs. HALIFAX HOSPITAL, et al.
ARVIN LEWIS on 03/05/2013

30(B)(6) VIDEOTAPED DEPOSITION OF
Index: trend..understand

**trend** 85:24
86:8,13,16,19,
21 87:8 88:3
89:5,6,18,20,
23,24 90:2
92:10 94:4,7,
23 95:10,21,22
96:8 97:4,5,8
127:11 128:6
138:12 163:22
166:5,7,9
177:12,18
257:2

**triage** 25:18,21
27:11,18

**TRICARE**
173:20

**tried** 296:4
298:5

**trigger** 59:11

**trouble** 239:21

**truck** 93:17

**true** 84:17
102:3 157:24
222:16 223:5
224:2 227:12
228:5 229:15,
25 233:1,
251:13 252:11
269:5,12 298:2
308:9

**true-up** 142:15
157:24 158:3

**trued** 157:3

**trust** 198:2

**trusted** 12:10
72:8

**truth** 5:15,16

**try** 6:21 7:4,8
24:21 26:10
29:21 50:20
54:3 55:13
91:10,13 93:22
94:16 134:9,10
175:25 177:15
228:11,18,23
236:11,12
245:8 246:15
247:3 259:2,21
268:25 274:20
309:24

**trying** 11:17
80:11 95:15
96:19 106:4,5,
22 132:25
140:19 142:17
147:18 165:15
169:12 175:8
181:25 189:13
191:25 192:1,3
214:19 217:11
232:19,20
236:1 244:5,6
249:17 254:20
277:24 278:21
284:4 288:18
293:9 295:15,
16,19

**tumor** 168:3

**turn** 10:15
112:12 149:24
159:4 170:11
176:21 178:2
186:3,4

**turned** 249:19
309:12

**twelve** 20:24,
25 100:2,3,22
150:8,23

**twelve-bed** 25:3

**two** 10:23
17:15,19,20,
41:22 51:6
55:10 65:14,20
67:11 83:24
96:25 102:13
103:10 106:8
121:24 122:7
123:25 124:9,
12 149:15
155:19 161:5,6
162:16 164:24
170:11,15
172:1,6 177:5
195:11,13,17,
21,22,24 198:5
205:18,20,21,
24 211:21
225:12 229:4
239:11 240:12
250:16 260:7,
8,9 264:25
288:8 290:9

**two-fork** 262:24

**two-hour** 196:4

**two-step** 25:21
288:7

**type** 23:23
24:19 29:17
125:15 192:10,
13 193:18
279:12 308:17

**types** 176:2,3

**typical** 189:24

**typically** 34:12
61:11 64:23
76:15 94:22
121:5 122:19
137:12,21
138:3 139:8,18
141:16 142:14
145:2 157:5,7

165:12 167:1,
3,5 172:20
181:8 182:11,
19 184:16
185:11 191:7
219:22 232:2,
11 287:7
288:13 294:10,
12 299:5

—————
**U**
—————

**U.S.C.** 194:14
200:6 201:14
209:11 212:9

**UB** 14:8 16:9,
13 30:14 31:4,
20 32:8,17,19
33:1,3 34:4
36:6,10 45:14,
20 46:13
47:12,13 61:22
69:16 73:1
111:14 178:16,
22 197:15,20,
22 198:2,6
199:14,17
205:1,2 210:18
211:12 213:13
217:15 238:9
239:8 240:12,
15,25 241:6,12
242:2 247:18,
19

**UB-** 74:3

**UB-04** 48:10,17
65:2,19 73:10
74:8 83:17
102:25 112:14
217:16

**UB-92** 48:17
65:9 84:10,14
102:25 172:11

217:16

**UBCC** 199:13

**UBS** 35:16
245:22

**Uh-huh** 10:18
80:13,23 110:5
165:9 176:5
205:20

**uhh** 283:7

**ultimately**
45:14 82:1,19

**UM** 43:14,17
250:2,23
251:17 282:25

**unable** 13:22
231:16

**under** 10:23
46:11 170:19,
21 189:2 193:4
199:7 205:22
206:3,7 236:14
239:15 254:2
255:18 262:23
263:7 266:15
311:1

**under-documentation**
291:17,19
298:2,20

**under-documenting**
296:25

**undergo**
232:23

**underpaid**
96:20 136:2

**understand**
6:14,19,25 7:1,
2 8:9 53:15
76:12 93:10
164:22 190:21



UNITED STATES vs. HALIFAX HOSPITAL, et al.
ARVIN LEWIS on 03/05/2013

30(B)(6) VIDEOTAPED DEPOSITION OF
Index: understandable..utilization

191:2 220:11
239:14 243:8
244:16 245:5
260:10 265:15
270:21 288:19
289:2 291:25
292:7 295:9
308:24

**understandable**
295:17

**understanding**
9:8 11:5 18:13
36:15 51:5,7
73:19 74:10,18
76:3 82:7
88:12,17
101:23 103:17
105:8,22 106:6
107:1,9,14
108:2,18 112:5
113:24 117:20
118:11 124:24
125:17,25
126:7 136:9,
14,18,22
146:1, 158:8
162:14 163:15
164:13 168:23
183:16 190:23
192:3 198:1
201:20,24
205:3 210:1
211:10 227:23
230:4 235:1
239:21 240:24
246:2,24 251:7
269:13,16
272:4 287:22

**understands**
260:11

**understood**
70:6 151:4
218:12

**undertaken**
288:2 308:9

**Uniform** 49:5
66:7 67:25

**unique** 61:19
199:11

**unit** 43:6 58:9
156:7

**United** 5:20
100:24 101:16
134:1,22,25
135:7 173:21
245:17 256:20
259:8 308:19
309:22 310:17

**Uniteds** 174:2

**units** 42:7
81:19 164:4

**unless** 7:13
68:6 73:19,21
74:2 184:20

**unresponsive**
258:4 284:16
285:23 301:10
303:3,16,24
306:4,22

**until** 43:16 92:6
217:2

**up** 9:10 15:1
17:23 24:17
26:19 27:18
32:20,24 35:20
51:14,15 52:4,
17,18 55:3
59:6 60:7,10,
23 87:2 91:12
93:17 95:7,14
96:24 100:25
107:23 123:1,5
127:18,25

131:24 137:13
138:9 141:16
142:2 152:11
154:22 156:6
157:3,24
159:18 186:22
195:15 196:24
208:16 213:11
219:14,16
221:25 225:14
243:18 250:25
255:12 259:7
262:5 267:23
271:24 282:2
289:21 300:6
302:18 307:13,
16 309:5,13
311:3,5

**upcoding**
296:2,19

**UPIN** 110:12

**upon** 10:25
12:21

**upset** 295:18

**UR** 264:7

**ur-** 135:8

**urged** 278:25
279:6

**urging** 277:3
278:5

**urologist**
167:16

**urologists**
135:9 142:20

**urology** 135:9,
10

**us** 27:17 39:14
40:3,4 60:7
74:14 81:5

87:20 108:23
114:1 129:18
131:20 133:18,
20 136:2,5
138:14 142:25
164:5 175:2
193:25 208:24
215:17 233:13,
15 257:7
261:22 266:17,
23 272:1,16

**use** 27:24,25
34:9 35:7
48:24 50:18
52:11 58:21,22
59:10,14 64:5
74:7 86:1,10
88:14 96:8,9
98:12 108:17
109:5,18
114:13 119:23
120:2 122:5
124:16 127:22
129:16 139:22
140:10,19
141:11 144:5
160:6 168:17
169:22 174:12,
15 175:7
182:22,24
233:12 234:18
242:9 248:5,18
256:24 258:18
271:20 272:10
289:3,11

**used** 13:11
34:24 35:5
49:1 57:5
65:17 85:15,17
86:21 87:19,20
89:17 95:6
96:12 114:17
118:7 126:10
134:20 139:4

140:11 195:1
216:19,25
227:19 234:22
236:20 237:10,
245:16 265:8,
285:11 286:14,
16

**uses** 111:10

**using** 53:17
66:6 104:4
106:23 123:10
128:20 150:3
217:20 227:19
247:18 253:16
264:15,17,18
272:6 289:2

**usual** 163:16

**usually** 72:10
73:8 137:23
141:21 142:13
164:8 169:1
182:20 184:15
185:12

**ut** 231:13

**utilization**
43:18 44:9,12
79:18 80:1
117:5,16
248:6,13,17
249:2 251:8,
10,23,25
252:4,5,10,14,
16,20,23
253:4,11
254:3,11,17,
21,24 255:1,2,
4,8 262:17
263:1,9 265:6
267:1,3, 268:5,
21 269:4,8,24
270:8,16
272:17,22



DISCOVERY
LITIGATION SERVICES
Court Reporting • Videography • Trial Presentations
Nationwide Coverage

37 North Orange Avenue
Suite 500
Orlando, Florida 32801
321.710.2150
www.DiscoveryLit.com

UNITED STATES vs. HALIFAX HOSPITAL, et al.
ARVIN LEWIS on 03/05/2013

30(B)(6) VIDEOTAPED DEPOSITION OF
Index: utilized..way

280:20,23
281:2,6 282:20
283:5,19,24
284:23 285:3
302:9,10,16,
20,23 303:6,8,
9,13,19,20
304:1,4,20,23,
24,25 305:10,
23 306:7,16,
17,19 307:1,3,
14,20 308:3,8

**utilized** 246:8

**utilizes** 89:23
111:2

———————

**V**

**vague** 221:1

**valid** 154:17
239:22

**value** 173:4,14
175:9

**various** 7:12
14:22 23:12
24:5, 49:10
94:11,12
137:19 140:12
146:14 192:2,4
212:12 220:2
307:19 308:8

**vary** 61:7
128:25

**vendor** 92:22

**verbal** 44:22
46:8 76:20

**verbally** 12:15

**verified** 200:2

**verifies** 57:9,17
138:4

**verify** 38:14,17
53:6 57:20
59:3 141:20
151:3 198:7

**verifying** 25:10
77:17

**verse** 188:11

**version** 10:1
13:8 65:9
123:16 217:12

**versus** 75:11
93:8 98:20
129:7 151:14
230:1 268:2,20

**very** 13:20
22:18 61:9
69:11 86:4
91:1,2 96:6
116:3 130:14
136:24 143:7
152:20 186:21
205:5 215:7
228:14 249:1
251:24 254:6
261:17 271:10
309:6,7

**video** 5:5,7
67:4,6,9,12
100:9,10,12,13
102:12,14,17,
20 158:19,21,
24 159:2
177:21,22,24,
25 216:3
217:25 218:2,
5,8 225:15
228:13 230:18,
19,21,22
290:24 291:1,
4,7 308:14
311:7,10

**VIDEOTAPED**
5:1

**view** 129:5
182:8

**viewpoint**
133:9

**Vinas** 143:5
144:8 154:5
209:8,22
212:19 220:21,
23 222:8,10,
12,19 230:4
232:7,22,25

**Vinas's** 223:22

**violation** 274:5,
25 275:7

**violations**
188:13,15

**visit** 30:9,22
36:12 50:3
55:16 71:2
79:9 80:21
81:7,8 120:9,
10 121:25
155:4 161:9
167:18

**visiting** 161:8

**visits** 58:18
81:2,25 82:3,5
98:1 122:10
129:23 164:3
165:19

**void** 259:14

**voided** 261:6

**voiding** 263:15

———————

**W**

**wait** 7:7,8

**waive** 311:12

**walk** 71:14
103:24 212:16
249:10 289:6,
290:11,15
295:16 297:7,
12

**walked** 16:19
146:13 212:18

**walks** 26:15

**Walter** 290:2

**Wanda** 272:20
280:18 283:3,
4,9,15,20
284:18,21
302:15

**want** 19:3,6
39:25 43:9,10,
14,15 46:9
53:22 66:15,18
72:13 73:15
74:17,23
76:17,18 82:4
107:1 113:16
115:8,23
147:8,9 148:17
177:14 182:7
183:13 188:5,
8,10,17,18,20
189:1 201:3
218:11 222:25
223:23 225:6
226:7 240:3
243:5 247:3,25
253:24 259:6
267:21 271:8,
12 275:3
278:4,12,15
289:10,
290:11,19
295:24 296:2
298:9 300:10,

11,12 301:21
304:1 306:24
308:16 309:13,
14 311:3

**wanted** 6:12
61:13 70:6
90:11 143:23
197:25 232:17
259:23

**wants** 129:5,7
181:5 201:9
220:22 222:9

**ward** 57:5,6
72:15

**wasn't** 40:22
153:2 160:12,
13 245:2
262:21 271:3

**waste** 290:22

**wasting**
239:16,17

**watched** 42:22

**way** 6:21 37:18
52:15 62:23
66:15,17 74:1
80:16 82:5
88:11 91:13
94:21,22,25
106:1 108:17
114:15 116:6,7
131:14 142:19
145:14 161:1
171:20 177:11
187:24 188:25
194:10 205:14
209:4 245:12,
13 246:11
280:7 283:18
290:13 297:15
299:14



Case 6:09-cv-01002-GAP-TBS   Document 284   Filed 05/29/13   Page 147 of 201 PageID 15899

UNITED STATES vs. HALIFAX HOSPITAL, et al.                    30(B)(6) VIDEOTAPED DEPOSITION OF
ARVIN LEWIS on 03/05/2013                                                  Index: ways..whether

**ways** 94:21
119:22 133:21
138:22 153:12

**we'd** 247:7
257:2 262:18
263:9

**we'll** 13:12
22:19 41:22
42:1 44:10,11
50:18 75:3
103:24 110:10
115:2 150:19
243:8 277:15
280:6 299:11
311:4

**we're** 10:4
11:12 36:15
47:21 50:22
69:24 79:17
81:13 87:7
95:10 98:25
100:15 112:22
114:11 119:1,8
123:10 129:19
133:7,11,15,19
135:6,13
138:25 139:18
141:14 143:12
144:19 148:22
154:2 164:13,
14 173:12
184:24 185:16
197:5 201:24
208:14 210:18
212:23 213:3
239:16 243:15
247:23 273:7
290:13 292:18,
24 295:13
296:23 297:4,
15 311:6

**we've** 20:19
37:8 40:13

42:2 52:18
56:4,5 88:6,15
92:8 96:18
104:24 115:3
122:13,15
135:9 155:1,24
179:25 180:5
199:20 215:18
244:10,23
245:16,21,22
249:18 253:19
273:18,19,22
276:7 279:16
284:11 285:1
298:14 301:1
305:24,25
308:18

**website** 66:8

**week** 250:6

**weeks** 149:15
155:20 225:12
250:16

**Weighting**
254:3

**weird** 154:9

**well** 7:6 9:15
10:8 28:12
38:3 47:2
51:24 52:23
59:5 63:10
80:24 91:6,13
92:2,16 93:3,
17 97:4 99:24
104:15 105:4
108:15 115:13
116:22 133:7
134:19 137:17
140:24 143:1
146:16 147:4,
21 148:2
149:9,17
156:14 159:11

160:1,9 161:24
163:23 164:18
165:5 166:20
169:13 181:14,
184:22 187:24
188:6,16 189:4
200:9 201:2
206:18 211:21
217:24 220:20
221:16 227:22
231:25 235:14
237:25 239:13
242:12 243:7
249:10 251:16,
22 253:17
256:10 258:12
261:13,23
263:12 268:11
273:7 276:21
277:2,15
279:11 283:7
284:5 287:11
289:18 290:9
292:2 294:23

**went** 11:10
38:8 40:17
91:19 116:4
117:9,23
119:21 134:18
151:6 152:24
186:11,22
191:16 192:21
247:23 258:15
262:12 266:8

**what's** 8:6 23:4
28:9 42:6
63:21 85:10
198:18 206:13
242:24 245:11,
20 278:17
280:12 281:22
300:16

**what-** 177:8

**what-happened-that-quarter**
158:10

**whatever** 16:21
26:8 28:25
43:8 57:2 64:1,
6 69:14 70:11
76:21 77:12,16
121:25 140:2
142:15,23
153:18 158:14
177:8 192:15
214:22 258:17
274:18 306:6
307:2 309:13

**wheels** 27:25

**whenever**
309:14

**where** 23:9
26:14 27:18
34:25 41:2,12,
17 42:8 47:17
48:18 49:10
50:24 58:13
75:3 81:4
86:17 87:10
89:9 92:11
93:12,24 94:11
97:6 98:21
100:23 104:5
105:7 107:25
109:13 114:16,
20,21 124:17
132:19 133:16
134:18 138:19,
21 143:16
145:1,12,13
149:15 152:13,
20 154:14
155:2 156:10
160:15 161:20
168:13 172:11
175:16 176:2,6
178:17 180:2,

what-ever 86:25
187:12 188:7
189:21 191:13
197:7 202:5
206:23 209:7
210:13 211:20
214:3,25
242:22 243:7
261:8 263:2
266:13 267:11
269:20 278:25
279:6 281:10
295:25 297:4
300:22 308:8,
11

**whereby**
311:11

**whereupon**
311:14

**wherever** 185:6

**whether** 10:1
11:7 24:19
25:10,19 26:2
33:6 38:1,23
42:14,15
44:16,17 75:13
79:23 95:10
99:18 102:3
107:1,11 121:1
132:24 150:16
154:3 160:20
161:3 162:7
168:25 173:20
208:4 209:9
212:7 213:16
217:20 225:18
231:13 234:3
236:1 237:15
250:5,6 257:22
266:1 273:21
274:17 275:18
276:5,12,13
281:7 285:21



UNITED STATES vs. HALIFAX HOSPITAL, et al.
ARVIN LEWIS on 03/05/2013

30(B)(6) VIDEOTAPED DEPOSITION OF
Index: which..witness

286:15 287:1 288:2,3 289:9 298:15,18 303:6 307:14, 15 308:6

**which** 9:1 13:22 14:4 15:19,20 16:10 19:13 20:18 22:16 23:8,11 28:3 29:23 30:21 32:11 35:23 36:3,7,8 38:4,12 44:13 46:5,21,22 49:14 50:20 51:14 52:12 53:4 54:2 55:15 64:23 65:2,7,9,21 69:18 70:22 72:21 74:23 75:9,12 77:6 85:16,17 86:3 87:18 88:4 89:14 92:6 93:14 95:2,5 97:17 103:1 104:25 107:12 109:23 110:16 112:5,9,24 115:9 123:13 136:23 142:3,4 144:16 166:15, 18,19 170:18 172:10 173:2 175:14 176:4 178:22 179:1, 2,4,15 182:9 199:6,7 201:14,18 202:1 204:18 205:5,17 206:2 207:3,4,12

209:17 210:2 216:20 217:11, 218:22 220:1 232:6 258:1 262:9 266:21 267:5 275:23 283:6 284:1 288:20,22 310:2

**while** 30:19 42:9 45:6,7 53:2 200:19 263:22

**who** 8:21 14:10,13,15, 16,17 15:18, 23,25 16:19 25:6 29:10,11 31:12,14 33:5 37:13 38:7,16 40:18 44:7 45:10 47:6 49:12 50:3 56:16 57:24,25 58:1,5,7 66:13 71:11 79:12 89:16,22 107:25 108:2, 17,20,21,23 110:15 121:18 122:25 123:17, 18 124:2 126:5 129:7 139:1, 11,25 159:12 160:14,21 161:7 162:17 169:8,14 170:5,6 171:11 175:20 179:16, 22 181:16 182:1 199:23, 24 208:2,3,8 211:3,18 215:2 216:14 234:4,5

242:1 243:4 255:8,12 258:11 267:24 274:3,22 279:20 283:8 284:23 288:18 294:17,23 295:9

**who's** 24:3,8 32:5 51:11 64:21 88:15,16 129:1 146:19 169:20 300:17

**whoever** 45:1,9 73:25 75:24 118:5 152:8 232:5

**whoever's** 70:23 215:15, 20

**whole** 5:15 62:1 94:10 249:11 290:20

**whose** 66:25 132:14

**why** 8:2,4 21:14 75:2 92:3 96:8 102:10 143:12 150:18 177:20 188:12 217:7 224:9 238:18 243:5 265:15 279:18 282:1 289:3

**WILBANK** 5:23 275:25

**Wilbanks** 5:23

**will** 5:9,15 7:8 10:15 13:10 20:12 39:17

43:22 44:24 47:11 48:1,12 55:24 56:15 58:6 60:23 120:7 121:22 127:6 149:13, 18 164:5 182:10,15 201:1 214:23 225:1,22 226:5 236:24 238:20 253:10,21 267:12,24 268:22 271:9 275:18 283:6 289:1 290:16 295:4,18 296:11 307:22, 25 308:6,7,19, 20 309:8

**William** 206:19, 23 207:20,21

**willing** 134:25 290:7

**win** 257:21

**wind** 91:12 159:18 186:22 219:14

**withdraw** 225:22 227:7 236:11 278:3 297:14

**within** 15:7,18, 19 25:2 30:1,7, 9,10 51:13 52:6 54:1,3 57:7 61:2,5 63:16 66:17 70:19 71:22 73:24 85:16 87:11,12 94:16,19 95:20

108:5,7 117:11 120:22 128:13 143:6 156:20 164:11,20 178:17,25 199:9 209:19 234:21 236:20 237:10,12 275:13 306:12

**without** 20:16 154:12 178:11 237:21 286:6 296:11

**witness** 5:9,17 8:5 9:10,15 10:3,5 11:24 18:16,19,25 19:2,17,21,24 20:4,14,25 21:4,8,11,13 22:23,25 26:18 27:3 28:22 29:15 31:18 32:10 36:15 37:8 46:5 48:22 49:16 50:7,14 53:25 56:22 58:21 61:22 62:9 65:13 67:19 68:12,24 70:17 71:14 76:3 80:8 82:7,24 90:1 100:7 101:9,15,17 102:8 103:10, 22 105:11 106:1 107:6 110:10 126:21 129:3 131:12 136:13,22 149:10 155:7 156:5 157:7 161:14 162:6



**DISCOVERY**
**LITIGATION SERVICES**
Court Reporting • Videography • Trial Presentations

Nationwide Coverage

37 North Orange Avenue
Suite 500
Orlando, Florida 32801
321.710.2150
www.DiscoveryLit.com

169:17 171:5
172:15 175:20
180:14 181:19
182:7 189:2,5,
15,17,18
190:3,13 191:2
192:8 193:12
194:25 195:3,
21 196:9
200:11,15,18,
24 201:4,24
203:11,15
206:12 207:2,
10,17 208:1,11
209:2,13
210:8,16
212:21 213:20
214:6,15 215:6
216:10 218:19
219:22 220:16
221:7,18
222:19 223:8,
16 224:4,19
225:4 227:14
228:15 229:17
230:8 231:2,21
233:3,15
234:2,13,21
235:4 237:3,7,
11,21 238:12
239:9,21
240:3,24
241:6,18
242:9,15
244:13 245:8
246:5,7,17
247:7 250:21
251:5 252:13
254:23 255:1,
9,22 256:3,16,
23 260:14
261:15 262:12
263:21 265:18
267:14 268:4
270:5,24 271:4

272:22 273:16
274:8 275:3,9
276:16, 277:24
278:12,19
279:5,23
282:10 286:13,
25 287:16
288:11 289:16
290:7 292:2,
11, 293:18
294:21 295:8,
14 296:16,22
297:11 300:19
302:23 304:4
305:13 307:11,
25 308:18
309:6, 311:11,
13

**witnesses**
196:14 310:12

**won** 257:25
259:17,22
266:20

**won't** 19:19
219:11 220:3

**Wood** 5:21
19:11,16,18,24
20:2,3 217:7
218:10 219:2,
7,18,24 220:9,
10,19 221:2,4,
11,16,20
222:6,15,23
223:10,18
224:6,16,20,21
225:6,10,14
226:7,12,18
227:7,9,18,25
228:7,13,21,23
229:1,3,7,10,
21,24 230:11,
16,23 231:7,23
233:6,11,21

234:8,17,24
235:11,17,23
236:8,23
237:1,6,14,23
238:14,18,24
239:12,23
240:2,10
241:2,13,19
242:11,17
243:21 244:2,
14,18,24
245:10 246:21
247:9 253:3,7,
9,15,17,20,23
254:16,20
255:6,24
256:9,18
258:3,5,22
259:5 260:16,
24 261:16
263:17 264:9
265:19 267:16
268:8 270:12
271:1,6 273:2,
25 274:10
275:5,17,24
276:1,9,18
277:1,7,21
278:1,14,23
279:7 280:3,8,
11 281:15,18
282:13,15
283:13 284:15,
17 285:5
286:19 287:12,
17 288:5,17
289:18,20
291:8 292:6,
12,20 294:16,
22 295:2,12,
16,21,23
296:8,18
297:1,13,20
298:11 301:9,
11 302:5,19

303:2,4,15,17,
23,25 304:7,17
306:3,5,21,23
307:8,17
308:5,13,23
310:14,22

**word** 84:13
234:18 247:11
265:9,11

**wording** 83:6
154:9

**words** 227:19,
20

**work** 29:1 33:6
34:21 35:1
39:5 44:9
52:10 53:25
54:2,5,6 58:14
60:22 61:11
80:15 105:4
118:12 129:15
133:9 145:14
150:4 152:1,2
163:5 167:18
168:19 183:6
187:20,25
208:6 248:10
249:6 252:4,22
263:21 264:25
266:10 267:4,7
284:12 299:17
301:24 305:3,
14 306:10
308:11

**worked** 116:19
153:17

**working** 25:15
53:16 69:12
177:7 210:20
246:24 247:4

**works** 14:8
52:25 66:20

76:25 115:1
116:12 136:15
237:2 273:6
289:13

**worksheet**
9:11,16,19
10:8,11,12
11:3,18,19
12:3,7,9,10,21
137:24

**world** 31:18
143:4 223:1,21
224:9

**worry** 20:4

**wouldn't** 38:1
72:19 73:10
91:9 96:15
147:3 157:19
171:6 210:25
211:3,4,8
223:17 233:15
277:14

**wristband**
55:19

**write** 57:4 58:5
70:23 71:21
72:15 132:2,3
177:16 220:17
252:8

**writeoffs** 175:1

**writes** 70:21

**writing** 104:23
110:15 114:2
300:16 301:14
302:2

**written** 44:21
46:8 57:7
72:10 163:21
305:11 306:8
307:5



UNITED STATES vs. HALIFAX HOSPITAL, et al.
ARVIN LEWIS on 03/05/2013

30(B)(6) VIDEOTAPED DEPOSITION OF
Index: wrong..§1395l(q)(1)

**wrong**  257:8,
14,15 266:24
302:19

**wrote**  49:24
109:4 205:11

—————————

**X**

—————————

**x-ray**  26:8,13
28:14,25
76:17,18 77:6
192:21

**x-rays**  26:1,15
28:18

—————————

**Y**

—————————

**y'all**  236:9
253:18 273:6

**yeah**  9:12 10:3
21:8 27:15
32:14 38:1
43:19 85:5
112:23 154:4
171:5 183:24
206:12 208:1,
19 214:21
225:8 254:9
265:20 267:17
277:12 284:22
308:15 310:14

**year**  90:24
91:1,10 96:25
97:13,16 98:6
142:9 153:14,
16 158:1,7
163:23,24
164:10,12,20
165:7 256:20
258:8,24 260:9
267:2 280:20
285:16,25

**years**  37:22
49:2 96:25
97:2,11,23
98:10 118:9
133:10 163:22
173:10,17
188:8 258:16
259:9,10,11
260:3,5,7,8,9,
19 261:3
265:24 272:9
281:8 284:14
285:1 309:15

**yet**  26:19 40:23
152:18 174:19
243:11 296:9

**you'd**  8:16
41:17 48:24
109:14 189:4
214:21 239:23
258:18 275:9

**you'll**  102:24
103:22 198:24
244:25 280:13
287:18 289:14
295:4 297:7,12

**you're**  8:2,10
10:8 11:18
12:7 18:13
27:23,24 38:10
50:20 61:23
69:7,8 78:15
80:11 83:5,7
86:3 92:7
96:11 106:23
108:18 130:12
132:22 133:2
135:1 137:17
141:11 142:17
147:13 148:17
150:21 164:6,
16 166:3 167:7
169:13 172:2

180:6 184:13,
19 190:14
192:2 202:16,
25 203:23
204:18 212:10
221:3 226:19
227:15,16
234:10,18
235:10 238:1,
12 239:14,15
244:17 245:12
246:5,11,18
250:16 273:19,
21 277:17
282:7 296:25
301:21 306:25

**you've**  6:11
38:8 40:10
52:23,24 83:14
93:9 127:3
144:11 178:3
225:11 247:1
269:18 270:14
291:10 296:9
300:11 307:21
309:15

**yours**  311:5

**yourself**  245:1
309:16

—————————

**Z**

—————————

**zero**  156:25

—————————

**§**

—————————

**§1395l**  200:6
201:14

**§1395l(q)(1)**
194:14 209:11
212:9



## A

**ability** 259:6
**able** 38:1,17 72:12
  96:9 97:12,22
  131:12,14 147:3
  171:6 176:22
  239:14,22 245:8,18
  245:20 247:20
  250:12 258:19,23
  258:23 261:22
  262:8,19 263:10
  297:8 301:22
**absolute** 218:16
**absolutely** 177:14
  226:10,10
**abstracting** 53:4
  120:17
**abuse** 308:17
**accepted** 134:4
**accepting** 39:18
**access** 14:15 15:17
  22:25 23:20,23
  24:13 27:13,25 51:9
  64:4 76:9 79:2
  116:6,15 120:4
  169:20 179:8 200:3
**accomplished** 283:19
**account** 23:6 24:8
  28:25 29:2,5 30:10
  34:13 40:15 44:24
  51:12 54:15 55:15
  56:8,15 59:22,24
  60:11,12,13 78:6
  79:25 118:14 120:8
  122:9 123:2 124:5
  130:16 131:24
  157:13,18 185:8
  191:12 259:14,15
  266:19 269:9 272:5
**accounting** 127:23
  138:4 139:6 141:22
  175:7,8,10,12
**accounts** 23:4,5 54:2
  121:20 127:25
  130:23,24 136:6
  150:23 151:14
  166:6,6,10 174:18
  174:19,21,22
  191:11 264:24

  276:17 278:20
**accrual** 175:12
**accrualbased** 175:10
  176:21
**accruals** 175:13
**accuracy** 82:21 101:7
  101:10
**accurate** 9:13 58:15
  83:22 84:5,18 85:1
  120:20 126:19
  153:8 165:8 171:22
  194:23 195:12,19
  314:11
**accurately** 106:11
**acknowledgment**
  244:8
**act** 188:15 274:5,24
  275:7 301:22
**action** 1:3 309:17
  313:10,10
**actions** 288:2
**active** 91:2,2 257:11
**activities** 4:15
**activity** 300:6,6
**actual** 13:19 36:5
  77:4 89:19 93:25
  117:5,18 124:8
  127:22 129:1
  130:12 132:19
  139:12 166:1
  167:18 185:8
  189:11,12 217:12
  252:4,22
**ad** 221:12,21 222:3
**adam** 2:11,13 5:19
  313:12
**add** 115:23 120:15,16
  141:16 247:25
  249:16 300:12
**added** 77:21
**adding** 87:7 135:19
**addition** 56:13
  258:18
**additional** 14:9 23:9
  33:25 36:11 42:4
  52:3 59:1 77:1
  113:16 182:15
  183:6 195:22
  199:17 216:24

  217:4,14,23 240:25
  241:3 249:8,12
  288:2 292:14 300:4
**address** 23:25 132:25
  262:25
**addressed** 112:14
  145:17
**adjacent** 26:18
**adjudicated** 156:22
**adjust** 187:11
**adjustments** 130:24
**administer** 232:9
**administers** 115:17
  115:19
**administration**
  115:11,15 118:20
**administrative** 14:12
  16:18 176:13
  196:17 197:1
**admission** 24:2 28:10
  55:17 66:24,25
  68:22 74:22 79:21
  122:7 193:15,16
  220:17 271:17
**admissions** 66:21
  74:21 269:12
**admit** 24:3 43:9
  44:11,23 45:3,10
  49:25 63:11,13 64:2
  69:23 104:23
  105:18 242:22
  268:14 269:21
**admits** 161:21 267:10
**admitted** 41:23 42:11
  42:23 44:2 45:2,7
  45:22 46:6 49:19,23
  51:24 62:21,21,23
  63:1 75:10 89:3
  107:21 125:2
  160:22,23,25 161:4
  161:23,25 162:18
  167:12,13,24
  172:21 186:23
  193:12,15 267:18
**admitting** 24:4 42:25
  44:13 45:4,12,15
  46:14 47:4,14,15
  64:6,7,14,14,16,18
  64:20,22,24 65:1,21

  66:23 67:15,16,20
  69:19 70:9,12 71:4
  72:2 74:15 75:11
  78:14 88:15 89:13
  104:13,16,19,21
  105:17 106:8,12,12
  106:15,20,23 107:3
  107:19 108:4,11
  112:18 117:10
  125:8 159:12
  160:17,21 161:15
  161:15 162:7
  166:18,22 168:1,5
  169:11 171:19,24
  220:4 223:8
**admonished** 226:24
**advanced** 152:22
**advantage** 174:3
**advisor** 262:16 269:7
  278:21
**advisors** 264:16
  271:20
**aetna** 133:25 134:24
  135:6
**affiliated** 55:7
**affiliations** 5:11
**affirm** 5:14
**afternoon** 239:9
**age** 182:21,24 185:12
**agency** 115:11,14,17
  115:19 118:19
**aggressive** 268:4
**ago** 8:20 118:9
  239:10,11 240:6
**agree** 84:20 141:23
  165:4,16 168:7,10
  254:9 287:9 291:21
**agreed** 287:8
**agreement** 4:13
**agreements** 188:12
**agrees** 161:10
**ahca** 115:23,24
  118:12
**ahead** 7:15 9:22 19:6
  19:8 21:14 47:24
  67:2 70:14 85:20
  102:10 104:2
  145:18 158:17
  163:18 189:4 204:9

204:16 310:10
**aimed** 269:25
**al** 314:4
**alisa** 14:13
**allegedly** 306:7 307:3
308:9
**allocation** 254:2
**allow** 138:14 232:4
257:7 268:22
**allowed** 221:3 226:19
298:6
**aman** 8:23 17:12,14
**amended** 4:3
**america** 1:4 2:10
**amount** 98:7,19
118:24 132:23
137:1 138:3,17,17
138:18 141:15
174:25 175:1,1,1
193:3 259:7 260:18
261:18
**amounts** 98:10
**analysis** 168:25
**andy** 89:21 90:4
**anesthesiologist**
181:12
**aneurism** 159:24
**annotate** 121:24
201:25
**annotated** 77:8
213:12
**annotations** 199:14
217:21
**annual** 119:15
126:16 127:4 137:8
137:15 140:20
142:14,15 157:24
158:3,5 173:6
259:21 260:20,24
262:2
**annually** 137:16
157:10
**anrp** 152:18
**answer** 6:16 7:1,8,9
7:14,15,20 12:16
14:24 26:12 35:2
38:22 78:9 86:11
97:25 106:17
116:14 133:20

