# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**USA and ELIN BAKLID-KUNZ,**

    **Plaintiffs,**

**v.**                                                         **Case No:  6:09-cv-1002-Orl-31TBS**

**HALIFAX HOSPITAL MEDICAL CENTER,**
**HALIFAX STAFFING, INC.,**

    **Defendants.**

## ORDER

This case is before the Court on the Motions for Partial Summary Judgment filed by Plaintiffs (Doc. Nos. 272 and 274) and the Motions for Summary Judgment filed by Defendants (Doc. Nos. 277 and 279).  The parties will be allowed until **July 3, 2013**, to file responsive memoranda and any materials in opposition to the motions, including affidavits or other documents within the purview of Rule 56, showing that there are genuine issues of material fact in dispute; otherwise the Court may enter Summary Judgment, if appropriate, against the adverse party.  *Milburn v. United States*, 734 F.2d 762, 765 (11th Cir. 1984); *see Griffith v. Wainwright*, 772 F.2d 822, 825 (11th Cir. 1985)(per curiam); Fed. R. Civ. P. 56(e).  Reply briefs may be filed, not exceeding ten (10) pages, within 14 days after the response is served.  ***In addition to electronically filing exhibits in support of their papers, the parties are directed to provide chambers with a courtesy paper copy of any such exhibits.***

**DONE** and **ORDERED** in Chambers, Orlando, Florida on May 29, 2013.

                                                            GREGORY A. PRESNELL
                                                      UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party