# Exhibit

# 5



Myers and Stauffer LC
Certified Public Accountants

# UNITED STATES OF AMERICA ex rel.

# BAKLID-KUNZ v. HALIFAX HOSPITAL

# MEDICAL CENTER, et al.

## Expert Report

*Prepared by: Kathy McNamara*

12/21/2012



Myers and Stauffer LC

Certified Public Accountants

## Statement of Work

I was asked by the United States Department of Justice to evaluate whether the financial arrangements in place from 2000 to 2011 between neurosurgeons, Dr. Rohit Khanna, Dr. William Kuhn and Dr. Federico Vinas and Halifax Staffing, Inc. ("HSI"), a subsidiary of Halifax Hospital Medical Center ("HHMC"), were commercially reasonable and whether the remuneration paid under these agreements was consistent with the fair market value of the services provided by the physicians.

## Qualifications

I have over 25 years experience in healthcare and business consulting. I worked for five years as the treasurer of a national health care company specializing in home health care, private duty nursing and supplemental staffing. For the past 20 years, I have worked exclusively as a healthcare consultant specializing in Medicare and Medicaid compliance issues, fair market value determinations, and healthcare reimbursement. In 2010, I was qualified as a physician compensation valuation expert in Federal court. My other professional qualifications and experience are summarized in Appendix A of this report.

My opinions in this report are based upon my skills, knowledge, training, education, and experience, and by my examination of the materials utilized in preparing this report.

## Data and Other Information Relied on in this Report

I have reviewed and analyzed documents produced thus far by the parties in this matter. I have also reviewed comparative market data and publically available information. I have relied on the information referenced within the body of this report. Other information I considered is listed on Appendix B.

## Background

HHMC is a 944-bed hospital located in Daytona Beach Florida. It is a Level II trauma center, primarily dependent on the Daytona Beach and Port Orange area for its patient volume. In areas where HHMC's physician presence is strong, its market share is above 60%.[1]

According to HHMC, in 1994 it entered into an agreement with HSi whereby HSi assumed the employment of individuals previously employed by HHMC. HSi pays its employees directly and is reimbursed in full by HHMC through a separate agreement.

In 2000, HSi entered into an employment agreement with neurosurgeon Dr. Vinas, followed by Dr. Khanna in 2001 and Dr. Kuhn in 2003. Table 1 below shows the date each physician became an employee of HSi and the yearly compensation they each received from HSi. Based on the documents I reviewed, it does not appear that the compensation information provided for Dr. Vinas for 2000 and 2001, and Dr. Khannna for 2001 is complete.

---

[1] HLFX-PST-0126962

Table 1-Total Compensation Per Year, Per Doctor[2]

| Year | Kuhn Compensation | Khanna Compensation | Vinas Compensation |
|---|---|---|---|
| Start Date | 2/14/2003 | 7/7/2001 | 7/10/2000 |
| 2011 | $ 1,086,541 | $ 1,134,951 | $ 1,430,798 |
| 2010 | $ 1,186,346 | $ 1,107,519 | $ 1,617,383 |
| 2009 | $ 1,154,921 | $ 1,506,217 | $ 1,933,717 |
| 2008 | $ 1,154,989 | $ 1,724,600 | $ 1,896,437 |
| 2007 | $ 1,217,137 | $ 1,714,064 | $ 1,443,407 |
| 2006 | $ 1,253,335 | $ 1,910,913 | $ 1,984,833 |
| 2005 | $ 1,032,523 | $ 1,709,902 | $ 1,440,589 |
| 2004 | $ 1,078,793 | $ 1,351,879 | $ 1,179,903 |
| 2003 | $ 587,173 | $ 1,488,661 | $ 1,009,685 |
| 2002 | $ 158,363 | $ 823,686 | $ 1,003,226 |
| 2001 | $ - | $ - | $ 46,500 |
| 2000 | $ - | $ 58,500 | $ 32,000 |

Dr. Vinas became an HSI employee immediately upon completing his neurosurgery fellowship.[3] Both

Drs. Khanna and Kuhn were independent physicians with medical staff privileges at HHMC prior to

entering into their employment contracts.[4]

The terms of the employment agreements were mostly the same but are detailed below for each

physician.

### Dr. Vinas

The initial agreement between Dr. Vinas and HSI was signed on February 2, 2000 and was effective for

two years starting on July 10, 2000. His compensation arrangement included:

- Annual base pay of $250,000.
- An incentive bonus totaling 100% of collections for physician services above $250,000.
- A signing bonus of $20,000 which was paid upon executing the agreement.

---

[2] See Exhibits A through C for source information.
[3] Vinas 000025
[4] Kuhn 10002, Khanna 000007

4

- "Other reasonable compensation" as determined by HSI from time to time.

The agreement also detailed overhead expenses that HSI agreed to pay relating to Dr. Vinas'
professional services including: office space, supplies, cell phone, one non- physician employee, license
and dues, travel and meeting expenses, software and computer hardware, and a $900 per month car
allowance.  He was also reimbursed for his travel and moving expenses to Daytona.[5] An addendum, also
signed on February 2, 2000 outlined terms related to Dr. Vinas' call schedule and provided for the
following:

- Dr. Vinas' call schedule was for a minimum of 12 days per month which included 2 weekends a
  month.
- Dr. Vinas was eligible to participate in HSI's reimbursement program for neurosurgery call.
- Call days could be reduced in the first year if circumstances allowed the days to be reduced.
- Call days were to be reviewed in year 2 of Dr. Vinas' employment.[6]

An amendment to the agreement, dated July 10, 2000, provided that in addition to the compensation
outlined above, Dr. Vinas was to receive an amount equal to 200% of the Medicare fee schedule for all
Trauma call services provided at HHMC.[7]

Second and third amendments were signed that extended the initial term to July 9, 2004 with automatic
annual renewals.[8]

A fourth amendment, effective date of March 1, 2007, provided that HSI cover the cost of certain shared
employees including 1 office manager, 2 physician assistants, 2 medical assistants, 1 receptionist and 1
transcriptionist.[9]

Finally, a fifth amendment effective April 1, 2009, provided that Dr. Vinas' incentive compensation
bonus would  be increased for services he provided to HSI employees, charity patients, non-insured and

---

[5] HAL-1 0142239-245
[6] HAL-1 00142246
[7] HAL-1 0142247
[8] HAL-1 0142248-49
[9] HAL-1 0142251. The employees worked for both Dr. Vinas and Dr. Kuhn.

self pay on call patients (aka "District Patients") at a reimbursement rate of 110% of a Medicare
contracted HMO rate. Also, the amendment made adjustments to the practice expenses HSI agreed to
cover in the fourth amendment.[10]

## Dr. Khanna

Dr. Khanna's initial employment agreement with HSI was signed on February 2, 2002 and was effective
for three years starting on July 7, 2001. His compensation arrangement was identical to Dr. Vinas' with
the exception that his base pay was $325,000 per year. There was no amendment that outlined Dr.
Khanna's call responsibilities.[11]

HSI agreed to cover the same office overhead expenses as detailed above for Vinas, with the exception
that in addition to one non-physician employee, HSI agreed to cover the cost of Dr. Khanna's physician
assistant.[12]

A second employment agreement was signed on November 9, 2005. The effective date of the
agreement was July 7, 2004 and included the same terms and provisions as the 2001 agreement.[13]

The first amendment to the 2004 agreement extended the contract term to September 30, 2010.

A second amendment, dated April 2009, added to Dr. Khanna's incentive bonuses when he provided
services to district patients at a rate equal to 110% of a Medicare contracted HMO rate. The amendment
also provided that Dr. Khanna receive reimbursement at 200% of the Medicare fee schedule for Trauma
patients and added to the practice expenses HSI covered.[14]

---

[10] HAL-1 0045270-71
[11] HAL-1 014637-0140642
[12] Ibid
[13] HAL-1 0044405-411
[14] HAL-1 0044402-404. Expenses covered include the cost of 2 non clinical full time employees, a physician
assistant or 1.5 nursing full time equivalents.

## Dr. Kuhn

Dr. Kuhn's employment agreement with HSI was signed on February 14, 2003 and was effective for one year, with automatic annual renewals. His compensation arrangement was identical to Dr. Khanna's. There was no amendment that outlined Dr. Kuhn's call responsibilities.[15]

HSI agreed to cover the same office overhead expenses as detailed above for Dr. Vinas, with the exception that in addition to one non-physician employee, HSI agreed to cover the salary and benefits of Dr. Kuhn's physician assistant.[16]

An amendment, effective February 14, 2003, adjusted Dr. Kuhn's incentive bonus compensation to include all receipts over his base pay of $325,000 and over the cost of 125% of wages HSI paid for four of Dr. Kuhn's office staff.[17]

A second amendment, effective February 21, 2007 removed the 125% wage provisions noted above, and restored Dr. Kuhn's incentive bonus to all collections greater than his base pay of $325,000. The amendment also provided that HSI cover the cost of certain shared employees including 1 office manager, 2 physician assistants, 2 medical assistants, 1 receptionist and 1 transcriptionist.[18]

A third amendment , effective December 1, 2007, added to Dr. Kuhn's incentive bonus when he provided services to district patients at a rate equal to 110% of a Medicare contracted HMO rate. The amendment also provided that Dr. Kuhn receive reimbursement at 200% of the Medicare fee schedule for Trauma patients and adjusted the practice personnel expenses HSI was willing to cover.[19]

## Summary Opinion

Based upon the findings detailed below, I believe that HSI paid Drs. Vinas and Khanna in excess of fair market value for their services for each year examined. Except for the years 2003 and 2008, Dr. Kuhn's compensation also falls outside the fair market value range.

---

[15] KUHN 10161-10159
[16] Ibid
[17] KUHN 10162
[19] KUHN 10170, the employees were shared with Dr. Vinas.
[18] KUHN 10173-10174

Additionally, I believe that the compensation terms of the employment agreements and HSI's business arrangements with all the neurosurgeons were not commercially reasonable for each year examined.

## Guidelines, Regulations and Statutes Reviewed

Recognizing the conflict of interest present when a physician refers a patient to a medical facility in which he or she has a financial interest, federal and state governments have enacted regulations designed to prevent the overutilization of health care services.  Most pertinent to this case is the federal Stark Law.

### The Stark Law

The Stark Law prohibits the United States from paying for Designated Health Services ("DHS") prescribed by physicians who have improper financial relationships with the DHS provider.  The Stark Law and implementing regulations include exceptions for a number of compensation arrangements between a referring physician and DHS providers.  For DHS providers to meet these Stark Law exceptions, compensation arrangements are required to be, among other things, at fair market value and not based on the volume or value of referrals or other business generated, *and* be commercially reasonable even in the absence of referrals from the physician to the DHS provider.  The test for commercial reasonableness is a threshold, which is distinct and separate from that of the standard of fair market value.  Therefore, even if the amount paid under a compensation arrangement is within a fair market value range, the arrangement may not meet a Stark exception if the arrangement is found to be not commercially reasonable.

For the purposes of our evaluation, the terms "commercial reasonableness," and "fair market value" are defined as follows:

> *The term **"commercial reasonableness"** is defined as an arrangement that would make commercial sense if entered into by a reasonable entity of similar type and size and a reasonable physician of similar scope and specialty, even if there were no potential designated health service referrals.*[20]

---

[20] 69 Fed. Reg 16,093- March 26, 2004.

*The term **"fair market value"** means the value in arms length transactions, consistent with the
general market value. "General market value" means the price that an asset would bring as the
result of bona fide bargaining between well-informed buyers and sellers who are not otherwise
in a position to generate business for the other party, or the compensation that would be
included in a service agreement as the result of bona fide bargaining between well-informed
parties to the agreement who are not otherwise in a position to generate business for the other
party on the date of acquisition of the asset or at the time of the service agreement. Usually the
fair market value is…the compensation that has been included in bona fide service agreements
with comparable terms at the time of the agreement, where the price of compensation has not
been determined in any manner that takes into account the volume or value of anticipated or
actual referrals.*[21]

## Fair Market Valuation Approach

### Use of Published Survey Data

A common method to ascertain fair market value of physician services is to compare the amounts paid
to readily available market data.  This published data approach relies upon data gathered from
recognized physician compensation data sources and formulaic analysis of survey data.   The surveys
report total cash compensation at the 25th, median, 75th and 90th percentiles along with key physician
productivity ratios including the compensation to collections percentage and the compensation per
work relative value unit ("WRVU").

There are several industry resources or market surveys available that are commonly used to evaluate
physician pay.  The surveys report physician compensation[22] by specialty.  In this instance, I used
Medical Group Management Association's ("MGMA") Physician Compensation and Production Surveys
for each year assessed.

---

[21] 42 CFR § 411.351 (2006).

[22] As stated in the MGMA surveys –"Compensation excludes the dollar value of expense reimbursements, fringe
benefits paid by the medical practice such as retirement plan contributions, life and health insurance, or automobile
allowances, or any employer contributions to 401(k), 403(b) or Keogh plan."  Similar compensation definitions are
used in the Sullivan Cotter and AMGA surveys.

In addition to the MGMA published industry data, I also analyzed and reviewed physician survey data
from:

- Sullivan, Cotter and Associates, Inc. ("SCA"), Physician Compensation and Productivity Report for
  the years 2008 through 2011
- AMGA Medical Group Compensation and Productivity Survey for the years 2009 through 2011

The market data I compiled is detailed in Exhibits A through C.  I used national market comparisons,
rather than regional data that are included in the surveys, because the national data provides a larger
sample size and is often used in hospital physician recruiting efforts.[23] The survey data is published each
year and includes compensation data from the previous year.  For example the 2006 surveys includes
physician pay from 2005. For my analysis, I matched the physician pay to the same year of survey data.
(e.g. Dr. Kuhn's 2005 compensation was compared to 2006 survey data.)

### *Productivity Measures & Supportable Ratios*

The most widely used and most widely published production-based ratios are "Compensation as a
Percentage of Collections" and "Compensation per WRVU."  Compensation as a percentage of
collections assumes maximum collections for the work performed, or productivity.  Compensation per
WRVU puts compensation in a direct relationship to productivity. Both measurements are commonly
used when determining the fair market value of physician pay. The benefit to  using WRVUs in
comparison to collections is that this measure eliminates the penalty associated with a disadvantageous
payor mix or poor collection efforts.

A physician's collections are accounted for through simply entering cash receipts collected throughout
the period into the billing system.  Conversely, a physician's total WRVUs is a calculated amount and
could be prone to error if not calculated correctly. For instance, hospitals with limited Part B billing
expertise need to be careful about how they tabulate physician WRVUs. A simple mistake of confusing
WRVUs with Total RVUs can have material consequences. CMS also occasionally changes the RVU

---

[23] For information purposes only, I also compared MGMA's 2008 through 2012  market data reported for the
southern region to each of the physician's key data points including: total compensation, collections, WRVUs,
compensation as a percentage of collections and compensation per WRVU. See Exhibit L.

In comparison to reported national market data for neurosurgeons, the southern regional data  reported  total
compensation amounts at the 90th percentile that were slightly lower than national amounts in all years except in
2008.

amounts assigned to common procedures which would need to be taken into account to avoid
overstating physician WRVUs. Finally, it is important for hospitals to consider a physician's use of CPT
modifiers in order to properly compute a physician's WRVUs. As stated in MGMA's surveys, the
definition of WRVUs include "any adjustments made as a result of modifier usage." If a hospital fails to
appropriately account for modifiers, they could run the risk of overpaying physicians and facing the
consequences of the possible compliance risks associated with physician overpayments. Lastly, WRVUs
can also be overstated if a hospital fails to adjust WRVUs due to compliance related issues attributed to
over-coding and inappropriate utilization.

Industry surveys, specifically MGMA surveys, report ranges for both Compensation as a Percentage of
Collections and Compensation per WRVU. The supportable ratios are typically at the median and can in
certain circumstances move up to the 75th percentile. Reasons a valuator may support moving from the
median to the 75th percentile might be a significant need in the community for a particular specialty or
for a physician with a very unique set of skills. If a physician cannot earn at the median level, he or she
can likely move to a community or another environment where median or even above median levels can
be earned if warranted by the particular facts and circumstances.

The surveys I used in this analysis collect "Cash Compensation from all sources," "Collections for
professional services," and "WRVUs." The surveyors then calculate the "Compensation as a Percentage
of Collections" and "Compensation per WRVU." The resulting ratios are then independently stratified to
identify the quartiles and/or deciles. It then falls to the valuator to determine what "supportable ratio"
to use in the fair market valuation process. In most circumstances the supportable ratio is the median
rate.

Based on my experience, the calculated ratios that are reported in the top quartile of the survey data
often include physicians on guarantees, outliers, or physicians whose compensation is derived by means
other than production. It is for that reason that I do not recommend an application of either ratio above
the 75th percentile. Again, movement from the median ratio to the 75th percentile should be supported
by the specific facts and circumstances of the case such as the hospital's difficulty in recruiting a
particular specialty and/or the physician's experience and qualifications.

Because this case is in litigation, there are inherent constraints in the information gathering process that make it difficult to determine if it is appropriate for HSI to pay the neurosurgeons at issue in this case at rates above the median ratios. Therefore, for this analysis, I was conservative, gave HSI the benefit of the doubt, and defaulted to a fair market value range between the median and 75th percentile range.

## *Correlation between Physician Pay and Physician Production-Essential in Determining Fair Market Value*

There should be a direct correlation between a physician's work effort and earned cash compensation. For instance, if a physician's production falls into the 75th percentile but total cash compensation is at the median level, there may be an argument that the physician is underpaid. Therefore, in order to determine the fair market value of a physician's compensation, a valuator must analyze the physician's production information, specifically net collections and total WRVUs and compare the physician's production to the physician's total cash compensation earned.

### *Support for Compensation in Excess of the Median*

Earning cash compensation at higher than median levels is typically supported by a physician's:

1. Role outside of direct patient care.
2. Ability to use mid-level providers such as nurse practitioners or physician assistants.
3. Ownership and use of ancillary services (e.g., x-ray machines, CT scans etc.).
4. Higher than median production.

1. Roles outside direct patient care may include medical directorships, other supervisory roles, or on-call pay. The fair market value of these types of physician services is commonly valued on the basis of a physician's time spent performing duties under these arrangements multiplied by a fair market value hourly rate of pay. Other than receiving payment for on-call services, it is my understanding that the physicians relevant to this case did not receive any payment from HSI outside of direct patient care services. In my experience, compensation for physicians' roles outside direct patient care alone does not sufficiently support higher levels of cash compensation.

2.  In this instance, the physicians do not have ownership of ancillary services and ancillary services
    ordered by the physicians are all hospital based and billed for by the hospital. Therefore, revenues
    derived from ancillary services should not favorably effect the remuneration paid to the physicians.

3.  During most of the time under review in this case, HSI employed two physician assistants in the
    neurosurgery department. Matt Hoffman worked directly for Dr. Kuhn and Eric Piazza worked for
    Dr. Khanna. Both physician assistants, if used effectively and appropriately, would enable the
    physicians to be more productive, hence higher pay may result. Dr. Vinas did not use a physician
    assistant during the relevant period in this case.

4.  The last justification for higher cash physician compensation is higher than median production.
    Providing physicians are appropriately coding and billing for services, it's logical that a highly
    productive physician should earn more cash compensation in comparison to less productive peers.

    Based on my analysis of total WRVUs, each of the neurosurgeons I reviewed appears to be
    excessively productive in comparison to his peers. As a valuator, it is appropriate to be suspicious
    of unusually high levels of physician productivity, and accordingly it is necessary to analyze the
    reported production. As discussed later, I believe that there is documentation and evidence
    produced by the defendants and others in this case that call into question the validity of the
    physicians' reported WRVUs.

## Compensation Paid to the Neurosurgeons was in Excess of Fair Market Value

Based on my experience and taking into account all the factors of this case and applicable regulatory
requirements, *fair market value* means a transaction was negotiated at arm's length, is consistent with
general market value, determined through reviewing comparable market values and does not take into
account the volume or value of referrals.

Based upon the following findings, I believe that HSI paid Drs. Vinas and Khanna in excess of fair market
value for their services for each year examined. Except for the year 2003 and 2008, Dr. Kuhn's
compensation exceeds the fair market value range.

The comparisons I used to determine if the physicians' compensation fell within the fair market value range include the following:

- The physicians' W-2 income, or "total compensation"[24] v.  Total compensation market data reported at the median, 75th and 90th percentiles.

- The physicians' cash receipts ("collections") v. Collection market data reported at the median, 75th and 90th percentiles.

- The physicians'  calculated "compensation as a % of collections" v. Compensation as a % of collection ratios reported in the market data at the median and  75th  percentiles.

- The physicians' total WRVUs v. WRVU market data reported at the median, 75th and 90th percentiles.

- The physicians' calculated "compensation per WRVU" v. Compensation per WRVU ratios reported in the market data at the median and  75th percentiles.

For information purposes only, I also compared reported southern regional market data for the years 2008 through 2012 to each of the physician's same data points noted above.  Results were materially similar to those discussed below when I used national market data to analyze the fair market compensation paid to the neurosurgeons.[25]

---

[24] For each physician, total compensation includes pay for professional services and payment for being on call or carrying a beeper. In this instance, I measured 'normal call' as taking call 1 day out of 4. Based on my judgment, it was not necessary to adjust the physicians' total compensation for excessive call because it was immaterial and would not affect my analysis.

[25] In all cases, Dr. Khanna's and Dr. Vinnas' compensation as a percentage of collections exceeded the fair market value range. Except in 2008, Dr. Kuhn's compensation as a percentage of collections exceeded the fair market value range.  In all instances, each of the physician's total compensation was situated at or well above 90th percentile levels, but their collections per WRVU were all below the market median levels. See Exhibit L.

