UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**USA and ELIN BAKLID-KUNZ,**

       **Plaintiffs,**

v.                                                                                              Case No:  6:09-cv-1002-Orl-31TBS

**HALIFAX HOSPITAL MEDICAL
CENTER and HALIFAX STAFFING,
INC.,**

       **Defendants.**

                                           /

### ORDER

This matter comes before the Court on the Motion to Replace Inadvertently Filed Documents (Doc. 380) filed by the Relator.  The Relator seeks to substitute redacted versions of certain depositions and exhibits that inadvertently included protected health information.  The Relator also seeks to have the Clerk relink a previously filed deposition and exhibits to a docket entry other than the one that to which it was originally linked.  However, the Court believes it the better course to remove these latter documents as well and allow the Relator to refile them along with the others.  Accordingly, it is hereby

**ORDERED**  that the Motion to Replace Inadvertently Filed Documents (Doc. 380) is **GRANTED IN PART AND DENIED IN PART**.  The Clerk is directed to remove the following documents and attached exhibits and return them to the Relator:

    Deposition of George Rousis Volume I (Doc. 367) and attachments;

    Deposition of George Rousis Volume II (Doc. 368) and attachments;

    Deposition of George Rousis Volume III (Doc. 375) and attachments;

    Deposition of Rohit Khanna (Doc. 377) and attachments;

Deposition of Patricia Aramayo (Doc. 378) and attachments.

And it is further **ORDERED** that the Relator may re-file properly redacted versions of these depositions and attachments on or before November 4, 2013.

**DONE** and **ORDERED** in Orlando, Florida on October 28, 2013.

_____
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties