UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* BAKLID-KUNZ, <br><br> Plaintiffs, <br><br> v. <br><br> HALIFAX HOSP. MED. CTR, et al. <br><br> Defendants. | Civ. Act. No. 6:09-CV-1002-ORL-31GAP-TBS <br><br> JUDGE Gregory A. Presnell |

## **NOTICE OF SETTLEMENT**

On March 10, 2014, the United States of America, Relator Elin Baklid-Kunz, and defendants Halifax Hospital Medical Center and Halifax Staffing, Inc. (collectively the "Parties") entered into a Settlement Agreement to the resolve the claims set forth in the United States' Complaint in Intervention in the above-captioned matter. A fully executed copy of the Settlement Agreement is attached to this Notice.

Pursuant to the terms of the Settlement Agreement, the defendants must pay the settlement amount by March 20, 2014. Upon receipt of the settlement amount, the Parties shall file a joint motion for dismissal with prejudice of the United States' Complaint in Intervention. Thus, the United States requests that the Court take no action regarding the status of this matter until the Parties file the joint motion for dismissal.

|  |  |
|---|---|
|  | Respectfully submitted, |
| A. LEE BENTLEY, III<br>United States Attorney | STUART F. DELERY<br>Assistant Attorney General |
|  | /s *Adam J. Schwartz* |
| RALPH E. HOPKINS<br>Assistant United States Attorney<br>400 W. Washington Street, Suite 300<br>Orlando, FL 32801<br>(407) 648-7562<br>Fla. Bar # 0972436<br>Email: ralph.hopkins@usdoj.gov | MICHAEL D. GRANSTON<br>ADAM J. SCHWARTZ<br>PATRICIA M. FITZGERALD<br>KAVITHA J. BABU<br>Attorneys, Civil Division<br>United States Department of Justice<br>P.O. Box 261, Ben Franklin Station<br>Washington, DC 20044<br>Telephone:  (202) 514-6831<br>Facsimile:  (202) 514-0280<br>Email: Kavitha.J.Babu@usdoj.gov |

Attorneys for the United States

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 10, 2014, I caused a true and correct copy of the foregoing to be filed with the Court's CM/ECF system, which will send an electronic notice of the filing to all counsel of record.

                                          /s *Adam J. Schwartz*
                                          ADAM J. SCHWARTZ
                                          Trial Attorney