**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**UNITED STATES OF AMERICA,**
*ex. rel.* **and ELIN BAKLID-KUNZ, Relator,**

**Plaintiffs,**

-vs-                                                                                    Case No.  6:09-cv-1002-Orl-31TBS

**HALIFAX HOSPITAL MEDICAL**
**CENTER, d/b/a Halifax Health, a/k/a**
**Halifax Community Health System, a/k/a**
**Halifax Medical Center and HALIFAX**
**STAFFING, INC.,**

**Defendants.**
_____

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:   JOINT MOTION FOR EXTENSION OF TIME TO SUBMIT CONFIDENTIAL SETTLEMENT CONFERENCE STATEMENTS (Doc. No. 620)**
>
> **FILED:    May 21, 2014**
> _____
>
> **THEREON** it is **ORDERED** that the motion is **DENIED**. The parties are **ordered** to submit their settlement conference statements **forthwith,** and no later than 4:00 p.m. today (May 22, 2014).

The parties were ordered, on May 14, to provide the statements to the Court by May 20, 2014 (Doc. 611).  They have not done so.  Although the Court agreed to move the settlement conference date to accommodate the parties' scheduling conflict (Doc. 619), the motion to reschedule stated that the parties would provide the required statements to chambers "one week in advance of the settlement

conference date." (Doc. 615). As the Court agreed to reschedule the conference to May 29, the settlement statements are due **no later than today.**

In the motion, the parties seek an extension of time through Monday, May 26 in which to provide the statements. Such an extension, according to counsel, would "permit them to provide mediation statements that would be of greater assistance to Judge Baker in his efforts to facilitate settlement." Monday is Memorial Day and, as counsel surely knows, the Courts are closed. As the settlement statements are not to be filed but are to be tendered to Chambers, counsel fails to explain how they plan to provide statements that would assist the Court on that day. Although counsel alternatively seeks to provide the statements tomorrow, the Court finds it would be of greater assistance if the parties were to comply with the prior Order and tender the statements, as directed, today.

**DONE** and **ORDERED** in Orlando, Florida on May 22, 2014.

*David A. Baker*

DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record