**UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* BAKLID-KUNZ,<br><br>Plaintiffs,<br><br>v.<br><br>HALIFAX HOSP. MED. CTR, et al.<br><br>Defendants. | Civ. Act. No. 6:09-CV-1002-<br>ORL-31GAP-TBS<br><br>JUDGE Gregory A. Presnell |

## **NOTICE**

Pursuant to this Court's Order dated July 11, 2014, the United States hereby notifies the Court that the Relator, the United States, and counsel and senior management for Halifax Hospital are in agreement as to the terms of the Settlement Agreement. The board of Halifax Hospital is meeting at 5:00 pm this afternoon, and counsel for Halifax Hospital has informed the United States that he is recommending that the board accept the current terms of the Settlement Agreement; however the Agreement cannot be fully executed until after the board approves. Therefore, contingent on Halifax Hospital board approval of the terms, the United States anticipates filing a Notice of Settlement tomorrow, with a Stipulation of Dismissal to follow after the United States receives payment of the settlement amount.

                                                        Respectfully submitted,

| | |
|---|---|
| A. LEE BENTLEY, III | STUART F. DELERY |
| United States Attorney | Assistant Attorney General |
| | |
| | /s *Patricia M. Fitzgerald* |
| RALPH E. HOPKINS | MICHAEL D. GRANSTON |
| Assistant United States Attorney | ADAM J. SCHWARTZ |
| 400 W. Washington Street, Suite 300 | PATRICIA M. FITZGERALD |
| Orlando, FL 32801 | KAVITHA J. BABU |
| (407) 648-7562 | Attorneys, Civil Division |
| Fla. Bar # 0972436 | United States Department of Justice |
| Email: ralph.hopkins@usdoj.gov | P.O. Box 261, Ben Franklin Station |
| | Washington, DC 20044 |
| | Telephone:  (202) 305-3173 |
| | Facsimile:  (202) 514-0280 |
| | Email: patricia.m.fitzgerald@usdoj.gov |

Attorneys for the United States

**CERTIFICATE OF SERVICE**

  I hereby certify that on July 21, 2014, I caused a true and correct copy of the foregoing to be filed with the Court's CM/ECF system, which will send an electronic notice of the filing to all counsel of record.

                /s *Patricia M. Fitzgerald*
                PATRICIA M/ FITZGERALD
                Trial Attorney