UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA *ex rel.* BAKLID-KUNZ, | § § § § § § § § § § § § | Civ. Act. No. 6:09-CV-1002-ORL-31GAP-TBS JUDGE Gregory A. Presnell |
| Plaintiffs, |  |  |
| v. |  |  |
| HALIFAX HOSP. MED. CTR, et al. |  |  |
| Defendants. |  |  |

# NOTICE OF SETTLEMENT

The parties have executed a final Settlement Agreement in this case. Pursuant to the Agreement, Defendants have forty-five days to pay the settlement amount. After the United States receives payment, a Joint Stipulation of Dismissal will be filed.

Respectfully submitted,

A. LEE BENTLEY, III
United States Attorney

STUART F. DELERY
Assistant Attorney General

/s *Patricia M. Fitzgerald*

RALPH E. HOPKINS
Assistant United States Attorney
400 W. Washington Street, Suite 300
Orlando, FL 32801
(407) 648-7562
Fla. Bar # 0972436
Email: ralph.hopkins@usdoj.gov

MICHAEL D. GRANSTON
ADAM J. SCHWARTZ
PATRICIA M. FITZGERALD
KAVITHA J. BABU
Attorneys, Civil Division
United States Department of Justice
P.O. Box 261, Ben Franklin Station
Washington, DC 20044
Telephone: (202) 305-3173
Facsimile: (202) 514-0280
Email: patricia.m.fitzgerald@usdoj.gov

Attorneys for the United States

## CERTIFICATE OF SERVICE

   I hereby certify that on July 22, 2014, I caused a true and correct copy of the foregoing to be filed with the Court's CM/ECF system, which will send an electronic notice of the filing to all counsel of record.

                  /s *Patricia M. Fitzgerald*
                  PATRICIA M/ FITZGERALD
                  Trial Attorney