IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.*, and ELIN BAKLID-KUNZ, Relator,<br><br>Plaintiffs,<br><br>v.<br><br>HALIFAX HOSPITAL MEDICAL CENTER d/b/a HALIFAX HEALTH a/k/a HALIFAX COMMUNITY HEALTH SYSTEM a/k/a HALIFAX MEDICAL CENTER and HALIFAX STAFFING, INC.,<br><br>Defendants. | CASE NO.: 6:09-CV-1002-ORL-31TBS<br><br>JUDGE GREGORY A. PRESNELL<br><br>[FALSE CLAIMS ACT – QUI TAM] |

## JOINT STIPULATION OF DISMISSAL

Relator Elin Baklid-Kunz ("Relator"), the United States of America ("the United States"), and Defendants Halifax Health Medical Center and Halifax Staffing, Inc. (collectively "Halifax Health" or "Defendants") through counsel hereby submit this Joint Stipulation of Dismissal, pursuant to the settlement agreement effective July 22, 2014 by Relator, the United States, and Halifax Health, and their authorized representatives (the "Settlement Agreement").

On June 16, 2009, Relator filed a *qui tam* action in the United States District Court for the Middle District of Florida captioned *United States ex rel. Baklid-Kunz v. Halifax Hospital Medical Center and Halifax Staffing, Inc.*, Case 6:09-cv-01002-GAP-TBS (M.D. Fla.), pursuant to the *qui tam* provisions of the False Claims Act ("FCA"), 31 U.S.C. §

3730(b) (Dkt. No. 1) ("the Civil Action"), and filed an Amended Complaint on December 23, 2009 (Dkt. No. 2), and a Second Amended Complaint on February 18, 2011 (Dkt. No. 29) (collectively, "the Three Relator Complaints").

The United States, Relator, and Defendants have entered into the Settlement Agreement which compromises certain of the claims and causes of action set forth in the Three Relator Complaints. Moreover, the United States and Relator have settled any and all claims that Relator may have against the United States for a share of the recovery from Defendants under the Settlement Agreement. Also, the Settlement Agreement settles any and all claims and causes of action that Relator may have against Defendants under 31 U.S.C. § 3730(d)(1) for expenses, attorney fees and costs related to the Three Relator Complaints.

The Court dismissed the case without prejudice pursuant to Local Rule 3.08(b) on July 23, 2014, "subject to the right of any party to move the Court within sixty (60) days for the purpose of entering a stipulated form of final order or judgment . . . ." Dkt. No. 681.

Accordingly, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and 31 U.S.C. § 3730(b)(1), and in accordance with the terms and conditions of the Settlement Agreement, the parties hereby jointly stipulate to the dismissal of the Three Relator Complaints. The dismissals shall be with prejudice as to Relator. With respect to the United States, the dismissal shall be with prejudice as to the Covered Conduct, as that term is defined in the Settlement Agreement, and otherwise without prejudice to the United States.

A proposed order accompanies this notice.

Dated: September 5, 2014                                   Respectfully submitted,

/s/ Amandeep S. Sidhu
Anthony N. Upshaw
Fla. Bar. No. 0861091
MCDERMOTT WILL & EMERY LLP
333 Avenue of the Americas
Suite 4500
Miami, FL 33131
Tel: (305) 358-3500
Fax: (305) 347-6500
Email: aupshaw@mwe.com

T. Reed Stephens (admitted *pro hac vice*)
David O. Crump (admitted *pro hac vice*)
Amy H. Kearbey (admitted *pro hac vice*)
Amandeep S. Sidhu (admitted *pro hac vice*)
Emre N. Ilter (admitted *pro hac vice*)
Brandon H. Barnes (admitted *pro hac vice*)
MCDERMOTT WILL & EMERY LLP
The McDermott Building
500 North Capitol Street NW
Washington, DC 20001
Tel: (202) 756-8000
Fax: (202) 756-8087
Email: trstephens@mwe.com
Email: dcrump@mwe.com
Email: akearbey@mwe.com
Email: asidhu@mwe.com
Email: eilter@mwe.com
Email: bbarnes@mwe.com

