# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**USA and ELIN BAKLID-KUNZ,**

    **Plaintiffs,**

**v.**                                              **Case No:   6:09-cv-1002-Orl-31TBS**

**HALIFAX HOSPITAL MEDICAL
CENTER and HALIFAX
STAFFING, INC.,**

    **Defendants.**

## ORDER OF DISMISSAL

Upon consideration of the Joint Stipulation of Dismissal (Doc. 682), and pursuant to Fed. R. Civ. P. 41(a), it is hereby

**ORDERED** that the Three Relator Complaints are dismissed. Pursuant to and consistent with the terms of the Settlement Agreement among the parties, effective July 22, 2014, (hereinafter "Settlement Agreement"), the dismissal shall be with prejudice as to Relator and with prejudice as to the United States as to the Covered Conduct, as that term is defined in the Settlement Agreement; the dismissal shall otherwise be without prejudice to the United States. Any pending motions are **DENIED** as moot. The Clerk has closed this file.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on September 8, 2014.

_____
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

- 2 -

Counsel of Record
Unrepresented Parties