143:14 144:3 146:6
148:10,13,20,23
149:8,10,12 150:17
155:8,12,13,18
166:4 171:6 172:11
178:11 188:18
189:18 190:25
200:12,14,16,18,24
201:1,4 202:10,11
203:7,9,13,14,18,25
204:14,16,23
206:12 214:11
216:6 221:5,18,20
222:2 224:5,7,8,17
224:19 225:5,7
226:8 227:22 228:8
229:8,10 230:14,15
234:3 236:2,4,24
237:2,18,21 240:3
242:10 243:5
244:25 245:1,2,8,11
245:13,18 246:12
246:13,20 247:2,3
247:21,25 248:24
253:10 258:3 259:2
259:4,24 260:1,23
261:2 262:4 268:9
268:18 271:4 275:9
277:19,24 278:12
278:15,17 280:4
281:22 284:15
288:7,9 295:15,20
296:13 297:11
300:12 303:2,15,23
304:14 306:3,21
**answered** 15:25
180:13 202:24
203:5,8,10,16 204:6
204:14 214:5
236:22 244:4
286:13 300:9 304:3
**answering** 189:5
200:20 201:3
289:16
**answers** 222:4
239:15 309:10
**anybody** 32:22 86:12
99:20 126:8 144:5
**anybodys** 173:11

309:18
**anymore** 42:9 126:2
**ap** 139:24
**apologize** 25:5 27:9
50:17 69:21 141:24
161:25 287:21
**apparently** 13:22
277:5 278:7 279:2
**appeal** 257:19,22,23
**appealed** 259:20,22
**appear** 150:9 154:8,8
154:10,11 206:7
**appearances** 2:1
**appeared** 150:23
154:8 312:7
**appears** 13:2,22
106:24 150:1,3
151:11 187:24
**apples** 92:12
**applicable** 235:19,20
**applies** 23:6 29:6
46:23 241:11
**apply** 167:14 168:18
313:15
**appointment** 82:14
**appointments** 82:15
**appreciate** 6:17
13:13 15:3 27:8
35:4 43:20 115:6
126:12 173:9 201:5
201:8 205:16
217:13 270:13
**appropriate** 23:6
26:25,25 27:12
70:13 89:11 161:9
162:2 257:6 265:22
268:7
**appropriately** 19:25
241:16 274:15
**approximately** 5:5
17:25 67:4,9 100:9
100:12,19 102:12
102:17 158:19,24
177:21,24 217:25
218:5 230:18,21
290:24 291:4,13
311:7
**ar** 174:20,21 175:2,9
176:16,23,25

**area** 27:18 90:17
118:22 119:17
128:24 139:21
179:12 181:13
199:3 275:14
288:25
**areas** 41:1 92:21
128:3,9,18 137:23
202:5 283:17
**arent** 85:18 133:2,5
147:19 215:16
218:15 224:25
226:3
**argue** 19:18,21
**argued** 261:8
**arrival** 63:20
**arrived** 37:10,21
251:22 252:19
270:25 271:19
280:24,24 302:13
302:24 303:10,13
303:21 304:5,9,10
304:19 305:4,13,19
306:20
**article** 275:20 276:6
**articles** 276:11
**articulating** 71:15
**arvin** 1:14 3:3 5:1,7
6:4 56:6 64:6 67:6
67:11 82:13 89:3
102:14,19 120:10
121:3 158:21 159:1
185:10 218:2,7
283:6 291:1,6 311:9
312:7 313:6 314:5
314:20 315:25
316:25
**arvins** 77:16
**asc** 185:3
**asked** 14:7,25 92:16
92:18 93:11 114:20
146:14 147:23
155:20 159:4
173:11,16 178:15
180:12 194:20
195:2 196:16 201:2
201:4 202:24 203:5
203:10 204:2,13
214:5 223:21

236:21 244:6 247:1
250:11 258:15
261:13 279:16
282:7 304:3
**asking** 38:4 57:2
93:19,21,21 147:14
151:5 155:14,16
166:3 184:19 190:4
190:15 191:23,24
201:6,10 202:14,25
203:21 204:18
212:10 220:9
221:13,14 222:24
225:16 227:17
234:25 235:1,10
237:15 238:2,12,15
240:17 241:12
242:21 244:17
246:18 250:15
254:21 256:4
261:12,17 266:14
268:11 269:15
271:10 277:17,18
278:24 287:13
302:12
**asks** 220:25
**assess** 285:8
**assesses** 26:5
**assessment** 285:8
**assign** 193:24
**assigned** 25:3 56:25
193:22,23 279:21
**assigning** 58:17
**assignment** 53:1,2
314:2
**assist** 279:25
**assistant** 14:12 16:18
25:8,9,12 26:4,24
176:13 196:17
**assistants** 197:2
**assume** 7:1 11:12
103:12 165:11
193:7 237:18
241:18 289:22,23
290:4,7 305:5
**assuming** 95:3
184:16 204:21
237:17 246:23
**assumption** 98:2

103:15 146:10
166:3 237:22,24
**astrella** 4:17
**atlanta** 2:4,8
**attached** 4:21 100:20
310:4
**attachment** 4:4,5
**attempt** 301:6
**attempting** 80:10
100:23 243:10
277:19
**attending** 15:22 16:6
16:20 24:4 30:1
31:14,20 32:3,10,13
32:18 33:2 45:4,12
45:19,22 46:5,14,14
46:22 47:15 49:13
49:18 50:5 65:1,15
65:19,21 67:19,22
68:2,5,9 69:4,10,10
70:9,11,12,15 71:12
71:19,19 72:1,2,6
73:3,9 74:11,14
75:9,11,22 76:1,5
76:22 78:17,19,24
79:2,24 88:10,13,16
88:18,22 89:8,10
103:5,18 104:11,12
104:19,21 105:8,12
105:14,23 106:8,13
106:15,23,25 107:2
107:2,16,19,19,24
108:11 109:1,2,23
110:2,8,17 111:18
112:1 114:3,4,6,9
114:14,24 117:10
123:12 124:5,6,25
125:6,10,11 126:8
159:12 160:18
161:12 162:17
163:2 165:24
166:11,13,17,17,18
166:22 167:3 168:5
168:8,11 169:1,5,9
169:10,24 171:1,9
171:10,14,16,21,24
172:12,19 178:24
179:4,10 185:24
197:4,10,11 199:15

199:18 201:18
202:1,11 205:3
206:24 207:3,7,11
207:22 208:2,14,15
209:8,21,23 210:3
212:6 213:6,13,21
213:25 215:1,8
216:1 221:9 222:20
223:12 234:5,6,15
238:7 239:5 240:21
241:10,23 242:2,15
243:1,14,16,19,25
245:22 247:12
**attention** 159:4
**attestations** 282:20
**attorney** 7:7 11:5,10
11:15 12:7,10,15
100:5 150:16 171:5
313:9,10,12
**attorneys** 1:19
188:13
**audibly** 6:16
**audit** 144:13 285:7
285:11,15,25
286:11,22 287:10
287:10,23 288:1
290:1 291:10
292:13,14 301:14
302:2
**auditor** 297:23,23
299:2
**audits** 286:22 287:19
294:18 298:13
**authored** 275:23
**authority** 312:6
**authorization** 60:8
**authorizations** 117:4
117:16 232:4
**authorized** 313:5
**automated** 131:1
135:25
**automatically** 23:3
55:3
**availability** 96:21
**available** 89:5 96:2
141:2 177:13
**avenues** 232:20
**average** 187:14,20
**aware** 33:3 61:22

62:9,16 66:23 68:8
68:15 102:8 132:18
146:15 154:25
155:16,23 159:16
215:9 216:10,13
227:10 228:3
229:13 248:2
253:13 255:11,23
256:6,16,23 265:4
280:22 281:9
282:22 283:1,4

**B**

**b** 1:7,14 2:6 4:3 5:2
6:4 8:7,8,17,22 9:9
10:17,24 12:23,24
13:16 137:18 146:4
147:15 149:7 155:6
170:19 178:17
206:3 208:21 209:1
220:15 224:15
225:9 239:19 246:5
246:7 248:20
250:21 251:5
254:16,22 255:9
258:21 301:25
310:4 312:7 313:6
314:5
**back** 18:11 22:14
25:25 29:2 38:3
39:14,17,21 40:2
43:9 50:2 53:2
67:11 69:9 73:9
81:2 82:10 83:14,17
84:14 94:25 95:1
96:3 97:5 100:13
102:20,23 105:6
116:15,20 130:7
134:18,21 136:8
149:12 152:8,23,24
153:20 156:19,22
156:23 157:12
158:13 159:1,11
160:4,5,15 161:9,23
162:2,3 166:4
177:25 183:1,2
197:8,17 202:6
203:17 205:17
218:8,21 225:21
227:1 228:1,16

229:4,11 230:22
232:16,18 237:6
238:25 239:19
240:7 244:18 247:7
247:10 251:18
256:19 257:20,22
257:24 258:7 259:7
259:16,18,19,20,22
260:6,17,18 261:9
261:15,18,21 262:2
262:6,6 266:8,9,16
266:17,18,25 271:8
279:19 280:18
282:21 284:18
285:8,16,25 287:3
291:6 296:16
298:13,16 303:11
303:12 305:23
306:15
**background** 126:14
**bad** 308:7
**badger** 189:2
**badgering** 189:14
203:11 308:18
**bag** 167:21
**baked** 157:25
**baklidkunz** 1:4 2:2
**balance** 127:22
175:11 176:19
**balanced** 262:5
**ballparks** 90:25
**bank** 40:15 118:14
130:16
**banned** 83:2
**bar** 55:18,19 56:2
**base** 136:19,20,23,24
137:6 138:1,18
140:3
**based** 23:4 24:18
30:17,25 39:10 43:4
43:4,11 59:8,12
70:10 80:5,8 81:18
117:1 134:6 136:19
136:23 137:2 138:1
138:2 157:2 158:12
161:3 163:4 164:12
164:21 165:23
166:9 175:11
182:24 185:12

193:2,25 210:25
216:14 217:5
231:10 248:12
265:21 269:9 272:8
272:15 294:10,13
**basic** 136:9,14,14
**basically** 188:7
**basis** 13:23 34:22
62:15,17,24 75:25
78:16 79:16 87:3
137:15 149:10
158:10 167:23
173:6 175:12 177:6
180:4 187:23
189:24 260:20
262:2 301:18
**batch** 56:9
**bear** 295:18
**bedded** 193:14
**beds** 115:23
**bedside** 27:25 56:3
**beginning** 5:6 67:10
83:25 84:2 102:18
158:25 216:18
218:6 291:5
**begins** 112:13
**behalf** 2:2,10,14 8:10
8:17 9:2 18:13,22
20:7 21:18,21,24
22:2,5,9 93:24
99:25 100:17
**believe** 17:18 18:7
20:20,21 29:25 30:2
31:14 33:16,18
34:19 35:13 36:19
37:21 38:14,18,24
41:1 47:2 49:4,11
81:19 83:9,12 84:3
84:5,6 91:25 92:14
94:6 96:2,11 97:4
97:14 98:6,11
104:20 105:2
107:23 111:5,13,15
112:14 113:3,14
116:25 118:8
121:20 124:1
125:14 126:9
127:20 129:3
131:16,23 137:1,14

143:1 144:4 146:11
151:19 152:19
166:5 167:20
174:13 192:8,9
194:25 198:3 199:8
199:15 203:8
204:19 205:6
209:18 210:16
211:15 213:10,11
214:16 217:16
218:19 234:13
235:12,21,24
239:13 241:7,8,11
243:17 256:7
257:18 263:7 265:4
272:12 274:23
276:3 281:20
284:20 286:13
291:24 299:8 300:9
301:4 305:2 308:1
308:24
**believed** 244:4
**believes** 274:3
**belong** 232:2
**belongs** 232:5
**beneficiaries** 173:6
173:16
**best** 26:6 52:15 83:7
242:9 246:12 247:8
247:21 261:2
**better** 90:3 214:21
226:25 235:10
249:5 283:21 285:2
**beyond** 16:13 148:5
210:12 274:6 275:1
**big** 66:8 123:8 134:25
176:18 266:14
**bill** 31:8 59:24 60:17
60:17 66:7 81:5
126:22,23 129:24
131:13 135:1
152:25 160:7
183:19,21,22 186:7
186:8,9 187:8,24
191:17,21,23 192:5
192:10,14 193:18
199:5 263:12,13
**billable** 47:20 150:10
**billed** 98:17 119:7

145:9,11 152:5
154:17 174:19
187:7,17 189:25
190:5 193:20 257:8
257:9 263:3,3
299:16
**billers** 298:21
**billing** 14:16,18 15:8
15:20 33:7,7,15,21
35:6 43:20 44:5
49:5 66:14 67:25
70:2 77:4 84:7,8
96:8,13 99:1 104:10
109:9 117:8 120:1,3
120:18 121:19
122:16 123:11
124:18 125:20,21
131:5 139:7,12
150:4 153:17
159:11 166:14
170:5 185:16
193:14 234:23
263:2,11 269:2
274:18 275:11
287:6 288:12,21,22
288:23,24 293:20
293:21,22
**billings** 150:12
**bills** 186:6
**binder** 128:14,23
131:16,19,23 141:4
141:9,11 174:16,24
175:17,23
**biographical** 27:14
**biopsy** 210:19,19
**biscayne** 2:20
**bit** 18:21 52:20 105:1
114:10 176:17
263:14 295:17
309:15
**biweekly** 267:6
**blank** 197:15,15,20
197:20,21,22
217:17,18,20
310:19
**blend** 29:20
**block** 98:17 123:8
151:22
**blocks** 89:12 266:14

**blood** 159:25
**bluecross** 35:24,25
   98:22 129:18
   131:20 133:25
   134:22,24 135:6,12
   135:14,20 136:2,4
   173:20
**bluecrosses** 174:2
**blueshield** 133:25
**body** 100:18
**bold** 254:5
**bolded** 199:3
**bonus** 136:19 137:5,9
   157:2,3 158:6
**bonuses** 224:23 226:1
**book** 66:8 173:23
   174:10,11 176:18
**boon** 4:13
**bother** 309:14
**bottom** 49:14 111:19
   111:23 124:1,8
   164:4,6 254:6
**bought** 33:18
**bound** 128:15
**box** 49:14 65:16 88:9
   103:17
**boxes** 74:5 247:23
**branch** 139:25
**break** 7:17,20,21
   35:2 67:3,8 70:7
   74:20 102:11,16
   150:19 158:23
   174:11,12 177:23
   179:19 191:4 218:4
   230:16,17,20
   290:21 291:3
**breakdown** 174:14
**breakdowns** 174:15
**bridge** 34:20
**bridges** 2:7
**briefly** 6:12
**bring** 63:8 218:17
   310:12
**bringing** 215:17
   218:15 226:14
   227:4,12 228:5
   229:15 232:25
   233:9,12,15 263:23
   263:24 264:3 265:1

**brings** 233:22 285:19
**broad** 2:19 276:3
**broadandcassel** 2:22
**broadly** 168:17
**broke** 90:23
**broken** 65:19 127:12
   127:14 140:12
   174:16
**brother** 230:14
**brought** 151:9
   154:22 182:12
   233:24 234:4,4,4
   303:11,12 305:22
   306:15
**brush** 15:1
**bucks** 132:16,17
**build** 66:16 88:2
**built** 34:10 52:22
   60:19,19 61:2 86:4
   133:23,23
**bulk** 97:17 107:25,25
   108:3
**bunch** 139:19 196:4
   301:20
**bundle** 81:14
**bundled** 61:2 81:8,16
   82:4 124:19 127:25
   137:13
**bundles** 35:20 81:5
**business** 98:12 119:9
   127:14 128:10,20
   133:13,14 134:3
   173:23 174:10,11
   309:17
**button** 60:12
**buying** 35:19

─────────
**C**

**c** 194:14 200:6
   201:14 209:11
   212:9
**cabinet** 55:23
**calculate** 127:4 137:9
   139:5,14,22 140:20
   141:21 260:18
   262:1
**calculated** 137:14
   158:6
**calculates** 119:15
   173:4,14

**calculating** 126:15
   141:14,15 261:18
**calculation** 59:17
   135:13 140:3 157:8
   173:9
**calculations** 135:17
   135:20 157:9
**calendar** 256:20
   258:8,24 259:8
**call** 17:17,20 27:19
   30:20 34:20 43:9
   53:4 55:11 57:5,6
   57:19 59:23 63:13
   70:23 72:11 81:1
   109:1,2 137:2
   139:24 159:21
   165:22 188:1
   215:15,20
**called** 13:18 23:8
   27:19,20 32:17 45:4
   46:22 49:4 57:5
   58:22 60:17 85:24
   86:8,22 106:15
   118:8 119:23
   120:17 124:10
   159:22 161:22
   172:3 215:21
   252:16
**calling** 10:19 92:12
**calls** 27:20 156:3
   171:3 201:22
   206:10 207:1,24
   215:4 220:7 222:17
   223:6 226:16,20
**campus** 106:21
   122:23,24
**campuses** 229:20
**canned** 90:6 222:4
**cant** 7:20 12:6,12
   59:8 76:12,14 83:15
   89:14 94:18 97:15
   104:8 114:18 119:6
   130:11 133:12
   152:9 157:10 164:1
   164:3,16 172:6
   177:14 184:10
   190:25 202:10,10
   204:23 206:12
   208:4,16,19 209:3

212:12 230:13
   234:3 237:21
   239:10,20 244:25
   246:3,20 250:5
   255:4 259:24 261:5
   263:12 269:1
   272:13 285:20
   289:6,7 290:15
   291:21 296:22
   297:11 302:25
**cantankerous** 90:4
**capability** 97:8
**capable** 258:11,12
**capacity** 147:14
   155:15 174:6
   248:20
**caption** 314:3
**captioned** 314:9
**capture** 23:1 24:7
   46:21 47:21 53:13
   54:11 64:6 65:5
   66:22,25 67:16,19
   71:22 74:12,13
   75:11,15 79:19,19
   108:13,16,19,23
   109:21,22 110:15
   110:17 111:17
   114:2,20,23 117:18
   117:18 121:8,8,11
   122:25 123:6
   126:22 131:13
   132:9 137:12,16
   138:20 140:11
   163:1,2 169:7,8,18
   169:21,23 178:24
   178:24 179:14
   199:21,22,25 200:3
   201:17,18 202:2,5,8
   202:11,17,18
   203:24,25 205:11
   208:14,15 212:13
   213:20,23,24 214:3
   214:6,11 215:8,9
   216:11 222:24
   223:4,16 234:5,7,9
   234:14,15,18,25
   241:9 242:23
   245:25 268:25
   269:4,25 270:19

**captured** 15:17,23
36:11 45:13 47:1
51:8 64:25 65:11
69:15 76:7 117:9,11
127:3 130:6 137:11
143:9 153:10 160:5
178:17 179:11,12
183:16 185:23
213:25 222:20
223:19 241:22,24
242:3,4,16,19
**captures** 132:8 144:9
171:20 202:14
203:22
**capturing** 77:14 79:2
79:3 120:2 144:19
197:5 198:3 234:21
**card** 24:9 26:19
**cardiac** 46:19 51:1
186:25
**cardiologist** 42:15
47:7 124:3,6 184:12
243:2,3
**cardiology** 70:20,22
174:8
**cardiopulmonary**
80:17 81:20
**care** 24:3,24 28:4
30:4 42:4,5,17
43:25 44:14,14,19
44:20 45:6 46:7,16
47:4,5,8,9,13 49:13
49:17 66:14 69:18
71:4 72:5,21 73:5
107:22 108:1,3
109:3 112:19,21
119:10 122:3
123:14 124:4 125:5
125:7 133:12
148:16 159:22
172:22 179:6,7
184:10,12 207:13
215:19,20,24 219:1
219:11,14,14 231:4
231:16 232:1,2,3,3
232:6,9,9,11,16,19
233:1,20,20 234:14
243:1 252:25
265:22 267:4,8

274:17 275:11
283:22 305:4,14,16
305:21 306:11,12
306:12,14,16
307:15 308:1,11
**carefully** 228:18,23
229:2,7 258:6
298:15
**cares** 231:15
**caring** 64:24
**carry** 252:10
**case** 44:15 58:18
61:16 63:20 68:1
71:10 76:9 78:21
85:13 92:13 100:1
101:3 124:3,10
146:15 151:3,21
152:10 164:11,19
165:2,18,18 166:19
168:10 169:2
180:25 186:22
210:2 213:9 239:16
257:21 262:15
267:11,24 268:12
268:19 269:6,20,23
270:19 271:16
276:4 314:3
**casebycase** 301:18
**cases** 75:16 78:14,18
78:20 86:24 91:1,3
91:24,24 94:16
97:16 98:5 104:21
106:16 108:3 123:9
134:18 139:4
154:14 164:10,14
164:17 165:19,23
167:7 186:24
215:13
**cassel** 2:19 276:3
**catch** 94:17
**categories** 69:23
**category** 4:6
**cath** 46:19 51:1
186:25
**caught** 145:9
**caused** 130:21
**causing** 92:25
**caution** 293:7
**caveat** 75:20 143:11

**caveats** 212:23
**cbc** 29:3,5 57:8 71:23
72:13,17 73:10,13
77:5 182:19 183:13
184:14,23 210:1
**cbls** 273:16
**cbo** 288:22
**cbt4** 77:12
**cci** 34:8
**center** 1:7,9 6:1 8:11
8:18 9:3 18:14,23
20:8 21:19,22,25
22:3,6,10,16 38:5
42:8 90:15 99:25
100:18 101:17
115:10 118:19
119:14 173:3 180:9
229:19,19 233:5,19
233:19 252:20
270:25 271:19
303:22 304:6 314:4
**centers** 248:6 255:16
**centralized** 305:23
**certain** 35:22 58:18
102:25 117:17
136:25 138:17
155:24 209:19
223:24 226:14
227:4,12 228:5
229:15 285:9 293:3
**certainly** 153:24
184:9 219:8 249:5
250:13
**certificate** 152:18
312:1 313:1
**certification** 313:15
**certifications** 197:16
**certify** 312:6 313:5,8
313:11
**certifying** 83:7
170:17 206:1
313:16
**chance** 95:25 113:19
178:4 291:10
**change** 87:5,5 134:22
156:20 158:2,18
217:7 281:11 315:2
315:4,5,7,8,10,11
315:13,14,16,17,19

315:20,22 316:2,4,5
316:7,8,10,11,13,14
316:16,17,19,20,22
**changed** 49:3 118:8
153:9 177:10
270:10 304:25
**changes** 49:5 55:17
153:5 157:7,11,25
284:12,13 305:22
314:12,15
**changing** 283:18
**chapter** 188:11
**charge** 29:4 30:11,21
30:21 31:9 32:5
38:21 56:7 72:21
77:6 132:18 134:8
137:23 146:22
169:19
**charged** 280:18
**charges** 23:4,5 54:14
56:12 79:19 117:18
120:3 121:20 122:6
126:22 128:1 130:4
131:9,13,14,25
132:11,14,20 133:1
133:5 134:6 137:13
137:22,25 138:8
142:8 144:16 160:9
174:25 175:3,4
176:15
**charging** 132:16
134:19
**chart** 53:8 55:18
164:25 165:1
**charts** 164:24
**cheat** 194:22
**check** 43:3 130:13
182:19 185:19
259:13
**checked** 96:25
**checks** 261:6
**chemotherapy** 81:22
167:20
**chest** 42:7 77:6
**chew** 4:13
**chf** 64:9 77:16 177:10
**chief** 264:20 273:5
283:24 284:7
**choice** 233:7

**chole** 78:22
**chooses** 233:7
**chose** 71:20
**chunk** 133:13,14
**circulated** 275:19
**citation** 198:25
**cited** 194:13
**civil** 1:3 2:11 13:21
  311:1
**claim** 4:4,5 14:8 15:1
  15:2 16:10 24:11
  30:8,13,15 33:23,24
  33:25,25 34:2,14
  35:8,10,13 36:8,17
  39:4,7,17,18,19,21
  39:23 40:8,9,11
  45:8 48:11 49:21,23
  52:2,6 53:22 55:8
  60:2,9,21,23,23
  66:15 72:19 74:3,10
  75:7,17 77:3 79:14
  80:2 82:19,22 83:8
  87:22,22,22,25 89:2
  91:20,22 93:5,6,13
  93:14,18 94:9 95:7
  96:24 100:24
  105:16,19 106:13
  107:9,11,12,13,15
  109:10,12 110:18
  110:22 111:9,12
  112:4,14 114:8,22
  114:22,23 115:4
  116:18,19,19
  117:13,19 119:21
  120:5,23 121:17
  123:11,24 124:20
  124:24 125:25
  130:12 136:2 152:7
  153:15 154:16,17
  156:18,22 158:4,9
  169:4,6 170:4
  172:23 183:17
  192:18,19 198:5
  206:13,23 211:5,6
  212:24 213:5 215:3
  235:5 241:8 247:20
  247:22,24 257:10
  257:16 259:15
  262:18,22 263:15

263:16 264:1 269:2
  294:4 298:16
**claims** 14:17,18
  22:16,20 23:2,3,7
  23:10,11,12 33:22
  33:22 34:17 35:20
  35:23 36:3 38:5
  39:13,23 40:13,14
  41:3 61:3,6,17 62:6
  62:10 64:11,11
  68:12,15 76:24 78:9
  80:14 83:22 84:5,8
  88:14 90:14,19
  91:17 92:5,8,18,21
  93:1,11 94:7 95:2,9
  95:9,21 96:17 97:10
  97:13,20 98:1,3,8
  98:17 100:25
  101:23 108:11
  111:11 115:10
  116:1 118:3,11,18
  118:24,24 119:5,6
  123:8,10 127:10
  129:8 140:9 143:16
  151:19,22,22,23
  152:14,15 167:2,2,4
  174:18 178:23
  179:12 188:15
  193:2,5 194:10
  199:22 200:22
  209:7 214:8,13
  246:1 257:13,18,19
  259:12,22 261:6
  262:8,12,20 264:8
  266:21 273:19
  293:23 299:11
**claimsrelated** 88:4,5
**clarification** 75:5
  76:13,19 115:6
  205:16
**clarify** 6:20 76:16
  85:19 100:4 181:25
  192:3
**classes** 279:13
**classified** 210:17,22
**classify** 125:16
**clean** 13:5 60:23
**clear** 6:23 80:11
  100:15 141:25

145:13 182:8
  208:16 260:14
  271:10 292:23
  308:16
**clearer** 38:22
**clearinghouse** 23:11
  34:3 35:16,18,20
  36:13,20,23,24 37:2
  37:12,14 39:1,8,17
  46:2 52:1 60:25
  61:3 62:5 78:4 94:2
  94:14,20 95:17
  96:12,16 117:24,25
  118:4,5
**clearly** 35:3 71:15
  205:5,14 261:17
**clerks** 57:5
**clients** 239:17
**clinical** 138:24
**close** 17:22 132:19
  135:13 167:6
**closely** 129:15
**closer** 284:9
**clot** 159:25
**cms** 48:11 63:24
  214:25 217:16
  252:1,5 270:7
  271:25 272:6,9
**coast** 35:23 95:4
  96:13,17 117:24
**code** 30:20,25 53:1
  59:8,12 60:13 65:24
  77:8,12 79:8,8
  111:1,2,11 120:14
  121:5 122:7 129:20
  134:13 156:21
  174:1 257:14
  276:16 277:5 278:7
  278:20 279:3
  298:19,19
**coded** 30:10 51:13
  56:2 78:6 81:9,25
  116:19
**coder** 52:16 53:3
  60:12 276:22
**coders** 33:5 58:17
  60:11 276:14 277:4
  278:6 279:1 298:21
**codes** 23:7 24:6 52:13

53:13 55:18,19
  59:17 60:5,12 69:23
  77:4,11,15,24 79:24
  85:11 87:18 120:20
  120:21,22 121:12
  121:12 122:8
  193:22 299:24
**coding** 23:5 30:11,25
  51:17 52:8,25 53:5
  54:1,3 58:14 59:1
  60:11 64:12 65:4
  77:14,23 79:3,10,24
  120:12,15 121:13
  122:5 151:13
  179:13 193:21
  276:20 279:6,12,14
  279:21,25 280:1,2
  287:6 288:12,20
  293:21 297:6,17
**colleagues** 13:4
**collected** 137:25
**collecting** 99:1
  141:12,13
**collection** 131:5,6
  175:14
**collections** 98:19
  131:25 136:20,25
  137:6,8,13 138:8,17
  138:18 141:1 142:8
  157:14 176:23,25
  177:3
**column** 83:25 198:24
**columns** 93:13
**com** 2:5,9,18,22
**combinations** 192:17
**combined** 58:9
**come** 29:2 41:2,25
  54:5 62:23 63:12,22
  82:9 91:4 97:17
  130:7,14 132:19
  152:11 156:23
  159:22 167:7
  175:17 176:7
  183:10 187:21
  218:21,23,24
  219:13,23 220:2
  231:4,6 239:19
  259:7 261:4 262:5
  271:8,24 287:3

299:6 300:21
**comes** 25:24 63:4
    64:13 69:3 80:19
    111:6 130:15 158:5
    183:7 185:6 197:8
    258:13 267:9 311:3
**comfortable** 20:3
    239:15 261:21,23
    309:7
**coming** 63:14,17
    64:18 81:2,21
    132:24 182:18
    197:1 218:25 219:4
    225:12 263:9
    264:19
**comments** 277:9
**commercial** 23:13
    134:4
**commission** 63:24
    312:16 314:25
**commitee** 252:15,16
**committed** 188:14
**committee** 49:5 66:8
    66:15 67:25 73:1
    146:24 151:7,8,16
    151:21 248:6 251:9
    252:10,21 253:5,11
    253:13 254:4,12,21
    254:25 255:3,4,8,9
    255:12,13 262:17
    263:1,9 264:7 265:6
    265:9 267:2,3,5,8
    268:22 269:5,9,25
    270:16 272:18,24
    280:20 281:6
    282:25 283:11,19
    283:24 284:1,8,10
    284:13,24 285:3,20
    300:7 301:18 302:9
    302:10,16,20,24
    303:6,9,10,13,19,20
    304:2,5,9,11,21,23
    304:24,24,25 305:2
    305:16,20,24 306:1
    306:9,10,17,19,19
    307:13,14,15,16
    308:1,11
**committees** 248:18
    251:17 252:25

254:17 264:21
    267:5 283:22 303:9
    305:4,10,15,21
    306:6,11,12,12,14
    306:16 307:3,12,14
    307:20,20 308:11
**common** 208:23
    223:1
**communication**
    139:11
**community** 1:8
    218:25 219:11
    231:6,12
**companies** 185:2
    285:12 286:15
**company** 33:16,17
    60:7 118:8,9 157:18
    286:10,14,18 287:9
**compensation** 136:23
**compile** 258:19,24
**complaint** 151:20
**complete** 57:10
    247:20 299:15
    313:7
**completed** 60:10 74:1
    107:10 182:12
**compliance** 145:4
    146:20,24 151:7,8
    151:16,21 153:18
    156:7,7 163:21
    275:22 285:20
    288:13 289:25
    290:1 293:19
    298:22 299:17
    300:5,7,22 301:18
**complication** 186:16
**complications** 189:23
**comply** 200:5 201:7
    201:13
**complying** 13:21
**component** 122:20
    122:21 123:12
    124:17 125:18
**components** 194:8
**computer** 53:17 66:6
**computerized** 56:24
**computers** 27:25
    35:6
**concept** 145:25 146:2

146:8 164:22
**concern** 274:18,18
**concerned** 131:19
    187:3
**concerns** 296:19
**concluded** 311:15
**concludes** 67:5
    102:13 158:20
    218:1 290:25 311:8
**conclusion** 156:4
    171:4 201:23 203:1
    206:11 207:1,25
    215:5 220:8 221:1
    222:18 223:7
    226:17,21
**condition** 25:11
    42:16 43:4 182:25
    265:6
**conditions** 251:11
    252:6 306:18
**conduct** 19:24 304:21
    308:25 311:4
**confident** 20:11
    38:11
**confirm** 20:13 168:25
    217:19
**confused** 124:15
**confusion** 21:15
    92:25 156:16
**congestive** 183:4
**connected** 313:10
**connection** 250:20
**connections** 127:20
**consider** 217:2 310:4
**consistent** 110:6
    111:21 114:7
**consolidate** 131:14
**consolidation** 82:8
**constant** 187:23
    238:21
**constantly** 310:23
**construed** 145:1
**consult** 47:10 69:5,6
    69:9,22,22 70:4,8,9
    70:19,20,21,23,24
    71:10 72:11
**consultant** 101:13,15
    101:24 102:9
    293:24 299:6

**consultation** 170:20
**consultations** 206:5
**consulted** 69:4,7
    72:22 73:12,14
    184:12
**consulting** 71:17
    122:4
**consults** 43:24
    215:22
**contact** 40:2 42:13,14
    42:16 43:1 71:4
    76:13 77:21
**contacted** 196:19,21
    196:22
**contacting** 63:5
**contained** 82:22
    101:7
**context** 191:5
**continue** 189:1
    287:16
**continues** 112:2
**contract** 4:13 37:1
    138:2
**contracted** 44:20
**contractor** 257:18
**contractors** 173:5,15
**contracts** 136:10
    138:15
**contractual** 36:22
    130:25 131:1 132:2
**contrary** 150:6
**control** 313:16
**convention** 103:11
**conversation** 15:6,21
    44:7,8 119:2 196:4
    278:9,25 279:5
**conversations** 18:4
    147:10 178:12
    196:23 279:9 281:9
    281:10
**converted** 176:24
**coordinating** 14:22
**copy** 12:8,25 13:3,5,6
    13:11 54:8,8 93:18
    93:21 130:13 198:4
    275:20
**corner** 198:22
**corporate** 20:18
    273:12 274:2,22

275:21
**corporation** 274:4,24
**correct** 8:11 10:9
18:10 20:12 26:3,16
31:10 33:8,11 40:5
53:6 55:4 58:3
67:17 68:22 70:15
83:8 92:22 94:14
101:12 105:3 111:5
113:2 114:14
115:18 124:18
132:12 141:23
148:6,7 152:14
171:12 181:17
184:8,25 187:18
190:1,8 194:4,9
206:9 213:1,3
214:13 274:24
275:6 297:9
**corrections** 314:12
**correctly** 23:21 57:19
130:24 135:15
144:19,21,22,23
152:16 256:8 279:3
**cosmetic** 132:15
**cost** 133:5
**couldnt** 83:2,3,3
165:4
**counsel** 5:10 7:12
8:23,24 14:19,19
17:7,10,24 20:9
84:21 85:12,14
91:16 92:17 145:3,3
171:7 178:8,13
194:22 195:11,16
195:21,24 196:9
197:23 204:23
216:19,21 217:8
308:20,25 310:16
310:19,24 313:9,10
**counsels** 149:21
**count** 165:3
**counts** 100:24 164:11
164:20 165:18
**county** 312:4 313:4
**couple** 8:19 37:22
43:1 47:25 94:3
118:9 119:22 120:6
145:24 146:24