*Vinas Summary of Findings- See Exhibit A*

- Dr. Vinas' total compensation was 116% to 224% greater than the 90th percentile of the reported market total compensation. For instance in 2006, Dr. Vinas earned $1,984,833 compared to the top 10% of his peers, who earned just $ 923,025.

- Except in 2009, Dr. Vinas' total cash collections in comparison to market are lower than the 90th percentile and in some instances falls below even median amounts. Because his compensation is materially above the 90th percentile, his cash collections should have been similarly situated.

- In all years, Dr. Vinas' compensation as a percentage of collections falls outside the fair market value range which is between the 50th and 75th percentile ratios.[26] In many years, his compensation as a percentage of collections exceeds the 90th percentile, causing his compensation to exceed fair market value amounts ranging from $26,594 to $933,451.

- Dr. Vinas' WRVUs are extremely high in comparison to his peers. In all instances, Dr. Vinas' WRVUS are materially higher than the 90th percentile. In some instances Dr. Vinas' reported WRVUS are nearly twice the WRVUs reported for physicians working at the 90th percentile level. For reasons discussed below, I believe Dr. Vinas' reported WRVUs are unreliable and cannot be used as an accurate production measure. Consequently I rejected the use of Dr. Vinas' WRVUs as a means to determine whether Dr. Vinas' compensation falls within the fair market value range.

- Although Dr. Vinas' calculated compensation per WRVU falls within the fair market range, and even one year falls below the median level, I have dismissed this analysis due to the unreliability of his reported WRVUs.

- Although Dr. Vinas started to work at HSI mid-year 2000, I did not have access to W-2s or other documents needed to support his income from HSI for the years 2000 and 2001. Accordingly, it is not possible to make a fair market determination for those years.

---

[26] As discussed earlier, in most instances the fair market value range falls around the median level. However, in this instance for conservative purposes, I moved the fair market value range up to the 75th percentile.

*Khanna Summary of Findings- See Exhibit B:*

- Dr. Khanna's total compensation in most years was greater than total compensation reported at the 90th percentile. In a couple of years, his compensation was nearly two times higher than the 90th percentile. For instance, in 2006, Dr. Khanna earned $1,910,913 compared to the top 10% of his peers, who earned just $ 923,025.

- In most years, Dr. Khanna's total cash collections in comparison to market are lower than the 90th percentile and in years 2010 and 2011 falls below even median amounts. Because his compensation is materially above or near 90th percentile levels, his cash collections should have been similarly situated.

- In all years, Dr. Khanna's compensation as a percentage of collections falls outside the fair market value range which is between the 50th and 75th percentile ratios. In all but three years, his compensation as a percentage of collections exceeds the 90th percentile, causing his compensation to exceed fair market value amounts ranging from $154,730 to $888,617.

- Dr. Khanna's WRVUs are extremely high in comparison to his peers. In all years except 2010 and 2011, Dr. Khanna's WRVUs are materially higher than the 90th percentile. In some instances Dr. Khanna's reported WRVUS are more than twice the WRVUs reported for physicians working at the 90th percentile levels. For reasons discussed below, I believe Dr. Khanna's reported WRVUs are unreliable and cannot be used as an accurate production measure. Consequently I have rejected the use of Dr. Khanna's WRVUs as a means to determine whether Dr. Khanna's compensation falls within the fair market value range.

- Although Dr. Khanna's calculated compensation per WRVU falls within the fair market range, and even for a couple of years falls below the median level, I have dismissed this analysis due to the issues discussed in this report.

- Although Dr. Khanna started to work at HSI mid-year 2001, I did not have access to a W-2 or other documents needed to support his income from HSI for 2001. Accordingly, it is not possible to make a fair market determination for the year ending 2001.

## *Kuhn Summary of Findings- See Exhibit C:*

- Dr. Kuhn's total compensation in most years was situated close to or greater than total compensation reported at the 90th percentile. In 2006, his income peaked at $1,253,335 which was 136% higher than the 90th percentile.

- In all years, Dr. Kuhn's total cash collections in comparison to market are lower than the 90th percentile and in some years falls below even median amounts. Because his compensation is closely positioned near 90th percentile levels, his cash collections should have been similarly situated.

- Except for the years 2003 and 2008, Dr. Kuhn's compensation as a percentage of collections falls outside the fair market value range which is between the 50th and 75th percentile ratios. For the years 2010 and 2011, Dr. Kuhn's compensation as a percentage of collections is higher than the 75th percentile. For the remaining years, his compensation as a percentage of collections is at, or exceeds the 90th percentile, causing his compensation to exceed fair market value amounts ranging from $93,451 to $525,472.

- Dr. Kuhn's WRVUs are high in comparison to his peers. In all but 3 years, Dr. Kuhn's WRVUs are higher than the 90th percentile. In 2006, Dr. Kuhn's reported WRVUS are nearly 1.6 times the WRVUs reported for physicians working at the 90th percentile level. For the years 2006 through 2011, Dr. Kuhn's WRVUs related to evaluation and management codes ("E&M") were 103% to 133% of total WRVUs reported for family practice physicians who devote almost 100% of their work effort performing E&M related physician services. For other reasons discussed below, I believe Dr. Kuhn's reported WRVUs are unreliable and cannot be used as an accurate production measure. Consequently I have rejected the use of Dr. Kuhn's WRVUs as a means to determine whether Dr. Kuhn's compensation falls within the fair market value range.

- Although Dr. Kuhn's calculated compensation per WRVU falls within the fair market range, and even for a couple of years falls below the median level, I have dismissed this analysis due to the issues discussed in this report.

- As demonstrated in Exhibit I, Dr. Kuhn's compensation prior to his employment at HSI averaged $648,561 for the years 1999 through 2002. However, as an employed physician his average compensation jumped to $1,083,529 for the years 2003 through 2011, a remarkable 67% increase in pay. Although his average collections remained materially unchanged throughout this period, Dr. Kuhn's pay as percentage collections jumped from an average of 59.98% before employment to an average of 107.5% of collections after employment.

## Analysis of reported WRVUs

After analyzing each of the physicians' reported WRVUs, I noted that their WRVUs were remarkably high in comparison to the top performing neurosurgeons reported in the available market data. As a valuator, it is appropriate to question the validity of WRVUs when they appear to be excessively high in comparison to market data. Based upon my findings detailed below, I have concluded that there is strong evidence suggesting that for each of the neurosurgeons, their reported WRVUs are inaccurate and overstated.

### The Number of WRVUs Are Materially Inconsistent Year to Year

As evidenced in the graphs shown in Exhibit D, for the years 2004 through 2008, each of the physicians' WRVUs increased to remarkable levels and decreased materially thereafter. In comparison, market reported WRVUs remained fairly constant throughout the years relevant to this analysis. Because a "physician's time" is one of the key components of WRVU weights, it is unusual to see huge spikes in a physician's WRVUs from year to year.

### Collections per WRVU Are Below Median Levels

Except for instances where a physician has a very poor payor mix, has badly negotiated his or her insurance contracts, or there are severe deficiencies in the billing and collection systems, there should be a parallel relationship between a physician's collections and WRVUs. If WRVUs are high, then likewise, collections should also be equally positioned.

As evidenced in the tables shown in Exhibit E, I calculated each of the physicians' "collections per WRVU" amounts and compared this ratio to market data. In all instances, each of the physicians' collections per WRVU ratio was materially below the median level. In this instance, if both collections and WRVUs are accurate, I would expect this ratio to be situated at or near the 90th percentile level given compensation levels earned by each of the physicians. Because this is not the case, it suggests there is an apparent disconnect between collections and WRVUs. This suggests at least one of the following:

1. The physicians' collections are understated, or
2. WRVUs are overstated.

### *Favorable Payor Mix- Collections Are Not Understated*

As evidenced by the payor mix graphs shown in Exhibit F, the physicians' payor mix compares relatively favorably to reported market data. I saw no evidence in the record to support the fact that there are major operational deficiencies in the billing and collection processes which could depress collections. Given HHMC's 60% market penetration,[27] I would not expect their contracted commercial insurance rates to be substantially lower in comparison other market levels. All of which leads me to conclude that the physicians' collections are not understated. In fact, as discussed below, there is some evidence that suggests collections are overstated. But even using overstated collections, each of the physician's compensation as a percentage of collections falls outside the fair market value range.[28]

### *Physician Assistants' Work Effort Appears to be Credited to the Physicians*

The collection and WRVU market data reflects just the collections generated for and the WRVUs associated with the services **personally performed by the physician**. Therefore, the market numbers do not reflect any work a PA performed under the supervision of the reporting doctor.

---

[27] HLFX-PST-0126962
[28] Except for the years 2003 and 2008 where Dr. Kuhn's compensation as a percentage of collections falls at or near the upper range of fair market value.

Starting in 2005, Matt Hoffman was Dr. Kuhn's physician assistant ("PA"). Production data[29] for the years
2005 through 2007 showed that HHMC accounted for just 56 in-office patient encounters that were
performed by Mr. Hoffman during this three year timeframe.[30] Typically, the number of office
encounters (known as "incident to" encounters) should be materially higher if HHMC were appropriately
accounting for Mr. Hoffman's work effort.  Mr. Hoffman's production data was not produced for the
years 2008 through 2011. No production data was produced for Bruce Andrews, Dr. Kuhn's PA for 2002.
Mr. Andrews' production data in 2003 reflected zero "incident to" encounters.  Based upon the scarcity
of the PAs' work effort that has been accounted for, it is my judgment that the majority of Mr.
Hoffman's and Mr. Andrews' work effort has been credited to Dr. Kuhn. This misreporting of work
performed by physician assistants as having been performed by Dr. Kuhn has the result of overstating
both his WRVUs and collections.

No production data for Eric Piazza, Dr. Khanna's PA, was produced for any year. The lack of existence
suggests that all of Mr. Piazza's work effort has been credited to Dr. Khanna resulting in overstating both
his collections and WRVUs.

Finally, on a HHMC analysis of the neurosurgeons' 2009 WRVUs, there is a notation that reads, "Dr.
Khanna and Dr. Kuhn (WRVUs), includes work RVUs for incident to services performed by physician
assistant."[31]

### *Significant Compliance Issues Results in Overstating Physician Collections and WRVUs*

Documents produced by defendants and third parties point to significant compliance issues for both Drs.
Vinas and Khanna. The following summarizes the notable compliance issues.

#### *Dr. Vinas*

There is evidence in the record that Dr. Vinas was improperly coding his office visits and/or his surgeries
which resulted in artificially inflating his reported total WRVUs and collections.

---

[29] Production data includes the frequency each service (CPT code) is performed and also includes annual charges
and payments for each provider.
[30] HAL-1 0339217-220
[31] HLFX-PST-0450157

- HHMC's compliance department performed an internal review of Dr. Vinas' coding practices in November 2007. Key findings are noted below:

    o Approximately 92% of the Evaluation and Management ("E&M") encounters billed appeared to be performed by Dr. Vinas' registered nurse and should never have been billed.

    o There was some evidence of "cloning" in the physician's dictated reports. (Re-affirmed in the AllMed report discussed below.)

    o There was some evidence that E&M visits were billed within the 90 day surgical global period.[32]

- Although HHMC counseled and educated Dr. Vinas about not using RNs to perform physician services, it appeared that Dr. Vinas continued to use his RN for hospital rounding into 2010 as evidenced by certain emails talking about this issue.  In 2010, a HHMC nurse reported to Dr. Kuhn's PA, that "Liz (Dr. Vinas' RN) does the rounds and the notes on pre-signed progress notes. .. Every nurse in ISC and on the neuro floor knows that Liz is the one writing the notes. ..."[33]

- AllMed, an outside peer review company was hired by the hospital in March of 2010 for purposes of determining if certain neurosurgeries were medically necessary.  Of the cases reviewed, AllMed determined 90% of Dr. Vinas' surgeries were NOT medically necessary. They also found evidence of cloning in the medical records[34]

*Dr. Khanna*

Evidence gathered through discovery also supports the conclusion that Dr. Khanna was improperly coding for his services which resulted in artificially inflating his total WRVUs and collections for his professional services.

---

[32] HAL-1 0 0131124-0131152
[33] PTF 007269-0007270, PTF 0005637
[34] HALFX-PST-0219680

- As part of an internal compliance audit of Dr. Khanna's coding practices, 20 medical records were reviewed in 2007.   100% of the records examined were in error and lacked the documentation to support the evaluation and management code ("E&M" code) assigned. Key findings are noted below:

  - Critical care visits were billed without documentation of time. The internal audit estimated that not documenting time for critical care visits could have resulted in being overpaid in a range from $195,311 to $206,407 for 2007 alone.

  - Of the 20 records reviewed, 12 of the visits were performed by Dr. Khanna's PA. 11 of the PA's visits were critical care visits. Under Medicare billing guidelines, critical care visits performed by a PA must be billed by the PA, not the physician. PA's are generally reimbursed at 85% the rate physicians receive. Furthermore, it is likely HSI paid Dr. Khanna for these services (he receives 100% of collections) when they were clearly not personally performed.

  - There was evidence that Dr. Khanna mostly using just one level of E&M code for the various E&M categories. In most cases, the highest level of code. Note that higher level codes are reimbursed at higher rates.
    - o  For all established patients-100% at Level 4 (second highest level)
    - o  For all outpatient consults- 95% at Level 4 (second highest level)
    - o  For hospital admissions-98% at the highest level
    - o  For subsequent hospital visits-100% at the highest level
    - o  For inpatient consultations-100% at the highest level versus nationally neurosurgeons bill at Level 5 just 25% of the time.[35]

  - On May 19, 2008 another HHMC compliance report showed similar findings as detailed in the 2007 report, but also noted that:
    - o  Dr. Khanna's office did not have E&M codes 99211 or 99213 (outpatient follow-up) included in its chargemaster which could suggest there was never an intention to

---

[35] Hal-1 0133121-0133130

use these lower level codes.

- o  For the charts examined, 100% of Dr. Khanna's critical care services did not have time documented. Critical care visits are reimbursed based on time, generally in units of 30-74 minutes.  When time is not documented, the visits should be billed as regular inpatient or outpatient visits, which are reimbursed approximately 60% lower than critical care visits.[36]

- In 2009, Humana examined charts for 10 of Dr. Khanna's patients. They initially found his error rate was 100%, however the Hospital was able to appeal one of their findings, resulting in an error rate of 90%.[37]

- Dr. Khanna incorrectly documented shared visits by only co-signing his physician assistant's (PA) progress note.[38]

- Beginning in 2009, Dr. Khanna's surgeries were coded by Dr. Kuhn's office manager. In a three month period, she determined that 90% of the surgeries were coded incorrectly, causing her to re-code and correct the errors before the bills were submitted for payment.[39]

- HHMC arranged for an outside review of Dr. Khanna's E&M encounters which resulted in a reported error rate of 80%.[40]

- A 2009 HHMC email noted that "After Judy West left (Dr. Khanna's former office manager) it was discovered that she and Khanna did not know how to properly code. Khanna failed audits by Humana and Blue Cross. ...We are at great risk if Medicare did an audit. .."[41]

---

[36] HAL-1 0131360-0131375
[37] HAL-1 0027215
[38] HAL-1 0131131
[39] HAL-1 0027216
[40] HAL-1 0027217
[41] HAL-1 0060778

- In a 2009 Hospital memorandum to Dr. Khanna, it was noted that "The E&M utilization suggests that you were only using one code from each category, usually level 4 or level 5, for the past ten years."[42] As evidenced in Exhibit B, Dr. Khanna's WRVUs peaked in 2007 at 35,877 and by 2010 they were down to 14,883. The difference of 20,994 represents a reduction in WRVUs from 2007 to 2010 of nearly 58%.

- It appears that some of the above the coding issues were addressed and corrected by 2010. Emails dated in February 2010 discussed one reason Dr. Khanna's revenues were below 2010 budgeted amounts reflect that reduced revenues may be attributed to his coding changes.[43]

### *The Physicians' Time Analysis*

As noted above, a key component in the WRVU weights is a physician's time. This is particularly the case for E&M codes. For instance, critical care codes are time based codes for which a physician's time must be documented in the medical record. Physicians routinely determine which level of E&M to code based on the amount of time they spend with a patient. Generally, more time spent with a patient equates to a higher level code, and higher reimbursement levels.

For comparative purposes, I isolated each of the physician's WRVUs associated with their E&M services. I compared these adjusted WRVUs to WRVUs reported by family practice physicians. I chose family practice physicians because almost all of a family practice physicians' work is associated with E&M services. As evidenced by the chart in Exhibit G, each of the neurosurgeon's E&M services alone are positioned near or materially above the median levels reported by full time family practitioners. In 2007, Dr. Khanna's WRVUs associated solely with his E&M services were 3.25 times higher than a full time family practice physician at the median level and more than 2 times higher than 90th percentile amounts. This means that even without accounting for all of the time he spent in surgery, Dr. Khanna billed over three times more for his E&M services than the median family practice physician.[44]

---

[41] PTF 0006359
[42] HAL-1 0134394-0134396
[44] Dr. Kuhn's E&M WRVUs were 3% to 33% greater than median family practice physician levels. Dr. Vinas' E&M WRVUs topped out at 36% greater than reported median levels.

HHMC engaged an independent consultant to perform a practice analysis for Dr. Vinas and Dr. Kuhn. After analyzing each of the physicians WRVUs by CPT code, one of the consultant's findings was that Dr. Vinas was working an estimated 8,749 hours a year, and Dr. Kuhn 6,931 hours a year.[45] This would mean that Dr. Vinas is working about the same number of hours as exist in a year (there are 8,760 hours in a 365 day year) and Dr. Kuhn worked the equivalent of 19 hours a day 365 days a year. By using 2,080 hours to equate the consultant's estimated hours to full time equivalents ("FTEs"), this equals 4.2 FTEs and 3.33 FTEs, respectively.  In my judgment, it would be near impossible for Dr. Vinas and Dr. Kuhn to do the work of more than seven full time neurosurgeons.  In fact, it appears the neurosurgeons did take considerable time off, as evidenced by an internal HHMC email showing that through August 2010, Dr. Khanna had taken 55 days off, Dr. Vinas 38 days and Dr. Kuhn 22 days off for the year.[46]

### *Accounting for Modifiers*

An analysis of the neurosurgeons' E&M codes shows that each neurosurgeon is coding an unusually large number of E&M patient encounters and may be billing for encounters that fall within the 90 day global period.[47] Examining the billing data suggests that modifier 24 was not used as frequently as expected given the number of surgeries the physicians perform.[48] When used appropriately, modifier 24 denotes a visit "unrelated" to the surgery E&M encounter during the 90 day post operative period, enabling the provider to appropriately bill for and be reimbursed for the service.  Most payors screen claims for E&M codes billed for during the surgical period and routinely deny the service and will not pay for the encounter. This could be one attributing factor as to why WRVUs are so much higher than the physicians' collections because HHMC cannot collect for these services because the neurosurgeons are improperly billing for services covered as part of the global fee for a prior surgical procedure.[49]

Because we had the neurosurgeons' raw billing data for the years 2007[50] through 2011, we were able to appropriately account for modifiers when calculating each of the physicians' WRVUs.[51]  In most

---

[45] HAL-1 0131184
[46] HLFX-PST-0091441-443
[47] HAL-1 031186
[48] HAL-1 0511377, 338, 341
[49] The neurosurgeons' cash collection percentages range from 20-28% of charges. These are the lowest amounts in comparison to other employed HSI physicians. See HLFX-PST- 0000450.  A low collection percentage sometimes can point to evidence that there are a large number of claim denials.
[50] Electronic data was available for a part of 2007-August through December.
[51] HAL-1 0511377, 338, 341

instances, modifiers reduce the calculated WRVUs.  Limited modifier information was produced for the
years 2000 through most of 2007. Because of the modifier  issues found in 2007 through 2011, it is likely
that the physicians' WRVUs were likewise  overstated  for the years 2000 through 2007.

## The Compensation Arrangements Are Not Commercially Reasonable

Establishing *commercial reasonableness* includes reviewing the details of the transaction or business situation. In this case, a commercial reasonableness inquiry evaluates if there is a sound business reason for employing the neurosurgeons and whether the terms of the compensation agreements with the referring physicians are commercially reasonable. Before entering into a physician employment arrangement and throughout a physician's continued employment, hospitals must examine whether the arrangement is commercially reasonable even if there are no referrals between the parties.

Based upon my collective findings discussed below, I believe that the neurosurgeons' compensation arrangements with HSI are not commercially reasonable, because absent the physicians' referrals, the arrangements as they stand today do not represent sound business reasoning.