*Counsel for Defendants Halifax Medical Center and Halifax Staffing, Inc.*

/s/ L. Lin Wood
L. Lin Wood (admitted *pro hac vice*)
Katherine V. Hernacki (*pro hac vice*)
Amy M. Stewart (admitted *pro hac vice*)
WOOD, HERNACKI & EVANS, LLC
1180 West Peachtree Street N.W.
Suite 2400
Atlanta, GA 30309
Tel.: (404) 891-1402
Fax: (404) 506-9111
Email: lwood@whetriallaw.com
Email: khernacki@whetriallaw.com

Marlan B. Wilbanks (admitted *pro hac vice*)
Susan S. Gouinlock (admitted *pro hac vice*)
WILBANKS & BRIDGES, LLP
3414 Peachtree Road N.E.
Suite 1075
Atlanta, GA 30326
Tel.: (404) 842-1075
Fax: (404) 842-0559
Email: mbw@wilbanks-bridges.com
Email: ssg@wilbanks-bridgeslaw.com

Scott C. Withrow (admitted *pro hac vice*)
Terrence McQuade (admitted *pro hac vice*)
Jeffrey T. Holm (admitted *pro hac vice*
WITHROW, MCQUADE & OLSEN, LLP
3379 Peachtree Road N.E.
Suite 970
Atlanta, GA 30326
Tel.: (404) 814-0200
Fax: (404) 814-0009
Email: swithrow@wmolaw.com
Email: tmquade@wmolaw.com
Email: jholm@wmolaw.com

Christopher C. Casper
Florida Bar No. 048320
JAMES, HOYER, NEWCOMER, SMILJANICH &

Yanchunis, P.A
One Urban Centre
Suite 550
4830 West Kennedy Blvd.
Tampa, FL 33609-2589
Tel.: (813) 286-4109
Fax: (813) 286-4174
E-mail: ccasper@jameshoyer.com

*Counsel for Plaintiff-Relator Elin Baklid-Kunz*


STUART F. DELERY
Assistant Attorney General
A. LEE BENTLEY, III
United States Attorney

/s/ Adam J. Schwartz
MICHAEL D. GRANSTON
ADAM J. SCHWARTZ
KAVITHA J. BABU
Attorneys, Civil Division
United States Department of Justice
P.O. Box 261, Ben Franklin Station
Washington, DC 20044
Telephone: (202) 514-6831
Facsimile: (202) 514-0280
Email: Adam.Schwartz2@usdoj.gov

RALPH E. HOPKINS
Assistant United States Attorney
400 W. Washington Street, Suite 300
Orlando, FL 32801
Telephone: (407) 648-7562
Email: ralph.hopkins@usdoj.gov

*Attorneys for the United States*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.*, and ELIN BAKLID-KUNZ, Relator,<br><br>Plaintiffs,<br><br>v.<br><br>HALIFAX HOSPITAL MEDICAL CENTER d/b/a HALIFAX HEALTH a/k/a HALIFAX COMMUNITY HEALTH SYSTEM a/k/a HALIFAX MEDICAL CENTER and HALIFAX STAFFING, INC.,<br><br>Defendants. | CASE NO.: 6:09-CV-1002-ORL-31TBS<br><br>JUDGE GREGORY A. PRESNELL<br><br>[FALSE CLAIMS ACT – QUI TAM] |

## [PROPOSED] ORDER GRANTING THE PARTIES' JOINT STIPULATION OF DISMISSAL

Upon consideration of the Joint Stipulation of Dismissal filed by Relator Elin Baklid-Kunz ("Relator"), the United States of America ("the United States"), and Defendants Halifax Health Medical Center and Halifax Staffing, Inc., it is hereby ORDERED that the Three Relator Complaints are dismissed. Pursuant to and consistent with the terms of the Settlement Agreement among the parties, effective July 22, 2014, (hereinafter "Settlement Agreement"), the dismissal shall be with prejudice as to Relator and with prejudice as to the United States as to the Covered Conduct, as that term is defined in the Settlement Agreement; the dismissal shall otherwise be without prejudice to the United States.

IT IS SO ORDERED.

6

_____
Gregory A. Presnell
United States District Judge

Dated: _____

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Middle District of Florida using the CM/ECF system on September 5, 2014. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/ Emre N. Ilter
Emre N. Ilter