175:24 178:10
182:18 203:8
206:15 212:22
**course** 28:14 63:16
**court** 1:1 5:9 6:14 7:3
23:15 85:9 99:6
163:10 198:17
221:25 228:14
309:5,13 311:4
313:12
**cpt4** 77:4,8
**create** 120:8 127:22
128:6 137:21
259:21
**created** 54:1 118:13
127:19 128:8,11
129:10 138:14,23
279:18
**credentialed** 152:19
**credited** 156:21
**criteria** 186:18 187:5
187:6 193:16
**crossexamination** 3:5
218:9
**ct** 54:16,17 76:17
**cue** 226:21
**current** 175:2 262:13
262:23 263:7,18,21
279:16
**currently** 104:9
**cut** 60:17 103:8 202:4
259:12 289:16
296:5
**cycle** 98:13 128:14
129:16 137:21
141:3 146:22 163:3
173:18,19 174:5
175:12 177:1,15
288:14

---

**D**

**d** 1:7 2:12
**daily** 34:22
**damico** 14:17 16:9,23
17:6 139:11
**damn** 201:2
**data** 15:17,23 23:1,7
23:20,25 24:5,11
27:16 30:7,8,16
31:2,3,5,24 32:4

33:12,21 34:25 35:5
35:12 36:16 39:16
40:12 42:25 45:8,12
46:12 51:10,21,25
52:18 53:6 58:23
60:2 64:10,11,12
66:10,17,25 67:25
73:9,24 77:17,24
78:1 80:2 81:10
82:12 83:9,12 84:3
84:13 86:2,4,6,10
86:15,17 87:10,11
87:12 88:1,1,2,4,5,9
89:6,15,17,19,20,23
91:19,19 92:1,3,8,8
92:9,11,11,13,14,14
92:14 93:7,14,22
94:3,6,7,8,8,11,20
94:21,22,22 95:5,6
95:7,9,10,11,12,20
95:21,25 96:1,7,9
96:24 97:2,2,6,8,14
97:24 98:6,11
101:10,22,23 102:9
104:13,13 106:7
109:6,12 116:18
117:18 118:10
119:5 120:4,9,19,22
121:16 122:9
127:10,10,18,19,23
127:24 128:5,6,20
131:7 132:9 136:4
138:12,23,23,24
139:1,4,15,22 141:2
142:16,18 143:2,3
144:19 156:20
162:15 166:7,25
169:17,19 170:3
172:17 174:16
175:18 176:13,20
176:20 177:1,2,3,12
177:16 178:17,18
178:25 182:15
202:2,2 212:14
216:11 234:21
240:25 241:3,7
250:3 257:10 261:3
272:25 287:3
299:25 307:12

**database** 109:19
127:16,17 140:14
143:3,3,5,6,8,9,17
143:18,22,24 144:2
144:5,9,11 156:24
**databases** 127:13
140:13 143:2
**date** 4:13 38:2,10
115:4 139:14
141:18 142:15
164:12,21,22
185:10 272:14
282:12 302:12
304:1 305:7 315:24
316:24
**dated** 313:18
**dave** 8:24
**david** 2:24
**davidson** 8:24
**day** 28:4 29:24 35:15
35:21,22 43:16 54:5
56:11 70:23 82:10
120:11 151:1,2
154:19 155:4
159:14,18 182:17
183:18 194:15,20
197:3 209:20 240:6
311:6 312:11
313:18 314:17,21
**days** 30:9 54:3 137:2
174:20,20 182:18
252:17
**dc** 2:12,16
**dd998567** 312:16
**deal** 109:8 115:23,24
195:7 274:16
294:18
**dealing** 165:17
200:22
**dealt** 197:16 301:17
301:19
**debate** 136:13 208:16
277:16
**debit** 26:19 29:5
**debridement** 51:2
**decide** 47:11 120:13
148:25 151:16
300:5
**decided** 40:11 151:21

264:25
**decides** 26:5 160:4
  161:8 220:21
**decision** 25:1 42:3
  44:11 45:9 66:4
  71:7 86:1,16 87:11
  89:20 90:7 94:24
  127:11 176:17
  177:7,12,17 232:23
  239:25 240:2
  267:24 268:1,14
  269:21 270:1,17
  272:8
**decisionmaking** 44:3
**decisions** 163:4
  271:21 281:13
**declaration** 314:6
**declare** 314:7
**deemed** 152:4,5
  153:11,19
**dees** 14:13,21 17:5
**default** 220:1
**defendant** 5:24
**defendants** 1:10 2:14
**defending** 308:20
**defer** 43:16 44:10
**deferring** 79:17
**define** 67:22 68:5
  125:14 230:1,8
  231:21
**defines** 68:1,2 204:21
  204:22 241:21
  242:6,13 243:9
  244:9,21 245:15
**definitely** 135:25
  266:4
**definition** 68:4,6,9,16
  88:12 111:5 170:13
  170:15 171:2
  205:22,24 206:8,9
  207:10,22 212:8
  242:24 246:7,25
  247:4,17 260:15
**definitions** 74:9
  235:8,12
**defrauding** 188:8
**delegated** 252:24
  267:4 303:11,11
  305:14 306:11

308:12
**delegating** 283:21
**delegation** 283:18,20
**delivered** 313:12
**demographic** 23:1,25
  28:2 30:16 120:4
**demonstrate** 185:18
  266:18
**demonstration**
  257:25
**denials** 129:19 132:1
  141:1
**denied** 52:2
**department** 2:11
  25:16 26:14 28:10
  28:11 29:19,21,22
  30:11,23 40:19,20
  41:10 61:7,8,17,19
  62:22 74:21 77:21
  78:7 80:9 81:17
  90:18,20 91:8
  120:16 123:3,3,4
  156:8 219:8,9,20,20
  231:9,10 280:23
**departments** 61:4
  80:4,6 87:1,2 123:1
  137:20
**depend** 11:15 160:21
**depended** 12:14
**depending** 33:6
  128:25 138:25
  144:24 177:6
  180:20 182:21
**depends** 153:13
  175:20
**deponent** 8:22
**deposed** 6:11
**deposition** 1:13 4:3
  5:1,7 6:13,20 7:18
  8:7,8 9:6 11:9,16,19
  12:22 13:18,19,19
  14:2,11 38:18 67:6
  67:11 85:10 99:7,12
  99:15 102:14,19
  103:2 145:21
  146:13 149:15
  155:19 158:21
  159:1 163:11
  188:19 189:3,15

194:18 195:9,17
  198:18 216:18,20
  217:2,10 218:2,7
  221:24 225:11
  226:11 228:12
  239:20 248:11,17
  248:23,24 249:14
  249:15,25 250:7,8
  250:10 251:4
  272:19,19,25 273:1
  280:13 281:21,25
  282:5,6,11,11,17
  291:1,6 308:20,21
  309:4,12,18 310:1,5
  310:9,10,13,23
  311:9,12,15 313:1,6
  313:11 314:1,9,13
  315:1 316:1
**depositions** 195:9
  308:17
**describe** 34:5 41:8
  50:12 52:4 62:25
  80:20 119:19 307:4
**described** 14:4 23:20
  25:7 38:8 41:9,18
  61:6,16,20 62:2,19
  62:22 66:2 69:22
  75:4 76:25 79:1
  94:10,15,19 116:4
  126:21 127:3 128:5
  141:25 176:2
  269:19 270:14
  271:13 301:13
  307:21
**describes** 113:15
**describing** 38:10
  43:21 49:10 50:9
  58:14 102:24
  287:14
**description** 4:2 113:3
  248:15
**descriptions** 308:25
**designated** 73:3
  88:20 170:18,23
  206:2
**designation** 8:22
**designed** 32:22
  157:23 269:4
  270:19

**designee** 1:14 5:2 6:4
  20:18 248:20 312:7
  313:6
**detail** 22:19 34:7 40:4
  98:20,20 113:16
  249:1 250:11
  262:19 298:24
**detailed** 14:25 171:6
**detailing** 198:19
**details** 14:7 249:8,15
  286:4 300:22
**determination** 42:12
  43:25 59:20 155:24
  186:13 241:15
  271:15
**determine** 25:19
  42:10 152:2 212:7
  213:16 215:2
  255:25 274:20
  288:3 298:15
**determined** 27:12
  156:11 257:4
**determines** 26:2
  70:13 161:23 162:1
  187:15
**determining** 26:24
  137:7 280:19
**develop** 53:22 252:13
**dew** 101:15
**diagnoses** 59:15
  87:23 122:1
**diagnosis** 53:1 59:17
  64:7 77:15 81:3,15
  120:22 121:11,12
  122:8 193:22
**diagnostic** 110:14
  194:3,7
**didnt** 12:8,9,13 14:9
  18:7 26:11 40:13
  77:20 85:1 91:23
  92:6 95:23,23
  101:25 134:21
  145:14 149:17
  152:6,24,25 154:15
  155:11,13 157:18
  168:4 175:15
  188:14 189:9 212:1
  218:16 223:11,19
  223:20 228:21

235:25 236:3
238:10 239:8
240:11 242:18,20
244:3 247:11
249:20,23 253:20
264:2 271:4 272:7
275:6 277:10,13
284:3,3,4 285:22
287:9 302:17
304:12 309:18
**difference** 69:7 75:6
78:13 79:11 81:17
82:2,8,17 87:21
107:20 123:8
125:20 128:4
180:19 195:8 238:6
239:5 240:11,17,19
243:24 268:19
276:21
**differences** 41:17
61:18,23 62:5,10,16
62:25 66:19,24 75:4
77:1 78:5,10,12
79:5,14 80:5,8
116:7,11 129:3
216:11,14 240:14
**different** 37:18 39:10
41:3,9,13,22 43:21
47:25 61:4 65:24
68:6,9,16 69:25
80:1 84:6,7,20
86:13,23,25 87:10
91:13 107:11 112:1
114:9 115:2 116:25
117:6,15,16,17
119:22 125:18
129:5,12 133:7
141:8 174:1,2
175:23 183:5,8
192:2,4 199:16
212:17 213:14,17
238:15 240:21
241:10 244:5 253:2
253:16 263:16
275:12 280:7 298:1
**differently** 65:14
114:10 115:1
160:11 212:15
**difficult** 79:8 96:6

259:11 260:1 262:5
262:22
**direct** 3:4 6:7 63:13
84:23 85:1 105:6
139:5 197:7 313:16
**directed** 147:21
148:7,11,14
**direction** 313:16
**directly** 39:8 41:25
102:2 131:7
**director** 14:13,15
15:5 139:9 169:20
200:3
**dis** 20:19
**disagree** 165:4
**disagreement** 151:12
**disagrees** 217:8
**discerning** 133:4
**discharge** 4:10 28:15
54:4 164:11,12,12
164:20,21,22 269:5
270:20 271:22,23
**discharged** 59:24
60:1 174:18 187:16
187:16 191:8,13
265:23 266:2
268:23 269:1 270:1
**disclosing** 178:12
**disconnecting** 297:4
**discourse** 115:2
**discuss** 8:21 9:9 15:4
15:16 16:3,5,12
18:17 52:15 151:15
195:2 248:13
272:17 281:5
283:22
**discussed** 20:19 21:1
58:24 68:25 88:6,11
88:15 92:9,23 94:4
104:24 110:21
114:20 116:12
117:21 146:24
154:23 170:3
172:15 178:8
191:11 199:13,21
236:15 272:22
281:25 283:3
285:18,18 300:7
305:24 308:3

**discusses** 26:6
**discussing** 155:1
272:24
**discussion** 42:19
79:18 83:21 91:16
100:11 105:2 110:1
111:20,24 112:13
113:5 127:9 146:22
151:6,8 152:16
294:10,13 311:11
**discussions** 15:9 17:1
17:4,7,11 99:14,18
99:19 149:4 283:16
285:1 300:2
**disk** 5:6 67:5,10
102:13,18 158:20
158:25 182:14
218:1,6 290:25
291:5 311:8
**dispute** 268:23
269:22 270:19
271:15
**distinctions** 76:23
**distributed** 275:19
276:5
**district** 1:1,1
**division** 1:2 2:11
**dn** 113:12,14,15,24
114:13,17
**dnfb** 59:24 176:16
**docs** 283:7
**doctor** 97:16 108:21
120:11 129:7 232:8
302:18
**doctors** 63:9 122:14
187:20 230:2 231:8
231:11 267:25
268:14 283:10
284:1,23 298:21
**doctrine** 273:13
275:21
**document** 10:5,16
13:1 14:3 18:8 40:1
71:2 84:4 85:19
105:4 110:12
113:10 122:3
128:16 146:11
151:24 153:22
163:11 195:1,1,25

197:22,22 205:4
216:19,21 217:9
238:1,1,12 245:19
246:15 250:1,23,25
254:8 280:16,17
281:4,20,24 282:2,3
282:12 283:1
285:12,13,13,21
286:4,4,7 288:15,16
289:6,9,11 290:15
290:16,17,19,20,21
292:3,18,22 310:3
**documentation** 30:18
30:24 71:6 120:13
121:11 154:20
156:17 263:23
264:5 267:20 294:4
294:5,8 295:10
296:1,17 297:5,18
299:2,8 300:1,25
305:16 308:2
**documented** 59:5
**documenting** 249:6
**documents** 10:20,24
13:16,18,25 14:1,5
14:9 18:8 44:7
91:23 194:21 196:1
196:2,3,6,13,16
197:24 216:24
217:1,3,5,14,22,23
248:11 249:18,19
249:20,23 250:19
309:21,25 310:2,6,8
310:8,10,12,18
**dodge** 259:2
**doesnt** 9:25 28:13
39:16 99:21 128:5
138:12 162:24
166:14 169:14
171:2 174:7,7 177:1
189:7 202:16
203:24 227:21
230:6 280:4 309:14
**doing** 25:6 30:6
32:23 40:6 56:23
60:5 63:10 77:14
78:15 114:4 119:3
121:5 122:3 125:23
126:8,10 132:15

133:10,19 185:20
185:22 187:25
192:4 207:4 209:22
209:24 210:21
213:10 224:25
226:3 232:21
253:18 258:2
266:22 279:12
287:4 293:2 301:21
**dollars** 137:25
153:12 165:2
257:22
**don** 99:21 264:19
**donald** 4:7 99:20
100:17 101:25
**dont** 6:19,25 8:5,19
10:3,10 11:8 14:9
17:15 19:19 21:2,4
21:6,14 25:10,25
26:19 31:25 34:21
35:17 36:5,21 37:8
37:10,23 39:21
41:12 46:12,14 47:8
48:1 51:5,9,11
60:12,22 66:14 67:2
68:13,24,25 74:12
75:2 80:10,25 82:10
82:11 83:6 87:15
88:24 89:12,12
90:22 91:23 92:2
96:22,22 97:1 98:14
98:24 102:1,10
104:8 105:22
108:13,17 111:3,7
111:13,14 114:5,23
119:4,10,10 120:16
123:15 124:9
125:13,15 129:13
129:21,22 130:8,11
131:17 132:11,13
133:10,17 134:9,9
136:13 141:16
142:18 144:4,5
145:23 147:2,8
148:3,16 150:18
151:23 155:8,11
156:6 159:8 163:2
163:13 166:7,16,17
168:19,19 169:7,18

169:22 170:6 172:4
172:6 173:11,16
177:20 180:5
184:18 187:5,6,8,20
190:13,14,17 191:2
192:16 193:18
194:15,19 196:2,5,6
196:25 197:2 198:4
199:21,24 200:9
201:17 202:9 205:9
205:10 211:11
213:9,23 214:6,11
217:7,18 218:17,23
219:3,19 220:6,12
221:12 223:16
224:12 226:15,18
227:5,23 228:13
230:3,3,5 234:3,14
235:21,24 237:18
238:5,18,22 239:4
241:7 244:9,16,21
245:12,14,25 247:1
247:10 250:3,22,24
253:17 255:7
258:10,13 259:2
260:7,9 265:8,11
271:7,8 272:24
273:20 276:12,22
277:22 280:6,17
282:1 283:15
284:25 285:12
289:3 290:13 292:2
292:7,22 293:7,15
296:9 298:8,12,12
305:7 308:24
310:11
**door** 218:21
**dose** 57:18
**doubt** 101:6,9,21
102:4,8
**downhill** 186:21,22
**downloaded** 139:18
**dr** 4:13 44:25 47:6
51:16,17 57:8,11
64:5 65:5 70:20,24
71:23 72:1 76:21,21
101:2 121:4,4 122:7
123:5,6 137:24
139:14 140:16

142:2,7 143:4,4,5,7
143:23,24 144:2,8,8
144:8 154:4,5 160:1
160:3,14,17 161:7,8
161:11,14,21,22
162:1 181:1,15,22
182:3 185:22,22
187:14 189:21,23
206:19,23 207:20
207:21 209:8,22
211:14,18,21
214:25 220:21,21
220:23 222:8,10,12
222:19 223:22
230:4,4 232:7,22,25
264:19 283:24,25
284:7 289:4,24
290:2 291:15 292:9
292:16
**drafted** 100:1,16
**drag** 80:10
**drew** 101:13
**drg** 53:1 60:6 193:24
194:1,3
**drg241** 59:18
**drg543** 59:18
**drgs** 58:18 194:8
**dropping** 134:21
**drs** 212:18
**drugs** 55:2 56:20
**duly** 6:5 312:8
**dumb** 188:14
**dump** 95:3
**dumped** 86:6
**dunn** 283:7
**dunno** 283:8
**durkin** 230:4 289:4
290:2 291:15 292:9
292:16
**duties** 283:20
**duty** 238:5 239:3

---
### E
**e** 80:4 121:5 150:5
**earlier** 11:3 12:4 13:7
18:9 58:14 65:9
67:14 68:19 79:1
92:23 93:9 96:11
110:7,21 111:21
113:1 114:20

116:12 117:21,23
119:2 128:5 137:12
141:5 146:13 156:5
156:16 169:7 170:3
172:15 179:21
191:12 194:20
195:8 199:13,20,21
240:9 248:10,13
250:3,8,10 259:11
262:20 273:1
278:13 279:15
281:21 282:4,6,10
282:12 293:10
**early** 266:2
**easier** 7:5 48:1 50:15
260:3
**easy** 259:13
**ed** 24:2 25:2 26:18
27:23 28:12,22 29:8
42:3,8,12 43:2 45:1
63:5 119:7 122:13
168:2 191:8,9
192:18 215:17,19
306:13
**edit** 95:8,9,22
**edited** 94:11
**edits** 23:9 33:23,25
34:5,8,9,10,15,16
34:20,21 35:7,11
52:22 60:18,19,21
60:22 61:1 66:17
94:16,17,19 116:19
116:25 117:17,21
**edss** 118:8
**education** 279:16
299:10 300:25
301:1
**educational** 273:23
**effective** 265:6,10,11
**effort** 235:4
**eight** 20:20 103:8
113:15 118:18
187:3 258:16,16
**either** 19:22 23:3
25:23 26:23 34:3,9
39:24 40:3 42:5
43:24 44:14,21,22
45:6,11 52:2 53:9
54:8 55:20 63:6,20

70:17 71:3 76:13,14
82:1 89:7 93:23
105:18 108:20
131:7 138:24 139:6
139:16 151:4
158:13 159:23
161:1 163:20
169:25 170:14
177:15 181:4
182:14 193:2
205:23 208:19
209:2,4 233:4,18
260:22,25 261:25
272:6,18 280:6
286:22 287:24
300:4 305:6
**ekg** 122:18,22,22,24
122:25 123:2,5,6,11
123:12,23,24 124:4
124:16,21,22
125:13,16,17,18
126:1,5 170:5 181:9
183:5 184:22
185:12 202:7 210:1
211:3,3 242:25
243:2,13,15,15
246:1 247:8
**electronic** 27:17
28:23 34:3,4 36:6,6
36:7 39:12 40:12,14
53:11 54:8 57:15
93:8,22 120:2
127:13 128:16
130:14 131:8
**electronically** 57:25
93:1 130:6
**eleven** 20:22,24 150:8
151:23 154:3,8,9,11
173:1,2,12,13
**elin** 1:4 2:2 5:22
146:12,16,23
150:21,22,25
151:12,12,13 154:6
154:19 277:2,9
278:4,16,25 279:6,9
279:15 287:2
**email** 4:15,16 284:21
**emergency** 24:23,24
25:11,16,25 26:14

28:10,11,12,16
29:19,21,22 30:2,13
30:22 31:10 32:6
40:19,20 41:10,24
42:1 44:6 62:22
74:21 81:13 110:20
110:21,22 111:6,7
120:9,24 122:22
167:8 191:7 215:13
218:22,25 219:5,10
219:13,19,23 230:9
231:5
**emery** 2:15
**employ** 276:14 277:4
278:6 279:1,20
280:6 285:6
**employed** 25:13
121:1 144:6 160:12
160:13 182:23
227:11 228:4
229:14 231:13
285:10,17 286:1,8
286:10
**employee** 140:7
142:3 144:18
274:13 313:9,9
**employees** 53:16
144:17 279:23,24
280:2
**employment** 4:13
**empty** 187:4
**encoder** 52:12,18,19
52:22 58:21,24,25
59:14,15 62:4 78:2
193:24
**encoding** 58:22 60:4
**encounter** 121:23
**encounters** 150:8
155:24
**ends** 45:14
**english** 227:24
**enrollment** 82:24
83:10,10
**ensure** 35:8 54:10
56:4 77:19 87:3
140:1 144:19 198:1
268:6 274:16
**ensuring** 83:22 84:4
156:14 265:21,25

**enter** 23:4,25 24:1
28:3,24 51:10,17
53:14 57:1 71:20
72:16 77:23 79:23
110:12 120:4,19,21
120:21 122:6 144:5
179:15
**entered** 15:24 23:5
23:20 29:25 31:2
47:18 51:20,21
52:18 57:19 59:9,13
60:3 64:12 76:20
86:16 112:6 121:17
131:7 145:6 179:5
299:25
**entering** 23:24 60:5
144:15
**entire** 41:15 238:1
245:19 246:14
249:7 266:7 314:8
**entitled** 10:16 222:1
**entity** 199:6,8 204:18
205:5 209:17
**entry** 56:24
**epremis** 15:8 23:8,11
23:16,17 30:14 31:3
31:4 33:11,13,14,15
33:23,25 34:6,9,17
34:23 37:3,13 38:12
45:8,13 46:2,12
51:20,20,22 59:21
60:21,24 61:2 62:4
66:17 78:3 79:25
88:5 92:10,24 94:13
94:13,19 95:12,17
96:2,3,7,7 97:7
116:19 117:12,13
117:22 120:23
121:17 122:11
179:9,17
**epstein** 276:2
**equal** 132:11,14,18
133:2
**equaling** 133:5
**equals** 197:10
**equipment** 122:20
**er** 24:19 31:15,19
32:19 43:21,23
49:21,22 50:3,4,4

66:24 87:22 111:18
120:10 174:13
192:14
**errata** 314:1,14 315:1
316:1
**error** 130:19,22
145:12 290:3
291:14,19,24 297:5
297:16,17
**errors** 130:20
**especially** 231:22
246:23
**esquire** 2:2,6,11,15
2:19 313:12
**essentially** 27:16
32:22 46:23 52:12
53:5,9 55:10 64:8
79:20 80:19 81:2
83:5,7,22 107:20
110:16 114:4
139:24,25 141:2,16
141:17 146:17
152:24 167:14
176:23 178:9
186:17 187:7,10
238:2 274:13
275:14 282:24
**establish** 66:13
**established** 254:18
**estimate** 175:8
**et** 314:4
**evaluate** 288:1
**evaluated** 27:10
**evaluation** 121:5
150:5 268:20
292:14
**evans** 2:3
**evasiveness** 309:9
**event** 158:15
**events** 17:21
**eventually** 29:20
234:22
**everybody** 135:2
275:4
**evidence** 144:20
**evolvement** 251:17
**ex** 1:4
**exact** 38:2 46:13 83:6
94:8 272:14 285:21

300:13
**exactly** 33:14 59:3
83:15 157:11
225:20 227:14
289:12 294:1
**exam** 26:2 73:24
104:14
**examination** 3:1,4
6:7 238:20 239:18
309:19
**examine** 161:22
**examined** 225:17
**examines** 162:1
**examining** 132:22
160:3
**example** 26:13 29:3
34:11 47:3 52:16
55:21 64:22 65:10
71:24 72:12 73:7,20
77:3 120:8 122:17
123:11 124:11,16
125:4,7 127:15
140:17 144:8 145:7
152:5 157:12 158:3
160:2,17 179:20
181:15 184:14
202:7 232:8 242:9
242:25 243:6,7
244:6,7 247:8,11
289:12 295:13
**examples** 43:23
64:17 161:5 293:25
**exams** 77:8
**excel** 139:18,20
**exception** 63:4 81:7
117:15,21 168:9
**excerpt** 4:10
**excuse** 138:2 225:14
249:22
**excused** 311:13
**executive** 150:2
307:13,16
**executives** 273:11
275:20 276:10
**exhibit** 4:2 8:14 9:6
9:23 10:16,24 12:23
13:17 18:11 20:6,17
48:6,7,9,13,15 49:1
49:2,8 50:11,22

65:9,11 72:6 73:18
74:5 76:1,1 82:2
83:24 84:10,16,22
84:25 85:4,7,10
86:21 88:8,13 90:12
99:4,8,12,15 100:15
100:18 102:6,23
103:1,2,4,7,18,20
105:12,13 106:10
110:1 112:8,10,13
124:14,23 126:4
145:18,19,22,23,25
146:2,9 147:11
149:4,25 150:1
155:25 160:6,16
161:11 162:4 163:8
163:11,14,15 165:6
168:15,24 170:10
171:14 172:10
178:3 180:11
198:15,18 201:11
202:16 203:4,23
204:12 205:17
206:21 207:17
209:6,16 214:24
216:8,22 236:14
244:11,23 245:17
246:8 253:22 280:8
280:10,13 281:14
281:16 282:14,17
284:20 285:4 286:7
289:3 290:10
**exhibits** 4:1,21 48:3
100:20 178:22
**existed** 281:7 307:22
**existence** 248:5,18
265:5 280:19
**exists** 242:23 270:21
296:2
**expanded** 265:2
**expect** 239:22 294:9
305:9 307:18
308:10
**expense** 176:25 177:2
**expenses** 177:4
**expert** 99:24 100:16
100:25 101:15,16
206:8
**expires** 312:17

314:25
**explain** 79:14 142:19
165:14 205:15
222:3 295:19 296:4
298:5,6
**explained** 296:9
**explaining** 195:8
205:14 294:21
**explanation** 69:22
**extent** 202:25 206:25
217:18 310:1,8,17
**external** 14:19
297:23
**eyes** 152:21

---

**F**

**facial** 188:12
**facility** 30:11,21 31:8
187:23 193:1
**facsimile** 2:5,9,17,21
**fact** 68:20 91:16
102:1 149:15 152:3
155:19 156:1 198:8
215:11,23 225:1,11
226:4 239:20
249:13,25 252:16
278:5 286:8 297:25
302:8
**failed** 13:15
**failure** 77:16 183:4
**fair** 136:17 147:7
180:7 310:23
**fairly** 97:5 259:13
262:18
**false** 188:15 273:19
298:15
**familiar** 75:17 99:22
106:9 113:11,13
255:3 280:15 281:4
281:16,23 282:2,3,7
282:10,16,19
285:15,24 286:8
**family** 139:25
**far** 25:6 98:5,12
122:13 147:1
194:15 225:8 260:6
261:21
**fast** 134:12
**faster** 52:13
**fax** 57:14

**february** 174:25
**fed** 131:7
**federal** 13:21 189:2
311:1
**fee** 31:8 133:22 134:1
134:2,5,22 135:2,5
135:10,23,23
**feed** 59:14 130:11
197:8 307:12
**feeding** 39:22 73:9
**feeforservice** 133:24
**feel** 85:1 274:15
**feelings** 209:4 284:1
**feels** 201:2
**fees** 119:15 126:16
127:5 140:20
156:13
**felt** 144:25 151:10
283:20 300:2
**female** 34:13
**field** 31:18,24 33:2,2
66:4 73:24 85:11,15
87:18 88:13,24 89:8
89:8,15,17 103:18
104:13,13 105:3
108:6,7 109:5,19
110:3,8 111:20,20
117:9 171:21 172:2
172:3,4,5,13
**fields** 15:7 16:6 35:12
60:2 74:6,7,10,19
85:16 86:18,20,21
87:11,12 89:1 96:24
102:25 106:9,9
109:12 113:6
117:11 124:10
169:17,23 172:1
178:18,25
**fight** 92:17 257:20
266:18
**figure** 38:7 106:5
130:21 144:22
145:17 188:19
236:1 246:15
260:24 261:20
289:12
**figured** 154:24
**figures** 261:22
**file** 1:3 56:10 60:16

93:23 96:1,22
185:15
**filed** 91:22
**files** 96:21
**filing** 313:12
**fill** 69:16 114:5 198:8
198:8 199:14,16
241:16 246:22
247:5 248:25 249:8
**filling** 246:23 247:15
**film** 182:14 184:17
184:23
**final** 35:7 59:24
89:13 95:18 147:2
157:25 174:19
299:5
**finalized** 35:10 53:1
**finally** 7:17
**finance** 87:3 138:4
139:25 141:22
166:23 168:14,17
168:18,21,21 175:7
176:18 208:13
227:23
**financial** 14:14 15:5
132:23 133:4,8,18
138:23 139:1,9
175:11 176:22
**financially** 313:10
**find** 240:8 254:20
259:13 260:5
263:14 280:7
**finding** 156:7 291:9
292:9,13 295:25
296:14
**findings** 71:2 269:22
281:5 286:22 288:1
291:14 294:18
301:14 302:2
**fine** 6:10 187:14
253:20 310:21
**finetuned** 249:4
**finetuning** 252:3
**finish** 7:8 239:19
271:4 293:9
**finished** 40:22 271:3
300:8
**finishing** 239:17
**firm** 276:2 287:4

288:15
**first** 6:5 8:16 22:18
23:19 35:23 48:6
50:17 55:1 85:19
88:10 95:4 96:13,17
110:11,19 117:24
141:25 145:24
151:3 156:14
157:19 164:19,25
165:6,11,17 176:12
177:11 248:16
249:13 257:2
261:13 266:8,12
290:9 295:8 299:19
302:8,12,15 303:5
303:19 304:2,8,10
304:13,21 305:19
**fiscal** 164:10
**fit** 126:2 134:11
**five** 9:9 16:17,24
18:12,15 22:14
27:15 30:9 38:3
54:3 102:23 103:4
103:19,24 105:24
109:25 111:23
130:18,22 196:14
216:3,24 218:7
239:10 240:5 248:8
248:9 290:25
296:11
**fix** 301:6
**fl** 1:21 2:20 103:6
104:17 107:4 112:3
112:15,15,17,22,23
113:5
**flag** 292:14 293:4,6
**flip** 53:9 198:21
**floor** 2:20
**florida** 1:1 115:11,14
115:18,21 116:2
117:14 118:1,19,25
270:8 312:3,16
313:3
**flow** 33:22 34:17
43:22 54:14 65:2
72:5,23 77:4 120:9
120:23 121:12
122:9,10 123:2
127:11,24 128:5

138:12 157:15
162:15 238:20
284:12
**flowed** 16:18 77:20
88:18
**flowing** 28:10 61:17
62:6 77:24 92:9
261:15
**flows** 30:16 31:3,4,8
31:24 32:4 33:12
45:8 46:12 51:22
53:2 57:21 58:11,24
62:3 64:10,11 86:17
88:2,5 89:1 94:4
121:17 179:9,16
252:4 263:22
266:10
**fluke** 145:13
**fml77** 50:23
**focus** 137:5 265:25
265:25 266:3,5
299:8
**focused** 133:11,18
175:13,13 236:4
**folks** 82:15 87:8
129:16 133:12
137:23 152:1
195:14 247:14
288:14
**follow** 43:12 59:6
67:24 124:25 141:8
149:21 153:19
181:19 204:25
247:22 270:10
272:15
**followed** 79:23
154:23
**following** 66:5
167:16 170:14
205:23
**follows** 6:6 203:21
204:11 225:25
227:3 228:3 229:13
237:9 239:3 244:21
**followup** 215:23
308:22
**followups** 308:14
**footnoting** 164:9
**foregoing** 313:15

**forks** 120:6
**form** 4:4,5 11:23 14:8
14:8 15:2 16:8,10
16:11,13,13,19,20
17:1,1 19:23 22:22
22:24 26:17 27:2
28:21 29:14 30:14
31:4,17,21,25 32:1
32:4,8,9,17,19 33:1
34:4 36:7,8,10,14
37:7 40:21 45:8,14
45:17,20 46:4 47:12
47:14 48:11,11,16
48:17,18,21 49:3,6
49:15 50:6,13,15,20
50:23 53:24 56:18
56:21 58:20 60:2
61:21,22 62:8 63:25
64:5,11,12 65:2,12
65:13,14,25 66:9,11
66:17,18 67:1,18
68:11,23 69:16
70:16 71:13 72:19
73:11 74:1,4 76:2
79:15 80:2,7 82:6
82:23 83:10,10,13
83:17 84:6,14,25
89:25 93:5,6 94:9
95:2 101:8 102:7
103:1,9,12,21
105:10,14,15,25
106:18,18,18,19
107:5,10,12,16,18
108:2 109:17 110:9
111:9,12,14 112:9
112:11,14 114:21
117:19 119:21
120:5 121:23
123:15,16,21,24
124:1,13,24 125:1
125:14,17 126:1,20
129:2 131:11
136:12,21 146:3
147:13 155:5 156:3
157:6 161:13 162:5
162:10 168:16
169:16 170:4 171:3
171:13,23 172:8,12
172:14,16 175:19