### *The Neurosurgeons were Favorably Treated in Comparison to Other Employed HSI Physicians*

- The neurosurgeons receive a car allowance totaling $10,800 per year.[52] No other HSI employed physician received any car allowance.[53] Furthermore, the car allowance appears to be excessive considering that when Dr. Kuhn practiced as an independent physician, his car expenses were much lower and ranged between $1,482 and $2,877 for the years 2000 through 2002.[54]

- Tax exempt hospitals are required to file a federal Form 990, which requires HHMC to disclose the names of its five highest paid employees. Although not all of HHMC's Federal Form 990s were produced, for those years that were made available, all of the 990's listed each of neurosurgeons as one of the five highest paid employees.[55]

- As demonstrated by the graph in Exhibit H, with the exception of medical oncologists, the Neurosurgeons are the only employed specialist group who earn compensation near market 90th percentile levels.[56]

---

[52] In later years Dr. Vinas' car allowance was increased to $13,500 per year.
[53] HAL-1 0322000
[54] KUHN 10023, 10041,10060
[55] HAL-1 0341307, 0341326, 0341342, 0341372
[56] HAL-1 014339

- On a HHMC spreadsheet outlining the neurosurgeons' compensation arrangements, the
  following was noted: "Additional subsidy not provided to other physicians:
  - 200% of the Medicare Fee Schedule for all trauma patients
  - Reimbursed for hospital employees workers comp claims
  - Collection expense is not deducted from collections
  - Bad debt expense is not deducted from collections
  - 80% of the Medicare fee schedule for district charity and self-pay patients like non-
    employed physicians."[57]

## *For Most Years the Physicians' Received 100% of their Collections Derived from their Professional Services*

Each of the physicians earns a significant guaranteed base pay amount. After the hospital collects the
cash to cover the physicians' base pay (not including the benefits), the physicians get to retain 100% of
the remaining cash collected by HHMC for professional services billed under their respective National
Provider Identifier number. In a nutshell, the neurosurgeons retain 100% of the cash collected for
physician related  services. It is very unusual for physicians to earn 100% of all their net collections. Most
hospitals make provisions to cover a physician's practice overhead expenses before they pay bonuses to
employed physicians.  HSI's model of allowing the physicians to retain 100% of the collections associated
with their physician services does not make sense from a business prospective because the physicians'
practices will *always* incur a loss.  Earning a profit is impossible because the physicians' practice
overhead expenses, including such expenses as rent and office personnel are subsidized 100% by the
Hospital.[58]


As demonstrated in Exhibit I, when Dr. Kuhn was in private practice, his compensation as a percentage
of his practice collections averaged just 59.98%, leaving 40.02% of his collections to cover his practice's
overhead. For example, in 2001, Dr. Kuhn generated revenue of $1,212,453, but only reported taxable
income of $751,659 based on the need to pay for practice related costs of approximately $460,794.

---

[57] HAL-1 00143354

[58] Sometime in 2007, HSI began to reduce Dr. Vinas' incentive pay for certain office staff. In 2007 and 2008, they
reduced his incentives by approximately $40,000 and $90,000, respectively. (HAL-1 0134062) For Dr. Kuhn, his
incentive bonus in 2007 was reduced by approximately $45,000. (HAL-1 0327557) I found no evidence in the
record that Dr. Khanna's incentive bonuses were ever reduced for any practice overhead.

However, after he became an employee of HSI, his compensation averaged 107.5% of his practice's
collections, leaving no funds to cover his practice overhead.

### *HSI is Incurring Material Financial Losses related to the Neurosurgeons' Practices*

As demonstrated in the table below, the neurosurgeons' flawed compensation model is causing the
neurosurgeon practices to incur material financial losses. Table 2 summarizes HHMC's 2010 operating
budget for the neurosurgeons. HHMC projected their direct practice losses to total nearly $2 million.
However, after HHMC factored in the neurosurgeons' referrals, the overall contribution margin
increased to a projected profit of over $6.5 million.

Table 2

| Physician | Income (Loss) After Physician's Salary and Benefits | Practice Expenses | Direct Practice (Loss) | Facility Contribution Margin | Overall Neurosurgeon Margin |
|---|---|---|---|---|---|
| Khanna | $(338,853) | $   220,663 | *$(559,516)* | $2,412,176 | $1,852,660 |
| Vinas | $(413,013) | $   388,626 | *$(801,639)* | $2,797,650 | $1,996,011 |
| Kuhn | $25,949 | $   437,717 | *$(411,768)* | $3,116,078 | $2,704,310 |
| Total | $(725,917) | $ 1,047,006 | *$(1,772,923)* | $8,325,904 | $6,552,981 |

Source-HAL-1 0137853

### *On-call Arrangements*

The neurosurgeons received $1,100 each day they were on call.[59] It is common for hospitals to pay
physicians for "excessive call," particularly trauma surgeons and other specialties needed to maintain a
hospital's Level I or Level II trauma status. However, in my experience, it is not common for hospitals to
pay a physician for every day he or she is required to be on call. Inherent in a physician's total
compensation is an expectation to provide "normal call" which is generally considered to be  every 4 or
5 days. Paying for "normal call" is unusual and not commercially reasonable.  Furthermore, HHMC's
medical staff by-laws require that "all members of the Active and Associate Medical Staff shall actively
participate in the Emergency Department service call roster. ..."[60]

---

[59] HAL-1 0139701
[60] HLFX-PST-0105524

### *Continued Compliance Concerns Should Have Been Addressed*

Based upon the documents I reviewed, it appears that HHMC's administration did not act in a pro-active manner or address the significant compliance issues detailed above in a timely fashion. Because the financial exposure and risk associated with non-compliant physicians can be significant, it would have been a prudent business choice to address the neurosurgeons' compliance issues pro-actively.

### *Contracts Favor the Neurosurgeons*

Certain aspects of the physicians' employment contracts favor the neurosurgeons. In particular:

- If Dr. Vinas had left Halifax shortly after starting at HSI, he would not have been required to pay back any portion of his $20,000 signing bonus. It is unusual for a hospital to not incorporate some pay back provisions for signing bonuses. Commonly hospitals require a percentage of the signing bonus to be paid back if the newly recruited physician leaves within a certain timeframe.

- Although the on-call provisions in Dr. Vinas' agreement are vague, Dr.Khanna's and Dr. Kuhn's employment agreements do not address call at all. One of the important reasons hospitals employ physicians is that it generally guarantees adequate call coverage. It is unusual to not include specific call requirements in a physician's employment agreement.

- Each of the physicians' employment contracts contained a compensation provision that reads "Any other reasonable compensation as determined by the Company from time to time."[61] In my opinion, it is unusual for hospitals to include such vague and open ended language in its physician employment agreements.

### *The Neurosurgeons' Overall Positive Financial Impact to the Hospital*

As noted in the table 2, HHMC estimated that in 2010, the neurosurgeons volume and value of their hospital referrals totaled $8,325,904. Other documents I reviewed also demonstrated that the Hospital profited from its employment arrangements with the neurosurgeons:

- For the year ending December 2005, the neurosurgeons' inpatient spine and neck surgeries directly contributed $1,187,724 HHMC's income.[62]

---

[61] HAL-1 0140637, HAL-1 0142239, KUHN 10154
[62] Exhibit J, HLFX-PST 0443277

- For the fiscal year ending 2009, the volume and value of the neurosurgeons' hospital referrals related to inpatient and outpatient discharges totaled $6,726,443.[63]

## Conclusion

Based upon my findings I believe that HSI paid Drs. Vinas and Khanna in excess of fair market value for their services for each year examined.  Except for the years 2003 and 2008, Dr. Kuhn's compensation also appears to fall outside the fair market value range. The amounts paid to the Dr. Vinas, Dr. Kuhn and Dr. Khanna would not ordinarily be paid for like services by like organizations in similar circumstances.

I believe that the compensation terms of the employment agreements and HSI's business arrangements with the neurosurgeons were not commercially reasonable because absent the physicians' referrals to HHMC, there does not appear to be a legitimate business purpose for entering into or maintaining the described physician employment agreements. In my opinion, the employment agreements do not make commercial sense, and would not have been entered into by a reasonable entity of similar type and size.

## Limitation

This report is based on my analysis and review of the information referenced in my report.  I specifically reserve the right to amend or supplement my report based on additional information including additional documents or witness testimony.

## Compensation for Expert Report

My firm, Myers & Stauffer LC is being paid an hourly rate of $206 per hour for services related to preparing this report.  Hours worked as of this report date total approximately 350 hours.

---

[63] Exhibit K. HLFX-PST 0193557, 0193555

## Other Cases

Depositions or trial testimony given by Kathy McNamara:

- United States ex rel. Kaczmarczyk, et al. v. SCCI Health Services Corp., et al.-(S.D. Tex.) (valuation of medical director services).

- United States v. Robert Bourseau et al. (S.D. Cal.) (valuation of management services)

- United States v. Diabetes Treatment Center of America (M.D. Tenn.) (valuation of physician/medical director services).

- United States v. Complete Home Health Care (M.D. Tenn.) (non allowable Medicare costs).

- United States v. Tuomey Healthcare System (D.S.C.) (valuation of physician pay)

- United States v. Joseph Campbell (D.N.J.) (valuation of physician pay)

- United States v. James Carell, et al. (M.D. Tenn.) (non allowable Medicare costs)

- United States v. McKesson Corporation, et al. (N.D. Miss.) (rebuttal to valuation of billing fees)

Prepared by,

Kathleen A. McNamara, CPA

Senior Manager

Myers and Stauffer LC

December 21, 2012

Appendix A

# Kathy McNamara, CPA

## Senior Manager, Myers & Stauffer L.C.

Ms. McNamara has over twenty years experience in healthcare and business consulting. She has extensive organizational, financial and regulatory knowledge in the healthcare industry. She has participated in audits of third party payers and is familiar with Medicare and Medicaid reimbursement for various health care providers including hospitals, home health agencies, nursing homes, physicians, FQHC's and rural health clinics. She has dealt extensively with the Department of Justice in Medicare fraud issues. Her knowledge base makes her uniquely qualified to provide guidance on a range of regulatory topics, such as Medicare reimbursement, Medicaid reimbursement, Anti-kickback and Stark.

**INDUSTRY EXPERTISE:**
- Physician compensation and valuation of services
- Medicare compliance risk assessments
- Managed physician coding review engagements
- Cost report planning and development
- Monitoring issues relevant to Medicare and Medicaid reimbursement
- Cost report audits and reviews
- Business development activities, including strategic planning, acquisition analysis and equity funding
- Physician billing and collection system assessment and analysis
- Developing financial models and feasibility studies
- Review of accounting and internal control procedures to improve efficiency and effectiveness

Prior to joining Myers & Stauffer, she worked for 5 years as the treasurer of a national health care company specializing in home health care, private duty nursing, supplemental staffing and hospital medical documentation services. She was responsible for establishing accounting and tracking processes to ensure an accurate Medicare cost report. From 1981 through 1985, Kathy worked for a national accounting firm as a senior in their audit department.

**PROFESSIONAL & COMMUNITY AFFILIATIONS**
- American Health Lawyers Association
- President-Elect, Dowling Catholic High School Parent's Guild
- Community volunteer for Children and Families of Iowa and Central Iowa Boys and Girls Club

**PERSONAL DATA**
- Boston College: Bachelor of Science, Accounting
- CPA, licensed in Iowa
- Joined Mayer Hoffman McCann L.C/CBIZ/Myers & Stauffer LC in 1991



Appendix B

## DATA RELIED ON AND CONSIDERED

HAL-1_0047933[1].pdf
HAL-1_0051285.xls
HLFX-PST-0105524.pdf
HLFX-PST-0183446.pdf
HAL-1_0050952(1).xls
20120612140105_001.PDF
20120612140203_001.PDF
20120612140321_001 PDF
20120612140429_001.PDF
20120612140531_001 PDF
HLFX-PST-0028967.doc
HAL-1_0139720.xls
HLFX-PST-0193557.xls
HAL-1 0000759.pdf
HAL-1 0017626.pdf
HAL-1 0027215.pdf
HAL-1 0060778.pdf
HAL-1 0079435.pdf
HAL-1 0131360.pdf
HAL-1 0133119.pdf
HAL-1 0134394.pdf
HAL-1 0134466.pdf
HAL-1 0134469.pdf
HAL-1 0138041.pdf
HAL-1 0138042.xls
HAL-1 0138043.xls
HAL-1 0138044.xls
HAL-1 0139619.pdf
HAL-1 0139623.pdf
HAL-1 0140608.pdf
HAL-1 0140620.pdf
HAL-1 0142199.pdf
HAL-1 0142227.pdf
HAL-1 0143342.xls
HAL-1 0143355.xls
HAL-1 0143540.pdf
HAL-1 0506264.pdf
HAL-1 0506573.pdf
HAL-1 0511375.pdf
HAL-1 0511376.pdf
HAL-1 0511377.pdf
HAL-1 0511378.pdf
HAL-1 0511391.pdf
HAL-1 0511392.pdf

HAL-1 0511393.pdf
HAL-1 0511394.pdf
HAL-1 0511395.pdf
HAL-1 0511396.pdf
HAL-1 0142819.xls
HLFX-PST-0091441.mht
HLFX-PST-0219680.pdf
HLFX-PST-0450157.xls
HLFX-PST-0450169.pdf
HAL-1_0047134[1].doc
HAL-1_0511372.pdf
HAL-1_0511369.pdf
HAL-1 0511370.pdf
HAL-1 0511371.pdf
HLFX-PST-0112780.pdf
HLFX-PST-0171082.ppt
HLFX-PST-0190227.ppt
HLFX-PST-0192340.ppt
HAL-1_0047704.pdf
HLFX-PST-0112780.pdf
HLFX-PST-0126962.ppt
HAL-1_0050931(1).xls
HAL-1_0050948(1).xls
HAL-1_0050948.xls
HAL-1 0142219.xls
HAL-1_0050950(1).xls
HAL-1_0511373.pdf
HAL-1_0511374.pdf
HAL-1_0139720.xls
HAL-1_0142222.xls
HAL-1_0143340.xls
HAL-1_0143339.xls
HAL-1_0143339.xls
HAL-1_0143339.xls
HLFX-PST-0191658.xls
HAL-1_0051285.xls
HAL-1_0050820.xls
HAL-1_0050820(1).xls
HAL-1_0050952(1).xls
HAL-1_0050801.xls
HAL-1_0050956(2).xls
HAL-1_0050955(1).xls
HAL-1_0147614.xls
HAL-1_0142225(1).xls
HAL-1_0143544(2).xls
HAL-1_0047541.doc

HAL-1_0047619.doc
HAL-1_0047627[1].doc
HAL-1_00143354(1).xls
HAL-1_0081781(1).xls
HAL-1_0080044(1).xls
HAL-1_200142219(2).xls
HAL-1_0051283(1).xls
HAL-1_0049037[1].pdf
HAL-1_0049048[1].pdf
HAL-1_0148164.xls
HAL-1_0148170.xls
HLFX-PST-0090323(1).xls
HLFX-PST-0000450(1).xls
PTF 0004280.xls
PTF 0005388.xls
PTF 0005416.xls
PTF 0005417.xls
PTF 0005418.xls
PTF 0005543.xls
PTF 0005637.pdf
PTF 0006358.pdf
PTF 0007269-PTF 0007270.pdf
PTF 0008022-PTF 0008025.pdf
HAL-10322000(1).xls
HLFX-PST-0209005.xls
HLFX-PST-0036687.doc
HLFX-PST-0000450(1).xls

REPORT EXHIBITS

# EXHIBIT A

Vivas
Neurosurgeon- Start Date--February, 2000
Total Compensation v Market Data

### Specialty Neurosurgery Actual Pay

| Year | Vivas | Vivas 1099-Misc | Total |
|---|---|---|---|
| 2011 | $ 1,430,798 | | $ 1,430,798 |
| 2010 | $ 1,617,383 | | $ 1,617,383 |
| 2009 | $ 1,933,717 | | $ 1,933,717 |
| 2008 | $ 1,896,437 | | $ 1,896,437 |
| 2007 | $ 1,443,407 | | $ 1,443,407 |
| 2006 | $ 1,984,853 | | $ 1,984,853 |
| 2005 | $ 1,440,589 | | $ 1,440,589 |
| 2004 | $ 1,098,403 | $ 81,500 | $ 1,179,903 |
| 2003 | $ 1,004,248 | $ 5,437 | $ 1,009,685 |
| 2002 | $ 951,365 | $ 51,861 | $ 1,003,226 |
| 2001 | n/a | $ 46,500 | $ 46,500 |
| 2000 | n/a | $ 32,000 | $ 32,000 |

### Market Data- Total Compensation

| Survey Source | Number of Respondents | Median | 75th % | 90th % | $ Compensation Over (Under) Vivas over (under) Median | Vivas over (under) 75th Percentile | Vivas over (under) 90th Percentile | Actual Compensation % of Market Vivas % of Median | Vivas % of 75th Percentile | Vivas % of 90th Percentile |
|---|---|---|---|---|---|---|---|---|---|---|
| Surgery: Neurological MGMA 2012 | 312 | $ 704,170 | $ 930,473 | $ 1,229,881 | $ 726,628 | $ 500,325 | $ 200,917 | 203% | 154% | 116% |
| Surgery: Neurological MGMA 2011 | 261 | $ 701,928 | $ 947,016 | $ 1,235,560 | $ 915,455 | $ 670,368 | $ 377,823 | 230% | 171% | 130% |
| Surgery: Neurological MGMA 2010 | 256 | $ 600,525 | $ 821,830 | $ 1,072,089 | $ 1,333,192 | $ 1,111,887 | $ 861,628 | 322% | 235% | 180% |
| Surgery: Neurological MGMA 2009 | 267 | $ 600,000 | $ 818,836 | $ 1,050,293 | $ 1,296,437 | $ 1,076,601 | $ 846,144 | 316% | 231% | 181% |
| Surgery: Neurological MGMA 2008 | 237 | $ 637,895 | $ 841,047 | $ 1,200,051 | $ 805,512 | $ 602,360 | $ 243,356 | 226% | 172% | 120% |
| Surgery: Neurological MGMA 2007 | 226 | $ 571,787 | $ 790,317 | $ 922,095 | $ 1,413,046 | $ 1,228,516 | $ 1,061,738 | 347% | 250% | 215% |
| Surgery: Neurological MGMA 2006 | 179 | $ 578,272 | $ 740,203 | $ 880,563 | $ 862,377 | $ 700,380 | $ 560,036 | 249% | 195% | 164% |
| Surgery: Neurological MGMA 2005 | 185 | $ 542,894 | $ 705,979 | $ 1,000,324 | $ 637,009 | $ 473,924 | $ 179,579 | 217% | 167% | 118% |
| Surgery: Neurological MGMA 2004 | 169 | $ 533,562 | $ 708,076 | $ 891,336 | $ 476,123 | $ 301,609 | $ 118,349 | 189% | 143% | 113% |
| Surgery: Neurological MGMA 2003 | 201 | $ 470,476 | $ 614,020 | $ 854,159 | $ 532,750 | $ 389,206 | $ 148,067 | 213% | 163% | 117% |
| Surgery: Neurological MGMA 2002 | 139 | $ 438,032 | $ 547,370 | $ 891,825 | | | | | | |
| Surgery: Neurological MGMA 2001 | 131 | $ 457,919 | $ 618,403 | $ 893,210 | | | | | | |
| Neurological Surgery AMGA 2011 | 312 | $ 625,300 | $ 804,611 | $ 931,474 | $ 992,083 | $ 812,772 | $ 685,909 | 259% | 201% | 174% |
| Neurological Surgery AMGA 2010 | 281 | $ 592,811 | $ 767,167 | $ 641,003 | $ 1,340,906 | $ 1,166,610 | $ 992,714 | 326% | 257% | 205% |
| Neurological Surgery AMGA 2009 | 258 | $ 548,188 | $ 719,508 | $ 846,498 | $ 1,348,251 | $ 1,176,869 | $ 1,049,941 | 348% | 264% | 224% |
| Neurosurgery SCA 2011 | 340 | $ 690,000 | $ 750,096 | $ 921,598 | $ 1,017,383 | $ 867,377 | $ 695,785 | 273% | 216% | 175% |
| Neurosurgery SCA 2010 | 298 | $ 561,155 | $ 760,010 | $ 900,010 | $ 1,372,562 | $ 1,183,707 | $ 1,033,707 | 345% | 258% | 215% |
| Neurosurgery SCA 2009 | 201 | $ 529,500 | $ 874,375 | $ 870,341 | $ 1,366,937 | $ 1,222,062 | $ 1,026,096 | 358% | 281% | 218% |
| Neurosurgery SCA 2008 | 199 | $ 513,000 | $ 653,400 | $ 870,333 | $ 930,407 | $ 798,097 | $ 573,074 | 281% | 221% | 166% |

| Industry Weighted Average | Number | Median | 75th | 90th | Median | 75th % | 90th % | Median | 75th % | 90th % |
|---|---|---|---|---|---|---|---|---|---|---|
| Neurosurgery 2010 | 919 | $ 637,537 | $ 824,496 | $ 1,015,253 | $ 979,846 | $ 792,887 | $ 602,130 | 254% | 196% | 159% |
| Neurosurgery 2009 | 835 | $ 563,876 | $ 277,783 | $ 966,562 | $ 1,349,839 | $ 1,155,994 | $ 967,155 | 331% | 249% | 200% |
| Neurosurgery 2008 | 726 | $ 562,966 | $ 743,931 | $ 920,048 | $ 1,354,369 | $ 1,152,506 | $ 968,389 | 337% | 255% | 204% |

*Note: Dr. Vivas started employment in 2000. No wage information for 2000 or 2001 has been included*

# EXHIBIT A

**Vitos**
Neurosurgeon- Start Date-February, 2000
Actual Collections v. Market Collections

## Actual Collections

| Year | Vitos | Source (Production Reports & Billing Data) |
|---|---|---|
| 2011 | 1,316,030 | PRB 1-0511283 |
| 2010 | 1,307,264 | PRB 1-0511262 |
| 2009 | 1,754,554 | PRB 1-0511282 |
| 2008 | 1,850,138 | PRB 1-0511287 |
| 2007 | 1,583,628 | PRB 1-0494269, 0342376 |
| 2006 | 1,815,858 | PRB 1-0494269, 0342373 |
| 2005 | 1,763,532 | PRB 1-0494269, 0342373 |
| 2004 | 2,336,688 | PRB 2-0347471, 0342370 |
| 2003 | 923,264 | PRB 2-0347421, 0343669 |
| 2002 | 901,034 | PRB 2-0347424, 0343669 |
| 2001 | 912,348 | PRB 3-0343422, 0343662 |
| 2000 | 357,971 | PRB 1-0341600 |