178:22 179:3,9,17
180:12 181:18,23
182:6,14 184:2,6
188:3,22 190:2,12
191:1,19 192:7,8,10
193:11,17 194:24
195:20 196:8 198:4
198:6 199:14,15
201:22 205:1,2
206:10 207:9,11,16
207:17,24 208:10
208:20,25 209:12
210:7,15,18 211:5,6
211:12,25 212:20
213:12,19 214:14
214:25 215:4 216:9
217:16 218:18
219:6,17,21 220:7
220:14,25 221:6,15
222:14,17 223:5,6
223:15 224:3,14
225:3 226:16 227:6
227:7,13 228:6,19
229:16,23 230:7
231:1,20 233:2,10
233:14 234:1,12,20
235:3,5,15,22 236:6
236:21,25 237:20
238:6,9,11,17,19
239:4,7 240:19,23
240:25 241:1,5,17
241:21 242:7,8,13
242:14,23 243:12
243:13 244:1,12
245:7 246:1,16,24
247:5,6,15,20 250:5
250:6,6,8 252:12
253:6,7 254:14
255:21 256:2,15,22
260:13 261:14
262:11 263:20
265:17 267:13
268:3 270:4,23
272:21 273:14
274:6 275:1,8 276:8
276:15,23 277:6,20
277:23 278:10,18
279:4,22 281:7
282:9 283:12

286:12,24 288:4,10
290:6 292:1,10,17
293:17 294:20
295:1,7 296:7,15,21
297:10,19 298:10
300:18 302:3,22
304:16 305:12
307:7,10,24 310:25
**format** 34:4,4 36:6,6
    36:7 93:8,8 284:9
**formation** 248:5,18
**formed** 283:23
**forms** 15:1 47:25
    50:19 67:24 82:24
    91:20 178:16,16
    200:7 201:16
    206:23 215:3
    217:17,17,18,20
    222:25 234:19,23
    240:12,14,15
    246:22 263:25
    310:19
**forth** 45:19 206:8
    257:20 261:15
    301:13
**forté** 154:21
**forward** 26:7 139:23
    151:10,17 188:24
    189:19 251:15
    302:18
**foster** 89:21
**found** 141:10 291:19
**four** 18:2 21:5 27:15
    102:24 158:25
    192:9,10 193:17
    195:15,22 216:24
    218:1 298:5
**fourth** 150:1
**frame** 90:21
**framing** 246:12
**frederico** 209:8
**freestanding** 49:21
    185:3 233:5,18
**fresh** 180:7 194:21
**frivolous** 310:24
**front** 9:20 13:3 26:14
    26:19 27:18 52:16
    54:7 76:10 241:8
    258:10,14 289:5

305:7
**full** 40:9 163:23
    198:1 269:8
**fully** 53:23 135:25
**function** 27:21 82:13
    118:1 252:9 254:11
    254:23 255:11
    305:20 307:4
**functioning** 128:22
    265:5
**functions** 38:22
    89:21 115:20 252:7
    252:11,22 254:24
    306:7
**fund** 40:14
**funds** 118:14
**funnels** 307:16
**furnished** 199:6
**further** 105:1 168:25
    257:4 280:5 313:8
    313:11
**future** 13:14 26:21
    308:16
**fuzzy** 167:9

_____
### G
**ga** 2:4,8
**gabe** 275:23
**gather** 24:5 28:1
    138:14 140:8
**gathered** 24:16 33:5
    44:5 45:25 79:15
    138:9
**gathering** 24:14
**gathers** 62:2 203:3
    204:11
**general** 6:13 22:18
    42:16 127:21,24
    135:7 150:14
    157:11 160:12
    162:7,14 182:23
    292:4,24
**generally** 134:4
    150:18 165:13
**generate** 90:4 131:15
    136:1 139:19
    140:25 141:17
**generated** 79:15
    127:5 142:8 150:21
**generating** 89:17

131:22 139:2
    150:25
**generation** 178:15
**gentleman** 100:16
    101:18
**gentlemen** 284:2
**george** 145:4 146:12
    146:19,23 150:21
    151:4 152:1 164:8
    164:15 166:14
    285:14,19 286:18
    287:3 289:24,25
    299:23
**georgeanne** 1:25
    312:15 313:5,20
**georgia** 85:6 203:17
**germane** 61:15
**gerson** 4:17 272:20
    272:23 280:18
    283:3,4,9 284:18
    302:15 305:18
**getting** 43:12 60:1,5
    61:11,11,15 80:16
    80:17 97:2 129:1,19
    130:3,12 132:17,21
    133:3 135:6 158:11
    176:1 258:11,12
**gettogethers** 14:23
**give** 5:15 43:6,7,8
    52:16 63:11 89:15
    103:22 208:4
    221:21 226:18,20
    228:11 238:18,22
    238:24 239:14
    243:7 244:7 246:3
    246:12,19 247:3
    248:19 260:24
    261:2,22 266:17
    272:13 295:4,6,21
    296:6,11,12,13
    307:19
**given** 28:15 60:7
    224:8 246:4,13
    247:1 262:6
**gives** 204:20
**giving** 8:10,17 38:18
    69:9 222:4 224:24
    224:24 226:2,3
**gl** 177:4

**glad** 41:16 206:16
212:12 238:24
**global** 127:13,25
**globally** 129:17
131:19
**go** 6:12 7:15,21 9:22
11:13 12:9,13 18:11
19:6,8,11 21:14
25:25 28:15 30:14
39:7,8 41:16 43:15
46:10 47:24 52:1
53:12,17 54:10
55:23 67:2 70:13
82:10 85:20 89:11
93:1 94:1 96:3 97:5
102:10,11 104:2
106:18 109:13
110:10 111:19
116:15,20 118:3,17
121:14 130:21
134:21 136:5 137:7
139:11 140:21
142:5 144:7 145:18
148:18,21 152:23
153:17 156:22
158:1,17,17 163:18
177:20 184:11,12
186:21 187:1 188:6
188:10,10,18,24
189:4 192:1 193:20
204:9,16 205:17
214:20 219:19
231:8 233:23 238:5
239:4 247:7,10
260:6,17,18 262:17
264:21 266:18
269:8 290:23 293:9
297:15 298:4,25
299:17 300:1
302:17 308:15
310:14,22
**goes** 31:4,5 33:10
35:14 44:9,11 45:8
45:23 57:16 58:12
67:1 70:10,24 93:8
94:12 107:15 116:9
116:18,19 117:13
117:22 118:1
121:17 124:12

138:3 159:11 169:3
187:14 196:17,18
196:20 202:6 206:4
220:20 247:5
**going** 9:13 10:4 12:7
12:11,13,14 13:9
14:25 20:11 26:10
27:24 29:20 33:6
44:1 51:11 62:19
64:21 71:8 78:1,2,3
78:3,16 79:25 81:8
87:22 88:21,24,25
103:15 108:4
110:22 116:14
119:1,20 128:10
132:5 134:5 135:1
140:7 142:1 148:22
149:8,14,21 155:17
155:19 160:14
162:2 179:22 180:3
180:9 181:16 182:1
183:11 184:19
185:9 187:4 189:15
209:21 210:22
215:7,15 221:8,16
221:23,24 224:18
225:4 226:23
227:25 228:11,12
228:14 242:5
255:14 261:4
264:23 271:7
274:20 278:2 280:5
280:18 281:11
289:8,15,21,23
290:13,22 295:21
297:14,15 299:12
**good** 6:9,11 19:20
22:13 26:20 72:7
112:12 122:17
142:19 164:9
186:16,17 223:1
227:8 258:2 266:22
274:1 284:2 308:7
309:2 311:6
**gotten** 126:13 158:4
**gov** 2:13
**government** 85:12
92:16 93:11 188:8
309:1

**governmental** 39:4
**grab** 16:19 34:13
**graduated** 152:17
**grand** 165:5 174:7
176:15
**great** 27:8 34:7 195:7
298:24
**gross** 175:3,4 176:23
176:23,24
**group** 30:20 44:18,19
52:6 122:12 194:3,7
231:3 265:2 270:8
273:7,9,11 295:8
298:20 301:23
**grouped** 53:21
**groupings** 127:17
**groups** 175:24
**guarantor** 24:7
**guess** 28:19 36:9
41:25 54:24 65:20
91:10 105:14
106:17 113:22
116:22 132:15
153:6 163:23
184:20 214:21
**guidance** 66:5
**guide** 272:6,11
**guideline** 272:4
**guidelines** 30:25 70:3
204:25
**guy** 187:2 208:13
227:23
**guys** 86:12 91:21,25
94:23 95:3,13 96:1
97:6 208:5,8,16
245:23
**gyn** 211:18

**H**

**h** 63:23
**hadnt** 60:7 156:15
272:1
**hairs** 202:9
**half** 163:24
**halifax** 1:7,8,8,9,9
5:25 6:1 8:10,17 9:2
13:15,22 18:14,22
20:8,18 21:18,21,24
22:2,5,9,16,20
25:13,15 26:1,23

34:16,24 36:3,9,12
37:1,9,21 38:5,16
38:20 39:5,8 40:18
44:17 45:25 49:1,11
52:6 55:6 61:5 62:2
62:23 66:2,5 67:16
67:22 74:7 76:7
82:19 85:12,14,15
85:17 87:19 89:18
89:22 90:15,19
92:19 93:11,16,23
93:24 94:12 95:16
99:25 100:17 101:1
101:17 102:3 109:5
109:18 110:7 111:2
111:10 114:17
115:9 116:1 118:18
119:14 127:4,7
132:10 134:8
136:11 137:7,19
139:3 140:18 142:2
150:11,15 155:1,23
156:10,12 159:5,9
160:15 162:24
165:7 169:13
171:20 173:3,8,10
180:8,10 182:9,22
183:8,9 186:6
191:17 192:5 193:8
195:3 200:5 201:6
201:13 202:14,16
202:20,23 203:3,22
203:24 204:3,5,11
206:22 209:7 212:7
213:16 214:3 215:2
217:8 218:15,17
220:20,23 222:11
223:4,25 224:22
225:25 226:15,15
227:5,5,10,11,12
228:3,4,5 229:13,14
229:15,19,19 230:6
230:24 231:11
232:24,24 233:8,9
233:23,24 234:3,9
234:10 235:1,20,20
236:19 237:9,15
238:4 239:3 241:14
241:20 242:6,12

243:8,9 244:9,21
245:15 246:6,22,23
247:4,15,16 248:5
248:14 251:19,22
252:8,19 254:10,17
255:9,15 256:19
258:7,17 259:6
260:11,18,24
261:18 262:8 265:4
265:14 267:1,11
268:15,21 269:19
270:3,15,25 271:14
271:19 273:3,8,10
273:10 274:3,8,22
275:19 276:14
278:5 279:20 283:4
285:6,10,17 286:2,9
286:10,20 287:24
287:24,24,25
289:13 290:2
294:19 300:15
301:13 302:1,9
303:10,14,21 304:2
304:6,9,20 305:1,9
306:1,6,24 307:2,19
308:20 310:24
314:4
**halifaxs** 44:4 91:15
108:5 137:17 143:4
206:8 207:8 210:14
251:7 254:22
286:21
**hallway** 196:23
**hand** 5:13 280:12
312:10
**handed** 85:9 163:10
198:17 232:18
**handful** 73:8 170:4
**handing** 99:7
**handkeyed** 130:10
**handle** 150:15 152:10
**handling** 230:13
**hands** 47:19
**handwritten** 181:6
**happen** 139:8 152:13
**happened** 81:10
95:25 157:11
158:11,15 176:14
188:19 299:20

300:21 302:25
305:6,7
**happens** 35:3 39:2
44:24 45:23 51:23
121:19 134:24
158:2 232:22 252:3
269:9
**happy** 311:4
**hard** 80:20 86:4
93:18,21 130:13
134:12 168:7
231:21 261:3
**harder** 263:14
**hasnt** 158:3 251:13
**hate** 187:19
**havent** 47:13 96:25
99:19 104:9 134:18
209:2 243:11
293:11 298:6
**head** 37:22 91:9
114:18 119:6
168:18
**health** 1:8,8 4:11 6:1
23:8 30:10 33:17
35:18 36:2,20,21,22
37:3 39:5 51:13
52:10 53:16 58:12
62:3 78:2,6 170:18
170:23 182:9,23
183:8,9 206:2
248:14 251:22
279:24 290:2
303:14 305:1 306:2
**healthcare** 115:11,15
118:20
**healthcarerelated**
115:20
**healthemployed**
44:17
**healthy** 183:2 184:13
**hear** 221:13 225:23
235:25 247:11
298:8
**heard** 111:4 219:25
221:12 247:10
271:11 298:7
**hearing** 294:23
**heart** 77:16 183:4
186:16

**held** 42:6 60:7 310:5
**help** 13:20 242:10
271:20 275:18
278:2 289:1
**helped** 249:14
**helpful** 13:20
**helps** 52:12
**hereof** 314:14
**heres** 42:19,20,20
93:12,13 175:2
222:7 235:18 236:9
236:11 258:6 297:4
298:9
**hernacki** 2:3
**herrero** 283:25
**hes** 10:1 13:8 19:9
30:19 77:16 78:20
104:11 112:3,19
147:25 148:1
149:14 155:16,19
162:2 166:16,16,24
185:10 200:12,21
208:4 209:24
210:21 221:8,17,20
223:3 229:2 233:7,8
233:15,24 234:2,4,6
239:21 240:4,4
295:19
**hesitating** 143:15
**hey** 266:17
**high** 176:15
**higher** 93:2 98:2
**highly** 231:14
**hip** 63:15 64:9,9,19
65:10 167:5
**hired** 99:24 101:16
101:17,19
**historical** 260:4
**historically** 128:15
**history** 55:11 146:14
272:18
**hit** 60:12 73:23 95:23
**hits** 29:2 39:1 40:14
**hmmm** 283:7
**hmo** 174:4
**hmoemployed** 44:18
**hmos** 42:17
**hold** 60:9 78:9
186:17 303:19

**holding** 43:6 59:25
**holds** 80:3
**home** 28:15 42:10
158:1 186:14 187:2
187:4 189:23
191:16 192:21
**hopefully** 39:4 47:25
74:25
**hospital** 1:7 8:10,18
9:2 14:17 15:19
18:14,22 20:8 21:19
21:22,25 22:3,6,10
22:16 23:2 30:8,13
30:20,21 31:7 33:21
35:7 36:12 38:5
41:2 45:23 46:1
48:11,18 49:23 61:5
61:7 62:21 63:1,12
63:15 66:24 68:12
68:15 72:18 73:10
74:3,10,12 75:17
77:6 80:4,9 83:9
88:14 90:15 98:18
99:25 100:17
101:17 104:10
107:14 108:20,22
109:15,18 111:9
114:1,22 115:4,10
118:18 119:8,14,21
120:5 121:9 122:2
124:17,19,24
125:25 127:21,24
128:2 130:15
133:13 135:16
136:1 139:10 150:4
154:20 160:9,15
163:1 166:6,10,11
173:3,23,25 174:10
175:6 179:12,23
180:8,21 182:3,4
183:25 184:1,8,23
185:1,5 186:1,7
187:18 189:25
190:8,11,17,24
191:5 192:1 193:1,9
199:22 200:23
201:7,9,13,16 202:7
211:6,9 212:24
213:5,21,22 214:7

214:12 220:4,12,18
220:24 222:8,13
223:2 224:1,1,13
225:2,18,19 226:6
230:9,24 233:1,5
235:20 246:1,10
248:6 252:19
254:23 255:2,16
268:24 270:21
271:14 275:13
277:3 279:1 286:23
286:23 288:23,24
288:24 298:23
301:13 304:6
306:25 307:2 314:4
**hospitalbased** 8:24
48:19 122:17
159:17 178:23
**hospitalist** 44:15,17
44:18 123:13 162:9
167:12,15 168:6
**hospitalists** 121:18
160:24
**hospitalization**
270:18
**hospitals** 20:18 52:11
104:6 108:15,19
182:13 191:14
251:16 252:15
270:22
**hospitalside** 33:7
**host** 86:15
**hour** 17:15,19 43:3
**hours** 17:15,22,25
18:2 195:12,24
239:11
**house** 187:5
**housed** 34:24 172:13
**hows** 288:6
**huddle** 196:24
**huge** 93:12
**huh** 208:19
**humana** 129:8,17,19
**hundred** 91:1,10
97:16
**hundreds** 87:18
**hurdles** 40:10
**hypothetical** 189:9
189:10

**I**

**id** 6:16 65:15 103:5
103:18 104:17
140:9 172:13 173:9
238:24 242:12
273:20
**idea** 26:20 90:23
135:7 235:10 277:3
278:25 298:14
**identification** 8:14
48:4 55:9,10 85:7
99:4 140:8 145:19
163:8 198:15
199:11 201:15
253:22 280:10
281:14 282:14
285:4
**identified** 11:3 17:5
17:24 18:4,12 41:1
45:11 47:3 64:20
75:18 147:24
152:23 155:25
171:24 184:22
196:15 206:24
215:1 216:7 221:9
222:22 223:20
257:16 259:23
260:21 261:24
262:14 263:11
299:13
**identifier** 55:24
80:25 81:1 142:3
**identifiers** 113:9
117:9
**identifies** 103:6
119:14 159:5 173:3
173:14 257:18
**identify** 19:4,9 20:11
20:17 21:15 47:14
50:20 53:12,19 55:6
64:13 116:10 140:5
145:16 147:19
155:2 206:22 207:2
209:7 215:25 217:9
217:11 222:25
223:5 249:18 257:2
257:8,13 262:8,22
263:6 269:6 301:7
**identifying** 9:13

20:16 27:5 45:14
54:21 58:1 154:19
274:14
**identity** 241:4 302:1
**ignore** 272:10
**ill** 6:21 7:1 13:10
21:15 22:17 24:21
24:23 41:11,12,16
41:21 43:2 75:5
83:19 84:12 92:17
119:22 145:18
148:24 165:22
167:24 212:12
219:13 227:7
236:11 253:7
267:22 278:3 288:7
290:19 294:25
295:6 296:12 297:8
309:20 310:16
**im** 6:10,11 9:12,17
11:14,17 12:13,14
18:17 19:18,21 20:3
20:11,21 22:18
26:10,10 32:15 33:3
39:18,18 40:24
41:15 59:25 61:15
61:22 65:23 66:23
70:2,3 71:15 72:4
75:16 80:10 81:2,23
87:16 88:19 92:7
93:2,19,21,21 95:3
95:15 100:22
101:13 102:25
103:15 104:7 106:4
106:4,5,22 109:15
113:20 116:4,14
119:3 123:10,11
125:20,21 127:6
131:19 132:18,25
141:24 143:15
146:21 147:18
152:10 154:4 155:7
155:8,16,17 159:16
164:13,16,23
165:18 169:11
170:4 171:5 172:9
175:13,13 176:4
177:7,8 181:19,25
183:11 184:16,20

185:9,20 186:5
189:13,15,16,17
190:25 191:25
192:1,3,4 193:14
200:17 201:6,10
202:14,18 203:21
203:25 204:21
205:13,13 208:13
216:13 217:4 220:9
221:13,13,16,23,24
222:1,24 224:18
225:4 226:21,22
227:14,15,16,19,25
228:11 230:16
232:11,14 233:16
234:25 235:1,4,18
237:11,15,17 238:2
238:4,15 239:17
240:17 242:5,21
244:5,6 246:9,11,22
248:2 249:16 250:1
251:2 253:13,13
254:20,21 255:11
255:22 256:6,16,23
261:4,12,17,23
263:25 264:1
268:11 269:15
271:4,10 274:8
277:18,19,24 278:2
278:21,24 280:5,22
281:3,9 282:10,22
283:1 286:6 287:13
287:14,21,21
288:18 289:8,15,18
289:21,23 290:7,21
294:23 295:16,21
297:2,14 302:12
309:7
**image** 53:11 96:22
**images** 128:17
**imaging** 29:6 42:21
54:13 57:1,8,13
61:12 75:13 77:13
77:18 181:9 182:11
184:15,17 190:21
**immediately** 12:25
13:1 308:22 309:5
**impact** 72:19 73:10
74:3 266:13

imperato 275:25
    276:2
implication 133:19
importantly 7:3
impressive 228:14
improper 297:18
improperly 297:6
improved 263:22
    264:5 266:9
improvement 283:17
    296:17
inappropriate 257:19
    311:1
inappropriately
    152:3,4 309:3
incentive 139:5,14
    141:14
include 100:19 177:1
    199:1,10 200:10
    268:12
included 11:16 76:22
    95:18 157:8 158:14
    183:18 296:19
includes 81:10
    174:16,17 177:3
including 170:19,22
    206:4 241:3
income 127:22
    175:10 176:19
incorporate 26:21
incorrect 145:16
incorrectly 145:6
    257:9
index 3:1 4:1
indicated 160:16
    284:20 314:13
indicators 138:20
    162:16 198:5
    247:22,24
individual 14:25
    36:17 55:14 72:18
    73:2 74:2 98:1,15
    98:25 112:20 129:7
    131:18 135:20
    136:6 140:13
    143:21 144:9 147:4
    248:16 252:24
    262:22 267:8
    272:19 287:19

293:25 297:24
    299:1 301:22
individually 20:17
individuals 17:24
    247:16 279:20
    298:23
infections 182:20
inflates 133:24
information 16:18
    23:23 24:8,9,16
    27:14 28:2,3,5,18
    29:10 30:10 33:4
    36:2,10,11 38:17
    39:1 40:3 44:5
    45:25 50:10 51:13
    52:3,10 53:16 56:14
    57:25 58:2,11,13
    59:1,21 62:3,3
    65:11 70:11 73:17
    76:7 78:2,7 79:15
    82:1,22 84:17,25
    85:22 89:16 92:5
    93:15,16 95:18
    96:13 97:12,22
    101:7 102:2,5
    118:23 126:18,18
    127:2 130:2,5 131:4
    138:14 139:2 140:6
    140:11,19,22
    142:10 147:17
    168:14 171:21
    175:16 176:7 199:1
    200:10 202:15,17
    202:21,23 203:4,22
    203:24 204:4,5,12
    214:3,12 246:3
    247:16 258:19,24
    273:10 279:24
informed 9:16
inherited 280:22
    281:2
inhouse 34:24
initial 25:6,18 257:25
    264:23 279:19
    299:7
initially 265:18
inpatient 24:19 41:4
    41:6 44:2 58:18
    61:6,14,17,23,24

62:6,10,15,17,18,24
    66:21 68:22 74:22
    75:3 79:9,21 87:21
    87:24,25 104:3,5,15
    105:7,16 106:13,20
    107:11,14 108:11
    109:17 112:4
    114:23 122:23
    128:19,24 167:4,20
    169:10 171:19
    172:5,20 174:13
    182:4 184:1,9 186:4
    187:5 191:21 192:6
    192:15 193:6,9,10
    193:12,18,20 194:9
    194:10 213:2,3,22
    214:7,12,17 215:12
    215:24 216:12,12
    216:12 233:20,20
    266:6 267:10,18
    268:1,14,16 269:12
    269:21 270:18
    271:16
inpatients 44:20
    52:21 191:24
    218:23 219:16,23
    220:2 268:6 269:14
    269:15,17
input 28:5,7,19 33:1
    50:11 57:24 58:2,6
    130:5
inputting 29:13
inquiries 86:11
inspected 115:24
instance 114:16
    153:6 161:11,20
    232:25
instances 147:24
    148:1 155:2 156:10
    226:14 227:4,12
    228:5 229:15
    242:22
institution 69:5
instruct 63:12 149:8
    155:13,17 200:15
    201:3 222:1 224:18
    225:4,6 226:7
instructing 148:9,12
    148:19,23 149:10

200:17
instruction 7:11
    28:15 149:22
    217:15 225:22
    241:9 245:5
instructions 6:13
instructs 7:14 63:8
    233:22
insult 228:24
insulted 228:22
insulting 189:14,16
    189:17 228:25
insurance 24:9 60:6
    157:17
integrity 4:8
intensivist 162:9
intensivists 121:18
    160:24
intent 59:4
interact 272:11
interested 119:3
    313:10
intermediary 35:23
    36:1 39:3 95:4,5,12
    96:1 117:14 118:2,6
    118:7
internal 14:19 17:24
    66:4 86:11 145:3
    266:5 297:23
    300:25
internally 128:13
    287:23 294:1
internet 83:20
interpose 7:7
interpretation
    266:21
interpreting 237:11
interqual 272:6,11
interrupt 187:19
    238:20
interrupted 200:19
    310:24
interrupting 25:5
    296:12
intervention 46:21
    210:23 232:21
    233:17,18
interventions 162:19
interviewed 181:11

**introduce** 5:10 9:23
47:24 145:18
**introduced** 103:1
**invasive** 125:15
126:3
**investigation** 292:15
**involve** 145:2 269:7
272:13
**involved** 130:20
145:2 265:3 287:5
288:12 299:10
**irrelevant** 309:10
**isnt** 13:6 272:12
298:16
**issue** 101:2 145:12
151:9 153:23
154:22 155:1 156:6
156:8 180:6 257:3
267:12 269:4
274:17 275:11,11
275:12,22 299:21
301:3
**issues** 129:21 132:24
262:25 263:2
300:20
**item** 15:2 20:19,20,20
20:20,21,21,25 21:1
50:22 54:10 65:2,14
68:1 72:20 85:21
105:15 107:16
124:20 146:19
147:4 150:21
160:19,20 161:16
162:10,10 172:16
172:16 174:24
179:4 192:9 193:3
193:17 199:6
207:11 209:13
213:25 214:22
**items** 11:10,12 77:7
180:5
**ive** 9:16 14:23 37:9
60:1 99:18 156:5,15
164:2 166:25 169:7
173:10,16 197:3,14
203:8 206:15
221:12 224:8
226:23 240:2 246:4
246:13,25 247:10

271:11 289:3 296:4
298:7 300:9 305:1
306:1 309:15

———————
**J**
———————
**j** 2:11 313:12
**january** 37:19,23,24
38:9,12,15,23 305:7
**jargon** 169:6
**job** 98:13 164:9
187:14 249:5 258:2
266:22
**jog** 250:14,16
**jogs** 250:14
**joint** 63:24
**joke** 283:5
**jones** 64:5 123:6
**joni** 14:13 15:5 139:8
139:9 196:22
**judge** 222:1
**jumped** 40:10 256:12
**june** 4:16 166:21
289:24 312:17
**justice** 2:11

———————
**K**
———————
**k** 1:8,8
**keep** 24:22 43:2,6,7
96:25 97:1 106:12
131:9 144:3 159:9
162:24 187:15
205:4 209:14
226:23 230:14
304:22
**keeps** 222:4
**kennedy** 14:16 16:8
16:13,16 17:6
196:19
**kepro** 282:21,22
**kept** 134:21
**keyed** 121:21
**khanna** 140:16 143:4
143:7 144:2,8 160:1
160:3,14,17 161:8
161:11,14,21,22
162:1 181:1,15
182:3 185:22
187:14 189:21,23
212:18 214:25
**khannas** 142:2,7

143:23,24 161:7
181:22
**kick** 39:17,21,23 40:8
**kind** 46:20 52:19
84:22 90:3 141:22
142:15 152:10
176:15 184:20
192:15 249:10
**kinds** 175:23
**knee** 78:15 167:5
183:1,3
**knew** 87:18
**know** 6:11 7:18 8:2
9:1,25 10:3,5,10
11:9 15:1,2 17:15
23:13,16 24:20 26:7
29:5,6,20 30:1,9,18
30:25 31:12 34:20
35:3,15,21,25 36:24
37:11,16,20 39:5,10
39:18,24,24,25 40:4
40:16 42:16 43:3,4
43:8 46:9,10,19,20
47:10,19,20 51:11
53:7 54:2,13,16,18
56:25 57:2 58:25
59:2,3,6,10,22,23
59:23 60:20 61:10
63:8,17,21,23 64:5
66:8,14,16,22 68:24
69:12 71:23 72:10
72:14 74:12 75:12
75:14,18,19 76:17
76:17,20 77:2,7,11
77:12 78:22 79:17
79:21 80:16,19,20
81:20 82:14 83:6
86:5 87:6,9,10
88:24 89:1,13 90:6
90:8,22,25 91:9,18
92:4,6 93:10,10
94:25 95:2,7,13,24
96:4,15,20 97:1
98:12,14,21 99:17
99:17 102:1 104:24
105:15 107:6,23
108:15 111:3,8,10
111:17 114:18
115:14 117:2 119:1

119:8 120:13,14
121:1,13,16 122:6,6
122:7,10,15 124:10
124:15,21 125:16
127:15,21 128:1,7,9
128:19 129:7,11,12
130:8 131:6,12
132:1,4,4,15,16
133:15,18,21,22,25
134:2,9,10,10,11
135:6,10,11,14
137:13,25 138:14
142:5,18 144:24,25
145:11 147:5
148:17 150:16
152:7,25 153:14,20
154:23 157:17,24
162:15 163:16
165:12,13,25
166:16,18 167:3,5
167:10,15,17,18
168:13 169:3 170:5
170:6,6 172:4,6
173:16 174:19,23
175:15 176:15,20
176:22 177:8
178:10 180:5,21
181:8 183:11,17
184:10,11 187:9,19
189:7 190:13,13,14
190:17,19,20 191:4
194:15 196:3 202:9
203:3 204:11 205:9
205:10,14 210:24
215:6 220:5,13,16
220:20,23 222:25
223:17 226:13,25
227:3 230:3,4,6
234:3,10 236:19
237:9 238:5 239:4
241:14 244:9,21
245:14,15 247:7
248:12,22 250:7,11
250:12,24 253:1,17
254:23 255:7 256:3
257:5,12,15,20,21
259:6 260:4,7,9
262:13,24 263:3
264:23 265:11

266:4 267:21 269:2
270:6 271:12
272:24 273:16,18
273:21 274:1,14,18
274:19,20 275:9,10
275:18 276:5,22,25
277:5 278:4,7 279:2
280:25 281:12
282:24 283:15,19
284:3,4,25,25
286:10 287:11
288:13 293:7
295:24 296:2
299:15,16 301:25
302:7,8,19 304:8
306:24 307:21
309:11
**knowledge** 43:5 83:8
85:16 91:15 109:21
141:12 143:13
163:5 172:17 220:9
255:16 304:13,19
**known** 22:7 153:19
153:24 243:14
256:13,17 257:1
260:11,11,15,20,21
260:25 261:10,12
261:19,24 262:2,9
285:6 300:3 301:7
**knows** 29:23 199:16
204:19 205:5
209:17 222:8 224:2
225:18 226:15
227:5 232:24
235:20 237:15
**kuhn** 143:4 144:8
206:19,23 207:20
207:21 212:18
**kunz** 5:22 149:4
185:22 277:2 278:4

**L**

**l** 2:2
**lab** 26:8 28:14,25
42:20 54:17,18 57:1
57:13 61:11 69:2,13
71:23 72:18 73:6
75:13 77:9,11 87:9
125:19 181:9
182:10,10 183:6

185:2,11 190:20
192:20 193:3 210:1
**labcorp** 185:2
**labeled** 32:16
**labs** 28:17 54:13
**lack** 227:23
**ladies** 284:2
**lady** 187:3
**laid** 47:19
**lake** 119:23
**lands** 179:9,17
**language** 46:13 82:25
84:5,7,16,19 227:24
244:10,22
**lap** 78:22
**large** 73:7 133:13,14
218:22 252:1
**lasix** 43:6
**late** 187:21 266:2
**lately** 97:1
**law** 188:11,13 235:6
235:18,20 274:5,25
275:7 276:2
**lawyer** 155:7 226:22
238:3 309:2
**lawyers** 208:9,11
276:4 309:17
**lay** 252:5,6
**layperson** 208:24
**leader** 89:20 129:6
139:7 142:13 287:2
299:23
**leaders** 128:18
**leadership** 128:9
141:3,3,20 273:7,9
273:11 275:14
288:25
**leaderships** 274:19
**leads** 166:5
**learn** 8:16 70:11
249:15
**learning** 195:17,18
**leaving** 187:3 292:18
**ledger** 127:21,25
**left** 76:18 77:19
198:22 216:3
**lefthand** 83:25 88:8
**leg** 76:18,18
**legal** 8:6,23 17:7,10

145:2 152:1 156:4
171:4 178:8,12
201:23 203:1
204:24 206:11
207:1,25 208:4
212:11 215:5 220:8
221:1 222:18 223:7
226:17,21 238:2
246:18 299:17
300:5,22
**length** 146:24
**letter** 92:4 286:18
**level** 30:25 120:14
121:24,24 133:25
137:8 267:8 269:8
293:3 294:4,5,8
**lewis** 1:14 3:3 5:1,7
6:4,9 8:2,16 11:17
13:7,25 20:6,10
22:18 48:6 55:22
56:1,6 64:1,6 67:6
67:11,14 71:23 72:1
84:23 85:9 89:3
99:9,10 100:15
102:14,19,22
120:10 121:3
145:21 149:12,22
158:21 159:1,4
163:10 178:2
185:10 198:17
201:1 204:17
216:15 217:10
218:2,7,11 291:1,6
291:9 304:18
306:24 311:9 312:7
313:6 314:5,20
315:25 316:25
**lewiss** 12:22 13:11
**liability** 275:21
**license** 152:19
**licensed** 76:15
**lifetime** 55:14
**light** 293:7
**limit** 251:20
**limitation** 295:22
**lin** 2:2 5:21 239:25
**line** 12:9,9 15:2 62:11
65:2,7 72:6 73:23
93:12 104:4 112:4

121:15 123:1
124:20 128:21
129:6 137:22 139:6
141:3,19 142:12
147:4 149:18
150:21 160:18,20
161:1,3,16 162:10
162:10 165:5
166:12,15,20 169:3
174:24 193:3
196:17,18,18 198:2
198:4 213:25 242:1
284:9 299:23 315:2
315:5,8,11,14,17,20
316:2,5,8,11,14,17
316:20
**lines** 62:17
**link** 123:5
**list** 9:4 11:10,20
19:12 20:23 34:16
34:21 55:21 85:11
87:17 96:23 126:7
142:5 176:2 243:23
**listed** 34:12 49:11,13
49:19 50:5 75:23,25
76:4 78:24,24 85:21
86:20 89:9 112:10
113:12 123:15
124:4,7,8 125:9
160:18,19,20 161:1
161:3,11,16,18
162:9 165:23
207:21 209:8 210:9
210:13 211:13,23
212:3,5,6
**listen** 221:16 223:19
225:16 228:18,23
229:7 238:16 258:6
289:10 297:3
**listening** 229:2
**listing** 39:13 83:4
106:7 144:12
259:21
**listings** 91:22
**lists** 53:25 54:6
**literally** 53:12,17
54:9
**little** 18:21 50:24
52:20 54:24 80:20