## Market Data-Physician Collections

| Survey | N | Median | 75th % | 90th % |
|---|---|---|---|---|
| Surgery Neurological MGMA 2012 | 117 | $ 850,805 | $ 1,221,853 | $ 1,540,162 |
| Surgery Neurological MGMA 2011 | 118 | $ 872,622 | $ 1,165,939 | $ 1,561,692 |
| Surgery Neurological MGMA 2010 | 155 | $ 804,613 | $ 1,229,551 | $ 1,613,303 |
| Surgery Neurological MGMA 2009 | 138 | $ 829,510 | $ 1,226,068 | $ 1,943,284 |
| Surgery Neurological MGMA 2008 | 124 | $ 882,341 | $ 1,351,656 | $ 1,836,169 |
| Surgery Neurological MGMA 2007 | 109 | $ 881,698 | $ 1,210,802 | $ 1,835,060 |
| Surgery Neurological MGMA 2006 | 91 | $ 961,480 | $ 1,258,270 | $ 1,886,101 |
| Surgery Neurological MGMA 2005 | 107 | $ 865,675 | $ 1,095,077 | $ 1,454,070 |
| Surgery Neurological MGMA 2004 | 93 | $ 957,974 | $ 1,229,540 | $ 1,423,305 |
| Surgery Neurological MGMA 2003 | 92 | $ 930,451 | $ 1,182,625 | $ 1,610,457 |
| Surgery Neurological MGMA 2002 | 57 | $ 948,207 | $ 1,256,242 | $ 1,882,464 |
| Surgery Neurological MGMA 2001 | 106 | $ 792,169 | $ 1,080,499 | $ 1,625,459 |
| Neurological Surgery AMGA 2011 | 135 | $ 877,020 | $ 1,318,651 | $ 1,637,600 |
| Neurological Surgery AMGA 2010 | 139 | $ 831,124 | $ 1,370,241 | $ 1,759,168 |
| Neurological Surgery AMGA 2009 | 137 | $ 702,447 | $ 1,074,038 | $ 1,460,413 |
| Neurosurgery SCA 2011 | 102 | $ 691,214 | $ 1,233,000 | $ 1,752,424 |
| Neurosurgery SCA 2010 | 73 | $ 832,000 | $ 1,045,900 | $ 1,425,280 |
| Neurosurgery SCA 2009 | 41 | $ 961,250 | $ 962,553 | $ 1,268,500 |
| Neurosurgery SCA 2008 | 52 | $ 823,300 | $ 1,081,118 | $ 1,521,200 |

| Industry Weighted Average | # | Median | 75th | 90th |
|---|---|---|---|---|
| Neurosurgery 2010 | 355 | $ 877,355 | $ 1,243,243 | $ 1,645,436 |
| Neurosurgery 2009 | 367 | $ 820,102 | $ 1,244,579 | $ 1,619,824 |
| Neurosurgery 2008 | 316 | $ 778,541 | $ 1,176,329 | $ 1,641,791 |

## Collections $- Over (under) Market Data

| Survey | Median | 75th % | 90th % |
|---|---|---|---|
| Surgery Neurological MGMA 2012 | $ 465,525 | $ 94,177 | $ (228,132) |
| Surgery Neurological MGMA 2011 | $ 434,642 | $ 141,325 | $ (254,428) |
| Surgery Neurological MGMA 2010 | $ 949,941 | $ 525,009 | $ 141,163 |
| Surgery Neurological MGMA 2009 | $ 1,020,628 | $ 624,070 | $ (93,146) |
| Surgery Neurological MGMA 2008 | $ 701,487 | $ 232,172 | $ (252,341) |
| Surgery Neurological MGMA 2007 | $ 934,160 | $ 605,056 | $ (19,192) |
| Surgery Neurological MGMA 2006 | $ 802,042 | $ 595,262 | $ (122,569) |
| Surgery Neurological MGMA 2005 | $ 369,018 | $ 139,611 | $ (219,382) |
| Surgery Neurological MGMA 2004 | $ (34,710) | $ (305,276) | $ (500,041) |
| Surgery Neurological MGMA 2003 | $ (29,417) | $ (281,591) | $ (709,423) |
| Surgery Neurological MGMA 2002 | $ (34,059) | $ (344,094) | $ (770,396) |
| Surgery Neurological MGMA 2001 | $ (454,198) | $ (722,528) | $ (1,267,487) |
| Neurological Surgery AMGA 2011 | $ 436,244 | $ (11,287) | $ (330,536) |
| Neurological Surgery AMGA 2010 | $ 923,430 | $ 378,313 | $ 25,388 |
| Neurological Surgery AMGA 2009 | $ 1,147,691 | $ 775,203 | $ 399,728 |
| Neurosurgery SCA 2011 | $ 416,050 | $ 74,264 | $ (445,160) |
| Neurosurgery SCA 2010 | $ 922,554 | $ 708,654 | $ 329,274 |
| Neurosurgery SCA 2009 | $ 988,888 | $ 887,785 | $ 583,638 |
| Neurosurgery SCA 2008 | $ 760,528 | $ 502,710 | $ 62,628 |

| Industry Weighted Average | Median | 75th | 90th |
|---|---|---|---|
| Neurosurgery 2010 | $ 423,909 | $ 64,021 | $ (838,172) |
| Neurosurgery 2009 | $ 934,452 | $ 505,975 | $ 134,730 |
| Neurosurgery 2008 | $ 1,071,597 | $ 723,809 | $ 208,347 |

## Collections - % of Market

| Survey | Median | 75th % | 90th % |
|---|---|---|---|
| Surgery Neurological MGMA 2012 | 155% | 108% | 85% |
| Surgery Neurological MGMA 2011 | 150% | 112% | 84% |
| Surgery Neurological MGMA 2010 | 218% | 143% | 109% |
| Surgery Neurological MGMA 2009 | 223% | 151% | 95% |
| Surgery Neurological MGMA 2008 | 180% | 117% | 86% |
| Surgery Neurological MGMA 2007 | 206% | 150% | 99% |
| Surgery Neurological MGMA 2006 | 183% | 140% | 94% |
| Surgery Neurological MGMA 2005 | 143% | 113% | 85% |
| Surgery Neurological MGMA 2004 | 96% | 75% | 65% |
| Surgery Neurological MGMA 2003 | 97% | 76% | 56% |
| Surgery Neurological MGMA 2002 | 96% | 73% | 54% |
| Surgery Neurological MGMA 2001 | 45% | 33% | 22% |
| Neurological Surgery AMGA 2011 | 150% | 99% | 60% |
| Neurological Surgery AMGA 2010 | 211% | 127% | 101% |
| Neurological Surgery AMGA 2009 | 263% | 172% | 128% |
| Neurosurgery SCA 2011 | 147% | 106% | 75% |
| Neurosurgery SCA 2010 | 211% | 164% | 123% |
| Neurosurgery SCA 2009 | 215% | 192% | 146% |
| Neurosurgery SCA 2008 | 192% | 140% | 104% |

| Industry Weighted Average | 50th% | 75th% | 90th% |
|---|---|---|---|
| Neurosurgery 2010 | 149% | 105% | 79% |
| Neurosurgery 2009 | 214% | 141% | 100% |
| Neurosurgery 2008 | 238% | 164% | 113% |

# EXHIBIT A

Vinas
Neurosurgeon- Start Date-February 2000
Compensation as a % of Collections v. Market %

**Actual Compensation as a % of Collections**

| Year | Vinas |
|---|---|
| 2011 | 108.72% |
| 2010 | 125.72% |
| 2009 | 110.21% |
| 2008 | 102.50% |
| 2007 | 91.13% |
| 2006 | 109.31% |
| 2005 | 81.69% |
| 2004 | 95.56% |
| 2003 | 109.38% |
| 2002 | 111.34% |
| 2001 | 5.10% |
| 2000 | 8.84% |

**Market Data-Compensation as a % of Collections**

| Survey | N | Median | 75th % | 50th % |
|---|---|---|---|---|
| Surgery: Neurological MGMA 2012 | 116 | 82.0% | 106.7% | 143.7% |
| Surgery: Neurological MGMA 2011 | 116 | 83.2% | 115.0% | 165.9% |
| Surgery: Neurological MGMA 2010 | 154 | 70.4% | 99.3% | 143.2% |
| Surgery: Neurological MGMA 2009 | 130 | 73.0% | 98.2% | 141.0% |
| Surgery: Neurological MGMA 2008 | 98 | 65.7% | 75.6% | 88.1% |
| Surgery: Neurological MGMA 2007 | 83 | 57.9% | 73.1% | 85.6% |
| Surgery: Neurological MGMA 2006 | 81 | 57.6% | 71.2% | 81.6% |
| Surgery: Neurological MGMA 2005 | 96 | 59.9% | 67.9% | 78.6% |
| Surgery: Neurological MGMA 2004 | 93 | 56.2% | 68.5% | 87.2% |
| Surgery: Neurological MGMA 2003 | 91 | 54.4% | 63.5% | 70.0% |
| Surgery: Neurological MGMA 2002 | 57 | 54.1% | 67.9% | 82.7% |
| Surgery: Neurological MGMA 2001 | NR | NA | NR | NR |
| Neurological Surgery AMGA 2011 | 135 | 60.9% | N/A | NR |
| Neurological Surgery AMGA 2010 | 130 | 63.5% | N/A | NR |
| Neurological Surgery AMGA 2009 | 134 | 72.0% | NR | NR |
| Neurosurgery SCA 2011 | 102 | 73.8% | 91.7% | NR |
| Neurosurgery SCA 2010 | 73 | 69.7% | 92.7% | NR |
| Neurosurgery SCA 2009 | 41 | 72.6% | 91.1% | NR |
| Neurosurgery SCA 2008 | 52 | 72.4% | 92.2% | NR |

**Industry Weighted Average**

| | N | Median | 75th Percentile |
|---|---|---|---|
| Neurosurgery 2011 | 353 | 75.4% | 104.1% |
| Neurosurgery 2010 | 366 | 68.3% | 97.5% |
| Neurosurgery 2003 | 314 | 52.1% | 96.8% |
| Neurosurgery 2008 | 150 | 68.0% | 81.4% |

**FMV Compensation ***

| Median | 75th % |
|---|---|
| $ 1,679,135 | $ 1,404,204 |
| $ 2,087,644 | $ 1,503,354 |
| $ 1,235,206 | $ 1,751,645 |
| $ 1,350,601 | $ 1,816,836 |
| $ 1,040,575 | $ 1,197,374 |
| $ 1,051,362 | $ 1,327,392 |
| $ 1,015,794 | $ 1,255,635 |
| $ 739,578 | $ 838,353 |
| $ 518,874 | $ 632,436 |
| $ 490,162 | $ 572,137 |
| $ 511,715 | $ 619,348 |
| $ 913,728 | |
| $ 1,145,724 | |
| $ 1,348,751 | |
| $ 964,761 | $ 1,598,761 |
| $ 1,227,924 | $ 1,676,472 |
| $ 1,343,200 | $ 1,685,476 |
| $ 1,146,691 | $ 1,460,280 |

**Compensation Over (Under) FMV**

| Median | 75th % |
|---|---|
| $ 531,653 | $ 26,594 |
| $ 529,739 | $ 114,026 |
| $ 698,511 | $ 182,672 |
| $ 545,836 | $ 79,601 |
| $ 402,832 | $ 246,033 |
| $ 933,451 | $ 657,441 |
| $ 424,795 | $ 184,954 |
| $ 440,325 | $ 341,550 |
| $ 490,811 | $ 377,249 |
| $ 513,064 | $ 431,669 |
| $ (485,215) | $ (572,846) |
| $ 703,605 | |
| $ 787,993 | |
| $ 547,686 | |
| $ 652,622 | $ 418,622 |
| $ 710,793 | $ 307,245 |
| $ 553,237 | $ 210,961 |
| $ 296,716 | $ 116,682 |

**FMV Compensation ***

| Median | 75th % |
|---|---|
| $ 985,677 | $ 1,360,862 |
| $ 1,198,360 | $ 1,710,690 |
| $ 963,922 | $ 1,787,233 |
| $ 1,077,003 | $ 2,289,236 |

**Compensation Over (Under) FMV**

| Median | 75th % |
|---|---|
| $ 631,708 | $ 256,521 |
| $ 735,357 | $ 223,027 |
| $ 932,515 | $ 109,204 |
| $ 366,404 | $ 154,171 |

**Actual**

| Year | Vinas-Collections | Vinas-Compensation |
|---|---|---|
| 2011 | $ 1,316,030 | $ 1,430,798 |
| 2010 | $ 1,307,264 | $ 1,617,393 |
| 2009 | $ 1,254,554 | $ 1,393,717 |
| 2008 | $ 1,850,138 | $ 1,896,437 |
| 2007 | $ 1,583,828 | $ 1,443,407 |
| 2006 | $ 1,811,858 | $ 1,984,833 |
| 2005 | $ 1,763,532 | $ 1,440,589 |
| 2004 | $ 1,234,688 | $ 1,179,903 |
| 2003 | $ 923,264 | $ 1,009,685 |
| 2002 | $ 901,034 | $ 1,093,226 |
| 2001 | $ 912,148 | $ 46,500 |
| 2000 | $ 357,971 | $ 32,000 |

* Calculated by multiplying actual collections by the median and 75th percentile compensation as a % of collection rates.

EXHIBIT A

Vinas
Neurosurgeon- Start Date-February 2000
Actual WRVUs v. Market WRVUs

**Actual WRVUs**

| Year | Vinas | |
|---|---|---|
| 2011 | 18,765 | ← |
| 2010 | 18,821 | ← |
| 2009 | 24,500 | ← |
| 2008 | 23,489 | ← |
| 2007 | 26,777 | ← |
| 2006 | 28,560 | ← |
| 2005 | 28,067 | ← |
| 2004 | 19,162 | ← |
| 2003 | 15,066 | ← |
| 2002 | 15,033 | ← |
| 2001 | 13,491 | ← |
| 2000 | 4,480 | ← |

**Market Data-Physician WRVUs**

| Market Data-Physician WRVUs | N | Median | 75th% | 90th% |
|---|---|---|---|---|
| Surgery: Neurological MGMA 2012 | 256 | 9,549 | 12,596 | 16,307 |
| Surgery: Neurological MGMA 2011 | 189 | 9,880 | 12,734 | 16,771 |
| Surgery: Neurological MGMA 2010 | 173 | 9,408 | 12,673 | 16,541 |
| Surgery: Neurological MGMA 2009 | 160 | 8,982 | 11,578 | 15,077 |
| Surgery: Neurological MGMA 2008 | 129 | 9,783 | 12,885 | 16,103 |
| Surgery: Neurological MGMA 2007 | 85 | 9,168 | 11,739 | 13,934 |
| Surgery: Neurological MGMA 2006 | 62 | 8,195 | 10,985 | 13,681 |
| Surgery: Neurological MGMA 2005 | 79 | 8,314 | 10,763 | 12,891 |
| Surgery: Neurological MGMA 2004 | 57 | 6,715 | 10,590 | 12,520 |
| Surgery: Neurological MGMA 2003 | 67 | 6,855 | 10,201 | 11,530 |
| Surgery: Neurological MGMA 2002 | 40 | 7,560 | 10,823 | 11,767 |
| Surgery: Neurological MGMA 2001 | 21 | 8,069 | 9,660 | 11,620 |
| Neurological Surgery AMGA 2011 | 212 | 9,280 | 12,898 | 15,454 |
| Neurological Surgery AMGA 2010 | 205 | 9,312 | 13,217 | 16,132 |
| Neurological Surgery AMGA 2009 | 193 | 8,910 | 12,028 | 14,286 |
| Neurosurgery SCA 2011 | 158 | 10,098 | 13,695 | 19,301 |
| Neurosurgery SCA 2010 | 149 | 10,734 | 14,219 | 18,232 |
| Neurosurgery SCA 2009 | 90 | 10,240 | 12,543 | 15,840 |
| Neurosurgery SCA 2008 | 85 | 8,191 | 12,530 | 15,663 |

| Industry Weighted Average | # | Median | 75th | 90th |
|---|---|---|---|---|
| Neurosurgery 2010 | 559 | 9,703 | 13,007 | 16,987 |
| Neurosurgery 2009 | 527 | 9,746 | 13,360 | 16,660 |
| Neurosurgery 2008 | 443 | 9,206 | 11,970 | 14,887 |

**Vinas Actual WRVUs - # Over (under) Market Data**

| Median | 75th% | 90th% |
|---|---|---|
| 9,237 | 6,249 | 2,473 |
| 8,941 | 6,087 | 2,050 |
| 15,092 | 11,827 | 7,959 |
| 19,507 | 16,911 | 13,412 |
| 16,994 | 13,892 | 10,674 |
| 19,392 | 16,621 | 14,626 |
| 19,882 | 17,082 | 14,206 |
| 10,848 | 8,399 | 6,271 |
| 8,351 | 4,473 | 2,546 |
| 6,578 | 4,632 | 3,503 |
| 5,931 | 2,666 | 1,724 |
| (3,589) | (5,480) | (7,140) |
| 9,571 | 5,925 | 3,367 |
| 15,188 | 11,183 | 8,868 |
| 19,579 | 16,461 | 14,203 |
| 8,723 | 5,126 | (480) |
| 13,766 | 10,282 | 6,268 |
| 18,249 | 15,946 | 12,649 |
| 18,596 | 14,241 | 11,114 |

| Median | 75th% | 90th% |
|---|---|---|
| 9,118 | 5,754 | 1,834 |
| 14,754 | 11,140 | 7,640 |
| 19,283 | 16,519 | 13,602 |

**Vinas Actual WRVUs - % of Market**

| Median | 75th% | 90th% |
|---|---|---|
| 317% | 350% | 335% |
| 190% | 440% | 312% |
| 260% | 193% | 148% |
| 317% | 246% | 189% |
| 274% | 206% | 166% |
| 312% | 243% | 203% |
| 343% | 256% | 202% |
| 230% | 378% | 149% |
| 173% | 142% | 120% |
| 170% | 147% | 130% |
| 178% | 125% | 115% |
| 56% | 45% | 30% |
| 203% | 146% | 122% |
| 269% | 182% | 152% |
| 202% | 237% | 199% |
| 186% | 137% | 98% |
| 228% | 172% | 134% |
| 278% | 227% | 180% |
| 327% | 214% | 171% |

| Median | 75th% | 90th% |
|---|---|---|
| 194% | 144% | 111% |
| 251% | 183% | 143% |
| 309% | 238% | 191% |

Note:
WRVUs were calculated from applicable production reports.
2003 weights were used for the years 2000-2003.
For all other years, the applicable CMS tables were utilized.

# EXHIBIT A

Vinas
Neurosurgeon- Start Date-February 2000
Compensation Per wRVU v. Market Compensation Per wRVU

## Actual Compensation Per WRVU

| Year | Vinas | |
|---|---|---|
| 2011 | $ 76.17 | >75th |
| 2010 | $ 85.94 | >75th |
| 2009 | $ 78.93 | <75th |
| 2008 | $ 66.57 | < Median |
| 2007 | $ 53.90 | < Median |
| 2006 | $ 69.50 | > 75th |
| 2005 | $ 51.33 | > Median |
| 2004 | $ 61.58 | < Median |
| 2003 | $ 67.02 | >75th |
| 2002 | $ 66.73 | >75th |
| 2001 | $ 3.45 | |
| 2000 | $ 7.14 | |

## Market Data-Compensation Per WRVU

| Survey | N | Median | 75th % | FMV Compensation * Median | 75th % | Compensation Over (Under) FMV Median | 75th % |
|---|---|---|---|---|---|---|---|
| Surgery Neurological MGMA 2012 | 247 | $ 73.00 | 94.14 | $ 1,371,305 | $ 1,768,420 | $ 59,493 | $ (337,622) |
| Surgery Neurological MGMA 2011 | 182 | $ 69.71 | 92.11 | $ 1,312,012 | $ 1,733,602 | $ 305,371 | $ (116,219) |
| Surgery Neurological MGMA 2010 | 169 | $ 66.06 | 80.27 | $ 1,618,470 | $ 1,966,615 | $ 315,247 | $ (32,898) |
| Surgery Neurological MGMA 2009 | 156 | $ 68.17 | 85.19 | $ 1,942,095 | $ 2,426,978 | $ (45,658) | $ (530,541) |
| Surgery Neurological MGMA 2008 | 129 | $ 69.21 | 91.46 | $ 1,853,236 | $ 2,449,024 | $ (409,829) | $ (1,005,617) |
| Surgery Neurological MGMA 2007 | 81 | $ 58.19 | 71.18 | $ 1,661,906 | $ 2,032,901 | $ 322,927 | $ (48,068) |
| Surgery Neurological MGMA 2006 | 55 | $ 60.70 | 70.48 | $ 1,703,667 | $ 1,978,162 | $ (263,078) | $ (537,573) |
| Surgery Neurological MGMA 2005 | 73 | $ 54.74 | 63.12 | $ 1,048,928 | $ 1,209,505 | $ 130,975 | $ (29,602) |
| Surgery Neurological MGMA 2004 | 57 | $ 55.73 | 71.47 | $ 839,628 | $ 1,076,767 | $ 170,057 | $ (67,082) |
| Surgery Neurological MGMA 2003 | 67 | $ 53.03 | 65.51 | $ 797,200 | $ 984,812 | $ 206,026 | $ 18,414 |
| Surgery Neurological MGMA 2002 | 40 | $ 48.39 | 58.46 | $ 652,829 | $ 788,684 | $ (606,329) | $ (742,184) |
| Surgery Neurological MGMA 2001 | 21 | $ 46.47 | 64.15 | $ 208,186 | $ 287,392 | $ (176,186) | $ (255,392) |
| Neurological Surgery AMGA 2011 | 212 | $ 66.80 | 86.59 | $ 1,254,838 | $ 1,626,593 | $ 362,545 | $ (9,210) |
| Neurological Surgery AMGA 2010 | 205 | $ 66.40 | 88.43 | $ 1,230,893 | $ 1,664,341 | $ 702,824 | $ 269,376 |
| Neurological Surgery AMGA 2009 | 193 | $ 64.31 | 91.54 | $ 1,575,595 | $ 2,242,730 | $ 320,842 | $ (346,293) |
| Neurosurgery SCA 2011 | 158 | $ 62.17 | 73.73 | $ 1,167,863 | $ 1,385,018 | $ 449,520 | $ 232,365 |
| Neurosurgery SCA 2010 | 149 | $ 58.77 | 68.11 | $ 1,106,110 | $ 1,281,898 | $ 827,607 | $ 651,819 |
| Neurosurgery SCA 2009 | 90 | $ 62.20 | 74.17 | $ 1,523,900 | $ 1,817,165 | $ 372,513 | $ 79,272 |
| Neurosurgery SCA 2008 | 85 | $ 61.34 | 76.51 | $ 1,747,515 | $ 2,179,693 | $ (304,108) | $ (736,286) |

| Industry Weighted Average | | Median | 75th Percentile | FMV Compensation * Median | 75th % | Compensation Over (Under) FMV Median | 75th % |
|---|---|---|---|---|---|---|---|
| Neurosurgery 2011 | 552 | $ 66.43 | 84.73 | $ 1,250,279 | $ 1,594,703 | $ 367,104 | $ 22,680 |
| Neurosurgery 2010 | 523 | $ 63.72 | 80.00 | $ 1,561,140 | $ 1,960,000 | $ 372,577 | $ (26,283) |
| Neurosurgery 2009 | 439 | $ 65.25 | 85.72 | $ 1,858,907 | $ 2,442,077 | $ 37,530 | $ (545,640) |
| Neurosurgery 2008 | 214 | $ 66.08 | 85.52 | $ 1,769,424 | $ 2,289,969 | $ (326,017) | $ (846,562) |

## Actual

| Year | Vinas WRVUs | Vinas Compensation |
|---|---|---|
| 2011 | 18,785 | $ 1,430,798 |
| 2010 | 18,821 | $ 1,617,383 |
| 2009 | 24,500 | $ 1,933,717 |
| 2008 | 28,489 | $ 1,896,437 |
| 2007 | 26,777 | $ 1,443,407 |
| 2006 | 28,560 | $ 1,984,833 |
| 2005 | 28,067 | $ 1,440,589 |
| 2004 | 19,162 | $ 1,179,903 |
| 2003 | 15,066 | $ 1,009,685 |
| 2002 | 15,033 | $ 1,003,226 |
| 2001 | 13,491 | $ 46,500 |
| 2000 | 4,480 | $ 32,000 |

* Calculated by multiplying actual WRVUs by the Market's median and 75th percentile compensation per WRVU amounts.