104:25 114:10
121:22 124:15
126:13 128:16
154:9,9 165:6 167:9
176:17 186:15
248:25 262:21
263:14 295:17
308:4
**living** 298:25
**llc** 2:3
**llp** 2:7,15
**load** 93:17
**locate** 93:22 309:25
**location** 87:7
**locations** 87:5
**locator** 16:20,20 17:1
46:15 50:23 65:25
72:24 74:17 105:14
105:15 106:18,19
107:16,18 111:8
112:11 123:15,16
124:2 125:1,14
162:10 171:14,23
172:12 179:9,17
192:9,10 193:17
207:11,18
**locators** 16:9,10,13
31:25 65:13 66:9,11
72:20 123:25 172:8
**log** 34:19
**long** 15:11 16:15,22
17:13 37:16 69:12
77:7 84:11 104:10
136:13 190:3 197:3
198:19 239:9,13
240:6 249:3 263:18
269:18 270:2,22
271:13 288:9
**longer** 60:1 264:6
**longwinded** 309:10
**look** 9:5 13:10 18:7
20:6 22:14 38:3
48:6,12 49:7,7 65:8
68:4 83:25 88:7
93:25 98:13,13,16
98:16 100:2,22
102:22,23 103:7
106:14 113:16
121:14 124:14

128:21 129:21,22
132:22 136:3,5
139:3 140:1 142:2,6
144:1,22 145:5,11
145:17 151:21
164:25 165:5,21
166:20 167:1,4
170:10 173:19,22
174:6,6,8,9 176:8
177:5 178:4 186:17
194:13 198:24
205:18 228:14
232:21 253:24
280:14 282:1
289:14 294:14
297:24,25 298:12
298:14 299:1,11,21
300:25 301:1,2,6,22
**looked** 96:18 104:9
151:9,10 166:25
194:16 197:14,20
197:24 198:6 250:1
250:3,5,6,23,25
**looking** 30:7,12
50:20 53:18 54:18
65:23 74:5 83:24
88:19 95:10,11,11
98:15,20 108:16
113:20 116:5,6
121:9,10 129:11,13
129:24 133:15
138:25 140:7 154:2
163:14,22 164:7,14
164:14,16 167:7
177:9,9 245:2,4
249:16 250:7
299:18
**lookout** 275:4
**looks** 42:25 59:16,16
65:14 83:13,15,16
84:12 88:9 103:7
105:5 136:4 163:17
163:18 164:8,24,25
165:16 174:10
223:22 246:17
**lose** 257:21
**lost** 69:21
**lot** 40:2,2 44:8 50:15
91:3 95:2 97:7

98:14,22,24 119:9
129:13 130:6
131:17 132:15
133:16 147:16
151:1 165:12 172:8
176:19 219:3
227:15 245:23
248:24 250:9 251:2
259:16,18 267:4
273:23 277:9,11
278:16 283:17
**low** 136:24
**lower** 299:7
**lss** 15:7,20 23:2 30:16
31:2 33:12,23 109:7
109:8 119:23 120:8
120:10,17,22
121:13 127:3,10,12
127:19,24 128:5
130:3,8 131:4,7
133:23 135:24
138:10,12,13,24,24
139:2 140:6,12,21
142:1,10 143:6
153:7,10 156:20
166:7 170:3 175:17
176:13
**lunch** 102:11,16
**lwood** 2:5

---

**M**

**m** 1:16 5:6 67:5,8,8
67:10 100:10,13
102:13,16,16,18
121:5 150:5 158:20
158:23,23,25
177:22,23,23,25
185:10 218:1,4,4,6
230:19,20,20,22
290:25 291:3,3,5
311:8,14
**maam** 227:1 228:17
237:7
**machine** 26:13
**main** 64:8 75:6 78:13
128:4 135:24
175:24 288:22
**maintain** 47:9
**maintained** 34:20
**maintains** 96:16

**major** 63:15 99:2
**majority** 87:20 88:4
179:6 252:21
**makeup** 280:20
284:13 304:25
305:25
**making** 45:9 71:18
82:20 154:5 227:15
237:21 255:20
275:15 281:13
**male** 34:12
**manage** 87:8 115:25
**management** 43:18
79:18 121:6 129:16
141:12 150:5
173:19 252:4,14
269:6
**manager** 14:16,18
129:4 139:12
262:15 267:11,24
268:13 269:20,23
270:19 271:16
**managers** 268:20
**mandated** 252:1
**mandatory** 273:16
**manner** 52:14
**manual** 54:9 74:9
131:2 135:18 198:6
198:7 217:15
243:18 247:19,19
**manually** 53:9
**manuals** 247:18
**map** 87:10 114:21
**mapped** 86:17,18,25
86:25 87:4,12
106:10
**mapping** 15:7 89:19
**march** 1:15 5:3 312:8
312:11 313:18
314:5
**marginalia** 217:21
**mariam** 4:17 284:21
**mark** 84:22 85:3,6
253:15 280:8
**marked** 8:14 48:3
85:7,10 99:4,7
145:19 149:25
163:8 198:15,18
253:22 280:10,12

281:14 282:14,16
285:4
**market** 119:10 134:7
**marlan** 2:6 5:23
**marry** 95:7
**marsi** 4:18 285:7,14
285:16,25 286:8
289:4,24
**marsis** 291:14
**master** 77:6
**match** 9:10 51:14,15
95:14
**matches** 40:15
**matching** 52:4
**materials** 67:24
**matter** 6:12 140:6
225:17 248:21
249:13,24 314:9
**mbw** 2:9
**mcdermott** 2:15
**mckesson** 33:17
85:22 86:7
**mean** 59:7,7 66:10
73:7 86:7 90:25
93:20 123:3 132:14
155:8 167:1 171:17
181:25 182:22
184:19 188:1,5
192:20 208:8
218:16 220:1
237:12 247:19
253:17,20 263:24
272:14 280:22
291:25 295:10
306:13 309:17
**meaning** 24:3 28:23
29:3 35:11 77:5
81:21 83:2 87:1
89:2 98:16 179:16
191:15 199:10
237:4,13
**meaningful** 86:5
**means** 139:10 154:11
159:21 166:18,19
170:14 205:23
220:11,16 237:16
313:16
**meant** 246:15
**mechanical** 54:25

**mechanisms** 71:16
174:17 192:4
**medicaid** 23:12 24:6
36:1,1 39:15 82:25
93:3,7 95:4 115:18
115:25 116:2,7,13
116:23 117:1 118:1
118:7,25 119:7,9,11
133:14 173:20
219:11 252:2,5
282:23
**medical** 1:7,9 4:7,9
4:12 6:1 8:11,18 9:2
18:14,23 20:8 21:19
21:22,25 22:3,6,10
22:16 24:25 25:11
27:4 38:5 42:16
44:4 55:12 62:14,15
80:4 90:15 92:20
97:21 99:25 100:17
101:1,17 112:21
115:10 118:19
119:14 126:17
152:12 165:24,25
166:1,12 173:3
180:8 185:17
188:12 211:14,16
211:20,23 212:2,5
213:7,9,15,17
218:14 219:4
224:10,22 225:1,25
226:4,13 227:3,10
228:3 229:13,18,19
229:19 231:9,13,14
231:19 248:6
252:20 253:2,4,11
255:16,17 262:25
263:8,24 264:2,20
266:19 267:25
268:13,20 269:11
269:23 270:17,25
271:16,19,19
272:12 283:25
284:8 285:7,11,17
286:1,11 288:20
303:22 304:6
307:11,20 314:4
**medically** 194:6
**medicare** 4:4,5 22:17

22:21 23:12 24:5,10
34:8 35:24 38:6
39:11,12,15 40:6
48:20,24,25 49:3
68:8,16 70:2 82:20
82:25 83:11 90:15
90:20 91:7 92:19
93:2,3,6,24 95:5,19
96:17 97:11,21 98:8
100:25 111:11
116:24 133:24
134:2,5,10,14,14,17
134:20,20,21,23
135:4,11,12 150:7
163:25 164:11,20
170:19 173:5,5,15
173:15,15,20 174:3
174:3,3,4,24 175:2
175:17 177:10
183:17 187:24
192:25 193:1,6,9,25
198:19 206:3 215:3
256:13,21 258:8,17
259:8,13 260:19
261:19 262:2,9
263:12 265:5,7,15
270:8 272:15
273:17
**medicarespecific**
176:6
**medication** 55:23
57:18
**medications** 55:21
**medicine** 252:25
306:13
**meditech** 15:7,19,24
23:1 27:20 28:6,7
28:19 29:12 30:1,8
30:16 31:8,15,18
33:12,22,23 44:24
45:4,11 46:1,11
47:3 51:21 52:17,19
53:2,14,18 54:1
55:4,22 57:7 58:3,7
58:12 59:22,25
60:15,19 64:7,25
67:17,20 69:15
71:22 72:17 73:24
79:2 80:24 82:16

85:11,17 86:2,2,6
86:14,15,18,22
87:13 88:2 89:19
90:3 92:9 94:4,16
94:17 95:11,24
104:12,18 106:7,14
108:5,8,13 109:6,7
109:19 116:18
117:9,12 119:25
120:7 121:12
127:24 138:25
166:1 169:18
171:22,24 172:1,12
172:13 175:17
176:14 178:17,25
179:5,8 185:23
197:6,10 200:1
207:3
**meds** 55:23 56:4
**meet** 17:13 35:9
63:24 87:2 171:2
181:12 186:18
187:5,6 193:16
207:22 212:7 264:2
266:19 272:7
304:10,13
**meeting** 12:24 17:16
17:17,20 302:8,16
302:17,20 303:5,19
304:21 305:2,5
**meetings** 17:16
146:25 302:10,14
305:11 306:8 307:6
307:22,23 308:1,6,8
**meets** 35:8 206:8
267:6
**member** 57:9 139:16
146:21
**members** 23:3,24
24:13 30:22 87:1,1
137:19 273:11
276:6 278:20
279:17 295:8
**memo** 146:17 151:11
283:1
**memory** 48:2 153:2
192:13 197:17
198:7 250:14,14,16
286:5

mention 152:12
    197:25
mentioned 14:24
    24:13 178:10
    183:25 195:25
mentions 110:20
message 154:7
    266:21
met 267:6 272:7
    304:2,8 306:18
method 193:10
methodology 140:11
miami 2:20
microdiscectomy
    185:9,21,22,25
    187:17 189:22
middle 1:1
midnight 56:11 60:15
million 137:25 165:7
    165:10 259:17,18
    266:9,9
mind 41:12 194:21
    260:14 290:14
    298:13,17 308:4
mine 113:4 240:1
minutes 15:13 16:17
    16:24 216:3 218:13
    239:10 240:5
    296:11 305:11,17
    306:8,11 307:5,12
    307:15,19,23,25
    308:7,7,7,10
miscommunication
    297:25
miskeyed 145:8
misleading 50:24
mismatch 34:14
    39:25
missed 294:7 299:2
missing 81:23
mistake 34:13
misunderstanding
    153:3 184:21
mix 138:21
mixed 167:21
model 133:23
modified 95:23
    145:10 249:4
    294:11 305:24,25

modifier 77:19
    113:12,12,14,16
    114:13,17
modifiers 113:13
modify 71:8 281:11
    287:10
module 53:4,5 120:17
    120:18
molpus 101:2 211:14
    211:18,21
moment 280:13
    290:4 300:13
money 132:24 133:11
    133:16,17 152:8
    153:20 156:19,22
    157:12 224:10,23
    226:1 239:17
    257:23 258:7,16
    259:7,16,18,19,20
    260:18 261:8,9,15
    262:9 266:16,17,23
    266:25
monitor 52:17
monitored 42:22
monitors 53:10
month 81:9 82:5 90:8
    137:3 174:25
    175:15 176:9,12,14
    176:17 177:5
    257:13
monthly 81:5 128:8
    128:12 131:24
    140:25 141:9
    173:22 176:3 305:3
months 8:19 157:18
    158:4,5,11 264:4
monthtomonth 177:6
moran 4:7 99:20,21
    99:24 100:17,23
    101:16,20,21,25
    102:2,5,24 103:19
    106:24 111:21
    205:18 208:19
morans 105:24 106:4
    170:11
morning 6:9 185:11
morphing 272:14
motions 149:11
move 33:20 56:7

60:13 79:12 90:11
    115:7 117:12
    119:12 151:16
    158:16 173:1
    189:18 209:6
    214:10 244:8 258:3
    284:6,15 285:22
    301:9 303:2,15,23
    306:3,21 308:21
moved 139:20
moves 23:7 26:7
    56:10,11 60:21
moving 284:5
mri 73:16
msdrg 194:6
msdrgs 194:8
multiple 17:16 25:2
    35:6,20 40:7 60:9
    77:7 82:3 87:1
    94:21 97:3 127:13
    136:3 138:22
    153:12 176:8
    179:25 192:17
    203:16 235:8
    247:24 258:13
    275:13 276:11,11
    279:16 283:16
    284:12,12,12,13
    285:1,18,19 303:8
    305:1 306:1 309:21
mwe 2:18

N

name 23:25 24:14
    32:23 33:16 36:5,24
    46:15 47:17,22 51:5
    51:18 52:6 56:16
    64:25 66:25 67:16
    72:5 73:2 86:25
    88:10 96:12 99:21
    101:25 110:7,23
    118:6 123:19
    124:11,12 126:5
    128:12 160:16
    168:17 180:11
    199:11 253:14
    275:24
named 100:16 112:9
names 86:23 113:8
national 49:4 66:7

67:25 185:2
nationwide 257:12
nature 60:18 280:19
nauseam 221:12,21
    222:4
ndc 38:11
necessarily 132:11
    133:2 211:4
necessity 262:25
    263:8,24 264:2
    266:19 267:25
    268:13,20 269:11
    269:23 270:18
    271:16,20 272:12
need 7:17 20:4 29:16
    35:2 42:10 47:11
    54:2 60:20 69:13,14
    71:14 75:5 76:12
    85:1,19 90:9 100:3
    103:24 106:14
    110:10 113:22
    114:13 116:15
    119:10 132:25
    139:15 148:3
    149:18 150:19
    153:8 170:17 171:7
    177:17 186:17
    200:7 206:1 217:5
    217:19 221:12
    228:19 235:9
    245:19 247:10
    271:9 282:19 283:6
    288:2 294:23
    297:22 298:8 299:8
    301:2,22,23
needed 15:1 24:11
    46:18 65:18 72:8
    77:18 130:25
    138:15 168:25
    197:16 265:1 277:3
    278:5 292:15
needle 210:19
needs 25:19 27:5 42:4
    42:5,14 63:10 77:18
    84:17 160:4 182:15
    215:19 233:17
    295:22
negotiating 98:22
net 119:8 133:13

156:25 175:3,9
176:24,25
**neurological** 220:22
222:10 223:3,24
232:10
**neurosurgeon** 73:15
73:15,20 127:5,16
137:8 150:12
151:19 152:5 155:3
156:1,11 159:16
160:11 162:13
167:11 182:13,15
232:13,15
**neurosurgeons** 91:12
98:4,9 101:2 119:18
126:17 136:8,11
137:11 140:16
142:21,23,25 143:1
146:18 159:7,10
210:13,23 215:16
218:15,24 224:11
224:24 225:1 226:2
226:5,14 227:4,11
228:4 229:14,17
230:25 231:2
255:17
**neurosurgery** 4:8
61:17,18 62:7 80:4
90:16,18,20 91:8
92:20 118:21 119:7
119:16 121:2
136:10 144:7 151:2
159:23 167:10
174:9 181:2 231:9
**neurosurgical** 91:3
**neurosurgicals**
231:18
**never** 13:8
**new** 49:6 87:7,7
113:6 156:22
249:15
**newer** 112:9
**night** 56:11 60:15
92:4,6 187:9,10,21
**nine** 10:15 20:21
119:13 126:13,14
142:22 147:20
187:4
**nonattending** 88:23

89:7,8
**nonresponsive**
200:13
**nonverbal** 203:19
**normal** 263:2
**northeast** 2:7
**northwest** 2:3,12,16
**notary** 312:16 314:24
**notations** 217:23
**note** 121:10,25
164:19 197:10
216:17 238:8 239:6
240:20 309:20
310:16,21
**noted** 76:19 289:19
310:17
**notes** 30:18 59:10
165:22 313:7
**nothings** 142:11
**notice** 4:3 9:9 11:16
84:21 85:21 107:16
107:18 112:8 310:4
310:13
**notices** 13:19
**notified** 87:8
**november** 4:15
**nubc** 68:4,10,17
**number** 5:6 8:5 10:23
22:8 53:19 55:9,11
55:12,13,15,15,16
55:17 56:15,15 57:3
60:8 65:3,20,20,21
67:5,10 68:1 72:20
72:24 80:22 88:22
97:10,13,20 98:3
102:13,18 118:17
118:24 119:13
123:15 137:2 140:8
140:8,9 142:2,3,6,7
150:2 158:20,25
159:20 172:16,16
173:12,13 175:3,4,4
179:4 192:9 193:17
193:19 199:11
209:14 218:1,6,22
224:25 226:3 248:4
258:10,11,13,14
277:4 278:6 279:2
282:13 290:25

291:5 294:12 311:8
**numbered** 65:13
**numbers** 24:10,10
55:11 56:25 65:24
65:25 141:23 164:2
176:23 192:17
253:16
**numerous** 279:9,10
**nurse** 26:23 27:4,11
55:21 72:15 76:14
76:16 150:3 152:17
152:22 153:3 155:2
156:2
**nurses** 58:6,9 151:13
**nursing** 25:22 31:12
57:9 59:10 273:5

---

**O**

**oath** 239:15 255:18
312:1 314:16
**object** 194:24 236:6
289:15 290:6
304:16
**objected** 204:6 237:1
**objection** 7:13 11:23
12:1 19:23 22:22,24
26:17 27:2 28:21
29:14 31:17 32:9
36:14 37:4,7 40:21
45:17 46:4 48:21
49:15 50:6,13 53:24
56:18,21 58:20
61:21 62:8 65:12
67:18 68:11,23
70:16 71:13 76:2
80:7 82:6,23 89:25
101:8 102:7 103:9
103:21 105:10,25
107:5 110:9 126:20
129:2 131:11
136:12,21 146:3
147:13 148:3,4,5
149:6 155:5 156:3
157:6 161:13 162:5
168:16 169:16
171:3 172:14
175:19 178:11
180:12 181:18,23
182:6 184:2,6 188:3
188:22 190:2,12

191:1,19 192:7
193:11 195:20
196:8 200:11
201:22 202:24,25
203:5,10,15 204:13
206:10,25 207:9,16
207:24 208:10,20
208:25 209:12
210:7,15 211:25
212:20 213:19
214:5,14 215:4
216:9 218:18 219:6
219:17,21 220:7,14
220:25 221:2,6,15
222:14,17 223:6,15
224:3,14 225:3
226:16,19,22 227:6
227:8,13 228:6,19
229:16,23 230:7
231:1,20 233:2,10
233:14 234:1,12,20
235:3,15,22 236:21
236:25 237:20
238:11,17,19
240:23 241:5,17
242:8,14 243:12
244:1,12 245:7
246:16 247:6
252:12 253:6
254:14 255:21
256:2,15,22 258:20
260:13 261:14
262:11 263:20
265:17 267:13
268:3 270:4,23
271:3 272:21
273:14 274:6 275:1
275:8 276:8,15,23
277:6,20,23 278:10
278:18 279:4,22
282:9 283:12
286:12,24 287:15
288:4,10 289:18
292:1,10,17 293:17
294:20 295:1,7,14
296:7,15,21 297:10
297:19 298:10
300:18 302:3,22
304:3 305:12 307:7

307:10,24
**objections** 7:6 238:21
310:25,25
**obligation** 229:5
**observation** 24:21
41:4 42:6,11 43:11
44:23 45:2,7 55:17
63:11 64:2 74:24
79:13,16,20 105:19
186:3,18,19 187:6
193:13 266:6 268:2
268:16
**observations** 268:5
269:14
**obviously** 7:12 24:7
34:21 44:6 51:11
61:9 63:5,23 86:13
97:25 99:16 122:2
183:17 185:16
210:6
**occurs** 70:9 158:2
**oclock** 187:4,4
**october** 166:21
**offer** 208:23 314:15
**offered** 161:6
**office** 1:19 41:25
62:24 63:2,7,9
66:21 121:23
122:14 129:4,23
144:17 145:8 161:8
161:9 197:2 222:9
223:22 224:24
226:2 279:11
288:21,22 293:20
**officer** 145:4 146:20
163:21 264:20
273:5,12 275:21
283:25 284:8
289:25 290:1
298:22
**offices** 63:18 129:11
224:11 279:23
**official** 312:10
**offtherecord** 100:11
311:11
**oh** 12:13,14
**okay** 6:18 7:10,15,16
8:9,13,21 9:1,5,15
9:19,21 10:12,15

13:13 14:5,10 15:3
15:11,14 16:15,22
17:4,19,23 18:3,7
18:19 19:2 20:16,25
21:13 22:25 23:18
24:12,18 25:5,9,12
25:15,24 26:10,23
27:8,22 28:5,9,17
29:10,19 30:5,24
31:7,23 32:25 33:4
33:10 34:5,16 36:19
37:16 38:3,13,16,25
39:11 40:13,17 41:7
41:14,22 43:5 44:6
45:9,21 46:3 47:24
48:12 49:1,7 50:2
51:16,23 52:9 53:15
54:24 55:24 58:11
59:18 60:24 62:1,13
62:18 64:5 65:8
66:2,12,19 67:2,22
68:4,15 69:13,14,21
70:1 71:10 72:3,9
72:13,25 74:5,20,25
75:2,6,24 76:23
77:15 78:8 79:5,12
79:17 80:3 82:19
83:21 84:9 85:3,20
85:25 86:9,20 87:14
88:7 89:16,22 90:11
91:6 94:5 95:15
96:5,15 97:9,19
98:7 99:3,21 100:21
101:6 102:1,10
103:3,15,22,23
104:2,18 105:6,22
106:22 107:8 108:5
108:9,19 109:8,11
109:15 111:10,16
112:16 113:1,5,11
113:15,18,21 114:7
114:12,16 115:3,13
116:1,14,17 117:7
118:17 119:12
120:10 121:3 123:5
124:13,22 125:12
126:3,12 127:2,6
128:11,23 129:17
129:24 130:17

132:7,10 135:20
136:4,7 137:24
139:1,13 140:5
142:24 143:7,19
144:11 145:18
146:1,7 147:4,7,12
149:1,9,24 150:20
156:10 157:1,22
158:16 160:7 161:5
161:20 162:24
163:7,14,18,20
164:10 165:21
166:20 168:23
170:10 171:20
172:7 173:1 175:16
176:10 177:19
178:5,14,20 179:19
180:2,19,24 181:14
185:25 186:5,15
190:23 191:17
192:12,22 194:12
194:20 195:6,10,24
197:13,19 198:10
198:14 199:4,18
200:5 201:20
202:20 204:7 205:8
207:7,20 211:13,17
211:20 213:2,5,8,15
214:10,23 216:4,15
217:13 232:14
236:16 237:11
251:10 254:1
274:13 287:11
288:7 294:1,14
295:17 299:2,7
**old** 153:15,16 223:1
**older** 184:18 261:3
**once** 18:25 20:9
27:23 29:3 33:4
44:10 45:21 49:3
56:5 57:21 59:20
60:24 61:1 64:14
66:22 73:25 78:6
79:21 84:12 87:20
96:21 97:24 98:11
110:10 111:13
131:17 138:5
150:14 207:2 208:1
209:20 212:10

213:20 215:25
221:7 228:9 230:8
241:22 261:5 275:3
284:8 286:3 292:2
**oncolog** 213:24
**oncologist** 151:20
167:17,22,25 168:5
168:6 211:19
213:17
**oncologists** 62:14
98:3 101:1 126:17
152:13 167:19
211:14,15,16,21,23
212:3,5 213:9,15,24
215:16,21 218:14
218:24 219:4
224:10,22 225:1
226:1,4,13 227:3,10
228:3 229:13,18
231:19 255:17
285:17 286:1,11
**oncology** 4:12 62:15
80:5,17 81:4,11,21
90:17 92:20 97:21
118:21 119:7,17
121:2 152:17 153:2
167:25 188:12
213:7 219:10 231:9
253:4,11 254:3,11
254:21,24 255:4,7
286:16
**ones** 11:14 56:24
81:14,19 85:17
87:18,19 263:9,10
**online** 38:8 198:7
**op** 53:8 54:20 65:5
121:10 179:13
**open** 217:2 310:5
**operate** 104:9 122:15
128:3 142:12
187:21
**operated** 180:3
181:17 182:2
**operates** 117:25
**operating** 15:23 16:6
32:22 33:2 46:23
47:16 50:10,11,25
51:4,8,18 65:7,17
65:20 66:3 68:3,5

68:16 70:12 72:24
73:23 75:21 78:17
78:25 88:20 89:9
104:25 105:5
111:25 112:7,10,23
112:24 117:10
125:16 160:19
161:2,17 162:11
166:15,17,19 167:3
168:8,12 169:5
179:11,16,18
206:24 207:4,15,18
208:3 209:9,21,25
210:5,9,14,17
213:11 215:8 216:2
221:9 222:22
223:13 234:15
241:23,25 242:3,19
245:23
**operation** 46:24 53:7
181:3
**operational** 246:19
**operative** 51:14
**opine** 209:3 212:12
264:11
**opinion** 208:4,24
212:11 238:2
246:18,19
**opportunities** 283:17
**opportunity** 188:20
189:6
**options** 26:5,6 27:6
43:21 233:17
**orange** 312:4 313:4
**oranges** 92:12
**order** 44:21,22 45:1
49:25 56:24 57:7,10
57:14,16 63:20,25
64:3,5 69:2,2,13,14
70:14,18 71:21,21
72:8,13,15,16 75:7
75:16 76:4,11,12,14
76:16,20 77:15
79:22 104:23 109:4
110:16 114:2
122:24 169:24
181:4,6,6 182:10,15
183:11 185:21
193:15 205:11

220:17 222:19
241:15 268:1 272:8
308:22
**ordered** 23:4 29:3,11
45:24 53:20 54:14
55:2,2,25 56:16,20
57:8,11,18 58:7
68:21 71:23 73:6,25
76:21 77:5 81:12
123:14,17,18,24
126:5 159:10 169:8
170:5,8,21 171:1
172:23 183:15
186:9 202:8
**ordering** 24:2 32:3
69:8 71:11,17 73:9
73:24 75:8,24 88:16
104:14 105:20
108:24 124:22
159:13 170:16
171:15,17,18 179:2
181:15,22 182:1,3
184:20 199:23
201:19,21,25
205:25 206:6,7
207:3 210:2 241:22
241:23 243:1
**orders** 28:24 30:7
46:8,9,10 57:4 58:1
58:6,6 63:8,11,18
171:11,11 181:7,8
190:4 233:23
**organization** 285:6
**organized** 128:23
**original** 4:21,22
39:22 87:15 259:15
313:11
**orlando** 1:2,21
**orthopedics** 70:22
80:5
**orthopod** 64:22,23
162:13
**ot** 81:20
**outcome** 44:8 147:1
**outlined** 103:19
**outpatient** 24:21 41:4
42:7,9 43:7 46:20
74:24,25 75:6,13,22
75:25 76:24 77:3

78:9,10,11,13,14,16
78:18,21,23 79:6,8
80:14 81:18 87:9,22
104:15 105:19
107:12 108:10
109:18 110:1,2,8,11
110:18 114:8,22
122:24 123:13
128:19,25 167:2,2
167:23 169:4,6,9,15
171:17 172:5,23
174:13 179:22,23
180:1,2,3,9,14,17
180:18,19,20,22,23
180:25 181:2,3,16
181:17 182:2,3
183:18,25 184:8,10
184:23 185:1,23
186:1,3,6,7,10,15
186:20 187:8,13,13
187:17 189:22,24
189:25 190:5,6,8,9
190:10,10,17,19,20
190:21,24 191:5,7,9
191:10,10,12,13,17
191:25 192:5,15,18
192:19,20,22,23
193:2,4,5,14 198:19
199:22 200:23
201:7,15 209:22
211:4 212:23 213:5
213:22 214:7,13,16
214:16 216:13,13
220:22 222:10,20
222:21 223:3,24
232:24 233:4,5,19
233:19 245:25
266:6 268:17
**outpatients** 52:20
61:9 80:15 122:16
180:18 191:23
**outright** 120:1
**outside** 146:3 147:14
149:7 155:5,12
208:20,25 220:14
224:14,19 225:3,8
235:15 236:5
254:14 258:20,25
273:14 278:10

292:4,13 302:3
**outstanding** 187:20
**overall** 22:23 32:2
33:16 46:16 49:17
55:12 56:15 72:21
73:4 80:21 98:13,14
98:16 112:19,20
127:17 133:9
176:25 177:3 179:7
207:12 242:1,2
243:3 249:1 251:24
**overbilled** 256:5
301:5
**overbilling** 255:16,19
255:23 256:1,7
**overbillings** 22:1
**overcoding** 292:9
**overpayment** 145:1
153:11,19,24,25
256:25 257:1,5
260:11,15,22
261:24 288:3 300:3
301:7
**overpayments** 22:7
256:13,17,20,21,24
258:9,17 260:20
261:1,10,12,19
262:3,10
**oversee** 128:17
**oversees** 139:10
**owe** 118:12
**owed** 138:3
**owes** 175:2
**owned** 33:17 36:20
36:21
**owns** 35:18 119:25

**P**

**p** 63:23 100:10,13
102:13,16,16,18
158:20,23,23,25
177:22,23,23,25
218:1,4,4,6 230:19
230:20,20,22
290:25 291:3,3,5
311:8,14
**pa** 25:23 26:24 27:4
27:11 28:3
**packet** 56:2
**packets** 128:7

**page** 4:2,11 9:6 10:15
21:5 22:15 53:12,12
83:14,24 88:8 100:2
100:3,22 102:22,24
103:4,19,24 105:1
105:24 109:25
111:23 112:2,3,13
112:13 113:12,15
149:24,25 150:1
155:25 164:5,6,7,8
164:19,25 165:1,2,6
165:11,17,17,21
168:24 170:11
198:21,22,22
205:18,20,21
209:13 236:16
248:8,9 253:25
254:2,7 315:2,5,8
315:11,14,17,20
316:2,5,8,11,14,17
316:20
**pages** 100:20 145:24
**paid** 39:13,24 40:13
40:16,16 52:2 98:8
129:25 130:12,23
132:17 134:2 135:2
135:6 136:19
141:15,20 157:2
158:4,11 177:11
192:22 193:2,4,5
256:19 258:7,17
259:7,19 261:18
262:2 266:23
**pain** 42:7
**painted** 258:1
**paper** 53:10 54:8
58:5,6 64:3 70:19
93:8 95:2 139:19
**paragraph** 84:2,3
104:5 105:7 110:11
165:22 168:24
170:15 205:24
236:17 245:16
**paragraphs** 290:9
**parlance** 207:8
**part** 27:4 34:7 46:8
53:22 87:6 93:14
104:3,5 105:7 120:9
120:18 131:1,2

140:13 154:6
164:13 170:19
173:18,18 185:4,5
185:17 197:15
199:7 206:3 231:18
231:21 248:10,16
251:11 260:2 273:7
294:6 296:12
301:16,17 306:16
**participation** 251:12
252:6 265:7 306:18
**particular** 15:2 29:24
31:1,10 32:6 42:24
44:19 55:7,8 58:7
71:21 72:9 74:16
75:24 81:3,15 82:14
85:16 89:17 117:2
128:21 129:19,20
129:23 133:20
134:13 137:9
146:15 152:9 156:8
174:23 194:16
232:23 236:13
270:2 273:22
279:12 283:1 299:9
299:18
**particularly** 61:15
93:6 134:16 151:18
263:8
**parties** 292:5 313:9,9
**parts** 250:24 295:10
298:1 301:16
**party** 35:19 92:5
117:13 153:21
287:25
**pass** 33:24 34:1 60:21
60:22,23
**passed** 35:11 61:1
**passes** 30:14
**pat** 45:10
**patient** 4:10 14:14,15
15:5,17 22:25 23:20
23:23 24:2,3,13,17
24:19,19,20,21,23
24:24 25:19,24 26:5
26:6,7,15 27:13,14
27:24 28:12,13
29:16,23 32:23
40:18 42:4,8,14,18

42:21,22 43:5,10,11
43:12 44:2,16,23,23
44:25 45:2,2,3,10
45:21 46:6,7,10,17
46:18 47:9,20 49:18
49:19,22,25 50:4
51:1,6,9,10,25 52:5
52:13 53:19,21
54:16,17,17,18,21
55:7,9 56:4,5 57:21
58:19 62:20,21,23
63:1,4,6,8,14,17,19
64:4,8,13,14,15,23
66:23 68:21 70:15
71:2 73:22,22 74:14
75:7,10,20 76:9,10
77:25 79:2,20 80:19
82:9 88:15,16 89:4
89:4 93:13 104:16
105:17,18 106:21
107:21 108:20,21
108:21,23 109:13
111:6 112:21,25
113:25 116:5,15,16
120:3 122:1 125:2,8
132:8 139:9 155:4
159:22,24,24,25
160:3,4,21,22,24,25
161:4,7,10,16,21,22
161:23,24 162:1,7
162:18,20 164:12
167:12,13,16,22
168:2 169:20
171:19 172:21,22
179:8,22 180:3,10
181:6,10,16 182:1,8
182:17 183:1,2,3,7
183:10,12 184:18
185:6,14,18 186:11
186:14 187:1,12,15
187:16,16 189:23
191:8,9,13 192:14
192:14,16 193:13
193:15 200:2
209:23 211:11
215:18,21 220:20
220:22,24 221:8
222:9,9,11,12 223:2
223:4,22,23,25

224:1 230:1,1,2,9
231:24,25 232:5,12
232:18,23,25 233:8
233:9,16,16,22,23
233:24 265:21,22
266:4 267:9,10,15
267:17 268:1,14,23
268:25 269:21
270:1,20 271:23
309:6
**patients** 27:1,5 28:24
29:2,5 30:9 41:2,23
41:24 42:17,19 43:4
44:15 45:6 47:5,13
48:20,22 49:17 53:3
54:4,15 55:10,18,19
55:20 56:3,8,15
59:13 62:14 63:9,19
64:24 69:18 70:5
72:5,21 73:4 75:19
79:12,16 80:15,24
81:24 91:3,7,7
107:22 109:3
119:11 122:9,12,14
126:11 130:18,23
146:18 159:15,20
162:13,20,21 165:7
165:10 166:2
167:10,19 168:10
168:11 179:6,7
182:24 187:22,22
191:6,15 207:13
213:6 215:15,17,22
218:15,17,20,20
219:3,11,12,12,14
219:15 220:3,4
224:12 225:2,19
226:5,15 227:5,12
228:5 229:15,22
230:5,25 231:3,4,5
231:8,12,15,17
233:12 271:22
**pattern** 59:25
**pay** 40:9,11,13
122:19,21 129:18
129:18 132:5
133:14 134:1,5
135:1,21,21 152:7
157:18 177:16