**EXHIBIT B**

Khanna
Neurosurgeon- Start Date July 7, 2001
Total Compensation v Market Data

**Specialty Neurosurgery Actual Pay**

| Year | Khanna | Khanna 1099-Misc | Total |
|---|---|---|---|
| 2011 | $ 1,134,951 | | $ 1,134,951 |
| 2010 | $ 1,107,519 | | $ 1,107,519 |
| 2009 | $ 1,506,217 | | $ 1,506,217 |
| 2008 | $ 1,724,600 | | $ 1,724,600 |
| 2007 | $ 1,714,064 | | $ 1,714,064 |
| 2006 | $ 1,910,913 | | $ 1,910,913 |
| 2005 | $ 1,709,902 | | $ 1,709,902 |
| 2004 | $ 1,302,879 | $ 49,000 | $ 1,351,879 |
| 2003 | $ 1,466,661 | $ 22,000 | $ 1,488,661 |
| 2002 | $ 780,186 | $ 43,500 | $ 823,686 |
| 2001 | $ n/a | | |
| 2000 | $ n/a | $ 58,592 | $ 58,592 |

Note: No wage information was provided for 2001, effective start date mid 2000

**Market Data: Total Compensation**

| Survey Source | Number of Respondents | Median | 75th % | 90th % | Khanna over (under) Median | Khanna over (under) 75th Percentile | Khanna over (under) 90th Percentile | Khanna % of Median | Khanna % of 75th Percentile | Khanna % of 90th Percentile |
|---|---|---|---|---|---|---|---|---|---|---|
| Surgery: Neurological MGMA 2012 | 312 | $ 704,170 | $ 930,473 | $ 1,229,881 | $ 430,781 | $ 204,478 | $ (94,930) | 161% | 122% | 92% |
| Surgery: Neurological MGMA 2011 | 261 | $ 701,928 | $ 947,018 | $ 1,239,560 | $ 405,591 | $ 160,504 | $ (132,041) | 158% | 117% | 89% |
| Surgery: Neurological MGMA 2010 | 256 | $ 600,525 | $ 821,850 | $ 1,072,089 | $ 905,692 | $ 684,387 | $ 434,128 | 251% | 183% | 140% |
| Surgery: Neurological MGMA 2009 | 267 | $ 600,060 | $ 819,696 | $ 1,050,293 | $ 1,124,600 | $ 904,764 | $ 674,367 | 287% | 210% | 164% |
| Surgery: Neurological MGMA 2008 | 237 | $ 637,986 | $ 841,647 | $ 1,200,081 | $ 1,076,169 | $ 873,017 | $ 514,018 | 269% | 204% | 143% |
| Surgery: Neurological MGMA 2007 | 226 | $ 571,767 | $ 796,317 | $ 923,096 | $ 1,339,126 | $ 1,154,596 | $ 987,818 | 335% | 259% | 207% |
| Surgery: Neurological MGMA 2006 | 176 | $ 578,212 | $ 740,209 | $ 860,583 | $ 1,131,690 | $ 969,693 | $ 829,319 | 296% | 231% | 194% |
| Surgery: Neurological MGMA 2005 | 185 | $ 542,894 | $ 705,979 | $ 1,000,324 | $ 808,085 | $ 645,900 | $ 351,555 | 249% | 191% | 135% |
| Surgery: Neurological MGMA 2004 | 169 | $ 533,562 | $ 708,076 | $ 891,336 | $ 955,099 | $ 780,585 | $ 597,325 | 279% | 210% | 167% |
| Surgery: Neurological MGMA 2003 | 201 | $ 470,476 | $ 614,020 | $ 855,159 | $ 353,210 | $ 209,666 | $ (31,473) | 275% | 134% | 96% |
| Surgery: Neurological MGMA 2002 | 139 | $ 438,032 | $ 547,370 | $ 691,825 | | | | | | |
| Surgery: Neurological MGMA 2001 | 131 | $ 457,919 | $ 618,403 | $ 893,210 | | | | | | |
| Neurological Surgery AMGA 2011 | 312 | $ 625,300 | $ 804,011 | $ 931,474 | $ 482,210 | $ 302,958 | $ 176,045 | 177% | 138% | 119% |
| Neurological Surgery AMGA 2010 | 281 | $ 592,911 | $ 707,107 | $ 841,003 | $ 913,406 | $ 739,110 | $ 565,214 | 254% | 196% | 160% |
| Neurological Surgery AMGA 2009 | 258 | $ 548,186 | $ 719,368 | $ 846,408 | $ 1,176,414 | $ 1,005,032 | $ 878,104 | 315% | 240% | 204% |
| Neurosurgery SCA 2011 | 345 | $ 600,000 | $ 750,006 | $ 921,598 | $ 507,519 | $ 357,513 | $ 185,921 | 185% | 148% | 120% |
| Neurosurgery SCA 2010 | 298 | $ 561,155 | $ 750,010 | $ 900,010 | $ 945,062 | $ 756,207 | $ 606,207 | 268% | 201% | 167% |
| Neurosurgery SCA 2009 | 201 | $ 529,500 | $ 674,375 | $ 870,341 | $ 1,195,100 | $ 1,050,225 | $ 854,259 | 336% | 256% | 198% |
| Neurosurgery SCA 2008 | 199 | $ 513,000 | $ 653,600 | $ 870,333 | $ 1,201,064 | $ 1,060,664 | $ 843,731 | 334% | 262% | 197% |

**Industry Weighted Average**

| | Number | Median | 75th | 90th | Median $ | 75th $ | 90th $ | Median % | 75th % | 90th % |
|---|---|---|---|---|---|---|---|---|---|---|
| Neurosurgery 2010 | 919 | $ 637,537 | $ 824,496 | $ 1,015,253 | $ 469,982 | $ 283,023 | $ 92,266 | 178% | 138% | 112% |
| Neurosurgery 2009 | 835 | $ 583,878 | $ 777,783 | $ 966,562 | $ 922,439 | $ 728,434 | $ 339,655 | 160% | 142% | 115% |
| Neurosurgery 2008 | 726 | $ 562,068 | $ 743,931 | $ 928,048 | $ 1,163,532 | $ 980,069 | $ 796,552 | 266% | 202% | 152% |

# EXHIBIT B

**Khanna**
Neurosurgeon- Start Date-July 7, 2001
Actual Collections v. Market Collections

## Actual Collections

| Year | Khanna | Source (Production Reports & Billing Data) | |
|---|---|---|---|
| 2011 | $ 732,000 | HHL 01011337 | +Medhas |
| 2010 | $ 828,512 | HHL 01011337 | +Medhas |
| 2009 | $ 1,112,194 | HHL 10112247 | +Plus |
| 2008 | $ 1,354,693 | HHL 12012247 | +BMI |
| 2007 | $ 1,766,242 | PFI 0002/26, HHL 17012247 | +SMI |
| 2006 | $ 2,127,320 | PFI 0002739, HHL 17042442 | +Plus |
| 2005 | $ 1,842,965 | PFI 0002739, HHL 42042442 | +BMI |
| 2004 | $ 1,474,742 | PFI 0092793, HHL 41042442 | +BMI |
| 2003 | $ 1,067,694 | PFI 0093799, HHL 41042449 | +Plus |
| 2002 | $ 1,062,368 | PFI 0092771, HHL 41042439 | +Plus |
| 2001 ** | $ 825,378 | PFI 0003719, HHL 41042449 | +Medhas |
| 2000* | $ 623,044 | PFI 0004739 | +Medhas |

\* Prior to effective date of employment. ** Employed for 1/2 year.

## Market Data-Physician Collections

| Survey | N | Median | 75th % | 90th % |
|---|---|---|---|---|
| Surgery Neurological MGMA 2012 | 117 | $850,505 | $1,221,653 | $1,540,162 |
| Surgery Neurological MGMA 2011 | 118 | $672,622 | $1,165,939 | $1,561,692 |
| Surgery Neurological MGMA 2010 | 155 | $804,613 | $1,226,551 | $1,613,303 |
| Surgery Neurological MGMA 2009 | 138 | $829,510 | $1,226,068 | $1,543,284 |
| Surgery Neurological MGMA 2008 | 124 | $882,541 | $1,351,696 | $1,836,169 |
| Surgery Neurological MGMA 2007 | 109 | $881,698 | $1,210,802 | $1,836,050 |
| Surgery Neurological MGMA 2006 | 91 | $961,490 | $1,298,270 | $1,886,101 |
| Surgery Neurological MGMA 2005 | 107 | $865,675 | $1,096,077 | $1,454,070 |
| Surgery Neurological MGMA 2004 | 93 | $957,974 | $1,226,540 | $1,423,305 |
| Surgery Neurological MGMA 2003 | 92 | $930,451 | $1,182,625 | $1,610,457 |
| Surgery Neurological MGMA 2002 | 57 | $946,207 | $1,256,242 | $1,682,454 |
| Surgery Neurological MGMA 2001 | 106 | $792,169 | $1,089,499 | $1,625,458 |
| Neurological Surgery AMGA 2011 | 135 | $871,026 | $1,318,551 | $1,637,800 |
| Neurological Surgery AMGA 2010 | 139 | $811,124 | $1,370,241 | $1,729,199 |
| Neurological Surgery AMGA 2009 | 137 | $702,447 | $1,074,935 | $1,450,410 |
| Neurosurgery SCA 2011 | 102 | $891,214 | $1,233,000 | $1,752,424 |
| Neurosurgery SCA 2010 | 73 | $830,000 | $1,045,900 | $1,425,280 |
| Neurosurgery SCA 2009 | 41 | $661,250 | $982,353 | $1,266,500 |
| Neurosurgery SCA 2008 | 52 | $823,500 | $1,081,118 | $1,521,200 |

| Industry Weighted Average | # | Median | 75th | 90th |
|---|---|---|---|---|
| Neurosurgery 2010 | 355 | $877,355 | $1,243,243 | $1,645,436 |
| Neurosurgery 2009 | 367 | $820,102 | $1,248,579 | $1,619,824 |
| Neurosurgery 2008 | 316 | $778,541 | $1,216,929 | $1,641,791 |

## Collections $- Over (under) Market Data

| Median | 75th % | 90th % |
|---|---|---|
| $(112,505) | $(489,853) | $(608,162) |
| $(44,110) | $(337,427) | $(733,180) |
| $307,581 | $(117,357) | $(501,199) |
| $525,183 | $128,625 | $(588,591) |
| $883,901 | $414,586 | $(69,937) |
| $1,245,622 | $916,518 | $292,270 |
| $881,475 | $584,695 | $(43,136) |
| $609,667 | $379,665 | $20,672 |
| $109,720 | $160,846 | $(355,611) |
| $131,917 | $(120,257) | $(548,089) |
| $(120,829) | $(490,864) | $(857,076) |
| $(169,125) | $(457,455) | $(1,002,414) |
| $(42,508) | $(490,039) | $(609,288) |
| $281,070 | $(264,047) | $(616,972) |
| $652,246 | $279,758 | $(95,717) |
| $(62,702) | $404,488 | $(923,912) |
| $280,194 | $66,294 | $(313,086) |
| $493,443 | $392,340 | $88,193 |
| $942,942 | $685,124 | $245,042 |

| Median | 75th % | 90th % |
|---|---|---|
| $(48,849) | $(414,731) | $(816,924) |
| $292,092 | $(136,385) | $(507,630) |
| $576,152 | $228,364 | $(287,098) |

## Collections - % of Market

| Median | 75th % | 90th % |
|---|---|---|
| 86% | 60% | 48% |
| 95% | 71% | 53% |
| 138% | 90% | 69% |
| 163% | 110% | 70% |
| 200% | 131% | 95% |
| 241% | 176% | 116% |
| 192% | 140% | 99% |
| 170% | 135% | 101% |
| 111% | 87% | 75% |
| 114% | 90% | 66% |
| 87% | 66% | 49% |
| 79% | 58% | 38% |
| 95% | 63% | 51% |
| 134% | 81% | 64% |
| 193% | 126% | 93% |
| 93% | 67% | 47% |
| 134% | 106% | 78% |
| 157% | 141% | 107% |
| 215% | 163% | 116% |

| 50th% | 75th % | 90th % |
|---|---|---|
| 94% | 67% | 50% |
| 136% | 89% | 69% |
| 174% | 120% | 83% |

# EXHIBIT B

**Khanna**
Neurosurgeon- Start Date-July 7, 2001
Compensation as a % of Collections v. Market %

### Actual Compensation as a % of Collections

| Year | Khanna | |
|---|---|---|
| 2011 | 155.05% | >90th |
| 2010 | 133.68% | >75th |
| 2009 | 135.43% | >75th |
| 2008 | 127.31% | >75th |
| 2007 | 97.05% | >90th |
| 2006 | 89.83% | >90th |
| 2005 | 92.78% | >90th |
| 2004 | 91.67% | >90th |
| 2003 | 139.43% | >90th |
| 2002 | 77.53% | >90th |

### Market Data-Compensation as a % of Collections

| Survey | N | Median | 75th % |
|---|---|---|---|
| Surgery: Neurological MGMA 2012 | 116 | 82.0% | 106.7% |
| Surgery: Neurological MGMA 2011 | 116 | 83.2% | 115.0% |
| Surgery: Neurological MGMA 2010 | 154 | 70.4% | 99.8% |
| Surgery: Neurological MGMA 2009 | 139 | 73.0% | 98.2% |
| Surgery: Neurological MGMA 2008 | 98 | 65.7% | 75.6% |
| Surgery: Neurological MGMA 2007 | 85 | 57.9% | 73.1% |
| Surgery: Neurological MGMA 2006 | 81 | 57.6% | 71.2% |
| Surgery: Neurological MGMA 2005 | 96 | 59.9% | 67.9% |
| Surgery: Neurological MGMA 2004 | 93 | 56.2% | 68.5% |
| Surgery: Neurological MGMA 2003 | 91 | 54.4% | 63.5% |
| Neurological Surgery AMGA 2011 | 135 | 69.9% | NR |
| Neurological Surgery AMGA 2010 | 139 | 65.3% | NR |
| Neurological Surgery AMGA 2009 | 134 | 72.0% | NR |
| Neurosurgery SCA 2011 | 102 | 73.8% | 91.7% |
| Neurosurgery SCA 2010 | 73 | 69.7% | 92.7% |
| Neurosurgery SCA 2009 | 41 | 72.6% | 91.1% |
| Neurosurgery SCA 2008 | 52 | 72.4% | 92.2% |

### FMV Compensation *

| Median | 75th % |
|---|---|
| $ 600,240 | $ 781,044 |
| $ 689,322 | $ 952,789 |
| $ 782,985 | $ 1,109,970 |
| $ 988,926 | $ 1,330,309 |
| $ 1,160,421 | $ 1,335,279 |
| $ 1,231,718 | $ 1,555,071 |
| $ 1,061,548 | $ 1,312,191 |
| $ 883,370 | $ 1,001,350 |
| $ 600,044 | $ 731,370 |
| $ 577,928 | $ 674,604 |
| $ 579,130 | |
| $ 726,263 | |
| $ 987,571 | |
| $ 611,442 | $ 759,746 |
| $ 775,199 | $ 1,031,064 |
| $ 983,507 | $ 1,234,125 |
| $ 1,278,759 | $ 1,628,475 |

### Compensation Over (Under) FMV

| Median | 75th % |
|---|---|
| $ 534,711 | $ 353,907 |
| $ 418,197 | $ 154,730 |
| $ 723,232 | $ 396,247 |
| $ 735,674 | $ 394,291 |
| $ 553,643 | $ 378,785 |
| $ 679,195 | $ 355,842 |
| $ 648,354 | $ 397,711 |
| $ 468,509 | $ 350,529 |
| $ 888,617 | $ 757,291 |
| $ 245,758 | $ 149,082 |
| $ 528,389 | |
| $ 779,954 | |
| $ 737,029 | |
| $ 496,077 | $ 347,773 |
| $ 731,018 | $ 475,213 |
| $ 741,093 | $ 490,475 |
| $ 435,305 | $ 85,589 |

### Industry Weighted Average

| | N | Median | 75th Percentile |
|---|---|---|---|
| Neurosurgery 2011 | 353 | 75.4% | 104.1% |
| Neurosurgery 2010 | 366 | 68.3% | 97.5% |
| Neurosurgery 2009 | 314 | 52.1% | 96.6% |
| Neurosurgery 2008 | 150 | 68.0% | 81.4% |

### FMV Compensation *

| Median | 75th % |
|---|---|
| $ 624,698 | $ 862,481 |
| $ 759,629 | $ 1,084,389 |
| $ 705,795 | $ 1,308,633 |
| $ 1,201,045 | $ 1,437,721 |

### Compensation Over (Under) FMV

| Median | 75th % |
|---|---|
| $ 482,821 | $ 245,038 |
| $ 746,588 | $ 421,828 |
| $ 1,018,805 | $ 415,967 |
| $ 513,019 | $ 276,343 |

### Actual

| Year | Collections Khanna | Wages Khanna |
|---|---|---|
| 2011 | $ 732,000 | $ 1,134,951 |
| 2010 | $ 828,512 | $ 1,107,519 |
| 2009 | $ 1,112,194 | $ 1,506,217 |
| 2008 | $ 1,354,693 | $ 1,724,600 |
| 2007 | $ 3,766,242 | $ 1,714,064 |
| 2006 | $ 2,127,320 | $ 1,910,913 |
| 2005 | $ 1,842,965 | $ 1,709,902 |
| 2004 | $ 1,474,742 | $ 1,351,879 |
| 2003 | $ 1,067,694 | $ 1,488,661 |
| 2002 | $ 1,062,368 | $ 823,686 |
| 2001 | $ 825,378 | $ - |
| 2000 | $ 623,044 | $ 58,500 |

* Calculated by multiplying actual collections by the median and 75th percentile compensation as a % of collection rates.

# EXHIBIT B

Khanna
Neurosurgeon- Start Date-July 7, 2001
Actual WRVUs v. Market WRVUs

## Actual WRVUs

| Year | Khanna |
|---|---|
| 2011 | 12,426 |
| 2010 | 14,883 |
| 2009 | 17,584 |
| 2008 | 22,767 |
| 2007 | 35,877 |
| 2006 | 35,101 |
| 2005 | 23,015 |
| 2004 | 18,900 |
| 2003 | 15,837 |
| 2002 | 15,492 |
| 2001 ** | 12,811 |
| 2000 * | 9,803 |

* Prior to effective date of employment.  ** Employed for 1/2 year.