193:25
payer 24:9 28:2 39:3
    39:4,15,20 68:6
    96:20 98:20 118:4
    122:11 132:4
    133:20 141:13
    156:19,21 157:12
    173:21,25 174:16
    175:14 176:2,3,6
    257:6
payers 23:12,13 24:6
    35:25 39:10 66:13
    66:16 74:16,19 81:3
    82:4 111:4 116:8
    117:20 122:19
    130:7,11 134:25
    135:24 150:7
    173:19
paying 24:8 129:8
    134:23 135:12,14
    141:13 200:21
    224:9,22,23 225:25
    226:2
payment 22:17,20
    36:4 39:7 82:20
    90:14,19 92:19
    93:24 95:19 96:17
    97:11,20 98:8 116:2
    116:12 117:25
    118:18 130:2,5
    131:3,6 132:9,12
    133:2 139:5,23
    140:4 141:21
    157:19 158:5,12
    170:18 192:6,23
    193:4,6,10 194:9
    198:19 199:1,5,7
    200:10,23 201:7
    206:2 211:8 261:24
payments 4:9 38:6
    115:10 132:8,14,18
    132:19 134:17
    137:22 158:13
    163:25 164:3,11,15
    164:17,18,20
    165:12,17 173:4,15
    174:7 175:1
peachtree 2:3,7
penalty 314:6,7

pending 7:19 310:5
penny 262:6
people 14:23 79:23
    90:1,5 91:10 94:11
    122:3 123:17
    129:15 137:21
    165:14 168:19
    195:18,22 197:1
    250:13 252:17
    256:25,25 265:1,2
    275:12 276:24
    279:6,13 295:9
    298:21,21,25
    299:25 301:23
percent 28:23 92:25
    93:4 95:20 130:9,9
    130:9 134:12,14,14
    134:19,20,23
    135:11,12,14,21,22
    140:1 150:8 166:23
    167:6 168:8 218:21
    219:15,22 220:2
    258:1 266:20,24
    290:3 291:14,19
percentage 130:10
    135:3 136:24 254:2
percentages 167:1
perception 266:3
perform 25:18 33:6
    34:25 73:21,22
    156:12 160:15
    162:3 180:9 182:8
    190:19,20,20
    229:18 285:8
    286:11
performance 132:23
    133:5,8
performed 25:22,22
    29:11 34:17 48:19
    51:16 53:20 63:21
    90:16 112:25
    118:21 122:22
    137:11 138:9
    140:10 144:14
    147:18,20 150:9,13
    150:24 154:10,12
    154:18,18 155:3
    156:2 170:21,23
    179:15 180:25

181:5 185:13,14
    193:23 210:4,8
    211:3 216:2 267:7
    285:9,15,25 286:22
    287:23 290:1
performing 58:13
    64:21 78:20 112:6
    124:9 170:1 191:5
    205:13 221:8 233:3
    306:7 307:3
performs 189:21
    190:5
period 142:16 143:16
    143:22 150:25
    152:20 166:21
    183:19 186:12,12
    189:24 249:3 260:4
perjury 314:6,7
perks 224:11,25
    226:3
permission 232:12
person 30:3,6 31:13
    45:14,23 50:3 125:9
    169:19 242:22
    287:1
personal 147:14
    155:14
personally 98:24
    131:17 134:8
    137:10 138:8
    140:10 144:14
    147:18,20 154:18
    170:23 312:7
perspective 246:6
    254:22
pharmaceutical
    184:4
pharmacist 57:17
    76:15
pharmacy 29:7 54:13
    55:2 57:14,15,17
phb 2:12
phone 17:17,20 70:18
    293:24
phrase 258:18 283:5
phrasing 245:12
physical 166:1
physically 57:1
    250:25

physician 4:9 14:18
    15:20 16:10,20 23:2
    24:1,4,14 25:3,8,9
    25:12,23 26:4,4,24
    28:3 29:12,23,24
    30:1,2,15,20 31:5,9
    31:13,14,15,19,19
    31:20 32:3,3,5,7,7
    32:11,16,18,19 33:1
    33:22 35:7 36:8
    42:3,4,12,13,18,24
    42:25 43:1,22,24,25
    44:6,13,22 45:3,5,5
    45:10,12,15,22 46:5
    46:6,11,16 47:4,5
    47:11,14,15,17
    49:12,14,16,22,24
    50:4,4,5,10,11 51:3
    51:4,8,15,18 54:19
    56:16,22 57:20,25
    58:1 59:3,9,13
    62:24 63:2,5,7
    64:15,18,20,20 65:1
    65:6,7,15,18,22
    66:3,4,22 67:15,17
    67:20,23 68:2,3,9
    68:17 69:3,4,10,10
    69:17,19 70:3,4,9
    70:12,15,17,21,25
    71:1,3,5,5,11,12,17
    71:19,20 72:2,6,8,9
    72:20 73:13 74:6,13
    74:13,15,17 75:9,10
    75:12,15,18,21,22
    76:1,4,5,11,13,22
    77:15 78:15,17,18
    78:19,23,25 79:3,22
    79:24 81:12 83:10
    88:9,10,13,17,18,20
    89:2,7,8,9,10,14
    98:15,18,20,25
    103:5,18 104:14,16
    104:19,22,22,25
    105:5,9,13,14,16
    106:8,16,17,19,20
    107:13,15,21,22,24
    108:4,6,7,12,14,16
    108:19,24 109:1,2,5
    109:9,19,22,22,24

110:2,3,7,8,13,18
111:18,18,25 112:1
112:5,7,9,11,24
113:25 114:3,4,5,5
114:6,9,24,25
117:11 119:16
120:1,3,25 121:21
122:21,24 123:13
123:20,21,22,24,25
125:1,5,7,20,22,22
126:1,5,8,22,25
127:1 128:24,24
129:23 131:18,21
131:21 132:11
135:7,18 136:3
138:15 139:7,10,12
140:13 141:15
143:21 144:6,18
150:3,10 153:1,6
154:12,14,17,19
156:13,15,24 157:1
157:16 158:3
159:12,13 160:18
160:19,22 161:2,12
161:15,17,21 162:6
162:11,17,19 163:2
163:1 164:1 165:23
165:24 166:6,11,13
166:15,22,22 167:3
167:4 168:1,6,11,12
169:1,5,10,11,14,22
169:23,24 170:7,8
170:16,20,22,24
171:1,10,10,13,14
171:15,16,21,23,25
172:12,13,19,21
173:24,25 174:11
175:5 178:24,25
179:1,2,4,5,10,11
179:15,16,18 180:9
181:4,10 183:15
185:8,14,18,20,24
186:10,10,13 190:4
197:5,5 199:1,9,11
199:12,21,23,25
200:2,4,22 201:15
201:18,18,19,21,21
201:25 202:1,8,12
202:22 204:4,20,22

205:3,7,10,10,11,12
205:13,25 206:23
206:24 207:4,7,11
207:12,15,18,22,23
208:2,3,5,14,15,17
209:9,10,19,24,25
210:3,5,10,14 211:3
211:7 212:7,8 213:6
213:13,18,21 214:1
214:7,12 215:1,2,9
215:10 216:1,1,2,14
220:6,11,17 221:7
221:10 222:21,22
223:9,12,13,14,17
232:9 234:6,6,11,15
235:2,7,9,13 236:19
237:4,9,12,16 238:7
238:7 239:5,6
240:20,21,22 241:4
241:9,14,21,22,23
241:24,25 242:2,3,3
242:6,13,15,19,22
243:1,2,3,4,8,9,14
243:23 244:10,22
245:15,20 246:8,25
247:5,11,17 262:16
264:7,15 267:10,18
269:7,24 270:20
271:15,20 272:10
272:11,13 276:14
276:16,22 277:4
278:6,20,21 279:1,6
279:21 280:2
282:20 288:23
295:25 297:6,16
307:11,13
physicians 15:22,23
28:24 30:17,23
41:25 44:19 46:25
47:2,22 49:11 51:6
56:23 57:4,7,24
58:5 59:4,11 63:7
63:18 64:25 65:16
66:21 68:20 69:4
71:6 72:11 73:2,5
76:16 79:19 104:17
110:23 114:21
117:19 120:13
121:1,10,10,23

123:7,19 124:11,12
126:10 128:8 129:4
140:7 144:17
156:23 180:11
182:7,9 187:21,25
202:19 204:1 205:1
205:2 206:6 211:11
211:13 213:23
214:4 216:7 218:23
220:3 225:19 231:6
231:10,12 234:16
264:20 267:8
268:21 269:21
270:17 272:8
276:20 277:5 278:7
278:20 279:2,17,25
280:1 282:24,25
285:2,9 287:5
288:12,21,23
293:19
physicianside 33:7
pick 107:23 144:2
289:21
picked 250:25
pickup 93:17
picture 80:11 126:2
127:25 258:2
piece 110:19 122:16
pieces 295:10
pills 55:25 56:1
pilot 257:25 266:16
pin 56:25 57:3
pizzas 182:5 184:4
place 32:25 37:10,17
37:19,20,21,23 38:2
38:12,15,23 43:10
44:22 45:1 47:16
63:10 64:2 87:4,10
105:18 124:12
145:15 249:2,3
251:23,25 252:7,9
252:21 257:7
263:19,22 264:4,6
265:12,16 268:10
268:21 269:3,10,19
270:3,5,15,24
271:13,14,18
281:10 286:20
288:1 292:15

296:14 299:22
300:16,19,20 302:9
302:24 303:7,9,13
303:21 304:5,11,24
306:10,19
placed 42:5,11 82:1
186:19
places 84:4 94:3
110:8 124:12
placing 64:15
plain 184:17 223:1
plan 4:16,17 71:8
135:18 174:1
232:12 249:2
282:20 283:5
294:18
planned 179:23
187:13
plans 134:4
please 5:13 6:16
10:15 12:25 13:17
149:24 221:5
224:17 227:1
228:17 236:24
237:7,19 238:16
239:1 241:20
244:19 253:10
280:9 293:8
plus 136:19
pod 25:4 29:24 31:10
32:6
pods 25:2,3
point 10:10 27:13
28:1 33:18 34:2
35:14,17 40:6 51:24
57:12 65:15 119:25
137:12 139:17
140:24 143:20
144:4,6 147:4
151:24 152:6,17
225:20 240:9
264:22 267:6
271:25 272:5
274:11 277:3
282:23
pointed 204:23
pointing 153:22,23
153:24,25 205:4
points 27:16

policies 144:19 248:5
  248:18 251:25
  256:4 263:21
  274:16 299:24
  300:20 301:20
policy 251:23 252:1
  301:16
pondering 212:21
pontificate 188:5,6
  188:21
poor 308:4
populate 77:11
  178:18 234:22
populated 15:8 108:8
  114:19 179:8
populates 123:19
  171:23 172:17
population 16:5
portion 130:8 193:2
pose 212:1
position 154:6,7
  240:5 272:10 273:3
  274:4,23
possibility 69:1
  250:18 300:3 301:5
possible 153:23 257:3
  299:15
possibly 145:16
post 131:6
posted 130:24
posting 130:19
potentially 45:24
  66:3
practice 90:17 92:21
  118:22 119:17
  128:24 129:5 135:9
  150:6 231:3,18,19
  231:24
practices 129:6
  131:18 175:8
practitioner 27:5
  152:22 153:4
precursor 172:16
predefined 181:4
prefer 13:4 81:5
  214:20
preferable 19:13,17
preferred 305:19
preop 181:8 183:20

prep 217:10
preparation 10:13,21
  11:4,19 12:4,22
  13:12 14:2,11 15:12
  17:8,25 18:4 194:12
  194:18 196:7,14
  216:20,25 248:4,12
  249:12,16,17,21
  250:20 251:5
  272:18,25 302:7
prepare 91:14 178:6
  248:23 249:14,23
  305:11 306:8 307:5
prepared 11:11
  18:22 248:13
preparing 10:25 14:6
  178:13
prepayment 40:7
present 2:23 22:17
  38:6 90:16 115:12
  118:20 119:17
  135:17 165:15
  173:7 248:7 251:21
  255:18 267:10
  268:12 269:11
  270:15 273:3 301:2
presentation 42:20
presenting 75:7
  91:17
presents 24:24
presumably 46:1
  195:17
presupposing 186:5
pretty 38:11 137:10
  138:16 164:9
  176:11 233:24
  247:14 251:16
  258:2 303:18
prevent 274:4
previous 251:1
previously 75:4
price 134:21
priced 134:13
prices 134:15
primarily 69:17 72:4
  73:3
primary 42:17 43:25
  44:14,19 47:4 49:12
  71:4 123:14 124:4

125:5,7 184:12
  231:15 232:3,3,6,9
  232:11,16,19
  242:25
print 93:5,6,18 95:2
  128:16
printed 83:13 128:15
prior 12:24 13:19
  37:22 184:24 269:2
  269:5 270:20
  271:22,23 302:20
privatepay 219:12
pro 270:7 272:1,16
  282:23
probably 11:14 16:17
  38:22 87:17 89:11
  112:12 168:1,18
  184:17 208:19
  248:25 260:2,3
  262:4 263:14
  271:24 284:5
  309:16
problem 92:18 296:1
  298:16
problems 154:19
proc 271:2
procedure 13:22
  32:20,23 34:11
  46:18,24,25 47:12
  47:16,18 51:16,17
  59:5 63:1,7 64:1
  65:6,23 72:23 73:21
  73:22 74:2 78:22,23
  79:4 111:24 112:6
  112:25 121:7,8,9
  125:2,14 126:3
  170:21 171:11
  179:15,23 180:10
  183:12 184:13,24
  185:19,25 186:1,2,7
  187:7 189:22,25
  192:20 207:5
  209:24 210:4,5,22
  210:25 213:11
  216:2 220:23 221:8
  222:10,11,21 223:3
  223:24,25 232:24
  233:4,8 234:2 257:8
  268:17 301:17

311:2
procedurebased
  205:12 279:14
procedures 30:12,19
  31:1 45:24 50:25
  51:7,12 52:5 54:11
  54:20,22 59:16
  68:21 120:14 126:9
  126:10 179:14
  180:18,20,23 185:4
  193:22 206:7
  210:13,17 213:10
  249:4,5 299:24
  301:20 302:1
process 23:19 24:11
  25:21 27:18 39:9,23
  41:3,8,15,18,19
  43:12,17 44:3 50:12
  52:1,4 53:15,22
  54:7,9 56:9 61:5,16
  61:19 62:1,6,20
  63:3 65:24 66:20
  71:15 72:14 74:21
  74:22 76:24,25
  77:22 78:4,7 79:1
  79:20,21,22,25
  80:18 81:6 82:3
  87:6 88:6,14 92:23
  94:10,15 95:6 116:3
  116:3,9,11,12,21,22
  117:5,12 118:11,16
  119:13,19,20,21
  124:25 126:21
  127:9 130:15,20
  131:1 135:18 138:5
  141:8 147:3,9
  153:18 154:23
  156:18 157:23
  181:2 193:21
  194:10 209:22
  212:11,16,17 215:7
  245:19 248:13
  251:10,23 252:14
  252:21 259:17
  262:13,20,23,24
  263:18 264:3,4,5,10
  264:24 265:8,10,12
  265:16 266:8,12
  267:11,23 268:10

268:12,22 269:3,10
269:18 270:2,14,21
270:22,24 271:11
271:12,14,18 272:2
281:2 283:16
286:20,21,25
287:13,18,20,25
288:19 289:2,12
290:12 293:9
294:17 295:24
296:2,4 297:7 298:4
298:6 299:14,18,21
300:2,15,16 301:12
301:14,16 302:23
303:7,20 304:5,24
305:11 306:18
307:4
**processed** 92:5 140:4
152:15
**processes** 22:15 38:4
39:4 43:15,20 80:1
115:9 117:16
119:13 121:2
144:18 145:15
147:22 148:15
173:2,12 249:3
251:18 255:2 256:3
257:7 263:5,6 270:9
270:10 272:15
274:16 281:11
299:22 300:19
305:15 306:9
**processing** 41:3
**produce** 96:21,23
173:22 175:10
176:18 177:15
310:20
**produced** 6:5 12:24
13:9 96:22 217:3,6
217:19,21,24
309:23,25
**product** 15:8 23:9
33:15,20 37:9,10
38:11 52:11,12,18
58:22,22 59:15
62:17 85:24 86:7,7
86:7 92:11,24 96:9
**production** 10:20
163:4 310:5,18

**productivity** 129:22
138:21
**professional** 4:7
119:15 122:20
123:12 125:18
126:16 127:4
140:20 142:4 150:5
150:12 156:13
313:5
**profile** 183:13,14
**program** 23:15 53:17
62:15 66:6 83:3
89:24 91:2,2,4,5,11
91:11 97:21 115:18
115:25 116:2,13,23
117:22 118:25
130:3 150:7 159:14
159:15,19,20
162:12 167:8
215:14,14,17,18,18
257:11 265:7 268:5
**programs** 94:12
97:18
**project** 266:16
**projections** 177:3
**prompt** 58:25
**promptly** 274:24
275:6
**pronounce** 275:24
**proper** 149:9 306:17
**properly** 277:5 278:7
**prospective** 191:21
192:6,23 193:4,6,10
194:9
**protective** 308:21
**protocol** 182:21
**provide** 10:25 12:25
13:16,17 29:7 40:4
40:9 59:1 82:11
86:2,10 90:9 97:12
97:22 99:24 117:2
140:22 141:18
152:6 153:4 178:6
178:20 195:3
202:21,23 204:3,5
231:4 250:12
299:24,25 310:9
**provided** 10:5 30:24
39:6 40:1 53:13

55:20 56:14 65:5
85:12 92:15 93:11
93:14 94:6,23 95:13
97:6,14,24 98:6,12
101:22,24,24 102:2
107:25 108:3 109:4
119:5 121:16
123:22 124:2 142:4
142:5 153:1 156:15
163:5 170:15,24
180:21 205:24
217:1 242:1 247:16
250:2 273:10
**provider** 27:3 32:2
40:3 44:14 83:11
112:20,23 113:8,12
113:24 114:9
118:13 132:13
142:2,6,7 183:8
215:12
**providers** 35:21 97:3
110:12 132:19
143:16 182:14
219:10
**provides** 34:9 179:6
**providing** 28:4 30:3
32:1,2,2 50:14 51:7
51:12 110:23 123:4
133:11 144:10,13
162:19,21 179:1
199:23,24 213:7
215:20 224:10
**psychiatry** 121:1
**public** 4:11 312:16
314:24
**published** 275:22
**pull** 89:15 94:21,22
95:21 103:2 127:19
128:6 137:23
138:13 140:18
243:18 262:19
278:22 298:20
**pulled** 11:5 83:19
138:24 164:10
**pulling** 139:2 176:13
**purpose** 109:6,20
251:8
**purposes** 44:5 88:3
234:19 241:21

242:7,13 244:10,22
280:12 282:17
**pursue** 280:5
**pushing** 139:19
**put** 28:18 55:24
59:21 66:3,10,17
85:4 104:17 110:2
115:7 116:18 131:4
185:15 238:8 239:7
247:23 252:9
264:25

**Q**

**quadramed** 58:23
**qualified** 26:4
**qualifiers** 4:6
**quality** 138:19,21
252:23 266:1,1
270:7 274:17
275:11
**quarter** 157:14,19,20
158:14,15
**quarterly** 137:14,15
142:14 157:9,24
267:7 305:3,5
**query** 59:2
**quest** 185:2
**question** 6:21,21 7:1
7:2,8,9,13,14,15,19
7:21 11:21,24 12:16
22:18 26:11 36:9
40:23 54:24 87:15
100:5 107:24
116:14,22 133:21
142:18 146:6,7,12
146:16 148:24
149:6,12 150:17
151:25 153:25
154:4 157:2 173:17
174:23 177:11
181:20 189:8,11,12
189:18 190:3,6,14
190:22 191:2 192:3
197:7 200:12,16,20
200:25 201:2,4,11
203:14,18 204:8,10
204:16,24 212:2,15
214:21,22 221:5,19
222:2,7 225:7,13,18
225:21,24 226:8

227:1,2,22 228:2,8
228:9,16 229:4,6,9
229:10,12 235:25
236:9,11,18,24
237:3,6,8,18,25
238:15,25 239:2
240:8,9 242:10,24
243:5 244:13,16,18
244:20,25 245:3,9
245:12,13,18
246:12 247:1
250:15 252:8 253:8
254:10 258:6 259:3
259:4 260:17,23
262:1 270:13
271:10 277:19,25
278:13,13,15,17
279:19 280:5,15
281:22 284:18
285:23,24 286:14
289:16 293:1,4
295:15 297:11,14
300:9 301:12 303:5
303:18 304:14,15
**questioning** 149:19
294:2
**questions** 6:16 7:6,24
14:7,10,25 15:22
16:1 41:21 59:11
97:10,19 103:16
143:10 155:20
171:6 188:18 189:6
197:4,16 201:10
206:12 214:23
216:16 217:4,5
221:21 229:8
238:19 239:14
240:4 241:12
247:14 248:24
250:10,12,13
263:25 264:1
**queue** 35:14
**quick** 14:22 135:13
145:24 196:24
**quickly** 112:16
176:12 251:16
255:18 256:12
**quite** 26:11 117:5
213:14 262:21

284:10
**quoting** 209:14

**R**

**rac** 257:11,17,17,25
259:17 261:7
264:23 266:8,12
**racs** 261:10,11
**radiation** 81:22
**radiologist** 210:20
**rahn** 14:13 15:4,9,12
17:5 38:18 139:8
**rahns** 310:9
**raise** 5:12
**ramirez** 2:24
**ran** 158:9
**range** 139:15 141:18
153:13 283:2
**rate** 186:16 290:3
291:14,20,23,24
293:3 297:5,16,17
**rates** 133:24 134:9
**react** 298:20
**read** 103:23 120:12
122:25 123:5,6,23
123:25 124:4
125:21,22 126:1
170:6 185:21
203:17,20 204:10
209:2 225:21,24
227:1,2,25 228:2,16
229:4,11,12 237:6,8
238:25 239:2
244:10,18,20,23
246:14 286:3 290:9
290:16,19,19,21
314:8,10
**readily** 145:23
177:13
**reading** 122:21
290:22 311:12
**readmissions** 177:10
**real** 14:22 79:10
167:6 223:1,21
252:8
**realize** 149:17
**really** 11:22 42:8
64:10 69:3 72:19
73:10 74:3 75:17
89:14 92:3 95:15

101:18 123:18
126:2 129:13
142:17 144:4
149:25 164:1,14
169:11 170:7
186:22,24 187:1
190:14 211:4 225:6
227:16 248:11
250:5 255:4 275:10
277:19,24,25 280:4
301:21 304:18
**realm** 110:1
**reams** 91:22
**reason** 39:19 76:11
95:22 96:10 101:6,9
101:21 102:4,8
143:15 187:15
199:8 204:19 205:5
209:18 274:3,23
293:8 315:4,7,10,13
315:16,19,22 316:4
316:7,10,13,16,19
316:22
**reasons** 226:9
**rebill** 259:23 263:6
**rebilled** 260:22,25
**rebilling** 263:15
**recalculate** 156:13
**recalculated** 157:3
**recall** 8:5,19 15:10
16:4,14,25 17:3,9
18:6 19:12 31:25
37:8 46:13 48:1
80:25 87:15 118:6
146:21,22,23 147:2
149:3 151:20,23
152:16 154:3,13,22
156:5,6 172:4 180:4
193:19 194:19
196:1,2,5,6,13
197:14 239:10
250:3,4,7,9,22
255:20 272:24
276:12 278:4,8
280:17 282:11
285:12 286:15
289:7 292:2,22
293:15
**recalled** 250:24

**receivable** 174:21,22
**receive** 44:21 77:10
174:5 232:4 276:11
276:13 293:13
298:18
**received** 91:21 173:4
216:21 276:7
**receiving** 191:10
**recept** 27:20
**reception** 27:21
82:12
**recertifying** 170:17
206:1
**recognize** 20:20 21:4
48:7,15 145:21,23
145:25 163:13
230:5,24
**recollection** 84:24
98:9 197:23 284:19
**recommendation**
71:18 291:23 293:2
296:24 297:24
**recommendations**
232:16 294:12
297:22 299:5,6
**recommended** 279:8
**record** 5:8 7:21 27:17
40:9 50:19 53:10,11
54:7 55:12,12 59:9
59:12,13 67:7,12
70:19 71:1 77:5
80:21 93:25 95:16
96:16 100:8,10,13
102:11,15,20 121:9
122:2,6 127:13
148:18,21,22
154:20 158:18,22
159:2 165:24 166:1
166:2,11,12 177:20
177:22,25 185:18
216:17,23 218:3,8
225:15 228:13
230:19,22 239:22
240:8 249:22
267:20 290:22,23
291:2,7 294:6 298:1
298:2 308:16 309:7
309:8,21 310:15,22
311:6,10 313:7

recorded 54:19 177:4
records 40:1 44:4
    96:3 120:2 264:22
    265:3 266:14
    288:21
recovery 186:12,12
    189:24
recurring 80:15,24
    81:18,19,23,25
    191:11
red 292:14 293:3,6
reduced 134:17
    294:12
reduction 157:14
reed 2:15 5:25 8:24
    9:10 17:12 18:16,25
    20:22 100:7 148:17
    189:5 239:24
refer 11:2 48:10 51:3
    55:15 75:9 80:14
    104:18 106:7
    128:14 159:15,20
    159:21 171:7
    220:12 225:2 226:5
    250:2 253:24
reference 11:2 105:8
    165:25 168:14
referenced 10:20
    12:4,21 18:9 141:4
referral 170:13,14
    171:2 199:9 204:20
    205:6,22,23 206:9
    206:13 209:18
    231:10 237:12
referrals 159:6,17
    162:25
referred 10:20 29:25
    32:21 42:7 48:17
    50:23 64:7 67:15
    68:20 73:12 105:12
    105:13,24 108:17
    123:21 146:12,19
    191:14 194:22
    216:24 217:10,15
    220:23 222:12
    223:3 224:1 232:13
    237:25 245:16
    283:4
referring 9:19 10:8

10:24 11:18 32:7
    67:15 69:24 70:2,3
    74:13 84:1 92:7
    103:5 104:3,11
    105:9,23 106:24,25
    107:2,3 108:6,7,13
    108:16,18,19 109:5
    109:19,22 113:11
    113:24 114:5,8,14
    114:23 123:17
    124:5 150:22
    159:19 163:2
    166:12,15 169:1,7
    169:14,18,21 170:7
    170:24 178:9,24
    180:6 194:23 199:1
    199:9,12,16,19,21
    199:25 200:2,3
    201:15,17,21 202:5
    202:10,21 204:4,20
    204:22 205:6,9,10
    206:22 207:23
    208:5,17 209:10,19
    212:8 213:17,23
    214:4,6,12 215:2,10
    215:12 218:19
    220:3,4,5,5 223:14
    223:16 224:12
    225:19 230:10,13
    234:11,14 235:2,7,7
    235:9,13 236:19
    237:4,9,12,16 238:7
    239:6 240:20 241:4
    241:9,14,21 242:6
    242:13,21 243:4,8,9
    243:19,23,24 244:9
    244:22 245:15,20
    245:24,25 246:8,25
    247:4,11,12,17
    273:20,21 278:19
refers 34:8 50:25
    103:4 111:1 146:11
    192:10 235:6
reflect 179:1 216:23
reflected 44:4 70:14
    73:17 124:23 153:5
    153:7 160:10
    161:10 162:3
    180:11 211:4

305:16
reflecting 56:13 58:7
reformed 283:23
    284:8,11
refresh 197:17 286:4
refreshed 286:7
refund 153:11
refunded 257:5
    260:22 261:25
    301:8
refusing 203:14
regarding 17:11
    50:10 82:21 85:16
    89:17 110:7 194:13
    214:4 267:25
    268:13 269:22
regardless 62:10
    118:4 173:21 223:4
    223:5 234:9
registered 51:11
    150:3 156:2 313:5
registering 116:15
registration 15:18
    27:19 28:1 82:11
    121:3
regular 13:23 87:3
    187:12
regulations 273:18
rehab 75:14 80:16,17
    81:4,19,20
reimbursement
    138:6 193:8
reimburses 39:5
rejection 263:11
rel 1:4
related 15:21 34:15
    74:9 81:3,15 96:19
    109:12 117:3 137:5
    151:18 167:24
    180:17 181:8 182:9
    194:3,7 197:4
    206:13 252:4 263:2
    279:10 289:4
    299:24
relates 31:20 245:19
    302:2
relating 84:7
relationship 36:22
    37:2,6,11,12,13

69:11 72:7 136:15
    137:2
relative 313:8,9
relator 1:5 2:2 5:21
    5:23 147:11 308:19
    309:1
relators 253:15
relay 23:8 33:17
    35:18 36:2,20,21,22
    37:3
released 29:4
relevant 226:11
    310:9
relied 10:25 12:6,12
    12:21 217:22
rely 9:23 11:2,18
    12:3 14:5
remain 162:17
remained 172:18
remaining 122:16
remember 11:14
    35:17 36:5 37:23
    46:15 68:25 101:25
    123:15 124:9
    147:10 176:4
    179:24 192:16
    194:16 240:5,13
    256:14 277:2,8
    278:24 279:5,9
remembers 155:15
remit 40:15,16
remittance 39:12
    40:12 118:13
    130:16,17 131:8
remittances 130:7,14
remove 150:11
rendered 119:16
    126:16 143:9 159:6
    173:5
rendering 123:21
    124:7,9 241:24,25
    242:2 243:2,3
repeat 119:1 222:3
repeating 41:15
repetition 221:22
rephrase 6:21
replacement 63:15
    64:19 65:10 78:15
replicate 100:24

**report** 4:6,7,18 51:5
51:14 53:8 60:17
65:5 86:3 87:2 89:3
89:13,15 91:23
99:16,17,19,20,20
100:1,2,16,18,20
105:24 106:5,24
111:25 128:14
129:1 136:1 139:3
141:18 143:24
150:20 163:20,22
164:2,18 165:22
166:5,9 168:21
170:11,12,13
171:13 174:24
175:5,6,21,21 176:1
176:3 188:7 205:18
209:2,3,3 232:16
262:5 293:12,12,16
296:23 297:3
298:22 299:7 313:6
**reported** 244:5
289:24 300:6
**reporter** 5:9,12,18
6:14 7:3 23:15 85:9
99:6 163:10 198:17
203:21 204:2,8,10
204:13 225:24
227:2 228:2 229:12
237:8 239:2 244:20
313:5,16
**reporters** 313:1
**reporting** 88:3 96:7
97:7
**reports** 54:20 86:2,5
86:11 89:18,23,24
90:2,5,6 95:10
127:12,19 128:6,7
128:11,17,23
129:10,12 131:16
131:19,23 136:3
138:13 139:17,20
140:25 141:4,9,11
159:16 165:13
173:22 174:6,12
175:17,23 176:8,11
177:5,8 179:13
182:10 262:18
294:11

**represent** 83:19
**representations**
82:21
**representative**
301:25 306:25
**represented** 309:24
**reprocess** 151:22
152:7,23,24 153:15
259:14,15
**reprocessed** 151:23
152:14 257:16
261:25 262:7
**reprocessing** 156:18
**reproduction** 313:15
**request** 25:1 69:5,6
139:6,13 140:21
142:13,16 170:16
170:19 183:5,6
199:5 200:10
205:25 211:8,9
216:18,21 217:9
229:1 286:23
287:24 310:3,7
**requested** 57:20
72:17 110:13 114:1
125:2 163:21 185:5
185:6 203:20 210:1
309:22 313:7
**requesting** 24:1,14
75:12 78:19 105:20
108:12,25 109:23
110:16 139:21
169:23,25 287:1
**requests** 13:18 70:3
181:5 198:25 250:3
**require** 28:13 73:1
117:4 162:13
265:12 272:16
305:9 306:6 307:2,5
**required** 24:5,6
33:21 35:12 36:10
36:16 47:21 51:14
60:2,17 66:10 74:18
108:10 111:3,8,12
112:24 114:8
117:17 201:25
202:15,18,21 203:4
203:22 204:1,3,12
205:1,2 209:10

212:8 243:23
245:21 295:11
**requirement** 84:9
111:14
**requirements** 35:8
63:24,25 84:8 150:6
282:23
**requires** 123:2
201:14 240:20,25
265:5,15
**requiring** 84:25
**research** 280:24
281:3
**reserving** 217:4
**resource** 285:7
**resources** 285:11
**respect** 18:14,23
21:19,22,25 22:3,6
22:10 28:17 31:7
32:5 36:3 41:9
57:24 61:4,6 62:1,6
62:13,18 66:20 70:8
78:1,9 80:3 98:7
103:17 109:25
126:15 132:10
139:1 140:5 141:25
147:20 154:25
172:11 178:7 180:8
206:18 207:20
211:23 212:2,5,18
213:15 214:19,25
216:6 236:13 248:3
248:17 250:21
255:15 269:11
270:16,17 273:12
281:6 285:16 286:1
289:4 292:15
295:25 297:17
306:25
**respected** 231:15
**respond** 286:21
**response** 178:20
203:19
**responses** 7:6
**responsibilities**
275:12
**responsibility** 49:13
112:19 128:18
274:4,24

**responsible** 42:18
45:5 46:16 49:17
69:17 72:5 73:4,4
109:3 112:21
139:23 178:15
179:7 207:12
273:12 274:14
275:15,20 309:12
**responsive** 12:23
13:16 216:20 310:2
310:3,6,13
**rest** 21:4 28:2 103:12
174:15
**resubmit** 257:9
**result** 29:4 185:15
297:17
**results** 29:1 30:7
42:20,21 125:21,22
182:11,12 184:15
**retained** 256:17
**retention** 22:7 256:12
**retransmitted** 39:20
**returned** 260:19,25
262:9
**revealed** 290:2
**revenue** 4:8 98:13
128:2,14 129:16
131:21 137:21
140:25 141:3
146:22 163:3
173:18,19 174:5,6
175:12,14 176:16
176:24 177:1,2,15
288:14
**review** 4:8,14 30:23
40:4 43:18 71:1,6
113:19 128:9 248:6
248:17 249:20,23
250:19 251:4,8,10
252:5,10,14,20,22
257:4 264:3,8,22,24
265:6,8,10 267:1,3
267:12,14,17,19,24
268:5,13,22,22
269:1,5,13,16,24,25
270:16 271:19
272:17 274:19
280:20 281:6
282:20 283:5