## Market Data-Physician WRVUs

| | N | Median | 75th % | 90th % |
|---|---|---|---|---|
| Surgery: Neurological MGMA 2012 | 256 | 9,548 | 12,536 | 16,307 |
| Surgery: Neurological MGMA 2011 | 189 | 9,880 | 12,734 | 16,771 |
| Surgery: Neurological MGMA 2010 | 173 | 9,408 | 12,673 | 16,541 |
| Surgery: Neurological MGMA 2009 | 160 | 8,982 | 11,578 | 15,077 |
| Surgery: Neurological MGMA 2008 | 129 | 9,783 | 12,885 | 16,103 |
| Surgery: Neurological MGMA 2007 | 69 | 9,168 | 11,739 | 13,934 |
| Surgery: Neurological MGMA 2006 | 62 | 8,185 | 10,985 | 13,861 |
| Surgery: Neurological MGMA 2005 | 79 | 8,314 | 10,763 | 12,891 |
| Surgery: Neurological MGMA 2004 | 57 | 8,715 | 10,593 | 12,520 |
| Surgery: Neurological MGMA 2003 | 67 | 8,455 | 10,201 | 11,530 |
| Surgery: Neurological MGMA 2002 | 40 | 7,560 | 10,823 | 11,767 |
| Surgery: Neurological MGMA 2001 | 21 | 8,069 | 9,960 | 11,620 |
| Neurological Surgery AMGA 2011 | 212 | 9,250 | 12,896 | 15,454 |
| Neurological Surgery AMGA 2010 | 205 | 9,312 | 10,317 | 16,132 |
| Neurological Surgery AMGA 2009 | 193 | 8,910 | 12,028 | 14,286 |
| Neurosurgery SCA 2011 | 158 | 10,098 | 13,695 | 19,301 |
| Neurosurgery SCA 2010 | 149 | 10,734 | 14,218 | 18,232 |
| Neurosurgery SCA 2009 | 90 | 10,240 | 12,543 | 15,840 |
| Neurosurgery SCA 2008 | 85 | 8,181 | 12,536 | 15,663 |

| Industry Weighted Average | # | Median | 25th | 90th |
|---|---|---|---|---|
| Neurosurgery 2010 | 559 | 9,703 | 13,067 | 16,987 |
| Neurosurgery 2009 | 527 | 9,746 | 13,360 | 16,860 |
| Neurosurgery 2008 | 443 | 9,206 | 11,970 | 14,987 |

## Khanna Actual WRVUs - # Over (under) Market Data

| Median | 75th % | 90th % |
|---|---|---|
| 2,878 | (110) | (3,881) |
| 5,003 | 2,149 | (1,888) |
| 8,176 | 4,911 | 1,043 |
| 13,785 | 11,189 | 7,690 |
| 26,094 | 22,992 | 19,774 |
| 25,933 | 23,362 | 21,167 |
| 14,830 | 12,030 | 9,154 |
| 10,586 | 8,137 | 6,009 |
| 7,122 | 5,244 | 3,317 |
| 7,037 | 5,291 | 3,962 |
| 5,251 | 1,988 | 1,044 |
| 1,734 | (157) | (1,817) |
| 5,633 | 1,987 | (571) |
| 8,272 | 4,267 | 1,452 |
| 13,857 | 10,739 | 8,481 |
| 4,785 | 1,188 | (4,418) |
| 6,850 | 3,366 | (648) |
| 12,527 | 10,214 | 6,927 |
| 27,696 | 23,341 | 20,214 |

| Median | 75th % | 90th % |
|---|---|---|
| 5,180 | 1,816 | (2,104) |
| 7,838 | 4,224 | 724 |
| 13,561 | 10,797 | 7,880 |

## Khanna Actual WRVUs - % of Market

| Median | 75th % | 90th % |
|---|---|---|
| 130% | 99% | 76% |
| 151% | 117% | 89% |
| 187% | 139% | 106% |
| 253% | 197% | 151% |
| 367% | 278% | 223% |
| 383% | 299% | 252% |
| 281% | 210% | 166% |
| 227% | 176% | 147% |
| 182% | 150% | 126% |
| 183% | 152% | 154% |
| 169% | 118% | 109% |
| 121% | 98% | 84% |
| 161% | 115% | 96% |
| 189% | 132% | 109% |
| 256% | 189% | 159% |
| 147% | 109% | 77% |
| 164% | 124% | 96% |
| 232% | 182% | 144% |
| 439% | 286% | 229% |

| Median | 75th % | 90th % |
|---|---|---|
| 153% | 114% | 88% |
| 180% | 132% | 104% |
| 247% | 190% | 153% |

WRVUs were calculated from applicable production reports
2003 weights were used for the years 2000-2003.
For all other years, the applicable CMS tables were utilized.

# EXHIBIT B

Khanna
Neurosurgeon- Start Date-July 7, 2001
Compensation Per wRVU v. Market Compensation Per wRVU

## Actual Compensation per wRVU

| Year | Khanna | |
|---|---|---|
| 2011 | $91.34 | <75th |
| 2010 | $74.42 | <75th |
| 2009 | $85.66 | >75th |
| 2008 | $75.75 | <75th |
| 2007 | $47.78 | <Median |
| 2006 | $54.44 | <Median |
| 2005 | $74.30 | >75th |
| 2004 | $71.53 | >75th |
| 2003 | $94.00 | >75th |
| 2002 | $53.17 | <Median |

## Market Data-Compensation per wRVU

| Survey | N | Median | 75th % | FMV Compensation * Median | FMV Compensation * 75th % | Compensation Over (Under) FMV Median | Compensation Over (Under) FMV 75th % |
|---|---|---|---|---|---|---|---|
| Surgery: Neurological MGMA 2012 | 247 | $73.00 | 94.14 | $907,098 | $1,169,784 | $227,853 | $(34,833) |
| Surgery: Neurological MGMA 2011 | 182 | $69.71 | 92.11 | $1,037,494 | $1,370,873 | $70,025 | $(263,354) |
| Surgery: Neurological MGMA 2010 | 169 | $66.06 | 80.27 | $1,161,599 | $1,411,468 | $344,618 | $94,749 |
| Surgery: Neurological MGMA 2009 | 156 | $68.17 | 85.19 | $1,552,026 | $1,939,521 | $172,574 | $(214,921) |
| Surgery: Neurological MGMA 2008 | 129 | $69.21 | 91.46 | $2,483,047 | $3,281,310 | $(768,983) | $(1,567,246) |
| Surgery: Neurological MGMA 2007 | 81 | $58.19 | 71.18 | $2,042,527 | $2,498,489 | $(131,614) | $(587,576) |
| Surgery: Neurological MGMA 2006 | 55 | $60.70 | 70.48 | $1,397,011 | $1,622,097 | $312,892 | $87,805 |
| Surgery: Neurological MGMA 2005 | 73 | $54.74 | 63.12 | $1,034,586 | $1,192,968 | $317,293 | $158,911 |
| Surgery: Neurological MGMA 2004 | 57 | $55.73 | 71.47 | $882,596 | $1,131,870 | $606,065 | $356,791 |
| Surgery: Neurological MGMA 2003 | 67 | $53.03 | 65.51 | $821,541 | $1,014,881 | $2,145 | $(191,195) |
| Neurological Surgery AMGA 2011 | 212 | $66.80 | 86.50 | $830,057 | $1,075,967 | $277,462 | $31,552 |
| Neurological Surgery AMGA 2010 | 205 | $65.40 | 86.43 | $973,348 | $1,316,104 | $532,869 | $190,113 |
| Neurological Surgery AMGA 2009 | 193 | $64.31 | 91.54 | $1,130,827 | $1,609,639 | $593,773 | $114,961 |
| Neurosurgery SCA 2011 | 158 | $62.17 | 73.73 | $772,524 | $916,169 | $334,995 | $191,350 |
| Neurosurgery SCA 2010 | 149 | $58.77 | 68.11 | $874,674 | $1,013,681 | $631,543 | $492,536 |
| Neurosurgery SCA 2009 | 90 | $62.20 | 74.17 | $1,093,725 | $1,304,205 | $630,875 | $420,395 |
| Neurosurgery SCA 2008 | 85 | $61.34 | 76.51 | $1,396,528 | $1,741,903 | $317,536 | $(27,839) |

| Industry Weighted Average | N | Median | 75th Percentile | FMV Compensation * Median | FMV Compensation * 75th % | Compensation Over (Under) FMV Median | Compensation Over (Under) FMV 75th % |
|---|---|---|---|---|---|---|---|
| Neurosurgery 2011 | 552 | $66.43 | 84.73 | $988,678 | $1,261,037 | $118,841 | $(153,518) |
| Neurosurgery 2010 | 523 | $63.72 | 80.00 | $1,120,452 | $1,406,720 | $385,765 | $99,497 |
| Neurosurgery 2009 | 439 | $65.25 | 85.72 | $1,485,547 | $1,951,587 | $239,053 | $(226,087) |
| Neurosurgery 2008 | 214 | $66.08 | 85.52 | $2,370,752 | $3,068,201 | $(656,688) | $(1,354,137) |

## Actual

| Year | Khanna WRVUs | Khanna Compensation |
|---|---|---|
| 2011 | 12,426 | $1,134,951 |
| 2010 | 14,883 | $1,107,519 |
| 2009 | 17,584 | $1,506,217 |
| 2008 | 22,767 | $1,724,600 |
| 2007 | 35,877 | $1,714,064 |
| 2006 | 35,101 | $1,910,913 |
| 2005 | 23,015 | $1,709,902 |
| 2004 | 18,900 | $1,351,879 |
| 2003 | 15,837 | $1,488,661 |
| 2002 | 15,492 | $823,686 |
| 2001 | 12,811 | - |
| 2000 | 9,803 | $58,500 |

* Calculated by multiplying actual WRVUs by the Market's median and 75th percentile compensation per WRVU amounts.

EXHIBIT C

**Kuhn**
Neurosurgeon- Start Date-February 14, 2003
Total Compensation v Market Data

### Specialty-Neurosurgery-Actual Pay

| Year | Kuhn | Kuhn 1099-Misc | Total |
|---|---|---|---|
| 2011 | $ 1,086,541 | | $ 1,086,541 |
| 2010 | $ 1,186,346 | | $ 1,186,346 |
| 2009 | $ 1,154,921 | | $ 1,154,921 |
| 2008 | $ 1,154,989 | | $ 1,154,989 |
| 2007 | $ 1,217,137 | | $ 1,217,137 |
| 2006 | $ 1,253,335 | | $ 1,253,335 |
| 2005 | $ 1,032,523 | | $ 1,032,523 |
| 2004 | $ 1,032,407 | $ 46,386 | $ 1,078,793 |
| 2003 | $ 504,302 | $ 82,871 | $ 587,173 |
| 2002 | n/a | $ 158,361 | $ 158,361 |

Source: BK's

### Market Data- Total Compensation

| Survey Source | Number of Respondents | Median | 75th % | 90th % | $ Compensation Over (Under) Kuhn over (under) Median | Kuhn over (under) 75th Percentile | Kuhn over (under) 90th Percentile | Actual Compensation % of Market Kuhn % of Median | Kuhn % of 25th Percentile | Kuhn % of 90th Percentile |
|---|---|---|---|---|---|---|---|---|---|---|
| Surgery Neurological MGMA 2012 | 312 | $ 704,170 | $ 930,473 | $ 1,229,881 | $ 382,371 | $ 156,068 | $ (143,340) | 154% | 117% | 88% |
| Surgery Neurological MGMA 2011 | 261 | $ 701,028 | $ 947,015 | $ 1,239,560 | $ 484,416 | $ 239,331 | $ (53,214) | 169% | 125% | 96% |
| Surgery Neurological MGMA 2010 | 256 | $ 600,525 | $ 821,830 | $ 1,072,089 | $ 554,396 | $ 333,091 | $ 82,832 | 192% | 141% | 100% |
| Surgery Neurological MGMA 2009 | 267 | $ 600,000 | $ 819,836 | $ 1,050,293 | $ 554,989 | $ 335,153 | $ 104,696 | 192% | 141% | 110% |
| Surgery Neurological MGMA 2008 | 237 | $ 637,895 | $ 841,047 | $ 1,200,051 | $ 579,242 | $ 376,090 | $ 17,086 | 191% | 145% | 101% |
| Surgery Neurological MGMA 2007 | 226 | $ 571,787 | $ 756,317 | $ 923,095 | $ 681,548 | $ 497,018 | $ 330,240 | 219% | 166% | 136% |
| Surgery Neurological MGMA 2006 | 176 | $ 578,212 | $ 740,209 | $ 860,563 | $ 454,311 | $ 292,314 | $ 151,940 | 179% | 139% | 117% |
| Surgery Neurological MGMA 2005 | 185 | $ 542,984 | $ 705,079 | $ 1,000,324 | $ 535,899 | $ 372,814 | $ 78,469 | 199% | 153% | 108% |
| Surgery Neurological MGMA 2004 | 169 | $ 533,562 | $ 708,976 | $ 891,336 | $ 53,611 | $ (126,503) | $ (304,163) | 110% | 83% | 66% |
| Surgery Neurological MGMA 2003 | 201 | $ 470,476 | $ 614,020 | $ 855,159 | $ (812,113) | $ (455,657) | $ (606,799) | 34% | 26% | 19% |
| Neurological Surgery AMGA 2011 | 312 | $ 625,000 | $ 804,611 | $ 931,474 | $ 561,046 | $ 381,735 | $ 254,872 | 190% | 147% | 127% |
| Neurological Surgery AMGA 2010 | 281 | $ 592,911 | $ 787,107 | $ 841,003 | $ 562,120 | $ 387,814 | $ 213,918 | 195% | 151% | 123% |
| Neurological Surgery AMGA 2009 | 258 | $ 648,165 | $ 719,568 | $ 848,496 | $ 606,803 | $ 435,421 | $ 308,493 | 211% | 163% | 136% |
| Neurosurgery SCA 2011 | 346 | $ 600,000 | $ 750,006 | $ 921,598 | $ 586,346 | $ 436,380 | $ 264,748 | 188% | 158% | 129% |
| Neurosurgery SCA 2010 | 298 | $ 561,155 | $ 750,010 | $ 900,010 | $ 593,766 | $ 404,911 | $ 254,911 | 200% | 164% | 128% |
| Neurosurgery SCA 2009 | 201 | $ 529,500 | $ 674,375 | $ 870,341 | $ 625,489 | $ 480,614 | $ 284,648 | 218% | 171% | 133% |
| Neurosurgery SCA 2008 | 199 | $ 513,000 | $ 653,400 | $ 870,333 | $ 704,137 | $ 563,737 | $ 346,604 | 237% | 186% | 140% |

| Industry Weighted Average | Number | Median | 75th | 90th | Median | 75th % | 90th % | Median | 75th % | 90th % |
|---|---|---|---|---|---|---|---|---|---|---|
| Neurosurgery 2010 | 919 | $ 637,537 | $ 824,496 | $ 1,015,253 | $ 548,809 | $ 361,850 | $ 171,093 | 170% | 137% | 107% |
| Neurosurgery 2009 | 833 | $ 583,878 | $ 777,783 | $ 966,562 | $ 571,043 | $ 377,138 | $ 186,359 | 203% | 153% | 123% |
| Neurosurgery 2008 | 726 | $ 562,068 | $ 743,931 | $ 928,048 | $ 592,921 | $ 411,058 | $ 226,941 | 206% | 155% | 124% |

EXHIBIT C

**Kuhn**
Neurosurgeon- Start Date-February 14, 2003
Actual Collections v. Market Collections

### Actual Collections

| Year | Kuhn | Source (Production Reports & Billing Data) |
|---|---|---|
| 2011 | 754,395 | HAL 2.001159 |
| 2010 | 844,683 | HAL 2.001159 |
| 2009 | 1,063,597 | HAL 2.001159 |
| 2008 | 1,227,211 | HAL 2.001159 / HAL 2.020120, 0121180, 1541326 |
| 2007 | 1,138,702 | HAL 2.020122 0.041435 |
| 2006 | 1,268,106 | HAL 2.020032, 0941636 |
| 2005 | 1,114,911 | HAL 2.020007, 0941635 |
| 2004 | 923,741 | HAL 2.030104, 0941643 |
| 2003 | 900,985 | HAL 2.030405, 0941681 |
| 2002 | 864,289 | HAL 2.030606, 0941436 |
| 2001 | 1,112,233 | HAL 2.030908 0941436 |
| 2000 | 1,075,554 | HAL 2.030108 |

Note: 2000-2002 –Production data prevailed before effective start date

### Market Data Physician Collections

| Survey | N | Median | 75th % | 90th % |
|---|---|---|---|---|
| Surgery: Neurological MGMA 2012 | 117 | $ 650,595 | $ 1,221,853 | $ 1,540,162 |
| Surgery: Neurological MGMA 2011 | 118 | $ 872,622 | $ 1,166,939 | $ 1,561,692 |
| Surgery: Neurological MGMA 2010 | 155 | $ 604,613 | $ 1,229,561 | $ 1,613,302 |
| Surgery: Neurological MGMA 2009 | 138 | $ 629,510 | $ 1,225,088 | $ 1,643,284 |
| Surgery: Neurological MGMA 2008 | 124 | $ 682,341 | $ 1,361,656 | $ 1,836,169 |
| Surgery: Neurological MGMA 2007 | 109 | $ 681,698 | $ 1,210,802 | $ 1,835,050 |
| Surgery: Neurological MGMA 2006 | 91 | $ 961,490 | $ 1,258,270 | $ 1,886,101 |
| Surgery: Neurological MGMA 2005 | 107 | $ 865,675 | $ 1,095,077 | $ 1,454,070 |
| Surgery: Neurological MGMA 2004 | 93 | $ 957,074 | $ 1,228,540 | $ 1,423,305 |
| Surgery: Neurological MGMA 2003 | 92 | $ 630,451 | $ 1,182,625 | $ 1,610,457 |
| Surgery: Neurological MGMA 2002 | 57 | $ 646,207 | $ 1,256,242 | $ 1,882,454 |
| Surgery: Neurological MGMA 2001 | 106 | $ 762,169 | $ 1,060,496 | $ 1,625,456 |
| Neurological Surgery AMGA 2011 | 135 | $ 671,020 | $ 1,319,581 | $ 1,637,800 |
| Neurological Surgery AMGA 2010 | 139 | $ 831,124 | $ 1,376,241 | $ 1,729,160 |
| Neurological Surgery AMGA 2009 | 137 | $ 702,447 | $ 1,074,693 | $ 1,459,410 |
| Neurosurgery SCA 2011 | 102 | $ 891,214 | $ 1,233,000 | $ 1,752,424 |
| Neurosurgery SCA 2010 | 73 | $ 832,000 | $ 1,045,900 | $ 1,425,280 |
| Neurosurgery SCA 2009 | 41 | $ 861,250 | $ 962,353 | $ 1,266,500 |
| Neurosurgery SCA 2008 | 52 | $ 823,300 | $ 1,081,118 | $ 1,521,200 |

### Collections $- Over (under) Market Data

| | Median | 75th % | 90th % |
|---|---|---|---|
| | $ (96,109) | $ (467,457) | $ (785,766) |
| | $ (27,939) | $ (321,256) | $ (717,009) |
| | $ 258,984 | $ (165,964) | $ (549,796) |
| | $ 397,701 | $ 1,143 | $ (716,073) |
| | $ 256,361 | $ (212,954) | $ (697,467) |
| | $ 386,408 | $ 57,304 | $ (566,944) |
| | $ 153,421 | $ (143,359) | $ (771,190) |
| | $ 53,066 | $ (171,336) | $ (658,329) |
| | $ (56,989) | $ (327,555) | $ (522,320) |
| | $ (66,121) | $ (318,295) | $ (748,127) |
| | $ 166,026 | $ (144,009) | $ (570,211) |
| | $ 283,385 | $ (4,345) | $ (549,904) |
| | $ (26,337) | $ (473,668) | $ (793,117) |
| | $ 232,478 | $ (312,644) | $ (660,569) |
| | $ 524,764 | $ 152,276 | $ (223,199) |
| | $ (46,531) | $ (328,317) | $ (907,741) |
| | $ 231,597 | $ 17,697 | $ (361,683) |
| | $ 365,961 | $ 264,858 | $ (30,289) |
| | $ 315,402 | $ 57,584 | $ (382,498) |

### Collections - % of Market

| Median | 75th % | 90th % |
|---|---|---|
| 89% | 62% | 49% |
| 97% | 72% | 54% |
| 132% | 87% | 66% |
| 148% | 100% | 63% |
| 129% | 84% | 62% |
| 144% | 105% | 69% |
| 116% | 89% | 59% |
| 107% | 84% | 64% |
| 94% | 73% | 63% |
| 99% | 73% | 54% |
| 118% | 89% | 66% |
| 136% | 100% | 60% |
| 97% | 64% | 52% |
| 128% | 77% | 62% |
| 175% | 114% | 85% |
| 95% | 69% | 48% |
| 228% | 102% | 73% |
| 142% | 128% | 97% |
| 138% | 105% | 75% |

### Industry Weighted Average

| | # | Median | 75th | 90th | Median | 75th % | 90th % | 50th% | 75th % | 90th % |
|---|---|---|---|---|---|---|---|---|---|---|
| Neurosurgery 2010 | 355 | $ 877,355 | $ 1,243,243 | $ 3,645,436 | $ (32,672) | $ (398,560) | $ (800,753) | 96% | 68% | 51% |
| Neurosurgery 2009 | 367 | $ 820,192 | $ 1,248,579 | $ 1,619,624 | $ 241,495 | $ (184,982) | $ (356,227) | 130% | 85% | 66% |
| Neurosurgery 2008 | 316 | $ 778,541 | $ 1,116,929 | $ 1,641,791 | $ 448,670 | $ 100,082 | $ (414,580) | 158% | 105% | 75% |

## EXHIBIT C

**Kuhn**
Neurosurgeon- Start Date-February 14, 2003
Compensation as a % of Collections v. Market %

### Actual Compensation as a % of Collections

| Year | Kuhn | |
|---|---|---|
| 2011 | 144.03% | >95% |
| 2010 | 140.45% | >95% |
| 2009 | 108.59% | >95% |
| 2008 | 94.11% | >95% |
| 2007 | 106.89% | >90% |
| 2006 | 98.84% | >90% |
| 2005 | 92.61% | >90% |
| 2004 | 116.79% | >95% |
| 2003 | 65.17% | >90% |
| 2002 | 18.32% | <Median |