284:23 285:9
286:16 287:1,4
288:11,14,16
291:10 293:2
296:16 297:22
298:18,23 300:4,23
300:24,24,24
301:14 302:2,9,16
302:20 303:6,19
304:2,20,23 305:10
305:10,14 306:7
307:1,4,20 308:8
313:6
**reviewed** 150:8,23
151:13 250:18
257:3 262:13,15,16
266:15 272:5 287:4
287:5,6 291:15
293:25
**reviewer** 294:7
**reviewing** 154:1
179:13 248:11
265:3 269:20
**reviews** 23:6 40:7
279:14 286:15
292:4
**reworked** 39:20
**rhonda** 14:16 16:8
196:19
**right** 5:12 7:23 13:2,3
18:11 24:16 56:5
57:18,18 60:5 61:13
70:6 76:18 77:19
87:4 94:10 100:3
103:8 105:2 107:9
119:12 125:24
126:25 128:5
129:25,25 132:21
151:25 153:20
166:8 188:2 195:16
197:21 198:12
206:18 209:17
211:2,7 212:22
217:4 222:3 231:11
231:19 234:11,19
234:25 241:4 246:3
257:10 265:7
267:21 269:10,15
270:15 274:8,9

275:15 276:24
277:12 289:5
297:18,21 300:14
301:21 304:22
307:23
**righthand** 198:24
**rn** 146:18 150:4,9,24
152:21 154:10,12
154:13,15
**road** 2:7 120:6
**rodriguez** 1:25
312:15 313:5,20
**rohit** 181:1
**role** 14:22 133:17
270:16 274:19
279:15,16,18
281:12 287:2
**roles** 99:2
**roll** 127:18 131:24
**rolled** 158:6 183:20
183:21
**rollup** 137:15,16
**room** 2:12 24:23,24
25:25 28:13,16 30:2
30:13,22 31:10 32:6
41:24 42:1 44:6
81:13 110:20,22,22
111:6,7 120:9
122:23 191:8
208:12 218:22,25
219:5,10,13,23
230:9 231:5 296:17
**round** 146:18 154:15
**rounded** 71:5 154:15
154:16 156:1
**rounding** 122:8
150:4 154:13 155:3
156:12,21 167:18
**rousis** 99:6 145:4
146:19 147:11
149:5 151:12
155:23 168:13
285:14 289:24,25
**rpr** 1:25 312:15
313:20
**rule** 7:19 134:12
**rules** 13:21 66:14
117:2 189:2 198:20
201:7 311:1

**run** 46:1 89:23,24
90:2 136:3 139:17
143:24
**running** 86:3
**runs** 60:15

---
**S**

**s** 2:11 194:14 200:6
201:14 209:11
212:9
**safekeeping** 313:13
**safety** 119:8 133:13
**salary** 136:19,20
137:6
**sameday** 24:20 168:9
168:11 191:15
192:14
**sarah** 14:14 169:20
196:21
**satisfied** 300:11
**save** 214:19 314:11
**saw** 11:9 84:11
120:11 151:15
276:13 285:21
289:9 290:16
**saying** 40:3 57:22
70:19 92:4 104:11
104:12 106:12
108:18 112:20,22
114:11 118:12
132:4 142:2 146:17
151:4 166:24
169:13 183:11
185:9 197:2 202:16
202:18,20 203:23
203:25 204:3
232:11 233:16
235:5,5,6 261:23
286:17 293:1
304:22
**says** 30:2 40:16 50:24
53:7 55:22 57:10
60:16 63:21,25 65:5
66:15 73:25 82:13
88:9 89:13 90:14
91:24 103:10,10
104:5 107:16,18
110:11,12 112:16
114:7 123:17
130:16,16,17 136:1

138:16 150:2
151:11 164:18,19
165:18,23 166:17
166:21 168:25
170:14 173:2
174:24 181:7
185:20 186:10
198:21 205:4,22
223:23 241:9
243:19 254:3,8,21
293:2 296:23
**scale** 176:15
**scan** 56:3,4 57:16
112:16
**scanned** 53:11 57:21
**scanning** 145:24
**scenario** 180:1,2
186:20
**scenarios** 179:25
192:2
**schedule** 9:7 10:17,24
11:6,13 12:23 13:16
14:4 22:15 38:4
134:1,3,5 135:10,23
**scheduled** 63:6,16
64:19 82:16 185:10
234:2
**schedules** 133:22
135:24
**schwartz** 2:11 3:4
5:19,19 6:8 8:15
9:13,18,22 10:7
11:25 12:2,17,20
13:13,24 18:20 19:3
19:6,9,15 20:5,10
20:15 21:14,17
23:14 26:22 27:7
29:9,18 31:22 32:12
36:18 37:5,15 40:22
40:25 45:18 47:23
48:5,23 50:1,8,16
54:23 56:19 57:23
59:19 61:25 62:12
66:1 67:2,13,21
68:14 69:20 71:9,25
76:6 80:12 82:18
83:18 84:23 85:5,8
90:10 99:5,10,11
100:6,8,14 101:11

102:10,21 103:14
104:1 105:21 106:3
107:7 110:25
126:24 130:1 132:6
136:16 137:4
145:20 146:5
147:16,23 148:2,9
148:12,16,19,22
149:1,2,9,17,20
155:10,16,22 156:9
157:21 158:17
159:3 161:19
162:23 163:9
168:22 170:9 171:8
172:25 175:22
177:20 178:1,19
180:16 181:21,24
183:23 184:3,7
188:4,23 189:4,12
189:16,20 190:7,16
191:3,20 192:11
194:2 195:5,23
196:10 198:16
200:13,17,21 201:1
201:12 202:13
203:2,6,12,17 204:7
204:9,15 206:17
207:6,14,19 208:7
208:18,22 209:5,15
210:11 211:1 212:1
212:4,25 214:2,9,18
216:4,5,15 217:13
218:13 221:17
225:17 235:19
236:14 253:19
255:14 256:14
277:23 309:20
310:21 313:12
**schwartz2** 2:13
**scope** 146:4 147:15
148:5 149:7 155:6
155:12 208:21
209:1 220:15
224:15,19 225:4,9
235:16 236:5
254:15 258:20
259:1 273:15 274:7
275:2 278:11 302:4
**screen** 25:18 30:2

52:17 53:3
**screened** 24:25
**screening** 24:25 25:7
25:22
**scribbled** 197:9
**seal** 312:10
**second** 13:15 88:7,8
103:23 104:4,5
157:20 165:1,2,17
212:22 295:4,6
310:11
**secretaries** 57:6 58:9
**secretary** 72:15
**section** 144:7 198:25
199:10 200:6,22
201:11,14 202:15
203:4,23 204:12
236:13,16,20 237:4
237:10,13,16
252:25,25 253:1
254:6 306:13,13
**sections** 212:12 238:1
**security** 53:19
**see** 10:16,19,23 27:16
27:17 30:12 43:8
70:4 74:17 88:19
96:19 101:4 102:24
106:14 107:17
110:4,20 113:6
119:10,10 121:4
128:9 129:17,22,24
135:13 144:20
151:10 154:4
163:25 164:10
169:6 184:13,17
188:14 198:25
199:2,3 220:21
243:18 254:2,5
267:20 273:20
277:15 283:6 286:4
291:15,16,22
299:11,21 301:3
**seeing** 54:15 151:14
196:6,13 292:3
**seek** 193:8
**seeking** 36:3
**seeks** 310:18
**seen** 10:1 11:9 13:8
99:12 163:11 164:2

308:18
**segment** 169:19
**segments** 103:25
113:23 127:14
176:8 252:1
**segregates** 118:5
**segue** 112:12
**selfevident** 142:3
**selfpay** 173:21
**semi** 142:14
**seminars** 273:24
**send** 13:5 35:25 40:1
40:3 42:10 63:18,19
90:7 120:23 156:19
166:7 185:15
231:12,15 232:16
233:7
**sending** 36:10 74:14
139:24 186:13
**sends** 23:11 39:12
181:10 189:23
222:10 223:2,24
293:22
**sense** 6:22 41:20
106:2,4 132:23,25
208:23 223:1
**sensed** 144:20
**sent** 33:5 36:2,12
45:13 51:19 60:25
95:12,17 96:17
108:20,20,21,23
111:7 113:25
139:21 261:7
266:21
**separate** 17:20
123:25 132:9 143:2
143:5,6 172:1
**separately** 81:8
154:16 173:24
200:8
**september** 302:17,21
302:25 303:21
304:6 305:4,6
**sequence** 193:19
**sequential** 81:5
**ser** 154:17
**series** 77:12,13 81:2
214:23
**serious** 308:24

**serve** 272:23
**served** 216:22 264:21
283:21 285:2
**serves** 192:13 255:8
**service** 28:25 35:19
44:15 47:21 56:13
56:17 57:2 58:1,8
62:11 70:21 71:22
75:8,12,25 78:20,21
81:14,15 82:9 87:7
105:20 108:12,25
109:23 110:17,24
114:1 121:6 123:4
123:23 124:2,16
128:21 129:6
132:12 137:22
139:6 141:2,19
142:12 150:5 152:6
153:7 154:18 157:2
162:22 169:25
170:1,18,23 177:8
179:2,2 187:9,18
190:1,8,11,18,24
192:1 199:6,23,24
199:24 206:2 211:8
242:1 266:1 287:2
299:23
**services** 14:14 15:6
28:13 29:7 30:10
31:6 40:7 46:1,9
48:19 49:23 51:13
52:10 53:13,16,20
55:7,20 58:13 60:1
62:19 77:10 78:2,18
81:4 85:22 90:16,20
109:4,16,18 110:14
117:1,3,17 118:21
119:16 120:3,7,24
121:15 122:17
125:19 126:16,25
127:1 128:25,25
131:10,13 132:11
133:1,11 134:16,18
137:11 138:9 139:9
140:10 142:4,4
143:8,8 144:10,12
144:14 147:17,19
150:11 152:25
153:1,4 159:6,9,17

159:18 167:8,20
169:15 170:4 173:5
180:21 181:5,16,22
182:1,2,4,4 183:15
183:24,25 184:1,4,8
184:9,22,23 186:9
191:6 192:22 213:7
215:14 229:18
232:4 279:24 285:7
285:9 290:1
**session** 273:22
**sessions** 276:12
279:17
**set** 26:19 40:8 45:19
74:1 75:16 134:6,6
134:9,15,15 135:3,5
151:18 176:11
181:4,6,7 183:11
206:8 267:23 272:1
301:13
**sets** 177:5
**setting** 41:4,4,5,6
42:9 61:14,14
179:22 181:17
182:2 186:6
**seven** 20:20 112:13
113:12 115:8
**severityadjusted**
194:6
**sheet** 176:19 194:22
314:1,14 315:1
316:1
**sheets** 127:23 175:11
**shes** 38:20,21 146:17
176:13
**shifted** 49:6 265:25
266:3,5
**shock** 253:21
**short** 67:8 97:25
106:17 143:14
152:20 158:23
177:23 218:4
230:20 285:7 291:3
295:22
**shortcircuit** 21:15
175:25
**shortcut** 18:21
**shortpaying** 136:5
**shouldnt** 146:10

187:1 229:3
**show** 32:20,24 44:25
140:25 162:11
188:11 211:7,11
213:11 262:19
263:10 309:8
**showed** 93:9 197:23
235:19 281:20,24
289:3 302:18
**showing** 24:17 55:3
**shown** 9:4 10:12
13:25 14:1 157:13
194:17,21 196:1
197:11
**shows** 89:3 188:7
**shsiegel** 2:22
**sic** 99:6 101:13
**sick** 168:3
**side** 30:11,13,15 31:8
40:8 74:12 88:8
114:1 120:5,17
127:14 128:19
135:7,16,18 136:1,3
169:9,10 177:2,15
202:7 213:22,22
215:12
**sides** 197:17
**sidhu** 13:10 17:14
**siegel** 2:19 5:24,24
**sign** 57:3
**signature** 315:24
316:24
**signed** 314:17
**significance** 105:23
**significant** 97:5
159:20
**significantly** 294:13
299:6
**signifies** 81:1
**signing** 282:24,25
311:12
**signs** 141:22
**similar** 39:9 61:9
84:7,9,16,19,20
93:15 113:4 116:3
118:1 119:20 121:2
127:9 130:15 215:8
249:2 251:24
309:15

**simple** 11:21,24
24:22 34:11 51:2
79:7 142:1,11 223:1
228:16 233:24
247:14 285:24
303:18 304:14,15
304:18
**simpler** 75:1 77:2,22
141:10 236:12
**simplicity** 79:10
**simplistic** 144:3
**simply** 140:6 189:13
221:21 222:3
284:18 301:12
**simultaneously** 44:9
**single** 85:15
**sir** 6:24 8:1,12 9:16
12:16 14:4 18:19
19:2,19,22 20:14
21:20,23 22:23
23:22 25:14,17 28:8
31:11 33:9 41:11
45:16 48:8,14,16,22
49:6,9 50:7,21 55:5
58:4,10,16 63:3
68:7,13,18 69:24
83:23 99:13,19
101:5 110:5 115:13
115:16,25 141:6
165:9 194:11
198:13,23 210:8
211:15 221:5,20
223:21 224:17,20
226:18 227:19,21
230:5,12 233:23
234:13 235:1,18,21
235:24 236:24
237:22 238:10,15
239:8 242:5 243:5
244:3 245:14 248:8
248:9 250:22 251:6
251:14 253:10
254:5 255:11
256:16 259:3
261:12,17 263:7
264:13 265:13
267:19 268:10
274:9 277:2 280:16
280:17 282:8

290:18 291:17
292:7,11,25 293:6
297:9 298:12
300:14 303:5 304:1
**sit** 226:19 240:3
246:2 261:4 286:6
293:18,19,20,21
299:9
**sitting** 13:2 26:14
52:16 59:22 97:15
223:22
**situation** 114:12
187:12 189:21
222:12 257:17
299:18
**situations** 211:20
263:5
**six** 18:23 20:19 90:11
90:12 91:15,15
112:2 157:18 158:4
158:5,11 291:5
311:8
**size** 142:11
**skip** 44:11
**slash** 45:4 66:8 67:20
103:5 104:12,19
105:9,23 106:13,25
107:2,3 108:11
112:18 124:5
243:19
**slf** 111:4
**slf000** 111:1,10
**slight** 78:12 95:24
**slightly** 39:10 84:19
107:10 212:15
**slot** 88:18,20 104:20
**small** 151:18
**smiley** 14:15 15:14
15:16,25 16:3,7
17:5 169:20
**smith** 19:14 44:25
51:16 57:8,11 70:24
76:21,21 121:4,4
122:7 123:5
**smiths** 51:17 139:14
**snf** 104:9
**snfs** 104:6,8
**soandso** 47:6 65:5
137:24 168:20

**social** 53:19 187:1
**software** 33:15 34:6
  34:23 35:5 135:16
**sold** 33:19
**solely** 50:3 109:8
**somebody** 43:25
  46:23 60:22 63:6
  134:23 138:4
  177:16 186:20
  264:2 266:23 293:2
**somebodys** 132:15
**somethings** 151:25
**soon** 265:23
**sorry** 26:10 32:15
  40:24 87:16 102:25
  164:16 205:13
  227:15 271:5
  289:18
**sort** 32:20 35:14
  39:22 46:19 52:13
  52:25 59:23,25
  75:14 120:7 122:14
  126:18 127:17
  132:22 142:6 144:7
  144:13 167:21
  232:21 285:19
**sound** 99:21 227:21
**sounds** 212:10
**sources** 175:18
  258:13
**south** 2:20
**space** 199:17 200:1
**spaces** 202:6
**speak** 14:21 15:11
  16:15 32:4 35:11
  42:25 43:7 49:18
  50:15 74:9 101:18
  104:8 107:6 156:19
  157:10 255:1,2,5
  302:25
**speaking** 109:15
  127:6 137:17 148:3
  221:2 226:19,22
  273:9 274:8 310:25
**speaks** 70:10
**special** 117:4
**specialist** 42:15 43:24
  47:11 69:1 70:10
  72:22 73:20

**specialists** 47:17
  167:15 210:24
  231:14
**specialties** 253:2
**specialty** 4:9 42:5
  44:14 89:11 134:16
  134:17 164:1 232:1
**specific** 80:6 97:9,12
  97:22 98:9 118:23
  123:10 132:24
  147:1,24 148:1
  155:2 177:7 180:6
  253:25 270:13
  271:14
**specifically** 7:13
  142:9 147:10 149:3
  242:21 260:10
  276:19 279:21
  285:12,16
**specifics** 268:11
  289:2 294:24
**speech** 81:20 271:11
**spelled** 23:16
**spend** 98:14,19,24
  129:11,13 131:17
  187:9,10 195:7
**spending** 250:9
**spent** 17:23 98:22
  195:11,16 245:23
  251:2
**split** 130:18
**splitting** 202:9
**spoke** 14:12,13,14,15
  14:17,18
**spot** 32:21 65:17
  88:21
**spreadsheet** 11:7,8,8
  93:12
**staff** 14:7 15:18,18
  22:25 23:3,6,21,24
  24:13 25:22 27:4,5
  27:11,13,25 29:23
  30:17,20,22 31:12
  35:6 52:8,25 54:2
  57:9 59:1 60:5 64:4
  64:12 65:4 76:9
  77:14,23 79:3,24
  90:4,7 120:4,12
  121:3,13 122:5,20

128:13,17 130:20
  137:19 139:16
  141:17 144:15
  151:13 153:17
  177:15 178:15
  179:8,13 181:12
  185:21 187:3
  195:14 198:2
  231:13,14 269:6
  276:16,19 278:19
  279:11,17 287:6,6
  288:12,13,20,21,24
  288:25 293:20,21
  293:22 295:8 299:9
  307:11
**staffing** 1:9 6:1
  136:11 227:11
  228:4 229:14
  231:11 285:10,17
  286:2
**stand** 253:7
**standard** 86:3 129:9
  140:24 174:12
  175:8 176:21
  185:12 186:12
  204:21 209:19
  215:11 270:8 272:7
  272:7
**standardized** 127:12
  173:22
**standards** 272:2
  300:1
**standing** 238:18
**standpoint** 29:22
  81:11,11 98:18,18
  104:11 105:11
  108:13 117:8
  129:22 130:25
  132:2 134:8 150:15
  159:11 163:3,4
  173:24,24 175:13
  187:1 193:25 195:4
  196:16 204:25
  216:12 232:1,10,19
  241:7 249:17
  251:24 252:23,24
  264:5,7 269:5 282:4
  294:11 297:5
**stands** 119:24

**stapled** 83:16
**star** 84:22 85:24 86:8
  86:13,16,19,21 87:8
  88:3 89:5,6,18,20
  89:23,24 90:2 92:10
  94:4,7,23 95:10,21
  95:22 96:8 97:4,5,8
  127:11 128:6
  138:12 163:22
  166:5,7,9 177:12,18
**staring** 245:4
**stark** 171:7 188:11
  188:13 206:13
  235:6 273:18
**start** 19:19 24:23
  25:25 42:1 58:13
  90:18 91:6 113:22
  119:18,22 180:7
  264:10,12,14,18
  265:1 271:7 294:14
**started** 189:8 232:5
  264:13,15,17
  266:12
**starting** 9:6 27:13
**starts** 55:16
**state** 35:3 115:18,20
  117:14 152:21
  154:7 312:3,16
  313:3
**stated** 111:17 136:25
  156:5,15 169:7
  200:1 201:17 226:9
  240:4 242:25
  250:22 255:14,18
  302:15 310:19
**statement** 150:22
  168:8 218:16
  221:22 224:4
  226:20 255:20,22
  282:6 291:21
**statements** 175:11,11
  176:19,22 227:16
**states** 1:1,4,19 2:10
  5:20 100:24 101:16
  245:17 256:20
  258:8 259:8 308:19
  309:22 310:17
  313:12 314:3
**status** 266:4 267:14

267:17 268:7
275:21 283:18
**statute** 194:13,16
198:19
**statutes** 194:17
212:13
**stay** 232:8
**stays** 58:19 193:9
**stenographic** 309:8
313:7
**stenographically**
313:6
**step** 23:19 28:9 39:14
41:16,16 50:2 55:1
141:25 145:5
156:14 288:8,8,11
**stephen** 2:19
**stephens** 2:15 5:25,25
8:25 9:12,20,25
10:4,6 11:23 12:1
12:20 13:6 17:12,13
17:14 18:18 19:1,3
19:5,8,15,16,23
20:1,10,24 21:2,6,9
21:12 22:22,24
26:17 27:2 28:21
29:14 31:17 32:9
36:14 37:4,7 40:21
40:24 45:17 46:4
48:21 49:15 50:6,13
53:24 56:18,21
58:20 61:21 62:8
65:12 67:18 68:11
68:23 70:16 71:13
76:2 80:7 82:6,23
84:21 85:3 89:25
99:9 101:8 102:7
103:9,21 105:10,25
107:5 110:9 126:20
129:2 131:11
136:12,21 146:3
147:13,21,25 148:7
148:11,14,18,21,24
149:6,14 155:5,14
155:17 156:3 157:6
161:13 162:5
168:16 169:16
171:3 172:14
175:19 178:11

180:12 181:18,23
182:6 184:2,6 188:3
188:22 189:1,7,14
190:2,12 191:1,19
192:7 193:11
194:24 195:20
196:8 200:11,15,19
200:24 201:22
202:24 203:5,10,15
206:10,25 207:9,16
207:24 208:10,20
208:25 209:17
210:7,15 211:25
212:20 213:19
214:5,14 215:4
216:9 217:8 218:18
219:6,17,21 220:7
220:14,25 221:6,15
221:18 222:14,17
223:6,15 224:3,14
224:18 225:3,8,11
226:9,16 227:6,13
228:6,19,22,25
229:2,6,9,16,23
230:7 231:1,20
233:2,10,14 234:1
234:12,20 235:3,15
235:22 236:7,21,25
237:20 238:11,17
238:22 239:25
240:7,23 241:5,17
242:8,14 243:12
244:11,12 245:7
246:16 247:6
252:12 253:6,16
254:14,18 255:21
256:2,15,22 258:20
259:4 260:13
261:14 262:11
263:20 265:17
267:13 268:3 270:4
270:23 271:3
272:21 273:14
274:6 275:1,8 276:8
276:15,23 277:6,20
278:10,18 279:4,22
281:17 282:9
283:12 286:12,24
287:15 288:4,10

289:15 290:6 292:1
292:10,17 293:17
294:20 295:1,7,14
295:19 296:7,15,21
297:10,19 298:10
300:18 302:3,22
304:3,16 305:12
307:7,10,24 308:15
309:24 310:16
**steps** 77:2 153:16
211:22
**sterilization** 117:3
**steve** 5:24
**stick** 29:19 75:2
142:21 179:3
**stitches** 51:3
**stoner** 264:19 283:7
283:24 284:7
**stop** 41:21 181:14
189:14 309:18
**stopped** 293:11 309:4
**straight** 28:12 29:21
75:21 186:14
192:19,19 268:16
282:2
**straightforward**
61:10 137:10
138:16
**strange** 165:7
**street** 1:20 2:3,12,16
185:3
**strike** 258:3 284:15
285:22 301:9 302:6
303:2,15,23 306:3
306:21
**string** 4:16
**stroke** 91:2,4,11
97:18 159:15,19,24
187:22 215:14,18
219:8,9,20
**strong** 69:11 283:25
**structure** 134:22
136:10 140:14
142:18 144:15
263:7 274:2,22
294:24 296:3,6,14
305:25
**structured** 262:21
294:18

**structures** 135:3,5
**struggled** 270:9
**struggling** 190:21
**study** 61:12
**stuff** 60:10 132:16
133:16 151:1
158:11 164:9
176:24 185:7 193:3
201:9 265:2 273:18
273:19 278:16
305:23
**sub** 62:20
**subject** 4:16,17 14:20
225:16 248:20
249:13,24
**submission** 35:12
53:22 84:1,2
**submit** 22:20 48:19
96:13 116:1 118:12
202:3 282:19
**submits** 22:16 38:5
82:19 115:10
**submitted** 34:25
90:14,19 91:18
92:19,21,22 93:18
93:23 94:1 95:18
97:10,20 98:8 101:1
117:24 118:19,24
199:5 215:3
**submitting** 73:2
**subscribed** 314:21
**subsection** 236:14
**subsequent** 71:11
**subset** 14:4
**substantial** 73:14
**suggest** 165:2 296:1
**suggested** 150:13
**suggesting** 27:6
84:17
**suite** 1:20 2:3,7
224:24 226:2
**summary** 22:23
150:2 176:3 195:1
197:22 216:19
**superior** 119:24
**superman** 188:1
**supervision** 170:22
**support** 86:1,16
87:12 89:21 90:7

94:24 127:11
176:18 177:7,12,18
**supposed** 11:10,14
19:12 55:22 81:14
107:10 135:21
140:1,2 141:20
145:8,14 175:15
208:15 221:20
236:2 247:23
**sure** 9:12 14:24 20:21
22:19 40:5 77:21
92:7 94:16 96:11
100:6 121:14
130:22 144:13
153:18,20 154:5
155:9 164:23
165:18 169:11
172:2,9 181:19
182:20 190:25
218:11 227:14,16
235:4 240:17 250:1
251:3 275:15
287:21 288:9
300:10 301:21
**surg** 192:18
**surgeon** 47:6 89:14
160:12,13 162:8,14
162:21 167:12
211:18
**surgeons** 160:23
182:22,22,23
**surgeries** 52:5 78:11
79:6 180:20,22
190:19 192:5
210:12
**surgery** 24:20 51:2
63:16 64:19,21
78:13,14 89:4
110:13 160:4,5,8,15
161:9,24 162:2,3
167:2,11 168:9,11
170:2 180:15,17,25
181:3 182:9 183:1,1
183:3,3,18,19
185:24 186:10,11
186:15,21,25
187:13,14 190:5,6,9
190:10 191:13,15
191:16,18 192:14

209:23 210:5,9
253:1 306:13
**surgical** 46:20 75:19
75:20 78:22 162:19
179:23 180:10
183:20 185:8
192:18 210:23
232:21
**surprised** 93:2
**suspense** 56:10
**suzanne** 14:17 16:9
139:11,16 141:17
**swear** 5:9,14
**swipes** 52:19
**switch** 49:6
**switched** 49:2
**switching** 50:19
**sworn** 6:5 312:8
314:21
**system** 1:8 15:19,20
23:1,2,8 28:6,7,20
29:12 34:18 37:16
37:18 38:8,9 43:13
45:11,13 57:16 58:3
58:7,12 62:4 63:4
67:17 85:11,17
86:15 94:13,13 96:7
96:8 98:14 107:19
108:5 117:23
119:23 120:1,2
121:21 126:19
127:3 130:4 133:10
135:19,25 140:6,21
140:22 142:1,11,12
153:7,10 163:1
171:22 172:13
191:22 192:6,23
193:4,6,10 194:9
210:14 234:21
**systems** 62:4 119:24
153:8

---

**T**

**t** 2:15
**table** 12:7 100:23
101:4,7,10 102:5
**tablet** 57:22
**tablets** 56:6,7
**tabulate** 141:9
**tagged** 215:20

**take** 7:5,17,20,21
12:13 41:6 43:23
44:20 48:12 50:2
55:1 57:6 67:3
72:16 76:14 84:13
102:11,23 113:16
119:10 124:14
140:15,16 144:22
145:16 150:19
159:22 160:1 161:5
188:20 211:21
221:24 230:16,17
231:16 239:20
240:7 252:7 253:24
259:20 266:23
280:13 289:14
290:21 292:15
293:12,15 299:11
300:6 301:6 307:12
307:15 309:13,17
311:3,4
**takebacks** 261:8
**taken** 137:3 154:6
158:13 215:19
259:16,19,22 262:6
272:10 309:4 314:9
**takes** 133:23
**talk** 7:4 11:11,14
16:22 24:18 29:16
38:7 39:11 41:12,17
43:14,19,20 44:10
45:21 61:14 74:23
75:3,19 115:2,8
116:9 138:7 145:3
147:2,23,25 150:14
150:18 172:10
180:22,23,24 200:7
201:9 206:4,14
208:1,3 209:20
212:11,13 215:6
236:9 254:13,17
263:24 276:25
287:19 289:1
290:20 292:3
293:24 294:1
301:23
**talked** 74:20,22 80:20
92:10 113:1 122:13
122:13,15 130:3

132:22 162:16
169:4 172:8 179:21
179:25 180:1,5
193:21 195:14
206:6 211:2 227:20
239:10 243:6
245:21,21,22,22
256:10 278:16
291:13,16 305:18
**talking** 11:12 12:8
13:7 42:2 112:3
115:3 123:10 133:7
140:15 152:10
166:16 170:25
173:12 176:4
180:24 184:24
200:21 202:4
210:18 212:23
213:4 214:15
230:14 232:14
234:19 235:18
243:15 245:23
251:2 263:25 264:1
264:15,17 292:8,8
292:24 294:3,14
295:13 296:23,24
296:25 297:2
298:18,19
**talks** 82:25 111:19
113:5
**tallied** 100:25
**tangent** 271:7
**tape** 158:18 217:7
**tara** 276:2
**target** 165:23 174:17
**technical** 124:17
**technically** 194:5
232:6
**technician** 2:24 5:5
67:4,9 100:9,12
102:12,17 158:19
158:24 177:21,24
216:3 217:25 218:5
230:18,21 290:24
291:4 308:14 311:7
**telephone** 2:4,8,13,17
2:21
**tell** 11:15 12:10,15
19:14,24 20:6 50:9

83:15 89:14 97:15
119:6 147:22
148:14 152:9 159:5
163:16,18 164:1,3,5
164:16 173:8 178:3
184:11 204:24
208:13 232:7
238:10 239:8,21,23
240:11 241:20
242:5,12 244:3
251:7 274:2 276:21
282:1 287:18
300:11 302:19
**telling** 234:10 246:6,9
246:11 248:15
256:14 277:22
**tells** 66:9
**ten** 15:13 16:24 20:21
158:16 159:5
173:10,17 188:8
258:16 259:9
**tendered** 102:5
**tenure** 283:16
**term** 8:6 105:8
233:12 237:16
245:16 254:5 255:3
**terminate** 221:24
228:12 308:21
**terminology** 106:23
**terms** 68:5 81:25
256:24,24 309:9,9
**test** 24:1,2,15 69:2,13
70:13,14 71:21,23
72:18 73:6,25 74:2
75:25 77:9,11,18
108:25 110:14
123:14,17,18 169:8
170:8,20 171:1,11
171:15,18,18
172:24 201:19,21
202:1,8 205:12,12
210:1 222:20
241:24
**testified** 6:6
**testify** 9:2,17 12:13
12:14 18:13,22
19:13 20:7 21:16,18
21:21,24 22:2,5,9
91:14 248:4 249:24

250:20
**testifying** 11:7 12:11
12:15 149:14 251:5
**testimony** 5:14 8:10
8:17,21 10:13,21,25
11:4 12:5 14:6
15:12 17:8,11 18:1
18:5 67:14 68:19
91:17 99:25 110:6
113:2 146:4 155:6
178:7 194:12
203:20 208:21
209:1 216:23
218:12 248:19
249:1 255:10
**testing** 78:10
**tests** 26:9,25 29:11,11
45:24 55:1 57:1
68:21 69:2 71:11
183:20 185:11
206:6
**thank** 5:18 12:19
22:13 23:18 32:15
38:25 50:14 99:10
136:7 268:18
278:17 280:4
282:13 308:13
**thanks** 254:9
**thats** 10:19 21:2,9,11
23:16 24:5 27:17
30:3,3,6 32:23
33:20,21 34:19
35:18 36:10,16 39:5
40:11 42:1,14,18
43:12 44:5,16,17
45:5,5 46:7,16
47:17 49:16 50:23
53:21,23 55:12 56:5
60:16 63:12 64:8,15
66:22 72:4 73:2,7
74:14 75:17,18
76:19,20 77:17
78:19 81:23 84:13
88:22 89:5 91:22
94:8,15 96:8,12,16
97:6 98:21 99:1
102:3 104:16,22
105:2,20 108:4,12
108:24,24 110:18

112:8,12 114:2,7
115:9 124:2,8,13
125:1 126:8 129:6
132:14 135:17
137:5,13 138:5
140:3 142:21
143:12 145:1 153:2
154:20 162:21
163:5,5 165:19,19
165:19 166:24,24
166:25 167:5,21
169:8,9 170:7,7
171:18 172:22
174:13 175:3,3
176:12,14 177:1
178:9 179:5 183:7
185:12 191:8,12
193:13,13 194:10
196:18,19 202:1,2
205:14 208:5 221:2
221:13 224:4,20
226:22 234:7
235:19 237:2
239:16 244:6 247:8
247:13 248:11
249:6 251:13
252:17 253:12,20
254:8,18 259:13
263:15 269:3 276:3
277:15 278:21
279:17 281:12
284:9 287:14,20
288:7,18 294:4
298:4 300:22
302:19 308:22
310:21
**therapy** 75:14 81:11
98:1 110:13 191:11
232:17,20
**theres** 6:19 9:6 10:16
25:3 26:13 32:21
34:8 40:2 44:8
46:13 47:16 53:8,25
60:9,19 63:25 64:2
66:7,8 80:5 82:2,8
82:17 83:12,25 84:3
84:19,21 87:22
88:20,21 94:3 95:24
97:7,16 100:23

110:1 120:6 121:22
123:16,20,24 124:1
130:10 132:13,24
134:12,18 137:1
139:5 142:15
147:16 168:18
174:1,2 175:5,23,24
180:19 181:6
182:21 183:19
187:15 192:13
198:25 202:6 205:9
205:10 208:9,11
209:9,18 216:3
219:15 226:10
235:8 241:25 243:7
251:10 256:12
259:18,19,19
270:24 271:18
276:21 295:25
296:1 301:7 303:12
**theyll** 53:10
**theyre** 30:19 35:19
42:9 44:1 45:6,7
51:17 53:4,9,17
54:15,18 57:2 61:10
63:9 69:12 71:18
73:23 77:14,17,23
80:16,17 81:21 87:6
88:9 97:2 107:3
108:16 109:3
110:23 121:15
128:16 129:24
132:16,17 133:23
134:15 136:19
138:3 139:18,23
144:16,17 159:21
165:15 169:12,25
171:15,19 179:13
184:8,9,18,20,24
185:5,13 186:19
187:20,22,25 193:3
212:6 213:7 224:12
231:13,25 250:15
257:15,22 266:2
268:6 292:8,8 294:3
299:11
**theyve** 27:16 39:13
39:24 40:11 44:7
55:25 86:4 176:21

188:7,14 276:5
**thing** 29:6 32:17 64:8
86:22,24 92:13
96:23 112:22
114:11 125:23
157:17 167:14
183:2 271:23
275:16 289:10
299:1,9,19 301:21
**things** 12:8 24:12
34:15 43:2 54:19
60:9 63:22 69:25
83:1,4 87:5 92:24
94:17,18 115:22
133:7 143:11
146:14 152:11
185:19 206:5 250:4
275:13 277:11
281:12 285:20
287:8,8 291:18
301:19 305:18
**think** 17:17,22 20:4
21:2,6 27:15,20
32:21,25 36:20
41:20 42:21,22
43:22 46:22 50:22
56:9 60:17 65:15
68:13 69:21,24
72:13 75:2 79:5
81:23 87:17 89:7
91:21 92:2,12,24
94:24 95:1 96:22,23
96:24 100:19
104:25 111:20
112:22 114:11,16
118:15 119:23,24
120:16,18 123:20
124:5 125:13,15
126:12 131:3
132:13 134:3,7
139:4,17 142:17
143:20 148:16
153:15 154:11
155:7 161:6 172:5
173:11 180:1 194:5
195:10,13 196:25
198:5,12 202:10
204:18 215:11
223:23 224:12