### Market Data-Compensation as a % of Collections

| Survey | N | Median | 75th% | 90th% |
|---|---|---|---|---|
| Surgery: Neurological MGMA 2012 | 116 | 82.0% | 106.7% | 145.7% |
| Surgery: Neurological MGMA 2011 | 116 | 83.2% | 115.0% | 165.9% |
| Surgery: Neurological MGMA 2010 | 154 | 70.4% | 99.8% | 143.2% |
| Surgery: Neurological MGMA 2009 | 139 | 73.0% | 98.2% | 141.0% |
| Surgery: Neurological MGMA 2008 | 98 | 65.7% | 75.6% | 88.1% |
| Surgery: Neurological MGMA 2007 | 85 | 57.9% | 73.1% | 85.6% |
| Surgery: Neurological MGMA 2006 | 81 | 57.6% | 71.2% | 81.6% |
| Surgery: Neurological MGMA 2005 | 96 | 59.9% | 67.9% | 78.6% |
| Surgery: Neurological MGMA 2004 | 93 | 56.2% | 68.5% | 87.2% |
| Surgery: Neurological MGMA 2003 | 91 | 54.4% | 63.5% | 70.0% |
| Neurological Surgery AMGA 2011 | 135 | 69.9% | NR | NR |
| Neurological Surgery AMGA 2010 | 139 | 65.3% | NR | NR |
| Neurological Surgery AMGA 2009 | 134 | 72.9% | NR | NR |
| Neurosurgery SCA 2011 | 102 | 73.8% | 91.7% | NR |
| Neurosurgery SCA 2010 | 73 | 69.7% | 92.7% | NR |
| Neurosurgery SCA 2009 | 41 | 72.6% | 91.1% | NR |
| Neurosurgery SCA 2008 | 52 | 72.4% | 92.2% | NR |

### FMV Compensation *

| Median | 75th% | Compensation Over (Under) FMV Median | 75th% |
|---|---|---|---|
| $618,605 | $804,941 | $467,936 | $281,600 |
| $702,776 | $971,385 | $483,570 | $214,961 |
| $748,772 | $1,061,470 | $406,149 | $93,451 |
| $895,864 | $1,206,121 | $259,125 | $(50,132) |
| $748,127 | $860,859 | $469,010 | $356,278 |
| $734,233 | $926,985 | $519,102 | $326,350 |
| $642,189 | $793,817 | $390,334 | $238,706 |
| $553,321 | $627,220 | $525,472 | $451,573 |
| $506,354 | $617,175 | $80,819 | $(30,002) |
| $470,196 | $548,850 | $(311,833) | $(390,487) |
| $590,433 | | $595,913 | |
| $694,529 | | $460,392 | |
| $894,637 | | $260,352 | |
| $623,376 | $774,574 | $562,970 | $411,772 |
| $741,327 | $985,954 | $413,594 | $168,967 |
| $690,955 | $1,117,989 | $264,034 | $37,000 |
| $824,420 | $1,049,883 | $392,717 | $167,294 |

### Industry Weighted Average

| | N | Median | 75th Percentile |
|---|---|---|---|
| Neurosurgery 2011 | 353 | 75.4% | 104.1% |
| Neurosurgery 2010 | 366 | 68.3% | 97.5% |
| Neurosurgery 2009 | 314 | 52.1% | 96.6% |
| Neurosurgery 2008 | 150 | 68.0% | 81.4% |

### FMV Compensation *

| Median | 75th% | Compensation Over (Under) FMV Median | 75th% |
|---|---|---|---|
| $636,891 | $879,315 | $549,455 | $307,031 |
| $726,437 | $1,037,007 | $428,484 | $117,914 |
| $639,377 | $1,185,486 | $515,612 | $(30,497) |
| $774,317 | $926,903 | $442,820 | $290,234 |

### Actual Collections

| Year | Kuhn-Collections | Kuhn-Compensation |
|---|---|---|
| 2011 | $754,396 | $1,086,541 |
| 2010 | $844,683 | $1,186,346 |
| 2009 | $1,063,597 | $1,154,921 |
| 2008 | $1,227,211 | $1,154,989 |
| 2007 | $1,138,702 | $1,217,137 |
| 2006 | $1,268,106 | $1,253,335 |
| 2005 | $1,114,911 | $1,032,523 |
| 2004 | $923,741 | $1,076,793 |
| 2003 | $900,985 | $587,173 |
| 2002 | $864,330 | $158,363 |
| 2001 | $1,112,233 | $- |
| 2000 | $1,075,554 | $- |

2003 Annualized Compensation = $671,055

* Calculated by multiplying actual collections by the median and 75th percentile compensation as a % of collection rates.

# EXHIBIT C

Kuhn
Neurosurgeon- Start Date-February 14, 2003
Actual WRVUs v. Market WRVUs

**Actual WRVUs**

| Year | Kuhn |
|---|---|
| 2011 | 12,663 |
| 2010 | 14,589 |
| 2009 | 16,301 |
| 2008 | 19,094 |
| 2007 | 19,154 |
| 2006 | 22,320 |
| 2005 | 20,278 |
| 2004 | 14,697 |
| 2003 | 13,659 |
| 2002 | 14,274 |
| 2001 | 14,656 |
| 2000 | 12,320 |

**Market Data-Physician WRVUs**

| | N | Median | 75th % | 90th % | | Kuhn Actual WRVUs - # Over (under) Market Data | | | | Kuhn Actual WRVUs - % of Market | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Median | 75th % | 90th % | | Median | 75th % | 90th % |
| Surgery: Neurological MGMA 2012 | 256 | 9,548 | 12,536 | 16,307 | | 3,115 | 127 | (3,644) | | 133% | 101% | 78% |
| Surgery: Neurological MGMA 2011 | 189 | 9,880 | 12,734 | 16,771 | | 4,209 | 1,855 | (2,182) | | 148% | 115% | 87% |
| Surgery: Neurological MGMA 2010 | 173 | 9,408 | 12,673 | 16,541 | | 6,893 | 3,628 | (240) | | 173% | 129% | 99% |
| Surgery: Neurological MGMA 2009 | 160 | 8,982 | 11,576 | 15,077 | | 10,112 | 7,516 | 4,017 | | 213% | 165% | 127% |
| Surgery: Neurological MGMA 2008 | 129 | 9,783 | 12,885 | 16,103 | | 9,371 | 6,169 | 3,051 | | 196% | 149% | 119% |
| Surgery: Neurological MGMA 2007 | 89 | 9,108 | 11,739 | 13,934 | | 13,152 | 10,581 | 8,386 | | 243% | 190% | 160% |
| Surgery: Neurological MGMA 2006 | 62 | 8,185 | 10,985 | 13,861 | | 12,093 | 9,293 | 6,417 | | 248% | 185% | 146% |
| Surgery: Neurological MGMA 2005 | 79 | 8,314 | 10,763 | 12,861 | | 6,383 | 3,934 | 1,806 | | 177% | 137% | 114% |
| Surgery: Neurological MGMA 2004 | 57 | 8,715 | 10,590 | 12,520 | | 4,944 | 3,066 | 1,139 | | 157% | 129% | 109% |
| Surgery: Neurological MGMA 2003 | 67 | 8,455 | 10,201 | 11,530 | | 5,819 | 4,073 | 2,744 | | 169% | 140% | 124% |
| Surgery: Neurological MGMA 2002 | 40 | 7,560 | 10,823 | 11,767 | | 7,996 | 3,833 | 2,889 | | 194% | 135% | 125% |
| Surgery: Neurological MGMA 2001 | 21 | 8,069 | 9,960 | 11,620 | | 4,251 | 2,360 | 700 | | 153% | 124% | 106% |
| Neurological Surgery AMGA 2011 | 212 | 9,260 | 12,800 | 15,454 | | 5,339 | 1,693 | (865) | | 158% | 113% | 94% |
| Neurological Surgery AMGA 2010 | 205 | 9,372 | 13,317 | 16,132 | | 6,989 | 2,984 | 169 | | 175% | 122% | 101% |
| Neurological Surgery AMGA 2009 | 193 | 8,910 | 12,028 | 14,286 | | 10,184 | 7,086 | 4,808 | | 214% | 159% | 134% |
| Neurosurgery SCA 2011 | 158 | 10,098 | 13,695 | 19,301 | | 4,491 | 894 | (4,712) | | 144% | 107% | 76% |
| Neurosurgery SCA 2010 | 149 | 10,734 | 14,218 | 18,232 | | 5,567 | 2,083 | (1,931) | | 152% | 115% | 89% |
| Neurosurgery SCA 2009 | 90 | 10,240 | 12,543 | 15,840 | | 8,854 | 6,551 | 3,254 | | 160% | 152% | 121% |
| Neurosurgery SCA 2008 | 85 | 8,181 | 12,536 | 15,665 | | 10,973 | 6,618 | 3,491 | | 234% | 153% | 122% |

**Industry Weighted Average**

| | # | Median | 75th | 90th | | Median | 75th % | 90th % | | 50th% | 75th% | 90th% |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Neurosurgery 2010 | 559 | 9,703 | 13,067 | 16,987 | | 4,886 | 1,522 | (2,398) | | 150% | 112% | 86% |
| Neurosurgery 2009 | 527 | 9,746 | 13,360 | 16,860 | | 6,555 | 2,941 | (559) | | 167% | 122% | 97% |
| Neurosurgery 2008 | 443 | 9,206 | 11,970 | 14,887 | | 9,888 | 7,124 | 4,207 | | 207% | 160% | 128% |

WRVUs were calculated from applicable production reports
2003 weights were used for the years 2000-2003.
For all other years, the applicable CMS tables were utilized.

# EXHIBIT C

Kuhn
Neurosurgeon- Start Date-February 14, 2003
Compensation Per wRVU v. Market Compensation Per wRVU

**Actual Compensation per WRVU**

| Year | Kuhn | |
|---|---|---|
| 2011 | $ 85.80 | >75th |
| 2010 | $ 81.32 | >75th |
| 2009 | $ 70.85 | >75th |
| 2008 | $ 60.49 | <Median |
| 2007 | $ 63.54 | <Median |
| 2006 | $ 56.15 | <Median |
| 2005 | $ 50.92 | <Median |
| 2004 | $ 73.40 | >75th |
| 2003 | $ 42.99 | <Median |
| 2002 | $ 11.09 | <Median |

**Market Data-Compensation per WRVU**

| Survey | N | Median | 75th% | FMV Compensation * Median | 75th% | Compensation Over (Under) FMV Median | 75th% |
|---|---|---|---|---|---|---|---|
| Surgery: Neurological MGMA 2012 | 247 | $ 73.00 | 94.14 | $ 924,399 | $ 1,192,095 | $ 162,142 | $ (105,554) |
| Surgery: Neurological MGMA 2011 | 182 | 69.71 | 92.11 | $ 1,016,999 | $ 1,343,793 | $ 169,347 | $ (157,447) |
| Surgery: Neurological MGMA 2010 | 169 | 66.06 | 80.27 | $ 1,076,844 | $ 1,308,481 | $ 78,077 | $ (153,560) |
| Surgery: Neurological MGMA 2009 | 156 | 68.17 | 85.19 | $ 1,301,638 | $ 1,626,618 | $ (146,649) | $ (471,629) |
| Surgery: Neurological MGMA 2008 | 129 | 69.21 | 91.46 | $ 1,325,648 | $ 1,751,825 | $ (108,511) | $ (534,688) |
| Surgery: Neurological MGMA 2007 | 81 | 58.19 | 71.16 | $ 1,298,801 | $ 1,588,738 | $ (45,466) | $ (335,403) |
| Surgery: Neurological MGMA 2006 | 55 | 60.70 | 70.48 | $ 1,230,875 | $ 1,429,193 | $ (198,352) | $ (396,670) |
| Surgery: Neurological MGMA 2005 | 73 | 54.74 | 63.12 | $ 804,514 | $ 927,675 | $ 274,279 | $ 151,118 |
| Surgery: Neurological MGMA 2004 | 57 | 55.73 | 71.47 | $ 761,216 | $ 976,209 | $ (174,043) | $ (389,036) |
| Surgery: Neurological MGMA 2003 | 67 | 53.03 | 65.51 | $ 756,950 | $ 935,090 | $ (598,587) | $ (776,727) |
| Neurological Surgery AMGA 2011 | 212 | 68.80 | 86.59 | $ 845,888 | $ 1,096,489 | $ 340,458 | $ 89,857 |
| Neurological Surgery AMGA 2010 | 205 | 65.40 | 86.43 | $ 954,121 | $ 1,290,105 | $ 200,800 | $ (135,184) |
| Neurological Surgery AMGA 2009 | 193 | 64.31 | 91.54 | $ 1,038,317 | $ 1,492,194 | $ 106,672 | $ (337,205) |
| Neurosurgery SCA 2011 | 158 | 62.17 | 73.73 | $ 787,259 | $ 933,643 | $ 399,087 | $ 252,703 |
| Neurosurgery SCA 2010 | 149 | 58.77 | 68.11 | $ 857,396 | $ 993,657 | $ 297,525 | $ 161,264 |
| Neurosurgery SCA 2009 | 90 | 62.20 | 74.17 | $ 1,013,922 | $ 1,209,045 | $ 141,067 | $ (54,056) |
| Neurosurgery SCA 2008 | 85 | 61.34 | 76.51 | $ 1,171,226 | $ 1,460,882 | $ 45,911 | $ (243,745) |

**Industry Weighted Average**

| | N | Median | 75th Percentile | FMV Compensation * Median | 75th% | Compensation Over (Under) FMV Median | 75th% |
|---|---|---|---|---|---|---|---|
| Neurosurgery 2011 | 552 | 66.43 | 84.73 | $ 969,147 | $ 1,236,126 | $ 217,199 | $ (49,780) |
| Neurosurgery 2010 | 523 | 63.72 | 80.00 | $ 1,038,700 | $ 1,304,080 | $ 116,221 | $ (149,159) |
| Neurosurgery 2009 | 439 | 65.25 | 85.72 | $ 1,245,884 | $ 1,636,738 | $ (90,895) | $ (481,745) |
| Neurosurgery 2008 | 214 | 66.08 | 85.52 | $ 1,265,696 | $ 1,638,050 | $ (48,559) | $ (420,913) |

**Actual**

| Year | Kuhn WRVUs | Kuhn Compensation |
|---|---|---|
| 2011 | 12,663 | $ 1,086,541 |
| 2010 | 14,589 | $ 1,186,346 |
| 2009 | 16,301 | $ 1,154,921 |
| 2008 | 19,094 | $ 1,154,989 |
| 2007 | 19,154 | $ 1,217,137 |
| 2006 | 22,320 | $ 1,253,335 |
| 2005 | 20,278 | $ 1,032,523 |
| 2004 | 14,697 | $ 1,078,793 |
| 2003 | 13,659 | $ 587,173 |
| 2002 | 14,274 | $ 158,363 |
| 2001 | 14,656 | $ - |
| 2000 | 12,320 | $ - |

* Calculated by multiplying actual WRVUs by the Market's median and 75th percentile compensation per WRVU amounts.

**EXHIBIT D**

## Actual Total wRVUs vs. MGMA Median and 75th Percentile







EXHIBIT E

Physicians' Collections Per WRVU

**Actual Collections**

| Year | Kuhn | Khanna | Vinas |
|---|---|---|---|
| 2011 | 754,396 | 732,000 | 1,316,030 |
| 2010 | 844,693 | 828,512 | 1,307,264 |
| 2009 | 1,063,597 | 1,112,194 | 1,754,554 |
| 2008 | 1,227,211 | 1,354,693 | 1,850,139 |
| 2007 | 1,148,702 | 1,766,242 | 1,583,828 |
| 2006 | 1,268,106 | 2,127,320 | 1,815,858 |
| 2005 | 1,114,911 | 1,842,965 | 1,783,532 |
| 2004 | 923,741 | 1,474,742 | 1,234,688 |
| 2003 | 900,585 | 1,067,694 | 923,264 |
| 2002 | 864,369 | 1,060,368 | 903,694 |
| 2001 | 1,112,233 | 825,378 | 912,348 |
| 2000 | 1,075,554 | 623,044 | 387,571 |

**Actual Collections Per WRVU**

| Year | Kuhn | Khanna | Vinas |
|---|---|---|---|
| 2011 | $ 59.57 | $ 58.91 | $ 70.06 |
| 2010 | $ 57.90 | $ 55.67 | $ 69.46 |
| 2009 | $ 65.25 | $ 63.25 | $ 71.61 |
| 2008 | $ 64.27 | $ 59.50 | $ 64.94 |
| 2007 | $ 59.45 | $ 49.23 | $ 59.15 |
| 2006 | $ 56.81 | $ 60.61 | $ 63.58 |
| 2005 | $ 54.98 | $ 80.06 | $ 62.93 |
| 2004 | $ 62.85 | $ 78.03 | $ 64.43 |
| 2003 | $ 77.28 | $ 67.42 | $ 61.28 |
| 2002 | $ 60.55 | $ 68.58 | $ 59.94 |
| 2001 | $ 75.89 | $ 64.43 | $ 67.41 |
| 2000 | $ 87.30 | $ 63.56 | $ 79.90 |

**Market Data-Collections Per WRVU**

| Survey Source | Median |
|---|---|
| Surgery: Neurological MGMA 2012 | $ 80.74 |
| Weighted Average SC & MGMA 2011 | $ 78.35 |
| Weighted Average SC & MGMA 2010 | $ 81.90 |
| Weighted Average SC & MGMA 2009 | $ 83.04 |
| Weighted Average SC & MGMA 2008 | $ 61.44 |
| Surgery: Neurological MGMA 2007 | $ 86.84 |

**Actual Collections/WRVU v. Median**

| Kuhn | Khanna | Vinas |
|---|---|---|
| $ 127.17 | $ (27.83) | $ (16.68) |
| $ (20.45) | $ (22.68) | $ (8.89) |
| $ (16.71) | $ (18.71) | $ (10.84) |
| $ (18.77) | $ (23.54) | $ (18.10) |
| $ (21.99) | $ (32.21) | $ (22.29) |
| $ (50.03) | $ (26.23) | $ (23.26) |

**Collections/WRVU % of Median**

| Kuhn | Khanna | Vinas |
|---|---|---|
| 60% | 68% | 81% |
| 74% | 71% | 99% |
| 80% | 77% | 87% |
| 77% | 72% | 78% |
| 73% | 60% | 73% |
| 65% | 70% | 73% |

**Actual WRVUs**

| Year | Kuhn | Khanna | Vinas |
|---|---|---|---|
| 2011 | 12,663 | 17,426 | 19,785 |
| 2010 | 14,569 | 14,863 | 18,821 |
| 2009 | 16,381 | 17,564 | 24,500 |
| 2008 | 19,094 | 22,767 | 28,489 |
| 2007 | 19,354 | 35,877 | 25,777 |
| 2006 | 22,328 | 35,101 | 28,560 |
| 2005 | 20,276 | 23,015 | 28,067 |
| 2004 | 14,697 | 18,900 | 19,162 |
| 2003 | 11,659 | 15,837 | 15,056 |
| 2002 | 14,274 | 15,492 | 15,033 |
| 2001 | 14,656 | 12,811 | 13,491 |
| 2000 | 12,328 | 9,803 | 4,480 |

**EXHIBIT F**    Source: HAL-1 0080058, 0051015, 0050994



Note: No payor mix information was reported for neurosurgeons, hence general surgery payor mix was used for comparative purposes.