225:22 227:23
228:13 235:8 236:3
236:6 238:8 239:7
240:12 241:11
243:19 247:1
251:16,17 255:22
256:5 258:25
259:10,17 265:8
267:6 284:3,5 293:1
296:9 299:20
300:21 301:2,3
309:2
**thinking** 50:17 116:4
177:9 245:6 250:9
250:11,17 283:7
**thinks** 63:10 233:16
**third** 35:19 92:5
117:13 165:21,22
168:24,24 272:13
287:25
**thirdparty** 37:11
78:3 92:22 94:1
150:7
**thought** 19:11 91:18
145:5 151:14
243:22 251:1
253:12 254:16
264:2 274:11 278:5
299:14 309:3
**thousand** 134:10
**thousands** 77:7
**threats** 309:15
**three** 9:6 17:25 18:2
22:15 41:1 55:23,25
56:1,6,7 65:22
88:22 101:2 102:19
103:11 121:24
136:11 149:25
155:25 158:20
164:7,8,19 182:4
195:18 229:4
239:11 250:16
296:4 298:5
**thursday** 81:8
**time** 5:5 7:18 13:15
17:23 28:1 33:18
34:2 46:21 49:1
51:10,24 57:12
60:10,11 65:16 67:4

67:9 69:12 71:3,5
80:18 84:11 90:21
97:5 98:15,20,21,22
98:24 100:9,12
102:12,17 104:10
107:23 118:7
119:25 129:11,13
131:18 135:17
143:16,20,23 144:4
150:25 151:24
152:7,20 153:13
154:13 155:21
157:4 158:19,24
165:13,13 166:23
177:17,21,24
183:19 185:4,5
187:9 195:7,11,16
196:25 197:3
210:21 214:19
216:16 217:25
218:5 221:23
225:15 228:1,17,18
228:24 230:18,21
237:2 239:16,17
242:5 245:23 249:4
249:7,13,25 250:9
251:2 258:1 259:21
260:4 266:7,24
267:6,11 269:11
270:6,11,15 271:25
272:6,14 273:4
277:3,12 278:3
279:12 281:3 283:2
283:25 290:22,24
291:4 293:23 294:3
295:21 297:15
299:20 300:13
306:15 310:11
311:3,7
**timeline** 249:11
250:2,19,23
**times** 7:12 33:19
35:22 39:17 47:8
96:19 134:10
151:11 156:16
174:1 178:10
181:11 182:10,12
183:8 185:6 203:8
203:16 206:16

215:22 229:4
232:18 247:24
287:10 296:4 298:6
299:11 305:1 306:1
307:21
**title** 4:10 164:18
199:10 204:21
**titled** 99:20 275:20
**today** 6:20 7:25 8:2,9
8:22 10:13 11:3,4
11:19 12:4 14:2,6
14:11 15:12 17:8,11
18:1,5 19:19 81:7
82:13 91:14 97:15
111:22 113:1 119:5
127:6 172:8 178:6
179:21 194:12,18
198:9 199:13
216:23 239:18
246:2 247:24
248:19 249:1,9,16
252:17 258:14
271:13 272:19
274:12 275:22
277:16 282:5 286:6
309:1,6,18 310:12
310:23
**todays** 284:10 311:9
**told** 114:22 171:9
197:12 238:4 239:3
243:11,22 247:13
265:4 272:1 300:11
**tolerant** 221:17
**tolerating** 226:23
**tool** 86:1,17 87:12
94:24 127:11
129:17
**top** 37:22 91:9 112:2
112:3 114:18 119:6
164:19 198:21
**topic** 9:9 18:12,14
21:3,7,10,11,19,22
21:25 22:3,6,14,15
38:3 90:11,12 91:15
91:15 115:8 118:17
119:12 126:13,14
142:22 147:15,20
149:7 150:2 158:16
159:5 173:1,2 178:3

178:7,9 180:17
194:13 206:19,20
206:21 211:14,24
212:3,6 213:3,16
214:10,20,24 216:7
224:15 226:10
248:4 250:21
255:15 273:22
**topics** 9:1,4,14,17
11:6 18:16,23 20:7
20:11,12,13,16,17
22:10 195:2,19
196:4 225:9 251:2
255:15 256:11
258:21 272:22
279:10 285:18,19
308:2,3,3
**total** 17:19,22 64:9
98:17,19 119:15
126:15 127:4 128:1
128:1,2 159:6 165:5
167:5,5 173:4,14,23
174:7,10,11 176:15
195:10
**totaling** 17:23
**totally** 302:19
**touch** 211:11 232:8
**tower** 2:20
**track** 41:23,24 131:9
159:9,16 162:25
169:14
**tracks** 41:22
**traditionally** 191:14
**training** 145:12
273:17 276:12
279:13 299:10
**transcript** 4:22 313:7
313:7,15 314:8
**transcripted** 309:8
**transfer** 40:14 47:5,8
118:10
**transferred** 47:13
107:22 118:14
**transmit** 35:15,16,22
40:12
**transmitted** 23:10
34:3 51:25 57:13
61:3 94:20 122:11
**transmitting** 36:16

**trauma** 91:2,4,11
97:17 143:16,17,25
144:1,2,5 159:14,19
159:23 160:23
161:21 162:12,20
167:8,11 187:22
215:14,17
**traumatologist** 162:8
**treat** 69:6 72:11 82:4
114:15
**treated** 25:1,1,20
26:3 27:24 28:14
40:18,19 44:1,25
50:3 51:6 62:14
79:13,16 91:7,11
122:1 168:4 187:13
219:4 268:1
**treating** 29:23 44:16
131:20 133:20
167:23
**treatment** 26:5,25
27:6,12 71:8 80:18
167:25 232:9 233:1
**treatments** 81:22
**trend** 85:24 86:8,13
86:16,19,21 87:8
88:3 89:5,6,18,20
89:23,24 90:2 92:10
94:4,7,23 95:10,21
95:22 96:8 97:4,5,8
127:11 128:6
138:12 163:22
166:5,7,9 177:12,18
257:2
**triage** 25:18,21 27:11
27:18
**tricare** 173:20
**tried** 296:4 298:5
**trigger** 59:11
**trouble** 239:21
**trstephens** 2:18
**truck** 93:17
**true** 84:17 102:3
157:24 222:16
223:5 224:2 227:12
228:5 229:15,25
233:1,13 251:13
252:11 269:5,12
298:2 308:9 313:7

314:11
**trued** 157:3
**trueup** 142:15 157:24
158:3
**trust** 198:2
**trusted** 12:10 72:8
**truth** 5:15,15,16
**try** 6:21 7:4,8 24:21
26:10 29:21 50:20
54:3 55:13 91:10,13
93:22 94:16 134:9
134:10 175:25
177:15 228:11,18
228:23 236:11,12
245:8 246:15 247:3
259:2,21 268:25
274:20 309:24
**trying** 11:17 80:11
93:15 95:15 96:19
106:4,5,22 132:25
140:19 142:17
147:18 165:15
169:12 175:8
181:25 189:13
191:25 192:1,3
214:19 217:11
232:19,20 236:1
244:5,6 249:17
251:20 254:20
277:24 278:21
284:4 288:18 293:9
295:15,16,19
**tuesday** 1:15
**tumor** 168:3
**turn** 10:15 112:12
149:24 159:4
170:11 176:21
178:2 186:3,4
**turned** 249:19 309:12
**twelve** 18:24 20:24
20:25 100:2,3,22
150:8,23
**twelvebed** 25:3
**two** 10:23 17:15,19
17:20,22 41:22 51:6
55:10 65:14,20
67:11 69:24 83:24
88:25 96:25 102:13
103:10 106:8

121:24 122:7
123:25 124:9,12
149:15 155:19
161:5,6 162:16
164:24 170:11,15
172:1,6 177:5
195:11,13,17,21,22
195:22,24 198:5
205:18,20,21,24
211:21 225:12
229:4 239:11
240:12 250:16
260:7,8,9 264:25
288:8 290:9
**twofork** 262:24
**twohour** 196:4
**twostep** 25:21 288:7
**type** 23:23 24:19
29:17 34:15 125:15
192:10,13 193:18
279:12 308:17
**types** 176:2,3
**typical** 189:24
**typically** 34:12 61:11
64:23 76:15 94:22
121:5 122:19
137:12,21 138:3
139:8,18 141:16
142:14 145:2 157:5
157:7 165:12 167:1
167:3,5 168:20
172:20 181:8
182:11,19 184:16
185:11 191:7
219:22 232:2,11
287:7 288:13
294:10,12 299:5

U

**u** 2:11 194:14 200:6
201:14 209:11
212:9
**ub** 14:8 16:9,13 30:14
31:4,4,20 32:8,17
32:19 33:1,3 34:4
36:6,10 45:14,20
46:13 47:12,13
61:22 69:16 73:1
74:3 83:14 111:14
178:16,22 197:15

197:20,22 198:2,6
199:14,17 205:1,2
210:18 211:12
213:1,3,13 217:15
238:9 239:8 240:12
240:15,25 241:6,12
242:2 247:18,19
**ub04** 4:4 48:10,17
65:2,19 73:10 74:8
83:17 102:25
112:14 217:16
**ub92** 4:5 48:17 65:9
84:10,14 102:25
172:11 217:16
**ubcc** 199:13
**ubs** 35:16 245:22
**uhh** 283:7
**uhhuh** 10:18 80:13
80:23 110:5 165:9
176:5 205:20
**ultimately** 45:14 82:1
82:19
**um** 43:14,17 250:2,23
251:17 282:25
**unable** 13:22 231:16
**underdocumentati...**
291:17,19 298:2,20
**underdocumenting**
296:25
**undergo** 232:23
**underpaid** 96:20
136:2
**undersigned** 312:6
**understand** 6:14,19
6:25 7:1,2 8:9 53:15
76:12 93:10 106:22
164:22 190:21
191:2 220:11
239:14 243:8
244:16 245:5
254:10 260:10
265:15 270:21
288:19 289:2
291:25 292:7 295:9
308:24
**understandable**
295:17
**understanding** 9:8
11:5 18:13 36:15

51:5,7 73:19 74:10
74:18 76:3 82:7
88:12,17 101:23
103:17 105:8,22
106:6 107:1,9,14
108:2,18 112:5
113:24 117:20
118:11 124:24
125:17,25 126:7
136:9,14,18,22
146:1,8 158:8
161:14 162:14
163:15 164:13
168:23 183:16
190:23 192:3 198:1
199:20 201:20,24
205:3 210:1 211:10
227:23 230:4 235:1
239:21 240:24
246:2,24 251:7
269:13,16 272:4
287:22 314:14
**understands** 260:11
**understood** 70:6
151:4 218:12
**undertaken** 288:2
308:9
**uniform** 49:5 66:7
67:25
**unique** 61:19 199:11
**unit** 43:6 58:9 139:7
156:7
**united** 1:1,4,19 2:10
5:20 100:24 101:16
134:1,22,25 135:7
173:21 245:17
256:20 258:8 259:8
308:19 309:22
310:17 313:12
314:3
**uniteds** 174:2
**units** 42:7 81:19
164:4
**unresponsive** 258:4
284:16 285:23
301:10 303:3,16,24
306:4,22
**upcoding** 296:2,19
**upin** 110:12

**upset** 295:18
**ur** 4:16,17 135:8
264:7
**urged** 278:25 279:6
**urging** 277:3 278:5
**urologist** 127:16
167:16
**urologists** 135:9
142:20
**urology** 135:9,10
**usdoj** 2:13
**use** 27:24,25 34:9
35:7 48:24 50:18
52:11 58:21,22
59:10,14 64:5 74:7
86:1,10 88:14 96:8
96:9 98:12 108:17
109:5,18 114:13
119:23 120:2 122:5
124:16 127:22
129:16 139:22
140:10,19 141:11
144:5 160:6 168:17
169:22 174:12,15
175:7 182:22,24
233:12 234:18
242:9 248:5,18
256:24,24 258:18
271:20 272:10
289:3,11
**uses** 111:10
**usual** 163:16
**usually** 72:10 73:8
137:23 141:21
142:13 164:8 169:1
182:20 184:15
185:12
**ut** 231:13
**utilization** 4:14 43:18
43:18 44:9,12 79:18
80:1 117:5,16 248:6
248:13,17 249:2
251:8,8,10,23,25
252:4,5,10,14,16,20
252:23 253:4,11
254:3,11,17,21,24
255:1,2,4,8 262:17
263:1,9 265:6 267:1
267:3,5 268:5,21

269:4,8,24 270:8,16
272:17,22 280:20
280:23 281:2,6
282:20 283:5,19,24
284:23 285:3 302:9
302:10,16,20,23
303:6,8,9,13,19,20
304:1,4,20,23,23,24
304:25 305:10,10
305:23 306:7,16,17
306:19 307:1,3,14
307:20 308:3,8
**utilized** 246:8
**utilizes** 89:23 111:2

---

**V**

**v** 55:15,16 56:15
**vague** 221:1
**valid** 154:17 239:22
**value** 173:4,14 175:9
**various** 7:12 14:22
23:12 24:5,10 49:10
94:11,12 137:19
140:12 146:14
192:2,4 212:12
220:2 307:19 308:8
**vary** 61:7 128:25
**vendor** 92:22
**verbal** 44:22 46:8
76:20
**verbally** 12:15
**verified** 200:2
**verifies** 57:9,17 138:4
**verify** 38:14,17 53:6
57:20 59:3 120:20
141:20 151:3 198:7
**verifying** 25:10 77:17
**verse** 188:11
**version** 10:1 13:8
65:9 123:16 217:12
**versus** 75:11 93:8
98:20 129:7 151:14
153:1 230:1,1 268:2
268:20
**video** 2:24 5:5,7 67:4
67:6,9,12 100:9,10
100:12,13 102:12
102:14,17,20
158:19,21,24 159:2
177:21,22,24,25

216:3 217:25 218:2
218:5,8 225:15
228:13 230:18,19
230:21,22 290:24
291:1,4,7 308:14
309:7 311:7,10
**videotaped** 1:13 5:1
**view** 129:5 182:8
**viewpoint** 133:9
**vinas** 143:5 144:8
154:5 209:8,22
212:19 220:21,21
220:23 222:8,10,12
222:19 230:4 232:7
232:22,25
**vinass** 223:22
**violation** 274:5,25
275:7
**violations** 188:13,15
**visit** 30:9,22 36:12
50:3 55:16,16 71:2
79:9 80:21 81:7,8
120:9,10 121:25
155:4 161:9 167:18
**visiting** 161:8
**visits** 58:18 81:2,25
82:3,5 98:1 122:10
129:23 164:3
165:19
**void** 259:14
**voided** 261:6
**voiding** 263:15
**vs** 1:6 314:4

**W**

**w** 4:7 99:20
**wait** 7:7,8
**waive** 311:12
**walk** 71:14 103:24
212:16 249:10
289:6,11 290:11,15
295:16 297:7,12
**walked** 16:19 146:13
212:18
**walks** 26:15
**walter** 290:2
**wanda** 4:17 272:20
280:18 283:3,4,9,15
283:20 284:18,21
302:15

**want** 19:3,6 39:25
43:9,10,14,15 46:9
53:22 66:15,18
72:13 73:15 74:17
74:23 76:17,18 82:4
107:1 113:16 115:8
115:23 147:8,9
148:17 150:14
177:14 181:7,7
182:7 183:13 188:5
188:8,10,17,18,20
189:1 201:3 218:11
222:25 223:23
225:6 226:7 240:3
243:5 247:3,25
253:24 259:6
267:21 271:8,12
275:3 278:4,12,15
289:10,11 290:11
290:19 295:24,24
296:2 298:9 300:10
300:11,12 301:21
304:1 306:24
308:16 309:13,14
311:3
**wanted** 6:12 61:13
70:6 90:11 143:23
197:25 232:17,17
259:23
**wants** 129:5,7 181:5
201:9 220:22 222:9
**ward** 57:5,6 72:15
**washington** 1:20 2:12
2:16
**wasnt** 40:22 153:2
160:12,13 245:2
262:21 271:3
**waste** 290:22
**wasting** 239:16,17
**watched** 42:22
**way** 6:21 37:18 52:15
62:23 66:15,17 74:1
80:16 82:5 88:11
91:13 94:21,22,25
95:1 106:1 108:17
114:15 116:6,7,7
131:14 142:19
145:14 161:1
171:20 177:11

187:24 188:25
194:10 205:14
209:4 245:12,13
246:11 280:7
283:18 290:13
297:15 299:14
**ways** 94:21 119:22
133:21 138:22
153:12
**website** 66:8
**wed** 247:7 257:2
262:18 263:9
**week** 250:6
**weeks** 149:15 155:20
225:12 250:16
**weighting** 254:3
**weird** 154:9
**welfare** 4:11
**went** 11:10 38:8
40:17 91:19 116:4
117:9,23 119:21
134:18 151:6
152:24 186:11,22
191:16 192:21
247:23 258:15
262:12 266:8
**west** 1:20 2:3
**weve** 20:19,19 37:8
40:13 42:2 52:18
56:4,5 88:6,15 92:8
96:18 104:24 115:3
122:13,13,15 135:9
155:1,24 179:25
180:5 199:20
215:18 244:10,23
245:16,21,21,22,22
249:18 253:19
273:18,19,22 276:7
279:16 284:11
285:1 298:14 301:1
305:24,24,25
308:18
**whathappenedthat...**
158:10
**whats** 8:6 23:4 28:9
42:6 63:21 85:10
198:18 206:13
237:24 242:24
245:11,20 278:17

280:12 281:22
300:16
**wheels** 27:25
**whetriallaw** 2:5
**whoevers** 70:23
215:15,20
**whos** 24:3,8 32:5
51:11 64:21 88:15
88:16 129:1 146:19
169:20 300:17
**wilbank** 5:23 275:25
**wilbanks** 2:6,7 5:23
**wilbanksbridges** 2:9
**william** 206:19,23
207:20,21
**willing** 134:25 290:7
**win** 257:21
**wind** 91:12 159:18
186:22 219:14
**withdraw** 225:22
227:7 236:11 278:3
297:14
**witness** 3:2 5:9,17 6:5
8:5 9:10,15 10:3,5
11:24 18:16,19,25
19:2,17,21,24 20:4
20:14,25 21:4,8,11
21:13 22:23,25
26:18 27:3 28:22
29:15 31:18 32:10
36:15 37:8 46:5
48:22 49:16 50:7,14
53:25 56:22 58:21
61:22 62:9 65:13
67:19 68:12,24
70:17 71:14 76:3
80:8 82:7,24 90:1
100:7 101:9,15,17
102:8 103:10,22
105:11 106:1 107:6
110:10 126:21
129:3 131:12
136:13,22 149:10
155:7 156:5 157:7
161:14 162:6
168:17 169:17
171:5 172:15
175:20 178:14
180:14 181:19

182:7 189:2,5,15,17
189:18 190:3,13
191:2 192:8 193:12
194:25 195:3,21
196:9 200:11,15,18
200:24 201:4,24
203:11,15 206:12
207:2,10,17 208:1
208:11 209:2,13
210:8,16 212:21
213:20 214:6,15
215:6 216:10
218:19 219:22
220:16 221:7,18
222:19 223:8,16
224:4,19 225:4
227:14 228:15
229:17 230:8 231:2
231:21 233:3,15
234:2,13,21 235:4
236:3 237:3,7,11,21
238:12 239:9,21
240:3,24 241:6,18
242:9,15 243:13
244:13 245:8 246:5
246:7,17 247:7
250:21 251:5
252:13 254:23
255:1,9,22 256:3,16
256:23 260:14
261:15 262:12
263:21 265:18
267:14 268:4 270:5
270:24 271:4
272:22 273:16
274:8 275:3,9
276:16,24 277:24
278:12,19 279:5,23
282:10 286:13,25
287:16 288:11
289:16 290:7 292:2
292:11,18 293:18
294:21 295:8,14
296:16,22 297:11
300:19 302:23
304:4 305:13
307:11,25 308:18
309:6,11 311:11,13
312:10 314:5

**witnesses** 196:14
310:12
**won** 257:25 259:17
259:22 266:20
**wont** 19:19 219:11
220:3
**wood** 2:2,3 3:5 5:21
5:21 19:11,16,18,24
20:2,3 217:7 218:10
219:2,7,18,24 220:9
220:10,19 221:2,4
221:11,16,20 222:6
222:15,23 223:10
223:18 224:6,16,20
224:21 225:6,10,14
226:7,12,18 227:7,9
227:18,25 228:7,13
228:21,23 229:1,3,7
229:10,21,24
230:11,16,23 231:7
231:23 233:6,11,21
234:8,17,24 235:11
235:17,23 236:8,23
237:1,6,14,23
238:14,18,24
239:12,23 240:2,10
241:2,13,19 242:11
242:17 243:21
244:2,14,18,24
245:10 246:21
247:9 253:3,7,9,15
253:17,20,23
254:16,20 255:6,24
256:9,18 258:3,5,22
259:5 260:16,24
261:16 263:17
264:9 265:19
267:16 268:8
270:12 271:1,6
273:2,25 274:10
275:5,17,24 276:1,9
276:18 277:1,7,21
278:1,14,23 279:7
280:3,8,11 281:15
281:18 282:13,15
283:13 284:15,17
285:5 286:19
287:12,17 288:5,17
289:18,20 290:8

291:8 292:6,12,20
294:16,22 295:2,12
295:16,21,23 296:8
296:18 297:1,13,20
298:11 301:9,11
302:5,19 303:2,4,15
303:17,23,25 304:7
304:17 306:3,5,21
306:23 307:8,17
308:5,13,23 310:14
310:22
**word** 84:13 234:18
247:11 265:9,11
**wording** 83:6 154:9
**words** 227:19,20
**work** 20:1 29:1 33:6
34:21 35:1 39:5
44:9 52:10 53:25
54:2,5,6 58:14
60:22 61:11 80:15
105:4 118:12
125:15 129:15
133:9 145:14,14
150:4 152:1,2,2
163:5 167:18
168:19 183:6
187:20,25 208:6
248:10 249:6,6
252:4,22 263:21
264:25 266:10
267:4,7 284:12
299:17 301:24
305:3,14 306:10
308:11
**worked** 116:19
153:17
**working** 25:15 53:16
69:12 177:7 210:20
246:24 247:4
**works** 14:8 52:25
61:20 66:20 76:25
115:1 116:12
136:15 237:2 273:6
289:13
**worksheet** 9:11,16,19
10:8,11,12 11:3,18
11:19 12:3,7,9,10
12:21 137:24
**world** 31:18 143:4

223:1,21 224:9
**worry** 20:4
**wouldnt** 38:1 72:19
73:10 91:9 96:15
147:3 157:19 171:6
210:25 211:3,4,8
223:17 233:15
277:14
**wristband** 55:19
**write** 57:4 58:5 70:23
71:21 72:15 132:2,3
177:16 220:17
252:8
**writeoffs** 175:1
**writes** 70:21
**writing** 104:23
110:15 114:2
300:16 301:14
302:2
**written** 44:21 46:8
57:7 72:10 163:21
305:11 306:8 307:5
**wrong** 257:8,14,15
266:24 302:19
**wrote** 49:24 76:4
109:4 205:11

**X**

**x** 16:20 70:20 174:25
174:25 175:1,1
263:3
**xray** 26:8,13 28:14
28:25 76:17,18 77:6
192:21
**xrays** 26:1,15 28:18

**Y**

**y** 263:4
**yall** 236:9 253:18
273:6
**yeah** 9:12,12 10:3
21:8 27:15 32:14
38:1 43:19 85:5
112:23 154:4 171:5
183:24 206:12
208:1,19 214:21
225:8 254:9 265:20
267:17 277:12
284:22 308:15
310:14

**year** 4:10 90:24,24
91:1,10 96:25 97:13
97:16 98:6 137:9
142:9 153:14,16
158:1,7 163:23,24
164:10,12,20 165:7
256:20 258:8,24
259:9 260:9 267:2
280:20 285:16,25
**years** 37:22 49:2
96:25 97:2,2,11,23
98:10 118:9 133:10
163:22 173:10,17
188:8 258:16,16
259:9,10,11 260:3,5
260:7,8,9,19 261:3
265:24 272:9 281:8
284:14 285:1
309:15
**youd** 8:16 41:17
48:24 109:14 189:4
214:21 239:23
258:18,18 275:9
**youll** 102:24 103:22
198:24 244:25
280:13 287:18
289:14 295:4 297:7
297:12
**youre** 8:2,10 9:8 10:8
11:18 12:7 18:13
27:23,24 38:10
50:20 61:23,23 69:7
69:8 78:15 80:11
83:5,5,7 86:3 92:7
96:11 106:23
108:18 130:12
132:22 133:2 135:1
137:17 141:11
142:17 147:13
148:17 150:21
164:6,16 166:3
167:7 169:13 172:2
180:6 184:13,19
190:14 192:2
202:16,25 203:23
204:18 212:10
221:3 226:19
227:15,15,16
234:10,18 235:10

238:1,12 239:14,15
240:17 244:17
245:12 246:5,5,11
246:18 250:16
273:19,21 277:17
282:7 296:25
301:21 306:25
**youve** 6:11 38:8
40:10 52:23,24,24
83:14 93:9 127:3
144:11 178:3
225:11 237:1 247:1
269:18 270:14
291:10 296:9
300:11 307:21
309:15

**Z**

**zero** 156:25

**0**

**000** 77:13 138:1,1
140:2
**03** 67:5,8
**04** 218:4,6
**0559** 2:9
**06** 100:10,13
**09** 102:13,16
**09cv1002orl31dab**
1:3

**1**

**1** 102:16,18 194:14
200:6 201:11,14
202:15 203:4,23
204:12 209:11
212:9 253:15
**10** 130:9 136:2
**100** 100:20 130:16,17
130:17 134:14
**1075** 2:7,8
**11** 67:5,8,8,10
**1180** 2:3
**12** 100:10,13 102:13
102:16
**13** 21:1,6,8,8 254:2,6
254:7
**1395** 237:13,25
**1395l** 4:12 194:14
200:6 201:14

209:11 212:9
**1395nn** 199:10 237:5
**13th** 2:16
**1402** 2:4
**145** 4:7
**1450** 36:7 48:11
109:17 115:4
214:25 310:19
**14th** 312:10 313:18
**15** 15:13 230:19,20
**150** 135:12,14,21,22
**1500** 14:8 16:10 17:2
31:5,5 32:1,4 34:4
36:7 84:6 107:12
109:10,12 115:1
123:16 124:13
125:20 131:15
132:16,17 170:3
178:16 197:15,20
197:21 198:1,4,6,7
199:14 200:7 202:6
211:6,7 213:2,14
217:15,16 240:12
240:14,25 241:6,11
241:16,21,25 242:7
242:13,23 243:13
243:17,18,22 246:1
246:24 247:5,13,15
247:19,19
**1500s** 35:15 115:2
197:18 213:4
245:21
**16** 4:15 67:8,10
230:20,22
**163** 4:9
**18** 264:4
**180** 174:20
**198** 4:10
**19th** 239:20
**1st** 37:19 38:9

**2**

**2** 2:20 4:5 158:20,23
158:23,25 259:18
**20** 73:5 130:9 168:18
187:25 314:18,22
**200** 91:24 134:11,14
135:11 140:2
**2000** 4:15 22:17
37:19,24,25 38:6,9

38:12,15,20,23
90:15 91:6,8,24
92:19 93:18 94:25
97:23 98:10 115:12
118:20 119:17
173:6 248:7 251:15
251:20 255:17
267:2 280:21 281:8
**20004** 2:12
**20005** 2:16
**2001** 91:25 97:11
275:22
**2002** 37:9,20 38:10
94:25 251:22
252:19 270:25
271:11,25 272:4
302:13,25 303:1,10
303:21 304:6,9,10
304:20 305:5,13
306:9,20 307:22
308:4
**2003** 95:1 308:4
**2004** 4:15 163:22,23
165:10 264:16,19
281:1,8
**2005** 96:4 264:16,19
280:25 302:17,21
**2006** 96:4 266:12
**2007** 4:16 147:6
266:13 282:21,22
283:14,15 284:19
284:24,25
**2008** 4:15 266:13
280:21
**2009** 140:19,20
166:21 264:12
266:13 284:11
**2010** 163:23,24,24
165:10 166:21
**2011** 92:20 97:11,23
98:10 285:8,16,25
289:24
**2012** 4:14
**2013** 1:15 5:3 256:20
258:8 312:8,11
313:18 314:5
**2014** 312:17
**202** 2:13,17,17
**218** 3:5

**21st** 2:20
**24** 264:4
**2400** 2:3
**2471** 4:11
**2483** 198:22,22
    209:16 236:16
**250** 134:20 138:1
**2527** 4:11
**253** 4:12
**26** 21:19 248:4,8,9
    249:24 250:21
**27** 21:22 312:17
**28** 102:16,18 177:22
    177:23
**280** 4:14
**281** 4:15
**282** 4:16
**285** 4:18
**29** 21:25 149:25
    155:25 255:15
    290:25 291:3

**3**
**3** 4:4 177:22,23,23,25
    259:18 266:9
**30** 1:14 4:3,14 5:2 6:4
    8:7,8,17,22 9:9
    137:18 146:4
    147:15 149:7 155:6
    208:21 209:1
    220:15 224:15
    225:9 239:19 246:5
    246:7 248:20
    250:21 251:5
    254:16,22 255:9
    258:21 301:25
    310:4 312:7 313:6
    314:5
**300** 1:20 91:24 93:13
    134:12
**30309** 2:4
**30326** 2:8
**305** 2:21,21
**32801** 1:21
**33131** 2:20
**3414** 2:7
**35** 219:15 220:2
    291:3,5
**36** 22:3 309:15
**37** 22:6,8 256:11

**373** 2:21
**3rd** 289:24

**4**
**4** 218:1,4
**400** 1:20 134:23
    135:1,2
**404** 2:4,5,8,9
**41** 5:6
**42** 4:10 22:10 178:3,7
    180:17 194:13,14
    200:6 201:14
    206:19,20,21
    209:10 211:14,24
    212:3,6,9 213:16
**42c** 209:6
**43** 22:11,12 213:3
    214:10,20,22,24
    216:7
**44** 22:12
**46** 1:16
**48** 4:4,5

**5**
**5** 1:15 4:16 5:3 130:9
    218:4,6 230:19,20
    230:20,22 259:17
    266:9 312:8 314:5
**50** 40:16,16
**500** 135:1 138:1
**506** 2:5
**514** 2:13
**53** 140:1
**55** 4:3,21 8:14 9:6
    10:16,24 12:23
    13:17 18:11 20:6,17
    90:12 158:20,23
    178:3 206:20,21
    209:6 214:24 216:8
    216:22 281:16
**56** 48:3,6,7,9 49:2,8
    50:11,22 65:3 68:1
    72:6 73:18 74:5
    76:1 82:2 83:24
    105:13,15,15
    106:19 107:16
    112:10 124:14,23
    126:4 160:6,16
    161:11 162:4
    171:14 172:17

178:22 179:4
    180:11 192:9
    193:17 207:11,17
    213:25 218:1,4
    311:8,14
**57** 4:4,5 48:3,13,15
    49:1 65:9,11 76:1
    82:2 84:10,16,22,25
    103:1,2,7,18 105:12
    106:10,18 107:18
    112:8 172:10,16
    178:22
**58** 4:6 85:6,7,10,21
    86:21 88:8,13
    158:23,25 177:23
    177:25
**59** 4:7 99:4,8,12,15
    100:15,18 102:6,23
    103:4,20 110:1
    112:13 170:10
    205:17,19

**6**
**6** 1:3,14 3:4 4:3 5:2
    6:4 8:7,8,17,22 9:9
    137:18 146:4
    147:15 149:7 155:6
    185:10 208:21
    209:1 220:15
    224:15 225:9
    239:19 246:5,7
    248:20 250:21
    251:5 254:16,22
    255:9 258:21
    259:17 290:25
    291:3,3,5 301:25
    310:4 311:8,14
    312:7 313:6 314:5
**60** 4:7 145:18,19,22
    145:23,25 146:2,9
    147:11 149:4,25
    150:1 155:25
**600** 2:16 134:19
**601** 2:12
**61** 4:9 163:8,11,14,15
    165:6 168:15,24
    290:3
**62** 4:10 198:15,18
    201:11 202:16
    203:4,23 204:12

209:14,16 236:14
    244:11,23 245:17
    246:8
**63** 4:12 253:21,22,24
**6348** 314:2
**6386** 2:21
**64** 4:14 280:8,10,13
**65** 4:15 218:21
    219:22 281:14,17
    281:19
**66** 4:16 282:13,14,17
    284:20
**67** 4:18,21 285:4
    286:7 289:21
    290:10 291:10
    293:14,15
**6831** 2:13

**7**
**7** 77:13 150:8
**700** 77:13
**75** 196:17,18
**756** 2:17,17
**76** 49:14,20 65:2
    72:20 105:15
    106:19 107:16
    112:15,17,22 125:1
    126:8 160:19,21
    161:3,16 162:10,10
    166:12 171:14,23
    179:10 196:18
    198:2,4 207:11
    213:25
**77** 50:22 65:7 72:24
    73:23 112:11,15,23
    112:23 113:5
    125:14 126:9
    160:20 161:1,18
    162:10 166:16
    179:17 196:18
    198:2 207:18
**78** 74:5,17 113:6
    126:9 162:16
**79** 74:5,17 113:6
    126:9 162:16

**8**
**8** 4:3 77:12,12
**80** 100:19
**8087** 2:17

**82** 103:6,13,17
104:17 105:15
106:10,18 107:4,18
172:12 251:18
290:3 291:14,19
**83** 103:13 105:3,5
111:20,20 112:3,3,8
251:18
**8380** 2:17
**84** 166:23
**842** 2:8,9
**85** 4:6 258:1 266:20
266:24
**85yearold** 187:2
**87yearold** 187:2
**891** 2:4

### 9

**9** 1:16 4:14 5:6 93:4
95:20 167:6
**90** 28:23 174:20
**91** 150:8
**9111** 2:5
**92** 92:25
**94** 165:7,10
**9424** 2:21
**95** 28:23
**9537** 2:12
**99** 4:7 93:4 95:20
166:23 167:6 168:8
**992** 263:13
**99202** 145:9
**99210** 145:8
**99214** 295:11
**99215** 295:11
**99216** 295:11
**994** 263:13
**995** 2:21