**EXHIBIT F**





Source: HAL-1 0050952

# EXHIBIT G

## Physicians' Evaluation and Management Codes v. Family Practice

| | Physicians' E&M Codes Only | | | Market Data-Family Practice | | | | | | % of Market Median | | | % to 75th Percentile | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Vinas | Kuhn | Khanna | Survey | N | Median | 75th | 90th | | Vinas | Kuhn | Khanna | Vinas | Kohn | Khanna |
| 2011 | 4,588 | 4,971 | 3,424 | Family Practice (without OB) MGMA 2012 | 4886 | 4,815 | 5,897 | 7,082 | | 95.29% | 103.24% | 71.11% | 77.80% | 84.30% | 58.06% |
| 2010 | 4,506 | 5,714 | 3,542 | Family Practice (without OB) MGMA 2011 | 4354 | 4,819 | 5,884 | 7,081 | | 93.58% | 118.57% | 73.50% | 76.58% | 97.11% | 60.20% |
| 2009 | 5,206 | 5,406 | 4,316 | Family Practice (without OB) MGMA 2010 | 4179 | 4,845 | 5,865 | 7,004 | | 108.12% | 111.58% | 89.08% | 88.77% | 92.18% | 73.59% |
| 2008 | 5,323 | 6,296 | 4,164 | Family Practice (without OB) MGMA 2009 | 3876 | 4,735 | 5,723 | 6,879 | | 110.55% | 132.97% | 87.94% | 93.01% | 110.01% | 72.76% |
| 2007 | 6,554 | 5,476 | 14,944 | Family Practice (without OB) MGMA 2008 | 3629 | 4,600 | 5,606 | 6,796 | | 136.12% | 119.04% | 324.87% | 116.91% | 97.68% | 266.57% |
| 2006 | 6,452 | 4,360 | 8,463 | Family Practice (without OB) MGMA 2007 | 2365 | 4,073 | 4,898 | 5,794 | | 134.00% | 107.05% | 207.78% | 131.73% | 89.02% | 172.78% |

EXHIBIT H



Neurosurgeons Compared to Other Employed Physicians
Actual CY 2008 Compensation

## EXHIBIT I

**Kuhn**
**Compensation & Profit Review Before and After Employment**

| | Before Employment | | | | After Employment | | | | | | | | |
| | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Practice Receipts | 826,042 | 1,234,975 | 1,212,453 | 1,020,449 | 900,885 | 923,741 | 1,114,911 | 1,268,106 | 1,338,702 | 1,227,211 | 1,063,597 | 844,683 | 754,396 |
| W-2 Compensation | 150,000 | 160,000 | 187,021 | 185,898 | 587,173 | 1,078,793 | 1,032,523 | 1,293,335 | 1,217,137 | 1,154,989 | 1,154,921 | 1,186,346 | 1,086,541 |
| Sub S Distribution | 357,508 | 682,767 | 564,638 | 306,411 | | | | | | | | | |
| Total Compensation | 507,508 | 842,767 | 751,659 | 492,309 | 587,173 | 1,078,793 | 1,032,523 | 1,259,335 | 1,217,137 | 1,154,989 | 1,154,921 | 1,186,346 | 1,086,541 |
| Compensation as a % of Receipts | 61.44% | 68.24% | 61.99% | 48.24% | 65.17% | 116.8% | 92.6% | 98.8% | 106.9% | 94.1% | 108.6% | 140.4% | 144.0% |

Average Compensation % of receipts before employment   59.98%

Average Compensation before employment   $ 648,561

Average Collections before employment   $ 1,073,480

Average Compensation % of receipts after employment   107.50%

Average Compensation after employment   $ 1,083,529

Average Collections after employment   $ 1,026,259

Sources: After employment amounts have already been cited.
Before employment #KUHN 10073, 10012, 10033, 10080, 10054, 10093

## EXHIBIT J

**HALIFAX MEDICAL CENTER**
**INPATIENT SPINE AND NECK SURGERIES BY SURGEON**
**JANUARY - DECEMBER 2005**

Source: HLFX-PST- 0443277

| | Cases | Total Charges | Direct Cost | Overhead | Payments | Operating Margin | Net Margin |
|---|---|---|---|---|---|---|---|
| **0302 REOPEN LAMINECTOMY SITE** | | | | | | | |
| 2404 VINAS, FEDERICO | 1 | 19,133 | 2,887 | 1,677 | 1,701 | (1,186) | (2,863) |
| **0309 SPINAL CANAL EXPLOR NEC** | | | | | | | |
| 2401 KHANNA, ROHIT | 21 | 655,234 | 111,855 | 68,817 | 164,632 | 52,777 | (16,040) |
| 4705 KUHN, WILLIAM B | 14 | 549,416 | 86,535 | 60,989 | 160,262 | 73,726 | 12,737 |
| 2404 VINAS, FEDERICO | 10 | 475,932 | 88,547 | 46,044 | 143,205 | 54,659 | 8,615 |
| TOTAL 0309 SPINAL CANAL EXPLOR NEC | 109 | 3,062,015 | 505,193 | 327,629 | 992,924 | 487,731 | 160,101 |
| **0339 OTHER SPINAL DX PROC** | | | | | | | |
| TOTAL 0339 OTHER SPINAL DX PROC | 1 | 28,940 | 5,986 | 4,261 | 17,359 | 11,373 | 7,112 |
| **034 EXCIS SPINAL CORD LESIO** | | | | | | | |
| 2401 KHANNA, ROHIT | 4 | 258,165 | 49,013 | 30,026 | 65,998 | 16,985 | (13,041) |
| 2404 VINAS, FEDERICO | 5 | 379,963 | 72,245 | 40,837 | 76,623 | 16,985 | (36,459) |
| 4705 KUHN, WILLIAM B | 5 | 303,895 | 66,756 | 28,265 | 63,964 | (2,792) | (31,057) |
| TOTAL 034 EXCIS SPINAL CORD LESIO | 15 | 962,547 | 191,035 | 101,418 | 226,204 | 35,169 | (66,249) |
| **0353 VERTEBRAL FX REPAIR** | | | | | | | |
| 2401 KHANNA, ROHIT | 1 | 31,749 | 9,671 | 1,436 | 6,534 | (3,137) | (4,573) |
| 2404 VINAS, FEDERICO | 2 | 117,106 | 32,529 | 7,039 | 91,895 | 59,367 | 52,327 |
| 4705 KUHN, WILLIAM B | 1 | 58,447 | 11,079 | 4,420 | 9,398 | (1,681) | (6,101) |
| TOTAL 0353 VERTEBRAL FX REPAIR | 8 | 352,912 | 87,485 | 26,546 | 127,705 | 40,220 | 13,674 |
| **036 SPINAL CORD ADHESIOLYSI** | | | | | | | |
| TOTAL 036 SPINAL CORD ADHESIOLYSI | 2 | 73,723 | 11,151 | 7,929 | 21,477 | 10,327 | 2,398 |
| **0379 OTH SPINAL THECAL SHUNT** | | | | | | | |
| 2401 KHANNA, ROHIT | 1 | 25,535 | 3,853 | 2,557 | 7,661 | 3,808 | 1,251 |
| 2404 VINAS, FEDERICO | 2 | 57,631 | 12,059 | 7,463 | 14,768 | 2,709 | (4,754) |
| 4705 KUHN, WILLIAM B | 1 | 35,745 | 6,537 | 4,617 | 22,783 | 16,246 | 11,629 |
| TOTAL 0379 OTH SPINAL THECAL SHUNT | 5 | 127,191 | 23,598 | 15,685 | 47,922 | 24,325 | 8,639 |
| **0393 IMP/REPL SPINE STIM LEAD** | | | | | | | |
| TOTAL 0393 IMP/REPL SPINE STIM LEAD | 1 | 71,438 | 9,151 | 5,033 | 16,422 | 7,271 | 2,238 |
| **0394 REMOVAL SPINE STIM LEAD** | | | | | | | |
| TOTAL 0394 REMOVAL SPINE STIM LEAD | 1 | 10,059 | 1,874 | 1,643 | 4,657 | 2,783 | 1,140 |
| **0397 REVISE SPINE THECA SHUN** | | | | | | | |
| 2404 VINAS, FEDERICO | 1 | 18,322 | 3,012 | 1,796 | 2,482 | (530) | (2,326) |
| TOTAL 0397 REVISE SPINE THECA SHUN | 1 | 18,322 | 3,012 | 1,796 | 2,482 | (530) | (2,326) |
| **8050 EXC/DEST INTVRT DISC NO** | | | | | | | |
| TOTAL 8050 EXC/DEST INTVRT DISC NO | 1 | 23,790 | 3,272 | 2,477 | 2,044 | (1,228) | (3,706) |
| **8051 EXCISION INTERVERT DISC** | | | | | | | |
| 2401 KHANNA, ROHIT | 34 | 843,673 | 147,083 | 78,098 | 270,063 | 122,980 | 44,882 |
| 2404 VINAS, FEDERICO | 59 | 2,109,198 | 417,939 | 175,933 | 656,033 | 238,094 | 62,161 |
| 4705 KUHN, WILLIAM B | 36 | 1,313,098 | 234,079 | 126,819 | 370,222 | 136,143 | 9,324 |
| TOTAL 8051 EXCISION INTERVERT DISC | 198 | 5,799,707 | 1,074,386 | 522,046 | 1,951,200 | 876,814 | 354,768 |
| **8102 OTHER CERVICAL FUS ANT** | | | | | | | |
| 2401 KHANNA, ROHIT | 47 | 1,647,765 | 324,371 | 137,749 | 722,240 | 397,869 | 260,120 |
| 2404 VINAS, FEDERICO | 50 | 2,148,242 | 477,066 | 196,456 | 488,722 | 11,655 | (184,800) |
| 4705 KUHN, WILLIAM B | 24 | 1,098,422 | 229,844 | 97,365 | 297,968 | 68,123 | (29,241) |
| TOTAL 8102 OTHER CERVICAL FUS ANT | 241 | 9,072,702 | 2,052,980 | 720,396 | 2,887,192 | 834,212 | 113,816 |
| **8103 OTHER CERVICAL FUS POST** | | | | | | | |
| 2401 KHANNA, ROHIT | 7 | 394,895 | 84,881 | 35,354 | 60,680 | (24,201) | (59,555) |
| 2404 VINAS, FEDERICO | 2 | 168,897 | 45,197 | 9,825 | 66,040 | 20,843 | 11,018 |
| TOTAL 8103 OTHER CERVICAL FUS POST | 11 | 596,218 | 135,458 | 50,000 | 151,767 | 16,309 | (33,691) |
| **8104 DORSAL/DORSOLUM FUS ANT** | | | | | | | |
| TOTAL 8104 DORSAL/DORSOLUM FUS ANT | 1 | 68,419 | 14,472 | 6,204 | 13,580 | (892) | (7,096) |
| **8105 DORSAL/DORSOLUM FUS POS** | | | | | | | |
| 2401 KHANNA, ROHIT | 2 | 219,586 | 46,287 | 21,765 | 95,409 | 49,122 | 27,356 |
| 2404 VINAS, FEDERICO | 6 | 815,391 | 191,804 | 55,237 | 405,939 | 214,135 | 158,898 |
| 4705 KUHN, WILLIAM B | 5 | 758,143 | 167,608 | 65,131 | 316,818 | 149,210 | 84,080 |

## EXHIBIT J

| | | | | | | |
|---|---|---|---|---|---|---|
| TOTAL 8105 DORSAL/DORSOLUM FUS POS | 15 | 1,903,880 | 418,625 | 148,195 | 894,340 | 475,715 | 327,521 |
| | | | | | | | |
| **8106 LUMBAR/LUMBOSAC FUS ANT** | | | | | | | |
| 2401 KHANNA, ROHIT | 1 | 26,598 | 5,887 | 1,959 | 15,929 | 10,042 | 8,083 |
| 2404 VINAS, FEDERICO | 1 | 90,333 | 23,326 | 4,483 | 34,122 | 10,796 | 6,313 |
| 4705 KUHN, WILLIAM B | 3 | 294,010 | 83,266 | 12,864 | 124,435 | 41,168 | 28,304 |
| TOTAL 8106 LUMBAR/LUMBOSAC FUS ANT | 9 | 642,191 | 151,113 | 35,176 | 277,185 | 126,072 | 90,896 |
| | | | | | | | |
| **8107 LUMBAR/LUMBOSAC FUS LAT** | | | | | | | |
| 2404 VINAS, FEDERICO | 1 | 90,983 | 21,972 | 5,211 | 17,794 | (4,178) | (9,389) |
| 4705 KUHN, WILLIAM B | 1 | 66,153 | 14,463 | 5,137 | 17,794 | 3,332 | (1,805) |
| TOTAL 8107 LUMBAR/LUMBOSAC FUS LAT | 6 | 375,115 | 65,842 | 23,873 | 104,788 | 38,945 | 15,072 |
| | | | | | | | |
| **8108 LUMBAR/LUMBOSAC FUS POS** | | | | | | | |
| 2401 KHANNA, ROHIT | 23 | 1,580,511 | 347,352 | 125,941 | 668,793 | 321,441 | 195,500 |
| 2404 VINAS, FEDERICO | 56 | 5,110,528 | 1,157,085 | 345,326 | 1,574,479 | 417,394 | 72,067 |
| 4705 KUHN, WILLIAM B | 35 | 3,080,499 | 623,164 | 217,468 | 1,276,614 | 653,450 | 435,982 |
| TOTAL 8108 LUMBAR/LUMBOSAC FUS POS | 142 | 11,474,610 | 2,482,539 | 799,123 | 3,960,545 | 1,478,005 | 678,883 |
| | | | | | | | |
| **8132 REFUSION OF OTH CERV AN** | | | | | | | |
| 4705 KUHN, WILLIAM B | 1 | 43,360 | 8,182 | 3,890 | 13,327 | 5,145 | 1,255 |
| TOTAL 8132 REFUSION OF OTH CERV AN | 2 | 74,510 | 16,050 | 6,361 | 13,527 | (2,523) | (8,884) |
| | | | | | | | |
| **8138 REFUSION OF LUMBAR POST** | | | | | | | |
| 2401 KHANNA, ROHIT | 1 | 88,146 | 15,970 | 8,561 | 18,250 | 2,281 | (6,281) |
| 2404 VINAS, FEDERICO | 4 | 300,893 | 63,208 | 15,427 | 101,823 | 38,615 | 23,188 |
| 4705 KUHN, WILLIAM B | 1 | 50,821 | 9,046 | 4,745 | 17,794 | 8,749 | 4,004 |
| TOTAL 8138 REFUSION OF LUMBAR POST | 7 | 500,832 | 101,803 | 31,480 | 155,662 | 53,858 | 22,378 |
| | | | | | | | |
| **8161 360 SPINAL FUSION** | | | | | | | |
| TOTAL 8161 360 SPINAL FUSION | 1 | 50,976 | 19,032 | 4,113 | 13,391 | (5,641) | (9,754) |
| | | | | | | | |
| **8166 KYPHOPLASTY** | | | | | | | |
| 2404 VINAS, FEDERICO | 1 | 28,676 | 9,360 | 1,507 | 6,576 | (2,784) | (4,291) |
| 4705 KUHN, WILLIAM B | 1 | 115,723 | 32,823 | 6,438 | 47,742 | 14,919 | 8,481 |
| TOTAL 8166 KYPHOPLASTY | 2 | 144,399 | 42,183 | 7,944 | 54,317 | 12,135 | 4,190 |
| | | | | | | | |
| **8465 INS TOTL DISC PROS LUMB** | | | | | | | |
| 4705 KUHN, WILLIAM B | 2 | 165,611 | 19,043 | 7,527 | 99,295 | 80,252 | 72,725 |
| TOTAL 8465 INS TOTL DISC PROS LUMB | 2 | 165,611 | 19,043 | 7,527 | 99,295 | 80,252 | 72,725 |
| | | | | | | | |
| **Kuhn Total** | 130 | $ 7,933,343 | $ 1,592,425 | $ 645,674 | $ 2,838,416 | $ 1,245,991 | $ 600,317 |
| **Khanna Total** | 142 | $ 5,771,857 | $ 1,146,223 | $ 512,264 | $ 2,096,188 | $ 949,965 | $ 437,701 |
| **Vinas Total** | 201 | $ 11,931,228 | $ 2,618,235 | $ 914,261 | $ 3,682,202 | $ 1,063,967 | $ 149,706 |
| **Grand for Total Neurosurgeons reviewed** | | $ 25,636,428 | $ 5,356,883 | $ 2,072,200 | $ 8,616,806 | $ 3,259,923 | $ 1,187,724 |

# EXHIBIT K

Halifax Health

Financial Data and Volume by Attending Physician

FY 2009 Discharges

| Specialty | (All) |
|---|---|

| Attending Physician | Patient Type | Data Sum of Cases | Sum of Charges | Sum of Payments | Sum of Direct Margin |
|---|---|---|---|---|---|
| Vinas | | 694 | 18,342,161 | 6,099,208 | 2,356,016 |
| Khanna | | 496 | 13,657,922 | 4,771,861 | 2,211,904 |
| Kuhn | | 456 | 15,269,695 | 5,062,220 | 2,158,523 |
| Grand Total All Doctors | | 227,599 | 1,111,502,277 | 330,684,188 | 113,970,421 |

Total profit margin for neurosurgeons    $    6,784,754.0

Source: HLFX-PST -0193557

## EXHIBIT L
## Actual v. Southern Regional Market Data

Physician Compensation and Production Survey
Neurosurgery - Southern Region

| | # of Respondents | Southern Region | | | Actual | | | Comparison to Market Data | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Median | 75th % | 90th % | Vinas | Khanna | Kuhn | Vinas | Khanna | Kuhn |
| **Compensation** | | | | | | | | **Comp % of 90th Percentile** | | |
| Surgery: Neurological MGMA 2012 | 80 | $777,323 | $994,718 | $1,226,780 | $ 1,430,798 | $ 1,134,951 | $ 1,086,541 | 117% | 93% | 89% |
| Surgery: Neurological MGMA 2011 | 64 | $717,749 | $967,377 | $1,200,435 | $ 1,617,383 | $ 1,107,519 | $ 1,186,346 | 135% | 92% | 99% |
| Surgery: Neurological MGMA 2011 | 70 | $589,469 | $780,927 | $1,039,855 | $ 1,933,717 | $ 1,506,217 | $ 1,154,921 | 186% | 145% | 111% |
| Surgery: Neurological MGMA 2009 | 80 | $572,023 | $789,015 | $1,012,166 | $ 1,896,437 | $ 1,724,600 | $ 1,254,989 | 187% | 170% | 114% |
| Surgery: Neurological MGMA 2008 | 66 | $605,981 | $812,998 | $1,300,000 | $ 1,443,407 | $ 1,714,064 | $ 1,217,137 | 111% | 132% | 94% |
| **Collections** | | | | | | | | **Collections % of 90th Percentile** | | |
| Surgery: Neurological MGMA 2012 | 25 | $947,309 | $1,221,853 | $1,454,784 | $ 1,316,030 | $ 732,000 | $ 754,396 | 90% | 50% | 52% |
| Surgery: Neurological MGMA 2011 | 26 | $942,958 | $1,329,396 | $1,570,475 | $ 1,307,264 | $ 828,512 | $ 844,683 | 83% | 53% | 54% |
| Surgery: Neurological MGMA 2010 | 37 | $760,565 | $1,143,752 | $1,364,808 | $ 1,754,554 | $ 1,112,194 | $ 1,063,597 | 129% | 81% | 78% |
| Surgery: Neurological MGMA 2009 | 41 | $759,092 | $1,187,871 | $2,160,972 | $ 1,850,138 | $ 1,354,693 | $ 1,227,211 | 86% | 63% | 57% |
| Surgery: Neurological MGMA 2008 | 39 | $865,730 | $1,223,041 | $1,884,356 | $ 1,583,828 | $ 1,766,242 | $ 1,138,702 | 84% | 94% | 60% |
| **Total (WRVUs)** | | | | | | | | **WRVUs % of 90th Percentile** | | |
| Surgery: Neurological MGMA 2012 | 58 | 12,101 | 15,476 | 18,961 | 18,785 | 12,426 | 12,663 | 99% | 66% | 67% |
| Surgery: Neurological MGMA 2011 | 49 | 11,244 | 13,976 | 16,952 | 18,821 | 14,883 | 14,589 | 111% | 86% | 86% |
| Surgery: Neurological MGMA 2010 | 42 | 9,850 | 13,840 | 18,920 | 24,500 | 17,584 | 16,301 | 129% | 93% | 86% |
| Surgery: Neurological MGMA 2009 | 29 | 8,513 | 12,297 | 18,944 | 28,489 | 22,767 | 19,094 | 150% | 120% | 101% |
| Surgery: Neurological MGMA 2008 | 18 | 9,394 | 12,767 | 23,353 | 26,777 | 35,877 | 19,154 | 115% | 154% | 82% |
| **Collections per WRVU** | | | | | | | | **Collections/WRVU % of Median** | | |
| Surgery: Neurological MGMA 2012 | 23 | $74.54 | $83.95 | $96.11 | 70.06 | 58.91 | 59.57 | 94% | 79% | 80% |
| Surgery: Neurological MGMA 2011 | 24 | $71.47 | $78.41 | $85.28 | 69.46 | 55.67 | 57.90 | 97% | 78% | 81% |
| Surgery: Neurological MGMA 2010 | 26 | $75.03 | $85.71 | $88.97 | 71.61 | 63.25 | 65.25 | 95% | 84% | 87% |
| Surgery: Neurological MGMA 2009 | 23 | $71.22 | $81.83 | $87.49 | 64.94 | 59.50 | 64.27 | 91% | 84% | 90% |
| Surgery: Neurological MGMA 2008 | 13 | $65.92 | $79.52 | $86.96 | 59.15 | 49.23 | 59.45 | 90% | 75% | 90% |
| **Comp per WRVU** | | | | | | | | **Comp/WRVU % of 75th Percentile** | | |
| Surgery: Neurological MGMA 2012 | 56 | $64.54 | $84.83 | n/a | 76.17 | 91.34 | 85.80 | 90% | 101% | 101% |
| Surgery: Neurological MGMA 2011 | 48 | $67.63 | $88.60 | n/a | 85.94 | 74.42 | 81.32 | 97% | 92% | 92% |
| Surgery: Neurological MGMA 2010 | 42 | $67.47 | $77.50 | n/a | 78.93 | 85.66 | 70.85 | 102% | 91% | 91% |
| Surgery: Neurological MGMA 2009 | 28 | $65.86 | $76.72 | n/a | 66.57 | 75.75 | 60.49 | 87% | 79% | 79% |
| Surgery: Neurological MGMA 2008 | 19 | $69.16 | $75.44 | n/a | 53.90 | 47.78 | 63.54 | 71% | 84% | 84% |
| **Comp as a Percent of Collections** | | | | | | | | **Comp % of Collections -% of 75th Percentile** | | |
| Surgery: Neurological MGMA 2012 | 25 | 81.21% | 102.39% | n/a | 108.73% | 155.05% | 144.03% | 106% | 151% | 141% |
| Surgery: Neurological MGMA 2011 | 26 | 94.50% | 112.80% | n/a | 123.72% | 133.68% | 140.45% | 110% | 119% | 125% |
| Surgery: Neurological MGMA 2010 | 38 | 81.20% | 106.90% | n/a | 110.21% | 135.43% | 108.59% | 103% | 127% | 102% |
| Surgery: Neurological MGMA 2009 | 39 | 78.50% | 100.00% | n/a | 102.50% | 127.31% | 94.11% | 103% | 127% | 94% |
| Surgery: Neurological MGMA 2008 | 29 | 68.70% | 79.40% | n/a | 91.13% | 97.05% | 106.89% | 115% | 122% | 135% |